An official website of the United States government    Here's how you know

REPORT  SUBSCRIBE  CONTACT  SITE MAP



# CYBERSUMMIT 2021 SESSION DAY 4: RESPONDING TO MIS-, DIS-, AND MALINFORMATION



Cybersecurity Summit 2021: Responding to Mis, Dis, and Malinformation



**EXHIBIT 2**

## Want more? Watch Day Four.

## About the Speaker

### Renee DiResta, Technical Research Manager, Stanford Internet Observatory

Renée DiResta is the Technical Research Manager at the Stanford Internet Observatory, a cross-disciplinary program of research, teaching and policy engagement for the study of abuse in current information technologies. Renee investigates the spread of narratives across social and media networks, with an interest in understanding how platform design intersects with user behaviors and crowd dynamics. Her work examines the ways in which distinct actor types leverage the information ecosystem to exert influence - from domestic activists promoting health misinformation and conspiracy theories, to well-resourced full-spectrum information operations executed by state-sponsored actors – and draws on those findings to consider policy, education, and design responses.

Renée has advised Congress, the State Department, and other academic, civic, and business organizations. At the behest of SSCI, she led outside teams investigating both the Russia-linked Internet Research Agency's multi-year effort to manipulate American society and elections, and the GRU influence campaign deployed alongside its hack-and-leak operations in the 2016 election. Renée is an Ideas contributor at Wired and The Atlantic, a 2020 Emerson Fellow, a 2019 Truman National Security Project fellow, a 2019 Mozilla Fellow in Media, Misinformation, and Trust, a 2017 Presidential Leadership Scholar, and a Council on Foreign Relations term member.

## AUDIO TRANSCRIPTION

Page 1

```
 1
 2
 3
 4
 5                 AUDIO TRANSCRIPTION
 6          IN RE: STATE OF MISSOURI, ET AL.
 7                        VS.
 8           JOSEPH R. BIDEN, JR., ET AL.
 9                CASE NO. 322CV01213
10   EVENT: CISA CYBER SECURITY SUMMIT 2021: RESPONDING TO
11             MIS, DIS, AND MALINFORMATION
12                   OCTOBER 27, 2021
13
14
15
16  (Due to the quality of the recorded media, portions
17  were unable to be transcribed and include inaudible
18  portions.  The transcript may also include
19  misinterpreted words and/or unidentified speakers.
20  The transcriber was not present at the time of the
21  recording; therefore, this transcript should not be
22  considered verbatim.)
23
24  TRANSCRIBED BY: MELISSA LANE
25
```

```
 1                (CLIP: 0:33-1:49.)
 2                RENEE DIRESTA:  So in August 2020, students
 3      from the Stanford internet observatory were doing an
 4      internship with CISA and they identified a massive gap
 5      in the capability of federal, state, and local
 6      governments to become aware of, to analyze, and to
 7      rapidly respond to mis and disinformation, both
 8      foreign and domestic, targeting the 2020 election.
 9                Now that gap had several components.  The
10      federal government wasn't prepared to identify and
11      analyze election miss and disinfo.  There was no clear
12      federal lead to coordinate the work because the IC, of
13      course, is rightly limited to a foreign focus, and the
14      FBI also has very specific designations limitations.
15      CISA had created support but had no real capability.
16      There were unclear legal authorities, including very
17      real First Amendment questions.  There was no
18      expertise resident within the federal government to
19      analyze public content across platforms to identify
20      transient risks.  There was a lack of reporting
21      mechanisms for state and local partners to service
22      activity that they saw building in their communities
23      to help them understand it.
24                The federal government was building
25      relationships with tech platforms, but there's a
```

```
 1   healthy distrust both ways for good reason.  So a
 2   trusted nonpartisan partnership with expertise in the
 3   way that misinformation moved on public platforms with
 4   analysts capable of understanding public conversations
 5   and a broader ability to explore publicly available
 6   data was needed.
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                 (CLIP: 5:38-5:47)
 2                 RENEE DIRESTA:  And while, unfortunately,
 3     the vast majority of -- vast majority of voting
 4     related misinformation in the 2020 election was
 5     domestic, our team evaluated foreign activity as well.
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                  (CLIP: 7:22-7:58)
 2                  RENEE DIRESTA:  Following the success of
 3      EIP and the certification of the 2020 election, SIO
 4      ramped down its monitoring analysis capability because
 5      we thought that we were done with that work.  However,
 6      almost immediately we recognized the need to ramp back
 7      up.  This time to support government health officials'
 8      efforts to combat misinformation and targeting the
 9      COVID-19 vaccines.
10                  In February 2021, we formally established
11      the virality project drawing on the same partners from
12      EIP and adding a few more, and much like EIP, it
13      focused on realtime observation analysis and
14      understanding of cross platform vaccine-related
15      misinformation.
16
17
18
19
20
21
22
23
24
25
```

```
 1               (CLIP: 9:58-10:44)
 2               RENEE DIRESTA:  We are never going to live
 3     in a world free of mis and disinformation.  Such a
 4     world has never existed, and the government is not
 5     going to snap its fingers and regulate the problem
 6     away, because misinformation is ultimately speech.
 7     And so while there are plenty of conversations now
 8     happening about regulation, most have not yet arrived
 9     at a solution space that protects civil liberties
10     while reducing harms.  And yet, that said, the current
11     situation is also untenable.  So we need something
12     in the short term to help create situational awareness
13     for those equipped to counter speak, equipped to
14     correct false and misleading claims, to help insure
15     that the public has access to reliable, accurately,
16     contextualized information and not only from official
17     government sources, and we believe that the power of
18     partnerships hold the key.
19               (Audio ended.)
20
21
22
23
24
25
```

```
 1              CERTIFICATE OF REPORTER

 2

 3          I, Melissa J. Lane, Certified Court

 4   Reporter of Missouri, Certified Shorthand Reporter of

 5   Illinois and Registered Professional Reporter, do

 6   hereby certify that I was asked to prepare a

 7   transcript of proceedings had in the above-mentioned

 8   case, which proceedings were held with no court

 9   reporter present utilizing an open microphone system

10   of preserving the record.

11          I further certify that the foregoing pages

12   constitute a true and accurate reproduction of the

13   proceedings as transcribed by me to the best of my

14   ability and may include inaudible sections or

15   misidentified speakers of said open microphone

16   recording.

17                  [signature: Melissa J. Lane]

18

19              Melissa J. Lane, CCR, CSR, RPR

20

21

22

23

24

25
```

## AUDIO TRANSCRIPTION

**A**

ability 3:5 7:14
above-me... 7:7
access 6:15
accurate 7:12
accurately 6:15
activity 2:22 4:5
adding 5:12
AL 1:6,8
Amendment 2:17
analysis 5:4 5:13
analysts 3:4
analyze 2:6 2:11,19
and/or 1:19
arrived 6:8
asked 7:6
Audio 1:5 6:19
August 2:2
authorities 2:16
available 3:5
aware 2:6
awareness 6:12

**B**

back 5:6
believe 6:17
best 7:13
BIDEN 1:8
broader 3:5
building 2:22,24

**C**

capability 2:5,15 5:4
capable 3:4
case 1:9 7:8

CCR 7:19
CERTIFICATE 7:1
certific... 5:3
Certified 7:3,4
certify 7:6 7:11
CISA 1:10 2:4,15
civil 6:9
claims 6:14
clear 2:11
CLIP 2:1 4:1 5:1 6:1
combat 5:8
communities 2:22
components 2:9
considered 1:22
constitute 7:12
content 2:19
contextu... 6:16
conversa... 3:4 6:7
coordinate 2:12
correct 6:14
counter 6:13
course 2:13
court 7:3,8
COVID-19 5:9
create 6:12
created 2:15
cross 5:14
CSR 7:19
current 6:10
CYBER 1:10

**D**

data 3:6
designat... 2:14
DIRESTA 2:2

4:2 5:2 6:2
DIS 1:11
disinfo 2:11
disinfor... 2:7 6:3
distrust 3:1
doing 2:3
domestic 2:8 4:5
drawing 5:11
Due 1:16

**E**

efforts 5:8
EIP 5:3,12 5:12
election 2:8 2:11 4:4 5:3
ended 6:19
equipped 6:13,13
established 5:10
ET 1:6,8
evaluated 4:5
EVENT 1:10
existed 6:4
expertise 2:18 3:2
explore 3:5

**F**

false 6:14
FBI 2:14
February 5:10
federal 2:5 2:10,12,18 2:24
fingers 6:5
First 2:17
focus 2:13
focused 5:13
Following 5:2
foregoing

7:11
foreign 2:8 2:13 4:5
formally 5:10
free 6:3
further 7:11

**G**

gap 2:4,9
going 6:2,5
good 3:1
government 2:10,18,24 5:7 6:4,17
governments 2:6

**H**

happening 6:8
harms 6:10
health 5:7
healthy 3:1
held 7:8
help 2:23 6:12,14
hold 6:18

**I**

IC 2:12
identified 2:4
identify 2:10,19
Illinois 7:5
immediately 5:6
inaudible 1:17 7:14
include 1:17 1:18 7:14
including 2:16
information 6:16
insure 6:14
internet 2:3
internship

2:4

**J**

J 7:3,19
JOSEPH 1:8
JR 1:8

**K**

key 6:18

**L**

lack 2:20
Lane 1:24 7:3,19
lead 2:12
legal 2:16
liberties 6:9
limitations 2:14
limited 2:13
live 6:2
local 2:5,21

**M**

majority 4:3 4:3
MALINFOR... 1:11
massive 2:4
mechanisms 2:21
media 1:16
Melissa 1:24 7:3,19
microphone 7:9,15
mis 1:11 2:7 6:3
misident... 7:15
misinfor... 3:3 4:4 5:8,15 6:6
misinter... 1:19
misleading 6:14
Missouri 1:6

**AUDIO TRANSCRIPTION**

|  |  |  |  |  |
|---|---|---|---|---|
| 7:4<br>**monitoring**<br>5:4<br>**moved** 3:3<br>―――― **N** ――――<br>**need** 5:6<br>6:11<br>**needed** 3:6<br>**never** 6:2,4<br>**nonpartisan**<br>3:2<br>―――― **O** ――――<br>**observation**<br>5:13<br>**observatory**<br>2:3<br>**OCTOBER** 1:12<br>**official**<br>6:16<br>**officials'**<br>5:7<br>**open** 7:9,15<br>―――― **P** ――――<br>**pages** 7:11<br>**partners**<br>2:21 5:11<br>**partnership**<br>3:2<br>**partners...**<br>6:18<br>**platform**<br>5:14<br>**platforms**<br>2:19,25<br>3:3<br>**plenty** 6:7<br>**portions**<br>1:16,18<br>**power** 6:17<br>**prepare** 7:6<br>**prepared**<br>2:10<br>**present** 1:20<br>7:9<br>**preserving**<br>7:10 | **problem** 6:5<br>**proceedings**<br>7:7,8,13<br>**Professi...**<br>7:5<br>**project** 5:11<br>**protects** 6:9<br>**public** 2:19<br>3:3,4 6:15<br>**publicly** 3:5<br>―――― **Q** ――――<br>**quality** 1:16<br>**questions**<br>2:17<br>―――― **R** ――――<br>**R** 1:8<br>**ramp** 5:6<br>**ramped** 5:4<br>**rapidly** 2:7<br>**real** 2:15,17<br>**realtime**<br>5:13<br>**reason** 3:1<br>**recognized**<br>5:6<br>**record** 7:10<br>**recorded**<br>1:16<br>**recording**<br>1:21 7:16<br>**reducing**<br>6:10<br>**Registered**<br>7:5<br>**regulate** 6:5<br>**regulation**<br>6:8<br>**related** 4:4<br>**relation...**<br>2:25<br>**reliable**<br>6:15<br>**RENEE** 2:2<br>4:2 5:2<br>6:2<br>**reporter** 7:1<br>7:4,4,5,9 | **reporting**<br>2:20<br>**reproduc...**<br>7:12<br>**resident**<br>2:18<br>**respond** 2:7<br>**RESPONDING**<br>1:10<br>**rightly** 2:13<br>**risks** 2:20<br>**RPR** 7:19<br>―――― **S** ――――<br>**saw** 2:22<br>**sections**<br>7:14<br>**SECURITY**<br>1:10<br>**service** 2:21<br>**short** 6:12<br>**Shorthand**<br>7:4<br>**SIO** 5:3<br>**situation**<br>6:11<br>**situational**<br>6:12<br>**snap** 6:5<br>**solution** 6:9<br>**sources** 6:17<br>**space** 6:9<br>**speak** 6:13<br>**speakers**<br>1:19 7:15<br>**specific**<br>2:14<br>**speech** 6:6<br>**Stanford** 2:3<br>**state** 1:6<br>2:5,21<br>**students** 2:2<br>**success** 5:2<br>**SUMMIT** 1:10<br>**support** 2:15<br>5:7<br>**system** 7:9<br>―――― **T** ―――― | **targeting**<br>2:8 5:8<br>**team** 4:5<br>**tech** 2:25<br>**term** 6:12<br>**thought** 5:5<br>**time** 1:20<br>5:7<br>**transcribed**<br>1:17,24<br>7:13<br>**transcriber**<br>1:20<br>**transcript**<br>1:18,21<br>7:7<br>**TRANSCRI...**<br>1:5<br>**transient**<br>2:20<br>**true** 7:12<br>**trusted** 3:2<br>―――― **U** ――――<br>**ultimately**<br>6:6<br>**unable** 1:17<br>**unclear** 2:16<br>**understand**<br>2:23<br>**understa...**<br>3:4 5:14<br>**unfortun...**<br>4:2<br>**unidenti...**<br>1:19<br>**untenable**<br>6:11<br>**utilizing**<br>7:9<br>―――― **V** ――――<br>**vaccine-...**<br>5:14<br>**vaccines** 5:9<br>**vast** 4:3,3<br>**verbatim**<br>1:22<br>**virality** | 5:11<br>**voting** 4:3<br>**VS** 1:7<br>―――― **W** ――――<br>**wasn't** 2:10<br>**way** 3:3<br>**ways** 3:1<br>**words** 1:19<br>**work** 2:12<br>5:5<br>**world** 6:3,4<br>―――― **X** ――――<br>―――― **Y** ――――<br>―――― **Z** ――――<br>―――― **0** ――――<br>**0:33-1:49**<br>2:1<br>―――― **1** ――――<br>―――― **2** ――――<br>**2020** 2:2,8<br>4:4 5:3<br>**2021** 1:10,12<br>5:10<br>**27** 1:12<br>―――― **3** ――――<br>**322CV01213**<br>1:9<br>―――― **4** ――――<br>―――― **5** ――――<br>**5:38-5:47**<br>4:1<br>―――― **6** ――――<br>―――― **7** ――――<br>**7:22-7:58**<br>5:1<br>―――― **8** ―――― |

**AUDIO TRANSCRIPTION**

| 9 | | | | | |
|---|---|---|---|---|---|
| 9:58-10:44 | | | | | |
| 6:1 | | | | | |