# Initial Reactions: Disinformation in the 2020 Elections

**TUE, NOVEMBER 10, 2020 • 11:00 AM ET**

Leaders of the Election Integrity Partnership discuss the mis- and disinformation they saw on election day and how the partnership is fighting against election-related disinformation.

As the global community continues to grapple with the coronavirus (COVID-19), the Atlantic Council is open for business. Our business, meetings, and events, however, are occurring virtually. For more information, please read an update from our President and CEO.

What happened: Disinformation in 2020 elections



EXHIBIT 3

1/5/23, 3:55 AM
Initial Reactions: Disinformation in the 2020 Elections - Atlantic Council
Case 3:23-cv-00571-TAD-KDM   Document 1-4   Filed 05/02/23   Page 2 of 10 PageID #:  395



#### America's role in the world

Join the Atlantic Council for conversations on the most critical issues at the intersection of domestic and international affairs that will influence this year's US elections.



**LEARN MORE**

Disinformation was a central vulnerability throughout 2020 U.S. elections.

A coalition of premier research institutions came together in the Election Integrity Partnership to detect and mitigate disinformation focused on the election, in particular attempts to delegitimize the voting process and election results.

The Partnership conducted monitoring, including 24/7 during the week of the election, of the information space. It also worked to directly support information exchange between state and local election officials, federal government agencies, social media platforms, civil society organizations, and media.  Working together, the Partnership was committed to nonpartisan analysis and building resilience against disinformation — and other online harms — in the 2020 US presidential election.

Please join us on Tuesday, November 10 at 11 AM EST for a critical discussion with representatives from each of the organizations included in the Election Integrity Partnership: the Atlantic Council's Digital Forensic Research Lab, the Stanford Internet Observatory, Graphika, and the University of Washington's Center for an Informed Public.

While the Partnership will be publishing a comprehensive report of analysis and findings encapsulating the entirety of our effort in the coming months, this discussion is meant to provide insight into initial, expert reactions and lessons learned on disinformation's role in American democracy and what to expect going forward…just as soon as the experts have benefited from a full night of sleep.

The **Election Integrity Partnership** is a coalition of premier research teams focused on supporting real-time monitoring and information exchange between the research community, election officials, government agencies, civil society organizations, and social media platforms. The Partnership, made up of the Atlantic Council's **Digital Forensic Research**

1/5/23, 3:55 PM
Initial Reactions: Disinformation in the 2020 Elections - Atlantic Council
Case 3:23-cv-00571-TAD-KDM   Document 1-4   Filed 05/02/23   Page 3 of 10 PageID #: 396

Lab (DFRLab), the **Stanford Internet Observatory**, **Graphika**, and the **University of Washington Center for an Informed Public**, was created to detect and mitigate the impact of election and voting related misinformation.



## Speakers

**Graham Brookie**
*Director and Managing Editor*
Digital Forensic Research Lab, Atlantic Council

**Emerson Brooking**
*Resident Fellow*
Digital Forensic Research Lab, Atlantic Council

**Camille François**
*Chief Innovation Officer*
Graphika

**Alex Stamos**
*Director*
Stanford Internet Observatory

**Kate Starbird**
*Associate Professor*
Human Centered Design & Engineering

## The Election Integrity Partnership coalition






**AUDIO TRANSCRIPTION**

Page 1

```
 1
 2
 3
 4              AUDIO TRANSCRIPTION
 5       IN RE: STATE OF MISSOURI, ET AL.
 6                     VS.
 7          JOSEPH R. BIDEN, JR., ET AL.
 8             CASE NO. 322CV01213
 9    EVENT: ATLANTIC COUNCIL: INITIAL REACTIONS:
10        DISINFORMATION IN THE 2020 ELECTIONS
11                NOVEMBER 10, 2020
12
13
14
15  (Due to the quality of the recorded media, portions
16  were unable to be transcribed and include inaudible
17  portions.  The transcript may also include
18  misinterpreted words and/or unidentified speakers.
19  The transcriber was not present at the time of the
20  recording; therefore, this transcript should not be
21  considered verbatim.)
22
23  TRANSCRIBED BY: MELISSA LANE
24
25
```

## AUDIO TRANSCRIPTION

Page 2

```
 1                  (CLIP: 22:34-23:25)
 2                  ALEX STAMOS:  You know, an interesting
 3     thing is almost all of this is domestic: right?  So
 4     you know, to pre-empt the question that we've got
 5     every single day since election day, there has been
 6     some foreign action.  There's obviously a lot of overt
 7     foreign activity, you know, overt, meaning the, you
 8     know, declared media outlets and Twitter accounts and
 9     the like of foreign governments.  There has been a
10     little bit of covert.  We're going to talk about it
11     but nothing that's very interesting.  It is all
12     domestic, and the second point on the domestic, a huge
13     part of the problem is well-known influencers, and I
14     think that was a theme that we saw during the entire
15     week is that you have a -- a relatively small number
16     of people with very large followings who have the
17     ability to go and find a narrative somewhere, pick it
18     out of obscurity and harden -- you know, some kind of
19     a little idea, one tweet, one photo, one video and
20     then to harden it into these narratives.
21
22
23
24
25
```

**AUDIO TRANSCRIPTION**

Page 3

```
 1                  (CLIP: 49:34-49:50)
 2                  ALEX STAMOS:  So, you know, on effectively
 3     pushing the platforms to do stuff.  So, yes, there's a
 4     basic problem that they will always be more
 5     responsive in the places that are both economically
 6     highly important and that have huge potential
 7     regulatory impact, most notably right now that would
 8     be the United States and Europe.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

# AUDIO TRANSCRIPTION

Page 4

```
 1                  (CLIP: 50:06-50:56)
 2                  ALEX STAMOS:  My suggestion, if people want
 3       to get the platforms to do stuff is, first, you've got
 4       to push for written policies that are specific and
 5       that give you predictability; right?  And so this is
 6       something we started in the summer, in August, is as
 7       Kate talked about Carly Miller led a team from all
 8       four institutions to look at the detailed policies
 9       of the big platforms and to measure them against
10       situations that we expected to happen.
11                  Now we're not going to take credit for all
12       of the changes they made, but there -- we had to
13       update this thing, like, eight or nine times; right?
14       And so like putting these people in a grid to say,
15       you're not handling this, you're not handling this,
16       you're not handling this, creates a lot of pressure
17       inside of the companies and forces them to kind of
18       grapple with these issues, because you want specific
19       policies that you can hold them accountable for.  The
20       second is, when you report stuff to them, report how
21       it's violating those written policies; right?  So
22       there's two steps here.  Get good policies, and then
23       say, this is how it's violated it.
24                  (Audio ended.)
25
```

```
 1                CERTIFICATE OF REPORTER
 2
 3            I, Melissa J. Lane, Certified Court
 4   Reporter of Missouri, Certified Shorthand Reporter of
 5   Illinois and Registered Professional Reporter, do
 6   hereby certify that I was asked to prepare a
 7   transcript of proceedings had in the above-mentioned
 8   case, which proceedings were held with no court
 9   reporter present utilizing an open microphone system
10   of preserving the record.
11            I further certify that the foregoing pages
12   constitute a true and accurate reproduction of the
13   proceedings as transcribed by me to the best of my
14   ability and may include inaudible sections or
15   misidentified speakers of said open microphone
16   recording.
17                   [signature: Melissa J. Lane]
18
19            Melissa J. Lane, CCR, CSR, RPR
20
21
22
23
24
25
```

## AUDIO TRANSCRIPTION

### A
ability 2:17
  5:14
above-me...
  5:7
accountable
  4:19
accounts 2:8
accurate
  5:12
action 2:6
activity 2:7
AL 1:5,7
ALEX 2:2  3:2
  4:2
and/or 1:18
asked 5:6
ATLANTIC 1:9
Audio 1:4
  4:24
August 4:6

### B
basic 3:4
best 5:13
BIDEN 1:7
big 4:9
bit 2:10

### C
Carly 4:7
case 1:8  5:8
CCR 5:19
CERTIFICATE
  5:1
Certified
  5:3,4
certify 5:6
  5:11
changes 4:12
CLIP 2:1  3:1
  4:1
companies
  4:17
considered
  1:21
constitute
  5:12
COUNCIL 1:9

court 5:3,8
covert 2:10
creates 4:16
credit 4:11
CSR 5:19

### D
day 2:5,5
declared 2:8
detailed 4:8
DISINFOR...
  1:10
domestic 2:3
  2:12,12
Due 1:15

### E
economic...
  3:5
effectively
  3:2
eight 4:13
election 2:5
ELECTIONS
  1:10
ended 4:24
entire 2:14
ET 1:5,7
Europe 3:8
EVENT 1:9
expected
  4:10

### F
find 2:17
first 4:3
followings
  2:16
forces 4:17
foregoing
  5:11
foreign 2:6
  2:7,9
four 4:8
further 5:11

### G
give 4:5
go 2:17

going 2:10
  4:11
good 4:22
governments
  2:9
grapple 4:18
grid 4:14

### H
handling
  4:15,15,16
happen 4:10
harden 2:18
  2:20
held 5:8
highly 3:6
hold 4:19
huge 2:12
  3:6

### I
idea 2:19
Illinois 5:5
impact 3:7
important
  3:6
inaudible
  1:16  5:14
include 1:16
  1:17  5:14
influencers
  2:13
INITIAL 1:9
inside 4:17
institut...
  4:8
interesting
  2:2,11
issues 4:18

### J
J 5:3,19
JOSEPH 1:7
JR 1:7

### K
Kate 4:7
kind 2:18
  4:17

know 2:2,4,7
  2:8,18  3:2

### L
Lane 1:23
  5:3,19
large 2:16
led 4:7
little 2:10
  2:19
look 4:8
lot 2:6  4:16

### M
meaning 2:7
measure 4:9
media 1:15
  2:8
Melissa 1:23
  5:3,19
microphone
  5:9,15
Miller 4:7
misident...
  5:15
misinter...
  1:18
Missouri 1:5
  5:4

### N
narrative
  2:17
narratives
  2:20
nine 4:13
notably 3:7
NOVEMBER
  1:11
number 2:15

### O
obscurity
  2:18
obviously
  2:6
open 5:9,15
outlets 2:8
overt 2:6,7

### P
pages 5:11
part 2:13
people 2:16
  4:2,14
photo 2:19
pick 2:17
places 3:5
platforms
  3:3  4:3,9
point 2:12
policies 4:4
  4:8,19,21
  4:22
portions
  1:15,17
potential
  3:6
pre-empt 2:4
predicta...
  4:5
prepare 5:6
present 1:19
  5:9
preserving
  5:10
pressure
  4:16
problem 2:13
  3:4
proceedings
  5:7,8,13
Professi...
  5:5
push 4:4
pushing 3:3
putting 4:14

### Q
quality 1:15
question 2:4

### R
R 1:7
REACTIONS
  1:9
record 5:10
recorded
  1:15

## AUDIO TRANSCRIPTION

| | | |
|---|---|---|
| **recording** 1:20 5:16 | **T** | **we've** 2:4 |
| **Registered** 5:5 | **take** 4:11 | **week** 2:15 |
| **regulatory** 3:7 | **talk** 2:10 | **well-known** 2:13 |
| **relatively** 2:15 | **talked** 4:7 | **words** 1:18 |
| **report** 4:20, 4:20 | **team** 4:7 | **written** 4:4, 4:21 |
| **reporter** 5:1, 5:4,4,5,9 | **theme** 2:14 | |
| **reproduc...** 5:12 | **thing** 2:3, 4:13 | **X** |
| **responsive** 3:5 | **think** 2:14 | |
| **right** 2:3, 3:7 4:5,13, 4:21 | **time** 1:19 | **Y** |
| **RPR** 5:19 | **times** 4:13 | |
| | **transcribed** 1:16,23, 5:13 | **Z** |
| **S** | **transcriber** 1:19 | **0** |
| **saw** 2:14 | **transcript** 1:17,20, 5:7 | |
| **second** 2:12, 4:20 | **TRANSCRI...** 1:4 | **1** |
| **sections** 5:14 | **true** 5:12 | **10** 1:11 |
| **Shorthand** 5:4 | **tweet** 2:19 | **2** |
| **single** 2:5 | **Twitter** 2:8 | **2020** 1:10,11 |
| **situations** 4:10 | **two** 4:22 | **22:34-23:25** 2:1 |
| **small** 2:15 | | |
| **speakers** 1:18 5:15 | **U** | **3** |
| **specific** 4:4, 4:18 | **unable** 1:16 | **322CV01213** 1:8 |
| **STAMOS** 2:2, 3:2 4:2 | **unidenti...** 1:18 | |
| **started** 4:6 | **United** 3:8 | **4** |
| **STATE** 1:5 | **update** 4:13 | **49:34-49:50** 3:1 |
| **States** 3:8 | **utilizing** 5:9 | |
| **steps** 4:22 | | **5** |
| **stuff** 3:3, 4:3,20 | **V** | **50:06-50:56** 4:1 |
| **suggestion** 4:2 | **verbatim** 1:21 | |
| **summer** 4:6 | **video** 2:19 | |
| **system** 5:9 | **violated** 4:23 | |
| | **violating** 4:21 | |
| | **VS** 1:6 | |
| | **W** | |
| | **want** 4:2,18 | |
| | **we're** 2:10, 4:11 | |