1/5/23, 3:40 PM
The long fuse: Misinformation and the 2020 election - Atlantic Council
Case 3:23-cv-00571-TAD-KDM Document 1-5 Filed 05/02/23 Page 1 of 9 PageID #: 404

# The long fuse: Misinformation and the 2020 election

**WED, MARCH 3, 2021 • 3:00 PM ET**

A conversation on the release of the Election Integrity Partnership's report, "The Long Fuse: Misinformation and the 2020 Election"

As the global community continues to grapple with the coronavirus (COVID-19), the Atlantic Council is open for business. Our business, meetings, and events, however, are occurring virtually. For more information, please **read an update** from our President and CEO.



Please join us on **Wednesday March 3, 2021** from **3:00-4:30 pm EST (12:00-1:30 PST)** for *The Long Fuse: Misinformation in the 2020 Election,* the public launch of a comprehensive report tracking mis- and disinformation in the 2020 election cycle. The report was produced by the **Election Integrity Partnership** (EIP), a coalition of research institutions that worked together to detect and mitigate viral misinformation and to support the real-time information exchange between the research community, election officials, government agencies, civil society organizations, and social media platforms.

The Partnership was set up to monitor false information about the process and results of the 2020 election, in line with the Department of Homeland Security's designation of elections as critical infrastructure in democracies. In particular, the EIP identified and traced the false "stolen election" narrative which would culminate in the 1/6 attack on the US Capitol.

The event will begin with a fireside chat with **Chris Krebs**, the former director of the Department of Homeland Security's Cybersecurity and Infrastructure Security Agency (CISA), who led the effort to secure electoral infrastructure and the response to mis- and disinformation during the election period. The conversation will contextualize the role and findings of EIP within the government's efforts to prevent the spread of malign information. Mr. Krebs will share his lessons learned securing this election and will discuss how to build resilient electoral systems going forward.

Next, this event will feature a discussion with representatives from each of the EIP Partners: the **Stanford Internet Observatory**, **Graphika**, the **University of Washington's Center for an Informed Public**, and the Atlantic Council's **Digital**



EXHIBIT
4

**Forensic Research Lab**. Panelists will discuss the origins and amplification of voting-related misinformation, charting how these narratives evolved over time. The panel will also discuss the evolution of social media platforms' civic integrity policies and the effectiveness of their implementation. Finally, the panel will consider how the EIP can serve as a model for future mis- and disinformation monitoring efforts.

**READ THE REPORT**

## Introductory remarks

**Graham Brookie**
*Director*
DFRLab

**Alex Stamos**
*Director*
Stanford Internet Observatory

## Fireside Chat

**Chris Krebs**
*Founding Partner*
Krebs Stamos Group LLC

## Moderated by

**Isabella Garcia-Camargo**
*Project Manager*
Election Integrity Partnership

## Presentation featuring

**Emerson Brooking**
*Resident Senior Fellow*
DFRLab

**Camille Francois**
*Chief Innovation Officer*
Graphika

**Renee DiResta**
*Research Manager*
Stanford Internet Observatory

**Kate Starbird**
*Associate Professor*
Department of Human Centered Design and Engineering
University of Washington

**Joe Bak-Coleman**
*Postdoctoral Scholar*
Information School
University of Washington

**Andrew Beers**
*Graduate Student*
Human Centered Design & Engineering (HCDE)
University of Washington

**Nicole Buckley**
*Research Analyst*
School of Law
University of Washington

**Alyssa Kann**
*Research Assistant*
DFRLab

**Ian Kennedy**
*Graduate Student*
Sociology
University of Washington

**Carly Miller**
*Research Analyst*
Stanford Internet Observatory

**Kyle Weiss**
*Research Analyst*
Graphika

## Moderated by

**Alex Stamos**
*Director*
Stanford Internet Observatory



The **Election Integrity Partnership** is a coalition of premier research teams focused on supporting real-time monitoring and information exchange between the research community, election officials, government agencies, civil society organizations, and social media platforms. The Partnership, made up of the Atlantic Council's **Digital Forensic Research Lab (DFRLab)**, the **Stanford Internet Observatory**, **Graphika**, and the **University of Washington Center for an Informed Public**, was created to detect and mitigate the impact of election and voting related misinformation.

1/5/23, 3:40 PM
The Long Fuse: Misinformation and the 2020 election - Atlantic Council
Case 3:23-cv-00571-TAD-KDM Document 1-5 Filed 05/02/23 Page 4 of 9 PageID #: 407

**The Election Integrity Partnership coalition**






**On Twitter? Follow @DFRLab and @AtlanticCouncil to join the conversation**



**AUDIO TRANSCRIPTION**

Page 1

```
 1
 2
 3
 4
 5
 6                   AUDIO TRANSCRIPTION
 7          IN RE: STATE OF MISSOURI, ET AL.
 8                         VS.
 9             JOSEPH R. BIDEN, JR., ET AL.
10                 CASE NO. 322CV01213
11   EVENT: ATLANTIC COUNCIL: THE LONG FUSE: MISINFORMATION
12                AND THE 2020 ELECTION
13                    MARCH 3, 2021
14
15
16   (Due to the quality of the recorded media, portions
17   were unable to be transcribed and include inaudible
18   portions.  The transcript may also include
19   misinterpreted words and/or unidentified speakers.
20   The transcriber was not present at the time of the
21   recording; therefore, this transcript should not be
22   considered verbatim.)
23
24   TRANSCRIBED BY: MELISSA LANE
25
```

## AUDIO TRANSCRIPTION

Page 2

```
 1              (CLIP: 1:21:42-1:22-30)
 2              EMERSON BROOKING:  I think the EIP really
 3     helped push the envelope with things like just the
 4     notion that this pre -- this delegitimization of
 5     electoral processes that we were seeing in the summer
 6     and early fall that this should be against content
 7     moderation policies on these platforms, and
 8     begin to take proactive steps there, but I -- it was
 9     to me a bit disappointing that there was tons of this
10     misinformation that would continue to circulate,
11     because bottom line, these platforms are companies,
12     and they had to hedge their bets a little bit.  They
13     couldn't outlaw the speech of one competitor in a
14     political process, but after November 3rd, we saw that
15     market shift where content moderation actions that
16     were -- we could hardly contemplate a few weeks before
17     began to be taken.  There was a much stronger emphasis
18     on cracking down on the sort of content we've been
19     tracking from the beginning.
20              (Audio ended.)
21
22
23
24
25
```

**AUDIO TRANSCRIPTION**

Page 3

```
 1              CERTIFICATE OF REPORTER
 2
 3         I, Melissa J. Lane, Certified Court
 4   Reporter of Missouri, Certified Shorthand Reporter of
 5   Illinois and Registered Professional Reporter, do
 6   hereby certify that I was asked to prepare a
 7   transcript of proceedings had in the above-mentioned
 8   case, which proceedings were held with no court
 9   reporter present utilizing an open microphone system
10   of preserving the record.
11            I further certify that the foregoing pages
12   constitute a true and accurate reproduction of the
13   proceedings as transcribed by me to the best of my
14   ability and may include inaudible sections or
15   misidentified speakers of said open microphone
16   recording.
17
18
19            Melissa J. Lane, CCR, CSR, RPR
20
21
22
23
24
25
```

**AUDIO TRANSCRIPTION**

### A
ability 3:14
above-me... 3:7
accurate 3:12
actions 2:15
AL 1:7,9
and/or 1:19
asked 3:6
ATLANTIC 1:11
Audio 1:6 2:20

### B
began 2:17
beginning 2:19
best 3:13
bets 2:12
BIDEN 1:9
bit 2:9,12
bottom 2:11
BROOKING 2:2

### C
case 1:10 3:8
CCR 3:19
CERTIFICATE 3:1
Certified 3:3,4
certify 3:6 3:11
circulate 2:10
CLIP 2:1
companies 2:11
competitor 2:13
considered 1:22
constitute 3:12
contemplate 2:16
content 2:6 2:15,18
continue 2:10
COUNCIL 1:11
court 3:3,8
cracking 2:18
CSR 3:19

### D
delegiti... 2:4
disappoi... 2:9
Due 1:16

### E
early 2:6
EIP 2:2
ELECTION 1:12
electoral 2:5
EMERSON 2:2
emphasis 2:17
ended 2:20
envelope 2:3
ET 1:7,9
EVENT 1:11

### F
fall 2:6
foregoing 3:11
further 3:11
FUSE 1:11

### G

### H
hedge 2:12
held 3:8
helped 2:3

### I
Illinois 3:5
inaudible 1:17 3:14
include 1:17 1:18 3:14

### J
J 3:3,19
JOSEPH 1:9
JR 1:9

### K

### L
Lane 1:24 3:3,19
line 2:11
little 2:12
LONG 1:11

### M
MARCH 1:13
market 2:15
media 1:16
Melissa 1:24 3:3,19
microphone 3:9,15
misident... 3:15
misinfor... 1:11 2:10
misinter... 1:19
Missouri 1:7 3:4
moderation 2:7,15

### N
notion 2:4
November 2:14

### O
open 3:9,15
outlaw 2:13

### P
pages 3:11
platforms 2:7,11
policies 2:7
political 2:14
portions 1:16,18
pre 2:4
prepare 3:6
present 1:20 3:9
preserving 3:10
proactive 2:8
proceedings 3:7,8,13
process 2:14
processes 2:5
Professi... 3:5
push 2:3

### Q
quality 1:16

### R
R 1:9
really 2:2
record 3:10
recorded 1:16
recording 1:21 3:16
Registered 3:5
reporter 3:1 3:4,4,5,9
reproduc... 3:12
RPR 3:19

### S
saw 2:14
sections 3:14
seeing 2:5
shift 2:15
Shorthand 3:4
sort 2:18
speakers 1:19 3:15
speech 2:13
STATE 1:7
steps 2:8
stronger 2:17
summer 2:5
system 3:9

### T
take 2:8
taken 2:17
things 2:3
think 2:2
time 1:20
tons 2:9
tracking 2:19
transcribed 1:17,24 3:13
transcriber 1:20
transcript 1:18,21 3:7
TRANSCRI... 1:6
true 3:12

### U
unable 1:17
unidenti... 1:19
utilizing 3:9

### V
verbatim 1:22
VS 1:8

### W
we've 2:18
weeks 2:16
words 1:19

## AUDIO TRANSCRIPTION

| X | | | | |
|---|---|---|---|---|
| Y | | | | |
| Z | | | | |
| 0 | | | | |
| 1 | | | | |

**1:21:42-...** 2:1

| 2 | | | | |
|---|---|---|---|---|

**2020** 1:12
**2021** 1:13

| 3 | | | | |
|---|---|---|---|---|

**3** 1:13
**322CV01213** 1:10
**3rd** 2:14