Case 3:22-cv-01213-TAD-KDM Document 209-7 Filed 03/04/23 Page 1 of 10 PageID #: 14094

YouTube Sign in

## Lightning talk | Election Integrity Partnership

AtlanticCouncil
64K subscribers
Subscribe

2 Share Save

**105 views Jun 24, 2021**
The Election Integrity Partnership (EIP) was a coalition of research institutions that worked together to detect and mitigate viral misinformation and disinformation and to support the real-time information exchange between the research community, election officials, government agencies, civil society organizations, and social media platforms. The partnership was constructed to monitor and document falsehoods about the election and trace how misinformation and disinformation coalesced around certain narratives and trends. In this lightning talk, the leaders of the EIP will explain the history behind its creation and operation and discuss what may or may not be replicable for future elections in the United States and around the world.

Speakers:

Isabella Garcia Camargo, Consultant, Krebs Stamos Group
Alex Stamos, Founding Partner, Krebs Stamos Group

### Key moments

View all

1:04
The Election Integrity Partnership

3:32
Examples of Election Disinformation

6:07
The Long Fuse

Show less

Hacking the Election
AtlanticCouncil
91K views • 5 years ago

What happened: Disinformation in 2020 elections

EXHIBIT
7


1/5/23, 3:23 PM — YouTube

   


1:01:05

**LIVE: Kevin McCarthy Speaker House Vote -On Day 2 GOP Rep. McCarthy loses 8th round vote**
ABC News
34K watching
● LIVE


57:33

**Navigating Pakistan's national security challenges**
AtlanticCouncil
12K views • Streamed 2 years ago



**LIVE BREAKING: House votes for Speaker as McCarthy fails to win gavel DAY 3**
Brian Tyler Cohen
31K watching
● LIVE


20:03

**Learning from dirty jobs | Mike Rowe**
TED
7.1M views • 13 years ago


1:05:00

**How can Ukraine prevent a winter stalemate?**
AtlanticCouncil
4.5K views • Streamed 2 weeks ago


15:09

**The Super Mario Effect - Tricking Your Brain into Learning More | Mark Rober | TEDxPenn**
TEDx Talks
12M views • 4 years ago


1:12:06

**Don't Wait for the Next War: A Discussion with Gen. Wesley Clark**
AtlanticCouncil
49K views • Streamed 8 years ago


1:19:15

**A next-generation agenda for US-ROK-Japan trilateral cooperation**
AtlanticCouncil
319 views • Streamed 2 weeks ago


11:31

**'This Is Just Incredible': New Revelations From Deposition Transcripts Release**
MSNBC
1.3M views • 6 days ago
New


48:57

**Why did Russia attack Ukraine and what are its geopolitical implications?**
ANU TV
1.7M views • 5 months ago


1:44:07

**Rethinking Eritrea**
AtlanticCouncil
57K views • 6 years ago


22:28

**Top 20 Hilarious Kate McKinnon SNL Performances**
MsMojo
2.6M views • 1 year ago


12:40

**Brooks and Capehart on the year in politics and what's ahead in 2023**
PBS NewsHour
231K views • 5 days ago
New

**Debbie Stabenow talks about decision to not run for re-election in 2024**
Click On Detroit | Local 4 | WDIV
147 views • 58 minutes ago

```
 1
 2
 3
 4
 5                    AUDIO TRANSCRIPTION
 6           IN RE: STATE OF MISSOURI, ET AL.
 7                           VS.
 8            JOSEPH R. BIDEN, JR., ET AL.
 9                  CASE NO. 322CV01213
10     EVENT: ATLANTIC COUNCIL: LIGHTNING TALK: ELECTION
11                   INTEGRITY PARTNERSHIP
12                       JUNE 24, 2021
13
14
15
16   (Due to the quality of the recorded media, portions
17   were unable to be transcribed and include inaudible
18   portions.  The transcript may also include
19   misinterpreted words and/or unidentified speakers.
20   The transcriber was not present at the time of the
21   recording; therefore, this transcript should not be
22   considered verbatim.)
23
24   TRANSCRIBED BY: MELISSA LANE
25
```

```
 1                  (CLIP: 1:38-3:19)
 2                  ALEX STAMOS:  The election integrity
 3      partnership started with our team in Stanford sending
 4      a group of interns to go work with the -- the cyber
 5      security and infrastructure security agency at the DHS
 6      to work election security.  And what these interns
 7      found is, there's a lot of opportunity for them to
 8      contribute to the technical components of election
 9      security.  They also found that there was a lack of
10      capability around election disinformation.  This is
11      not because CISA didn't care about disinformation, but
12      at the time they lacked both kind of the funding and
13      the legal authorizations to go do the kinds of work
14      that would be necessary to truly understand how
15      election disinformation was operated.
16                  So because of the feedback and the ideas
17      from this group, we were able to pull together pretty
18      quickly a project between four different institutions
19      to try to fill the gap of the things that the
20      government cannot do themselves.  There are kind
21      of four major stakeholders that we operated with that
22      we worked beside at EIP.  Our partners in government,
23      most particularly those in CISA and DHS, but also in
24      all of the local and state governments with whom we
25      operated with -- with the election integrity
```

```
 1   infrastructure ISAC.  We worked with civil society
 2   groups such as NAACP, MITRE coming cause and the
 3   healthy election project that worked at both MIT and
 4   Stanford, and then we also worked with the major
 5   platforms, Facebook, Twitter, YouTube, TikTok, Reddit,
 6   Next Door and the like.  I mean, some of those cases
 7   we had agreements for access of data.  In other cases,
 8   we had to have individual analysts go work with them.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                  (CLIP: 10:29-12:31)
 2                  ALEX STAMOS:  We find very little evidence
 3      that there's any foreign involvement at all.  In fact,
 4      the vast majority of election disinformation in 2020
 5      came from Americans who had verified accounts and very
 6      large follower accounts.
 7                  So as one of the big changes that we point
 8      out in our report is that this information is much
 9      less about massive amplification.  It's honestly less
10      about things like algorithms and algorithmic
11      amplification.  It's a much more important factor now
12      is that there are large follower account political
13      partisans who are spreading misinformation
14      intentionally, doing so in a multi-media context.  So
15      they're doing so online, on social media, but they're
16      also doing so on cable news, doing so on the radio,
17      through a variety of different outlets and are able to
18      amplify their message and to motivate their followers
19      to go try find evidence of the incorrect claims that
20      they're making.
21                  Where does this leave us for 2022 and 2024?
22      So the election integrity partnership was a project
23      just for 2020.  We are looking at options for these
24      different groups to work together in the future
25      elections, but there is going to have to be work in
```

```
 1   the federal government level to decide, one, who is in
 2   the government is going to own disinformation as a
 3   problem.  That is something that for at least in the
 4   American domestic context has not been figured out.
 5   And second, what kind of role should the academic and
 6   the NGO sector play here?
 7              And one thing we're going to have to figure
 8   out is, not just from a funding perspective, but from
 9   a privacy and data access perspective.  One of the
10   things that continues to happen is, we continue to get
11   tighter and tighter privacy laws being passed around
12   access to online social media data, and as long as
13   that is happening, we're going to have to take into
14   account those issues, and the need for academic
15   research when passing those laws.
16              So this is something that we're going to
17   continue to write about and talk about as we work with
18   our partners to figure out how the same kind of
19   function that the EIP filled in 2020, can be filled by
20   somebody in 2022 and 2024.
21              (Audio ended.)
22
23
24
25
```

```
 1              CERTIFICATE OF REPORTER
 2
 3              I, Melissa J. Lane, Certified Court
 4   Reporter of Missouri, Certified Shorthand Reporter of
 5   Illinois and Registered Professional Reporter, do
 6   hereby certify that I was asked to prepare a
 7   transcript of proceedings had in the above-mentioned
 8   case, which proceedings were held with no court
 9   reporter present utilizing an open microphone system
10   of preserving the record.
11              I further certify that the foregoing pages
12   constitute a true and accurate reproduction of the
13   proceedings as transcribed by me to the best of my
14   ability and may include inaudible sections or
15   misidentified speakers of said open microphone
16   recording.
17                          [signature: Melissa J. Lane]
18
19              Melissa J. Lane, CCR, CSR, RPR
20
21
22
23
24
25
```

**AUDIO TRANSCRIPTION 1/10/2023**

| A | | | | |
|---|---|---|---|---|
| **ability** 6:14 | 2:10 | 4:15,16,16 | **future** 4:24 | 4:14 |
| **able** 2:17 | **care** 2:11 | **domestic** 5:4 | **G** | **interns** 2:4 |
| 4:17 | **case** 1:9  6:8 | **Door** 3:6 | **gap** 2:19 | 2:6 |
| **above-me...** | **cases** 3:6,7 | **Due** 1:16 | **go** 2:4,13 | **involvement** |
| 6:7 | **cause** 3:2 | **E** | 3:8  4:19 | 4:3 |
| **academic** 5:5 | **CCR** 6:19 | **EIP** 2:22 | **going** 4:25 | **ISAC** 3:1 |
| 5:14 | **CERTIFICATE** | 5:19 | 5:2,7,13 | **issues** 5:14 |
| **access** 3:7 | 6:1 | **election** | 5:16 | **J** |
| 5:9,12 | **Certified** | 1:10  2:2,6 | **government** | **J** 6:3,19 |
| **account** 4:12 | 6:3,4 | 2:8,10,15 | 2:20,22 | **JOSEPH** 1:8 |
| 5:14 | **certify** 6:6 | 2:25  3:3 | 5:1,2 | **JR** 1:8 |
| **accounts** 4:5 | 6:11 | 4:4,22 | **governments** | **JUNE** 1:12 |
| 4:6 | **changes** 4:7 | **elections** | 2:24 | **K** |
| **accurate** | **CISA** 2:11,23 | 4:25 | **group** 2:4,17 | **kind** 2:12,20 |
| 6:12 | **civil** 3:1 | **ended** 5:21 | **groups** 3:2 | 5:5,18 |
| **agency** 2:5 | **claims** 4:19 | **ET** 1:6,8 | 4:24 | **kinds** 2:13 |
| **agreements** | **CLIP** 2:1  4:1 | **EVENT** 1:10 | **H** | **L** |
| 3:7 | **coming** 3:2 | **evidence** 4:2 | **happen** 5:10 | **lack** 2:9 |
| **AL** 1:6,8 | **components** | 4:19 | **happening** | **lacked** 2:12 |
| **ALEX** 2:2  4:2 | 2:8 | **F** | 5:13 | **Lane** 1:24 |
| **algorithmic** | **considered** | **Facebook** 3:5 | **healthy** 3:3 | 6:3,19 |
| 4:10 | 1:22 | **fact** 4:3 | **held** 6:8 | **large** 4:6,12 |
| **algorithms** | **constitute** | **factor** 4:11 | **honestly** 4:9 | **laws** 5:11,15 |
| 4:10 | 6:12 | **federal** 5:1 | **I** | **leave** 4:21 |
| **American** 5:4 | **context** 4:14 | **feedback** | **ideas** 2:16 | **legal** 2:13 |
| **Americans** | 5:4 | 2:16 | **Illinois** 6:5 | **level** 5:1 |
| 4:5 | **continue** | **figure** 5:7 | **important** | **LIGHTNING** |
| **amplific...** | 5:10,17 | 5:18 | 4:11 | 1:10 |
| 4:9,11 | **continues** | **figured** 5:4 | **inaudible** | **little** 4:2 |
| **amplify** 4:18 | 5:10 | **fill** 2:19 | 1:17  6:14 | **local** 2:24 |
| **analysts** 3:8 | **contribute** | **filled** 5:19 | **include** 1:17 | **long** 5:12 |
| **and/or** 1:19 | 2:8 | 5:19 | 1:18  6:14 | **looking** 4:23 |
| **asked** 6:6 | **COUNCIL** 1:10 | **find** 4:2,19 | **incorrect** | **lot** 2:7 |
| **ATLANTIC** | **court** 6:3,8 | **follower** 4:6 | 4:19 | **M** |
| 1:10 | **CSR** 6:19 | 4:12 | **individual** | **major** 2:21 |
| **Audio** 1:5 | **cyber** 2:4 | **followers** | 3:8 | 3:4 |
| 5:21 | **D** | 4:18 | **information** | **majority** 4:4 |
| **authoriz...** | **data** 3:7  5:9 | **foregoing** | 4:8 | **making** 4:20 |
| 2:13 | 5:12 | 6:11 | **infrastr...** | **massive** 4:9 |
| **B** | **decide** 5:1 | **foreign** 4:3 | 2:5  3:1 | **mean** 3:6 |
| **best** 6:13 | **DHS** 2:5,23 | **found** 2:7,9 | **institut...** | **media** 1:16 |
| **BIDEN** 1:8 | **different** | **four** 2:18,21 | 2:18 | 4:15  5:12 |
| **big** 4:7 | 2:18  4:17 | **function** | **integrity** | **Melissa** 1:24 |
| **C** | 4:24 | 5:19 | 1:11  2:2 | 6:3,19 |
| **cable** 4:16 | **disinfor...** | **funding** 2:12 | 2:25  4:22 | **message** 4:18 |
| **capability** | 2:10,11,15 | 5:8 | **intentio...** | |
| | 4:4  5:2 | **further** 6:11 | | |
| | **doing** 4:14 | | | |

**AUDIO TRANSCRIPTION 1/10/2023**

| | | | | |
|---|---|---|---|---|
| microphone 6:9,15 | perspective 5:8,9 | role 5:5 | 1:17,24 6:13 | **Z** |
| misident... 6:15 | platforms 3:5 | RPR 6:19 | transcriber 1:20 | **0** |
| misinfor... 4:13 | play 5:6 | **S** | transcript 1:18,21 6:7 | **1** |
| misinter... 1:19 | point 4:7 | second 5:5 | TRANSCRI... 1:5 | 1:38-3:19 2:1 |
| Missouri 1:6 6:4 | political 4:12 | sections 6:14 | true 6:12 | 10:29-12:31 4:1 |
| MIT 3:3 | portions 1:16,18 | sector 5:6 | truly 2:14 | **2** |
| MITRE 3:2 | prepare 6:6 | security 2:5 2:5,6,9 | try 2:19 4:19 | 2020 4:4,23 5:19 |
| motivate 4:18 | present 1:20 6:9 | sending 2:3 | Twitter 3:5 | 2021 1:12 |
| multi-media 4:14 | preserving 6:10 | Shorthand 6:4 | **U** | 2022 4:21 5:20 |
| **N** | pretty 2:17 | social 4:15 5:12 | unable 1:17 | 2024 4:21 5:20 |
| NAACP 3:2 | privacy 5:9 5:11 | society 3:1 | understand 2:14 | 24 1:12 |
| necessary 2:14 | problem 5:3 | somebody 5:20 | unidenti... 1:19 | **3** |
| need 5:14 | proceedings 6:7,8,13 | speakers 1:19 6:15 | utilizing 6:9 | 322CV01213 1:9 |
| news 4:16 | Professi... 6:5 | spreading 4:13 | **V** | |
| NGO 5:6 | project 2:18 3:3 4:22 | stakehol... 2:21 | variety 4:17 | |
| **O** | pull 2:17 | STAMOS 2:2 4:2 | vast 4:4 | |
| online 4:15 5:12 | **Q** | Stanford 2:3 3:4 | verbatim 1:22 | |
| open 6:9,15 | quality 1:16 | started 2:3 | verified 4:5 | |
| operated 2:15,21,25 | quickly 2:18 | state 1:6 2:24 | VS 1:7 | |
| opportunity 2:7 | **R** | system 6:9 | **W** | |
| options 4:23 | R 1:8 | **T** | we're 5:7,13 5:16 | |
| outlets 4:17 | radio 4:16 | take 5:13 | words 1:19 | |
| **P** | record 6:10 | talk 1:10 5:17 | work 2:4,6 2:13 3:8 4:24,25 5:17 | |
| pages 6:11 | recorded 1:16 | team 2:3 | worked 2:22 3:1,3,4 | |
| particul... 2:23 | recording 1:21 6:16 | technical 2:8 | write 5:17 | |
| partisans 4:13 | Reddit 3:5 | thing 5:7 | **X** | |
| partners 2:22 5:18 | Registered 6:5 | things 2:19 4:10 5:10 | **Y** | |
| partnership 1:11 2:3 4:22 | report 4:8 | tighter 5:11 5:11 | YouTube 3:5 | |
| passed 5:11 | reporter 6:1 6:4,4,5,9 | TikTok 3:5 | | |
| passing 5:15 | reproduc... 6:12 | time 1:20 2:12 | | |
| | research 5:15 | transcribed | | |