QUT Digital Media Research Centre

## November, 2021

**17 NOV** — 2021 Digital Publics Symposium – Information Disorders



### Event Details

From the continuing COVID-19 pandemic through the aftermath of the US election to the influence of problematic state and commercial actors, 2021 has been marked by substantial concerns about the impact of mis- and disinformation on individuals, groups, and society as a whole.

EXHIBIT 8

The 2021 symposium of the Digital Publics programme presents the latest work by researchers in the QUT Digital Media Research Centre that tackles these information disorders: applying innovative mixed-methods research approaches to trace the dynamics of mis- and disinformation in online and social media; exploring the role of initiatives that seek to combat the spread of problematic information; examining the public discourse around 'fake news'; and assessing regulatory approaches to mitigating the threat from mis- and disinformation.

Please join us for a one-day symposium that showcases our latest research and plots the course for the coming year!

**VIEW THE FULL PROGRAM**

**Registration**

**Online Attendee**   **In-person Attendee**

**Keynote Speaker**



**Kate Starbird, University of Washington**

*Unraveling the Big Lie: Participatory Disinformation and its Threat to Democracy.*

Kate Starbird is an Associate Professor at the Department of Human Centered Design & Engineering (HCDE) at the University of Washington (UW). Kate's research is situated within human-computer interaction and the emerging field of crisis informatics—the study of the how social media and other information-communication technologies are used during crisis events.

**Time**

*(Wednesday) 9:00 AM - 5:00 PM*

**Location**

*Online and In-person Event*
*In Person Location:*

**Calendar**   **GoogleCal**

**AUDIO TRANSCRIPTION**

Page 1

```
 1
 2
 3
 4
 5                    AUDIO TRANSCRIPTION
 6            IN RE: STATE OF MISSOURI, ET AL.
 7                           VS.
 8              JOSEPH R. BIDEN, JR., ET AL.
 9                   CASE NO. 322CV01213
10       EVENT: DMRC 2021 DIGITAL PUBLICS SYMPOSIUM
11                     NOVEMBER 17, 2021
12
13
14
15   (Due to the quality of the recorded media, portions
16   were unable to be transcribed and include inaudible
17   portions.  The transcript may also include
18   misinterpreted words and/or unidentified speakers.
19   The transcriber was not present at the time of the
20   recording; therefore, this transcript should not be
21   considered verbatim.)
22
23   TRANSCRIBED BY: MELISSA LANE
24
25
```

## AUDIO TRANSCRIPTION

Page 2

```
 1                (CLIP: 18:29-19:20)
 2                KATE STARBIRD:  Now fast forward to 2020,
 3    we saw a very different story around disinformation in
 4    the U.S. election.  It was largely domestic coming
 5    from inside the United States.  There were foreign
 6    activities that were a part of these conversations,
 7    but they weren't playing a major role.  Most of the
 8    accounts perpetrating this -- not even the accounts,
 9    most of the entities perpetrating this disinformation
10    campaign as we and Benkler colleagues saw it were --
11    they're authentic accounts.  They were often blue
12    check and verified accounts.  They were pundits on
13    cable television shows that were who they said they
14    were along with, you know, some other anonymous
15    members of the connected crowd online, but a lot of
16    the major spreaders were blue check accounts, and it
17    wasn't entirely coordinated, but instead, it was
18    largely sort of cultivated and even organic in places
19    with everyday people creating and spreading
20    disinformation about the election.
21
22
23
24
25
```

## AUDIO TRANSCRIPTION

Page 3

```
 1                  (CLIP: 29:30-29:49)
 2                  KATE STARBIRD:  So we see this -- the
 3      disinformation campaign was top down and Benkler
 4      colleagues talk about it as a top-down elite driven
 5      disinformation campaign, but this campaign was also
 6      bottom up with everyday people sharing their own
 7      experiences, their own misperceptions of being
 8      disenfranchised or finding what they thought to be
 9      evidence of voter fraud.
10                  (Audio ended.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## AUDIO TRANSCRIPTION

Page 4

```
 1              CERTIFICATE OF REPORTER
 2
 3              I, Melissa J. Lane, Certified Court
 4   Reporter of Missouri, Certified Shorthand Reporter of
 5   Illinois and Registered Professional Reporter, do
 6   hereby certify that I was asked to prepare a
 7   transcript of proceedings had in the above-mentioned
 8   case, which proceedings were held with no court
 9   reporter present utilizing an open microphone system
10   of preserving the record.
11              I further certify that the foregoing pages
12   constitute a true and accurate reproduction of the
13   proceedings as transcribed by me to the best of my
14   ability and may include inaudible sections or
15   misidentified speakers of said open microphone
16   recording.
17
18
19              Melissa J. Lane, CCR, CSR, RPR
20
21
22
23
24
25
```

**AUDIO TRANSCRIPTION**

### A
ability 4:14
above-me... 4:7
accounts 2:8 2:8,11,12 2:16
accurate 4:12
activities 2:6
AL 1:6,8
and/or 1:18
anonymous 2:14
asked 4:6
Audio 1:5 3:10
authentic 2:11

### B
Benkler 2:10 3:3
best 4:13
BIDEN 1:8
blue 2:11,16
bottom 3:6

### C
cable 2:13
campaign 2:10 3:3,5 3:5
case 1:9 4:8
CCR 4:19
CERTIFICATE 4:1
Certified 4:3,4
certify 4:6 4:11
check 2:12 2:16
CLIP 2:1 3:1
colleagues 2:10 3:4
coming 2:4
connected 2:15
considered 1:21
constitute 4:12
conversa... 2:6
coordinated 2:17
court 4:3,8
creating 2:19
crowd 2:15
CSR 4:19
cultivated 2:18

### D
different 2:3
DIGITAL 1:10
disenfra... 3:8
disinfor... 2:3,9,20 3:3,5
DMRC 1:10
domestic 2:4
driven 3:4
Due 1:15

### E
election 2:4 2:20
elite 3:4
ended 3:10
entirely 2:17
entities 2:9
ET 1:6,8
EVENT 1:10
everyday 2:19 3:6
evidence 3:9
experiences 3:7

### F
fast 2:2
finding 3:8
foregoing 4:11
foreign 2:5
forward 2:2
fraud 3:9
further 4:11

### G

### H
held 4:8

### I
Illinois 4:5
inaudible 1:16 4:14
include 1:16 1:17 4:14
inside 2:5

### J
J 4:3,19
JOSEPH 1:8
JR 1:8

### K
KATE 2:2 3:2
know 2:14

### L
Lane 1:23 4:3,19
largely 2:4 2:18
lot 2:15

### M
major 2:7,16
media 1:15
Melissa 1:23 4:3,19
members 2:15
microphone 4:9,15
misident... 4:15
misinter... 1:18
misperce... 3:7
Missouri 1:6 4:4

### N
NOVEMBER 1:11

### O
online 2:15
open 4:9,15
organic 2:18

### P
pages 4:11
part 2:6
people 2:19 3:6
perpetra... 2:8,9
places 2:18
playing 2:7
portions 1:15,17
prepare 4:6
present 1:19 4:9
preserving 4:10
proceedings 4:7,8,13
Professi... 4:5
PUBLICS 1:10
pundits 2:12

### Q
quality 1:15

### R
R 1:8
record 4:10
recorded 1:15
recording 1:20 4:16
Registered 4:5
reporter 4:1 4:4,4,5,9
reproduc... 4:12
role 2:7
RPR 4:19

### S
saw 2:3,10
sections 4:14
see 3:2
sharing 3:6
Shorthand 4:4
shows 2:13
sort 2:18
speakers 1:18 4:15
spreaders 2:16
spreading 2:19
STARBIRD 2:2 3:2
STATE 1:6
States 2:5
story 2:3
SYMPOSIUM 1:10
system 4:9

### T
talk 3:4
television 2:13
thought 3:8
time 1:19
top 3:3
top-down 3:4
transcribed 1:16,23 4:13
transcriber 1:19
transcript 1:17,20 4:7
TRANSCRI...

**AUDIO TRANSCRIPTION**

|  |  |  |  |  |
|---|---|---|---|---|
| 1:5<br>**true** 4:12 |  |  |  |  |
| **U** |  |  |  |  |
| **U.S** 2:4<br>**unable** 1:16<br>**unidenti...**<br>  1:18<br>**United** 2:5<br>**utilizing**<br>  4:9 |  |  |  |  |
| **V** |  |  |  |  |
| **verbatim**<br>  1:21<br>**verified**<br>  2:12<br>**voter** 3:9<br>**VS** 1:7 |  |  |  |  |
| **W** |  |  |  |  |
| **wasn't** 2:17<br>**weren't** 2:7<br>**words** 1:18 |  |  |  |  |
| **X** |  |  |  |  |
| **Y** |  |  |  |  |
| **Z** |  |  |  |  |
| **0** |  |  |  |  |
| **1** |  |  |  |  |
| **17** 1:11<br>**18:29-19:20**<br>  2:1 |  |  |  |  |
| **2** |  |  |  |  |
| **2020** 2:2<br>**2021** 1:10,11<br>**29:30-29:49**<br>  3:1 |  |  |  |  |
| **3** |  |  |  |  |
| **322CV01213**<br>  1:9 |  |  |  |  |