**From:** Isabella Garcia-Camargo <[redacted]@stanford.edu>
**To:** Yoel Roth <yoel@twitter.com>, Brian Clarke <brianclarke@twitter.com>, Nick Pickles <npickles@twitter.com>, Neema Guliani <nguliani@twitter.com>, Stacia Cardille <scardille@twitter.com>
**Cc:** Renee DiResta <[redacted]@stanford.edu>
**Date:** Fri, 5 Feb 2021 22:18:21 +0000 (05/02/21 23:18:21)

Hello Twitter Team:

Happy Friday! I wanted to follow up on our conversation at the end of last year, when we introduced the work that the Stanford team was starting up on Vaccine disinformation response. Since we last spoke, we've begun our new partnership across three academic organizations (Stanford IO, UW CiP, NYU CSMaP) and in collaboration with Graphika and the DFRLab. Our analysts are chugging along, conducting monitoring across 7 key internet factions that we have identified in this space.

**Now that the partnership is underway, we would love to open up this conversation again to understand how we can best collaborate with the Twitter team in this work.** The same Jira system from the EIP is up and running, and we have improved the notification system to incorporate your feedback from our last chat. We would not have as short of an SLA expectation as the election work: this is certainly a marathon, not a sprint. Our goal would be to have a line of communication with your team, by which we can raise vaccine-related disinformation narratives we are noting either on Twitter or across other platforms.

Please let us know if you would be interested, and we can find some time to sync next week.

Best,

Isabella Garcia-Camargo

**EXHIBIT 11**