**Isabella Garcia-Camargo**
February 23, 2021 at 9:39 PM

Re: Virality Project Weekly Briefing - February 23rd

To: yoel@twitter.com, brianclarke@twitter.com, jguay@twitter.com, npickles@twitter.com, ▓▓▓▓▓▓ & 6 more    Details

==Agh, apologies for including one TikTok team member on the earlier thread==, the organization names are alphabetically similar… moved to BCC so this thread is just Twitter team moving forward!

---

**From:** Isabella Garcia-Camargo <bellagc@stanford.edu>
**Date:** Tuesday, February 23, 2021 at 6:36 PM
**To:** "▓▓▓▓▓▓@tiktok.com" <▓▓▓▓▓▓@tiktok.com>, "yoel@twitter.com" <yoel@twitter.com>, "brianclarke@twitter.com" <brianclarke@twitter.com>, "jguay@twitter.com" <jguay@twitter.com>, "npickles@twitter.com" <npickles@twitter.com>, "jmcdonald@twitter.com" <jmcdonald@twitter.com>, "nguliani@twitter.com" <nguliani@twitter.com>, "scardille@twitter.com" <scardille@twitter.com>, "lquint@twitter.com" <lquint@twitter.com>
**Cc:** Renee DiResta <rdiresta@stanford.edu>, Chase Small <cpsmall@stanford.edu>
**Subject:** Virality Project Weekly Briefing - February 23rd

Hello Twitter Team:

Please find attached the latest weekly briefing from the Virality Project. This week, the team focused on foreign state-driven conversations about vaccine passports, vaccine hesitancy expressed by NBA players, narratives around the efficacy of the vaccine in COVID-19 survivors, conspiracy theories about mRNA vaccines, and accusations of tech censorship, alongside several other ongoing themes. **We also have begun our ongoing monitoring of Spanish and Mandarin narratives, highlighted in our 'Non English Content' sections!**

As we look to make this briefing more valuable to our platform partners, please let us know if there are any specific things which you might like pulled out, highlighted, or reported to you directly over the Jira platform. Thank you for your continued partnership!

Best,

Isabella Garcia-Camargo

**EXHIBIT 12**