**From:** Jack H Cable <cablej@stanford.edu>
**Date:** Wednesday, March 3, 2021 at 10:01 AM
**To:** "yoel@twitter.com" <yoel@twitter.com>, "brianclarke@twitter.com"

**Cc:** Renee DiResta <rdiresta@stanford.edu>, Isabella Garcia-Camargo <bellagc@stanford.edu>
**Subject:** Re: Virality Project Weekly Briefing - 3/2

Hi Twitter team,

As Isabella mentioned, ==we are beginning to ramp up our notifications process to platforms.== Please see attached for a list of actionable themes of vaccine misinformation we have recently observed. In each, we've included samples of the most prominent cases of the misinformation.

This email is intended to give a cross-platform summary of misinformation that we are escalating to individual platforms. For complete information, you have been tagged in the tickets relevant to your own platform.

We will continue sending you all the weekly briefing which delivers the most up-to-date summary of the overall narratives we are tracking. With this, we will begin tagging you more frequently in the tickets behind the headings in that weekly briefing. This specific document is meant to give you a look into some specific tickets which you may not have been tagged on, but which other platforms were tagged on. Finally, while the briefings include some material on general vaccine hesitancy, this summary is more targeted to the COVID-related policies we've identified on each platform.

Going forward, would you use more regular insight (bi-weekly?) into misinformation we're escalating across the different platforms? Or have you found the weekly briefings sufficient? Would there be other information that would be helpful to include (raw data of posts, images appearing in posts, keywords, etc)?

Thank you,
Jack

EXHIBIT 13