# Re: Virality Project Weekly Briefing - 3/16

**From:** Joseph Guay <jguay@twitter.com>
**Date:** Thu, 18 Mar 2021 18:08:02 -0700 (*19/03/21 02:08:02*)
**To:** Jack H Cable <cablej@stanford.edu>
**Cc:** yoel@twitter.com <yoel@twitter.com>, brianclarke@twitter.com, j l, Renee DiResta <...@stanford.edu>, Isabella Garcia-Camargo <...@stanford.edu>

Hi Jack and team,

Overall, the weekly reports and real-time escalations provide us with situational awareness regarding emerging trends (even as they implicate other platforms), and with actionable information regarding potential violations on our platform. With regards to Jira reports, in addition to the default escalations you're already providing us, two categories stand out to us as particularly relevant:

- Known repeat offenders on the platform
- Notable content that is not on the Twitter platform

With regard to the weekly reports, the breakdown of the incidents is very helpful in providing context as well as authoritative information to make our assessments. Of the themes and patterns observed by our teams, the following are most interesting for us to continue to track and address:

- Unsubstantiated reports of pregnancy-related injury or death
- Concerns that COVID-19 vaccines are "experimental" or not officially approved
- Misuse of official reporting tools and statistical data to draw false population-level inferences about the safety of vaccines
- Purported links between mRNA COVID-19 vaccines and cancer
- False associations that mRNA vaccines are "gene therapy"
- Potentially misleading theories regarding escape variants
- Campaigns against vaccine passports, inciting fear about mandatory immunizations, and promotion of "vaccine-exemption" cards

Thanks for all your work on this!
Joe

**EXHIBIT 14**