Hi Twitter team,

See attached for the latest Virality Project weekly briefing, as well as the biweekly platform escalation summary. This week, we focused on backlash to the Krispy Kreme vaccine promotion among right wing and anti-vax users, spiking COVID-19 cases used to cast doubt on vaccine hesitancy, and an online event from anti-vax and QAnon individuals.

Additionally, we'd also like to highlight our recent analysis on the "Vaccine Passport" narrative. Concerns over vaccination records have been a focus of online vaccine conversation and have driven a larger anti-vaccination narrative about the loss of rights and freedoms. We expect the vaccine passport debate to continue as a key talking point especially bridging the anti vax community with the right-wing media sphere.

This briefing, along with all previous and future briefings, can also be found as PDFs on our website.

Thank you,
Jack


EXHIBIT 15