# Re: Confidential: Invitation to apply for Twitter's new COVID-19 stream endpoint

**EXHIBIT 16**

Date: Mon, 13 Apr 2020 13:26:53 -0700 (*13/04/20 22:26:53*)
From: Yoel Roth ███████████████████
To: Yoel Roth ███████████████████
Cc: Alex Stamos ███████████████████████, Renee DiResta ████████████████████

And now a follow-up beyond the boilerplate our comms people asked me to send: We would *LOVE* to partner closely on anything in the IO universe that you find using this data. That can go through our usual engagement channels. Mostly, the API team just wanted to make clear they can't provide technical support.

On Mon, Apr 13, 2020 at 1:25 PM Yoel Roth ███████████████ wrote:
> Hi Alex and Renee,
>
> Twitter will soon be launching a new endpoint to support the study of Coronavirus: a new, full-fidelity stream of Tweets related to COVID-19, delivered in real-time, for free. I'm reaching out because we would like to invite you to apply for access to this endpoint in advance of our public release.
>
> Before getting into more of the details below, I ask that you **please refrain from sharing this email**, and to keep all of this information private until our public announcement (targeted for later this week).
>
> **In short, we are releasing a new, free endpoint in Twitter Developer Labs that delivers the full-fidelity, real-time public Tweets about COVID-19.** We know that our standard API has limitations that make it difficult to adequately study this topic due to its volume. This new stream will include all Tweets related to COVID-19 as classified by our Tweet annotations. We intend to publish the keywords and hashtags of the Tweet annotation powering the COVID-19 topic, so you have transparency into the contents of the stream and can supplement as needed.
>
> **We're reaching out to select researchers that we believe may be in the best position to effectively use the vast scale of this data.** The public conversation related to COVID-19 has produced upwards of 50 million Tweets *per day*. We recognize that only some researchers have the computational resources necessary to work with this volume of data. While we're not currently in a position to partner or closely collaborate with you beyond providing access to this data, once the product is launched and your application is approved you can get started straight away.