**From:** Chase Small
**Subject:** Re: Vaccine Project SIO <> Twitter Team
**Date:** February 22, 2021 at 1:48 PM
**To:** Yoel Roth yoel@twitter.com, Brian Clarke
**Cc:** Renee DiResta, sabella Garcia-Camargo

Hello Twitter team,

We are excited to have you as an external partner for the Virality Project. The Virality Project's partner onboarding manual can be found here. This document includes all onboarding and usage instructions for our VP Jira surface.

Brian and Joe, please finish signing up for your Jira account using the link in the email you should have received from jira@viralityproject.atlassian.net or by visiting this online portal. Let me know if you have any troubles with this.

Yoel, your Jira credentials are the same as from the EIP. Please be aware of the new VP Online Portal and email tips@viralityproject.atlassian.net for submitting tips.

The onboarding manual is a living document, so please comment directly if you find anything is confusing. We also have this short demo video that covers the same information. Once you are able to log onto our system, feel free to create a couple of test tickets and we will have our analysts respond so you can get a feel for the notification flow here.

Thanks again for all your collaboration thus far, and please let me know if you have any questions here. Excited to get everyone onboard!

Warmly,

Chase Small


EXHIBIT 17