**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**JILL HINES ET AL**                                       **CASE NO.   3:23-CV-00571**

**VERSUS**                                                      **JUDGE TERRY A. DOUGHTY**

**ALEX STAMOS ET AL**                               **MAG. JUDGE KAYLA D. MCCLUSKY**

**NOTICE OF DEFICIENT DOCUMENT**

**NOTICE TO FILER:**

The Motion to Appear Pro Hac Vice filed on May 03, 2023 by Jill Hines, Jim Hoft was DEFICIENT for the following reason(s):

- ✓ The above item requires a current certificate of good standing. Please refer to LR83.2.6 for more specific requirements.

**Please electronically submit a "Corrective Document" <u>within 10 days</u> from the date of this notice or the document may be stricken by the court.   <u>PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."</u>**   All filing deadlines previously set remain in effect.   Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.