UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **Jill Hines et al.,** | Case No. **3:23-cv-00571-TAD-KDM** |
| Plaintiffs | |
| VS. | Judge   Terry A. Doughty |
| **Alex Stamos, et al.,** | Magistrate Judge   Kayla D. McClusky |
| Defendants | |

**ORDER**

IT IS ORDERED that **Reed D. Rubinstein** be and is hereby admitted to the bar of this Court pro hac vice on behalf of **the Plaintiffs Jill Hines and Jim Hoft** in the above described action.

SO ORDERED on this, the _____ day of _____, 20_____.

_____
U.S. Magistrate Judge