*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **Jill Hines, et al.,** | Case No. | **3:23-cv-00571-TAD-KDM** |
| Plaintiffs, | | |
| VS. | Judge | Terry A. Doughty |
| **Alex Stamos, et al.,** | Magistrate Judge | Kayla D. McClusky |
| Defendants. | | |

# ORDER

IT IS ORDERED that <u>Gene P. Hamilton</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>Jill Hines and Jim Hoft</u> in the above described action.

SO ORDERED on this, the <u>3rd day</u> of M<u>ay, 202</u>3.

_____
U.S. Magistrate Judge