*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **Jill Hines, et al** | Case No.   **3:23-cv-00571-TAD-KDM** |
| Plaintiff | |
| VS. | Judge   Terry A. Doughty |
| **Alex Stamos, et al** | Magistrate Judge   Kayla D. McClusky |
| Defendant | |

**ORDER**

IT IS ORDERED that Julia Z. Haller be and is hereby admitted to the bar of this Court pro hac vice on behalf of Jill Hines and Jim Hoft in the above described action.

SO ORDERED on this, the 4th day of May, 2023.

_____
U.S. Magistrate Judge