UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **Jill Hines, et al.,** | Case No. | **3:23-cv-00571-TAD-KDM** |
| Plaintiffs, | | |
| VS. | Judge | Terry A. Doughty |
| **Alex Stamos, et al.,** | Magistrate Judge | Kayla D. McClusky |
| Defendants. | | |

### ORDER

IT IS ORDERED that Nicholas R. Barry be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiffs Jill Hines and Jim Hoft in the above described action.

SO ORDERED on this, the _____ day of _____, 20_____.

_____
U.S. Magistrate Judge