UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **Jill Hines, et al.,**  Plaintiffs, | Case No. **3:23-cv-00571-TAD-KDM** |
| VS.  **Alex Stamos, et al.,**  Defendants. | Judge Terry A. Doughty  Magistrate Judge Kayla D. McClusky |

# ORDER

IT IS ORDERED that Nicholas R. Barry be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiffs Jill Hines and Jim Hoft in the above described action.

SO ORDERED on this, the 15th day of May, 2023.

_____
U.S. Magistrate Judge