| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Julianna Parks SBN 30658<br>Langley & Parks<br>4444 Viking Drive Suite 100<br>Bossier City, LA 71111<br>ATTORNEY FOR   Plaintiff | (318) 383-6422 | |
| DISTRICT COURT OF LOUISIANA, COUNTY OF OUACHITA PARISH<br>PO Box 1862<br>Monroe, LA 71210 | | |
| SHORT TITLE OF CASE:<br>Hines, Jill v. Stamos, Alex | | |
| DATE:          TIME:          DEP./DIV. | | CASE NUMBER:<br>3:23-cv-00571 |
| **Proof of Service** | | Ref. No. or File No:<br>23-108 |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Summons

2. Party Served: Renee DiResta

3. Address: 450 Jane Stanford Way, Stanford, CA 94305

   On: 5/10/2023                At: 03:08 PM

4. I served the Party named in item 2, by serving:
   Kabao Moua (Gender: F Age: 36 Height: 5'4" Weight: 130 Race: Asian Hair: Brown Other: )
   Director of Legal Services @ Stanford General Counsel's Office / Authorized to Accept

5. A declaration of diligence and/or mailing is attached, if applicable.

Person attempting service:

   a. Name: Gregory Vartanian
   b. Address: 500 Allerton Street Suite 105, Redwood City, CA 94063
   c. Telephone number: 650-364-9612
   d. The fee for this service was: 357.25

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Swift Legal

Gregory Vartanian                   Date: 05/11/2023

Proof of Service                              Invoice #: 7544994-02

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA  
COUNTY OF San Mateo

Subscribed and sworn to (or affirmed) before me on this 12th day of May 2023

by Gregory Vartanian

*Name of Signers*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _[signature]_  
*Signature of Notary Public*

FRANK KAUL  
Notary Public - California  
San Mateo County  
Commission # 2432751  
My Comm. Expires Jan 24, 2027

Seal  
*Place Notary Seal Above*

──────────── OPTIONAL ────────────

Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document.

Description of Attached Document  
Title or Type of Document: Proof of Service (Renee DiResta)

Document Date: 5/10/2023

Number of Pages: 1

Signer(s) Other Than Named Above: None