| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Julianna Parks SBN 30658<br>Langley & Parks<br>4444 Viking Drive Suite 100<br>Bossier City, LA 71111<br>ATTORNEY FOR   Plaintiff | TELEPHONE NUMBER<br>(318) 383-6422 | FOR COURT USE ONLY |
|---|---|---|
| DISTRICT COURT OF LOUISIANA, COUNTY OF OUACHITA PARISH<br>PO Box 1862<br>Monroe, LA 71210 | | |
| SHORT TITLE OF CASE:<br>Hines, Jill v. Stamos, Alex | | |
| DATE:       TIME:        DEP./DIV. | | CASE NUMBER:<br>3:23-cv-00571 |
| Proof of Service | | Ref. No. or File No:<br>23-108 |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Summons

2. Party Served: **Stanford Internet Observatory**

3. Address: **616 Jane Stanford Way C100, Stanford, CA 94305**

   On: 5/15/2023            At: 03:01 PM

4. I served the Party named in item 2
   By substituted service:
   Tong Tong Zhang (Gender: F Age: 26 Height: 5'4" Weight: 125 Race: Asian Hair: Black Other: Eyes: Brown)
   Post Doc. Fellow work's for Stanford Internet Observatory

   (Business) A person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him or her of the general nature of the papers.

5. A declaration of diligence and/or mailing is attached, if applicable.

Person attempting service:

   a. Name: Gregory Vartanian
   b. Address: 500 Allerton Street Suite 105, Redwood City, CA 94063
   c. Reg. No.: 420  d. County: San Mateo
   e. Telephone number: 650-364-9612
   f. The fee for this service was: 402.25

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Gregory Vartanian                                        Date: 05/17/2023

Proof of Service                                          Invoice #: 7544994-03

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA }
COUNTY OF San Mateo }

Subscribed and sworn to (or affirmed) before me on this 17th day of May 2023

by Gregory Vartanian

Name of Signers

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____
Signature of Notary Public

FRANK KAUL
Notary Public · California
San Mateo County
Commission # 2432751
My Comm. Expires Jan 24, 2027

Seal
Place Notary Seal Above

---------- OPTIONAL ----------

Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: Proof of Service

Document Date: 5/15/2023

Number of Pages: 1

Signer(s) Other Than Named Above: none