# AFFIDAVIT OF SERVICE

| Case:<br>3:23-cv-00571-TAD-KDM | Court: | County: | Job:<br>8853867 |
|---|---|---|---|
| **Plaintiff / Petitioner:** | | **Defendant / Respondent:** | |
| **Received by:**<br>Justice Serves LLC | | **For:**<br>Langley Parks | |
| **To be served upon:**<br>Atlantic Council's Digital Forensic Research Laboratory | | | |

I, Nikolas Alvarez, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Julie Varghese, Company: 1030 15th St NW 12th Floor, Washington, DC 20005
**Manner of Service:** Business, May 12, 2023, 1:29 pm PDT
**Documents:** Summons and Complaint / Exhibits (Received May 9, 2023 at 12:10pm PDT)

**Additional Comments:**
1) Successful Attempt: May 12, 2023, 1:29 pm PDT at Company: 1030 15th St NW 12th Floor, Washington, DC 20005 received by Julie Varghese. Age: 46-50; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'8"; Hair: Blond; Other: Spoke with Julie Varghese Chief Operations Officer who accepted the documents.;

_____   05/12/2023
Nikolas Alvarez                 **Date**

Justice Serves LLC
101 west South st 4b
Frederick, Maryland 21701
(240) 792-1995