## AFFIDAVIT OF SERVICE

| Case: 3:23-cv-00571-TAD-KDM | Court: | County: | Job: 8853871 |
|---|---|---|---|
| Plaintiff / Petitioner: | | Defendant / Respondent: | |
| Received by: Justice Serves LLC | | For: Langley Parks | |
| To be served upon: Graham Brookie | | | |

I, Nikolas Alvarez, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: Graham Brookie, Company: 1030 15th St NW 12th Floor, Washington, DC 20005
Manner of Service: Personal/Individual, May 15, 2023, 11:56 am PDT
Documents: Summons and Complaint / Exhibits (Received May 9, 2023 at 12:10pm PDT)

Additional Comments:
1) Successful Attempt: May 15, 2023, 11:56 am PDT at Company: 1030 15th St NW 12th Floor, Washington, DC 20005 received by Graham Brookie. Age: 40-46; Ethnicity: Caucasian; Gender: Male; Weight: 150; Height: 5'8"; Hair: Brown; Eyes: Hazel; Other: Emailed Julie who accepted Documents for Atlantic Council. She advised Graham would be available today for service. Arrived at 2:45pm and spoke with Graham Brookie who identified himself and accepted documents.;

_____  05/15/2023
Nikolas Alvarez              Date

Justice Serves LLC
101 W South St Ste 4B
Frederick, MD 21701
(240) 792-1995

Subscribed and sworn to before me by the affiant who is personally known to me

_____
Notary Public
5/15/2023        3/21/2027
Date             Commission Expires

LORALEI ALONZO
Notary Public - State of Maryland
Frederick County
My Commission Expires Mar 21, 2027