AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-00571-TAD-KDM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Graphika, Inc. c/o The Corporation Trust Company</u> was received by me on *(date)* <u>May 9 2023</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Nadia Bellamy</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>Graphika, Inc. c/o The Corporation Trust Company</u> on *(date)* <u>Wed, May 10 2023</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 05/10/2023

*Server's signature:* Abernardo

Allison Bernardo
*Printed name and title*

107 S. West St. Ste. 417, Alexandria, VA 22314
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 10, 2023, 2:55 pm EDT at 1209 ORANGE ST, WILMINGTON, DE 19801-1120 received by Nadia Bellamy. Age: 28; Ethnicity: African American; Gender: Female; Weight: 130; Height: 5'7"; Hair: Black; Eyes: Brown; Relationship: Intake specialist ;