# LegalAssist

| | |
|---|---|
| **From:** | Jones, Lanse (ATG) <lanse.jones@atg.wa.gov> |
| **Sent:** | Friday, May 12, 2023 4:34 PM |
| **To:** | Shawn Matthews |
| **Subject:** | Service of Hines Lawsuit on Kate Starbird |

Hi Shawn,

This email is to notify you we have accepted service of your lawsuit (Hines v. Starbird, et al.) on behalf of Kate Starbird at the University of Washington.

Regards,

Lanse Jones, Paralegal
Attorney General's Office
University of Washington Division
UW Tower, Mailbox 359475
Telephone:  (206) 543-3243

1