UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **JILL HINES ET AL** | * | **CASE NO. 3:23-CV-571** |
| | * | |
| **VERSUS** | * | **CHIEF JUDGE TERRY A. DOUGHTY** |
| | * | |
| **ALEX STAMOS ET AL** | * | **MAG. JUDGE KAYLA D. MCCLUSKY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADINGS**

NOW INTO COURT, through undersigned counsel, come Defendants Alex Stamos, Renée DiResta, the Board of Trustees of the Leland Stanford Junior University, Leland Stanford Junior University, Kate Starbird, Graphika, Atlantic Council, and Graham Brookie ("Defendants"), who respectfully move for an extension of time—until July 14, 2023—to respond to the Complaint [Doc. No. 1] filed by Plaintiffs Jill Hines and Jim Hoft ("Plaintiffs").[1] In support, Defendants represent as follows:

1. Plaintiffs filed the Complaint on May 2, 2023.

---

[1] The Complaint names Camille François as a defendant, but Ms. François has not been served with the Complaint and Summons.

Plaintiffs also purported to name the Stanford Internet Observatory and the Atlantic Council's Digital Forensic Research Lab as defendants. The Stanford Internet Observatory is a Stanford program, not an independent legal entity that can sue or be sued, and it has not been properly served and is not a proper defendant. Likewise, the Digital Forensic Research Lab is an Atlantic Council program, not an independent legal entity that can sue or be sued, and it has not been properly served and is not a proper defendant. Defendants Leland Stanford Junior University and Atlantic Council intend to meet and confer with Plaintiffs as to this issue and will address it in an appropriate motion if necessary after meeting and conferring. To the extent a response to the complaint is due from Stanford Internet Observatory or the Digital Forensic Research Lab, the deadline should be July 14, 2023, as well.

2. Defendant Atlantic Council was served with the Complaint and Summons on May 12, 2023, and its answer is currently due June 2, 2023;

3. Defendant Graham Brookie was served with the Complaint and Summons on May 15, 2023, and his answer is currently due June 5, 2023;

4. Defendant Renée DiResta was served with the Complaint and Summons on May 10, 2023, and her answer is currently due May 31, 2023;

5. Defendant Graphika was served with the Complaint and Summons on May 10, 2023, and its answer is currently due May 31, 2023;

6. Defendant Leland Stanford Junior University was served with the Complaint and Summons on May 10, 2023, and its answer is currently due May 31, 2023;

7. Defendant Board of Trustees Leland Stanford Junior University was served with the Complaint and Summons on May 10, 2023, and its answer is currently due May 31, 2023;

8. Defendant Alex Stamos was served with the Complaint and Summons on May 10, 2023, and his answer is currently due May 31, 2023; and

9. Defendant Kate Starbird was served with the Complaint and Summons in her official capacity on May 12, 2023, and in her individual capacity on May 30, 2023.

10. The Complaint presents numerous questions of federal, state, and constitutional law and involves numerous, separately represented Defendants.

11. The requested extension of time will enable Defendants to coordinate their response to the Complaint to eliminate redundancy and serve judicial efficiency.

12. Counsel for Defendants have conferred with counsel for Plaintiffs, and Plaintiffs do not oppose granting an extension of time for Defendants to respond to the Complaint to July 14, 2023.[2]

WHEREFORE, Defendants request that the Court grant this motion and enter an order extending the deadline for Defendants to respond to the Complaint to July 14, 2023.

Respectfully submitted,

/s/ Devin Reid
James Brown (Bar #14101)
Devin Reid (Bar #32645)
Brady Hadden (Bar #37708)
**LISKOW *&* LEWIS**
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
Email:   dcreid@liskow.com
             bhadden@liskow.com
             jabrown@liskow.com

---

[2] Pursuant to Western District of Louisiana Local Rule 7.9, attached to this motion is a certificate by undersigned counsel that consent was sought for the extension requested herein and there is no opposition to the extension sought by this motion.

John B. Bellinger III (*pro hac vice* forthcoming)
Elisabeth S. Theodore (*pro hac vice* forthcoming)
R. Stanton Jones (*pro hac vice* forthcoming)
Stephen K. Wirth (*pro hac vice* forthcoming)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave. NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
Email: john.bellinger@arnoldporter.com
elisabeth.theodore@arnoldporter.com
stanton.jones@arnoldporter.com
stephen.wirth@arnoldporter.com

*Counsel for Alex Stamos, Renée DiResta, the Board of Trustees of the Leland Stanford Junior University, and Leland Stanford Junior University*


*/s/ Camala E. Capodice*
Quentin F. Urquhart, Jr. (Bar #14475)
Camala E. Capodice (Bar #29117)
Gabrielle C. Broders (Bar #39821)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101
Email: qurquhart@irwinllc.com
ccapodice@irwinllc.com
gbroders@irwinllc.com

Mary E. Gately (*pro hac vice* forthcoming)
Samantha L. Chaifetz (*pro hac vice* forthcoming)
**DLA PIPER LLP (US)**
500 Eighth Street NW
Washington, DC 20004
Telephone: (202) 799-4507
Facsimile: (202) 799-5507
Email: mary.gately@dlapiper.com
samantha.chaifetz@us.dlapiper.com

Marie Bussey-Garza (*pro hac vice* forthcoming)
**DLA PIPER LLP (US)**
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Telephone: (215) 656-3300
Facsimile: (215) 656-3301
Email:   marie.bussey-garza@us.dlapiper.com

*Counsel for Graphika*


Karl V. Hopkins (*pro hac vice* forthcoming)
**BRADLEY ARANT BOULT CUMMINGS LLP**
JPMorgan Chase Tower
600 Travis Street, Suite 5600
Houston, TX 77002
Telephone: (713) 576-0310
Facsimile: (713) 576.0301
Email:   khopkins@bradley.com

*Counsel for Atlantic Council and Graham Brookie*


*/s/ Alex B. Rothenberg*
Alex B. Rothenberg (Bar #34740), T.A.
Ewell E. Eagan (Bar #5239)
**GORDON, ARATA, MONTGOMERY,
  BARNETT, McCOLLAM, DUPLANTIS &
  EAGAN, LLC**
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
Telephone: (504) 582-1111
Facsimile: (504) 582-1121
Email:   arothenberg@gamb.com
         eeagan@gamb.com

*Counsel for Kate Starbird, in her official and individual capacities*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 30th day of May, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and I further certify that, on the same day, I mailed, faxed, or e-mailed the foregoing document with exhibits and notice of electronic filing to the attorneys for all parties.

s/ *Devin C. Reid*
Devin C. Reid