## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

|  |  |  |
|---|---|---|
| **JILL HINES ET AL** | * | **CASE NO. 3:23-CV-571** |
|  | * |  |
| **VERSUS** | * | **CHIEF JUDGE TERRY A. DOUGHTY** |
|  | * |  |
| **ALEX STAMOS ET AL** | * | **MAG. JUDGE KAYLA D. MCCLUSKY** |
|  | * |  |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## LOCAL RULE 7.9 CERTIFICATE

Pursuant to Western District of Louisiana Local Rule 7.9, undersigned counsel hereby certifies that counsel for Defendants have conferred with counsel for Plaintiffs Jill Hines and Jim Hoft concerning Defendants' Unopposed Motion for Extension of Time to File Responsive Pleadings (the "Motion"), and Plaintiffs do not oppose the extension sought by the Motion.

    Respectfully submitted,

    */s/ Devin Reid*
    James Brown (Bar #14101)
    Devin Reid (Bar #32645)
    Brady Hadden (Bar #37708)
    **LISKOW *&* LEWIS**
    Hancock Whitney Center
    701 Poydras Street, Suite 5000
    New Orleans, Louisiana 70139-5099
    Telephone: (504) 581-7979
    Facsimile: (504) 556-4108
    Emails:  dcreid@liskow.com
              bhadden@liskow.com
              jabrown@liskow.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 30th day of May, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and I further certify that, on the same day, I mailed, faxed, or e-mailed the foregoing document with exhibits and notice of electronic filing to the attorneys for all parties.

/s/ *Devin C. Reid*  
Devin C. Reid