*(Rev. 6/14/2022)*

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | | |
|---|---|---|
| **HINES ET AL.** | * | **CIVIL ACTION NO. 3:23-cv-571** |
| | * | |
| **VS.** | * | **HONORABLE CHIEF JUDGE** |
| | * | **TERRY A. DOUGHTY** |
| **STAMOS ET AL.** | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **KAYLA D. MCCLUSKY** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

IT IS ORDERED that <u>Marie Bussey-Garza</u> be and is hereby admitted to the bar of this

Court pro hac vice on behalf of Graphika in the above-described action.

SO ORDERED on this, the 13th day of June, 2023.


_____
U.S. Magistrate Judge