**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

|  |  |  |
|---|---|---|
| | * | |
| **JILL HINES ET AL** | * | **CASE NO. 3:23-CV-571** |
| | * | |
| **VERSUS** | * | **CHIEF JUDGE TERRY A. DOUGHTY** |
| | * | |
| **ALEX STAMOS ET AL** | * | **MAG. JUDGE KAYLA D. MCCLUSKY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## <u>ORDER</u>

**IT IS ORDERED** that Stephen K. Wirth be and is hereby admitted to the bar of this Court pro hac vice on behalf of Alex Stamos, Renée DiResta, the Board of Trustees of the Leland Stanford Junior University, and Leland Stanford Junior University in the above-described action.

**SIGNED** this _____ day of _____, 2023, in _____, Louisiana.


_____
UNITED STATES MAGISTRATE JUDGE