*(Rev. 6/14/2022)*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | | |
|---|---|---|
| HINES ET AL. | * | CIVIL ACTION NO. 3:23-cv-571 |
| | * | |
| VS. | * | HONORABLE CHIEF JUDGE |
| | * | TERRY A. DOUGHTY |
| STAMOS ET AL. | * | |
| | * | MAGISTRATE JUDGE |
| | * | KAYLA D. MCCLUSKY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

IT IS ORDERED that Samantha L. Chaifetz be and is hereby admitted to the bar of this Court pro hac vice on behalf of Graphika in the above-described action.

SO ORDERED on this, the 14th day of June, 2023.

_____
U.S. Magistrate Judge