UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| JILL HINES ET AL | * | CASE NO. 3:23-CV-571 |
| VERSUS | * | CHIEF JUDGE TERRY A. DOUGHTY |
| ALEX STAMOS ET AL | * | MAG. JUDGE KAYLA D. MCCLUSKY |

**ORDER**

IT IS ORDERED that Robert M. McKenna be and is hereby admitted to the bar of this Court pro hac vice on behalf of Defendant Kate Starbird, in her official and personal capacities, in the above described action.

SO ORDERED on this, the 14th day of June, 2023.

_____
U.S. Magistrate Judge