UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| JILL HINES ET AL | * | CASE NO. 3:23-CV-571 |
| VERSUS | * | CHIEF JUDGE TERRY A. DOUGHTY |
| ALEX STAMOS ET AL | * | MAG. JUDGE KAYLA D. MCCLUSKY |

## MOTION TO APPEAR PRO HAC VICE

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made by John Bellinger to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of Alex Stamos, Renée DiResta, the Board of Trustees of the Leland Stanford Junior University, and Leland Stanford Junior University in the above-described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bars of the District of Columbia; the U.S. District Court for the District of Columbia; the U.S. Courts of Appeals for the Seventh, Ninth, and District of Columbia Circuits; and the Supreme Court of the United States. Attached hereto is a certificate of good standing from the District of Columbia.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, James Brown, Devin Reid, and Brady Hadden of the firm Liskow & Lewis are appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from [Clerk@lawd.uscourts.gov](mailto:Clerk@lawd.uscourts.gov). I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

[SIGNATURE ON NEXT PAGE]

Respectfully submitted,

*/s/ John Bellinger*_____
Signature of Applying Attorney

John Bellinger
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave. NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
Email:   john.bellinger@arnoldporter.com

-AND-

*/s/ Devin Reid*_____
Signature of Local Counsel

James Brown (Bar #14101)
Devin Reid (Bar #32645)
Brady Hadden (Bar #37708)
**LISKOW & LEWIS**
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
Email:   jabrown@liskow.com
             dcreid@liskow.com
             bhadden@liskow.com

*Counsel for Alex Stamos, Renée DiResta, the Board of Trustees of the Leland Stanford Junior University, and Leland Stanford Junior University*

3

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on the 20th day of June, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and I further certify that, on the same day, I mailed, faxed, or e-mailed the foregoing document with exhibits and notice of electronic filing to the attorneys for all parties.

                */s/ Devin Reid*