# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| **JILL HINES ET AL** | * | **CASE NO. 3:23-CV-571** |
| **VERSUS** | * | **CHIEF JUDGE TERRY A. DOUGHTY** |
| **ALEX STAMOS ET AL** | * | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering the Unopposed Motion for Extension of Time to File Responsive Pleadings filed by Alex Stamos, Renée DiResta, the Board of Trustees of the Leland Stanford Junior University, the Leland Stanford Junior University, Kate Starbird, Graphika, Atlantic Council, and Graham Brookie (the "Motion"),

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline for all Defendants to respond to the Complaint is hereby extended to August 14, 2023.

**SIGNED** this 29th day of June, 2023, in Monroe, Louisiana.

_____
UNITED STATES MAGISTRATE JUDGE