IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA MONROE DIVISION

**Plaintiff / Petitioner:**
JILL HINES and JIM HOFT, on behalf of themselves and others similarly situated

**Defendant / Respondent:**
ALEX STAMOS, RENÉE DIRESTA, STANFORD INTERNET OBSERVATORY, THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, THE LELAND STANFORD JUNIOR UNIVERSITY, KATE STARBIRD, in her official and individual capacities, GRAPHIKA, CAMILLE FRANÇOIS, ATLANTIC COUNCIL, ATLANTIC COUNCIL'S DIGITAL FORENSIC RESEARCH LAB, and GRAHAM BROOKIE

**AFFIDAVIT OF SERVICE**
Index No:
3:23-CV-00571

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age. That on Thu, Jun 22 2023 AT 08:04 PM AT 92 Wyckoff St Apt. 1, Brooklyn, NY 11201 deponent served the within COMPLAINT; EXHIBITS; SUMMONS IN A CIVIL ACTION on Camille Francois

- [ ] **Personal service delivery:** By delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [ ] **Corporate service delivery:** By serving the above on _____ a domestic corporation, by delivering a true copy thereof to _____ who is the _____, a person authorized to accept service.
- [ ] **Partnership service delivery:** By serving the above on _____ by delivering a true copy thereof to _____ a person authorized to accept service.
- [ ] **Substituted service delivery:** By delivering a true copy thereof to _____ a person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode.
- [X] **Conspicuous service delivery:** by affixing a true copy of each to the door thereof, the deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat.
- [ ] **Mailing:** On deponent enclosed a copy of same in a postage-paid sealed wrapped properly addressed to at _____, First Class Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise. that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.
- [ ] **Military Service:** Deponent further states upon information and belief that said person so served is not in the Military Service of State of New York or of the United States as that term is defined in either the State or in the Federal statutes.

**Additional Comments:**
1) Unsuccessful Attempt: Jun 16, 2023, 8:45 pm EDT at 92 Wyckoff St Apt. 1, Brooklyn, NY 11201
No answer at door / Unable to reach Servee

2) Unsuccessful Attempt: Jun 17, 2023, 11:35 am EDT at 92 Wyckoff St Apt. 1, Brooklyn, NY 11201
No answer at door / Unable to reach Servee

3) Successful Attempt: Jun 22, 2023, 8:04 pm EDT at 92 Wyckoff St Apt. 1, Brooklyn, NY 11201
Documents were affixed to the door after due diligence was performed.

**Description:**
Age: _____   Skin Color: _____   Gender: _____   Weight: _____
Height: _____   Hair: _____   Relationship: _____
Other _____

Sworn to before me on 6·30·23

_____ 6·30·23
Dwight Morant
2018133

Notary Public
Brian B. Ricks
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2026

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022

# AFFIDAVIT OF SERVICE BY MAIL

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA MONROE   CASE NO: 3:23-CV-00571

Plaintiff / Petitioner: JILL HINES and JIM HOFT, on behalf of themselves and others similarly situated

vs.

Defendant / Respondent: ALEX STAMOS, RENÉE DIRESTA, STANFORD INTERNET OBSERVATORY, THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, THE LELAND STANFORD JUNIOR UNIVERSITY, KATE STARBIRD, in her official and individual capacities, GRAPHIKA, CAMILLE FRANÇOIS, ATLANTIC COUNCIL, ATLANTIC COUNCIL'S DIGITAL FORENSIC RESEARCH LAB, and GRAHAM BROOKIE

I Nasim Dehghani being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age.

That on Jun 23, 2023 deponent enclosed a copy of the COMPLAINT; EXHIBITS; SUMMONS IN A CIVIL ACTION in a postage-paid sealed wrapped properly addressed to Camille Francois at 92 Wyckoff St Apt. 1, Brooklyn, NY 11201, Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.

Envelope marked "Personal and Confidential".

(check all that apply)

[X] FIRST CLASS MAILING First Class Mail Envelope marked "Personal and Confidential"
[ ] CERTIFIED MAILING certified mail marked "Personal and Confidential" Receipt Number (_____)
[ ] RETURN RECEIPT REQUESTED marked "Personal and Confidential" Receipt Number (_____)
[ ] OVERNIGHT MAILING marked "Personal and Confidential" Receipt Number (_____)

Sworn to me on the 6-30-23

Notary Public

Brian B. Ricks
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2026

Nasim Dehghani   6-30-23

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022