UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **JILL HINES ET AL** | * | **CASE NO. 3:23-CV-571** |
| **VERSUS** | * | **CHIEF JUDGE TERRY A. DOUGHTY** |
| **ALEX STAMOS ET AL** | * | **MAG. JUDGE KAYLA D. MCCLUSKY** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

Defendant Kate Starbird ("*Starbird*") respectfully requests that the Court enter an order enrolling Makala L. Graves (La. Bar. No. 40608), of the firm Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan LLC, as additional counsel of record for Starbird in the above-captioned suit. Ms. Graves is admitted to practice before this Court and will represent Starbird herein.

Respectfully submitted,

/s/ *Alex B. Rothenberg*
Alex B. Rothenberg (Bar #34740), T.A.
Ewell E. Eagan (Bar # 5239)
**GORDON, ARATA, MONTGOMERY,
BARNETT, McCOLLAM, DUPLANTIS
& EAGAN, LLC**
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
Phone: (504) 582-1111
Fax: (504) 582-1121
Email: arothenberg@gamb.com
eeagan@gamb.com

*Counsel for Kate Starbird, in her official
and individual capacities*

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2023, I filed the foregoing *Ex Parte* Motion to Enroll Additional Counsel of Record via the Court's CM/ECF system which will send notification of such filing to all counsel of record.

                                       /s/ *Alex B. Rothenberg*
                                        Alex B. Rothenberg