UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **JILL HINES ET AL** | * | **CASE NO. 3:23-CV-571** |
| **VERSUS** | * | **CHIEF JUDGE TERRY A. DOUGHTY** |
| **ALEX STAMOS ET AL** | * | **MAG. JUDGE KAYLA D. MCCLUSKY** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Kate Starbird's *Ex Parte* Motion to Enroll Additional Counsel of Record,

**IT IS HREBY ORDERED** that the motion is **GRANTED** and that Makala L. Graves (La. Bar. No. 40608), of the firm Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan LLC, is enrolled as additional counsel of record for Kate Starbird in the above-captioned matter.

**SIGNED** this _____ day of July, 2023, in _____, Louisiana.

_____
UNITED STATES MAGISTRATE JUDGE