UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| JILL HINES ET AL | * | CASE NO. 3:23-CV-571 |
| VERSUS | * | CHIEF JUDGE TERRY A. DOUGHTY |
| ALEX STAMOS ET AL | * | MAG. JUDGE KAYLA D. MCCLUSKY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering Kate Starbird's *Ex Parte* Motion to Enroll Additional Counsel of Record,

**IT IS HREBY ORDERED** that the motion is **GRANTED** and that Makala L. Graves (La. Bar. No. 40608), of the firm Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan LLC, is enrolled as additional counsel of record for Kate Starbird in the above-captioned matter.

**SIGNED** this 17th day of July, 2023, in Monroe, Louisiana.

_____
UNITED STATES MAGISTRATE JUDGE