# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **JILL HINES, ET AL.** | **CIVIL ACTION NO: 3:23-cv-00571** |
| Plaintiffs | |
| vs. | **CHIEF JUDGE TERRY A. DOUGHTY** |
| **ALEX STAMOS, ET AL.** | **MAG. JUDGE KAYLA D. McCLUSKY** |
| Defendants | |

## ORDER

Considering the foregoing Consent Motion for Extension of Time to File Responsive Pleadings filed by Defendant, Camille François,

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendant's deadline to respond to Plaintiffs' Complaint is extended to August 14, 2023.

Monroe, Louisiana, this 17th day of July, 2023.

_Kayla D. McClusky_
UNITED STATES MAGISTRATE JUDGE