UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
WESTERN DIVISION

| | |
|---|---|
| JILL HINES ET AL<br>Plaintiff | Case No.  3:23-CV-571 |
| VS. | Judge  CHIEF JUDGE TERRY A. DOUGHTY |
| ALEX STAMOS ET AL<br>Defendant | Magistrate Judge  KAYLA D. MCCLUSKY |

## MOTION TO APPEAR PRO HAC VICE

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this Court for the purpose of appearing on behalf of Atlantic Council and Graham Brookie in the above-described action.

- I am ineligible to become a member of this Court, but I am a member in good standing of the bar of the Supreme Court of Alabama, which is the highest court of such state. I am also a member in good standing of various other state and federal courts. Attached hereto is a certificate of good standing from the Supreme Court of Alabama.

- Payment of the applicable fee of $105.00 is made via the Court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, Jon K. Guice of the firm of Hammonds, Sills, Adkins, Guice, Noah & Perkins, LLP is appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, and LR

5.7.10.  I also agree to receive notice electronically from other parties and the Court via electronic mail.  I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov.  I understand this electronic notice will be in lieu of notice by any other means.  I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the Court's electronic filing system.

Respectfully submitted,

| /s/ Andrew B. Johnson | /s/ Jon K. Guice |
|---|---|
| Signature of Applying Attorney | Signature of Local Counsel |
| | /s/ Shelton Dennis Blunt |
| | Signature of Local Counsel |

PLEASE TYPE OR PRINT LEGIBLY:

| | |
|---|---|
| Name: | Andrew B. Johnson, T.A. |
| Firm: | Bradley Arant Boult Cummings, LLP |
| Address: | 1819 Fifth Avenue North |
| | Birmingham, AL 35203 |
| Telephone: | 205-521-8000 |
| Fax: | 205-521-8800 |
| E-mail: | ajohnson@bradley.com |

LOCAL COUNSEL INFORMATION:

| | |
|---|---|
| Name: | Jon K. Guice, #20841 |
| | Benjamin D. Jones, #33910 |
| Firm: | Hammonds, Sills, Adkins, Guice, Noah & Perkins, LLP |
| Address: | 1881 Hudson Circle |
| | Monroe, LA 71201 |
| Telephone: | 318-324-0101 |
| Fax: | 318-322-5375 |
| E-mail: | jguice@hamsil.com |
| | bjones@hamsil.com |
| Name: | Shelton Dennis Blunt, #21230 |
| | A. Paul LeBlanc, Jr., #23186 |
| Firm: | Phelps Dunbar |
| Address: | P. O. Box 4412 |
| | Baton Rouge, LA 70821-4412 |
| Telephone: | 225-346-0285 |
| Fax: | 225-381-9197 |
| E-mail: | dennis.blunt@phelps.com |
| | paul.leblanc@phelps.com |

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2023, a copy of the foregoing Motion to Appear Pro Hac Vice was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                                */s/ Jon K. Guice*
                                                Signature

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| JILL HINES ET AL | Case No. | 3:23-CV-571 |
|---|---|---|
| Plaintiff | | |
| VS. | Judge | CHIEF JUDGE TERRY A. DOUGHTY |
| ALEX STAMOS ET AL | Magistrate Judge | KAYLA D. MCCLUSKY |
| Defendant | | |

## **ORDER**

IT IS ORDERED that Andrew B. Johnson be and is hereby admitted to the bar of this Court pro hac vice on behalf of Atlantic Council and Graham Brookie in the above-described action.

SO ORDERED on this, the _____ day of _____, 2023.

_____
U.S. Magistrate Judge