# The Supreme Court of Alabama



## Certificate Of Admission

I, Megan B. Rhodebeck, Clerk of the Supreme Court of Alabama, do hereby certify that __Andrew Burns Johnson__ was duly and legally admitted to practice law by the Supreme Court of Alabama on __September 29, 2000__ and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on __June 23, 2023__ with the seal of the Supreme Court of Alabama attached.



*Megan B. Rhodebeck*
*Megan B. Rhodebeck*
*Clerk of the Supreme Court of Alabama*