UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
WESTERN DIVISION

| | | |
|---|---|---|
| JILL HINES ET AL | Case No. | 3:23-CV-571 |
| Plaintiff | | |
| VS. | Judge | CHIEF JUDGE TERRY A. DOUGHTY |
| ALEX STAMOS ET AL | Magistrate Judge | KAYLA D. MCCLUSKY |
| Defendant | | |

## MOTION TO APPEAR PRO HAC VICE

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this Court for the purpose of appearing on behalf of Atlantic Council and Graham Brookie in the above-described action.

- I am ineligible to become a member of this Court, but I am a member in good standing of the bars of the states of Texas and Virginia, the District of Columbia, and the U.S. District Court for the Southern District of Texas. Attached hereto is a certificate of good standing from the state of Texas.

- Payment of the applicable fee of $105.00 is made via the Court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, Jon K. Guice of the firm of Hammonds, Sills, Adkins, Guice, Noah & Perkins, and Shelton Dennis Blunt of the firm of Phelps Dunbar, are appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, and LR

5.7.10. I also agree to receive notice electronically from other parties and the Court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the Court's electronic filing system.

Respectfully submitted,

| *s/Karl Hopkins* | */s/ Jon K. Guice* |
|---|---|
| Signature of Applying Attorney | Signature of Local Counsel |
| | */s/ Shelton Dennis Blunt* |
| | Signature of Local Counsel |

PLEASE TYPE OR PRINT LEGIBLY:

Name: Karl Hopkins
Firm: Bradley Arant Boult Cummings, LLP
Address: 600 Travis Street, Suite 5600
Houston, TX
Telephone: 713-576-0300
Fax:
E-mail: khopkins@bradley.com

LOCAL COUNSEL INFORMATION:

Name: Jon K. Guice, #20841
Benjamin D. Jones, #33910
Firm: Hammonds, Sills, Adkins, Guice, Noah & Perkins, LLP
Address: 1881 Hudson Circle
Monroe, LA 71201
Telephone: 318-324-0101
Fax: 318-322-5375
E-mail: jguice@hamsil.com
bjones@hamsil.com

Name: Shelton Dennis Blunt, #21230
A. Paul LeBlanc, Jr., #23186
Firm: Phelps Dunbar
Address: P. O. Box 4412
Baton Rouge, LA 70821-4412
Telephone: 225-346-0285
Fax: 225-381-9197
E-mail: dennis.blunt@phelps.com
paul.leblanc@phelps.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2023, a copy of the foregoing Motion to Appear Pro Hac Vice was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ Jon K. Guice*
Signature

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| JILL HINES ET AL<br>Plaintiff | Case No.   3:23-CV-571 |
| VS. | Judge   CHIEF JUDGE TERRY A. DOUGHTY |
| ALEX STAMOS ET AL<br>Defendant | Magistrate Judge   KAYLA D. MCCLUSKY |

## **ORDER**

IT IS ORDERED that Karl Hopkins be and is hereby admitted to the bar of this Court pro hac vice on behalf of Atlantic Council and Graham Brookie in the above-described action.

SO ORDERED on this, the _____ day of _____, 2023.

_____
U.S. Magistrate Judge