UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| JILL HINES ET AL | Case No. | 3:23-CV-571 |
|---|---|---|
| Plaintiff | | |
| VS. | Judge | CHIEF JUDGE TERRY A. DOUGHTY |
| ALEX STAMOS ET AL | Magistrate Judge | KAYLA D. MCCLUSKY |
| Defendant | | |

## **ORDER**

IT IS ORDERED that Andrew B. Johnson be and is hereby admitted to the bar of this Court pro hac vice on behalf of Atlantic Council and Graham Brookie in the above-described action.

SO ORDERED on this, the 21st day of July, 2023.

_____
U.S. Magistrate Judge