UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| JILL HINES ET AL | Case No. | 3:23-CV-571 |
| Plaintiff | | |
| VS. | Judge | CHIEF JUDGE TERRY A. DOUGHTY |
| ALEX STAMOS ET AL | Magistrate Judge | KAYLA D. MCCLUSKY |
| Defendant | | |

## ORDER

IT IS ORDERED that Karl Hopkins be and is hereby admitted to the bar of this Court pro hac vice on behalf of Atlantic Council and Graham Brookie in the above-described action.

SO ORDERED on this, the 21st day of July, 2023.

_____
U.S. Magistrate Judge