**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| **JILL HINES ET AL** | * | **CASE NO. 3:23-CV-571** |
| **VERSUS** | * | **CHIEF JUDGE TERRY A. DOUGHTY** |
| **ALEX STAMOS ET AL** | * | **MAG. JUDGE KAYLA D. MCCLUSKY** |

*** * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ***

**CONSENT MOTION FOR EXTENSION OF THE PAGE LIMIT FOR DEFENDANTS' JOINT MOTION TO DISMISS THE COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Defendants Alex Stamos, Renée DiResta, the Board of Trustees of the Leland Stanford Junior University, the Leland Stanford Junior University, the Stanford Internet Observatory, Kate Starbird, Graphika, Camille François, Atlantic Council, the Atlantic Counsel's Digital Forensic Research Lab, and Graham Brookie ("Defendants"),[1] who respectfully move, pursuant to L.R. 7.8, for an extension of the page limit of their forthcoming Joint Motion to Dismiss, from 25 pages to 55 pages. Plaintiffs have consented to this request.

In support, Defendants represent as follows:

1. Granting the requested extension will serve judicial economy. Plaintiff has sued four separately represented groups of defendants. If each group of defendants were to file a brief of 25 pages as permitted by L.R. 7.8, their motions would total 100 pages spread over four separate

[1] The Stanford Internet Observatory is a Stanford program, not an independent legal entity that can sue or be sued, and it has not been properly served and is not a proper defendant. Likewise, the Digital Forensic Research Lab is an Atlantic Council program, not an independent legal entity that can sue or be sued, and it has not been properly served and is not a proper defendant. This issue will be addressed in Defendants' forthcoming Joint Motion to Dismiss.

briefs; an extension of the page limit for a single brief serves the interests of judicial economy by enabling defendants to consolidate their arguments into a single 55-page motion.

2. The proposed extension will allow Defendants to file a brief commensurate with the Complaint. The Complaint is 88 pages and includes 18 exhibits, themselves comprising many hundreds of pages. Plaintiff's suit states four distinct causes of action, involves separately situated Plaintiffs and Defendants, and presents numerous questions of federal, state, and constitutional law. An extension of the page limit is necessary, therefore, for Defendants to address all of Plaintiffs' claims.

3. Counsel for Defendants have conferred with counsel for Plaintiffs, and Plaintiffs consent to this extension of the page limit.

WHEREFORE, Defendants request that the Court grant this motion and enter an order extending the page limit for Defendants' Joint Motion to Dismiss to 55 pages.

August 9, 2023

Respectfully submitted,


*/s/ Camala E. Capodice*
Quentin F. Urquhart, Jr. (Bar #14475)
Camala E. Capodice (Bar #29117)
Gabrielle C. Broders (Bar #39821)
**IRWIN FRITCHIE URQUHART MOORE & DANIELS, LLC**
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101
Email: qurquhart@irwinllc.com
ccapodice@irwinllc.com
gbroders@irwinllc.com

Mary E. Gately (*pro hac vice*)
Samantha L. Chaifetz (*pro hac vice*)
**DLA PIPER LLP (US)**
500 Eighth Street NW
Washington, DC 20004
Telephone: (202) 799-4507
Facsimile: (202) 799-5507
Email: mary.gately@dlapiper.com
samantha.chaifetz@us.dlapiper.com

Marie Bussey-Garza (*pro hac vice*)
**DLA PIPER LLP (US)**
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Telephone: (215) 656-3300
Facsimile: (215) 656-3301
Email: marie.bussey-garza@us.dlapiper.com

*Counsel for Graphika and Camille François*

*/s/ Devin C. Reid*
James Brown (Bar #14101)
Devin C. Reid (Bar #32645)
Brady Hadden (Bar #37708)
**LISKOW & LEWIS**
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
Email: dcreid@liskow.com
bhadden@liskow.com
jabrown@liskow.com

John B. Bellinger III (*pro hac vice*)
Elisabeth S. Theodore (*pro hac vice*)
R. Stanton Jones (*pro hac vice*)
Stephen K. Wirth (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave. NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
Email: john.bellinger@arnoldporter.com
elisabeth.theodore@arnoldporter.com
stanton.jones@arnoldporter.com
stephen.wirth@arnoldporter.com

*Counsel for Alex Stamos, Renée DiResta, the Board of Trustees of the Leland Stanford Junior University, and Leland Stanford Junior University*

*/s/ Jon K. Guice*
Jon K. Guice (Bar #20841)
**HAMMONDS, SILLS, ADKINS, GUICE, NOAH & PERKINS, L.L.P.**
1881 Hudson Circle
Monroe, Louisiana 71201
Telephone: (318) 324-0101
Facsimile: (318) 322-5375
Email: jguice@hamsil.com

Shelton Dennis Blunt (Bar #21230)
**PHELPS DUNBAR LLP**
II City Plaza | 400 Convention St., Suite 1100
Baton Rouge, Louisiana 70802
Telephone: (225) 346-0285
Facsimile: (225) 381-9197
Email: dennis.blunt@phelps.com

Karl V. Hopkins (admitted *pro hac vice*)
**BRADLEY ARANT BOULT CUMMINGS LLP**
JPMorgan Chase Tower
600 Travis Street, Suite 5600
Houston, TX 77002
Telephone: (713) 576-0310
Facsimile: (713) 576.0301
Email: khopkins@bradley.com

Andrew B, Johnson (*pro hac vice*)
**BRADLEY ARANT BOULT CUMMINGS LLP**
1819 Fifth Ave N
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-6295
Email: ajohnson@bradley.com

*Counsel for Atlantic Council and Graham Brookie*

*/s/ Alex B. Rothenberg*
Alex B. Rothenberg (Bar #34740), T.A.
Ewell E. Eagan (Bar #5239)
Makala L. Graves (Bar #40608)
**GORDON, ARATA, MONTGOMERY, BARNETT, McCOLLAM, DUPLANTIS & EAGAN, LLC**
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
Telephone: (504) 582-1111
Facsimile: (504) 582-1121
Email: arothenberg@gamb.com
eeagan@gamb.com
mgraves@gamb.com

Rob McKenna (*pro hac vice*)
Daniel Dunne (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
401 Union Street- Suite 3300
Seattle, WA 98101
Telephone: (206) 839-4300
Facsimile: (206) 839-4301
Email: ddunne@orrick.com
emckenna@orrick.com

Geoffrey Shaw (*pro hac vice)*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
355 S. Grand Ave., Ste. 2700
Los Angeles, CA 90071
Telephone: (213) 629-2020
Facsimile: (213) 612-2499
Email: geoffreyshaw@orrick.com

*Counsel for Kate Starbird*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 9th day of August, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and I further certify that, on the same day, I mailed, faxed, or e-mailed the foregoing document with exhibits and notice of electronic filing to the attorneys for all parties.

s/ *Devin C. Reid*
Devin C. Reid

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| **JILL HINES ET AL** | * | **CASE NO. 3:23-CV-571** |
| **VERSUS** | * | **CHIEF JUDGE TERRY A. DOUGHTY** |
| **ALEX STAMOS ET AL** | * | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**************************************************

**ORDER**

Considering the Consent Motion for Extension of the Page Limit for Defendants' Joint Motion to Dismiss the Complaint filed by Alex Stamos, Renée DiResta, the Board of Trustees of the Leland Stanford Junior University, the Leland Stanford Junior University, the Stanford Internet Observatory, Kate Starbird, Graphika, Camille François, Atlantic Council, the Atlantic Counsel's Digital Forensic Research Lab, and Graham Brookie (the "Motion"),

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the page limit for Defendants' Joint Motion to Dismiss is hereby extended to 55 pages.

**SIGNED** this _____ day of ______________, 2023, in _______________, Louisiana.

_________________________________
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| | * | |
| **JILL HINES ET AL** | * | **CASE NO. 3:23-CV-571** |
| | * | |
| **VERSUS** | * | **CHIEF JUDGE TERRY A. DOUGHTY** |
| | * | |
| **ALEX STAMOS ET AL** | * | **MAG. JUDGE KAYLA D. MCCLUSKY** |
| | * | |

*** * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ***

**<u>LOCAL RULE 7.9 CERTIFICATE</u>**

Pursuant to Western District of Louisiana Local Rule 7.9, undersigned counsel hereby certifies that he has conferred with counsel for Plaintiffs Jill Hines and Jim Hoft concerning Defendants' Consent Motion for Extension of the Page Limit for Defendants' Joint Motion to Dismiss the Complaint (the "Motion"), and Plaintiffs consent to the extension of the page limit sought by the Motion.

Respectfully submitted,

*/s/ James Brown*_______________________
James Brown (Bar #14101)
Devin Reid (Bar #32645)
Brady Hadden (Bar #37708)
**LISKOW & LEWIS**
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
Emails: dcreid@liskow.com
bhadden@liskow.com
jabrown@liskow.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 30th day of May, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and I further certify that, on the same day, I mailed, faxed, or e-mailed the foregoing document with exhibits and notice of electronic filing to the attorneys for all parties.

/s/ *Devin C. Reid*
Devin C. Reid