**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| JILL HINES, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEX STAMOS, ET AL., <br><br> *Defendants*. | Case No. 3:23-cv-571 <br><br> Chief Judge Terry A. Doughty <br><br> Magistrate Judge Kayla D. McClusky |

**DEFENDANTS' JOINT MOTION TO COMPEL INDIVIDUAL ARBITRATION, DISMISS PLAINTIFFS' CLASS CLAIMS, AND STAY ALL PROCEEDINGS, OR ALTERNATIVELY TO TRANSFER VENUE UNDER 28 U.S.C. § 1404**

For the reasons stated in the accompanying memorandum, Defendants Alex Stamos, Renée DiResta, the Board of Trustees of the Leland Stanford Junior University, the Leland Stanford Junior University, the Stanford Internet Observatory (SIO), Kate Starbird, Graphika, Camille François, the Atlantic Council, the Atlantic Counsel's Digital Forensic Research Lab (DFRLab), and Graham Brookie (together, "Defendants") jointly move to compel individual arbitration of all claims in this case, to dismiss the class claims, and to stay all proceedings pending arbitration. If the Court concludes that any of Plaintiffs' claims may proceed in court, Defendants move to transfer venue to the Northern District of California under 28 U.S.C. § 1404.

Defendants are also moving to dismiss, but the Court should decide the instant motion to compel arbitration or alternatively to transfer venue before addressing any merits-based ground for dismissal in the motion to dismiss, *i.e.*, before addressing whether the complaint states a claim upon which relief may be granted under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

1

| | |
|---|---|
| August 14, 2023 | Respectfully submitted, |
| */s/ Camala E. Capodice* | */s/ James Brown* |
| Quentin F. Urquhart, Jr. (Bar #14475) | James Brown (Bar #14101) |
| Camala E. Capodice (Bar #29117) | Devin Reid (Bar #32645) |
| Gabrielle C. Broders (Bar #39821) | Brady Hadden (Bar #37708) |
| **IRWIN FRITCHIE URQUHART MOORE & DANIELS, LLC** | **LISKOW & LEWIS** Hancock Whitney Center |
| 400 Poydras Street, Suite 2700 | 701 Poydras Street, Suite 5000 |
| New Orleans, Louisiana 70130 | New Orleans, Louisiana 70139-5099 |
| Telephone: (504) 310-2100 | Telephone: (504) 581-7979 |
| Facsimile: (504) 310-2101 | Facsimile: (504) 556-4108 |
| Email: qurquhart@irwinllc.com  ccapodice@irwinllc.com  gbroders@irwinllc.com | Email: dcreid@liskow.com  bhadden@liskow.com  jabrown@liskow.com |
| Mary E. Gately (*pro hac vice*) | John B. Bellinger III (*pro hac vice*) |
| Samantha L. Chaifetz (*pro hac vice*) | Elisabeth S. Theodore (*pro hac vice*) |
| **DLA PIPER LLP (US)** | R. Stanton Jones (*pro hac vice*) |
| 500 Eighth Street NW | Stephen K. Wirth (*pro hac vice*) |
| Washington, DC 20004 | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| Telephone: (202) 799-4507 | 601 Massachusetts Ave. NW |
| Facsimile: (202) 799-5507 | Washington, DC 20001 |
| Email: mary.gately@dlapiper.com  samantha.chaifetz@us.dlapiper.com | Telephone: (202) 942-5000 Facsimile: (202) 942-5999 |
| Marie Bussey-Garza (*pro hac vice*) | Email: john.bellinger@arnoldporter.com  elisabeth.theodore@arnoldporter.com  stanton.jones@arnoldporter.com  stephen.wirth@arnoldporter.com |
| **DLA PIPER LLP (US)** | |
| 1650 Market Street, Suite 5000 | |
| Philadelphia, PA 19103 | |
| Telephone: (215) 656-3300 | |
| Facsimile: (215) 656-3301 | *Counsel for Alex Stamos, Renée DiResta, the Board of Trustees of the Leland Stanford Junior University, the Leland Stanford Junior University, and the Stanford Internet Observatory* |
| Email: marie.bussey-garza@us.dlapiper.com | |
| *Counsel for Graphika and Camille François* | |

2

*/s/ Jon K. Guice*
Jon K. Guice (Bar #20841)
**HAMMONDS, SILLS, ADKINS, GUICE, NOAH & PERKINS, L.L.P.**
1881 Hudson Circle
Monroe, Louisiana 71201
Telephone: (318) 324-0101
Facsimile: (318) 322-5375
Email: jguice@hamsil.com

Shelton Dennis Blunt (Bar #21230)
**PHELPS DUNBAR LLP**
II City Plaza | 400 Convention St., Suite 1100
Baton Rouge, Louisiana 70802
Telephone: (225) 346-0285
Facsimile: (225) 381-9197
Email: dennis.blunt@phelps.com

Karl V. Hopkins (admitted *pro hac vice*)
**BRADLEY ARANT BOULT CUMMINGS LLP**
JPMorgan Chase Tower
600 Travis Street, Suite 5600
Houston, TX 77002
Telephone: (713) 576-0310
Facsimile: (713) 576.0301
Email: khopkins@bradley.com

Andrew B, Johnson (*pro hac vice*)
**BRADLEY ARANT BOULT CUMMINGS LLP**
1819 Fifth Ave N
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-6295
Email: ajohnson@bradley.com

*Counsel for the Atlantic Council, the Atlantic Council's Digital Forensic Research Lab, and Graham Brookie*

*/s/ Alex B. Rothenberg*
Alex B. Rothenberg (Bar #34740), T.A.
Ewell E. Eagan (Bar #5239)
Makala L. Graves (Bar #40608)
**GORDON, ARATA, MONTGOMERY, BARNETT, McCOLLAM, DUPLANTIS & EAGAN, LLC**
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
Telephone: (504) 582-1111
Facsimile: (504) 582-1121
Email: arothenberg@gamb.com
          eeagan@gamb.com
          mgraves@gamb.com

Rob McKenna (*pro hac vice*)
Daniel Dunne (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
401 Union Street- Suite 3300
Seattle, WA 98101
Telephone: (206) 839-4300
Facsimile: (206) 839-4301
Email: ddunne@orrick.com
          emckenna@orrick.com

Geoffrey Shaw (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
355 S. Grand Ave., Ste. 2700
Los Angeles, CA 90071
Telephone: (213) 629-2020
Facsimile: (213) 612-2499
Email: geoffreyshaw@orrick.com

*Counsel for Kate Starbird*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of August, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will provide notice of electronic filing to the attorneys for all parties.

>*/s/ James Brown*
>James Brown