# EXHIBIT C

# Reopen Louisiana

11K likes · 12K followers

**Posts** About Mentions Reviews Reels Photos More ▼

## Intro

Louisiana has experience significant human tragedy as a consequence of COVID19. The continuation of t

- Page · Community
- Reopenla@gmail.com
- Rating · 4.4 (36 reviews)

## Photos

See All Photos

## Featured

Reopen Louisiana
15 July at 12:03

It's That Time Of Year: Don't Be Fooled By Schools!

## Posts

Filters

Reopen Louisiana
2h

Ya don't say. 🙄
If the tyranny that caused this 👇 isn't a priority voting issue, you haven't been paying attention. 🙄

Dr. Tom Frieden
@DrTomFrieden

Cold facts: Life expectancy is on a tragic decline in the U.S., and preventable heart attacks and strokes are a key driver. bit.ly/47fXBlp

**American exceptionalism**
Life expectancy at birth, years

Privacy · Terms · Advertising · Ad choices ▶ · Cookies · More · Meta © 2023