# EXHIBIT E

Settings

**The Gateway Pundit**
126.9K posts

Follow

## The Gateway Pundit
@gatewaypundit

Official Twitter account of The Gateway Pundit | Send tips to tips@thegatewaypundit.com

Media & News Company St. Louis, Missouri thegatewaypundit.com
Joined January 2009

**1,858** Following **597.5K** Followers **2** Subscriptions

Posts Replies Media Likes

**The Gateway Pundit** @gatewaypundit · Dec 20, 2020
REVEALED: 'Simple Math' Shows Biden Claims 13 MILLION More Votes Than There Were Eligible Voters Who Voted in 2020 Election @JoeHoft via @gatewaypundit

thegatewaypundit.com
REVEALED: 'Simple Math' Shows Biden Claims 13 MILLION More Vote...
The 2020 election will go down as the most corrupt US election in history.

14.7K 23.6K 66K

**The Gateway Pundit** @gatewaypundit · Nov 12, 2020
Holy Smokes! We got something coming out tonight that will CRUSH liberal hearts everywhere. VERY BIG!

3,793 10.1K 49.4K

**The Gateway Pundit** @gatewaypundit · Dec 20, 2020
MUST-SEE VIDEO: Voter Fraud Occurred in Arizona - The State Certified Fraudulent Results (VIDEO) via @gatewaypundit

thegatewaypundit.com
MUST-SEE VIDEO: Voter Fraud Occurred in Arizona - The State Certifi...
The 2020 Election Results in Arizona clearly make no sense and therefore indicate fraud.

6,221 14K 42.8K

**The Gateway Pundit** @gatewaypundit · Dec 18, 2020
VIDEO--> MI Sec of State Official Caught On Video Telling Volunteers To Count "Multiple Ballots with the very Same Signature" During "Audit" Of Votes In Antrim County thegatewaypundit.com/2020/12/mi-sec... via @gatewaypundit

**New to Twitter?**
Sign up now to get your own personalized timeline!
Sign up with Google
Sign up with Apple
Create account
By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**You might like**
DC_Draino @DC_Draino Follow
Catturd ™ @catturd2 Follow
Laura Loomer @LauraLoomer Follow
Show more

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2023 X Corp.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up


