# EXHIBIT G



Skip to main content

Help Center (https://help.twitter.com/)

- Using Twitter (https://help.twitter.com/en/using-twitter)
- Managing your account (https://help.twitter.com/en/managing-your-account)
- Safety and security (https://help.twitter.com/en/safety-and-security)
- Rules and policies (https://help.twitter.com/en/rules-and-policies)
- Resources ˅
    - New user FAQ (https://help.twitter.com/en/resources/new-user-faq)
    - Glossary (https://help.twitter.com/en/resources/glossary)
    - A safer Twitter (https://help.twitter.com/en/resources/a-safer-twitter)
    - Accessibility (https://help.twitter.com/en/resources/accessibility)

    - Our rules (https://help.twitter.com/en/resources/rules)
    - My privacy (https://help.twitter.com/en/resources/how-you-can-control-your-privacy)
    - How we address misinformation on Twitter (https://help.twitter.com/en/resources/addressing-misleading-info)

Sign in (https://twitter.com/login?redirect_after_login=https://help.twitter.com/en/rules-and-policies/election-integrity-policy)

Contact Us (https://help.twitter.com/forms.html)

1. Civic integrity policy

# Civic integrity policy

1. Help Center  (https://help.twitter.com/)
2. Platform integrity and authenticity  (https://help.twitter.com/en/rules-and-policies#platform-integrity-and-authenticity)

# Civic integrity misleading information policy

# Overview

## January 2023

**You may not use X's services for the purpose of manipulating or interfering in elections or other civic processes. This includes posting or sharing content that may suppress participation or mislead people about when, where, or how to participate in a civic process. In addition, we may label and reduce the visibility of Posts containing false or misleading information about civic processes in order to provide additional context.**

The public conversation occurring on X is never more important than during elections and other civic events. Any attempts to undermine the integrity of our service is antithetical to our fundamental rights and undermines the core tenets of freedom of expression, the value upon which our company is based.

We believe we have a responsibility to protect the integrity of those conversations from interference and manipulation. Therefore, we prohibit attempts to use our services to manipulate or disrupt civic processes, including through the distribution of false or misleading information about the procedures or circumstances around participation in a civic process. In instances where misleading information does not seek to directly manipulate or disrupt civic processes, but leads to confusion on our service, we may label the Posts to give additional context. Given the significant risks of confusion about key election information, we may take these actions even if Posts contain (or attempt to contain) satirical or humorous elements.

**What is a civic process?**

X considers civic processes to be events or procedures mandated, organized, and conducted by the governing and/or electoral body of a country, state, region, district, or municipality to address a matter of common concern through public participation. Some examples of civic processes may include:

- Political elections
- Censuses
- Major referenda and ballot initiatives

**What is in violation of this policy?**

This policy addresses 4 categories of misleading behavior and content:

**Misleading information about how to participate**

We may label or remove false or misleading information about how to participate in an election or other civic process. This includes but is not limited to:

- misleading information about procedures to participate in a civic process (for example, that you can vote by Post, text message, email, or phone call in jurisdictions where these are not a possibility);
- misleading information about requirements for participation, including identification or citizenship requirements;
- misleading claims that cause confusion about the established laws, regulations, procedures, and methods of a civic process, or about the actions of officials or entities executing those civic processes; and
- misleading statements or information about the official, announced date or time of a civic process.

**Suppression and intimidation**

We may label or remove false or misleading information intended to intimidate or dissuade people from participating in an election or other civic process. This includes but is not limited to:

- misleading claims that polling places are closed, that polling has ended, or other misleading information relating to votes not being counted;
- misleading claims about police or law enforcement activity related to voting in an election, polling places, or collecting census information;
- misleading claims about long lines, equipment problems, or other disruptions at voting locations during election periods;
- misleading claims about process procedures or techniques which could dissuade people from participating; and
- threats regarding voting locations or other key places or events (note that our violent threats policy may also be relevant for threats not covered by this policy).

**Misleading information about outcomes**

We may label or remove false or misleading information intended to undermine public confidence in an election or other civic process. This includes but is not limited to:

- disputed claims that could undermine faith in the process itself, such as unverified information about election rigging, ballot tampering, vote tallying, or certification of election results; and
- misleading claims about the results or outcome of a civic process which calls for or could lead to interference with the implementation of the results of the process, e.g. claiming victory before election results have been certified, inciting unlawful conduct to prevent the procedural or practical implementation of election results (note that our violent threats policy may also be relevant for threats not covered by this policy).

**False or misleading affiliation**

You can't create fake accounts which misrepresent their affiliation, or share content that falsely represents its affiliation, to a candidate, elected official, political party, electoral authority, or government entity. Read more about our Misleading and deceptive identities policy.

**What is not a violation of this policy?**

Not all false or untrue information about politics or civic processes constitutes manipulation or interference. In the absence of other policy violations, the following are generally not in violation of this policy:

- inaccurate statements about an elected or appointed official, candidate, or political party;
- organic content that is polarizing, biased, hyperpartisan, or contains controversial viewpoints expressed about elections or politics;
- discussion of public polling information;
- voting and audience participation for competitions, game shows, or other entertainment purposes; and
- using X pseudonymously or as a parody, commentary, or fan account to discuss elections or politics.

**Who can report violations of this policy?**

Accurate reporting of suspected violations of this policy requires information and knowledge specific to an election or civic process. Therefore, we enable reporting of false or misleading information about civic processes in advance of major events, for people located in the relevant countries and locations. We also work with select government and civil society partners in these countries to provide additional channels for reporting and expedited review.

For civic processes with multiple stages or parts, such as primary elections or lengthy campaigns, reporting will be enabled leading up to the first officially-sanctioned event associated with the civic process.

**How can I report violations of this policy?**

If the reporting option for this policy is enabled in your country at the relevant time, you can report this content in-app or on desktop.

### In-app

You can report this content for review in-app as follows:

1. Select **Report Post** from the ººº icon.
2. Select **It's misleading about a political election or other civic event.**
3. Select the option that best tells us how the Post is misleading about voting or participation in civic processes.
4. Submit your report.

### Desktop

You can report this content for review on desktop as follows:

1. Select **Report Post** from the ººº icon.
2. Select **It's misleading about a political election or other civic event.**
3. Select the option that best tells us how the Post is misleading about voting or participation in a civic process.
4. Submit your report.

### What happens if you violate this policy?

The consequences for violating our civic integrity policy depends on the severity and type of the violation and the accounts' history of previous violations.

**The actions we take may include the following:**

### Post deletion

For high-severity violations of this policy, including (1) misleading information about how to participate, and (2) suppression and intimidation, we may require you to remove this content. We may also temporarily lock you out of your account before you can Post again. Post deletions accrue 2 strikes.

**Profile modifications**

If you violate this policy within your profile information (e.g., your bio), we may require you to remove this content. We may also temporarily lock you out of your account before you can Post again. If you violate this policy again after your first warning, your account may be permanently suspended.

**Labeling**

In circumstances where we do not remove content which violates this policy, we may provide additional context on Posts sharing the content where they appear on X. This means we may:

- Apply a label and/or warning message to the content where it appears in the X product;

- Show a warning to people before they share or like the content;

- Turn off people's ability to reply, Reposts, or like the Post;

- Reduce the visibility of the content on X and/or prevent it from being recommended;

- Provide a link to additional explanations or clarifications, such as in a X Moment or relevant X policies; and/or

- Turn off likes, replies, and Reposts.

In some cases, we might take all of the above actions on Post we label. In others, we may also turn off your ability to reply, Repost, or like the Post.

### Account locks and permanent suspension

For severe or repeated violations of this policy, accounts may be permanently suspended.

If you believe that your account was locked or suspended in error, you can submit an appeal.

# Share this article


Tweet

© 2023 X Corp.

Cookies (https://help.twitter.com/rules-and-policies/twitter-cookies)

Privacy (https://twitter.com/privacy)

Terms and conditions (https://twitter.com/tos)

English

Help Center (https://help.twitter.com/)

- English (https://help.twitter.com/en/rules-and-policies/election-integrity-policy)
- Español (https://help.twitter.com/es/rules-and-policies/election-integrity-policy)
- 日本語 (https://help.twitter.com/ja/rules-and-policies/election-integrity-policy)
- 한국어 (https://help.twitter.com/ko/rules-and-policies/election-integrity-policy)
- Português (https://help.twitter.com/pt/rules-and-policies/election-integrity-policy)
- Deutsch (https://help.twitter.com/de/rules-and-policies/election-integrity-policy)
- Türkçe (https://help.twitter.com/tr/rules-and-policies/election-integrity-policy)
- Français (https://help.twitter.com/fr/rules-and-policies/election-integrity-policy)
- Italiano (https://help.twitter.com/it/rules-and-policies/election-integrity-policy)
- العربية (https://help.twitter.com/ar/rules-and-policies/election-integrity-policy)
- Nederlands (https://help.twitter.com/nl/rules-and-policies/election-integrity-policy)
- Bahasa Indonesia (https://help.twitter.com/id/rules-and-policies/election-integrity-policy)
- Русский (https://help.twitter.com/ru/rules-and-policies/election-integrity-policy)
- हिंदी (https://help.twitter.com/hi)
- (https://help.twitter.com/ta.html)
- עברית (https://help.twitter.com/he)
- 简体中文 (https://help.twitter.com/zh-cn)
- 繁體中文 (https://help.twitter.com/zh-tw)
- ภาษาไทย (https://help.twitter.com/th)
- Tiếng Việt (https://help.twitter.com/vi)
- Melayu (https://help.twitter.com/ms)
- Filipino (https://help.twitter.com/fil)
- فارسى (https://help.twitter.com/fa)
- Dansk (https://help.twitter.com/da)
- Suomi (https://help.twitter.com/fi)
- Svenska (https://help.twitter.com/sv)
- Norsk (https://help.twitter.com/no)
- Polski (https://help.twitter.com/pl)
- Magyar (https://help.twitter.com/hu)
- Română (https://help.twitter.com/ro)
- (https://help.twitter.com/cs.html)
- (https://help.twitter.com/el.html)
- Українська (https://help.twitter.com/uk)
- (https://help.twitter.com/mr.html)
- Български (https://help.twitter.com/bg)
- Català (https://help.twitter.com/ca)
- Hrvatski (https://help.twitter.com/hr)
- Српски (https://help.twitter.com/sr)
- Slovenčina (https://help.twitter.com/sk)
- (https://help.twitter.com/kn.html)

8/10/23, 10:51 AM
Twitter's civic integrity policy | Twitter Help
Case 3:23-cv-00571-TAD-KDM   Document 69-9   Filed 08/14/23   Page 12 of 12 PageID #: 1437

- ಪಾಷೆಲ್ಟ್ (https://help.twitter.com/ps)
- Dari (https://help.twitter.com/fa-af)
- (https://help.twitter.com/am.html)
- Oromo (https://help.twitter.com/om)
- Tigrinya (https://help.twitter.com/ti)
- (https://help.twitter.com/ha.html)
- (https://help.twitter.com/ig.html)
- (https://help.twitter.com/yo.html)
- (https://help.twitter.com/ha-NG.html)
- Kurdish (https://help.twitter.com/ckb)
- (https://help.twitter.com/ur.html)