IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| JILL HINES, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALEX STAMOS, et al.,<br><br>*Defendants*. | Case No. 3:23-cv-00571-TAD-KDM |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' JOINT MOTION TO COMPEL ARBITRATION, DEFENDANTS' JOINT MOTION TO DISMISS, AND THEIR FIRST AMENDED COMPLAINT AS OF RIGHT**

Plaintiffs have filed a consent motion for extension of time of 21 days in which to file their response to Defendants' "Joint Motion To Compel Individual Arbitration, Dismiss Plaintiffs' Class Claims, And Stay All Proceedings, Or Alternatively To Transfer Venue Under 28 U.S.C. § 1404," Doc. 69 ("Joint Motion To Compel Arbitration"); to file their response to Defendants' Joint Motion To Dismiss, Doc. 70; and to file their First Amended Complaint as of right under Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure.  Upon consideration of Plaintiffs' Consent Motion for Extension of Time, and for good cause, IT IS HEREBY ORDERED that the motion is GRANTED.  Plaintiffs shall have until September 26, 2023, in which to file their response to Defendants' Joint Motion To Compel Arbitration, Doc. 69; in which to file their response to Defendants' Joint Motion to Dismiss, Doc. 70; and in which to file their First Amended Complaint as of right under Rule 15(a)(1)(B).

2

MONROE, LOUISIANA, this \_\_\_ day of August, 2023.

                Terry A. Doughty
                United States District Judge