# Exhibit 19

**To:**       Kate Starbird[kstarbi@uw.edu]
**Cc:**       Tom Wilson[tomwilson@twitter.com]
**From:**     Emily Ashley
**Sent:**     Wed 7/27/2022 4:43:57 PM
**Subject:**  Re: PoC for the Twitter Developer Platform (V2 API products foracademic researchers)
**Received:**          Wed 7/27/2022 4:47:23 PM
Twitter - Use Case Approval Request Form .docx

Hi Kate,
Thank you for your detailed email. These are great questions/points. I'm happy to hear you are enjoying the
Academic API, and also appreciate the fact that there are still areas of development. We are currently having
internal discussions on how to best serve our academic research community moving forward, and I will be
bringing these to the team in our next meeting. As of now, we do not yet have academic-specific/discounted
packages defined. This is something we are aiming to move forward with in early 2023.

In regards to increased rate limits/elevated access, would you be able to provide a rough idea of your budget?
Additionally, could you please fill out and email back the attached use case?

Best,
Emily



Emily Ashley (she/her) | Account Manager - Academic Research
eashley@twitter.com | Boston | @velocartad

On Tue, Jul 26, 2022 at 2:58 PM Kate Starbird <kstarbi@uw.edu> wrote:

Hi Emily,
Thank you for connecting here. We ARE using the new academic API. And it's fantastic.

Our primary issue is related to how access to the Academic API is structured around individual researchers. We have a
large group (supporting the work of dozens of researchers across multiple projects). We often "share" these data
collections in that multiple researchers work with data collected and stored in shared infrastructure. Our data engineer
was granted access to the academic API and is building tools to support our collections there, but we seem to have rate
limits for a single person on that... which isn't enough to support 25+ researchers, often with their own collection needs.
We'd love to discuss some way to get elevated rate limits for our group (that reflect the actual size of our research team)
that doesn't necessitate having 25 different requests for access and managing 25 different sets of accounts credentials
and access points.

Relatedly, we have relied (for over a decade) on real-time tracking collections (mostly on keywords) for emergent and
breaking news events. We are hoping to find a way to continue to run these collections — for example around crisis
events and elections. My understanding is that with rate limits on the new API (V2), we would not be able to continue
this type of collection (which is critical to our work, especially our real-time work for the Election Integrity Partnership).
Are there other products that might be available to meet these needs? Perhaps products that we could negotiate an
academic rate on?

Kate

Kate Starbird
Associate Professor, UW HCDE
Co-Founder and Faculty Director of the UW Center for an Informed Public
kstarbi@uw.edu

On Jul 26, 2022, at 11:01 AM, Emily Ashley <eashley@twitter.com> wrote:

Thank you, Tom, and Hi, Kate!
Great to e-meet you. Happy to provide some more information and answer any questions you may have.

To start, I am including some links below that should provide a more clear understanding of the V2 migration overall.

**Twitter API v2 migration**

Twitter API v2
Twitter API v2 data dictionary
Twitter API endpoint map
Data formats migration
Migration Hub

Additionally, are you currently accessing the Twitter API for Academic Research? To provide more detail, the Twitter API for Academic Research is a specialized experience on the new Twitter API, designed with features and functionality tailored to better support academic research with Twitter data.
This offering grants **free** access to:

→ v2 endpoints released to date
→ the Full-Archive Search endpoint
→ a higher Tweet cap of 10 million/month
→ advanced querying features

Additionally, we have a great set of resources, including guides and tutorials to help get you up and running. Our Academic forum is also a great place to find answers to any questions you may have.

*If you are not already accessing the API:*
To use this product track, you need to submit your use case through the Academic Research application. Before submitting an application, I would encourage you to review our documentation on preparing for the Academic Research application, as well as this page on resources to get better acclimated with using this tool.

I hope this has been helpful. Let me know if you need any clarification on the above, as well as what additional information you are looking for. I look forward to connecting with you soon.

Best,
Emily



Emily Ashley (she/her) | Account Manager - Academic Research
eashley@twitter.com | Boston | @velocariad

On Tue, Jul 26, 2022 at 1:49 PM Tom Wilson <tomwilson@twitter.com> wrote:

Hi Kate!
I want to introduce you to Emily Ashley who is the Partner Manager on the Developer Platform here at Twitter. Emily will be in a better position to answer questions about the transition to the V2 API and the products available to academic researchers.

Thank you Emily for getting back to me so quickly and helping to answer these questions! I'm also here if

you need anything from my end

cheers
tom

**To:**       Social Science One Researchers[ss1-researchers@fb.com]
**From:**     utl-openresearch
**Sent:**     Mon 5/16/2022 4:10:50 PM
**Subject:**  Recap and Follow-up of the May First Friday
**Received:**         Mon 5/16/2022 4:59:07 PM
IntermediaGunControl_Annique[23].pdf

Dear Researchers,

Thank you for another great discussion last week! Please see the key points and links summarized below:

**1. Data Sharing and Pre-Publication Review:** The Data Sharing for Reproducibility and Publication Guidelines is now live on GitHub. Please review this document carefully for guidelines about:

      1. The pre-publication review process

      2. What data can be exported from the FORT Platform and how

      3. Sharing data with journals for reproducibility and publication purposes.

**2. Research Spotlight:** Thank you to Hazel Kwon for the presentation on gun control on social media. Please see her presentation slides attached if you like to learn more. She can be reached at khkwon@asu.edu.

**3. Data refresh** is completed, with new data included through December 31, 2021.

**4. Ad Library and Ad Targeting Transparency Dataset:** If you would like to learn more, please see here and here.

**5. ICA Conference in Paris:** a small team from Academic Partnerships will be attending the ICA conference in Paris on May 26-30. We'd love to connect with you in person! If you're attending and would like to say hello, please let Annique know at anniquew@fb.com.

**6. Next First Friday:** June 3, 2022, 9:30 AM PST / 12:30 PM EST. This will be our last session this spring. We'll resume on September 16th. Registration link

**Research Spotlights:**
"Political Dynamics of Sharing without Clicking" by S. Shyam Sundar, James P. Jimirro Professor of Media Effects, Co-Director of the Media Effects Research Laboratory, Director of Center for Socially Responsible Artificial Intelligence, at the Pennsylvania State University

"Does United Kingdom Parliamentary Attention Follow Social Media Posts?" by John Bryden, Executive Director of the Observatory on Social Media, at Indiana University

**Contacts:**
Technical questions and feature requests: Direct Support Tool (Instructions)
Feedbacks about First Fridays: researchtool-help@fb.com
General Questions: researchtool-help@fb.com
Pre-Publication Review: research-publications@fb.com

Cindy, Annique, and the Academic Partnerships Team
Cindy: cindygiao@fb.com (Strategic Partner Manager, URL Shares)
Annique: anniquew@fb.com (Strategic Partner Manager, URL Shares)

| | |
|---|---|
| **To:** | Jessica Bachman[jbachman@fb.com] |
| **Cc:** | albeersATuw.edu[albeers@uw.edu] |
| **From:** | Kate Starbird |
| **Sent:** | Wed 5/25/2022 5:26:49 PM |
| **Subject:** | Re: introductions and request to meet at ICWSM |
| **Received:** | Wed 5/25/2022 5:27:19 PM |

Hi Jessica,

I'm not available that week, but could maybe catch up later in June.

Andrew would be a great person to chat with. Another recommendation would be my colleague and long-time collaborator Emma Spiro.

Happy to hear that Meta continues to work on the researcher/transparency front!

Kate

On May 24, 2022, at 2:48 PM, Jessica Bachman <jbachman@fb.com> wrote:

Dear Dr. Starbird and Andrew,

My name is Jessica Bachman. In my personal life, I'm finishing up a PhD in history at UW. In my professional life I work for Meta in the capacity of an academic partnerships manager. I serve as the "voice of the researcher" internally at the company, pushing our product and engineering teams to build products that serve the needs and meet the expectations of the research community. Andrew already knows me (I met him about my dissertation project before I even applied for the job I am in now!) , so I wanted to include him on this email.

I am writing today to ask if you will be at ICWSM in June as I see that Dr. Starbird is on the steering committee. If you are attending, **I was wondering if you might be able to spare 10-15  minutes on either June 7 or 8** to meet with me and some of the engineers at Meta who are developing the Researcher API (currently in beta).

We want to make this product useful for researchers (so that it lives up to its name!) but we are facing some serious constraints.  The imminent challenge is that in order to comply with 30-day deletion requirements, we will have to delete all output cells and non-notebook files (.py, .csv etc) after every 30 days. This is because the data is on Meta's servers and researchers will access it on the FORT platform; it is not downloadable like data that flows through the Twitter API.

Our engineers are exploring a series of options to mitigate the negative affect this might have on research, and we would love to hear your thoughts and constructive criticism. They have put a lot of effort into developing the API and do not want it to fall flat due to the 30-day deletion policy.

I understand that you might have a packed schedule and friends/colleagues to catch up with, so any time you can give us would be massively appreciated as we greatly value your expertise and experience using both Meta's datasets and the Twitter API.

Please let me know any days/times that work for you and we can work around your schedule!

Thank you for considering this request, and sincerely hope we get to meet!

--
Jessica Bachman
Strategic Partner Manager
Academic Partnerships

**To:**        twitter-election-integrity-unhashed@twitter.com[twitter-election-integrity-unhashed@twitter.com]
**From:**      twitter-election-integrity-unhashed
**Sent:**      Tue 6/7/2022 2:02:33 PM
**Subject:**   Re: Update to Twitter information operations datasets
**Received:**          Tue 6/7/2022 3:21:11 PM

Hello,
We're writing to all researchers working with Twitter's unhashed information operations and elections integrity datasets. (Please note: this is a broadcast-only message; replies are not supported.)
***Today, we are offering early access to the application for the new*** Twitter Moderation Research Consortium ***(TMRC)*** — a global group of experts from across academia, civil society, NGOs, and journalism studying platform governance issues — ***exclusively to this existing group of researchers.***
In the future, we will primarily focus on sharing information operations datasets – and eventually additional content moderation datasets – with Consortium members.

**What this means for you:**
        • ***During this early access period, the Consortium application will exclusively be open to members of this group*** – researchers who were previously granted access to our information operation data sets during prior disclosures. Applications will be evaluated in line with the below updated criteria.
        • ***In order to be eligible to join the early Consortium, please submit your application by June 21, 2022.*** Applications submitted after this date will be reviewed later for the public launch.
        • ***Because this is a "closed launch", please do not share the application link with anyone else or publicly.***
        • You will retain your current level of data access for 90 days following our earlier notice. If you wish to retain access to the current archive after this 90 day period and receive new dataset disclosures, you will need to submit a new application and be accepted into the Consortium.
        • Later this summer, we'll open up the application for Consortium membership to all eligible researchers and share key learnings from the early period. You can expect to receive an additional email notifying you after the public launch.

**Consortium Eligibility Criteria:**
To be an eligible candidate for membership, applicants must demonstrate the following:
        • Hold a primary institutional affiliation with an academic, journalistic, nonprofit, or civil society research organization. If applicants are students, they must be master's or PhD level students; undergraduate students are ineligible at this time.
        • Have prior experience and relevant skills for data-driven analysis. Consortium datasets are primarily shared as JSON files and require technical skills to analyze.
        • A specific public interest research use case for the data. ("Public interest research use case" means non-commercial research for journalistic, academic, or non-profit/civil society purposes.)
        • Equipped with industry-standard plans and systems for safeguarding the privacy and security of the data provided by the Consortium. Consortium members are required to sign a data use agreement.

**Link to apply:** https://transparency.twitter.com/en/reports/moderation-research/application.html
***In order to be eligible to join the early Consortium, please submit your application by June 21, 2022. As a reminder, because this is a "closed launch", please do not share the application link with anyone else or publicly.***
Thanks again for helping to improve public understanding of attempted influence operations and manipulation of the public conversation.
Regards,
Twitter
On Wed, Jun 1, 2022 at 4:42 AM twitter-election-integrity-unhashed <twitter-election-integrity-unhashed@twitter.com> wrote:

Hello,
We're writing to all researchers working with Twitter's unhashed information operations and elections integrity datasets with an update on our approach. (Please note: this is a broadcast-only message; replies are not supported.)
In October 2018, we published the first comprehensive, public archive of data related to state-backed information operations. Since then, we've shared 37 datasets of attributed platform manipulation campaigns originating from 17 countries, spanning more than 200 million Tweets and nine terabytes of media.
As we shared at the end of last year, we're updating our approach in an effort to continue to provide expanded transparency about our content moderation actions. We will soon be launching the Twitter Moderation Research

Consortium (TMRC) — a global group of experts from across academia, civil society, NGOs, and journalism studying platform governance issues. In the future, we will primarily focus on sharing information operations datasets with this group.

To start, we'll be launching the application for the new Consortium exclusively to this existing group of researchers in a closed "beta launch" in June 2022. During the beta period, membership will only be open to applicants who were previously granted access to our information operation data sets during prior disclosures. Researchers with prior access may re-apply for the Consortium during this phase, and will be evaluated in line with the Consortium's criteria.

**What this means for you:**

- You will retain your current level of data access for the next 90 days.
- If you wish to retain access to the current archive after 90 days and receive new dataset disclosures, you will need to submit a new application and be accepted into the Consortium.
- You can expect a follow-up email sharing more information about the Consortium, criteria for eligibility, and the link for the Consortium's beta application.

Thanks again for helping to improve public understanding of attempted influence operations and manipulation of the public conversation.

Regards,

Twitter

--

This is a broadcast-only group; replies are not supported or monitored.


--

This is a broadcast-only group; replies are not supported or monitored.

---

To unsubscribe from this group and stop receiving emails from it, send an email to twitter-election-integrity-unhashed+unsubscribe@twitter.com.

| | |
|---|---|
| **To:** | twitter-election-integrity-unhashed@twitter.com[twitter-election-integrity-unhashed@twitter.com] |
| **From:** | twitter-election-integrity-unhashed |
| **Sent:** | Fri 6/17/2022 3:00:22 PM |
| **Subject:** | Re: Update to Twitter information operations datasets |
| **Received:** | Fri 6/17/2022 3:30:13 PM |

Hello,

We're writing to all researchers working with Twitter's unhashed information operations and elections integrity datasets with a reminder of the update to our approach. (Please note: this is a broadcast-only message; replies are not supported.)

If you are interested in early access to the Twitter Moderation Research Consortium, and have not yet submitted your application, this is a reminder to **submit your application by the deadline: this upcoming Tuesday June 21, 2022.**

You will retain your current level of data access until the end of August (90 days following our earlier notice). If you wish to retain access to the current archive after this 90 day period and receive new future dataset disclosures, you will need to submit a new application and be accepted into the Consortium.

**Please read full information below before applying; the link to apply is at the end of the prior email.**

Thanks again for helping to improve public understanding of attempted influence operations and manipulation of the public conversation.

Regards,

Twitter

On Tue, Jun 7, 2022 at 10:02 AM twitter-election-integrity-unhashed <twitter-election-integrity-unhashed@twitter.com> wrote:

Hello,

We're writing to all researchers working with Twitter's unhashed information operations and elections integrity datasets. (Please note: this is a broadcast-only message; replies are not supported.)

***Today, we are offering early access to the application for the new*** *Twitter Moderation Research Consortium* ***(TMRC)*** — a global group of experts from across academia, civil society, NGOs, and journalism studying platform governance issues — ***exclusively to this existing group of researchers.***

In the future, we will primarily focus on sharing information operations datasets – and eventually additional content moderation datasets – with Consortium members.

**What this means for you:**

    • ***During this early access period, the Consortium application will exclusively be open to members of this group*** – researchers who were previously granted access to our information operation data sets during prior disclosures. Applications will be evaluated in line with the below updated criteria.

    • ***In order to be eligible to join the early Consortium, please submit your application by June 21, 2022***. Applications submitted after this date will be reviewed later for the public launch.

    • ***Because this is a "closed launch", please do not share the application link with anyone else or publicly.***

    • You will retain your current level of data access for 90 days following our earlier notice. If you wish to retain access to the current archive after this 90 day period and receive new dataset disclosures, you will need to submit a new application and be accepted into the Consortium.

    • Later this summer, we'll open up the application for Consortium membership to all eligible researchers and share key learnings from the early period. You can expect to receive an additional email notifying you after the public launch.

**Consortium Eligibility Criteria:**

To be an eligible candidate for membership, applicants must demonstrate the following:

    • Hold a primary institutional affiliation with an academic, journalistic, nonprofit, or civil society research organization. If applicants are students, they must be master's or PhD level students; undergraduate students are ineligible at this time.

    • Have prior experience and relevant skills for data-driven analysis. Consortium datasets are primarily shared as JSON files and require technical skills to analyze.

• A specific public interest research use case for the data. ("Public interest research use case" means non-commercial research for journalistic, academic, or non-profit/civil society purposes.)

• Equipped with industry-standard plans and systems for safeguarding the privacy and security of the data provided by the Consortium. Consortium members are required to sign a data use agreement.

**Link to apply:** https://transparency.twitter.com/en/reports/moderation-research/application.html
*In order to be eligible to join the early Consortium, please submit your application by June 21, 2022. As a reminder, because this is a "closed launch", please do not share the application link with anyone else or publicly.*

Thanks again for helping to improve public understanding of attempted influence operations and manipulation of the public conversation.
Regards,
Twitter

On Wed, Jun 1, 2022 at 4:42 AM twitter-election-integrity-unhashed <twitter-election-integrity-unhashed@twitter.com> wrote:

Hello,
We're writing to all researchers working with Twitter's unhashed information operations and elections integrity datasets with an update on our approach. (Please note: this is a broadcast-only message; replies are not supported.)
In October 2018, we published the first comprehensive, public archive of data related to state-backed information operations. Since then, we've shared 37 datasets of attributed platform manipulation campaigns originating from 17 countries, spanning more than 200 million Tweets and nine terabytes of media.
As we shared at the end of last year, we're updating our approach in an effort to continue to provide expanded transparency about our content moderation actions. We will soon be launching the Twitter Moderation Research Consortium (TMRC) — a global group of experts from across academia, civil society, NGOs, and journalism studying platform governance issues. In the future, we will primarily focus on sharing information operations datasets with this group.
To start, we'll be launching the application for the new Consortium exclusively to this existing group of researchers in a closed "beta launch" in June 2022. During the beta period, membership will only be open to applicants who were previously granted access to our information operation data sets during prior disclosures. Researchers with prior access may re-apply for the Consortium during this phase, and will be evaluated in line with the Consortium's criteria.
**What this means for you:**

• You will retain your current level of data access for the next 90 days.

• If you wish to retain access to the current archive after 90 days and receive new dataset disclosures, you will need to submit a new application and be accepted into the Consortium.

• You can expect a follow-up email sharing more information about the Consortium, criteria for eligibility, and the link for the Consortium's beta application.

Thanks again for helping to improve public understanding of attempted influence operations and manipulation of the public conversation.
Regards.
Twitter
--
This is a broadcast-only group; replies are not supported or monitored.

--
This is a broadcast-only group; replies are not supported or monitored.
---
To unsubscribe from this group and stop receiving emails from it, send an email to twitter-election-integrity-unhashed+unsubscribe@twitter.com.

**To:**      Suhem Parack[sparack@twitter.com]
**From:**    Kate Starbird
**Sent:**    Fri 6/17/2022 7:03:42 PM
**Subject:** Re: Twitter API event at Twitter Seattle Office 6/23
**Received:**         Fri 6/17/2022 7:03:42 PM

Sorry Suhem,
Our team is all on scattered to the winds right now on summer "break". We're likely to regroup again in early August.
Would love to be involved in future events!

Kate

On Jun 9, 2022, at 1:31 PM, Suhem Parack <sparack@twitter.com> wrote:

Hi Dr. Starbird,
Hope you are doing well. I am the developer advocate for academic research at Twitter (I had reached out to you in the past about streaming API usage)

We are hosting a Twitter developer event at the Twitter Seattle office on Thursday June 23rd at 5:30 pm. I wanted to check with you to see if any of your students who work with the Twitter API for academic research will be interested in being one of the guest speakers - I am looking for someone who may be able to share:

- Their research area
- How they collect, process, store and analyze Twitter data from the Twitter API

If you know anyone who may be interested please let me know.

Thanks!

Suhem
Staff Developer Advocate, Academics
Twitter

| | |
|---|---|
| **To:** | Sarah Shirazyan[shirazyan@fb.com] |
| **From:** | Kate Starbird |
| **Sent:** | Tue 8/16/2022 6:38:56 PM |
| **Subject:** | Re: Oversight Board reviewing Meta's Covid-19 misinformation policies |
| **Received:** | Tue 8/16/2022 6:38:56 PM |

Hi Sarah,

We could do Tuesday afternoon at 2:30 at Cafe Solstice. Does that work?

A bunch of us are attending Stanford's Trust and Safety Conference. I'm looking forward to it!

Kate


On Aug 15, 2022, at 2:55 PM, Sarah Shirazyan <shirazyan@fb.com> wrote:

Hi Kate,

It's now my turn to apologize—I was out of the office last week and just catching up with my inbox.

How's Tuesday 8/23, Wednesday 8/24 or Thursday 8/25 anytime between 1-4pm? I can come to UW or wherever is best for you. If these dates do not work, anything that may work early September?

On a different note, I just saw that I will be on the same panel with Andrew Beers for Stanford's Trust and Safety Conference and you are a non-presenting co-author. Hope you are planning to attend the conference.

Looking forward to catching up,

Best,
Sarah

**From:** Kate Starbird <kstarbi@uw.edu>
**Date:** Sunday, August 7, 2022 at 5:51 PM
**To:** Sarah Shirazyan <shirazyan@fb.com>
**Subject:** Re: Oversight Board reviewing Meta's Covid-19 misinformation policies


**This Message Is From an External Sender**


Hi Sarah,

Sorry for the slow responses! I've been either out on vacation or buried in email from being out on vacation for most of the summer. But I'm beginning to settle back into work.

I'm interested to see what the Oversight Board comes up with in this case.

And I'd be happy to meet for coffee again when you're back in Seattle! Maybe end of August or early Sept?

Kate

On Jul 26, 2022, at 1:47 PM, Sarah Shirazyan <shirazyan@fb.com> wrote:

Hi Kate,

I hope you are having a wonderful summer and enjoying the sunshine in Seattle.

We've spoken so many times about addressing covid misinformation over the past two years that wanted to reach out directly to share the Oversight Board has accepted a Policy Advisory Opinion to review our COVID-19 policies.

As you may know the Oversight Board is an independent decision-making body that reviews some of Meta's most significant and difficult content moderation issues. Beyond reviewing our decisions to take down or leave up a piece of content, we can ask the board for Policy Advisory Opinion ("PAO"). Through the PAO process, the board gives us non-binding guidance on our wider content policies. It typically takes the board 6 months to give us an opinion.

We have asked the board for a PAO related to Meta's COVID misinformation policy. The core question they will be deliberating on is as follows:

> *Meta requests a Policy Advisory Opinion from the Oversight Board regarding whether its COVID-19 misinformation removal policies still satisfy its standard for removing harmful health misinformation from its platforms, or whether Meta should address this misinformation through its third-party fact checking or through labels and demotions.*

You can read more here.

Part of the Oversight Board's process is engaging with external experts like yours to solicit their input. The board has opened up a public comments tool and I thought you might be interested in contributing to it given your pioneering work on these topics. If you have any questions about this case, please do let me know and we'd be happy to chat.

On a separate note, I'd love to catch up for a coffee if you are around and available in August or September (I'm in Seattle).

Thank you,
Sarah

**To:**     Aaron Berman[aaronberman@fb.com]
**From:**  Kate Starbird
**Sent:**    Tue 8/23/2022 11:29:05 PM
**Subject:** Re: Helpful to have a guest lecture?
**Received:**       Tue 8/23/2022 11:29:06 PM

Just met with Sarah. Will email the two of you with an idea shortly.

Kate

Sorry for brevity/typos. I am currently nursing a broken finger.

On Aug 18, 2022, at 1:50 PM, Aaron Berman <aaronberman@fb.com> wrote:

Hi Kate, I'm checking back on the below now that we are into August. What would make sense to explore if there are opportunities for me to engage with your center? Sarah Shirazyan also mentioned you and she are going to catch up soon, so we could also consider if there are opportunities for us to do something together.

Thanks and hope you're having a good summer!
Aaron

**From:** Kate Starbird <kstarbi@uw.edu>
**Date:** Wednesday, April 27, 2022 at 10:46 AM
**To:** Aaron Berman <aaronberman@fb.com>
**Subject:** Re: Helpful to have a guest lecture?

Thanks! And thanks for reaching out again!

Kate

On Apr 27, 2022, at 10:11 AM, Aaron Berman <aaronberman@fb.com> wrote:

Yup happy to. We'll be in touch then. Thanks!

**From:** Kate Starbird <kstarbi@uw.edu>
**Date:** Wednesday, April 27, 2022 at 10:00 AM
**To:** Aaron Berman <aaronberman@fb.com>
**Subject:** Re: Helpful to have a guest lecture?

Any chance you can reach out to me in early August (as we're planning our Fall schedules)?

Kate

On Apr 27, 2022, at 9:46 AM, Aaron Berman <aaronberman@fb.com> wrote:

Hi Kate, something in the fall would be great. Just let me know if we should be in touch, or if there's someone else. And I can imagine how much time the research and administration must take, on top of teaching!

Cheers,
Aaron

**From:** Kate Starbird <kstarbi@uw.edu>
**Date:** Tuesday, April 26, 2022 at 11:57 AM
**To:** Aaron Berman <aaronberman@fb.com>
**Subject:** Re: Helpful to have a guest lecture?

Hi Aaron,

I hope you're doing well!

We'd love to have you come visit our Center for an Informed Public for a roundtable with our research team and broader community sometime. Our Spring schedule is already locked in (and honestly, the in-person element is still rather disrupted). Maybe we could plan to get you on our schedule in the Fall?

I'd also love to have you come speak to my class, but don't teach again until Spring 2023. (The research keeps taking precedent... especially while I'm leading the Center this year and next).

Kate

On Apr 19, 2022, at 9:36 AM, Aaron Berman <aaronberman@fb.com> wrote:

Hi Kate, I hope you're doing well and enjoying the (somewhat) nicer weather.

I've been thinking about connecting more with up-and-coming content moderation/trust and safety experts, and wanted to see if you'd find it helpful for me to join for a guest lecture at UW at some point. I've been thinking students might find it valuable to hear from someone in the thick of day-to-day content moderation decisions, focused on misinformation, talk candidly through practical considerations and case studies—especially as I'm local and could pop over.

What do you think, is this something that would be of interest? Thanks for considering!
Aaron

----

Aaron Berman
Misinformation Policy, Meta

**To:**        Sarah Shirazyan[shirazyan@fb.com]; Aaron Berman[aaronberman@fb.com]
**Cc:**        Maddy Jalbert[mjalbert@uw.edu]
**From:**      Kate Starbird
**Sent:**      Fri 8/26/2022 5:09:14 PM
**Subject:**   Re: Chat with CIP researchers
**Received:**              Fri 8/26/2022 5:09:16 PM

Perfect! That date works on our end as well. I'm CCing Maddy Jalbert, the postdoctoral scholar here at the CIP who is helping to organize our lab meetings this quarter.
We're really looking forward to hosting you two and we can talk more about format as the time gets closer

Kate
Sorry for brevity/typos. I am currently nursing a broken finger.

On Aug 25, 2022, at 2:15 PM, Sarah Shirazyan <shirazyan@fb.com> wrote:

Hi Kate,

Aaron and I chatted, and, based on all our travels/other commitments, **Tuesday (November 1)** would be the best day that works for both of us. Would that work for the CIP researchers?

Hope you are feeling little better and in good spirits for your hand procedure.

Best,
Sarah

**From:** Kate Starbird <kstarbi@uw.edu>
**Date:** Tuesday, August 23, 2022 at 4:35 PM
**To:** Aaron Berman <aaronberman@fb.com>, Sarah Shirazyan <shirazyan@fb.com>
**Subject:** Chat with CIP researchers

Hi Aaron and Sarah,

Sarah, it was so nice chatting with you today!

We'd love to invite the two of you to come chat with our research team during one of our CIP lab meetings this Fall! We meet on Tuesdays around noon, starting in the beginning of October. Do you want to throw out some dates that might work for the two of you? Once we find a date we can talk about format.

Best,
Kate

Sorry for brevity/typos. I am currently nursing a broken finger.

**From:** utl-openresearch
**Sent:** Mon 9/12/2022 7:32:11 PM
**Subject:** RSVP to the Meta Research Exchange
**Received:** Mon 9/12/2022 7:32:42 PM

Dear Researchers,

We hope that everyone had a good summer break! The Academic and Research Partnerships Team (ARP) is delighted to invite you to the Meta Research Exchange. The Meta Research Exchange is replacing First Friday, the virtual monthly event ARP hosted from January to June 2022 for researchers with access to the URL Shares dataset.

**What is the Meta Research Exchange?**
The Meta Research Exchange is a monthly intellectual forum designed for academic researchers and Meta's research and policy teams. Each Exchange will have a thematic research focus and feature presentations of published work, with opportunity for collaboration and discussion.

**September Meta Research Exchange**
The theme of this month's Meta Research Exchange is *Political Advertising* to coincide with the recent launch of the Ads Targeting Dataset [developers.facebook.com] and the addition of aggregated ad targeting data to the Ad Library. It will feature a demo of the Ad Targeting Dataset and presentations of published papers that used the Ad Library. We will also discuss how academic researchers can now apply for access to the Ad Targeting Dataset.

**Event Details**:
**When**: September 29th, 9 - 10 am PST
**Please RSVP** here [fb.zoom.us]**.**

We will send out a pre-read and a reminder email a week before the event. Additionally, you will also shortly receive an invitation to begin the onboarding process for the Ad Targeting Dataset [developers.facebook.com]. Please do not forward this email invitation.

We look forward to seeing you soon!

Best,

Academic and Research Partnerships

**From:** utl-openresearch
**Sent:** Fri 9/16/2022 10:12:29 PM
**Subject:** Apply Now to the Updated Ad Targeting Dataset
**Received:** Fri 9/16/2022 10:13:21 PM

Dear Researcher,

In 2021, we announced [research.facebook.com] that we would make available to academic researchers a set of information about advertiser targeting selections for more than 1.65 million social issues, electoral and political ads run on our platforms through a pilot program. This data package included ads that ran during the three-month period prior to the US 2020 election (August 3-November 3, 2020), and was made available through the Facebook Open Research and Transparency (FORT) platform to researchers that completed the Research Data Agreement (RDA) process with endorsement from a university administrator.

Since that time, we have continued to hear from academics and other stakeholders that the inclusion of ad targeting information is critical to understanding the impact of digital advertising on elections. That's why earlier this year [facebook.com], we announced an expansion of the pilot program, to give vetted, academic researchers access to a larger and continually updated dataset with granular, ad-level targeting information on all ads about social issues, elections and politics run globally (more than 120 countries) since August 2020. To learn more about the Ad Targeting Dataset, read more here [developers.facebook.com].

Researchers who had access to the pilot dataset automatically received access to this expanded dataset on May 31, 2022. And now, new academic researchers can also request access to Meta's Ad Targeting Dataset by completing a self-serve application process and agreeing to the terms of the Researcher Platform Addendum (RPA), which does not require an endorsement from a university administrator.

In order to get access to the Ad Targeting Dataset within the Researcher Platform, you must:
- Create a developer account
- Create a Research App or join an existing App
- Verify your identity
- Verify your affiliation with an academic institution through Researcher Academic Verification (RAV) [developers.facebook.com]
- Agree to the terms of the Researcher Platform Addendum [developers.facebook.com]
- Submit an access request, along with a description of your research project

You can complete the self-serve onboarding process here [developers.facebook.com].

If you have any questions about the Ad Targeting Dataset or the onboarding process, we encourage you to reach out to us by responding to this email.

By providing this granular targeting data at the ad-level for social issues, election and political ads on Meta platforms, we hope to help academic researchers like you advance public understanding of key issues at the intersection of technology and society.

Sincerely,
Meta's Academic & Research Partnerships Team

**To:**      Lindsay Hundley[lhundley@fb.com]
**Cc:**      Olga Belogolova[obelogolova@fb.com]
**From:**    Lindsay Hundley
**Sent:**    Tue 9/27/2022 4:07:03 PM
**Subject:** Removing Coordinated Inauthentic Behavior from China and Russia
**Received:**           Tue 9/27/2022 4:08:49 PM

Friends and colleagues --

   Today, we announced [about.fb.com]the disruption of two covert influence operations that violated our policy on Coordinated Inauthentic Behavior (CIB). The first network originated in China and targeted the United States, the Czech Republic and to a lesser extent, Chinese- and French-speaking audiences around the world. In the United States, it targeted people on both sides of the political spectrum; in Czechia, its activity was primarily anti-government. The second network originated in Russia and targeted primarily Germany, and also France, Italy, Ukraine and the United Kingdom with narratives focused on the war in Ukraine.

Our announcement features deep-dive research reports into both networks.

  • The Chinese-origin influence operation targeted primarily the US and the Czech Republic. We removed 81 Facebook accounts, eight Pages, one Group and two Instagram accounts linked to this operation. While small in size, it ran across Facebook, Instagram, Twitter, and also two petition platforms in Czechia. This was the first Chinese network we disrupted that focused on US domestic politics ahead of the midterm elections and Czechia's foreign policy toward China and Ukraine.
  • The Russian network targeted primarily Germany, France, Italy, Ukraine and the UK, with narratives focused on the war in Ukraine and its impact in Europe. We removed 1,633 Facebook accounts, 703 Pages, one Group and 29 Instagram accounts linked to this operation. This is the largest and most complex Russian operation we've disrupted since the war in Ukraine began and it ran a sprawling network of over 60 websites impersonating news organizations, as well as accounts on Facebook, Instagram, YouTube, Telegram, Twitter, Change[.]org and Avaaz[.]com, and even LiveJournal. We began our investigation after reviewing public reporting into a portion of this activity by investigative journalists in Germany. The researchers at the Digital Forensic Research Lab also provided insights into a part of this network, and we've shared our findings with them to enable further research into the broader operation.
      ○ **DFRLab's Analysis**: https://medium.com/dfrlab/russia-based-facebook-operation-targeted-europe-with-anti-ukraine-messaging-389e32324d4b [medium.com]

Here's a link to our full blog post and our full Adversarial Threat Report, which went live at 5:15AM PT/8:15am ET: https://about.fb.com/news/2022/09/removing-coordinated-inauthentic-behavior-from-china-and-russia/ [about.fb.com]

Let us know if you have any questions or would like to discuss further. We're always happy to jump on a call and discuss these findings and our continued work identifying and removing deceptive campaigns around the world.

Best,
Lindsay Hundley

∞ Meta
**Lindsay Hundley**
Influence Operations Policy Manager
Security Policy

**To:**     Matthew Masterson[mmasterson@microsoft.com]
**Cc:**     Ginny Badanes (CELA)[ginnyb@microsoft.com]; Amy Larsen[amylarsen@microsoft.com]; Sue Glueck
(CELA)[Sue.Glueck@microsoft.com]; Julia Carter Scanlan[jccarter@uw.edu]
**From:**    Kate Starbird
**Sent:**     Fri 8/19/2022 3:17:34 PM
**Subject:**  Re: Time to connect
**Received:**        Fri 8/19/2022 3:17:36 PM

Hi Matt,

Things are beginning to fall into place — though there are SO MANY moving parts. Our technical lead (a postdoctoral scholar) arrived in early July and has been helping redesign the Jira system to better support our work. We're currently training our first cohort of students (8 undergraduates) for our real-time monitoring and have another cohort (7) reporting on September 1. And we've been developing a team of ~15 (mostly graduate student) analysts. Today at 9:30, we're mapping out all of the tropes we expect to see and putting an annotation scheme into place. And at 11, we're having a meeting with all of our analysis partners (Stanford, DFRLab, Graphika, NCOC/Junkipedia) to make sure we're on the same page regarding process, flow, and division of labor.

We'd be thrilled to chat. We seem to have a similar meeting on the books with you and some section of your team at noon on August 30. Would this be an additional meeting?

Best,
Kate


On Aug 19, 2022, at 7:55 AM, Matthew Masterson <mmasterson@microsoft.com> wrote:

Hey Kate! I hope you had a chance to get away for a bit this summer.  With students coming back and the EIP ramping up and the mid-terms basically upon us,  I am wondering if you have 30 min or so to connect on how Microsoft can support your work with data and other resources?  Happy to work around your schedule. Thanks in advance for your time.

Matt

Matt Masterson
Director of Information Integrity
Democracy Forward Team (CELA)
mmasterson@microsoft.com

To:        Vivian Schiller[Vivian.Schiller@aspeninstitute.org]
Cc:        Chris Krebs[krebsc@gmail.com]; Rashad Robinson[rashad@colorofchange.org];
katiemm1957@gmail.com[katiemm1957@gmail.com]; Ryan Merkley (Consultant)[Ryan.Merkley@aspeninstitute.org]
From:      Kate Starbird
Sent:      Thur 8/26/2021 6:58:36 PM
Subject:   Re: Aspen Commission: Please Join us for a Briefing
Received:              Thur 8/26/2021 6:58:37 PM

Hi Vivian,
I guess I was thinking that if we're going to talk about our recommendations then we should include the different
subcommittee leads. But maybe this is something different — more parallel to the commission's work?
Kate

> On Aug 25, 2021, at 4:23 PM, Vivian Schiller <Vivian.Schiller@aspeninstitute.org> wrote:

> Great. I had not thought to invite Yasmin since this is a gathering of research institute and other not-
> for-profits. You think we should?

> **From:** Kate Starbird <kstarbi@uw.edu>
> **Date:** Wednesday, August 25, 2021 at 9:47 AM
> **To:** Vivian Schiller <Vivian.Schiller@aspeninstitute.org>
> **Cc:** Chris Krebs <krebsc@gmail.com>, Rashad Robinson <rashad@colorofchange.org>,
> katiemm1957@gmail.com <katiemm1957@gmail.com>, Ryan Merkley (Consultant)
> <Ryan.Merkley@aspeninstitute.org>
> **Subject:** Re: Aspen Commission: Please Join us for a Briefing

> Hi Vivian,

> I think I can attend this. We likely want to include Yasmin as well (not sure I see her on this thread).

> Kate

>> On Aug 25, 2021, at 7:19 AM, Vivian Schiller <Vivian.Schiller@aspeninstitute.org> wrote:

>> Hi Folks,

>> We're holding a briefing with other practitioners in the mis/disinformation space on
>> September 10 at 1p. These are the core academic institutions and not-for-profits, many
>> of which have developed the research and practices that inform our work. More below.

>> Since you all are in the same space, we wanted to invite you to join the meeting hear
>> the discussion and help answer questions about the Commission's emerging recs (they
>> will have more or less 'emerged' by then)

>> Let us know if you can make it. I think it will be interesting, and also important to hear
>> what they have to sa…and hopefully gain their buy in.

>> CHAIRS: we would love to have to have you to if you can make it!

>> Vivian

>> **From:** Vivian Schiller <Vivian.Schiller@aspeninstitute.org>

**Date:** Wednesday, August 25, 2021 at 9:54 AM
**To:** Vivian Schiller <Vivian.Schiller@aspeninstitute.org>
**Cc:** Craig Newmark <craig.newmark@gmail.com>, Ryan Merkley (Consultant) <Ryan.Merkley@aspeninstitute.org>, Garrett Graff <Garrett.Graff@aspeninstitute.org>, Kristine Gloria <Kristine.Gloria@aspeninstitute.org>, Diara-Jepris Townes <Diara-Jepris.Townes@aspeninstitute.org>, Sara Sendek <sara.sendek@aspeninstitute.org>
**Subject:** Aspen Commission: Please Join us for a Briefing

Dear Colleagues,

We are hoping you will join us on Friday, September 10th at 1pET for a briefing on the Aspen Commission on Information Disorder draft recommendations. Our work is inspired by your amazing actions and scholarship, and as such we want to give you an early look and listen to your feedback before we finalize our recommendations for public release.

In case you missed it, we issued an interim report in early July. In late September we will launch our official recommendations, directed at government, private industry and civil society. You can learn more about our work here.

Many thanks to Craig Newmark whose support made this possible. I know he is eager for us to work together, and it is in that spirit that we look forward to seeing you.

Please let us know if you can make it. Well send a calendar invite in short order.

Thanks.

Vivian, and the Commission Team

_

**Vivian Schiller**
Executive Director, Aspen Digital
The Aspen Institute
+1-240-463-0496
@vivian

<image001[83].png>

**To:**       chris@ks.group[chris@ks.group]
**Cc:**       John Sands[sands@kf.org]
**From:**     Kate Starbird
**Sent:**     Wed 8/3/2022 7:50:07 PM
**Subject:**  E-introductions
**Received:**           Wed 8/3/2022 7:50:09 PM

Hi Chris, I'm writing to e-introduce you to John Sands, Senior Director for Media and Democracy at the Knight Foundation. John is organizing an event at the end of the November to bring together key stakeholders in discussions at the intersection of technology, media, and democracy, and he's interesting in chatting with you about a plenary panel on information integrity/election integrity.
John, meet Chris Krebs!

 I'll let you two take it from here.

Best,
Kate

**To:**   Julia Carter[jccarter@uw.edu]; Ginny Badanes (CELA)[ginnyb@microsoft.com]
**Cc:**   Kate Starbird[kstarbi@uw.edu]; Sue Glueck (CELA)[Sue.Glueck@microsoft.com]; Kent Foster
(CELA)[jkfoster@microsoft.com]; Liz Young[youngl9@uw.edu]; Michele Norris[mnorris@uw.edu]
**From:**   Matthew Masterson
**Sent:**   Tue 10/11/2022 6:51:52 PM
**Subject:**   RE: UW CIP: media attention and public records requests
**Received:**   Tue 10/11/2022 6:51:57 PM

Appreciate the heads up Julie.

Truly appreciate the good work you all do and the importance of the work EIP is doing.  Thankful to have you all supporting elections.

Matt

Matt Masterson
Director of Information Integrity
Democracy Forward Team (CELA)
mmasterson@microsoft.com

**From:** Julia Scanlan <jccarter@uw.edu>
**Sent:** Tuesday, October 11, 2022 1:40 PM
**To:** Ginny Badanes (CELA) <ginnyb@microsoft.com>; Matthew Masterson <mmasterson@microsoft.com>
**Cc:** Kate Starbird <kstarbi@uw.edu>; Sue Glueck (CELA) <Sue.Glueck@microsoft.com>; Kent Foster (CELA)
<jkfoster@microsoft.com>; Liz Young <youngl9@uw.edu>; Michele Norris <mnorris@uw.edu>
**Subject:** [EXTERNAL] UW CIP: media attention and public records requests

Matt, Ginny, Sue, Kent, and team:

You might already have this on your radar, but I wanted to alert you to some current challenges the CIP is grappling with. In the last several weeks, our work as part of the Election Integrity Partnership, of which we're extraordinarily proud, has been picked up by Just the News [nam06.safelinks.protection.outlook.com] and Breitbart [nam06.safelinks.protection.outlook.com]. These articles allege claims about our research and federal funding that are false. The EIP has published a statement about this here [nam06.safelinks.protection.outlook.com].

On a parallel timeline, we have also received a number of public records requests relating to this work. We expect more are likely incoming. We are working with campus partners to respond, including the Office of Public Records and the Office of the Attorney General.

One of the public records requests includes a request for our communications with our funders. As Microsoft is not explicitly listed, I do not believe we'll have any responsive records that pertain to you. However, it serves as a good reminder that future requests could come through that do. If that were to happen, we'd alert you immediately.

I would be happy to hop on a call at your convenience if you would like to discuss further. Our work will continue. Thank you for your ongoing support and understanding.

Julia

JULIA SCANLAN (she/her)
Director for Strategy and Operations | Center for an Informed Public
University of Washington
206.897.1798 / Box 351205 / cip.uw.edu [nam06.safelinks.protection.outlook.com]
News & Insights: Sign up for the CIP's newsletter [nam06.safelinks.protection.outlook.com]
Follow the CIP on Facebook [nam06.safelinks.protection.outlook.com] and Twitter [nam06.safelinks.protection.outlook.com]



CENTER FOR AN INFORMED PUBLIC
UNIVERSITY *of* WASHINGTON

| To: | Augino, Lori[lori.augino@sos.wa.gov] |
|---|---|
| Cc: | Matthew Masterson[mastermv@stanford.edu] |
| From: | Kate Starbird |
| Sent: | Thur 4/8/2021 10:27:48 PM |
| Subject: | Re: Washington State Elections Conference  |  Tuesday, June 8 |
| Received: | Thur 4/8/2021 10:27:50 PM |

I imagine Matt and I can figure this out. I'm happy to present some of the empirical findings from our rapid response work in the Fall — and to talk about what the work looked like from within our collaborative machine. Maybe Matt can focus on the broader goals, policy implications, and some of the work from the other teams?
Kate

On Apr 5, 2021, at 8:17 AM, Augino, Lori <lori.augino@sos.wa.gov> wrote:

Thank you so much for agreeing to be a part of our conference this year.

We'd love for you and Matt to speak for an hour on your partnership and why it's so important. The panel will be on Tuesday, June 8 from 10 a.m. to 11 a.m. I will work with you both to schedule some time to prep.

And you're welcome to attend the entire conference — as many sessions as you are interested in. The conference runs from June 8-10 and 15-17.

Thank you,
Lori

From: Kate Starbird [mailto:kstarbi@uw.edu]
Sent: Saturday, April 3, 2021 10:21 AM
To: Augino, Lori <lori.augino@sos.wa.gov>
Cc: Matthew Masterson <mastermv@stanford.edu>
Subject: Re: Washington State Elections Conference | Tuesday, June 8

Hi Lori,

Thank you for reaching out. (And thanks Matt, for connecting us.) I have been on a couple of panels with Secretary Wyman (this Fall) and definitely enjoyed meeting and hearing from her.

I'd be happy to attend the conference. Please let me know how to sign up/attend.

Best,
Kate

Kate Starbird
Associate Professor | Human Centered Design & Engineering (HCDE) | University of Washington
Co-Founder | Center for an Informed Public (CIP) | University of Washington
kstarbi@uw.edu

On Apr 1, 2021, at 1:57 PM, Augino, Lori <lori.augino@sos.wa.gov> wrote:

Good afternoon Kate –

I'm excited to meet you. I believe you've worked with Secretary Wyman and our Comms Director Kylee Zabel in the past.

I'm a longtime friend and colleague of Matt and am thrilled about his new role in the elections world. And even more excited that my alma matter UW is partnering in the effort.

We would love to have you both join our virtual elections conference on Tuesday, June 8 from 10 a.m.
to 11 a.m.
to talk about your work and explore ideas for how we may be able to work together in the future.
Nearly every election official from across Washington will be in attendance.

Please let me know if you are interested and available.

Thank you,
Lori

Lori J. Augino
Director of Elections
Office of the Secretary of State
360-725-5771
**<image001.jpg>**
<image002.png>  <image003.png>  <image004.png>

The information in this email is provided as a service to the public and to our county election partners
and is for informational purposes only. The contents should not be construed as, and is not intended to
be, legal advice. You should contact your attorney for assistance navigating the law.


**From:** Matthew Masterson [mailto:mastermv@stanford.edu]
**Sent:** Wednesday, March 31, 2021 11:05 AM
**To:** Augino, Lori <lori.augino@sos.wa.gov>; kstarbi@uw.edu
**Subject:** Re: Washington State Elections Conference | Tuesday, June 8

Lori,

Per your request meet Kate Starbird world class academic at University of Washington. The
Stanford team and I have benefited greatly from Kate and team's amazing work around mis- and
disinformation about the election and now vaccines. You all have one of the foremost experts
right in your backyard in WA.


Kate,

Meet Lori Augino the Election Director for Washington. Lori is a national leader in the election
community & one of my favorite people! No one was more important to our work at cisa on
election security than Lori.

Feel free to keep me in the loop or not on your discussions and I look forward to presenting at
the upcoming WA election conference.

Matt

Get Outlook for iOS


**From:** Augino, Lori <lori.augino@sos.wa.gov>
**Sent:** Tuesday, March 30, 2021 5:30:09 PM
**To:** Matthew Masterson <mastermv@stanford.edu>
**Subject:** Washington State Elections Conference | Tuesday, June 8

Matt -

Thank you for your willingness to present once again at our annual elections conference. We'll be virtual again this year, but that's not stopping us from delivering some amazing content.

We're hoping that you, working with your partner at the UW, can present the work that you are doing to improve voter confidence and combatting misinformation and disinformation. We're interested in learning more about the role that higher ed is playing on this front and how we might be able to work together.

Can you help me connect with your UW colleague? I really love the idea that this project has roots right here in Washington, not to mention I'm an alum!

The session will be held on the first day of our conference on **Tuesday, June 8 from 10 a.m. to 11 a.m.** (pacific time).

After your session from 11:30 a.m. to 12:30 p.m., we'll have our OSOS Comms Director and a couple county Comms Directors talking about our local efforts.

Hope I can count on you!

Thank you.

Lori J. Augino
Director of Elections
Office of the Secretary of State
360-725-5771
**<image001.jpg>**
<image002.png> <image003.png> <image004.png>

The information in this email is provided as a service to the public and to our county election partners and is for informational purposes only. The contents should not be construed as, and is not intended to be, legal advice. You should contact your attorney for assistance navigating the law.

**To:**       Matthew Masterson[mastermv@stanford.edu]
**Cc:**       Augino, Lori[lori.augino@sos.wa.gov]; Wyman, Kim (Office)[Kim@sos.wa.gov]; Fell, Garth[Garth.Fell@co.snohomish.wa.us]; Diana Bradrick[dbradric@co.whatcom.wa.us]
**From:**     Kate Starbird
**Sent:**     Tue 6/8/2021 6:31:33 PM
**Subject:**  Re: Thank you!
**Received:** Tue 6/8/2021 6:31:34 PM

Echoing Matt, thank you so much for inviting me/us to speak. I really enjoying the opportunity and, as I mentioned in the chat, I'd be happy to connect with folks looking to collaborate in the future! We're desperately trying to build the capacity to be a real-time resource for election officials fighting misinformation.
Kate

> On Jun 8, 2021, at 11:26 AM, Matthew Masterson <mastermv@stanford.edu> wrote:
>
> Thanks for the opportunity Lori.  So much fun getting to present with Kate and share the research.  Let us know what feedback you get (both bad and good!) so we can continue to refine the info.  I appreciate your support and leadership through all of this!
>
> Matt
>
> ---
>
> **From:** Augino, Lori <lori.augino@sos.wa.gov>
> **Sent:** Tuesday, June 8, 2021 2:20 PM
> **To:** Matthew Masterson <mastermv@stanford.edu>; Kate Starbird <kstarbi@uw.edu>
> **Cc:** Wyman, Kim (Office) <Kim@sos.wa.gov>; Fell, Garth <Garth.Fell@co.snohomish.wa.us>; Diana Bradrick <dbradric@co.whatcom.wa.us>
> **Subject:** Thank you!
>
> Kate and Matt –
>
> On behalf of all of us at the Washington Office of the Secretary of State and all 39 County Auditors, thank you for helping us kick off our 2021 virtual elections conference. That was such a powerful and necessary session. We appreciate your time today and your dedication to combatting misinformation and disinformation.
>
> We are so fortunate to have you working in this sphere and look forward to continuing to work together in the future.
>
> If you'd like to watch the next session starting at 11:30 a.m., feel free to join here –
>
> https://wsac-org.zoom.us/j/92231625025
>
> > 11:30am - 12:30pm  **Improving Voter Confidence and Combatting Misinformation/Disinformation, cont.**
> > During part B of the session, communications leads in the Office of the Secretary of State and county elections offices will share lessons learned from the spread of false information during the 2020 election cycle and strategies for tackling misinformation and disinformation in the future. Learn best practices for engaging and informing voters, tactics for combating misinformation and disinformation, and ways to amplify trusted information.
> > Learning Outcomes:
> > 1. Best practices for informing and engaging voters
> > 2. Strategies for combatting misinformation and disinformation
> > 3. Methods to amplify trusted elections information, updates, and resources
> >
> > Kylee Zabel, Communications Director, Office of the Secretary of State
> > Halei Watkins, Communications Officer, King County Elections
> > Emmett O'Connell, Outreach and Education Specialist, Thurston County Auditor's Office
>
> Thank you,
> Lori

Lori J. Augino *(she, her)*
Director of Elections
Office of the Secretary of State
360-725-5771
**<image001.jpg>**
<image002.png> <image003.png> <image004.png>

The information in this email is provided as a service to the public and to our county election partners and is for informational purposes only. The contents should not be construed as, and is not intended to be, legal advice. You should contact your attorney for assistance navigating the law.

**To:** Matthew Masterson[mastermv@stanford.edu]
**From:** Kate Starbird
**Sent:** Wed 12/1/2021 7:00:46 PM
**Subject:** Fwd: Scheduling an EIP "post-mortem" for mid-December
**Received:** Wed 12/1/2021 7:00:51 PM

Hi Matt,

I wanted to get you on this thread. We're doing an after-action meeting for EIP VI (as we prepare for future collaborations) and would love to have you at the table for that.

There's a poll embedded in the email for scheduling.

Thanks,
Kate

Begin forwarded message:

**From:** Julia Scanlan <jccarter@uw.edu>
**Subject: Scheduling an EIP "post-mortem" for mid-December**
**Date:** November 30, 2021 at 11:07:01 AM PST
**To:** Jeff Hancock <hancockj@stanford.edu>, Renee DiResta <rdiresta@stanford.edu>, Candace DeLeon <reneedirestapa@gmail.com>, Elena Cryst <ecryst@stanford.edu>, Michael Grass <megrass@uw.edu>, "sunnyxliu@stanford.edu" <sunnyxliu@stanford.edu>, Alex Stamos <stamos@stanford.edu>, Graham Brookie <gbrookie@ATLANTICCOUNCIL.ORG>, "etbrooking@gmail.com" <etbrooking@gmail.com>
**Cc:** Mike Caulfield <mica42@uw.edu>, Kate Starbird <kstarbi@uw.edu>

All,

As we begin to engage with issues around electoral misinformation in the coming midterms, we thought it would make sense to bring together those who had played a management or leadership role in the 2020 EIP work to have an informal conversation on what we learned from the last effort. I'm working to schedule a two-hour "post-mortem" session; we're aiming to try to get folks together (virtually) around mid-December. Please visit this poll in the next few days and indicate your availability. We'll do our best to secure a time when as many as possible can attend. And if others should be included, please feel free to let me know. [I don't yet have emails for Matt Masterson or Isabella Garcia-Camargo; please forward or let me know those and I will send!]

More information to follow. We are aiming to design the agenda collaboratively, to make sure everyone gets what they need out of the session. We'll send around more detail shortly.

Thank you!

Julia

**JULIA SCANLAN** (she/her)
Director for Strategy and Operations | Center for an Informed Public
University of Washington
206.897.1798 / Box 351205 / cip.uw.edu
News & Insights: Sign up for the CIP's newsletter
Follow the CIP on Facebook and Twitter



**CENTER FOR AN INFORMED PUBLIC**
UNIVERSITY *of* WASHINGTON

**To:**       Kate Starbird[kstarbi@uw.edu]; Augino, Lori[lori.augino@sos.wa.gov]
**From:**     Matthew Masterson
**Sent:**     Tue 5/11/2021 11:40:55 PM
**Subject:**  Re: Washington State Elections Conference
**Received:**             Tue 5/11/2021 11:41:27 PM

I can make those times work as well.

---

**From:** Kate Starbird <kstarbi@uw.edu>
**Sent:** Tuesday, May 11, 2021 5:34 PM
**To:** Augino, Lori <lori.augino@sos.wa.gov>
**Cc:** Matthew Masterson <mastermv@stanford.edu>
**Subject:** Re: Washington State Elections Conference

I currently have availability Friday June 4th from 10-noon.

On May 11, 2021, at 2:21 PM, Augino, Lori <lori.augino@sos.wa.gov> wrote:

Good afternoon Matt and Kate –

We're looking forward to your presentation on June 8. I would like to set up a practice session with you both. Our conference coordinators will be using zoom through Whova. I'd like to be sure you are both comfortable and have a chance to test the screen sharing.

Can you send me your availability the afternoon of June 2nd or the morning of June 4th (pacific time)? Once I hear from you, I'll schedule 30 minutes for us.

Also, does this adequately describe your one-hour session. I'm happy to take any edits.

> The 2020 election saw widespread election related mis- and disinformation. Join us to learn about an exciting new partnership between Stanford University and our very own University of Washington. Matt Masterson and Kate Starbird among others are joining forces to combat misinformation and disinformation. They will share examples of the challenges we faced in 2020, here at home and nationwide and talk about strategies they are working on to combat misinformation and disinformation in the future as it will surely return in 2021 and beyond.
>
> Learning Outcomes:
> 1. Learn about the Stanford University / University of Washington partnership.
> 2. Revisit Misinformation and Disinformation from 2020.
> 3. Learn strategies for combatting misinformation and disinformation in the future.

Immediately after your session, our Communications Director will join with county communications directors to talk about some of our planned strategies here in Washington. You're both welcome to stick around for the second hour.

We're excited!

Lori J. Augino *(she, her)*
Director of Elections
Office of the Secretary of State
360-725-5771
**<image001.jpg>**
<image002.png> <image003.png> <image004.png>

The information in this email is provided as a service to the public and to our county election partners and is for informational purposes only. The contents should not be construed as, and is not intended to be, legal advice. You should contact your attorney for assistance navigating the law.

**To:**     Matthew Masterson[mastermv@stanford.edu]
**Cc:**     Alex Stamos[stamos@stanford.edu]; Renee DiResta[rdiresta@stanford.edu];
gbrookie@atlanticcouncil.org[gbrookie@atlanticcouncil.org]
**From:**  Kate Starbird
**Sent:**   Thur 12/16/2021 7:49:39 PM
**Subject:** Re: Meeting w/ CIS
**Received:**       Thur 12/16/2021 7:49:42 PM

Hi Matt,
I can't make the first two days, but I can make either 1/5 or 1/6 dates/times.

Kate

On Dec 16, 2021, at 7:30 AM, Matthew Masterson <mastermv@stanford.edu> wrote:

All,

As discussed on the EIP call CIS has asked to meet to discuss the current state of play and their possible role. If you are able/willing to have a call with them do any of these dates work? Is there anyone else we should have on?

- 12/27 9:30-10:15am, 2-2:45pm, 3-3:45pm EST
- 1/4 4-4:45pm EST
- 1/5 9:15-10am EST
- 1/6 9:15-10am EST

Thanks

Matt

Get Outlook for iOS

**To:** Kate Starbird[kstarbi@uw.edu]
**From:** Matthew Masterson
**Sent:** Fri 6/4/2021 7:10:17 PM
**Subject:** Re: WA Presentation - Invitation to edit
**Received:** Fri 6/4/2021 7:13:31 PM

Absolutely can speak to that one.

Get Outlook for iOS

**From:** Kate Starbird <kstarbi@uw.edu>
**Sent:** Friday, June 4, 2021 3:09:04 PM
**To:** Matthew Masterson <mastermv@stanford.edu>
**Subject:** Re: WA Presentation - Invitation to edit

I'd love to add this one to your introduction slides. Do you think you can speak to it? (We put this out a week before the election...)



On Jun 4, 2021, at 11:57 AM, Matthew Masterson <mastermv@stanford.edu> wrote:

I love that approach if you are comfortable with it. I think it makes a ton of sense. Happy to make any adjustments to it and add some content if needed.

Matt

**From:** Kate Starbird <kstarbi@uw.edu>
**Sent:** Friday, June 4, 2021 2:39 PM
**To:** Matthew Masterson <mastermv@stanford.edu>

**Subject:** Re: WA Presentation – Invitation to edit

My first impression is that my content probably fits best in the middle of this (expanding slides 8-18), rather than at the beginning or the end. And slides 6-7 could come after that section. Let me move some stuff around and then perhaps we can do a back-and-forth switch, where you introduce things, I present the content based on our empirical work (SharpieGate + Repeat Offenders into Stop The Steal) and then I hand it back to your for foreign influence and what should be done next?

> On Jun 4, 2021, at 11:23 AM, Matthew Masterson (via Google Slides) <dnve-shares-dm-noreply@google.com> wrote:

mastermv@stanford.edu has invited you to **edit** the following presentation:

WA Presentation

Here is basic deck for WA

Open in Slides

mastermv@stanford.edu is outside your organization.

Google Slides: Create and edit presentations online.

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because mastermv@stanford.edu shared a presentation with you from Google Slides.

**To:** Matthew Masterson[mastermv@stanford.edu]
**From:** Kate Starbird
**Sent:** Tue 6/8/2021 6:15:24 PM
**Subject:** Re: WA Presentation – Invitation to edit
**Received:** Tue 6/8/2021 6:15:25 PM

Great job! I thought that went really well. Thanks for tag-teaming on that.

> On Jun 7, 2021, at 5:47 PM, Matthew Masterson <mastermv@stanford.edu> wrote:
>
> Kate,
>
> Took a look and that plan works great.  You all did that work and research and I think it will really resonate with the audience.  I am good with what we have if you are.
>
> Matt
>
> Get Outlook for iOS

> **From:** Kate Starbird <kstarbi@uw.edu>
> **Sent:** Monday, June 7, 2021 5:34:40 PM
> **To:** Matthew Masterson <mastermv@stanford.edu>
> **Subject:** Re: WA Presentation – Invitation to edit
>
> Hi Matt,
> I put a holder slide (#9) in the space where I think I'd like to take the reins. I'll be covering the content I know best... repeat offenders (with the funky chicken graph) and the Sharpiegate piece, plus another on "Sonoma Ballots" that shows similar dynamics to SharpieGate. I should be able to sneak it all in within 20 minutes. I'll hand it back to you to talk about how the early narratives get wrapped up into StopTheSteal and all that madness. So I can transition back to the Google Slide deck for #10 and then you take over again. Does that make sense?
>
> Kate

>> On Jun 4, 2021, at 12:42 PM, Matthew Masterson <mastermv@stanford.edu> wrote:
>>
>> Available all weekend to do whatever is needed.
>>
>> Get Outlook for iOS

>> **From:** Kate Starbird <kstarbi@uw.edu>
>> **Sent:** Friday, June 4, 2021 3:38:18 PM
>> **To:** Matthew Masterson <mastermv@stanford.edu>
>> **Subject:** Re: WA Presentation – Invitation to edit
>>
>> Alright! I'll work on this over the weekend and make sure everything is ready by Monday so we can make sure we're on the same page.

>>> On Jun 4, 2021, at 12:12 PM, Matthew Masterson <mastermv@stanford.edu> wrote:
>>>
>>> Can make that work for sure.
>>>
>>> Get Outlook for iOS

>>> **From:** Kate Starbird <kstarbi@uw.edu>
>>> **Sent:** Friday, June 4, 2021 3:10:42 PM
>>> **To:** Matthew Masterson <mastermv@stanford.edu>
>>> **Subject:** Re: WA Presentation – Invitation to edit
>>>
>>> Also, I think it might work best to switch presenters (so we don't have to worry about one person operating the slides for the other person). In that case, I'll just have my slides separate. (They're all in Keynote and I'm reluctant to convert them all.) Does that work for you?

On Jun 4, 2021, at 11:57 AM, Matthew Masterson <mastermv@stanford.edu> wrote:

I love that approach if you are comfortable with it. I think it makes a ton of sense. Happy to make any adjustments to it and add some content if needed.

Matt

---

**From:** Kate Starbird <kstarbi@uw.edu>
**Sent:** Friday, June 4, 2021 2:39 PM
**To:** Matthew Masterson <mastermv@stanford.edu>
**Subject:** Re: WA Presentation - Invitation to edit

My first impression is that my content probably fits best in the middle of this (expanding slides 8-18), rather than at the beginning or the end. And slides 6-7 could come after that section. Let me move some stuff around and then perhaps we can do a back-and-forth switch, where you introduce things, I present the content based on our empirical work (SharpieGate + Repeat Offenders into Stop The Steal) and then I hand it back to your for foreign influence and what should be done next?

> On Jun 4, 2021, at 11:23 AM, Matthew Masterson (via Google Slides) <drive-shares-dm-noreply@google.com> wrote:
>
> mastermv@stanford.edu has invited you to **edit** the following presentation:
>
> WA Presentation
>
> Here is basic deck for WA
>
> Open in Slides
>
> mastermv@stanford.edu is outside your organization.
>
> Google Slides: Create and edit presentations online.
>
> Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
>
> You have received this email because mastermv@stanford.edu shared a presentation with you from Google Slides.

**To:**     Brown, Anne[Anne.Brown@Bridgespan.org]
**Cc:**     Alex Stamos[stamos@stanford.edu]; Renee DiResta[rdiresta@stanford.edu]; Reiter, Aiden[Aiden.Reiter@bridgespan.org]; Matthew Masterson[mastermv@stanford.edu]
**From:**  Kate Starbird
**Sent:**   Thur 2/3/2022 5:29:53 PM
**Subject:** Re: Connecting EIP with Bridgespan
**Received:** Thur 2/3/2022 5:29:56 PM

Sounds good. Looking forward to the conversation!

Kate

On Feb 3, 2022, at 8:48 AM, Brown, Anne <Anne.Brown@Bridgespan.org> wrote:

Hello everyone,
We are going with Feb. 10 at 3pm EST.  I will send out a calendar invitation with a Zoom link.
Warm regards,
Anne

**From:** Brown, Anne
**Sent:** Monday, January 31, 2022 9:20 AM
**To:** Kate Starbird <kstarbi@uw.edu>; Alex Stamos <stamos@stanford.edu>; Renee DiResta <rdiresta@stanford.edu>; Reiter, Aiden <Aiden.Reiter@bridgespan.org>; Matthew Masterson <mastermv@stanford.edu>
**Subject:** RE: Connecting EIP with Bridgespan

Hi everyone,
(moving Sam to bcc)

Could each of you let me know if you are available for any of the following dates/times.  Please indicate all the dates you are available.

Mon., Feb. 7 at 3pm EST
Tues, Feb. 8 at 2pm EST
Wed., Feb. 9 at 4:30pm EST
Thur., Feb. 10 at 3pm EST
Fri., Feb. 11 at 1pm EST

If there are other times that work better for you, please do indicate those times.
Thanks so much for checking and helping me pull the call together.
Warm regards,
Anne

**Anne Brown**
Executive Assistant
Pronouns: She, Her, Hers

**The Bridgespan Group**
2 Copley Place, 7th Floor, Suite 3700B | Boston, MA 02116
Phone: 617.572.2439
anne.brown@bridgespan.org
www.bridgespan.org

Subscribe to our newsletters and learn how to increase your organization's impact, develop effective leadership, and more.

Please consider the environment before printing this e-mail

**From:** Whittemore, Sam <Sam.Whittemore@bridgespan.org>
**Sent:** Friday, January 28, 2022 6:32 PM
**To:** Kate Starbird <kstarbi@uw.edu>; Alex Stamos <stamos@stanford.edu>; Renee DiResta <rdiresta@stanford.edu>
**Cc:** Reiter, Aiden <Aiden.Reiter@bridgespan.org>; Matthew Masterson <mastermv@stanford.edu>; Brown, Anne <Anne.Brown@Bridgespan.org>
**Subject:** RE: Connecting EIP with Bridgespan

Hi All, good to have everyone on the same thread, looking forward to continuing our conversation. I'm looping in my colleague Anne Brown here who can help coordinate our respective calendars.

Happy weekend,
Sam

> **From:** Kate Starbird <kstarbi@uw.edu>
> **Sent:** Friday, January 28, 2022 5:21 PM
> **To:** Alex Stamos <stamos@stanford.edu>; Renee DiResta <rdiresta@stanford.edu>; Whittemore, Sam <Sam.Whittemore@bridgespan.org>
> **Cc:** Reiter, Aiden <Aiden.Reiter@bridgespan.org>; Matthew Masterson <mastermv@stanford.edu>
> **Subject:** Connecting EIP with Bridgespan
>
> Hi Alex and Renee,
>
> I'm writing to follow up on a thread from our last meeting and a conversation I had a few weeks ago with Sam Whittemore (cced) and other folks at Bridgespan. I think your team chatted with them as well (maybe with Matt as the lead?). In any case, they're hoping to have a joint conversation with our group about our EIP plans and possible intersections with work being planned by their colleagues at Pew.
>
> I'm hoping we can set aside some time in the next few weeks to chat with them (now that we have a better idea of our timeline and plans for EIP 2022).
>
> Cheers,
> Kate

_____NOTICE_____ This electronic mail transmission, including any attachments, contains confidential information of The Bridgespan Group ("Bridgespan") and/or its clients. It is intended only for the person(s) named, and the information in such e-mail shall only be used by the person(s) named for the purpose intended and for no other purpose. Any use, distribution, copying or disclosure by any other persons, or by the person(s) named but for purposes other than the intended purpose, is strictly prohibited. If you received this transmission in error, please notify the sender by reply e-mail and then destroy this e-mail. Opinions, conclusions and other information in this message that do not relate to the official business of Bridgespan shall be understood to be neither given nor endorsed by Bridgespan. When addressed to Bridgespan clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract.

**To:**      Elena Cryst[ecryst@stanford.edu]
**Cc:**      Renee DiResta[rdiresta@stanford.edu]; Daniel Bateyko[dbateyko@stanford.edu]; Matthew Masterson[mastermv@stanford.edu]; Alex Stamos[stamos@stanford.edu]; John Perrino[perrino@stanford.edu]
**From:**    Kate Starbird
**Sent:**    Mon 1/24/2022 11:13:43 PM
**Subject:** Re: EIP 2.0
**Received:**            Mon 1/24/2022 11:13:44 PM

Can you please invite Mike? He takes a vacation/writing day on Thursdays, but he might be willing to come in on his lunch.

Kate

On Jan 24, 2022, at 12:09 PM, Elena Cryst <ecryst@stanford.edu> wrote:

Hi All –

Let's set Thursday 12:30-1:30. Do we need to include additional folks on the UW site? Mike? I'll send out an invite momentarily.

––

Elena Cryst, MBA (she/her)
Assistant Director
Stanford Internet Observatory

https://io.stanford.edu

Book an appointment

**From:** Renee DiResta <rdiresta@stanford.edu>
**Date:** Monday, January 24, 2022 at 12:07 PM
**To:** Daniel Bateyko <dbateyko@stanford.edu>, Elena Cryst <ecryst@stanford.edu>, Matthew Masterson <mastermv@stanford.edu>, Alex Stamos <stamos@stanford.edu>, kstarbi@uw.edu <kstarbi@uw.edu>, John Perrino <perrino@stanford.edu>
**Subject:** RE: EIP 2.0

Pref for the Thurs noon time, I have a media call on Wed at noon but will be done by 12:15 and can always hop on late.

**From:** Daniel Bateyko <dbateyko@stanford.edu>
**Sent:** Monday, January 24, 2022 11:52 AM
**To:** Elena Cryst <ecryst@stanford.edu>; Matthew Masterson <mastermv@stanford.edu>; Alex Stamos <stamos@stanford.edu>; Renee DiResta <rdiresta@stanford.edu>; kstarbi@uw.edu; John Perrino <perrino@stanford.edu>
**Subject:** Re: EIP 2.0

Thanks Matt, the three noon times work for me as well.

**From:** Elena Cryst <ecryst@stanford.edu>
**Date:** Monday, January 24, 2022 at 7:11 AM
**To:** Matthew Masterson <mastermv@stanford.edu>, Alex Stamos <stamos@stanford.edu>, Renee DiResta <rdiresta@stanford.edu>, kstarbi@uw.edu<kstarbi@uw.edu>, Daniel Bateyko <dbateyko@stanford.edu>, John Perrino <perrino@stanford.edu>
**Subject:** Re: EIP 2.0

Thanks Matt -

I can make the three noon times. I'm not free 3-4 on Wednesday.

Elena Cryst
Sent from my iPhone

---

**From:** Matthew Masterson <mastermv@stanford.edu>
**Sent:** Monday, January 24, 2022 6:48:50 AM
**To:** Elena Cryst <ecryst@stanford.edu>; Alex Stamos <stamos@stanford.edu>; Renee DiResta
<rdiresta@stanford.edu>; kstarbi@uw.edu <kstarbi@uw.edu>; Daniel Bateyko <dbateyko@stanford.edu>; John
Perrino <perrino@stanford.edu>
**Subject:** EIP 2.0

All,

Figured it was easier to put everyone on the same email since I failed through slack. My bad.

Kate and I had been contacted by a contractor doing work for Pew. Pew is looking at getting back into the elections
space and has asked Bridgespan their contractor to talk to some of us about how they can be most impactful long
term. Naturally EIP came up with both Kate & I and now they want to follow up on that.

Kate suggested we coordinate first before anyone of us talks with Bridgespan and I offered to get some dates and
times from SIO folks. Here are the dates and times for this week she suggested (assume times are PT):

- Monday 12-1:30
- Wed noon-1pm; 3-4pm
- Thurs noon-2pm

Happy to discuss further but wanted to start with all of us on same email.

Get Outlook for iOS

**To:**       Julia Carter[jccarter@uw.edu]; Kate Starbird[kstarbi@uw.edu]; mica42[mica42@uw.edu]
**Cc:**       Sue Glueck (CELA)[Sue.Glueck@microsoft.com]; Maeve Whelan-Wuest(Harvey Nash)[v-maevew@microsoft.com]; Michael Grass[megrass@uw.edu]
**From:**     Matthew Masterson
**Sent:**     Wed 10/5/2022 2:45:10 PM
**Subject:**  RE: Briefing on EIP and UW Election Work
**Received:**            Wed 10/5/2022 2:45:15 PM

Thank you and truly appreciate the response as I know schedules are INSANE right now.

If we can hold that date and time for this morning I will confirm this afternoon but it should work GREAT!

Matt

Matt Masterson
Director of Information Integrity
Democracy Forward Team (CELA)
mmasterson@microsoft.com

**From:** Julia Scanlan <jccarter@uw.edu>
**Sent:** Tuesday, October 4, 2022 7:19 PM
**To:** Matthew Masterson <mmasterson@microsoft.com>; Kate Starbird <kstarbi@uw.edu>; mica42 <mica42@uw.edu>
**Cc:** Sue Glueck (CELA) <Sue.Glueck@microsoft.com>; Maeve Whelan-Wuest (Harvey Nash) <v-maevew@microsoft.com>; Michael Grass <megrass@uw.edu>
**Subject:** [EXTERNAL] RE: Briefing on EIP and UW Election Work

Hi Matt! Thanks for your patience as we coordinated on our end. As Kate said, it's been a crazy week!

Kate is free at 9:00am on the morning of October 13 (next week). Would that work for your team? If not, we can potentially look at dates later in October, which are filling up fast.

Would this be virtual or in-person?

Thank you so much for reaching out. We're excited to get this on the books!

Julia

**From:** Matthew Masterson <mmasterson@microsoft.com>
**Sent:** Friday, September 30, 2022 10:51 AM
**To:** Kate Starbird <kstarbi@uw.edu>; Julia Scanlan <jccarter@uw.edu>; Mike Caulfield <mica42@uw.edu>
**Cc:** Sue Glueck (CELA) <Sue.Glueck@microsoft.com>; Maeve Whelan-Wuest (Harvey Nash) <v-maevew@microsoft.com>
**Subject:** Re: Briefing on EIP and UW Election Work

Re-upping this email. Totally understand if you all don't have the bandwidth to support but wanted to try. Thanks!

Matt

Get Outlook for iOS [aka.ms] [nam06.safelinks.protection.outlook.com]

**From:** Matthew Masterson
**Sent:** Tuesday, September 27, 2022 12:00:11 PM
**To:** kstarbi <kstarbi@uw.edu>; Julia Carter <jccarter@uw.edu>; Mike Caulfield: <mica42@uw.edu> <mica42@uw.edu>
**Cc:** Sue Glueck (CELA) <Sue.Glueck@microsoft.com>; Maeve Whelan-Wuest (Harvey Nash) <v-maevew@microsoft.com>
**Subject:** Briefing on EIP and UW Election Work

Kate,

Reaching out to see if you and the team are willing and able to do a briefing to our Microsoft Information Integrity community regarding the work of EIP, the recently released threat framework and possible narratives heading into the 2022 mid-terms.  For

background the community is made up of Microsoft employees that work on issues of information integrity. This includes members of product teams, lawyers supporting teams, Clint Watts and team, etc. We try to bring in our trusted external partners to discuss the work they are doing in order to deepen the community's understanding of the current trends and challenges in the space.

As far as timing we can work around your schedule. Our preference is to hold these meetings around 9:00am PT and we would like to have the meeting prior to the election. If you are able and interested to support just send over some possible dates and times and we'll get it scheduled. Also, if you want to add Stanford SIO to the briefers that is wonderful as well. Up to you.

Thank you in advance for your time.

Matt


Matt Masterson
Director of Information Integrity
Democracy Forward Team (CELA)
mmasterson@microsoft.com

**To:**    Julia Carter[jccarter@uw.edu]; Kate Starbird[kstarbi@uw.edu]
**Cc:**    Sue Glueck (CELA)[Sue.Glueck@microsoft.com]; Maeve Whelan-Wuest(Harvey Nash)[v-maevew@microsoft.com]; Michael Grass[megrass@uw.edu]
**From:**    Matthew Masterson
**Sent:**    Wed 10/5/2022 4:31:13 PM
**Subject:**    RE: Briefing on EIP and UW Election Work
**Received:**    Wed 10/5/2022 4:31:20 PM

Sorry. Yes. Confirmed all virtual and anyone from the team that wants to attend should. I will forward the invite shortly to this group.


Matt Masterson
Director of Information Integrity
Democracy Forward Team (CELA)
mmasterson@microsoft.com

**From:** Julia Scanlan <jccarter@uw.edu>
**Sent:** Wednesday, October 5, 2022 12:28 PM
**To:** Matthew Masterson <mmasterson@microsoft.com>; Kate Starbird <kstarbi@uw.edu>
**Cc:** Sue Glueck (CELA) <Sue.Glueck@microsoft.com>; Maeve Whelan-Wuest (Harvey Nash) <v-maevew@microsoft.com>; Michael Grass <megrass@uw.edu>
**Subject:** [EXTERNAL] RE: Briefing on EIP and UW Election Work

Hi Matt,

Great! I'll confirm the hold on Kate's calendar. I'm assuming Kate will Zoom/Teams in, but could you confirm it's virtual in case I'm mistaken in that assumption? Looking at her calendar, it's possible she might be able to attend in person, but we might have to move some things around.

Thank you!

Julia

**From:** Matthew Masterson <mmasterson@microsoft.com>
**Sent:** Wednesday, October 5, 2022 9:22 AM
**To:** Julia Scanlan <jccarter@uw.edu>; Kate Starbird <kstarbi@uw.edu>; Mike Caulfield <mica42@uw.edu>
**Cc:** Sue Glueck (CELA) <Sue.Glueck@microsoft.com>; Maeve Whelan-Wuest (Harvey Nash) <v-maevew@microsoft.com>; Michael Grass <megrass@uw.edu>
**Subject:** RE: Briefing on EIP and UW Election Work

Julia,

Confirming that this date and time (October 13 @ 9am PT) is perfect! Thank you so much. We will send additional details and information. Really looking forward to having the team talk to our folks next week.

Matt

Matt Masterson
Director of Information Integrity
Democracy Forward Team (CELA)
mmasterson@microsoft.com

**From:** Julia Scanlan <jccarter@uw.edu>
**Sent:** Tuesday, October 4, 2022 7:19 PM
**To:** Matthew Masterson <mmasterson@microsoft.com>; Kate Starbird <kstarbi@uw.edu>; mica42 <mica42@uw.edu>
**Cc:** Sue Glueck (CELA) <Sue.Glueck@microsoft.com>; Maeve Whelan-Wuest (Harvey Nash) <v-maevew@microsoft.com>; Michael Grass <megrass@uw.edu>
**Subject:** [EXTERNAL] RE: Briefing on EIP and UW Election Work

Hi Matt! Thanks for your patience as we coordinated on our end. As Kate said, it's been a crazy week!

Kate is free at 9:00am on the morning of October 13 (next week). Would that work for your team? If not, we can potentially look at dates later in October, which are filling up fast.

Would this be virtual or in-person?

Thank you so much for reaching out. We're excited to get this on the books!

Julia

**From:** Matthew Masterson <mmasterson@microsoft.com>
**Sent:** Friday, September 30, 2022 10:51 AM
**To:** Kate Starbird <kstarbi@uw.edu>; Julia Scanlan <jccarter@uw.edu>; Mike Caulfield <mica42@uw.edu>
**Cc:** Sue Glueck (CELA) <Sue.Glueck@microsoft.com>; Maeve Whelan-Wuest (Harvey Nash) <v-maevew@microsoft.com>
**Subject:** Re: Briefing on EIP and UW Election Work

Re-upping this email. Totally understand if you all don't have the bandwidth to support but wanted to try. Thanks!

Matt

Get Outlook for iOS [aka.ms] [nam06.safelinks.protection.outlook.com] [nam06.safelinks.protection.outlook.com]

**From:** Matthew Masterson
**Sent:** Tuesday, September 27, 2022 12:00:11 PM
**To:** kstarbi <kstarbi@uw.edu>; Julia Carter <jccarter@uw.edu>; Mike Caulfield: <mica42@uw.edu> <mica42@uw.edu>
**Cc:** Sue Glueck (CELA) <Sue.Glueck@microsoft.com>; Maeve Whelan-Wuest (Harvey Nash) <v-maevew@microsoft.com>
**Subject:** Briefing on EIP and UW Election Work

Kate,

Reaching out to see if you and the team are willing and able to do a briefing to our Microsoft Information Integrity community regarding the work of EIP, the recently released threat framework and possible narratives heading into the 2022 mid-terms. For background the community is made up of Microsoft employees that work on issues of information integrity. This includes members of product teams, lawyers supporting teams, Clint Watts and team, etc. We try to bring in our trusted external partners to discuss the work they are doing in order to deepen the community's understanding of the current trends and challenges in the space.

As far as timing we can work around your schedule. Our preference is to hold these meetings around 9:00am PT and we would like to have the meeting prior to the election. If you are able and interested to support just send over some possible dates and times and we'll get it scheduled. Also, if you want to add Stanford SIO to the briefers that is wonderful as well. Up to you.

Thank you in advance for your time.

Matt


Matt Masterson
Director of Information Integrity
Democracy Forward Team (CELA)
mmasterson@microsoft.com

| | |
|---|---|
| **To:** | Matthew Masterson[mastermv@stanford.edu] |
| **From:** | Kate Starbird |
| **Sent:** | Wed 12/1/2021 7:07:22 PM |
| **Subject:** | Re: Scheduling an EIP "post-mortem" for mid-December |
| **Received:** | Wed 12/1/2021 7:07:27 PM |

Thanks Matt! Looking forward to the chat! Though we probably need two days, not two hours. ;)

Kate

On Dec 1, 2021, at 11:01 AM, Matthew Masterson <mastermv@stanford.edu> wrote:

Kate,

Thank you. Would love to participate. Will fill out the poll.

Matt

Get Outlook for iOS

---

**From:** Kate Starbird <kstarbi@uw.edu>
**Sent:** Wednesday, December 1, 2021 2:00:46 PM
**To:** Matthew Masterson <mastermv@stanford.edu>
**Subject:** Fwd: Scheduling an EIP "post-mortem" for mid-December

Hi Matt,
I wanted to get you on this thread. We're doing an after-action meeting for EIP V1 (as we prepare for future collaborations) and would love to have you at the table for that.

There's a poll embedded in the email for scheduling.

Thanks,
Kate

Begin forwarded message:

**From:** Julia Scanlan <jccarter@uw.edu>
**Subject: Scheduling an EIP "post-mortem" for mid-December**
**Date:** November 30, 2021 at 11:07:01 AM PST
**To:** Jeff Hancock <hancockj@stanford.edu>, Renee DiResta <rdiresta@stanford.edu>, Candace DeLeon <reneedirestapa@gmail.com>, Elena Cryst <ecryst@stanford.edu>, Michael Grass <megrass@uw.edu>, "sunnyxhu@stanford.edu" <sunnyxhu@stanford.edu>, Alex Stamos <stamos@stanford.edu>, Graham Brookie <gbrookie@ATLANTICCOUNCIL.ORG>, "etbrooking@gmail.com" <etbrooking@gmail.com>
**Cc:** Mike Caulfield <mica42@uw.edu>, Kate Starbird <kstarbi@uw.edu>

All,

As we begin to engage with issues around electoral misinformation in the coming midterms, we thought it would make sense to bring together those who had played a management or leadership role in the 2020 EIP work to have an informal conversation on what we learned from the last effort. I'm working to

schedule a two-hour "post-mortem" session; we're aiming to try to get folks together (virtually) around mid-December. **Please** visit this poll **in the next few days and indicate your availability.** We'll do our best to secure a time when as many as possible can attend. And if others should be included, please feel free to let me know. [I don't yet have emails for Matt Masterson or Isabella Garcia-Camargo; please forward or let me know those and I will send!]

More information to follow. We are aiming to design the agenda collaboratively, to make sure everyone gets what they need out of the session. We'll send around more detail shortly.

Thank you!

Julia

JULIA SCANLAN (she/her)
Director for Strategy and Operations | Center for an Informed Public
University of Washington
206.897.1798 / Box 351205 / cip.uw.edu
News & Insights: Sign up for the CIP's newsletter
Follow the CIP on Facebook and Twitter

**To:**       Matthew Masterson[mastersonmv@gmail.com]
**From:**     Kate Starbird
**Sent:**     Thur 1/20/2022 11:07:54 PM
**Subject:**  Re: Following up on elections infrastructure
**Received:**          Thur 1/20/2022 11:07:55 PM

Thx!

Kate


On Jan 20, 2022, at 1:01 PM, Matthew Masterson <mastersonmv@gmail.com> wrote:

Will do. Let me check and will report back.

Sent from my iPhone


On Jan 20, 2022, at 4:00 PM, Kate Starbird <kstarbi@uw.edu> wrote:


Hi Matt,

Can you organize on your side?

I can do:

- Monday 12-1:30
- Wed noon-1pm; 3-4pm
- Thurs noon-2pm

Does any of that work for you all?

Kate


On Jan 20, 2022, at 12:46 PM, Matthew Masterson <mastersonmv@gmail.com> wrote:

Kate,
Yes I think that now is a good time to do that and Elena is the other person I would add to that discussion. Early next week would be great if you can swing it.

I am talking to Kim tomorrow morning. Happy to follow up with what we discussed and talk with you as well if helpful.

Matt

On Thu, Jan 20, 2022 at 1:46 PM Kate Starbird <kstarbi@uw.edu> wrote:

Hi Matt,
Do you think we should put a conversation together between you, me, and maybe

Renee and Alex — to get our ducks in a row around plans for 2022? I'd love to chat with the Bridgespan folks again, but I'm thinking maybe we want to get on the same page prior.

Happy to defer to you re: who should be involved on your side. And I can throw out some possible times for next week if you think that timeline might work.

Also (and separately, but related), I think Kim Wyman is going to reach out to go to gather some ideas for folks to add to our CISA Advisory subcommittee on elections/misinformation. We'd love to pick your brain about how you saw CISA's role in 2020 and what it should be in 2022.

Warmly,
Kate

On Jan 19, 2022, at 7:47 AM, Whittemore, Sam <Sam.Whittemore@bridgespan.org> wrote:

Hi Matt and Kate, hope your respective weeks (and New Years) are going well so far!

I wanted to follow-up on our individual conversations from before the break and get us all on the same email thread. When we last spoke, we'd discussed having a follow-up call in early Feb. to continue our conversation about your ambitions for the next phase of EIP's work and whether there might be a productive intersection with the elections infrastructure work that our colleagues at Pew have been exploring.

Two questions:

1.  Would it make sense for us to work on scheduling a next call in the coming weeks?
2.  Is there anyone else that we should loop into those discussions? (Alex, Renee, etc.)

I'll defer to you all on what timing is best, but wanted to get the ball rolling so we don't lose momentum.

Best,
Sam

Sam Whittemore
Manager

The Bridgespan Group
2 Copley Place, 7th Floor, Suite 3700B | Boston, MA 02116
Phone: 617.572.3060
Sam.Whittemore@bridgespan.org
www.bridgespan.org

Subscribe to our newsletters and learn how to increase your organization's impact, develop effective leadership, and more.

Please consider the environment before printing this e-mail

_____NOTICE_____ This electronic mail transmission, including any attachments, contains

confidential information of The Bridgespan Group ("Bridgespan") and/or its clients. It is intended only for the person(s) named, and the information in such e-mail shall only be used by the person(s) named for the purpose intended and for no other purpose. Any use, distribution, copying or disclosure by any other persons, or by the person(s) named but for purposes other than the intended purpose, is strictly prohibited. If you received this transmission in error, please notify the sender by reply e-mail and then destroy this e-mail. Opinions, conclusions and other information in this message that do not relate to the official business of Bridgespan shall be understood to be neither given nor endorsed by Bridgespan. When addressed to Bridgespan clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract.

**To:**      Matthew Masterson[mastersonmv@gmail.com]
**From:**    Kate Starbird
**Sent:**    Sun 1/23/2022 9:34:17 PM
**Subject:** Re: Following up on elections infrastructure
**Received:**          Sun 1/23/2022 9:34:20 PM

Any update on a possible meeting this coming week?

Kate

On Jan 20, 2022, at 12:59 PM, Kate Starbird <kstarbi@uw.edu> wrote:

Hi Matt,

Can you organize on your side?

I can do:

- Monday 12-1:30
- Wed noon-1pm; 3-4pm
- Thurs noon-2pm

Does any of that work for you all?

Kate

On Jan 20, 2022, at 12:46 PM, Matthew Masterson <mastersonmv@gmail.com> wrote:

Kate,
Yes I think that now is a good time to do that and Elena is the other person I would add to that discussion. Early next week would be great if you can swing it.

I am talking to Kim tomorrow morning. Happy to follow up with what we discussed and talk with you as well if helpful.

Matt

On Thu, Jan 20, 2022 at 1:46 PM Kate Starbird <kstarbi@uw.edu> wrote:

Hi Matt,
Do you think we should put a conversation together between you, me, and maybe Renee and Alex — to get our ducks in a row around plans for 2022? I'd love to chat with the Bridgespan folks again, but I'm thinking maybe we want to get on the same page prior.

Happy to defer to you re: who should be involved on your side. And I can throw out some possible times for next week if you think that timeline might work.

Also (and separately, but related), I think Kim Wyman is going to reach out to go to gather some ideas for folks to add to our CISA Advisory subcommittee on elections/misinformation. We'd love to pick your brain about how you saw CISA's role in 2020 and what it should be in 2022.

Warmly.
Kate

On Jan 19, 2022, at 7:47 AM, Whittemore, Sam
<Sam.Whittemore@bridgespan.org> wrote:

Hi Matt and Kate, hope your respective weeks (and New Years) are going well so far!

I wanted to follow-up on our individual conversations from before the break and get us all on the same email thread. When we last spoke, we'd discussed having a follow-up call in early Feb. to continue our conversation about your ambitions for the next phase of EIP's work and whether there might be a productive intersection with the elections infrastructure work that our colleagues at Pew have been exploring.

Two questions:

1. Would it make sense for us to work on scheduling a next call in the coming weeks?
2. Is there anyone else that we should loop into those discussions? (Alex, Renee, etc.)

I'll defer to you all on what timing is best, but wanted to get the ball rolling so we don't lose momentum.

Best,
Sam

Sam Whittemore
Manager

The Bridgespan Group
2 Copley Place, 7th Floor, Suite 3700B | Boston, MA 02116
Phone: 617.572.3060
Sam.Whittemore@bridgespan.org
www.bridgespan.org

Subscribe to our newsletters and learn how to increase your organization's impact, develop effective leadership, and more.

Please consider the environment before printing this e-mail

_____NOTICE_____ This electronic mail transmission, including any attachments, contains confidential information of The Bridgespan Group ("Bridgespan") and/or its clients. It is intended only for the person(s) named, and the information in such e-mail shall only be used by the person(s) named for the purpose intended and for no other purpose. Any use, distribution, copying or disclosure by any other persons, or by the person(s) named but for purposes other than the intended purpose, is strictly prohibited. If you received this transmission in error, please notify the sender by reply e-mail and then destroy this e-mail. Opinions, conclusions and other information in this message that do not relate to the official business of Bridgespan shall be understood to be neither given nor endorsed by Bridgespan. When addressed to Bridgespan clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract.

**To:** Alex Stamos[stamos@stanford.edu]; Renee DiResta[rdiresta@stanford.edu]; Whittemore, Sam[Sam.Whittemore@bridgespan.org]
**Cc:** Reiter, Aiden[Aiden.Reiter@bridgespan.org]; Matthew Masterson[mastermv@stanford.edu]
**From:** Kate Starbird
**Sent:** Fri 1/28/2022 10:20:47 PM
**Subject:** Connecting EIP with Bridgespan
**Received:** Fri 1/28/2022 10:20:49 PM

Hi Alex and Renee,

I'm writing to follow up on a thread from our last meeting and a conversation I had a few weeks ago with Sam Whittemore (cced) and other folks at Bridgespan. I think your team chatted with them as well (maybe with Matt as the lead?). In any case, they're hoping to have a joint conversation with our group about our EIP plans and possible intersections with work being planned by their colleagues at Pew.

 I'm hoping we can set aside some time in the next few weeks to chat with them (now that we have a better idea of our timeline and plans for EIP 2022).

Cheers,
Kate

| | |
|---|---|
| **To:** | Whittemore, Sam[Sam.Whittemore@bridgespan.org] |
| **Cc:** | Reiter, Aiden[Aiden.Reiter@bridgespan.org]; Matthew Masterson[mastermv@stanford.edu] |
| **From:** | Kate Starbird |
| **Sent:** | Fri 1/28/2022 2:17:52 AM |
| **Subject:** | re: Following up on elections infrastructure |
| **Received:** | Fri 1/28/2022 2:17:53 AM |

Hi Sam,

Sorry for the slow response. I'd be happy to set up a time to chat again— and I'm definitely interested in exploring potential connections between our (UW and EIP) and Pew's election work. I'm thinking we should probably loop in Alex and/or Renee for the conversation.

Best,
Kate

Kate Starbird
Associate Professor, UW HCDE
Co-Founder and Faculty Director of the UW Center for an Informed Public
kstarbi@uw.edu

> On Jan 19, 2022, at 7:47 AM, Whittemore, Sam <Sam.Whittemore@bridgespan.org> wrote:
>
> Hi Matt and Kate, hope your respective weeks (and New Years) are going well so far!
>
> I wanted to follow-up on our individual conversations from before the break and get us all on the same email thread. When we last spoke, we'd discussed having a follow-up call in early Feb. to continue our conversation about your ambitions for the next phase of EIP's work and whether there might be a productive intersection with the elections infrastructure work that our colleagues at Pew have been exploring.
>
> Two questions:
> > 1. Would it make sense for us to work on scheduling a next call in the coming weeks?
> > 2. Is there anyone else that we should loop into those discussions? (Alex, Renee, etc.)
>
> I'll defer to you all on what timing is best, but wanted to get the ball rolling so we don't lose momentum.
>
> Best,
> Sam
>
>
> **Sam Whittemore**
> Manager
>
> **The Bridgespan Group**
> 2 Copley Place, 7th Floor, Suite 3700B | Boston, MA  02116
> Phone: 617.572.3060
> Sam.Whittemore@bridgespan.org
> www.bridgespan.org
>
> Subscribe to our newsletters and learn how to increase your organization's impact, develop effective leadership, and more.
>
> Please consider the environment before printing this e-mail

_____NOTICE_____ This electronic mail transmission, including any attachments, contains confidential information of The Bridgespan Group ("Bridgespan") and/or its clients. It is intended only for the person(s) named, and the information in such e-mail shall only be used by the person(s) named for the purpose intended and for no other purpose. Any use, distribution, copying or disclosure by any other persons, or by the person(s) named but for purposes other than the intended purpose, is strictly prohibited. If you received this transmission in error, please notify the sender by reply e-mail and then destroy this e-mail. Opinions, conclusions and other information in this message that do not relate to the official business of Bridgespan shall be understood to be neither given nor endorsed by Bridgespan. When addressed to Bridgespan clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract.

**To:** Brown, Anne[Anne.Brown@Bridgespan.org]
**Cc:** Alex Stamos[stamos@stanford.edu]; Renee DiResta[rdiresta@stanford.edu]; Reiter, Aiden[Aiden.Reiter@bridgespan.org]; Matthew Masterson[mastermv@stanford.edu]
**From:** Kate Starbird
**Sent:** Mon 1/31/2022 3:32:59 PM
**Subject:** Re: Connecting EIP with Bridgespan
**Received:** Mon 1/31/2022 3:33:01 PM

Of those, I'm available:

Mon., Feb. 7 at 3pm EST
Tues, Feb. 8 at 2pm EST
Thur., Feb. 10 at 3pm EST


Kate



On Jan 31, 2022, at 6:19 AM, Brown, Anne <Anne.Brown@Bridgespan.org> wrote:

Hi everyone,
(moving Sam to bcc)

Could each of you let me know if you are available for any of the following dates/times. Please indicate all the dates you are available.

Mon., Feb. 7 at 3pm EST
Tues, Feb. 8 at 2pm EST
Wed., Feb. 9 at 4:30pm EST
Thur., Feb. 10 at 3pm EST
Fri., Feb. 11 at 1pm EST

If there are other times that work better for you, please do indicate those times.
Thanks so much for checking and helping me pull the call together.
Warm regards,
Anne

---

Anne Brown
Executive Assistant
Pronouns: She, Her, Hers

**The Bridgespan Group**
2 Copley Place, 7ᵗʰ Floor, Suite 3700B | Boston, MA 02116
Phone: 617.572.2439
anne.brown@bridgespan.org
www.bridgespan.org

Subscribe to our newsletters and learn how to increase your organization's impact, develop effective leadership, and more.

Please consider the environment before printing this e-mail
<image001.jpg>


**From:** Whittemore, Sam <Sam.Whittemore@bridgespan.org>
**Sent:** Friday, January 28, 2022 6:32 PM
**To:** Kate Starbird <kstarbi@uw.edu>; Alex Stamos <stamos@stanford.edu>; Renee DiResta <rdiresta@stanford.edu>
**Cc:** Reiter, Aiden <Aiden.Reiter@bridgespan.org>; Matthew Masterson <mastermv@stanford.edu>; Brown, Anne <Anne.Brown@Bridgespan.org>

**Subject:** RE: Connecting EIP with Bridgespan

Hi All, good to have everyone on the same thread, looking forward to continuing our conversation. I'm looping in my colleague Anne Brown here who can help coordinate our respective calendars.

Happy weekend,
Sam

> **From:** Kate Starbird <kstarbi@uw.edu>
> **Sent:** Friday, January 28, 2022 5:21 PM
> **To:** Alex Stamos <stamos@stanford.edu>; Renee DiResta <rdiresta@stanford.edu>; Whittemore, Sam <Sam.Whittemore@bridgespan.org>
> **Cc:** Reiter, Aiden <Aiden.Reiter@bridgespan.org>; Matthew Masterson <mastermv@stanford.edu>
> **Subject:** Connecting EIP with Bridgespan
>
> Hi Alex and Renee,
>
> I'm writing to follow up on a thread from our last meeting and a conversation I had a few weeks ago with Sam Whittemore (cced) and other folks at Bridgespan. I think your team chatted with them as well (maybe with Matt as the lead?). In any case, they're hoping to have a joint conversation with our group about our EIP plans and possible intersections with work being planned by their colleagues at Pew.
>
> I'm hoping we can set aside some time in the next few weeks to chat with them (now that we have a better idea of our timeline and plans for EIP 2022).
>
> Cheers,
> Kate

_____NOTICE_____ This electronic mail transmission, including any attachments, contains confidential information of The Bridgespan Group ("Bridgespan") and/or its clients. It is intended only for the person(s) named, and the information in such e-mail shall only be used by the person(s) named for the purpose intended and for no other purpose. Any use, distribution, copying or disclosure by any other persons, or by the person(s) named but for purposes other than the intended purpose, is strictly prohibited. If you received this transmission in error, please notify the sender by reply e-mail and then destroy this e-mail. Opinions, conclusions and other information in this message that do not relate to the official business of Bridgespan shall be understood to be neither given nor endorsed by Bridgespan. When addressed to Bridgespan clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract.

**To:**    Ginny Badanes[ginnyb@microsoft.com]; mmasterson@microsoft.com[mmasterson@microsoft.com]; sue.glueck@microsoft.com[sue.glueck@microsoft.com]; Kent Foster (CELA)[jkfoster@microsoft.com]
**Cc:**    Julia Carter Scanlan[jccarter@uw.edu]
**From:**    Kate Starbird
**Sent:**    Sat 6/4/2022 5:28:28 PM
**Subject:**    Thank you for your support of the UW Center for an Informed Public!
**Received:**    Sat 6/4/2022 5:28:29 PM
CIP TY Microsoft-ks.pdf

Dear Ginny, Matt, Sue, and Kent:

On behalf of the Center for an Informed Public at the University of Washington, thank you for Microsoft's generous gift to support our election-related rapid response research efforts and MisinfoDay 2023. We are thrilled to continue our collaboration with Microsoft and your teams, and we are so grateful for your ongoing support for our work and mission to resist misinformation and create a more informed public.

We will reach out soon to get some additional planning and strategy calls on the schedule, as we're eager to continue the great conversations we've had with you already. We are starting to think about planning for MisinfoDay 2023 and would love to start talks early with you. And on the elections front, we are starting to spin up small trial groups to test our rapid response model and help us refine scope. Our first test run was quite successful, leading to an analysis of the rise of a deceptive term, and a story in the Washington Post based on our report. We are also currently talking with former team members from Data & Society's Disinformation Action Lab to learn from their experiences managing a collaborative, networked response to census-specific mis- and disinformation and seeing where they can inform our own rapid-response efforts. They shared with us their method of "working back from harms" and will be providing us with a draft report with details on threat modeling and varieties of response. These insights will help us better target our efforts over the election period.

We are incredibly grateful for your support, and we look forward to working with you and your team on these efforts over the coming months. Thank you again.

Thank you,

Kate Starbird
Associate Professor, UW HCDE
Co-Founder and Director of the UW Center for an Informed Public
kstarbi@uw.edu



**CENTER FOR AN INFORMED PUBLIC**

UNIVERSITY *of* WASHINGTON

Mary Gates Hall, Suite 370
Box 352840
Seattle, WA 98195

June 2, 2022

VIA EMAIL

Dear Ginny, Matt, Sue, and Kent:

On behalf of the Center for an Informed Public at the University of Washington, thank you for Microsoft's generous gift to support our election-related rapid response research efforts and MisinfoDay 2023. We are thrilled to continue our collaboration with Microsoft and your teams, and we are so grateful for your ongoing support for our work and mission to resist misinformation and create a more informed public.

We will reach out soon to get some additional planning and strategy calls on the schedule, as we're eager to continue the great conversations we've had with you already. We are starting to think about planning for MisinfoDay 2023 and would love to start talks early with you. And on the elections front, we are starting to spin up small trial groups to test our rapid response model and help us refine scope. Our first test run was quite successful, leading to an analysis of the rise of a deceptive term, and a story in the Washington Post based on our report. We are also currently talking with former team members from Data & Society's Disinformation Action Lab to learn from their experiences managing a collaborative, networked response to census-specific mis- and disinformation and seeing where they can inform our own rapid-response efforts. They shared with us their method of "working back from harms" and will be providing us with a draft report with details on threat modeling and varieties of response. These insights will help us better target our efforts over the election period.

We are incredibly grateful for your support, and we look forward to working with you and your team on these efforts over the coming months. Thank you again.

Sincerely,

Kate Starbird
Director and Co-Founder, Center for an Informed Public
Associate Professor, Department of Human Centered Design and Engineering
University of Washington

resist strategic misinformation.
promote an informed society.
strengthen democratic discourse.

**To:**    Yasmin Green[yasmingreen@google.com]
**Cc:**    Safiya Umoja Noble[snoble@g.ucla.edu]; Murdoch, Kathryn[kam@qdvm.org]; William Hurd[williamhurd@gmail.com]; Diara-Jepris Townes[Diara-Jepris.Townes@aspeninstitute.org]; Ryan Merkley (Consultant)[Ryan.Merkley@aspeninstitute.org]; Chris Krebs[krebsc@gmail.com]
**From:**    Kate Starbird
**Sent:**    Thur 8/12/2021 5:00:42 PM
**Subject:**    Re: ACID Draft Proposals -- pls help develop
**Received:**    Thur 8/12/2021 5:00:46 PM

So sorry, but I'm leaving this morning and going "off the grid" until Monday… I was able to leave a few notes, but I won't be able to provide much more until we're in person next week. I did have a really productive conversation with Ryan Calo this week and I have some (loose) ideas for recommendations to government around supersreaders.
Kate

On Aug 12, 2021, at 7:22 AM, Yasmin Green <yasmingreen@google.com> wrote:

Gentle nudge to contribute to at least one proposal before Monday!


On Mon, Aug 9, 2021, 8:00 AM Yasmin Green <yasmingreen@google.com> wrote:

Hi team, here's our portfolio of *very draft* proposals for your all's review:

1. ACID Harms WG: Public Restoration Fund
2. ACID Harms WG: Superspreader Accountability
3. ACID Harms WG: Measure what Matters
4. ACID Harms WG: Civic Resilience
5. Space for adopted govt disinfo czar proposal from Chris

The current copy gets us off the starting block -- **please edit and comment directly in the docs and help us make solid progress before Aspen!**

In case you're inspired to develop other ideas into proposal, here's what I noted down: M&A (Clinical trial models to "prove no harm" for the tech sector); x-Platform Purview (promoting x-sector collaboration w/o becoming unregulated "content cartels"); the right to a fresh start / digital amnesty, a legislative conference to review the state of the law with respect to the velocity of information.

And thank you Kate for these instructive, thoughtful notes you emailed on Friday.

Looking fwd to seeing you all in person one week today!
Yasmin

On Fri, 6 Aug 2021 at 10:50, Kate Starbird <kstarbi@uw.edu> wrote:

In case I need to leave early, here are my lower level notes for today. Not exhaustive.
Platforms:

- have mechanisms to quickly identify and remove or limit the visibility of harmful content (and those who repeatedly spread it) before it can cause harm
  - have clear policies that can be quickly enforced — from suspensions to reductions in visibility (and slowing down) for certain content/users

○ holding areas for potentially harmful content (e.g. from users on probation) — that gets manually checked before releasing

○ address the superspreader/repeat offender phenomenon (as well as the coordinated inauthentic behavior phenomenon)

○ implement a "negligence" framework that holds accounts with more visibility (and accounts from public figures including anyone with a "blue check" and other influencers) to higher standards in regards to transparency and enforcement

• have addressed structural embedding of disinformation (in networks and algorithms)
   ○ trimmed toxic networks that have grown out of manipulation and (toxic) recommendations
   ○ addressed algorithmic manipulation, both new efforts and impacts from past exploitation
   ○ adjusted algorithmic recommendation to optimize on more than just engagement (e.g. information quality)
      ▪ research suggests that high quality, balanced content doesn't get as many clicks as content with a partisan framing… implement algorithms that counter this, rather than resonate with it…
         ▪ demote sites like OccupyDemocrats and GatewayPundit — not just accounts but sites

• have implemented new designs to help people understand information provenance
   ○ including signals about the original source of information and how it reached them (who has amplified it along the way, how it has moved from one platform to another)

• have some ability to collaborate with other platforms (for example to address entities that use one site for content hosting and another for amplification) but without becoming unregulated "content cartels"

• have used their profits (from misinformation) to help fund research into educational interventions and community support for enhancing resilience to mis/disinformation
   ○ I might argue that education efforts need to extend beyond historically underrepresented communities and communities that are demonized by disinformation (that we noted in our last meeting) to include communities that are participating in that demonization
      ▪ to include, e.g., libraries in rural communities, veterans, elders, PSAs on Fox News

Government

• has provided some guidance for platforms around harmful misinformation

• has mechanisms for holding platforms accountable for harms; including some mechanism for addressing toxic content on long tail platforms
   ○ suggested by others (and aligned with previous conversations with colleague Ryan Calo): perhaps using something akin to the "fraud" framework

• transparency: guidance for how to navigate tensions between transparency and privacy
   ○ and consideration of transparency — or research and other public good — when we develop privacy regulations
      ▪ perhaps something around who warrants privacy vs who is "public" (related to visibility, influence, public figure, advertising organization, etc.)

People (Users):

• have the skills (and access to the right signals from the platforms, see:transparency) to identify false information, determine the credibility of sources, spot manipulation
   ○ to do this well, users need to understand how information reaches them (via influencers, algorithms, networks)
      ▪ requires some level of transparency for everyday users

• understand not just how to spot misleading information but why they should apply their skills to determine if something is misleading before engaging with it or spreading it (civic responsibility)

• are empowered to do something about misinformation in their own lives, including correcting

themselves and correcting misinformation (with empathy rather than derision)
• have ways to remedy past mistakes — rehabilitate accounts (when warranted)

On Aug 6, 2021, at 7:20 AM, Yasmin Green <yasmingreen@google.com> wrote:

For whoever can make it, can we check in at 7.30 PT / 10.30 ET this morning -- in 10 mins — just to nail this scheduling question?

On Fri, 6 Aug 2021 at 10:07, Kate Starbird <kstarbi@uw.edu> wrote:

Thanks for being so accommodating!

I'm able to connect today from 7:30-8:30 (from a coffee shop near the hospital)... but without voice. The surgery should take about an hour, so 8:30 is likely worse (as I'll be picking her up around then).
I'm available Monday next week, but not Thurs/Fri (traveling w/o wifi).

Kate

On Aug 6, 2021, at 6:57 AM, Murdoch, Kathryn <kam@qdvm.org> wrote:

I can do Monday, Thursday or Friday of next week.

Kathryn

**From:** Safiya Umoja Noble <snoble@g.ucla.edu>
**Sent:** Friday, August 6, 2021 9:54:23 AM
**To:** Yasmin Green <yasmingreen@google.com>
**Cc:** Murdoch, Kathryn <kam@qdvm.org>; Kate Starbird <kstarbi@uw.edu>
**Subject:** Re: Aspen - Harms Mtg 3 Prep

Hi all,

Just checking to see if we can go ahead abs reschedule to make sure Kate is off the hook for this.

Could we also push back the time an hour to 8:30 rather than 7:30AM?

S.

Sent from my tiny mobile -- expect typos.

> On Aug 5, 2021, at 4:57 PM, Yasmin Green <yasmingreen@google.com> wrote:
>

--

Yasmin Green  |  Director of Research and Development, Jigsaw  |  Twitter: @yasmind  |

--

Yasmin Green  | Director of Research and Development, Jigsaw  | Twitter: @yasmind  |

**To:**      Matthew Masterson[mastermv@stanford.edu]
**Cc:**      Alex Stamos[stamos@stanford.edu]; Graham Brookie[gbrookie@ATLANTICCOUNCIL.ORG]; Renee DiResta[rdiresta@stanford.edu]
**From:**    Kate Starbird
**Sent:**    Wed 12/29/2021 1:28:57 AM
**Subject:** Re: Meeting w/ CIS
**Received:**            Wed 12/29/2021 1:29:00 AM

Works for me. But I hate the time. ;)

   Kate

On Dec 28, 2021, at 1:35 PM, Matthew Masterson <mastermv@stanford.edu> wrote:

All,

Just double checking before sending invites that the meeting on 1/5 is 9:30am (ET not PT) works?

Get Outlook for iOS

---

**From:** Matthew Masterson <mastermv@stanford.edu>
**Sent:** Tuesday, December 21, 2021 12:42:09 PM
**To:** Kate Starbird <kstarbi@uw.edu>
**Cc:** Alex Stamos <stamos@stanford.edu>; Graham Brookie <gbrookie@ATLANTICCOUNCIL.ORG>; Renee DiResta <rdiresta@stanford.edu>
**Subject:** Re: Meeting w/ CIS

Will do Kate. Thanks!

Get Outlook for iOS

---

**From:** Kate Starbird <kstarbi@uw.edu>
**Sent:** Tuesday, December 21, 2021 12:34:02 PM
**To:** Matthew Masterson <mastermv@stanford.edu>
**Cc:** Alex Stamos <stamos@stanford.edu>; Graham Brookie <gbrookie@ATLANTICCOUNCIL.ORG>; Renee DiResta <rdiresta@stanford.edu>
**Subject:** Re: Meeting w/ CIS

I'm supposed to be traveling that day… but Omicron may stymie that trip… so I may be able to attend after all. Please keep me in the loop.

Kate

On Dec 21, 2021, at 8:58 AM, Matthew Masterson <mastermv@stanford.edu> wrote:

Thank you all. Based on responses I am forwarding an invite for the 5th. Kate I think you were the only one that was questionable that day so I apologize if that doesn't work for you.

I hope everyone has a happy holiday break.

Matt

Get Outlook for iOS

---

**From:** Alex Stamos <stamos@stanford.edu>
**Sent:** Tuesday, December 21, 2021 11:41:04 AM
**To:** Kate Starbird <kstarbi@uw.edu>; Graham Brookie <gbrookie@ATLANTICCOUNCIL.ORG>
**Cc:** Matthew Masterson <mastermv@stanford.edu>; Renee DiResta <rdiresta@stanford.edu>
**Subject:** Re: Meeting w/ CIS

I can do the 1/5 and 1/6 dates.

---

**From:** Kate Starbird <kstarbi@uw.edu>
**Date:** Friday, December 17, 2021 at 2:16 PM
**To:** Graham Brookie <gbrookie@ATLANTICCOUNCIL.ORG>
**Cc:** Matthew Masterson <mastermv@stanford.edu>, Alex Stamos <stamos@stanford.edu>, Renee DiResta <rdiresta@stanford.edu>
**Subject:** Re: Meeting w/ CIS

Yikes! Those are EST. I read that wrong the first time.

The Jan 5 date won't work for me after all. The Jan 4 date/time WOULD WORK for me.

And I'm going to be in DC on the morning of January 6... and could likely do the 9:15am time that day, but it depends upon the conference I'm committed to (I think that runs through the afternoon).

Kate

On Dec 17, 2021, at 1:56 PM, Graham Brookie <gbrookie@ATLANTICCOUNCIL.ORG> wrote:

Thanks so much, Matt.

I am same as Kate. Can't do Dec27 and Jan4. Can do Jan5 and Jan6.

In the meantime, I hope everybody's grading and project wrap-up is going okay and that we all get some semblance of a break.

Graham

**From:** Kate Starbird <kstarbi@uw.edu>
**Date:** Thursday, December 16, 2021 at 2:50 PM
**To:** Matthew Masterson <mastermv@stanford.edu>
**Cc:** Alex Stamos <stamos@stanford.edu>, Renee DiResta <rdiresta@stanford.edu>, Graham Brookie <gbrookie@ATLANTICCOUNCIL.ORG>
**Subject:** Re: Meeting w/ CIS

Hi Matt,

I can't make the first two days, but I can make either 1/5 or 1/6 dates/times.

Kate

On Dec 16, 2021, at 7:30 AM, Matthew Masterson
<mastermy@stanford.edu> wrote:

All,

As discussed on the EIP call CIS has asked to meet to discuss the current state
of play and their possible role. If you are able/willing to have a call with them
do any of these dates work? Is there anyone else we should have on?

- 12/27 9:30-10:15am, 2-2:45pm, 3-3:45pm EST
- 1/4 4-4:45pm EST
- 1/5 9:15-10am EST
- 1/6 9:15-10am EST

Thanks

Matt

Get Outlook for iOS

| To: | Graham Brookie[gbrookie@ATLANTICCOUNCIL.ORG] |
|---|---|
| Cc: | Matthew Masterson[mastermv@stanford.edu] |
| From: | Kate Starbird |
| Sent: | Wed 1/5/2022 6:21:25 PM |
| Subject: | Re: Thank you |
| Received: | Wed 1/5/2022 6:21:27 PM |

That was fascinating.

Thanks for inviting me. I think we need to have some high level meetings, fairly soon, to work out what our plans are for 2022 — including our own structure (who is "we" this time around) and how we should work with other efforts. The funding is one piece, but the more interesting piece may be how we plug in to various partners/stakeholders, and how others may be positioning themselves as gateways to those potential parters. But if we aren't out there putting partnerships in place … we shouldn't be surprised that others are doing it.

Kate

On Jan 5, 2022, at 7:57 AM, Graham Brookie <gbrookie@ATLANTICCOUNCIL.ORG> wrote:

Thanks so much, Matt.

Really appreciate being included!

Agree with your take. The primary substantive concern with an ISAC/Social Media that it may be less effective and drives up risk across the board and, in particular, for the USG. The primary logistical concern is that it seems like CIS, which does some really great work, essentially described EIP and sees it as a growth area and consistent funding source. And we will definitely want to figure out the Graphika component, which I think is somewhat unclear post Camille, though I have worked with John, Jennifer M (formerly MITRE), and Jack S before (they are great!).

Bottom line: I think there are a bunch of ways we can/should work with them, but I also think that we are probably further along in having tangible concept, product, and impact.

More potential partners and people doing this work is a pretty great challenge to get to work through, all things considered.

Graham

**From:** Matthew Masterson <mastermv@stanford.edu>
**Date:** Wednesday, January 5, 2022 at 10:18 AM
**To:** Graham Brookie <gbrookie@ATLANTICCOUNCIL.ORG>, "kstarbi@uw.edu" <kstarbi@uw.edu>
**Cc:** John Perrino <perrino@stanford.edu>
**Subject:** Thank you

Thank you both for taking the time to talk to them. I have been pounding on them for 2 months to do what they do best and not try to gorilla their way into more. You all said that much more eloquently and clearly. I appreciate it.

Welcome any follow up thoughts or comments you have.

Matt

Get Outlook for iOS

**To:**       Isabella Garcia-Camargo[bellagc@stanford.edu]
**Cc:**       zns202@nyu.edu[zns202@nyu.edu]; mccoy@nyu.edu[mccoy@nyu.edu]; lj992@nyu.edu[lj992@nyu.edu];
paul.poladstransparency@gmail.com[paul.poladstransparency@gmail.com]; Carly Maya Miller[carlym2@stanford.edu]; Chase
Small[cpsmall@stanford.edu]; Elena Cryst[ecryst@stanford.edu]; David Thiel[dthiel@stanford.edu]; Renee
DiResta[rdiresta@stanford.edu]; espiro@uw.edu[espiro@uw.edu]; jevinw@uw.edu[jevinw@uw.edu]; koltai@uw.edu[koltai@uw.edu];
Cameron Hickey[cameron@ncoc.org]; camille.francois@graphika.com[camille.francois@graphika.com];
melanie.smith@graphika.com[melanie.smith@graphika.com]; Alex Stamos[stamos@stanford.edu]; Matthew
Masterson[mastermv@stanford.edu]
**From:**     Kate Starbird
**Sent:**     Fri 3/12/2021 3:28:19 AM
**Subject:**  Re: Virality Project Weekly
**Received:**           Fri 3/12/2021 3:28:21 AM

Perfect!

> On Mar 11, 2021, at 3:12 PM, Isabella Garcia-Camargo <bellagc@stanford.edu> wrote:
>
> Thanks Kate! Totally agree, looking forward to that meeting at 3-4PM Monday.
>
> I want to make sure we get feedback on the rest of the goals: "create a dataset for longer-term study" is included as a goal, outlining all the details on how to do that best should be done in a separate document, and we will do a final update of that bullet then. I'd appreciate feedback on any of the other goals and outcomes, so we make sure everything is included and can get that set!
>
> Looking forward to the discussion Monday!
>
> Bella
>
> **From:** Kate Starbird <kstarbi@uw.edu>
> **Date:** Thursday, March 11, 2021 at 7:29 AM
> **To:** Isabella Garcia-Camargo <bellagc@stanford.edu>
> **Cc:** "zns202@nyu.edu" <zns202@nyu.edu>, "mccoy@nyu.edu" <mccoy@nyu.edu>, "lj992@nyu.edu"
> <lj992@nyu.edu>, "paul.poladstransparency@gmail.com" <paul.poladstransparency@gmail.com>, Carly
> Maya Miller <carlym2@stanford.edu>, Chase Small <cpsmall@stanford.edu>, Elena Cryst
> <ecryst@stanford.edu>, David Thiel <dthiel@stanford.edu>, Renee DiResta <rdiresta@stanford.edu>,
> "espiro@uw.edu" <espiro@uw.edu>, "jevinw@uw.edu" <jevinw@uw.edu>, "koltai@uw.edu"
> <koltai@uw.edu>, Cameron Hickey <cameron@ncoc.org>, "camille.francois@graphika.com"
> <camille.francois@graphika.com>, "melanie.smith@graphika.com" <melanie.smith@graphika.com>, Alex
> Stamos <stamos@stanford.edu>, Matthew Masterson <mastermv@stanford.edu>
> **Subject:** Re: Virality Project Weekly
>
> Hi Bella,
>
> Thank you for putting together this document. It's really helpful.
>
> I think the questions about data and process might require a meeting to talk through the trade-offs, enumerate and prioritize potential research questions, surface potential strategies for collection/curation, and make some difficult decisions that balance across some of the trade-offs. My understanding is that a few of us are planning to meet Monday to talk through some of this. I imagine we won't be able to complete the data section of the document here until after that conversation.
>
> Kate
>
> Sent from my iPad

On Mar 10, 2021, at 5:52 PM, Isabella Garcia-Camargo <bellagc@stanford.edu> wrote:

Hello All:

Thank you very much for taking the time to meet today. As discussed, we need everyone to please provide any final commentary or feedback to this document by **Friday at 5PM**. Having alignment on our goals and desired outputs will allow us to move into discussions of how to achieve the goals, for example, how exactly to conduct our weekly research. Specific updates:

- Cameron, if you could add any language you'd like to see about impact
- Emma, if there are any updates to the language around creation of a dataset you'd like to see
- All, if we could **add any additional research questions under bullet 1** to guide the discussion of the dataset needed to answer these research questions

We are looking forward to getting the proposed methodology updates from the working group!

Bella

**From:** bellagc@stanford.edu
**When:** 1:00 PM - 1:30 PM March 10, 2021
**Subject:** Virality Project Weekly
**Location:** https://stanford.zoom.us/j/91542213877?pwd=MjNIVk5hQXRCWFMvNUN3YmdRR3B xZz09&from=addon

Hello All:

Taking this meeting off the calendars of the analysts for the week! We will be using the time to check in with team leads about final report plans.

Bella



Hi there,

isabella camargo is inviting you to a scheduled Zoom meeting.

## Join Zoom Meeting

Password:        31

Meeting URL:     https://stanford.zoom.us/j/91542213877?pwd=MjNIVk5hQXRCW FMvNUN3YmdRR3BxZz09&from=addon

iPhone one-tap (US    +18333021536,,91542213877# or

Toll):                    +16507249799,,91542213877#

## Or Telephone:

Dial:                     +1 650 724 9799 (US, Canada, Caribbean Toll) or +1 833 302
                          1536 (US, Canada, Caribbean Toll Free)

Meeting ID:               915 4221 3877

Password:                 31

International numbers

## Join from a SIP room system

SIP:                      91542213877@zoomcrc.com

Meeting ID:               915 4221 3877

Password:                 31

**To:**     Mike Garcia[Mike.Garcia@cisecurity.org]; Marci Andino[Marci.Andino@cisecurity.org]
**Cc:**     John Perrino[perrino@stanford.edu]; Renee DiResta[rdiresta@stanford.edu]; Kate Starbird[kstarbi@uw.edu]; Elena
Cryst[ecryst@stanford.edu]; Mike Caulfield[mica42@uw.edu]
**From:**   Daniel Bateyko
**Sent:**   Mon 7/25/2022 8:57:49 PM
**Subject:**  Re: [External] EIP/EI-ISAC
**Received:**         Mon 7/25/2022 8:57:54 PM

Hey Mike and Marci,

Great chatting with you both. Following up on the data use agreement front – Mike, when's a good time for you and I to hash this out together?
I'm available this week between the following times for a ~30-45 min call:

Tuesday (7/26) 12:00-5:00pm PT
Thursday (7/28) 10:00am-11:00am PT
Friday (7/29) 10:00-2:00pm PT

In particular, the big ticket items on our data use agreement will be describing the purpose of the data transfer; any data elements/data dictionary (e.g. what are the variables?); and our data management plan. I'll come prepared with some answers on our front. If you have any written documentation to share in advance, please let me know. In addition, we may need to discuss any other agreements tied to the data sharing.

Once you share your availability, happy to share a Zoom link. Looking forward to speaking more soon!

Warmly,
Dan

--
Dan Bateyko (he/him)
Special Projects Manager, Stanford Internet Observatory
dbateyko@stanford.edu

**From:** Daniel Bateyko <dbateyko@stanford.edu>
**Date:** Tuesday, July 5, 2022 at 8:00 AM
**To:** Mike Garcia <Mike.Garcia@cisecurity.org>, John Perrino <perrino@stanford.edu>, Marci Andino
<Marci.Andino@cisecurity.org>, Renee DiResta <rdiresta@stanford.edu>, Kate Starbird <kstarbi@uw.edu>, Mike
Caulfield <mica42@uw.edu>
**Subject:** Re: [External] EIP/EI-ISAC

Hi Mike,

Great speaking with you back in May. I'm coming back to our conversation as I'm picking up on drawing up our data use agreement. As part of our submission to Stanford, we'll have to send over any draft of the data use agreement CIS uses – do you have something like that already made, and if so, could you please pass it along? In particular, any detail on the incoming dataset (e.g. data elements, data dictionary) would be most helpful. In the meantime, I'll continue drafting and may follow up with questions.

Looking forward to working together on this DUA.

Best,
Dan

--
Dan Bateyko (he/him)
Special Projects Manager, Stanford Internet Observatory

dbateyko@stanford.edu

---

**From:** Mike Garcia <Mike.Garcia@cisecurity.org>
**Date:** Thursday, May 5, 2022 at 11:35 AM
**To:** Elena Cryst <ecryst@stanford.edu>, John Perrino <perrino@stanford.edu>, Marci Andino
<Marci.Andino@cisecurity.org>, Renee DiResta <rdiresta@stanford.edu>, Daniel Bateyko <dbateyko@stanford.edu>,
Kate Starbird <kstarbi@uw.edu>, Mike Caulfield <mica42@uw.edu>
**Subject:** Re: [External] EIP/EI-ISAC

Thanks, Elena, sounds great.

One agreement with both SIO and UWCIP as a sharing partner would probably be easier for us but I'm sure we could make either
work. Send over the template when you've got it and we'll get our lawyers on it.

Yes, the agreement would be with CIS.

Thanks,
mike

---

**From:** Elena Cryst <ecryst@stanford.edu>
**Date:** Thursday, May 5, 2022 at 2:25 PM
**To:** Mike Garcia <Mike.Garcia@cisecurity.org>, John Perrino <perrino@stanford.edu>, Marci Andino
<Marci.Andino@cisecurity.org>, Renee DiResta <rdiresta@stanford.edu>, Daniel Bateyko <dbateyko@stanford.edu>,
Kate Starbird <kstarbi@uw.edu>, Mike Caulfield <mica42@uw.edu>
**Subject:** Re: [External] EIP/EI-ISAC

Hi Mike –

Thanks for sharing this. Regarding the data sharing agreement, I think we'll need to set up two data sharing agreements, one with
SIO and one with UWCIP, unless we can phrase the agreement to allow SIO to subsequently share the data with UWCIP. This is a
collaborative project between our two organizations. I'll contact our legal/contracts office to get a draft of that together as they
have a template for cases like this. I will probably have some follow up questions on this. Will this agreement be with CIS?

—
Elena Cryst, MBA (she/her)
Assistant Director
Stanford Internet Observatory

https://io.stanford.edu

Book an appointment

---

**From:** Mike Garcia <Mike.Garcia@cisecurity.org>
**Date:** Wednesday, May 4, 2022 at 6:57 AM
**To:** John Perrino <perrino@stanford.edu>, Marci Andino <Marci.Andino@cisecurity.org>, Elena Cryst
<ecryst@stanford.edu>, Renee DiResta <rdiresta@stanford.edu>, Daniel Bateyko <dbateyko@stanford.edu>, Kate
Starbird <kstarbi@uw.edu>, Mike Caulfield <mica42@uw.edu>
**Subject:** Re: [External] EIP/EI-ISAC

Thanks for the call yesterday. We're looking forward to working with y'all again this year.

I figured out why I couldn't quite remember the data sharing agreement, NDA, or whatever from 2020: we didn't have a formally signed one because the EIP wasn't a formal organization. Instead, we had an understanding of data sharing that we emailed and considered sufficient.

We'll want to get a formal data sharing agreement in place this time. Would it be with SIO now? Does the EIP have a template they use? If not, I can work one up and get a draft over to you next week.

In the meantime, we're okay to share our final report with you. Certainly not the depth of analysis y'all did after 2020, but will give you some insights into our process and performance. We ask that you not share it outside of this group.

Thanks,
mike

---

**From:** perrino@stanford.edu
**When:** 5:00 PM - 5:50 PM May 3, 2022
**Subject:** [External] EIP/EI-ISAC
**Location:** https://stanford.zoom.us/j/94872808015?pwd=dG5VSzZ2M3hnWXYyekxENDRteWNqUT09&from=addon

The EIP and EI-ISAC teams will connect and provide planning updates for our work.

*I believe this time works for the entire team, but please let me know otherwise if I made a scheduling error.*



Hi there,

John Perrino is inviting you to a scheduled Zoom meeting.

## Join Zoom Meeting

| | |
|---|---|
| Password: | 31 |
| Meeting URL: | https://stanford.zoom.us/j/94872808015?pwd=dG5VSzZ2M3hnWXYyekxENDRteWNqUT09&from=addon |
| iPhone one-tap (US Toll): | +18333021536,,94872808015# or +16507249799,,94872808015# |

**Or Telephone:**

| | |
|---|---|
| Dial: | +1 650 724 9799 (US, Canada, Caribbean Toll) or +1 833 302 1536 (US, Canada, Caribbean Toll Free) |
| Meeting ID: | 948 7280 8015 |
| Password: | 31 |

International numbers

## Join from a SIP room system

| | |
|---|---|
| SIP: | 94872808015@zoomcrc.com |
| Meeting ID: | 948 7280 8015 |
| Password: | 31 |

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .
.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .



**After Action Report**

# Election Infrastructure Misinformation Reporting

## 2020 General Election

**Aaron Wilson**
Sr. Director, Election Security

**Ben Spear**
Director, Election Infrastructure Information Sharing
and Analysis Center (EI-ISAC)

**Mike Garcia**
Sr. Advisor, Election Security

February 2021



# Contents

Summary ......................................................................................................... 1

Misinformation in the Context of the 2020 Elections ........................................ 3

The CIS Approach ............................................................................................ 4

Analysis of Outcomes ...................................................................................... 5

    Volume over Time ...................................................................................... 5

    Content over Time ..................................................................................... 5

    Actions Resulting from Reported Cases ..................................................... 6

    Identification of Cases by Source ............................................................... 6

    Cases by Platform ...................................................................................... 6

Challenges and Recommendations .................................................................. 8

    Uncontained Spread .................................................................................. 8

    Content Based Misinformation .................................................................. 9

    Social Media Platform Engagement .......................................................... 9

    Unmoderated Platforms ........................................................................... 10

    Early Detection and Analysis Partner ........................................................ 10

    A Permanent Home .................................................................................. 11

    Misinformation Reporting Portal .............................................................. 12

    Operational Efficiencies ............................................................................ 12

Conclusions and Next Steps ........................................................................... 13



# Summary

The Center for Internet Security (CIS) worked with election officials and other stakeholders to facilitate election officials' ability to report misinformation related to election infrastructure during the 2020 general election. Stakeholders involved in development included the Cybersecurity and Infrastructure Security Agency (CISA), the National Association of Secretaries of State (NASS), and the National Association of State Election Directors (NASED).

The CIS election security team began developing plans and relationships related to misinformation reporting nearly a year prior to the 2020 general election. The primary goals were to:

- Provide state and local election officials with a single point of reporting for misinformation and disinformation across the major social media platforms to ease the burden of reporting on election offices.

- Collect the information necessary for social media platforms to investigate claims.

- Facilitate information sharing between election officials in different jurisdictions about what they are seeing, what to look out for, etc.

- Provide meaningful feedback to election officials on the status of their reports.

A misinformation reporting system was implemented for the 2020 general election to meet these goals. The reporting system flow allowed election officials to report a case of election infrastructure misinformation to a single source regardless of the platform(s) on which it appeared. The CIS election security team monitored this system 24x7 from September 28, 2020, through November 6, 2020, when it converted to a 12-hours a day, five days a week shift until mid-December.

CIS worked with the Election Integrity Partnership (EIP)[1] to provide additional information on individual reports and highlight emerging trends. EIP is a collection of social media research groups headed by the Internet Observatory at Stanford University. EIP provided additional analysis on misinformation reports from election officials and alerted CIS to emerging narratives that needed attention from election officials. In cases identified by EIP, CIS was able to alert election officials and address the misinformation jointly with the election official and EIP.

In total, CIS handled 209 misinformation cases—164 from election officials or their representatives and 45 from EIP—increasing through the election and then tapering off in the weeks following the election.

---

[1] The Election Integrity Partnership was created at Stanford University building on the partnership between the Stanford Internet Observatory and Program on Democracy and the Internet, Graphika, the Atlantic Council's Digital Forensic Research Lab, and the University of Washington's Center for an Informed Public.



Misinformation cases ranged from what appeared to be intentional disinformation to honest mistakes. CIS received several low-engagement cases (i.e., posts with few likes and shares) and platform-specific issues (e.g., auto-generated Facebook pages). CIS also saw several non-social media cases such as phone and text messaged-based misinformation as well as independent websites created to propagate misinformation. These were forwarded to appropriate authorities.

As we discuss later in this document, we received mixed results from the major social media platforms. For example, while CIS expected that social media platforms would act on any misinformation reported through CIS regardless of its reach on the respective platforms, we learned that Twitter was using some measure of "consequence" in its decision-making.

While there is room for improvement, we believe the reporting process was very successful for the 2020 general election and provided an important channel for election officials to address misinformation. Preliminary feedback from stakeholders suggests election officials found significant value in the process and, especially, having a central point for reporting misinformation. We provide more analysis and recommendations for next steps in the sections that follow.



**CIS.** Center for Internet Security®

# Misinformation in the Context of the 2020 Elections

The 2016 election highlighted the risk to U.S. elections posed by two related threats:

1  Direct attacks on election infrastructure threatening to undermine the availability and integrity of elections or, as an alternative, undermine confidence in elections in the process

2  Information operations to influence public perception about the election process, candidates, and issues largely perpetrated by foreign actors

The rise in use of social media has reduced the level of effort necessary to reach large numbers of individuals, and removed the validation filters designed to prevent disinformation, such as publication standards for traditional media outlets. This led to a meteoric rise in misinformation in the 2016 election season, with information operations focused on shifting perceptions of candidates and public policy issues.[2]

In early 2018, the Election Infrastructure Subsector Government Coordinating Council established the Election Infrastructure Information Sharing and Analysis Center (EI-ISAC) to protect election technology systems and facilitate information sharing across the sector. The EI-ISAC is run by CIS through funding from CISA and in partnership with NASS, NASED, and election officials.

Through the 2018 election cycle, it became clear efforts to protect infrastructure were necessary but not alone sufficient for defending American democracy. In addition to using misinformation to influence matters of political and civil consequence, it became apparent misinformation could effectively be used to undermine confidence in elections even as the actual security of election infrastructure was increasing. Most misinformation activity in 2016 was the result of foreign actors generating and promoting disinformation. Analysis has shown, over the course of 2018, misinformation was increasingly driven by domestic users.[3] As we approached 2020, we expected that both foreign and domestic misinformation could combine to create an even larger challenge than in previous election cycles.

As 2020 progressed, the risk of misinformation having an outsized impact on confidence in the election increased substantially with the election administration changes precipitated by the SARS-COV-2/COVID-19 pandemic. Typical election administration changes take years to implement and are accompanied by large public information campaigns to ensure voters understand the voting process. In contrast, the large-scale election administration changes made in response to the pandemic, and accompanying legal challenges, created a perfect scenario for mis- and disinformation to flourish

---

[2] See, for instance, Allcott, Gentzhow, and Yu. "Trends in the diffusion of misinformation on social media." Research and Politics, April-June 2019. https://journals.sagepub.com/doi/pdf/10.1177/2053168019848554.

[3] See, for instance, https://www.washingtonpost.com/technology/2018/11/06/forget-russians-this-election-day-its-americans-peddling-disinformation-hate-speech/.



# The CIS Approach

As the 2020 election season approached, EI-ISAC member feedback indicated CIS could facilitate election officials' efforts to report misinformation about election infrastructure to social media platforms. Each social media company provides separate avenues for election officials to report misinformation. In some cases, these direct reporting options were only available to state election officials. The lack of a single reporting workflow led to confusion and inefficiency in reporting and responding to election misinformation. Through the support of a grant from the Democracy Fund, CIS began developing a web-based interactive platform, the Misinformation Reporting Portal (MiRP)[4], as a means for facilitating interaction between election officials and their representatives, CISA, CIS, and social media platforms.

As the general election neared, concerns about onboarding election officials and platforms to a new portal led to the delay in deploying the MiRP until after the 2020 general election. As a replacement, CIS rolled out a simplified messaging approach to serve as the single reporting workflow.

When misinformation reports were received, CIS personnel reviewed the reports for completeness, verified the sender was an election official, and then processed reports from valid election officials. Each report was identified as a case. For most cases, processing reports involved sending the report to personnel with the CISA Countering Foreign Interference Task Force who forwarded it to the appropriate social media company. This process was adopted as CISA had previously established a protocol for submitting misinformation findings to the social media companies. CIS and CISA worked together to ensure the reports were sent to the social media platform within an hour of their receipt by CIS. CIS communicated updates back to the election official as updates were made to the case.

CIS made no effort to attribute misinformation to its creators or look for coordination among misinformation, including differentiating of misinformation from disinformation. CIS saw itself as part of "first responder" efforts to triage misinformation; given the time-sensitivity of the 2020 general election, CIS chose to leave investigative efforts to others.

---

[4] The Misinformation Reporting Portal (MiRP) was tested in the summer of 2020 with a number of election offices at the state and local levels, but at no time was it connected to the social media companies. While the feedback was positive, election officials and social media companies expressed concerns about the potential difficulty of a wide deployment close to the general election. Ultimately, CIS decided to delay full deployment of the Misinformation Reporting Portal until after the 2020 general election.



# Analysis of Outcomes

This section provides basic analysis of the misinformation cases handled by CIS.

## Volume over Time

CIS handled a gradually increasing volume of misinformation cases approaching the election, then tapering off after the election. More than half of all cases came in a 10-day period before, during, and after the election, with 20% coming in the seven days before Election Day, 17% coming on Election Day, and another 15% coming the two days following the election.



**FIGURE 1.** Raw number of Reports over Time

## Content over Time

In addition to the expected increase in volume around the election, the content of misinformation changed over time. These narratives followed a predictable pattern based on the phase of the election. Specifically:

| | |
|---|---|
| **Pre-election** | · Public calls for voters to register that provided incorrect dates |
| | · Claims of mail voting issues such as a voter claiming to have received multiple ballots or absentee ballots being destroyed in the mail |
| **Election Day** | · Claims that typical election machine issues were nefarious and intended to sway the election |
| | · Claims that typical election operations (e.g., movement of ballots) were improper and/or nefarious |
| | · Association of election administration and other valid, practical changes (e.g., use of sharpies) with nefarious intentions |
| | · Accounts claiming to have perpetrated fraud, such as by casting multiple ballots |
| | · Claims of violations of campaigning laws (e.g., posting of campaign materials within restricted zones) |
| **Election Night** | · Claims of ballot "stuffing" (i.e., electoral fraud where illegitimate ballots are added to the tally) |
| | · Claims of intentional restriction of poll watchers |
| | · Claims of manipulation of results by voting systems or super computers |
| **Post-election** | · Claims of ballot stuffing continued |
| | · Claims of results tampering by individuals and by machines |
| | · Claims of suspicious foreign connections to voting system technology companies |



## Actions Resulting from Reported Cases

The misinformation reporting via CIS resulted in a positive action (i.e., content taken down or labeled) in 61% of cases. An additional 18% of cases achieved acceptable outcomes, including 8% that were reported only for awareness (i.e., no action was requested), and 10% were not related to social media (e.g., misinformation sent via text messages) and were handled by outside investigations such as law enforcement. Of the remaining 21%, 15% had no action by the relevant platform(s), 5% were collectively determined to not be misinformation, and 1% were rejected as coming from unverified senders.

| Outcome | Count | Percentage |
|---|---|---|
| Awareness | 18 | 8% |
| Inaction | 32 | 15% |
| Not Misinformation | 10 | 5% |
| Outside Investigation | 20 | 10% |
| Acceptable Action | 127 | 61% |
| Rejected | 2 | 1% |
| **Total** | **209** | |

## Identification of Cases by Source

CIS handled cases from two primary sources: the EIP and election officials or their representatives. A question in our efforts was to determine if reporting through either of those sources was duplicative of each other or of efforts already being made by platforms.

In analysis of the reported cases, election officials tended to find misinformation that was specific to their organization or jurisdiction, likely based on parameters they had set themselves. The EIP found misinformation with increasing levels of engagement. This misinformation, as reported to CIS, did not overlap with misinformation reported by election officials.

Additionally, the misinformation cases reported to the platforms, whether directly or through the EIP, did not appear to overlap with what the social media platforms identified themselves. CIS believes that each of the three groups were focused on different things: officials on specific misinformation they could find in their own searches, the EIP on misinformation based on momentum, and social media platforms on identifiable campaigns and high-profile themes.

The lack of duplication suggests that, at minimum, all three efforts are necessary to identify—and combat—the full scope of misinformation.

## Cases by Platform

Reports identified misinformation across 11 different media 'channels.' While originally designed for misinformation on social media platforms, CIS began receiving reports of misinformation on other media channels and attempted to address them. In addition to sharing all reports with CISA, some reports were shared with the Federal Bureau of Investigation and the Communications ISAC.



Misinformation reports on social media platforms weighed heavily toward Twitter, with nearly 62% of all cases. Facebook had the second highest volume, but was just 18% of cases. This is likely the result of the relative openness of Twitter, the pervasiveness of private groups on Facebook, and the favored approach of election officials and their staffs in reviewing content.

| Platform | Count | Percentage |
|---|---|---|
| Citizen App | 1 | <1% |
| Email | 6 | 3% |
| Facebook | 37 | 18% |
| Facebook, Twitter | 1 | <1% |
| Google | 1 | <1% |
| Instagram | 3 | 1% |
| Phone Calls | 6 | 3% |
| Text Messaging | 11 | 5% |
| TikTok | 3 | 1% |
| Twitter | 129 | 62% |
| Website | 9 | 4% |
| YouTube | 7 | 1% |
| **Grand Total** | **209** | |


**CIS** Center for Internet Security®

# Challenges and Recommendations

In this section, we discuss the challenges faced during the 2020 election season, including the development of the MiRP and the challenges of operating the misinformation reporting email inbox. We also address recommended solutions to these challenges and potential enhancements of elections misinformation reporting in the future.

## Uncontained Spread

We observed that certain activities made a given misinformation item or theme extremely difficult to contain. Most commonly, once the misinformation spread from its origin in social media and then to a news site – whether mainstream or alternative – it went from direct misinformation to reporting about misinformation. From that point, further amplification could be done by referring to the news report as "News organization X is reporting Y" which itself is not misinformation even though the content (the reported "Y") is misinformation. We saw this trend used as a way to further amplify misinformation and skirt content-based policies of the social media companies.

This observation was accompanied by other related observations on the challenges and difficulties of social media companies to identify and address widespread misinformation.

* First, *we are not aware of any occasion where a social media company surfaced possible misinformation and brought it to our or an election official's attention*. From our assessment, the companies only responded to misinformation reports from us, the EIP, and election officials.

* Second, the level of action taken on identified misinformation was lacking in two ways: *posts were either labeled instead of removed*—this is especially true for the high engagement posts—and, second, the labels were often not appropriate to the content. It appeared as though labels were chosen for narrow pre-election issues and were not often updated to reflect the changing misinformation narratives through Election Day and afterwards.

* Third, there was seemingly *little effort from the social media companies to track down related or similar activity on their platform* based on what we reported.

Going into this project, we anticipated the social media companies had, or would use, far more sophisticated capabilities than what they demonstrated in reality. Based on discussions with the companies, we were led to believe that they were doing misinformation hunting themselves, and we expected they could take a report from an election official and perform broader analysis and action across their platform—for instance, by finding posts with matching text or images and flagging or removing those posts. We did not see either of these capabilities in action for election misinformation. It is possible that they were doing this but not as aggressively as we anticipated; or it is possible that they were doing this but the quantity of misinformation exceeded their ability to address it. This required CIS and its partners to continue to track and identify related activity to send to the social media platforms for action.



## Content Based Misinformation

We noticed that the mechanism required to determine mis- and disinformation for this election was almost entirely a content-based operation, as opposed to account-based operations. Account based operations look for coordinated inauthentic behavior from an account or collection of accounts working together. This has been seen in many influence operations perpetrated by foreign actors. However, our cases were not clearly linked to a pattern of inauthentic behavior but, instead, had to be handled based on the content of the post itself (i.e., we had to determine if the content itself was incorrect). This required three criteria for action:

- Verify the content is incorrect
- Provide proof to the social media company that the content is incorrect
- Satisfactorily demonstrate to the social media company that the incorrect information has sufficient consequence to warrant their action

In some cases, these three criteria were easy to meet and others more challenging. We often received cases directly from election officials who are the authority on whether the information was correct (meeting criterion #1), and in those cases the authoritativeness of the election official was sufficient to meet criterion #2. In most of these cases, the social media companies acted without additional justification (criterion #3).

The harder cases, however, were the ones CIS had to work with election officials to obtain the ground truth, and then present it to the social media companies. These cases were often more consequential and important, primarily because cases identified by the EIP typically had or were gaining traction quickly on the platforms. Developing a model that can more quickly move through these three steps is essential for future handling of election infrastructure misinformation.

## Social Media Platform Engagement

Over time we observed different levels of engagement from the social media platforms, notably Twitter and Facebook. We first engaged both platforms about the Misinformation Reporting Portal in early 2020 and held a series of meetings to discuss the concept of automated exchange of data. Both platforms raised concerns. Facebook never agreed to participate. Twitter was willing to participate at one point; however, a security incident at Twitter in July 2020 forced them to reevaluate and cease their involvement for 2020.

When we determined with CISA, NASED, and NASS to move forward with an email-based approach, we did not request permission; reactions from the platforms were mixed. We did not receive any pushback from Twitter. However, Facebook advised election officials to report directly to Facebook instead of through CIS. Nevertheless, throughout the election cycle, both Twitter and Facebook engaged with the reporting workflow and serviced election officials' cases reported through the EI-ISAC. We did not always agree with the level of action they took on individual cases, but their engagement was notable.



As we move forward, it will *be critical to define the roles of all involved parties and for those entities, especially the social media platforms, to accept their role.* Specifically, Facebook has strongly positioned themselves to engage directly with election officials to the exclusion of third parties. While this has some benefits in specific Facebook-only cases, it is not the best approach to deal with election infrastructure misinformation as a broader issue, nor is it the most effective approach for election officials themselves. Addressing the broader issue will involve more transparency and cooperation from Facebook and other social media companies. There is currently no leverage to compel them to do so.

## Unmoderated Platforms

As the election cycle progressed, we noticed the use of unmoderated platforms such as 4chan, 8kun, Gab, and Parler. This underscores a concerning trend in our efforts to mitigate election infrastructure misinformation: even if we improve the ability to detect and mitigate activity on mainstream social media platforms such as Twitter and Facebook, users may opt to continue this activity on less moderated platforms. Any future regulatory efforts to support combating misinformation must ensure that all current and future social media platforms are held to the same standard.

## Early Detection and Analysis Partner

The Election Integrity Partnership (EIP) provided significant assistance to the project. The most important and consequential cases were often surfaced by the EIP, run to ground by CIS with the relevant election officials, and then reported to the relevant social media company. This model of early detection of possible misinformation, quick sourcing of the truth, and action from the platform is the primary workflow to repeat and scale in future efforts. This model would also be significantly improved if the social media companies were detecting possible misinformation and reporting it to CIS for sourcing the truth from election officials.

Examples:

- Ballots Stolen Misinformation

  On Election Day, the EIP reported a series of posts gaining momentum that included a video of an individual purportedly moving a large ballot box into a parked vehicle. The text of these posts varied, but generally raised questions as to whether these ballots were being stolen.

  After receiving news of these posts from the EIP, CIS reached out to the election officials with the post. Within 10 minutes, an election official replied stating, "Authorized individual confirmed. I have ballots from him in my possession." CIS passed this information to Twitter through CISA, and the posts were labeled about 45 minutes later.

  While CIS would have preferred Twitter remove the post, this example underscores the effectiveness of election officials' ability to provide ground truth on election administration matters.

- Unauthorized Behavior Misinformation

  In early December, a video emerged on Twitter purportedly showing a voting system vendor employee inserting a USB drive into a ballot scanner. The EIP identified posts including this video and shared them with CIS.



CIS contacted county election officials, who informed CIS that the individual was a voting system technician moving a report from the server to the USB drive and then to a laptop for analysis. County officials indicated that this is necessary because the servers are locked down and have only the minimum necessary software.

CIS passed this information on to Twitter through CISA, and, within three hours, Twitter labeled the tweet and took "steps to limit trending." The account that originated the misinformation was later suspended. This is an excellent example where only the election official could provide confirmation that the activities performed by the technician were not nefarious.

### Machines Tampering Misinformation

On Election Day, the EIP reported trending posts claiming that voting machine malfunctions in a large city were part of a larger campaign by a political party to disenfranchise voters. CIS communicated with the state election officials and confirmed the machine issues were typical malfunctions only affecting a small percentage of machines. This information was communicated to Twitter via the EIP within an hour of its initial report to CIS. Twitter subsequently removed the activity on their platform.

The EIP was a temporary organization of four research groups: Stanford Internet Observatory, Graphika, DFRLab, and University of Washington Center for Informed Public.[3] Their efforts focused on early detection of viral misinformation and cross-platform analysis. A persistent and scalable version of this capability is critical to the future of handling election misinformation.

## A Permanent Home

Misinformation will continue to impact elections and voter confidence in the years to come, and will likely become more complicated to address. With a proliferation of social media platforms and other communication channels, election officials have a continued need for assistance in reporting misinformation about their election infrastructure and processes.

After discussion with numerous stakeholders, CIS believes it is the natural home for this role. To this point, however, most misinformation work within CIS has occurred in the best practices side of the organization via grant funding from the Democracy Fund. As the program matures, ongoing operation should transition to the operational side of CIS, specifically within the EI-ISAC under CISA funding, likely requiring changes to the agreement between CISA and CIS.

---

[3] https://www.eipartnership.net/



## Misinformation Reporting Portal

Early CIS efforts focused on the development of the misinformation reporting portal and securing the buy-in from stakeholders necessary for the portal to be successful. This included election officials, their representatives at NASS and NASED, CISA, Twitter, and Facebook. CIS developed a prototype of the portal to demonstrate its potential and continued development through a round of operational testing with election officials and/or their communications staff from five states. The officials were particularly enthusiastic about the ability to see misinformation reports from other election offices. The portal interface was well received by election officials and updates were made based on their feedback to produce an initial production-ready version of the Misinformation Reporting Portal.

The portal, however, did not receive the support from Twitter and Facebook necessary to facilitate a seamless exchange of information with them on behalf of election officials. Various reasons were given by Twitter and Facebook representatives for their lack of support. The most prominent reason was a lack of time to negotiate an information exchange protocol. CIS offered to accommodate any method and format the platform desired for submitting reports and receiving feedback, but their opposition to the portal remained.

An additional concern involved onboarding election officials onto the portal and training them for use. For this election, the biggest issue was timing; the portal was not ready for widescale adoption until late summer, leaving little time to train and resolve problems. With the pressure of the 2020 election lifted, more time can be taken for a coordinated rollout. CIS is also developing an elections misinformation dashboard for members that will expand the use of the portal from being primarily a misinformation reporting tool to providing the ability to rapidly see the broader misinformation landscape as reported to CIS. In addition, CIS is looking to integrate its misinformation reporting tool into a multi-function EI-ISAC portal that will streamline the process of reporting. Nonetheless, some officials are likely to prefer alternate submission processes, and CIS expects to continue the approach used in 2020 for the foreseeable future.

## Operational Efficiencies

We noted operational areas that can be improved in future efforts. We summarize a couple of those here.

* Expectation setting: As we entered this effort, all parties lacked a full understanding of what to expect in terms of timing and outcomes. This led to some expectation gaps with election officials, which can be corrected in the future based on this experience.

* Handling variety: As mentioned, the reporting workflow was set up to handle social media-based misinformation, but received other reports related to misinformation. The unexpected cases were handled slower than others and with more inconsistency. Developing the necessary relationships and procedures for this variety of cases and channels is critical to future efforts. Homing the efforts inside the EI-ISAC permanently will assist with this.



# Conclusions and Next Steps

This election infrastructure reporting workflow for the 2020 general election improved the reporting process for election infrastructure mis- and disinformation, and identified a clear path forward for future elections. To ensure continued attention on these issues, the capabilities demonstrated by CIS should be moved formally into the scope of the EI-ISAC.

The EI-ISAC can leverage its current capabilities and relationships to continue the effort to build the misinformation reporting portal and strengthen the relationships with stakeholders and the social media companies. This is an ever-changing problem and developing strong relationships with clear roles for each party, and technology solutions to support those roles, is the best approach to adapting and scaling to address the problem. Maturing the capabilities, we demonstrated through the 2020 general election— identification of possible misinformation, sourcing of truth, and taking action—in the years to come will take a significant effort from many organizations. CIS looks forward to playing a substantial role in that important journey.

These efforts to support election officials in 2020 were successful, and we are proud of the work accomplished on their behalf and with their help. We see a better and more secure future when we can fully operationalize our efforts and follow the suggestions presented in this report.

CIS would like to extend a special thanks to the state and local election officials who participated, as well as staff from the National Association of State Election Directors (NASED), National Association of Secretaries of State (NASS), and Cybersecurity and Infrastructure Security Agency (CISA) for their efforts throughout the project.



The Center for Internet Security, Inc. (CIS®) makes the connected world a safer place for people, businesses, and governments through our core competencies of collaboration and innovation. We are a community-driven nonprofit, responsible for the CIS Controls® and CIS Benchmarks™, globally recognized best practices for securing IT systems and data. We lead a global community of IT professionals to continuously evolve these standards and provide products and services to proactively safeguard against emerging threats. Our CIS Hardened Images® provide secure, on-demand, scalable computing environments in the cloud. CIS is home to the Multi-State Information Sharing and Analysis Center® (MS-ISAC®), the trusted resource for cyber threat prevention, protection, response, and recovery for U.S. State, Local, Tribal, and Territorial government entities, and the Elections Infrastructure Information Sharing and Analysis Center® (EI-ISAC®), which supports the rapidly changing cybersecurity needs of U.S. elections offices. To learn more, visit CISecurity.org or follow us on Twitter: @CISecurity.

- www.cisecurity.org
- info@cisecurity.org
- 518-266-3460
- Center for Internet Security
- @CISecurity
- CenterforIntSec
- TheCISecurity
- cisecurity

**To:**        Renee DiResta[rdiresta@stanford.edu]; Bri Riggio[brianna.riggio@discordapp.com]; John
Redgrave[john.redgrave@discordapp.com]; Savannah Badalich[savannah.badalich@discordapp.com];
sngibson@google.com[sngibson@google.com]; samaruddin@google.com[samaruddin@google.com];
kwainscott@snap.com[kwainscott@snap.com]; mastersonmv@gmail.com[mastersonmv@gmail.com];
rriazaperez@twitter.com[rriazaperez@twitter.com]; swb@fb.com[swb@fb.com]; aseaford@fb.com[aseaford@fb.com];
joshlawson@fb.com[joshlawson@fb.com]; Marc.Ambinder@bytedance.com[Marc.Ambinder@bytedance.com]; Jeffrey T.
Hancock[hancockj@stanford.edu]; Kate Starbird[kstarbi@uw.edu]; Mike Caulfield[mica42@uw.edu]; Elena Cryst[ecryst@stanford.edu]
**Cc:**        Sukrit Venkatagiri[sukritv@uw.edu]; Taylor Agajanian[tjaggie@uw.edu]; remoran@uw.edu[remoran@uw.edu]; Mishaela
Robison[mishaela@stanford.edu]; Emily Lindsay Tianshi[etianshi@stanford.edu]; Catherine Baron[catherinebaron@stanford.edu];
Frances Rose Schroeder[fschroe@stanford.edu]; Isaac Santiago Schaider[schaider@stanford.edu]; Eli Crawford
Wald[eliwald@stanford.edu]; Lia Bozarth[liafan@uw.edu]; Jason P[jporteno@uw.edu]; megrass@uw.edu[megrass@uw.edu];
Christopher Giles[cgiles@stanford.edu]; Ronald Edward Robertson[ronalder@stanford.edu]
**From:**      Daniel Bateyko
**Sent:**      Wed 9/7/2022 4:55:19 PM
**Subject:**   Election Integrity Partnership Platform Meeting
**Received:**  Wed 9/7/2022 4:55:26 PM

Hi there,

On behalf of the Stanford Internet Observatory and the University of Washington's Center for an Informed Public, you are invited
to an off-the-record, roundtable discussion about the work of the Election Integrity Partnership (EIP) on September 8, 2022 from
11:00am to 12:30pm PT.

Join from PC, Mac, Linux, iOS or Android: https://stanford.zoom.us/j/96726206432?pwd=amxTcFR3YVBXZ0wzekt2MERMblYrQT09
[stanford.zoom.us]
   Password:   31

Or iPhone one-tap (US Toll): +18333021536,,96726206432# or +16507249799,,96726206432#

Or Telephone:
   Dial: +1 650 724 9799 (US, Canada, Caribbean Toll) or +1 833 302 1536 (US, Canada, Caribbean Toll Free)

   Meeting ID: 967 2620 6432
   Password:   31
   International numbers available: https://stanford.zoom.us/u/am5Y6SYDu [stanford.zoom.us]

   Meeting ID: 967 2620 6432
   Password:   31
   SIP: 96726206432@zoomcrc.com
   Password:   31

**To:**      Vijaya Gadde[vijaya@twitter.com]
**From:**    Kate Starbird
**Sent:**    Wed 6/22/2022 6:31:14 PM
**Subject:** Re: Thanks for your comments during the closed session
**Received:**          Wed 6/22/2022 6:31:15 PM

Thanks! I was a little stilted… and missed my Richer quote initially… but oh well. A little disappointed here that other committee members don't even have the courage to comment (much less serve on our consequently tiny subcommittee).

    Kate

> On Jun 22, 2022, at 11:26 AM, Vijaya Gadde <vijaya@twitter.com> wrote:
>
> Nice work!
>
> On Wed, Jun 22, 2022 at 1:54 PM Kate Starbird <kstarbi@uw.edu> wrote:
>
>  Yes. Adding now.
>
>   Kate
>
>
>> On Jun 22, 2022, at 10:52 AM, Vijaya Gadde <vijaya@twitter.com> wrote:
>>
>> I think making the point about this being about more speech and not affecting legal speech is good?
>>
>> On Wed, Jun 22, 2022 at 1:51 PM Kate Starbird <kstarbi@uw.edu> wrote:
>>
>>  Shoudl I read the freedom of speech lines in my intro?
>>
>>   Kate
>>
>>
>>> On Jun 22, 2022, at 10:12 AM, Vijaya Gadde <vijaya@twitter.com> wrote:
>>>
>>> I'm actually really surprised -- I might reach out to him to understand more where he's coming from.
>>>
>>> On Wed, Jun 22, 2022 at 1:06 PM Kate Starbird <kstarbi@uw.edu> wrote:
>>>
>>>  The conversation tipped on Matthew's comments… troubling.
>>>
>>>   Kate
>>>
>>>
>>>> On Jun 22, 2022, at 9:59 AM, Vijaya Gadde <vijaya@twitter.com> wrote:

Kate,
Just a quick note to say thanks for your comments -- I'm dialed in
and listening...it's been an interesting discussion.

Talk soon,
Vijaya

**To:**        Vijaya Gadde[vijaya@twitter.com]
**Cc:**        Suzanne Spaulding[suzannespaulding10@gmail.com]
**From:**      Kate Starbird
**Sent:**      Wed 6/22/2022 5:16:21 PM
**Subject:**   Re: No wonder our committee is so small...
**Received:**         Wed 6/22/2022 5:16:22 PM

I'm going to keep my comments short.

Kate


On Jun 22, 2022, at 10:11 AM, Vijaya Gadde <vijaya@twitter.com> wrote:

seriously

On Wed, Jun 22, 2022 at 1:09 PM Suzanne Spaulding <suzannespaulding10@gmail.com> wrote:

Yep

On Wed, Jun 22, 2022 at 1:08 PM Kate Starbird <kstarbi@uw.edu> wrote:

No wonder our committee is so small...

Kate

**To:**       Wyman, Kim (She/Her/Hers)[kim.wyman@cisa.dhs.gov]
**From:**     Kate Starbird
**Sent:**     Tue 8/2/2022 3:05:04 AM
**Subject:**  Re: Introduction and Invitation
**Received:**          Tue 8/2/2022 3:05:04 AM

Awesome! Will cross my fingers that you get the okay.
As for the heat in WA… we went to the coast (Kalaoch) and… froze our arses off in the foggy mist. I always forget that the sunnier/hotter it is inland, the foggier it is on the coast.

Kate


On Jul 28, 2022, at 1:50 PM, Wyman, Kim (She/Her/Hers) <kim.wyman@cisa.dhs.gov> wrote:

Thanks Kate,

I just got the invitation from them and am forwarding it to the team. I am also going to forward your remarks, so the team is more likely to say, "yes, Kim, you should speak at this event!" �

Hope your air conditioning is still working well! My son said it has been blistering hot. Somehow, his old apartment continues to stay relatively cool without A/C.

Have a great weekend,

Kim

**Kim Wyman**
(she/her)
Senior Election Security Advisor
Cybersecurity and Infrastructure Security Agency (CISA)
O: 703-705-6705 | M: 202-716-4705 | Kim.Wyman@cisa.dhs.gov

<image001.png>

**DEFEND TODAY,**
SECURE TOMORROW

Lead the National effort to understand, manage, and reduce risk to our cyber and physical infrastructure.

**From:** Kate Starbird <kstarbi@uw.edu>
**Sent:** Wednesday, July 27, 2022 3:08 PM
**To:** Wyman, Kim (She/Her/Hers) <kim.wyman@cisa.dhs.gov>
**Subject:** Re: Introduction and Invitation

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks for this outreach Kim! Hopefully they will say yes!

Turning this around, I just got off the phone with folks from the Knight Foundation (which gave the foundational grant for our research center at UW and has catalyzed the development of the "field" of misinformation studies). They're hoping to get you to speak re: election misinformation and threats to election officials (and democracy) at their annual meeting in late November (in Miami). I'm here to nudge you to say yes, if you can, because it would be great for our group to hear from you. (I'll be on a panel later that day at the conference). I'm happy to answer any questions you might have about the event and/or the organizers!

Cheers,

Kate

On Jul 27, 2022, at 11:30 AM, Wyman, Kim (She/Her/Hers) <kim.wyman@cisa.dhs.gov> wrote:

Hello Leslie and Amy,

I hope this finds you both doing well and fully recovered from your conferences. Thank you again for inviting our team to be part of your programs. We got a great deal from them.

I am writing today to introduce you to Dr. Kate Starbird, Chair of the CSAC MDM Subcommittee and Kirsten Heidelberg, INFOSEC IT Specialist at CISA supporting the CSAC. Following discussion during yesterday's subcommittee's meeting, Dr. Starbird wanted to invite the two of you to attend a subcommittee meeting (virtual). The subcommittee was interested to learn more about NASS and NASED to add  your perspective to their discussion.

There is a bit of time pressure, as the subcommittee needs to make recommendations to the Director soon. I am going to turn this over to Kirsten to coordinate and work with you to see if we can make this happen.

Warm regards,

Kim

**Kim Wyman**
(she/her)
Senior Election Security Advisor
Cybersecurity and Infrastructure Security Agency (CISA)
O: 703-705-6705 | M: 202-716-4705 | Kim.Wyman@cisa.dhs.gov

<image001.png>

**DEFEND TODAY,**
SECURE TOMORROW

Lead the National effort to understand, manage, and reduce risk to our cyber and physical infrastructure.

**To:**       Suzanne Spaulding[SSpaulding@csis.org]
**Cc:**       Suzanne Spaulding[suzannespaulding10@gmail.com]; Vijaya Gadde[vijaya@gmail.com]; Vijaya Gadde[vijaya@twitter.com];
Tate-Nadeau, Alicia[alicia.tate-nadeau@illinois.gov]
**From:**     Kate Starbird
**Sent:**     Tue 5/17/2022 4:55:50 PM
**Subject:**  Re: Question about MD vs. MDM
**Received:**     Tue 5/17/2022 4:55:50 PM

I like how you've navigated with the language you added… which acknowledges MDM is part of the broader, but that we're focused on false/misleading content here and may need to address mal-information separately. Do we want to say that explicitly? Or just leave it as it stands, more subtly?

Kate

On May 17, 2022, at 9:50 AM, Suzanne Spaulding <SSpaulding@csis.org> wrote:

I vote for the latter. That said, I still think we may not be ready to make recommendations in this interim report that specifically address the challenge of malinformation. We can just say that, maybe?

**From:** Kate Starbird <kstarbi@uw.edu>
**Sent:** Tuesday, May 17, 2022 12:48 PM
**To:** Suzanne Spaulding <suzannespaulding10@gmail.com>
**Cc:** Suzanne Spaulding <SSpaulding@csis.org>; Vijaya Gadde <vijaya@gmail.com>; Vijaya Gadde <vijaya@twitter.com>; Tate-Nadeau, Alicia <alicia.tate-nadeau@illinois.gov>
**Subject:** Re: Question about MD vs. MDM

Hi Suzanne,

I agree that malinformation is perhaps the hardest challenge in this space — and one of the most effective tactics. Hacked/stolen/deceptively obtained materials that are strategically leaked into the public sphere are technically malinformation — but unfortunately current public discourse (in part a result of information operations) seems to accept malinformation as "speech" and within democratic norms. By invoking malinformation, we may open up a potential vector of bad faith criticism to undermine the work. By not invoking it, we leave out a critical dimension of information operations.

So, do we bend into a pretzel to counter bad faith efforts to undermine CISA's mission? Or do we put down roots and own the ground that says this tactic is part of the suite of techniques used to undermine democracy?

Kate

On May 16, 2022, at 6:02 PM, Suzanne Spaulding <suzannespaulding10@gmail.com> wrote:

Kate,
thanks for continuing to think about this issue. As I've read more about malinformation, I think you're right that it could fit the kinds of risks we are concerned about. The challenge may be that because it is not false, per se (though presented in a misleading, manipulative way to cause harm), it is much trickier from a policy perspective. I

think we could compromise by noting that it is part of CISA's current scope but that our recommendations, at least at this stage, are focused primarily on countering false information. Would that work? I'll try suggesting line-in line-out changes to the text.

best,
Suzanne

On Fri, May 13, 2022 at 6:00 PM Kate Starbird <kstarbi@uw.edu> wrote:

Hi folks,

I want to follow up on Suzanne's comments on the recommendations report regarding focusing on "mis- and disinformation" vs. the "MDM" framework that Geoff and others have invoked in our conversations. Suzanne seems to be suggesting that we remove the malinformation, as it doesn't appear in our subcommittee name. And as I was working to do that in the document, I started waffling a bit.

Mis- and disinformation do seem more defensible — and less likely to run into some of the potential complaints that may see malinformation around elections as part of typical politics.

BUT, it seems like CISA and the government more broadly do use "MDM" as their acronym in this space, which means reducing it to MD may send a stronger message than we mean to send in the reduction of terms. Also, my sense is that malinformation provides an umbrella for some of the targeted harassment (in addition to hacking/leaking) that I think we do want to include in our recommendations.

Any thoughts on whether we should go with "mis- and disinformation" or "MDM" across the document? Or maybe use MDM but only define and stress the definitions for mis- and disinformation. ??

Kate

**To:**       Vijaya Gadde[vijaya@gmail.com]; Vijaya Gadde[vijaya@twitter.com]; Suzanne Spaulding (CSIS)[Sspaulding@csis.org]; Suzanne Spaulding[suzannespaulding10@gmail.com]; Tate-Nadeau, Alicia[alicia.tate-nadeau@illinois.gov]
**From:**    Kate Starbird
**Sent:**    Thur 5/19/2022 4:26:10 PM
**Subject:** Final draft of our recommendations
**Received:**          Thur 5/19/2022 4:26:10 PM
MDM Subcommittee - Recommendation #1 - Final Draft.docx

Hi everyone,

I made a few final changes this morning and am sending off our draft to the CISA team. I want to note that I removed "monitoring" from just about every place where it appeared. I made a few (2-3) other defensive word changes/deletions. I've attached that final version here. If you see anything that needs to be changed, please let me know!

 I believe we should begin our next set of meetings thinking about trust and guidelines around surveillance (with reflections on the disinformation board debacle) — because those seem to be the most pressing issues for our group and any MD(M) efforts that CISA might take on going forward.

 I hope that we can all make the next meeting to chat through some of that. I will have a meeting with Director Easterly later that week and want to make sure I'm ready for that and have the collective insights of our committee to share with her.

Best,
Kate

**To:**       Vijaya Gadde[vijaya@twitter.com]
**From:**     Kate Starbird
**Sent:**     Tue 8/30/2022 5:39:43 PM
**Subject:**  Re: Can't make the meeting tomorrow
**Received:**       Tue 8/30/2022 5:39:44 PM

Hi Vijaya,
I hope you are doing well (considering/despite all of the things).

Thanks for letting me know! Sorry to miss you.
We had a productive but winding conversation, mostly riffing with Kim and Geoff about the different ways that they connect with local election officials and what the gaps there might be. Our plan is to return to the monitoring conversation (and free speech implications) in our next meeting in mid/late September.

If you have ideas for things that need to be on our next agenda, please let me know!

Best,
Kate


On Aug 29, 2022, at 8:27 PM, Vijaya Gadde <vijaya@twitter.com> wrote:

Hi Kate,
Just wanted to let you know that I can't make the meeting tomorrow - apologies. When the meeting moved from last week, I wasn't able to clear up my schedule for tomorrow.

Look forward to catching up soon.

Thanks,
Vijaya

**To:**      Heidelberg, Kirsten[Kirsten.Heidelberg@cisa.dhs.gov]; Kate Starbird[kstarbi@uw.edu]
**Cc:**      Tsuyi, Megan[megan.tsuyi@cisa.dhs.gov]
**From:**    Tsuyi, Megan
**Sent:**    Tue 9/20/2022 11:53:27 AM
**Subject:** RE: FOIA Request
**Received:**          Tue 9/20/2022 11:53:35 AM

Kate,

FYI, OCC is our Office of Chief Counsel, essentially our lawyers.

Megan Tsuyi
CISA Cybersecurity Advisory Committee DFO
Stakeholder Engagement Division
Cybersecurity and Infrastructure Security Agency
Mobile: 202-594-7374 | Email: megan.tsuyi@cisa.dhs.gov



**From:** Heidelberg, Kirsten <Kirsten.Heidelberg@cisa.dhs.gov>
**Sent:** Tuesday, September 20, 2022 7:53 AM
**To:** Kate Starbird <kstarbi@uw.edu>
**Cc:** Tsuyi, Megan <megan.tsuyi@cisa.dhs.gov>
**Subject:** RE: FOIA Request

Hi Kate,

As a follow up, OCC suggested that you work with the University for guidance, but you mentioned that you were already doing that. Also, if the University plans to release CISA documents, CISA would be grateful for an opportunity to review prior to the release. The POC for review of CISA documents is Chuck Schnepfe (charles.schnepfe@cisa.dhs.gov).

Regards,

Kirsten

**From:** Kate Starbird <kstarbi@uw.edu>
**Sent:** Monday, September 19, 2022 1:23 PM
**To:** Heidelberg, Kirsten <Kirsten.Heidelberg@cisa.dhs.gov>
**Cc:** Tsuyi, Megan <megan.tsuyi@cisa.dhs.gov>
**Subject:** Re: FOIA Request

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

The request came from the Daily Caller Foundation and went to the University of Washington and asked for all communications between anyone affiliated with my organization, the UW Center for an Informed Public, and employees and representatives of CISA.
Kate

On Sep 19, 2022, at 9:24 AM, Heidelberg, Kirsten <Kirsten.Heidelberg@cisa.dhs.gov> wrote:

Hi Kate,

I passed on the FOIA information to Megan, and our Office of the Chief Counsel had a few questions:

1. To whom was the request directed and what email address what the request received at?
2. Was the email directed to Dr. Starbird in her capacity as an employee of the University?


Thanks,

Kirsten

**Kirsten Heidelberg, PMP**
Stakeholder Engagement Division
Cybersecurity and Infrastructure Security Agency
O: 703.705.6235 | M: 202.308.9592 | kirsten.heidelberg@cisa.dhs.gov

<image001.png>
<image003.jpg> [cisa.gov] [urldefense.us]

| | |
|---|---|
| **To:** | Kate Starbird[kstarbi@uw.edu] |
| **Cc:** | Westmoreland, Megan[Megan.Westmoreland@cisa.dhs.gov] |
| **From:** | Schnepfe, Charles |
| **Sent:** | Wed 9/21/2022 4:43:25 PM |
| **Subject:** | RE: FOIA Request |
| **Received:** | Wed 9/21/2022 4:43:32 PM |

Kate,

Thank you for the heads up on this matter. Please send any and all messages, notices, records, etc. on this records request to me for action at CISA. We will act promptly upon the receipt of anything sent to us.

Chuck

**Charles H. Schnepfe, MPA**
**CISA FOIA Officer**
**Cybersecurity and Infrastructure Security Agency**
Cell: 202-823-3753  E-mail: charles.schnepfe@cisa.dhs.gov



Warning: This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information such as found under 49 CFR 1520 or the Privacy Act of 1974. It should not be communicated to any person, or agency, unless disclosure is in performance of official DHS duties and there exists a valid need to know. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message.

**From:** Kate Starbird <kstarbi@uw.edu>
**Sent:** Wednesday, September 21, 2022 12:04 PM
**To:** Heidelberg, Kirsten <Kirsten.Heidelberg@cisa.dhs.gov>
**Cc:** Tsuyi, Megan <megan.tsuyi@cisa.dhs.gov>; Schnepfe, Charles <Charles.Schnepfe@cisa.dhs.gov>
**Subject:** Re: FOIA Request

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Kirsten and team,

(I'm ccing Charles Schnepfe as well.)

I'm sending along the letter received with the FOIA request. Our OPR (contact: Mike Fleming, tticd@uw.edu) says that he has set up 3rd party review.

Here's his message to me:

"What I've set up is that a 3rd party has an interest in this request and they get to look at the documents produced for the request prior to us releasing them to the requestor (so after OPR has reviewed the documents).

At that point, CISA (or the platforms, should you like to do the same with them), can pursue a TRO to halt the release of the documents (they will need to have the TRO from the court within 10 days of the 3rd party notification)."

Best,
Kate

On Sep 20, 2022, at 4:52 AM, Heidelberg, Kirsten <Kirsten.Heidelberg@cisa.dhs.gov> wrote:

Hi Kate,

As a follow up, OCC suggested that you work with the University for guidance, but you mentioned that you were already doing that. Also, if the University plans to release CISA documents, CISA would be grateful for an opportunity to review prior to the release.  The POC for review of CISA documents is Chuck Schnepfe (charles.schnepfe@cisa.dhs.gov).

Regards,

Kirsten

**From:** Kate Starbird <kstarbi@uw.edu>
**Sent:** Monday, September 19, 2022 1:23 PM
**To:** Heidelberg, Kirsten <Kirsten.Heidelberg@cisa.dhs.gov>
**Cc:** Tsuyi, Megan <megan.tsuyi@cisa.dhs.gov>
**Subject:** Re: FOIA Request

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

The request came from the Daily Caller Foundation and went to the University of Washington and asked for all communications between anyone affiliated with my organization, the UW Center for an Informed Public, and employees and representatives of CISA.
Kate

On Sep 19, 2022, at 9:24 AM, Heidelberg, Kirsten <Kirsten.Heidelberg@cisa.dhs.gov> wrote:

Hi Kate,

I passed on the FOIA information to Megan, and our Office of the Chief Counsel had a few questions:

1. To whom was the request directed and what email address what the request received at?
2. Was the email directed to Dr. Starbird in her capacity as an employee of the University?

Thanks,

Kirsten

**Kirsten Heidelberg, PMP**
Stakeholder Engagement Division
Cybersecurity and Infrastructure Security Agency
O: 703.705.6235 | M: 202.308.9592 | kirsten.heidelberg@cisa.dhs.gov

<image001.png>
<image003.jpg> [cisa.gov] [urldefense.us] [urldefense.us]

**To:**       Mike M Fleming[tticd@uw.edu]
**From:**    Kate Starbird
**Sent:**     Wed 9/21/2022 2:52:53 PM
**Subject:**  Re: 3rd party review for public records request PR_2022_000676 Evans
**Received:**         Wed 9/21/2022 2:52:53 PM

Hi Mike,

Let me make sure I understand. I send the original notice to CISA point person and then tell them that we've set up a "third party interest" process. Is that what I communicate to them?

Kate

On Sep 20, 2022, at 6:46 PM, Mike M Fleming <tticd@uw.edu> wrote:

You would send the notice to them (and the platforms, if you'd like). Anyone that objects gets ten days to look at the documents that OPR produces (so the items that we will release to the requestor). If they object from there, they will need to get a TRO within those ten days or the documents will be released as-is (redacted, if appropriate, and so on)

Mike Fleming
Compliance Analyst
Office of Public Records & Open Public Meetings
Roosevelt Commons East Box 354997
4311 11th Ave NE, Suite 360 Seattle, WA 98105
206.543.9180 / fax 206.616.6294
pubrec@uw.edu
<Outlook-logo.gif>

**From:** Kate Starbird <kstarbi@uw.edu>
**Sent:** Tuesday, September 20, 2022 6:06 PM
**To:** Mike M Fleming <tticd@uw.edu>
**Cc:** Julia Scanlan <jccarter@uw.edu>
**Subject:** Re: 3rd party review for public records request PR_2022_000676 Evans

Hi Mike,
This is helpful, thanks. Should I communicate this with the CISA folks, or did you chat with them?

We also learned more information today and will likely follow up with you later this week on some key issues.

Kate

On Sep 20, 2022, at 2:43 PM, Mike M Fleming <tticd@uw.edu> wrote:

Hi Julia,

What I've set up is that a 3rd party has an interest in this request and they get to look at the documents produced for the request prior to us releasing them to the requestor (so after OPR has reviewed the documents).

At that point, CISA (or the platforms, should you like to do the same with them), can pursue a TRO to halt the release of the documents (they will need to have the TRO from the court within 10 days of the 3rd party notification).

Mike Fleming
Compliance Analyst
Office of Public Records & Open Public Meetings
Roosevelt Commons East Box 354997

4311 11th Ave NE, Suite 360  Seattle, WA 98105
206.543.9180  /  fax 206.616.6294
pubrec@uw.edu
<Outlook-logo.gif>

---

**From:** Julia Scanlan <jccarter@uw.edu>
**Sent:** Tuesday, September 20, 2022 12:51 PM
**To:** Mike M Fleming <tticd@uw.edu>
**Cc:** Kate Starbird <kstarbi@uw.edu>
**Subject:** 3rd party review for public records request PR_2022_000676 Evans

Mike,

The CISA contact for review of the records for PR_2022_000676 Evans is:

Chuck Schnepfe (charles.schnepfe@cisa.dhs.gov).

You had mentioned that you can create a third-party objection that would route through the documents to-be-released to Chuck before they're released to the requestor, do I have that right?

Thank you!

Julia

---

**From:** Julia Scanlan <jccarter@uw.edu>
**Sent:** Monday, September 19, 2022 9:37 AM
**To:** Mike M Fleming <tticd@uw.edu>; PUBLIC RECORDS OFFICE <pubrec@uw.edu>
**Subject:** Meeting today regarding public records requests PR_2022_000676 Evans and PR_2022_000678 Evans?

Hi Mike,

I met with a few of our researchers this morning about these records requests and we have a few follow-up questions. Do you have some time to chat with us today? We could meet anytime before noon or between 2-4.

Thank you!

Julia

JULIA SCANLAN (she/her)
Director for Strategy and Operations | Center for an Informed Public
University of Washington
206.897.1798 / Box 351205 / cip.uw.edu
News & Insights: Sign up for the CIP's newsletter
Follow the CIP on Facebook [facebook.com] and Twitter [twitter.com]

**To:**        Sarah Shirazyan[shirazyan@fb.com]
**From:**      Kate Starbird
**Sent:**      Tue 9/27/2022 2:58:08 PM
**Subject:**   Re: New Paper in Stanford Journal of Online Trust & Safety on Meta'sCOVID-19 policies
**Received:**        Tue 9/27/2022 2:58:09 PM

Hi Sarah,
Thanks for sending!

I am looking forward to connecting with folks at Stanford this week!

Quite separately, and maybe something for your next paper on the topic, we received a public records (FOIA) request from the Daily Caller Foundation for all of our communication with employees/representatives of Twitter, Meta, Google, and TikTok between Feb 22 and Sept 15 222. Our email exchanges will be included in the materials we have to turn over in response to that request.

Best,
Kate

On Sep 26, 2022, at 12:23 PM, Sarah Shirazyan <shirazyan@fb.com> wrote:

Hi Kate,

It was great catching up recently and look forward to speaking at the CIP in November.

Last time we chatted, I mentioned we are publishing a commentary piece [tsjournal.org] with the JOTS on how stakeholder engagement contributed to our policies on COVID-19 misinformation. The paper is now out, and I wanted to "officially" share it with you--although I bet you've seen it online.

In addition to bringing more transparency to our own nuanced policies, the piece seeks to shine a light on the role of engagement with civil society and academia in developing tech policy. We hope it demonstrates how we are bringing stakeholders views, like yours, into policymaking process, and the real tradeoffs inherent to tech policy making.

I will be presenting it at the Stanford T&S Conference later this week on the same panel w/ Andrew's and your paper. Look forward to seeing you on the farm.

Most importantly, we are grateful for your willingness to always discuss our policies and share your valuable input with our teams.

Best,
Sarah

<Meta_Industry Commentary_Stakeholder Engagement _COVID-19 [1].pdf>

**To:**      CISA_CybersecurityAdvisoryCommittee[CISA_CybersecurityAdvisoryCommittee@cisa.dhs.gov]
**Cc:**      Suzanne Spaulding[suzannespaulding10@gmail.com]; Vijaya Gadde[vijaya@twitter.com]; Tate-Nadeau, Alicia[alicia.tate-nadeau@illinois.gov]
**From:**    Kate Starbird
**Sent:**    Tue 8/2/2022 8:58:45 PM
**Subject:** Fwd: [craigsnewlist] New report & Tweets: Information Gaps andMisinformation in the 2022 Elections
**Received:**    Tue 8/2/2022 8:58:48 PM

This might be a valuable read... the folks at First Draft are quite good... and the recommendations both seem to align with our current recommendations but also to diverge from some of our current directions (for example, the feedback re: rumor control might be good to read/consider in light of some of the recent criticism and the prevailing winds there).

Kate

Today the Brennan Center released a new report (in Spanish here) with First Draft News to examine how "election information gaps" – when there's high demand for information, but inaccurate, unreliable supply of it – have been supercharged by false narratives about the 2020 election and the ensuing wave of restrictive voting laws in the states.

In addition to identifying some of the most significant gaps in 2022, we also propose strategies to help election officials, journalists, social media companies, civic groups, and voters to fill those gaps. Among our recommendations:

- that officials consider publishing rumor control pages to "prebunk" misinformation;
- that community organizations and election administrators communicate early and regularly to help identify and rectify information gaps among voters;
- and that social media companies step up to develop infrastructure to slow the spread of misinformation on their platforms.

**To:**     Kate Starbird[kstarbi@uw.edu]
**Cc:**     Heidelberg, Kirsten[Kirsten.Heidelberg@cisa.dhs.gov]; EVANS, MARIEFRED
(CTR)[MARIEFRED.EVANS@associates.cisa.dhs.gov]; Suzanne Spaulding[suzannespaulding10@gmail.com]; Tsuyi,
Megan[megan.tsuyi@cisa.dhs.gov]; Suzanne Spaulding (CSIS)[SSpaulding@csis.org]; Vijaya Gadde[vijaya@gmail.com]; Tate-
Nadeau, Alicia[alicia.tate-nadeau@illinois.gov]; WYMAN, KIM[kim.wyman@cisa.dhs.gov]; Hale, Geoffrey[Geoffrey.Hale@cisa.dhs.gov];
Nash, James[james.nash@cisa.dhs.gov]
**From:**   Vijaya Gadde
**Sent:**   Tue 6/7/2022 3:06:48 PM
**Subject:** civil society groups focused on Misinfo
**Received:**        Tue 6/7/2022 3:07:04 PM

Here are some follow up ideas for groups that might be helpful to us to meet with:

**Civic Integrity and Elections**
-Stanford Internet Observatory
-Elections Integrity Partnership

**COVID-19**
-Public Good Projects
-Global Disinformation Index

Some others the team have found useful in thinking about and addressing issues related to misinfo:
-Internews
-DRF Lab
-Shorenstein Center
-First Draft

On Tue, May 31, 2022 at 3:50 PM Kate Starbird <kstarbi@uw.edu> wrote:

Hi folks,
I'm attaching our update version of the recommendations from the MDM subcommittee. The recommendations
themselves have not substantively changed, but we've updated the language per our conversation last week.

The document will likely need help re: formatting and moving the citations into place. I also left a couple of comments...
but those can be removed. Most are just the citations.

I'm at a conference these next few days so might not be able to respond quickly to email. Sorry!

Kate

On May 26, 2022, at 10:32 AM, Tsuyi, Megan <megan.tsuyi@cisa.dhs.gov> wrote:

Thanks for the response and clarification.  Yes, the conversation highlighted below is within bounds to discuss with
the Director.  I look forward to talking tomorrow but please reach out if you have any questions/concerns before
then.

Megan Tsuyi
CISA Cybersecurity Advisory Committee DFO
Stakeholder Engagement Division
Cybersecurity and Infrastructure Security Agency
Mobile: 202-594-7374 | Email: megan.tsuyi@cisa.dhs.gov
<image001.png>

From: Kate Starbird <kstarbi@uw.edu>
Sent: Thursday, May 26, 2022 1:23 PM

**To:** Tsuyi, Megan <megan.tsuyi@cisa.dhs.gov>
**Cc:** Nash, James <james.nash@cisa.dhs.gov>; EVANS, MARIEFRED (CTR) <MARIEFRED.EVANS@associates.cisa.dhs.gov>; Heidelberg, Kirsten <Kirsten.Heidelberg@cisa.dhs.gov>
**Subject:** Re: Minutes/Meeting Summary 5 - 24- 2022:

Hi Megan,

Thanks for the information here regarding transparency. Let me clarify that we aren't planning to get feedback around the recommendations themselves... just on socializing among key stakeholders the existence of the committee and the fact that we are making recommendations about mis- and disinformation.

This is my note from Suzanne's suggestion at the Tuesday meeting: "ask Director Easterly about the roll-out... if we can be helpful in your effort to pre-socialize the existence or purpose of this committee with key stakeholders, please let us know "

Can I confirm that this conversation is within bounds?

We are still deciding how to approach having a similar conversation with Jameel Jaffer — and possibly others who have made what we see as good faith criticisms of the DGB. But we don't yet have a strategy for that.

Kate

On May 26, 2022, at 3:49 AM, Tsuyi, Megan <megan.tsuyi@cisa.dhs.gov> wrote:

Thanks to all of you for the quick turn on the minutes.

Kate – we can discuss this more on tomorrow's planning call, but wanted to send a quick email in case you were planning to take any additional action between now and that time...The Subcommittee should not be socializing its work with outside parties (work = deliverables/recommendations), as it's pre-deliberative at this time.  We also shouldn't be soliciting feedback on the recommendations from outside parties.  If the subcommittee would like to bring in Mr. Jaffer to be a part of a discussion on the validation of their findings and recommendations, that is fine.

For your meeting tomorrow with the Director, you are also not permitted to discuss the specifics of the subcommittee recommendations with the Director, again, as they are pre-deliberative and have not been reviewed/voted on by the full Committee.  You are certainly permitted to discuss your broader MDM concerns and those around socializing the existence of the subcommittee in advance of the June meeting, etc.

Again, happy to discuss all of this more tomorrow or to get on a call today, if needed.

Thank you,

Megan Tsuyi
CISA Cybersecurity Advisory Committee DFO
Stakeholder Engagement Division
Cybersecurity and Infrastructure Security Agency
Mobile: 202-594-7374 | Email: megan.tsuyi@cisa.dhs.gov
<image001.png>

**From:** Nash, James <james.nash@cisa.dhs.gov>
**Sent:** Wednesday, May 25, 2022 7:52 PM
**To:** Kate Starbird <kstarbi@uw.edu>
**Cc:** EVANS, MARIEFRED (CTR) <MARIEFRED.EVANS@associates.cisa.dhs.gov>; Tsuyi, Megan

<megan.tsuyi@cisa.dhs.gov>; Heidelberg, Kirsten <Kirsten.Heidelberg@cisa.dhs.gov>
**Subject:** Re: Minutes/Meeting Summary 5 -24- 2022:

10 4; good feedback. Will incorporate

Get Outlook for iOS

---

**From:** Kate Starbird <kstarbi@uw.edu>
**Sent:** Wednesday, May 25, 2022 5:54:02 PM
**To:** Nash, James <james.nash@cisa.dhs.gov>
**Cc:** EVANS, MARIEFRED (CTR) <MARIEFRED.EVANS@associates.cisa.dhs.gov>; Tsuyi, Megan <megan.tsuyi@cisa.dhs.gov>; Heidelberg, Kirsten <Kirsten.Heidelberg@cisa.dhs.gov>
**Subject:** Re: Minutes/Meeting Summary 5 -24- 2022:

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi James,

The notes look great — thank you to Mariefred!

I do want to note that Suzanne and I realized we were talking about two different people with the same name:

- Jameel Jaffer (Columbia law professor)
- Jamil Jaffer (George Mason law professor)

We may want to note that we were discussing both of these individuals. We are likely to contact Jameel (who wrote the article I was referencing when we brought up the name initially) first.

Kate

On May 25, 2022, at 4:15 AM, Nash, James <james.nash@cisa.dhs.gov> wrote:

Good Morning Dr. Starbird,

Mariefred was able to take the notes from yesterday's meeting and turn them around quickly. I took an initial review and believe they are well put together. Thank you again Mariefred.

- If you have any commentary on the minutes/meeting summary please let us know.
- Glad to make changes as needed before circulation to our larger group.
- Great meeting yesterday.

Personal mobile is 917 580 0279 as well.

Best,

**James P. Nash**
CISA Cybersecurity Advisory Committee

Stakeholder Engagement Division
Cybersecurity and Infrastructure Security Agency
Cell: **202-451-1828** | Email: James.Nash@cisa.dhs.gov

*Please tell us how we are doing in our* *Customer Service Survey*
<image001.png>

<Draft CSAC MDM Subcommittee Meeting Summary_05242022.docx>

**To:**      Suzanne Spaulding[suzannespaulding10@gmail.com]
**Cc:**      Kate Starbird[kstarbi@uw.edu]; Suzanne Spaulding (CSIS)[Sspaulding@csis.org]; Tate-Nadeau, Alicia[alicia.tate-nadeau@illinois.gov]; Vijaya Gadde[vijaya@twitter.com]
**From:**    Vijaya Gadde
**Sent:**    Wed 8/10/2022 10:58:41 PM
**Subject:** Re: Follow up on conversation w/ Geoff and recommendations #2
**Received:**      Wed 8/10/2022 10:58:56 PM

My comments are in the document. Thanks

On Wed, Aug 10, 2022 at 2:44 PM Suzanne Spaulding <suzannespaulding10@gmail.com> wrote:

Suggested one or two minor edits. Otherwise looks good! Thank you!

On Tue, Aug 9, 2022 at 2:31 PM Kate Starbird <kstarbi@uw.edu> wrote:

Hi folks,
I sent Geoff a copy of our draft recommendations and had a follow-up conversation with him this morning. He said that he DID see value in submitting these recommendations.

He had one question about the "social media platforms" piece, echoing Vijaya's comments yesterday — that the USG was already communicating with platforms around these threats. I offered that perhaps CISA's role here would be to help them identify specific threats to local/state election officials and route them relevant information about those threats. I've updated the document with that suggestion.

With Geoff's thumbs up, I think we have some momentum here and am going to suggest finalizing these and submitted them for review. They're due by the end of the week, but the CISA team needs some time to format them. So, I'm going to suggest we finish our edits by end of day tomorrow (Wednesday).

Can everyone please take one more look, if you have time, and edit/sign off on the document?
https://docs.google.com/document/d/1JI8GJ0802CXFlZ8sktqnpJQYHrKSvgO4OSRIvXuvu-E/edit#heading=h.l7brix2k03lq

Please let me/us know if you have any questions or concerns.

Thank you!

Kate

**To:**        Heidelberg, Kirsten[Kirsten.Heidelberg@cisa.dhs.gov]
**Cc:**        Wyman, Kim (She/Her/Hers)[kim.wyman@cisa.dhs.gov]; Snell, Allison (She/Her)[Allison.Snell@cisa.dhs.gov]; EVANS, MARIEFRED (CTR)[MARIEFRED.EVANS@associates.cisa.dhs.gov]
**From:**     Kate Starbird
**Sent:**     Tue 7/26/2022 4:31:56 PM
**Subject:**  Re: CSAC Contacts
**Received:**            Tue 7/26/2022 4:31:56 PM

Yes, the NASS/NASED meeting should be separate from the threat briefing (FBI, I&A)

Kate

On Jul 26, 2022, at 9:18 AM, Heidelberg, Kirsten <Kirsten.Heidelberg@cisa.dhs.gov> wrote:

Thanks Kim,

I'll reach out to Amy and Leslie to see if they are free next week. Do we want the threat briefing to be a separate meeting?

Thanks,

Kirsten

**From:** Wyman, Kim (She/Her/Hers) <kim.wyman@cisa.dhs.gov>
**Sent:** Tuesday, July 26, 2022 12:07 PM
**To:** Heidelberg, Kirsten <Kirsten.Heidelberg@cisa.dhs.gov>; Kate Starbird <kstarbi@uw.edu>
**Cc:** Snell, Allison (She/Her) <Allison.Snell@cisa.dhs.gov>
**Subject:** CSAC Contacts

Kirsten and Kate,

The executive directors for NASS and NASED are Leslie Reynolds and Amy Cohen, respectively. For presenters to provide the committee an unclassified threat briefing, I suggest some of the speakers I have worked with this year, Cynthia Kaiser, FBI and Luke Beckmann for I&A. If these aren't the correct people to reach out to, Allison will let us know.

Here are their email:

reynolds@sso.org

acohen@nased.org

cwkaiser@fbi.gov

Luke.Beckmann1@hq.dhs.gov

Please let me know if you need anything else.

Thanks,

Kim

**Kim Wyman**
(she/her)
Senior Election Security Advisor
Cybersecurity and Infrastructure Security Agency (CISA)
O: 703-705-6705 | M: 202-716-4705 | Kim.Wyman@cisa.dhs.gov

**DEFEND TODAY,**
SECURE TOMORROW

Lead the National effort to understand, manage, and reduce risk to our cyber and physical infrastructure.

**To:**   Vijaya Gadde[vijaya@gmail.com]; Suzanne Spaulding[suzannespaulding10@gmail.com]; Tate-Nadeau, Alicia[alicia.tate-nadeau@illinois.gov]
**From:**   Kate Starbird
**Sent:**   Tue 8/16/2022 8:12:26 PM
**Subject:**   Fwd: MDM in the News
**Received:**   Tue 8/16/2022 8:12:29 PM

Hello MDM subcommittee members,

I just wanted to send along these articles than Mariefred curated for us, featuring comments from Director Easterly (at DEF CON) that are relevant to our work.

Cheers,
Kate

Begin forwarded message:

**From:** "Heidelberg, Kirsten" <Kirsten.Heidelberg@cisa.dhs.gov>
**Subject: MDM in the News**
**Date:** August 16, 2022 at 6:51:11 AM PDT
**To:** Kate Starbird <kstarbi@uw.edu>
**Cc:** "EVANS, MARIEFRED (CTR)" <MARIEFRED.EVANS@associates.cisa.dhs.gov>

Good morning Kate,

Mariefred flagged the two articles below, and I wanted to share with you for your awareness since they are MDM related.

**CISA Director Jen Easterly**
**Politico: Election disinformation fears loom over hacker confab (08/15)**
https://www.politico.com/newsletters/weekly-cybersecurity/2022/08/15/election-disinformation-fears-loom-over-hacker-confab-00051695

*Director Jen Easterly is quoted in a newsletter about upcoming midterm election disinformation concerns.*

CISA Director Jen Easterly told reporters Friday ahead of DEF CON that while she is concerned about cyber threats to the upcoming midterms elections — such as the Russian interference operations seen in 2016 — she is far more concerned about disinformation, misinformation and threats to election officials. She also pledged that CISA would continue using its Rumor Control website, which allowed the agency to counter false election narratives, as needed. "I need to make sure that my resources and my focus are where we can make the most difference at the end of the day," Easterly said.

**Politico: 'Hackers against conspiracies': Cyber sleuths take aim at election disinformation (08/15)**
https://www.politico.com/news/2022/08/15/hackers-election-disinformation-00051949

*Director Jen Easterly is mentioned in an article about DEFCON's Voting Village where hackers attempt to discover voting machine vulnerabilities without fueling election security conspiracies.*

"If there is one theme this year, it's hackers against conspiracies," said Harri Hursti, the co-founder of the Voting Machine Village. "2020 and all the side effects have changed everything here." It's a tough battle to fight, and one that offers a taste of the problems that the election security community will be grappling with in the run-up to the November elections and the weeks following — as they try to both make sure voting equipment is as secure as possible and to tamp down false claims that the equipment could be tampered with to change the outcome of the election... And officials are only expecting more of that in the months leading up to the midterm elections. Jen Easterly, director of the U.S. Cybersecurity and Infrastructure Security Agency, even told reporters before the conference that she is more worried about misinformation and threats against election officials than about cyber threats to the upcoming election.

It also highlights a new CISA webpage with elections resources. This links to the group's recommendations.

- On August 10, the Cyber Security and Infrastructure Security Agency published a new web page on Protecting U.S. Elections: A CISA Cybersecurity Toolkit.
- As the lead federal agency responsible for national election security, CISA published a toolkit of free services and tools available for state and local election officials to help improve the cybersecurity and resilience of their infrastructure.
- CISA and the Joint Cyber Defense Collaborative (JCDC) worked with private and public sector organizations, including in the election community and JCDC alliance members to compile these free resources.
- CISA's website lists a number of resources and guidance on everything from cybersecurity to physical security for polling sites and election officials to combatting mis-, dis-, and malinformation. The toolkit is the latest resource that CISA and our public and private sector partners have developed to support the election community.

Regards,

Kirsten

To:     Stephen Richer - RISCX[sricher@risc.maricopa.gov]; Kate Starbird[kstarbi@uw.edu]
Cc:     Wyman, Kim (She/Her/Hers)[kim.wyman@cisa.dhs.gov]; Suzanne Spaulding[suzannespaulding10@gmail.com]; Rey Valenzuela - RISCX[rvalenzuela@risc.maricopa.gov]
From:   Scott Jarrett - RISCX
Sent:   Sun 6/12/2022 7:56:41 PM
Subject: RE: Follow up re: our CSAC Briefing (on CISA, MDM and elections)
Received:      Sun 6/12/2022 7:56:45 PM

Hello Kate,

Thanks for the follow-up questions.  I agree with the Recorder.  While Pima county is larger than 90 plus percent of the election jurisdictions, it could not have survived because they severely lacked the audit, dedicated IT, and dedicated communications experts.  When I refer to "smaller" jurisdictions than Maricopa County, I'm thinking of all but the top 5 – 15 counties.

I would consider a multifaceted approach at both the federal and state levels.  The federal effort could be coordinated by DHS, the EAC, or CISA.  At a federal level, we need to have a large group of experts (e.g., Elections Administration, IT Security, Cyber Security, Voting Equipment, Communications, academia, data analysts) that can be deployed to a state that lacks the resources / expertise for their own rapid response team or that can respond if the MDM machine takes root and overwhelms the state's resources.

I would rely on a combination of private and federal grant funds.  Preferably these funds can be distributed through EAC (HAVA) or DHS (critical infrastructure).  However, the funding is tricky.  Even federal funds need to be appropriated and distributed by the state legislature.  There may be some state legislatures not interested in approving funds to combat MDM.  This is another reason why a federal rapid response team is necessary.  The federal team can be deployed regardless of whether a state appropriated funding.

To address the scalability and respond in numerous regions of the country, I like your suggestion of providing training and resources to each state so they can setup their own rapid response teams.  The state officials are closer and better understand state laws and operations.  Plus, the elected official or officer-in-charge of elections likely already has a good working relationship with the state agency.  Even if they don't have a good working relationship, they at least are familiar with the state agency.

Whether at a national or state level, these teams need to be nimble.  In 2020/2021, there were many instances where Stop-the-Steal or other amateur groups posed as Election/IT security professionals and were granted access to tabulation equipment either by the election administrator or the local governing board.  There needs to be a group of true election professionals working with the state officials to provide these jurisdictions legitimate alternatives.  However, even with a legitimate alternative, it will be likely some governing boards will still select a stop the steal "auditor".  Other than federal legislation restricting access to the ballots and tabulation equipment, I'm not sure what the true solution is to this vulnerability.

Without federal legislation, the best we may be able to achieve is to provide the local elections administrator a rapid response team to assist them in combating false information and whether the storm.

To avoid these back-and-forth conversations through email, it may be best to schedule a meeting to discuss further.

I know that we don't have all the answers or possibly any of the answers.  We just have lots of ideas and a wealth of experience dealing with these issues.

Thank you,
Scott


From: Stephen Richer - RISCX <sricher@risc.maricopa.gov>
Sent: Sunday, June 12, 2022 11:31 AM
To: Kate Starbird <kstarbi@uw.edu>; Scott Jarrett - RISCX <sjarrett@risc.maricopa.gov>
Cc: Wyman, Kim (She/Her/Hers) <kim.wyman@cisa.dhs.gov>; Suzanne Spaulding <suzannespaulding10@gmail.com>; Rey Valenzuela - RISCX <rvalenzuela@risc.maricopa.gov>
Subject: RE: Follow up re: our CSAC Briefing (on CISA, MDM and elections)

Yeah.  The Arizona state legislature and the misinformation machine could have steamrolled any other county in Arizona.

The good thing is that the misinformation machine has an interest in targeting the biggest counties (more votes to support the

narrative) that are likely also the best suited to fight back.

S

**From:** Kate Starbird <kstarbi@uw.edu>
**Sent:** Sunday, June 12, 2022 10:41 AM
**To:** Scott Jarrett - RISCX <sjarrett@risc.maricopa.gov>
**Cc:** Wyman, Kim (She/Her/Hers) <kim.wyman@cisa.dhs.gov>; Suzanne Spaulding <suzannespaulding10@gmail.com>; Stephen Richer - RISCX <sricher@risc.maricopa.gov>; Rey Valenzuela - RISCX <rvalenzuela@risc.maricopa.gov>
**Subject:** Re: Follow up re: our CSAC Briefing (on CISA, MDM and elections)

**Caution:** This email originated from outside of Maricopa County. Do not click links or open attachments unless you recognize the sender, expect this communication, and know the content is safe.

Hi Scott,

Thanks for these thoughts. They are really helpful. I hope you don't mind a few follow up questions. You write:

"From a local jurisdiction's perspective…..these smaller local jurisdictions without sufficient resources are going to need **a rapid response team** to assist them in telling their story.  They will also need the support of the state agency in-charge of elections. Many local jurisdictions don't have social media platforms, they don't' have a web team outside their County IT department, they don't have an IT department to assist them in understanding their voting equipment (the vendor is not the solution), and some will not have political leaders willing to fight pack.   The local election officials will need **external reputable validators, they will need communications professionals, they will need election experts to help build their confidence and withstand the scrutiny, they will need IT security professionals**………… I can go on and on."

From your perspective, who is best positioned to provide a "rapid response team" for these smaller jurisdictions? My sense — from recent criticism and new laws limiting private funding of election resources — is that this support has to come from the government. Should CISA be providing a rapid response team? Or does it need to be more distributed (for capacity reasons)? Should CISA be providing training and funding for states to develop their own rapid response teams and assemble (internally) the resources you list here? Or is there another, better approach for helping to get these resources in place?

Thank you,
Kate

On Jun 11, 2022, at 6:16 PM, Scott Jarrett - RISCX <sjarrett@risc.maricopa.gov> wrote:

Hello Kate, Kim, and Suzanne,

I very much appreciate all that CISA does for local election officials.  There is no silver bullet that is going to kill this MDM monster (machine).  It will take all of us at the national, state, and local level with great assistance from professional organizations.  Each will play a critical role and unfortunately, there are major holes in our defenses.

Along with some jurisdictions in Georgia, Wisconsin, Michigan and a few others, Maricopa County was at the epicenter of the MDM fight in 2020 and 2021.  With our leadership, expertise, and resources, we were well positioned to fight the battle.  We are exhausted but hopefully better prepared to face 2022 and 2024.  To prepare, we significantly expanded our temporary worker de-escalation training, hardened our security, refined our communication outlets, and much more.  We've also been working incredibly hard build upon the already good relationships that we had with our political parties.   However, the MDM machine is much more sophisticated that it was in 2020 and 2021.  Nine-nine precent of jurisdictions do have the same level of resources as Maricopa County and many state governments passed laws restricting access for local jurisdictions to receive private grant funds.

From a local jurisdiction's perspective…..these smaller local jurisdictions without sufficient resources are going to need a rapid response team to assist them in telling their story.  They will also need the support of the state agency in-

charge of elections. Many local jurisdictions don't have social media platforms, they don't have a web team outside their County IT department, they don't have an IT department to assist them in understanding their voting equipment (the vendor is not the solution), and some will not have political leaders willing to fight pack. The local election officials will need external reputable validators, they will need communications professionals, they will need election experts to help build their confidence and withstand the scrutiny, they will need IT security professionals............ I can go on and on.

While focusing on the local counties is not the best use of resources, they are the weakest link in having the expertise and resources to combat MDM. They are also the only ones that truly know the operations and why a specific form is completed a certain way or the explanation of why someone on video is doing something legitimate, but it appears that they are doing something improper.

If the same thing that happened in Maricopa County happens in multiple mid-sized jurisdictions at the same time, I am very confident that our nation and the Elections community do not have the infrastructure to support these midsized counties. After 2021, Maricopa County weathered the storm. If we all recognize that Maricopa County survived and did it well, so does the MDM machine. The MDM machine would be foolish to target us again. They will likely turn their focus to the mid-sized and smaller jurisdictions. These jurisdictions are more rural and will likely face the brunt of the attack in 2022 and 2024. The MDM machine has also become very adept at painting with a broad brush, so the integrity of the election results from the larger well-resourced jurisdictions are cast into doubt based on the targeting of the smaller jurisdictions.

Usually, I'm much more optimistic. However, I know firsthand how much effort we have put into the last two years. I'm very confident that most other jurisdictions are not prepared if they become the target. There were a handful of us in the Elections Department that gave up our personal lives over the past 24 plus months. This enormous effort combined with some unique circumstances allowed us to be prepared for both 2020 and 2021. I could describe those unique circumstances here but would prefer to verbally discuss them.

I'm happy to meet and brainstorm ideas and discuss what worked in Maricopa County. I'm sure Recorder Richer covered most everything, but I'm happy to provide my own perspective as well.

Thank you,
Scott


**From:** Kate Starbird <kstarbi@uw.edu>
**Sent:** Saturday, June 11, 2022 12:22 PM
**To:** Scott Jarrett - RISCX <sjarrett@risc.maricopa.gov>
**Cc:** Stephen Richer - RISCX <sricher@risc.maricopa.gov>; Wyman, Kim (She/Her/Hers) <kim.wyman@cisa.dhs.gov>; Suzanne Spaulding <suzannespaulding10@gmail.com>; Rey Valenzuela - RISCX <rvalenzuela@risc.maricopa.gov>
**Subject:** Re: Follow up re: our CSAC Briefing (on CISA, MDM and elections)

Caution: This email originated from outside of Maricopa County. Do not click links or open attachments unless you recognize the sender, expect this communication, and know the content is safe.

Thank you Stephen and Scott! And I sincerely hope that things get better and you can eventually get your nights back for other things. If you have additional ideas for how CISA can help on the MDM front, please let us know.

Warmly,
Kate



On Jun 10, 2022, at 7:59 PM, Scott Jarrett - RISCX <sjarrett@risc.maricopa.gov> wrote:

Hello Kate.

The quote may have originated with me, but the experience is not unique. Election officials across the country are encountering the same challenges and pressures of responding to 2020 conspiracies while preparing for 2022 elections.

I have no issues with you attributing the quote to the Recorder. I frequently borrow quotes from the Recorder and my fellow co-elections director Rey Valenzuela. In Elections we refer to this as R&D, Rob & Duplicate....not Research & Development. A quote I stole from Rey.

Sent from my iPhone

On Jun 10, 2022, at 7:10 PM, Stephen Richer - RISCX <sricher@risc.maricopa.gov> wrote:

Hi Kate!

You're welcome to attribute it to me, but only if our co-elections director Scott Jarrett gives me permission, as I actually stole it (hopefully with attribution) from him!

Go ahead.

And thanks for your efforts to improve the elections environment.

Stephen

**From:** Kate Starbird <kstarbi@uw.edu>
**Sent:** Friday, June 10, 2022 4:41 PM
**To:** Stephen Richer - RISCX <sricher@risc.maricopa.gov>
**Cc:** Wyman, Kim (She/Her/Hers) <kim.wyman@cisa.dhs.gov>; Suzanne Spaulding <suzannespaulding10@gmail.com>
**Subject:** Follow up re: our CSAC Briefing (on CISA, MDM and elections)

Caution: This email originated from outside of Maricopa County. Do not click links or open attachments unless you recognize the sender, expect this communication, and know the content is safe.

Hi Stephen,

I want to thank you again for speaking to our CISA advisory board subcommittee on MDM and elections. We really appreciated your perspective — and the clarity around how you (and other election officials) are struggling to keep up with the constant streams of misinformation.

We are in the final stages of preparing our first set of recommendations for CISA on their mission to (among other things like improving civic media literacy) help support election officials in addressing misinformation about election procedures and election results.

During our interview with you, you made a comment along the lines of: "Responding to MDM is my day job, my night job is running elections." That comment really stuck with our committee, as it underscores how critical this issue is to you and other folks like you working hard to keep our elections secure. Yesterday at a conference for WA state election officials, Kim and I were talking about your quote as such a great example — but were reluctant to use it publicly without your consent.

So, I'm reaching out to ask if you might grant us permission to use this quote (either attributed to you or anonymously) as part of our communication around this work. I totally understand if you'd rather not, but if it's okay by you, I think it would really help in our efforts to explain why CISA's work in the space is so important.

And again, thanks for your time and we really appreciate all of the work that you're doing out there in Maricopa County.

Warmly,
Kate

To:        Kate Starbird[kstarbi@uw.edu]
Cc:        EVANS, MARIEFRED (CTR)[MARIEFRED.EVANS@associates.cisa.dhs.gov]; Tsuyi, Megan[megan.tsuyi@cisa.dhs.gov]
From:      Nash, James
Sent:      Mon 5/2/2022 1:31:14 PM
Subject:   Distro List:
Received:  Mon 5/2/2022 1:31:19 PM

Good Morning Dr. Starbird,

The TAC subcommittee previously requested whether it was possible to have an alias distro list set up. We were able to do so and decided it might be a good option for the other subcommittees. Since you had expressed interested in such a distro; we had one created. The email address is below with the email addresses associated with it:

CSAC_MDM@cisa.dhs.gov

- CISA_CybersecurityAdvisoryCommittee@cisa.dhs.gov
- MARIEFRED.EVANS@associates.cisa.dhs.gov
- Geoffrey.Hale@cisa.dhs.gov
- Gwainevere.Hess@cisa.dhs.gov
- Allison.Snell@cisa.dhs.gov
- megan.tsuyi@cisa.dhs.gov
- kim.wyman@cisa.dhs.gov;
- James.nash@cisa.dhs.gov;
- kstarbi@uw.edu,
- vijaya@gmail.com,
- vijaya@twitter.com,
- suzannespaulding10@gmail.com,
- Sspaulding@csis.org,
- alicia.tate-nadeau@illinois.gov,
- eileen.figueroa2@illinois.gov,
- jennifer.r.march@illinois.gov,
- Jason.sanford@illinois.gov,
- keng@twitter.com,
- claire.teitelman@jpmchase.com,
- katheryn.rosen@jpmorgan.com;
- dnair@csis.org

Just let us know if you want to start using it. Looking forward to working together this week. Hope you had a great weekend.

Best,

**James P. Nash**
CISA Cybersecurity Advisory Committee
Stakeholder Engagement Division
Cybersecurity and Infrastructure Security Agency
Cell: **202-451-1828** | Email: James.Nash@cisa.dhs.gov

*Please tell us how we are doing in our Customer Service Survey*



**To:**       CSAC Members[CSACMembers@cisa.dhs.gov]; Einstein, Lisa[LISA.EINSTEIN@cisa.dhs.gov]
**Cc:**       CSAC Support Team[CSACSupportTeam@cisa.dhs.gov]; CISA FO[CISA_FO@cisa.dhs.gov]; Clark, Alaina[alaina.clark@cisa.dhs.gov]; Frazier, Trent[Trent.Frazier@cisa.dhs.gov]; Tsuyi, Megan[megan.tsuyi@cisa.dhs.gov]
**From:**     Easterly, Jen (She/Her)
**Sent:**     Mon 9/19/2022 11:09:38 AM
**Subject:**  Team CSAC: Introducing CSAC's Executive Director, Lisa Einstein
**Received:**         Mon 9/19/2022 11:11:08 AM

Morning Team,

Hope everyone had a great weekend. Thanks again for an excellent meeting last week—I'm super grateful to all of you for your leadership, partnership, and friendship as we work together to build CISA into the Cyber Defense Agency the nation deserves.

As I mentioned during our meeting, **Lisa Einstein** joined us this past week as CSAC Executive Director. She'll work closely with the awesome CSAC support team you've gotten to know over the past year, including Megan Tsuyi, Jonathan Dunn, Kirsten Heidelberg, Celinda Moening, Nayeema Hoq, Barry Skidmore, Mariah Bailey, Jim Eustice, Mariefred Evans, Lauren Rousseau, Cedric Sharps, and Xavier Stewart.

Lisa joins us from Stanford where she was the first dual master's student in computer science and international cyber policy and security. There, she led H.R. McMaster's research team on disruptive technologies and geopolitics; contributed to our colleague Alex Stamos' forthcoming book on trust and safety engineering; and conducted research on AI-enabled education and safety-critical algorithmic decision support tools. Previously, Lisa taught over 600 students physics as a Peace Corps Volunteer in rural Guinea. With some of her students, she co-founded Association des Jeunes pour la Défense des Droits des Enfants (AJDE), a Guinean NGO that promotes girls' education and combats early marriage and gender-based violence. She also co-founded GNCode with Moussa Doumbouya, which works to educate generations of computer scientists in Guinea to shape digital technologies that are impacting them. Lisa joins a growing team of Tigers at CISA, having received her BA from Princeton in physics and dance. She danced professionally for several years, including as a member of Camille A. Brown and Dancers.

As Lisa gets her feet on the ground, I've asked her to spend a bit of time with you all one-on-one getting to know you a bit and hearing from you what you think is working well and areas where we can place greater focus. Our CSAC Support Team will be reaching out this week to set up 30-minute sessions with each of you; I'd ask that you all please find some time for these in the coming weeks.

Wishing you a great week!

Best,
Jen



**Jen Easterly** (She/Her)
Director
Cybersecurity & Infrastructure Security Agency
202.763.5405 | Website [cisa.gov] | @CISAJen

*"If you're curious, you'll find the puzzles around you.*
*If you're determined, you'll solve them" - Erno Rubik*

*Click the Cube if You're Curious*



[cisa.gov]

**To:**       Sessoms, Charmaine Lee[Charmaine.Lee@CISA.DHS.GOV]
**From:**     Kate Starbird
**Sent:**     Mon 5/23/2022 7:10:20 PM
**Subject:**  Re: Meeting with Director Jen Easterly (CISA)
**Received:**     Mon 5/23/2022 7:10:20 PM

That will work!

Kate

On May 23, 2022, at 10:15 AM, Sessoms, Charmaine Lee <Charmaine.Lee@CISA.DHS.GOV> wrote:

Hello Kate,

Totally understood! How about Friday at 4;00pm?

Thank you

V/r
Charmaine

**From:** Kate Starbird <kstarbi@uw.edu>
**Sent:** Monday, May 23, 2022 12:54 PM
**To:** Sessoms, Charmaine Lee <Charmaine.Lee@CISA.DHS.GOV>
**Subject:** Re: Meeting with Director Jen Easterly (CISA)

Hi Charmaine,

The later times (4/4:30) would both work. However, I do think it would be good to touch base with Director Easterly sooner, if possible. Our subcommittee is quite concerned about a couple of things related to public sentiment around our work and I'd really like to speak to her sometime this week if possible!

Kate

On May 23, 2022, at 8:17 AM, Sessoms, Charmaine Lee <Charmaine.Lee@CISA.DHS.GOV> wrote:

Good morning Kate,

I hope this email finds you well!

Reaching out to reschedule the touchpoint between you and Director Easterly.  Please let me know if the following will work: Tuesday, June 14th at 10:00am, 4:00pm or 4:30pm

Thank you

V/r

Charmaine

**From:** Kate Starbird <kstarbi@uw.edu>
**Sent:** Thursday, April 7, 2022 1:11 PM
**To:** Sessoms, Charmaine Lee <Charmaine.Lee@CISA.DHS.GOV>
**Subject:** Re: Meeting with Director Jen Easterly (CISA)

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hello Charmaine,

I am available at all of these times, but the best time would be 4:30pm

Thank you,
Kate

On Apr 7, 2022, at 8:12 AM, Sessoms, Charmaine Lee <Charmaine.Lee@CISA.DHS.GOV> wrote:

Good morning Dr. Starbird,

My name is Charmaine Lee, I am the Executive Assistant to Director Jen Easterly (CISA Director).  I am reaching out to coordinate a 30 minute check-in call between you and Director Easterly.  Can you let me know if the following day and times will work for your schedule.

- Thursday, May 26th - 11:30am, 1:00pm, 4:30pm

I look forward to working with you to schedule.

Thank you.

V/r
Charmaine Lee
Executive Assistant
Office of the Director
Cybersecurity and Infrastructure Security Agency
Cell: (202) 531-6372
Email: Charmaine.Lee@cisa.dhs.gov

| | |
|---|---|
| **To:** | Elena Cryst[ecryst@stanford.edu] |
| **Cc:** | Alex Stamos[stamos@stanford.edu]; Teri Hankes[thankes@stanford.edu]; Isabella Garcia-Camargo[bellagc@stanford.edu] |
| **From:** | Kate Starbird |
| **Sent:** | Mon 8/3/2020 3:24:57 PM |
| **Subject:** | Re: EIP Webinar – August 12 |
| **Received:** | Mon 8/3/2020 3:24:58 PM |

I took a look and added a few comments/questions. Happy to take a look again if you want me to see another version. I did have a question about the slide previewing the different groups… if we wanted to just have use speak to that rather than use slide content (which I recommend). Even better, IMO, would be to stop screen sharing so each person can take the screen while they're speaking about their group.

And my only other question is more meta-level. Because we know we'll see parallel efforts both to manipulate voting behaviors and to manipulate people's perception of the fairness of voting… we don't cover the latter at all in the slides. Is that intentional?

Kate

> On Aug 1, 2020, at 9:45 AM, Elena Cryst <ecryst@stanford.edu> wrote:
>
> Thanks Kate! I really appreciate it.
>
> ——
>
> Elena Cryst
> Assistant Director
> Stanford Internet Observatory
>
> 650.723.0337
>
> https://io.stanford.edu
>
> *Book an appointment*
>
> **From:** Kate Starbird <kstarbi@uw.edu>
> **Date:** Friday, July 31, 2020 at 6:43 PM
> **To:** Elena Cryst <ecryst@stanford.edu>
> **Cc:** Alex Stamos <stamos@stanford.edu>, Camille Francois <camille.francois@graphika.com>, Emerson Brooking <EBrooking@ATLANTICCOUNCIL.org>, Isabella Garcia-Camargo <bellagc@stanford.edu>, Julia Carter <jccarter@uw.edu>
> **Subject:** Re: EIP Webinar – August 12
>
> Hi Elena,
>
> I can make it and plan to present for our team. I'm happy to provide feedback on the slide deck over the next few days.
>
> Kate
>
> > On Jul 31, 2020, at 12:01 PM, Elena Cryst <ecryst@stanford.edu> wrote:
> >
> > Hi Kate, Camille and Emerson,
> >
> > As I shared on slack and during our meeting yesterday, we have been given the slot in the Stanford Cyber Policy Center Webinar on August 12 from 10-11am PST. We would like to have one representative from each partner on the panel to briefly share an intro to your organization and your interest in the

partnership. Alex will be representing the Internet Observatory.

**I have roughly outlined the presentation in** this slide deck**.** This is open to feedback so please feel free to comment directly on the slides. I will be finalizing (and beautifying) the deck next week. The idea is to prepare remarks for ~30 minutes of the time and leave 30 min open to moderated Q&A.

For planning purposes, we ask speakers to be available at 9:40am PST for a tech / logistics check in before the webinar starts. Could you each please confirm if you will be able to present during that webinar or if another member of your team will be there in your stead?

——

Elena Cryst
Assistant Director
Stanford Internet Observatory

650.723.0337

https://io.stanford.edu

*Book an appointment*

**To:**      Michael A. McFaul[mcfaul@stanford.edu]
**Cc:**      Alex Stamos[stamos@stanford.edu]; Belinda M. Byrne[bbyrne@stanford.edu]; Elena Cryst[ecryst@stanford.edu]; Nate
Persily[npersily@law.stanford.edu]; Dan Boneh[dabo@cs.stanford.edu]; Julian Chen[jchen181@stanford.edu]
**From:**    Kate Starbird
**Sent:**    Thur 5/23/2019 11:01:18 PM
**Subject:** Re: Visiting professor appointment letter
**Received:**    Thur 5/23/2019 11:01:20 PM

Thanks everyone! I'm super excited about joining you all and getting acquainted (and hopefully helping out with) some of
the work at the Cyber Policy Center. I'd love to touch base with you all over the next few weeks/months as I'm scoping out
possible collaborations and projects for my time there. And congrats on the upcoming launch of the Center!

Kate Starbird
Assistant Professor
Human Centered Design & Engineering (HCDE)
University of Washington
kstarbi@uw.edu

On May 21, 2019, at 9:16 AM, Michael A. McFaul <mcfaul@stanford.edu> wrote:

+ 1 !

Michael McFaul
Director, Freeman Spogli Institute for International Studies
Ken Olivier and Angela Nomellini Professor of International Studies, Department of Political Science
Peter and Helen Bing Senior Fellow, Hoover Institution
Stanford University
work: 650-723-4734
cell: 650-799-4582
Twitter: @McFaul
http://fsi.stanford.edu
https://michaelmcfaul.com/
https://www.amazon.com/Cold-War-Hot-Peace-Ambassador/dp/0544716248

**From:** Alex Stamos <stamos@stanford.edu>
**Sent:** Tuesday, May 21, 2019 7:14 AM
**To:** Belinda M. Byrne; Kate Starbird
**Cc:** Michael A. McFaul; Elena Cryst; Nate Persily; Dan Boneh; Julian Chen
**Subject:** Re: Visiting professor appointment letter

Congratulations, Kate. I'm so very excited that you are joining us for a quarter and I am looking forward to seeing what you get up to
back on the Farm!

Alex

**From:** Belinda M. Byrne <bbyrne@stanford.edu>
**Sent:** Tuesday, May 21, 2019 9:56 AM
**To:** Kate Starbird
**Cc:** Michael A. McFaul; Alex Stamos; Elena Cryst; Nate Persily; Dan Boneh; Julian Chen
**Subject:** Visiting professor appointment letter

Dear Kate,

On behalf of Mike McFaul and the Cyber Policy Center leadership, I'm pleased send you this offer of
appointment. Please review the accompanying terms and conditions and return a signed version to me.

Also, please note that your appointment as visiting faculty gives you special priority for Stanford housing. To review the options, please visit the Stanford Faculty Staff Housing website at:

https://fsh.stanford.edu/

Feel free to call me if I can answer any outstanding questions about your appointment.

Best, Belinda

Belinda Byrne
Faculty Affairs Officer
Freeman Spogli Institute
Stanford University

Mobile: 650.576.8290

**To:**    Belinda M. Byrne[bbyrne@stanford.edu]
**Cc:**    Michael A. McFaul[mcfaul@stanford.edu]; Alex Stamos[stamos@stanford.edu]; Elena Cryst[ecryst@stanford.edu]; Nate Persily[npersily@law.stanford.edu]; Dan Boneh[dabo@cs.stanford.edu]; Julian Chen[jchen181@stanford.edu]
**From:**    Kate Starbird
**Sent:**    Sat 6/1/2019 5:30:51 PM
**Subject:**    Re: Visiting professor appointment letter
**Received:**    Sat 6/1/2019 5:30:58 PM
Starbird-FSI-visiting prof offer-signed.pdf

Hi Belinda,
I'm returning the signed copy of the letter.

We were able to find housing down the street from where my wife grew up (in Los Altos Hills) — small, but at a decent price and on the property of old family friends of hers.

Thank you so much for helping to arrange this. I'm looking forward to collaborating with and learning from all of the great folks at FSI and the new Cyber Policy Center. (Good luck to everyone involved on the launch this week!)

Regards,

Kate Starbird
Assistant Professor
Human Centered Design & Engineering (HCDE)
University of Washington
kstarbi@uw.edu

On May 21, 2019, at 6:56 AM, Belinda M. Byrne <bbyrne@stanford.edu> wrote:

Dear Kate,

On behalf of Mike McFaul and the Cyber Policy Center leadership, I'm pleased send you this offer of appointment. Please review the accompanying terms and conditions and return a signed version to me.

Also, please note that your appointment as visiting faculty gives you special priority for Stanford housing. To review the options, please visit the Stanford Faculty Staff Housing website at:

https://fsh.stanford.edu/

Feel free to call me if I can answer any outstanding questions about your appointment.

Best, Belinda

Belinda Byrne
Faculty Affairs Officer
Freeman Spogli Institute
Stanford University

Mobile: 650.576.8290

<Starbird visiting prof offer.pdf>



MICHAEL McFAUL
Director and Senior Fellow
Senior Fellow, Hoover Institution
Professor of Political Science

May 21, 2019                                    sent via email: kstarbi@uw.edu


Kate Starbird
Assistant Professor of Human Centered Design and Engineering
413 Sieg Hall
Seattle, WA 98195


Dear Kate,

I am pleased to inform you that your appointment as Visiting Assistant Professor at Stanford University in the Cyber Policy Center at the Freeman Spogli Institute in the Dean of Research Office has been approved. The knowledge, experience and perspective of our Visiting Professors and their allotment of time and effort are highly valued in our academic programs. In your role as Visiting Assistant Professor your duties include guest teaching in the course, "Internet Trust and Safety," in Computer Science and cross-listed in the Master's in International Policy program during autumn quarter 2019, and collaborating with the faculty leadership and academic staff of the new Cyber Policy Center on research and policy engagement activities.

Your appointment is effective September 10, 2019, and has been approved for an initial term of 3 months with an expected end date no later than December 15, 2019. The Cyber Policy Center at the Freeman Spogli Institute will provide a lump-sum living stipend of $13,500 during your Stanford residency.

Your appointment is subject to termination at any time for any cause, when satisfactory performance ceases, or for programmatic or budgetary reasons including lack of funding.

Your official title is "Visiting Assistant Professor" and may be used only during the appointment period noted previously. Your title must always be used in its entirety; it cannot be abbreviated or altered and may only be used in direct relation to your teaching, learning and research activities at Stanford.

Your service as "Visiting Assistant Professor" is voluntary. Either party may withdraw from this arrangement at any time and for any reason.

Your offer is subject to the attached Terms & Conditions. Your signature is our confirmation you have reviewed these Terms & Conditions and accepted our offer of appointment.

616 Serra Street
Stanford, CA 94305-6055
T 650.723.4734  F 650.725.2592

mcfaul@stanford.edu
twitter: @mcfaul
http://fsi.stanford.edu

I look forward to your acceptance as soon as possible. Please sign and date this appointment letter and email it back to me.

Belinda Byrne and I are available to help you with any other questions you might have regarding your appointment.

Sincerely,

Michael McFaul
Director and Senior Fellow
Freeman Spogli Insititute
Stanford University


cc: Julian Chen,
Personnel file

**Terms & Conditions**

- **Accommodation**: If you require an accommodation for a disability, please let the departmental contact listed above know.

- **Benefits**: This position is not eligible for medical, dental or retirement benefits.

- **Health and Safety:** Stanford University is committed to strong programs of accident and injury prevention and to complying with all environmental health and safety laws and regulations. Please visit http://rph.stanford.edu/6-2.html for information about Health and Safety at Stanford University: Principles, Responsibilities and Practices. Your departmental contact will advise you as to the specific training required. **If you will be working in a laboratory**, you will need to ensure that your research is conducted in accordance with health and safety standards, as presented to you in your health and safety training. Your specific training depends upon your research/lab and you will be notified by your PI or departmental contact as to the specific training required.

- **Required Training:** You must complete mandatory Stanford training that may include classes specific to your job function. You will receive enrollment information from your department manager if other classes are required.

  **Sexual Harassment and Sexual Misconduct Training:**
  - Stanford University requires new employees to take a course addressing Sexual Misconduct and Sexual Harassment Prevention.
  - New academic staff employees <u>must</u> complete this course **within 30 days of being hired**:
    - Harassment Prevention at Stanford for Non-Supervisors (SHP-2000) https://harass.stanford.edu/training/course-non-supervisory-staff

  *Note: you may be asked to take SHP-2000 even if you are not new to Stanford, at the discretion of your lab or department.*

- **Stanford ID Card:** Please take this letter to the Stanford ID Card Office (a one-time fee may apply) to receive a Stanford ID Card that will allow you the benefits and privileges associated with your new appointment. For information on Card Office hours and location, please visit http://www.stanford.edu/services/campuscard/cardoffice.html or call (650) 498-2273. Following your start date, you will also receive instructions from [contact name] about how to obtain a SUNet ID.

- **SU-18A:** You are required to sign a Stanford University Patent and Copyright Agreement. This patent policy applies to all individuals who work at Stanford, or who come here to engage in research. A variation of the standard Stanford agreement has been created for visitors who are not being paid by Stanford, the SU-18A. This agreement will need to be

signed online at http://otlportal.stanford.edu/su18a . **Complete the department contact section of the SU18A with contact name of *<contact name and email address>* and department is *<department name>*, and a notification can be sent when this has been completed.** If you do not have a conflicting intellectual property agreement with another employer, Stanford's regular SU-18 agreement is applicable. This agreement may be signed online at http://axess.stanford.edu. A Stanford ID will be required to access this link.

- **University Equipment:** All equipment supplied by Stanford in order for you to perform your duties is owned by the university and is to be returned to Stanford in proper working order at the end of your appointment.

- **University Policies:** As a condition of your appointment, you are agreeing to abide by all Stanford University policies, including the University's Code of Conduct and applicable Conflict of Commitment and Conflict of Interest policies. Your appointment is governed by the applicable policies in the Stanford University Administrative Guide located at https://adminguide.stanford.edu/ the University Faculty Handbook located at http://facultyhandbook.stanford.edu and the Research Policy Handbook located at http://rph.stanford.edu.

I accept the terms as set forth in this letter regarding my appointment at Stanford University.

_____        6/1/19
Kate Starbird                                   Date

**To:**     Jevin West[jevinw@uw.edu]
**Cc:**     Elena Cryst[ecryst@stanford.edu]; Alex Stamos[stamos@stanford.edu]; David Havasy[dhavasy@stanford.edu]; Julia Carter[jccarter@uw.edu]
**From:**   Kate Starbird
**Sent:**   Fri 10/9/2020 2:43:37 AM
**Subject:** Re: Gates Ventures Funding for EIP
**Received:**      Fri 10/9/2020 2:43:39 AM

Such great news! Thank you Elena (and your team) for sending this opportunity to us!

On Oct 8, 2020, at 3:48 PM, Jevin West <jevinw@uw.edu> wrote:

Dear Elena, Alex and David,
This is great news! Thanks so much for including us. The funds will be super helpful in continuing to scale our efforts.

Onward!

Best,
Jevin

On Oct 8, 2020, at 3:36 PM, Julia Carter <jccarter@uw.edu> wrote:

Wow, Elena, this is fantastic news! Thank you so much for securing these funds on our behalf. We're incredibly grateful. This is a wonderful lift to what's been a challenging few weeks!

Let's definitely hop on a call tomorrow. I'm out of the office starting at about 2, so if we could connect before that, that would be ideal. I'll likely ask one of my colleagues from Advancement to join, as she'll know better than I the mechanics of the transfer. Let me check her availability and I'll get back to you shortly.

Again, thank you. We're so appreciative.

Julia

**From:** Elena Cryst <ecryst@stanford.edu>
**Sent:** Thursday, October 8, 2020 3:33 PM
**To:** Jevin West <jevinw@uw.edu>; kstarbi <kstarbi@uw.edu>; Julia Carter <jccarter@uw.edu>
**Cc:** Alex Stamos <stamos@stanford.edu>; David Havasy <dhavasy@stanford.edu>
**Subject:** Gates Ventures Funding for EIP

Dear Jevin, Kate, and Julia —

SIO just secured a gift from Gates Ventures to support our work on EIP. As part of our ask to them, we asked to send $150,000 from the gift to CIP to support "Students and Staff effort" for the project. We hope this funding will be helpful as your partnership has been tremendously valuable on this endeavor, and we wouldn't be where we are were it not for the countless hours spent by you and your team on the project. This is not sponsored research but rather a moderately restricted gift.

Julia — I assume you are the person I should talk to about the mechanisms through which we can transfer these funds? If so, I am free most of tomorrow to discuss. I think efforts like this are slightly trickier between public and private universities but I'm hopeful we can find a way! I've copied in David Havasy at the Stanford Cyber Policy Center who will also lend a hand on the administrative side.

Thank you all,

———

Elena Cryst
Assistant Director
Stanford Internet Observatory

https://io.stanford.edu

Book an appointment

**To:**      Elena Cryst[ecryst@stanford.edu]
**Cc:**      Isabella Garcia-Camargo[bellagc@stanford.edu]; camille.francois@graphika.com[camille.francois@graphika.com]; Graham Brookie[gbrookie@ATLANTICCOUNCIL.ORG]; espiro@uw.edu[espiro@uw.edu]; jevinw@uw.edu[jevinw@uw.edu]; ccoward@uw.edu[ccoward@uw.edu]; NYap@atlanticcouncil.org[NYap@atlanticcouncil.org]; EBrooking@ATLANTICCOUNCIL.org[EBrooking@ATLANTICCOUNCIL.org]; Alex Stamos[stamos@stanford.edu]; Renee DiResta[rdiresta@stanford.edu]; David Thiel[dthiel@stanford.edu]; Nate Persily[npersily@law.stanford.edu]; Alex Ahmed Zaheer[azaheer@stanford.edu]; Shelby Grossman[shelbygrossman@stanford.edu]; Carly Maya Miller[carlym2@stanford.edu]; Julia Carter[jccarter@uw.edu]
**From:**    Kate Starbird
**Sent:**    Tue 7/21/2020 9:01:55 PM
**Subject:** Re: [Follow Up] SIO Elections Monitoring Warroom Kickoff
**Received:** Tue 7/21/2020 9:01:57 PM

Hi everyone,

Speaking on behalf of my colleagues at the University of Washington's Center for an Informed Public, we are really excited to be a partner in this effort! We couldn't ask for a better team and we're thrilled to be working with you all!

We foresee our primary role as contributing to the near real-time analysis, particularly with visualizations and large-scale quantifications (network graphs, topic models) that can inform and complement more qualitative/forensic analyses. We are also setting up rapid-response teams to do qualitative coding (of posts or accounts or media outlets). Our analyses rely heavily on Twitter, Google, and Youtube. We're developing some expertise with Crowdtangle data on Facebook groups as well. Data sharing is something we all might want to talk about, and we can talk about how we might contribute there.

We are also willing/able to dedicate some resources from our communications team (writing, editing, brainstorming how to deal with trolls, facilitating conversations with journalists, etc.), if that would be helpful.

We may need to chat more about how/where our other election-research activities intersect with or complement this (a parallel program and partnership with AARP to train their members to submit election misinformation they see; a research project analyzing collaborations between journalists and researchers around real-time analysis; and an effort to help libraries communicate about specific misinformation narratives to their publics). But we're happy to figure that our as we go.

Elena, can you please add Julia Carter (our Director of Strategy and Operations, cced above) to the meeting on Thursday? (I may have a few other invitees to add — as we assemble our team).

Thank you,
Kate

On Jul 17, 2020, at 1:03 PM, Elena Cryst <ecryst@stanford.edu> wrote:

Dear All,

Following on Isabella's Wednesday email, we would like to request a response by next Thursday, July 23. We will hold our next meeting on that Thursday at 10:30am (zoom link). I'll send out a calendar invite momentarily. After that we will set a time for weekly calls.

Thank you all and it was great to have all of you on Wednesday's call. Have a good weekend!

———

Elena Cryst
Assistant Director
Stanford Internet Observatory

650.723.0337

https://io.stanford.edu

*Book an appointment*

**From:** Isabella Garcia-Camargo <bellagc@stanford.edu>
**Date:** Wednesday, July 15, 2020 at 3:51 PM
**To:** "camille.francois@graphika.com" <camille.francois@graphika.com>, Kate Starbird <kstarbi@uw.edu>, Graham Brookie <gbrookie@ATLANTICCOUNCIL.ORG>, "espiro@uw.edu" <espiro@uw.edu>, "jevinw@uw.edu" <jevinw@uw.edu>, "ccoward@uw.edu" <ccoward@uw.edu>, "NYap@atlanticcouncil.org" <NYap@atlanticcouncil.org>, "EBrooking@ATLANTICCOUNCIL.org" <EBrooking@ATLANTICCOUNCIL.org>
**Cc:** Alex Stamos <stamos@stanford.edu>, Elena Cryst <ecryst@stanford.edu>, Renee DiResta <rdiresta@stanford.edu>, David Thiel <dthiel@stanford.edu>, Nate Persily <npersily@law.stanford.edu>, Alex Ahmed Zaheer <azaheer@stanford.edu>, Shelby Grossman <shelbygrossman@stanford.edu>, Carly Maya Miller <carlym2@stanford.edu>
**Subject:** [Follow Up] SIO Elections Monitoring Warroom Kickoff

Good Afternoon All,

Thank you very much for joining us this afternoon on our kick off call for the Election Disinformation Partnership. We were very grateful for the thoughtful discussion, especially around the role of each individual member in the partnership and how we ensure a system of trust. For reference, the slides that Alex presented can be found here.

As we mentioned on the call, we view this partnership as a way to share access and expertise through a collegial and communal network.

We look forward to hearing from each of the participating groups on the following three points:

- Would you like to participate in this partnership?
- Who will be your primary POC for this integration? This person should be able to meet 1-2 times a week for the next several months.
- Do you have a specific area of focus or expertise that you'd like to lean into? We are working on outlining the capabilities of the partnership as a whole, so any detail here is helpful.

If you have further questions, please contact me and CC Elena Cryst (ecryst@stanford.edu) and we will get back to you as promptly as possible. Thank you again for your participation today, and we look forward to continuing the discussion!

Respectfully,

Isabella Garcia-Camargo

| | |
|---|---|
| **To:** | Elena Cryst[ecryst@stanford.edu] |
| **Cc:** | Alex Stamos[stamos@stanford.edu]; Isabella Garcia-Camargo[bellagc@stanford.edu] |
| **From:** | Kate Starbird |
| **Sent:** | Sun 7/12/2020 4:59:09 PM |
| **Subject:** | Re: Kickoff event for SIO Elections Warroom |
| **Received:** | Sun 7/12/2020 4:59:10 PM |

Hi Elena,

My colleagues at the CiP are:

- Emma Spiro (espiro@uw.edu)
- Jevin West (jevinw@uw.edu)
- Chris Coward (ccoward@uw.edu)
- Ryan Calo can't make it

We are not yet ready to commit the CiP as a partner, so it will likely be informational for them — to see if this is something that we want to do as a Center or if it's just something that I will do with my own lab. I hope that's okay.

Kate

> On Jul 11, 2020, at 4:56 PM, Elena Cryst <ecryst@stanford.edu> wrote:
>
> Hi Kate,
>
> It would be great to have your colleagues on the call. Yes, please send through their email addresses and I will add them to the call!
>
> ⸺
>
> Elena Cryst
> Assistant Director
> Stanford Internet Observatory
>
> 650.723.0337
>
> https://io.stanford.edu
>
> *Book an appointment*
>
> **From:** Kate Starbird <kstarbi@uw.edu>
> **Date:** Saturday, July 11, 2020 at 1:52 PM
> **To:** Elena Cryst <ecryst@stanford.edu>
> **Cc:** Alex Stamos <stamos@stanford.edu>, Isabella Garcia-Camargo <bellagc@stanford.edu>
> **Subject:** Re: Kickoff event for SIO Elections Warroom
>
> Hi Elena!
>
> I hope you are doing well and staying healthy (and sane) in these strange times.
>
> I'd be thrilled to attend. I'll move things around to make that time work.
>
> I've asked some of my collaborators at the UW Center for an Informed Public and there seems to be some interest (to participate as a Center rather than just my lab). If I send along some names, can you add them to the invite list?
>
> Kate

On Jul 10, 2020, at 8:35 AM, Elena Cryst <ecryst@stanford.edu> wrote:

Hi Kate,

I hope this note finds you and your family well. I was up in Seattle last week visiting my folks and it was cool to see your face in the Seattle Times! I am following up on the call you had with Alex yesterday regarding SIO's planned collaborative work on monitoring election misinformation for the November election. We are scheduling a kickoff call with our partners next Wednesday at 1pm Pacific. I will be sending through the invitation shortly and we will circulate the agenda the day before. Please let me know if there is anyone else on your end we should include in the call.

I am also copying Isabella García-Camargo on this email. She is a recent graduate from Stanford's CS department, is currently interning at DHS / CISA and will be PM for this project at SIO.

Thank you and we hope you can join on Wednesday.
——

Elena Cryst
Assistant Director
Stanford Internet Observatory

650.723.0337

https://io.stanford.edu

Book an appointment

| | |
|---|---|
| **To:** | Alex Stamos[stamos@stanford.edu] |
| **Cc:** | Elena Cryst[ecryst@stanford.edu] |
| **From:** | Kate Starbird |
| **Sent:** | Fri 6/7/2019 10:04:52 PM |
| **Subject:** | Re: Trust and Safety Engineering Course - You can help! |
| **Received:** | Fri 6/7/2019 10:05:04 PM |

I arrive early Sept. But I'm happy to connect remotely beforehand if there are any specific projects that we want to lay some groundwork for.

Kate Starbird
Assistant Professor
Human Centered Design & Engineering (HCDE)
University of Washington
kstarbi@uw.edu

On Jun 7, 2019, at 10:31 AM, Alex Stamos <stamos@stanford.edu> wrote:

I'm sorry about your shoulder, and it's absolutely not a problem for you to miss most of the meeting. Elena will get you added to the invite.

When do you move down and start at Stanford?

**From:** Kate Starbird <kstarbi@uw.edu>
**Sent:** Friday, June 7, 2019 9:42 AM
**To:** Alex Stamos <stamos@stanford.edu>
**Subject:** Re: Trust and Safety Engineering Course - You can help!

Hi Alex,

I'd be happy to be involved and help where I can (esp. around the misinfo/disinfo content). I can join the conversation June 24 for about 30 minutes. (I have to leave at 10:30 to get to *another* Physical Therapy appointment for my ****ing shoulder). I'm happy to catch up another time.

Kate Starbird
Assistant Professor
Human Centered Design & Engineering (HCDE)
University of Washington
kstarbi@uw.edu

On May 31, 2019, at 9:47 AM, Alex Stamos <stamos@stanford.edu> wrote:

Dear Friends and Colleagues,

Like you, I am very concerned with the state of our industry and our ability to build products that live up to the trust, safety and privacy expectations the world is putting on us. There are many good people working on these issues, but during my time in industry it became clear that we are lacking a strong pipeline of engineers and product managers with background in the ways technology can be abused to cause harm. I think we can work together to change that!

I am preparing a course to educate computer science undergraduates on the broad set of internet harms that lie outside the scope of traditional information security. This course will be the first of its kind to push students through the complex issues of policing and regulating online platforms and thinking proactively about potential abuses. The goal is to start this course at Stanford, release all of the lectures and content for free and to serve as the seed for equivalent classes around the world. I have included the preliminary syllabus below.

I think it is essential to build a class like this from the experience of the people on the front lines, and that is why I am reaching out to you today. I would like your help creating this course and teaching the first couple of iterations.

Our plan is to workshop the course in the upcoming Fall quarter to a select group of no more than 18 students, and teach it in Winter quarter to a full enrollment of around 100. I personally will continually teach and update this course for years but, with respect for your busy schedules, we will capture the lecture material on video so that we can re-use it for future classes and package it as part of an online teaching module that we wish make available to a broad audience for free.

If you would like to participate, the ask is to:

- Look at the syllabus below and choose a topic or two of interest
- Join us for a kick-off Zoom meeting on June 24 at 10am Pacific
- Help create and curate content (slides, readings, homework) for your topic. This will require a handful of calls with the team working on your topics and whatever amount of participation you feel comfortable with
- Participate in two in-person lectures to our class, one in Fall, and one in Winter. The level of contribution could range from being available in class to answer questions to giving a large portion of the lecture yourself.

All of the work outside of the lectures can be done remotely using Google Docs and GitHub but I will also be hosting optional in-person summer workshops for anybody interested. All of our contributions will belong to the university, which will release them under a Creative Commons license to encourage further teaching. Stanford asks all speakers to sign a release form allowing us to video capture their presentations. Travel budget is available.

I really hope you are able to help us with this important educational mission. Take some time to think it over and confirm with your employer that this causes no objections. If your employer wants to give you work time to contribute, we would be happy to list them as a contributing sponsor in public announcements.

Please let Elena Cryst (ecryst@stanford.edu) and I know if you will be able to participate by June 14th and we will add you to the meeting invite and a mailing list. If you think of other people who might be interested in contributing, please let me know!

Thank you for your partnership,
  Alex


- Lecture 1: Introduction to Trust and Safety Engineering
- Lecture 2: Designing for Trust, Safety and Privacy
- Lecture 3: Authentication, Phishing, and Account Takeovers
- Lecture 4: Spam
- Lecture 5: Payment Fraud
- Lecture 6: Advanced Fee, Blackmail and Other Assorted Scams
- Lecture 7: Harassment, Bullying and Threatening Behavior
- ***Project 1 Assigned: Reporting Flow***

  - Students will study the reporting flows on multiple services
  - Students will create wireframe designs and chart out UX flows
  - Teams will exchange their designs and provide feedback after tabletop testing on various scenarios

- Lecture 8: Cyber-Harassment Case Study
- Lecture 9: Suicide and Self-Harm
- **Midterm Exam**
- Lecture 10: Hate Speech and Content Moderation
- Lecture 11: Terrorism
- ***Project 2 Assigned – Content Classification***

  - Students will be provided with training sets of normal Twitter content and abusive Twitter content
  - Students will be asked to create a natural-language classifier, using a popular framework (likely PyTorch), to classify each Tweet as potentially abusive
  - Projects will be tested against a mixed real-world test set and graded on their precision and recall

- Lecture 12: Child Exploitation
- Lecture 13: Case Study: Child Exploitation

- Survivor as guest lecture

- Lecture 14: Misinformation, Disinformation and Fake News
- Lecture 15: Case Study: The 2016 and 2018 Elections
- Lecture 16: Censorship, Surveillance, and Government Oppression
- Lecture 17: Private & Domestic Surveillance and Abuse
- *Project 2 Due*
- Lecture 18: Review and Emerging Issues
- **Final Exam**

—

Alex Stamos
stamos@stanford.edu

*Adjunct Professor* – Freeman Spogli Institute for International Studies
*William J. Perry Fellow* – Center for International Security and Cooperation
*Visiting Fellow* – Hoover Institution

**To:**        Lea Kissner[chialea@gmail.com]; Mark Risher[risher@google.com]; zwicky@otoh.org[zwicky@otoh.org]; Sowmya Karunakaran[sowmyakaru@google.com]; Sujata Mukherjee[smukherjee@google.com]; Michael.Golebiewski@microsoft.com[Michael.Golebiewski@microsoft.com]; Victoria Baines[vbaines@bournemouth.ac.uk]; antigone@fb.com[antigone@fb.com]; sanjanas@google.com[sanjanas@google.com]; Renee DiResta[rdiresta@stanford.edu]; David Oxley[david@oxgeek.com]; eva@eff.org[eva@eff.org]; Adrienne Porter Felt[adriennefelt@gmail.com]; Sean Zadig[zadigs@verizonmedia.com]; Samar Elshafiey[samarseif@google.com]; Gavin Corn[gavincorn@fb.com]; brittan.heller@gmail.com[brittan.heller@gmail.com]; Del Harvey[del@twitter.com]; abhishekroy@google.com[abhishekroy@google.com]; brianfishman@gmail.com[brianfishman@gmail.com]; Ashley Christine Pilipiszyn[apilipis@stanford.edu]; zysong@google.com[zysong@google.com]; Julie Cordua[julie@wearethorn.org]; Andrew James Grotto[grotto@stanford.edu]; kstarbi@uw.edu[kstarbi@uw.edu]; lackerknecht@google.com[lackerknecht@google.com]; jsr@citizenlab.ca[jsr@citizenlab.ca]; mrisher@google.com[mrisher@google.com]; renee.diresta@gmail.com[renee.diresta@gmail.com]; Pax Hehmeyer[pax@stanford.edu]; Jea Choi[jeachoi@stanford.edu]; Alex Ahmed Zaheer[azaheer@stanford.edu]; Kalpa Raj[kalpa@google.com]; Sarah Gardner[sarah@wearethorn.org]; Bill Slattery[bslattery@fb.com]; Aysha Kureishi[ayshakureishi@google.com]; Jillian York[jillian@eff.org]

**From:**      Elena Cryst
**Sent:**      Thur 6/27/2019 11:20:01 PM
**Subject:**   Trust and Safety Engineering Course Call
**Received:**          Thur 6/27/2019 11:20:50 PM

Thank you all for your participation in the Trust and Safety Course. We will use this call to **define the lecture structure and generate an outline of slides and key topics for each presentation.**

BEGIN



Hi there,

Elena Cryst is inviting you to a scheduled Zoom meeting.

## Join Zoom Meeting

Meeting URL:          https://stanford.zoom.us/j/631303881

iPhone one-tap (US Toll):  +18333021536,,631303881# or +16507249799,,631303881#

**Or Telephone:**

Dial:                    +1 650 724 9799 (US, Canada, Caribbean Toll) or +1 833 302 1536 (US, Canada, Caribbean Toll Free)

Meeting ID:        631 303 881

International numbers

**Join from a SIP room system**

SIP:              631303881@zoomcrc.com

Meeting ID:        631 303 881

END

**To:**      SAFIYA NOBLE[snoble@g.ucla.edu]
**Cc:**      Stacy E Wood[swood@c2i2.ucla.edu]; c2i2 Center Staff[centerstaff@c2i2.ucla.edu]; John Sands[sands@kf.org]; Sarah Roberts[sarah.roberts@ucla.edu]; stamos@stanford.edu[stamos@stanford.edu]; ecryst@stanford.edu[ecryst@stanford.edu]; bellagc@stanford.edu[bellagc@stanford.edu]; Vanessa Rhinesmith[vrhinesmith@c2i2.ucla.edu]
**From:**    Kate Starbird
**Sent:**    Wed 9/9/2020 7:17:19 PM
**Subject:**  Re: Overdue intro
**Received:**          Wed 9/9/2020 7:17:21 PM

The following week would work well for me, especially Wed-Fri somewhere

On Sep 8, 2020, at 3:20 PM, SAFIYA NOBLE <snoble@g.ucla.edu> wrote:

Hi all,

I could make that happen this week. Next week I'm on a mini-break, but pretty wide open the following week.

Warmly,

Safiya

--

**From:** Kate Starbird <kstarbi@uw.edu>
**Date:** Tuesday, September 8, 2020 at 3:18 PM
**To:** Stacy Wood <swood@c2i2.ucla.edu>
**Cc:** c2i2 Center Staff <centerstaff@c2i2.ucla.edu>, John Sands <sands@kf.org>, Safiya Noble <snoble@g.ucla.edu>, Sarah Roberts <sarah.roberts@ucla.edu>, "stamos@stanford.edu" <stamos@stanford.edu>, "ecryst@stanford.edu" <ecryst@stanford.edu>, "bellagc@stanford.edu" <bellagc@stanford.edu>, Vanessa Rhinesmith <vrhinesmith@c2i2.ucla.edu>
**Subject:** Re: Overdue intro

I could do something Friday at 3pm (Pacific) if that works for others.

On Sep 8, 2020, at 11:58 AM, Stacy E Wood <swood@c2i2.ucla.edu> wrote:

Hi all!

I'm so sorry to be late to this email chain, but I'm just circling back to see if possibly this coming Friday still works?

We can do Friday afternoon (after 1:30PM) or we can try and find time next week.
Stacy

Stacy E. Wood MLIS, PhD
Director of Research
UCLA Center for Critical Internet Inquiry
www.c2i2.ucla.edu
www.stacyewood.com

**From:** Kate Starbird <kstarbi@uw.edu>
**Sent:** Thursday, August 27, 2020 10:32 AM
**To:** c2i2 Center Staff <centerstaff@c2i2.ucla.edu>
**Cc:** John Sands <sands@kf.org>; SAFIYA NOBLE <snoble@g.ucla.edu>; Sarah Roberts <sarah.roberts@ucla.edu>; stamos@stanford.edu<stamos@stanford.edu>; ecryst@stanford.edu <ecryst@stanford.edu>; bellagc@stanford.edu <bellagc@stanford.edu>; Vanessa Rhinesmith <vrhinesmith@c2i2.ucla.edu>; Stacy E Wood <swood@c2i2.ucla.edu>
**Subject:** Re: Overdue intro

Hello Vanessa,

(Thank you John for the introductions.)

We're excited to connect with you all! You all are doing such amazing and important work.

Early September sounds good. Would something on Friday the 11th work?
(My afternoon is still wide open that day. The rest of the week is a mess.)

Kate

> On Aug 27, 2020, at 8:33 AM, c2i2 Center Staff <centerstaff@c2i2.ucla.edu> wrote:
>
> Hi, all,
>
> Thank you, John, for the kind words - and for the introductions!
>
> A pleasure to connect with everyone.
>
> We definitely have a few things going on at the moment.
>
> Kate - would it be possible to schedule time in early September to connect (week of the 7th)?
>
> I also added our Director of Research, Stacy Wood, to this thread.
>
> cheers, all, and more soon, //vanessa
> —
> //vanessa rhinesmith
> Director of Strategic Partnerships and Programs
> UCLA Center for Critical Internet Inquiry

**From:** John Sands <sands@kf.org>
**Sent:** Monday, August 24, 2020 7:33 PM
**To:** SAFIYA NOBLE <snoble@g.ucla.edu>; Sarah Roberts <sarah.roberts@ucla.edu>; c2i2 Center Staff <centerstaff@c2i2.ucla.edu>; Kate Starbird <kstarbi@uw.edu>
**Cc:** stamos@stanford.edu <stamos@stanford.edu>; ecryst@stanford.edu <ecryst@stanford.edu>; bellagc@stanford.edu <bellagc@stanford.edu>
**Subject:** Overdue intro

Dear Safiya and Sarah,

Congratulations again on the grant you received from Minderoo Foundation last week—truly phenomenal recognition of the work you're engaged in. I've been meaning to reach out about the Election Integrity Partnership, a new initiative being led by, among others, Knight research grantees at Stanford and the University of Washington. Given all the other plates you're spinning these days, I'm not sure what you're planning during the runup to

November, but given that the communities your work serves are among the most vulnerable targets of electoral interference, I did want to make an introduction to the team in case it would be helpful to compare notes. I've copied Kate Starbird on this message by way of introduction in case there are opportunities or alignments worth exploring.

Best wishes,
john

John Sands, PhD
Director | Learning & Impact
KNIGHT FOUNDATION
215·407·7186
kf.org | @knightfdn

**To:**       Alex Stamos[stamos@stanford.edu]; Camille Francois[camille.francois@graphika.com]; Renee DiResta[rdiresta@stanford.edu]; Emerson Brooking[EBrooking@ATLANTICCOUNCIL.org]
**From:**     Kate Starbird
**Sent:**     Fri 8/14/2020 8:46:42 PM
**Subject:**  how are we going to manage the onslaught of post office sabotage (anddrop off your ballot) narratives?
**Received:**        Fri 8/14/2020 8:46:52 PM

Just wondering if we're ready to jump into that. It's not exactly what we were expecting (except it kind of is), but certainly is ripe for information, misinformation, and disinformation coming from just about every direction.

**To:**       Renee DiResta[rdiresta@stanford.edu]
**Cc:**       Alex Stamos[stamos@stanford.edu]
**From:**     Kate Starbird
**Sent:**     Wed 12/1/2021 8:34:47 PM
**Subject:**  Re: Scheduling an EIP "post-mortem" for mid-December
**Received:**           Wed 12/1/2021 8:34:52 PM

Excellent! Thanks!

Any ideas on how to structure the conversation? I'll be chatting with Mike C to help organize on our end, but want to make sure you have a chance to set the agenda. There are so many things to cover!

Kate

On Dec 1, 2021, at 11:18 AM, Renee DiResta <rdiresta@stanford.edu> wrote:

Filled it out; I've got the post-mortem prepped from our end.

**From:** Kate Starbird <kstarbi@uw.edu>
**Sent:** Wednesday, December 1, 2021 2:01 PM
**To:** Renee DiResta <rdiresta@stanford.edu>; Alex Stamos <stamos@stanford.edu>
**Subject:** Fwd: Scheduling an EIP "post-mortem" for mid-December

Hi Alex and Renee,

We're really hoping you two can attend the post EIP V1 chat. Any chance you can fill out the poll (for scheduling)?

Let me know if you have concerns or ideas for the agenda or others to invite.

Thanks!
Kate

Begin forwarded message:

**From:** Julia Scanlan <jccarter@uw.edu>
**Subject: Scheduling an EIP "post-mortem" for mid-December**
**Date:** November 30, 2021 at 11:07:01 AM PST
**To:** Jeff Hancock <hancockj@stanford.edu>, Renee DiResta <rdiresta@stanford.edu>,
Candace DeLeon <reneedirestapa@gmail.com>, Elena Cryst <ecryst@stanford.edu>, Michael
Grass <megrass@uw.edu>, "sunnyxliu@stanford.edu" <sunnyxliu@stanford.edu>, Alex Stamos
<stamos@stanford.edu>, Graham Brookie <gbrookie@ATLANTICCOUNCIL.ORG>,
"etbrooking@gmail.com" <etbrooking@gmail.com>
**Cc:** Mike Caulfield <mica42@uw.edu>, Kate Starbird <kstarbi@uw.edu>

All,

As we begin to engage with issues around electoral misinformation in the coming midterms, we thought it would make sense to bring together those who had played a management or leadership role in the 2020 EIP work to have an informal conversation on what we learned from the last effort. I'm working to schedule a two-hour "post-mortem" session; we're aiming to try to get folks together (virtually) around mid-December. **Please** visit this poll **in the next few days and indicate your availability.** We'll do our best to secure a time when as many as possible can attend. And if others should be included, please feel free to let me know. [I don't yet have emails for Matt Masterson or Isabella Garcia-Camargo; please forward or let me know those and I will send!]

More information to follow. We are aiming to design the agenda collaboratively, to make sure everyone gets what they need out of the session. We'll send around more detail shortly.

Thank you!

Julia

JULIA SCANLAN (she/her)
Director for Strategy and Operations | Center for an Informed Public
University of Washington
206.897.1798 / Box 351205 / cip.uw.edu
News & Insights: Sign up for the CIP's newsletter
Follow the CIP on Facebook and Twitter

**To:**      Alex Stamos[stamos@stanford.edu]
**From:**    Kate Starbird
**Sent:**    Wed 7/8/2020 5:26:21 PM
**Subject:** Re: Election research collaboration - chat this afternoon?
**Received:**        Wed 7/8/2020 5:26:25 PM

Hi Alex,

Happy to chat. I'm booked solid this afternoon. Could we do something tomorrow afternoon? I could do something between 2 and 3pm tomorrow or after 5pm...

Kate

> On Jul 8, 2020, at 9:41 AM, Alex Stamos <stamos@stanford.edu> wrote:
>
> Hey, Kate-
>
> Do you have any time this afternoon to chat? We are working on some election monitoring ideas with CISA and I would love your informal feedback before we go too far down this road.
>
> Sorry for the last minute ask, but things that should have been assembled a year ago are coming together quickly this week.
>
> Alex
>
> --
> Alex Stamos
> Director, Stanford Internet Observatory
> stamos@stanford.edu

**To:**      Maria Bianchi Buck[mariabianchibuck@gmail.com]
**Cc:**      Elena Cryst[ecryst@stanford.edu]; Julia Carter Scanlan[jccarter@uw.edu]; Renee DiResta[rdiresta@stanford.edu]; Alex Stamos[stamos@stanford.edu]; Angela Catella[acatella@pewtrusts.org]; Whittemore, Sam[Sam.Whittemore@bridgespan.org]
**From:**    Kate Starbird
**Sent:**    Fri 4/22/2022 7:02:17 PM
**Subject:** Re: Following up from Pew
**Received:**       Fri 4/22/2022 7:02:19 PM

Hi Maria,

I know that our Stanford colleagues are extremely busy after their big event yesterday — where Obama and others spoke

I'd be happy to find a time next week to chat, either as a larger group or just as the UW team. There may be some questions that we can only answer with the whole group in the room.

In my first read, the proposal here all looks well-aligned with our plans. However, there may be some specifics here that we can't quite guarantee and might end up being slightly different from our final outputs. For example, specific platforms may choose not to work with us — especially if their leadership or core people whom we've worked with previously change. We may be able to cover some languages (e.g. UW is planning on adding Vietnamese) but not others. We may end up running 3 workshops or 1 workshop, rather than 2. And the number of products is likely to be tied to the amount of malicious activity, which could mean more or fewer reports.

I think we might need some information about the flexibility we have on these. Can you give us a sense of that? Or should be adjust the bullets to add the flexibility we think we'll need?

Kate


On Apr 22, 2022, at 6:37 AM, Maria Bianchi Buck <mariabianchibuck@gmail.com> wrote:

Happy Friday!

Thank you all for your help over the past week! I have one more thing I'd love your feedback on - I'm working on translating the information you've provided and the conversations we've had into more structured deliverables.

I have two requests: I'd love to schedule a meeting or meetings next week to really get down into the details of these with you. Because of the structure of the grants (where we'll be making individual grants to each institution) it might make sense to do that with each university team separately, or I'm happy to meet with everyone again if that works better!

Before that, I'd appreciate it if you could review what I've proposed here **by the end of the day,** if at all possible, and let me know if anything needs to be struck or changed before being included in our investment recommendation to give the partnership a sense of the work the grant will cover.

I apologize for the incredibly tight turnaround, and I really appreciate your help!

Maria


**Implement Real Time Monitoring and Reporting on Misinformation**

   • Create software architecture allowing for the expansion of EIP's automated misinformation detection. This expanded coverage will allow the EIP to expand their scope to include streaming platforms, and will also allow the partnership to monitor content in additional languages.

• Expand human capacity for data monitoring, allowing the EIP team to better understand the context in which misinformation is arising and more rapidly and effectively quantify. Combined with the automated monitoring tools, this will lead to higher quality tickets reporting misinformation, allowing the EIP to update the elections field on developing trends in something close to real time.

**Work with Platforms to Strengthen Sector Response to Misinformation**

• Partner with social media companies, including Facebook/Meta, Twitter, Youtube, and TikTok, expanding scope of their work to cover additional platforms. These platforms will integrate with the EIP ticketing system, enabling smooth reporting pathways.

• Conduct a detailed comparative analysis of social media platforms' published elections-related speech policies. The EIP will additionally publish recommendations for best practices for platforms, helping to move the field toward a more responsive posture toward election disinformation.

**Provide Analysis to Inform the Election Field's Response to Misinformation**

• Provide 3 rapid response briefings for election administrators, platforms, journalists, and other partners in response to emerging trends. These briefings will occur on an as needed basis, and will heighten field awareness new forms that misinformation is taking in the 2022 cycle.

• Produce 5 real time reporting and analysis products. These products will explore and explain specific misinformation narratives and patterns, helping platforms, journalists, community partners and election officials better prepare for and combat emerging trends.

• The EIP will conduct a threat ideation exercise for partners entities. The activity will leverage the experience of the EIP team to help the partners explore potential outcomes over the course of the 2022 election process.

• Hold a webinar for election officials. The webinar will increase awareness of the partnership among election officials, and will highlight ways that election officials can engage with the partnership and benefit from its analysis.

• Produce an end of cycle analysis product. The EIP team will publish a peer-reviewed academic publication describing the tactics and dynamics of information spread in the 2022 cycle.

**Increase Diversity in Coverage and Outreach across Geographic, Linguistic, and Social groups**

• Expand the language capacity of the partnership to cover 6 languages. The partners will recruit core team members with native language proficiency in English, Spanish and Chinese, and will additionally build competency through recruitment or monitoring in Tagalog, Vietnamese, and Arabic.

• Create partnerships with 3 community organizations serving marginalized communities. Disinformation campaigns are often microtargeted towards specific demographic groups, so partnerships with groups serving these communities will help the partnership understand how they are receiving and processing information and how it spreads within communities.

• Hold a webinar for Community Partner organizations and other civil society groups. The webinar will be aimed at increasing awareness of the partnership, and will highlight ways that community groups can engage.

• Conduct 2 briefings focusing on the impact of emerging misinformation trends on marginalized or targeted communities.

On Wed, Apr 20, 2022 at 3:02 PM Elena Cryst <ecryst@stanford.edu> wrote:

HI Angela –

Here is that graphic.

⸺

Elena Cryst

Assistant Director

Stanford Internet Observatory

https://io.stanford.edu

**From:** Angela Catella <acatella@pewtrusts.org>
**Date:** Wednesday, April 20, 2022 at 10:48 AM
**To:** Elena Cryst <ecryst@stanford.edu>, mariabianchibuck <mariabianchibuck@gmail.com>, Julia Scanlan <jccarter@uw.edu>
**Cc:** Kate Starbird <kstarbi@uw.edu>, Alex Stamos <stamos@stanford.edu>, Renee DiResta <rdiresta@stanford.edu>, Whittemore, Sam <Sam.Whittemore@bridgespan.org>
**Subject:** RE: Following up from Pew

Thanks, Elena. I believe its actually this graphic we were hoping to have a better version of. Thanks!

<image001.png>

**From:** Elena Cryst <ecryst@stanford.edu>
**Sent:** Wednesday, April 20, 2022 1:36 PM
**To:** mariabianchibuck <mariabianchibuck@gmail.com>; Julia Scanlan <jccarter@uw.edu>
**Cc:** Kate Starbird <kstarbi@uw.edu>; Angela Catella <acatella@pewtrusts.org>; Alex Stamos <stamos@stanford.edu>; Renee DiResta <rdiresta@stanford.edu>; Whittemore, Sam <Sam.Whittemore@bridgespan.org>
**Subject:** Re: Following up from Pew

[EXTERNAL EMAIL]: This message is from an external sender. Verify the sender and exercise caution when clicking links or opening attachments.

Hi Maria –

Sure thing. I've attached the image here.

⸺

Elena Cryst

Assistant Director

Stanford Internet Observatory

https://io.stanford.edu

---

**From:** Maria Bianchi Buck <mariabianchibuck@gmail.com>
**Date:** Wednesday, April 20, 2022 at 6:30 AM
**To:** Julia Scanlan <jccarter@uw.edu>, Elena Cryst <ecryst@stanford.edu>
**Cc:** Kate Starbird <kstarbi@uw.edu>, acatella@pewtrusts.org <acatella@pewtrusts.org>, Alex Stamos <stamos@stanford.edu>, Renee DiResta <rdiresta@stanford.edu>, Whittemore, Sam <Sam.Whittemore@bridgespan.org>
**Subject:** Re: Following up from Pew

Thank you so much, Julia! These were exactly what I needed.

I have one (hopefully simple!) more request. Would it be possible to send me a higher resolution version of the graphic on page two of your original project note? I thought that was a really helpful illustration of the model, and would like to include it in our investment recommendation.

Thank you!

Maria

On Fri, Apr 15, 2022 at 7:32 PM Julia Scanlan <jccarter@uw.edu> wrote:

Hi Maria,

Thank you for your patience as we've put together responses to your questions and some follow-up from our conversation on Monday. Attached is a document that provides additional detail on the requested areas. Let us know if there's anything that's unclear or about which you'd like to know more.

We also have attached our proposed budgets; these are for the 2022-2023 cycle. As we mentioned on the call, these should be considered preliminary and not final. The final versions require full review and approval from our sponsored research offices. Note that as these are grants the universities' sponsored research overhead rates are assessed (57.4% for Stanford, 55.5% for UW).

Thank you for your continued consideration!

Julia

**JULIA SCANLAN** (she/her)

Director for Strategy and Operations | Center for an Informed Public

University of Washington

206.897.1798 / Box 351205 / cip.uw.edu

News & Insights: Sign up for the CIP's newsletter
Follow the CIP on Facebook and Twitter

<image002.jpg>

---

**From:** Maria Bianchi Buck <mariabianchibuck@gmail.com>
**Sent:** Wednesday, April 13, 2022 2:07 PM
**To:** Elena Cryst <ecryst@stanford.edu>
**Cc:** Julia Scanlan <jccuter@uw.edu>; Kate Starbird <kstarbi@uw.edu>; acatella@pewtrusts.org; Alex Stamos <stamos@stanford.edu>; Renee DiResta <rdiresta@stanford.edu>; Whittemore, Sam <Sam.Whittemore@bridgespan.org>
**Subject:** Re: Following up from Pew

Thank you all again for your willingness to jump on a call with us on Monday! The information you provided was incredibly helpful. I have a few follow up questions after the call.

1. When you have a chance, Elena, can you send me the timeline you mentioned during our conversation on platform policy changes?

2. Another budget question which I didn't think to ask on our call: how does the amount requested for 2022 in the proposal you sent compare to the overall budget for EIP in 2022?

3. As part of our efforts to ensure we are incorporating diverse perspectives to inform the work, we would value any information you can provide on...

   a.) how your work takes racial disparities and equity into account in program design

   b.) how your project team (and leadership and advisory bodies, if relevant) are reflective of racial diversity

4. In your proposal and impact goals, you talk about working closely with community groups.

   a.) Have you already identified any of these potential partners?

   b.) Are you offering any financial support to enable these groups to play this role? Would such financial support be useful?

   c.) Are there any specific research products you hope to produce, or hypothesis you hope to test based on this work in the 2022 cycle?

I'm happy to set up another call with some or all of the team, or to get responses by email as they are available. Thank you again!

Maria

On Thu, Apr 7, 2022 at 7:38 PM Maria Bianchi Buck <mariabianchibuck@gmail.com> wrote:

Yes, I can be available then! Thank you for your willingness to move so quickly!

Maria


On Thu, Apr 7, 2022 at 6:42 PM Elena Cryst <ecryst@stanford.edu> wrote:

Hi Maria –

Thank you for sending through the budget template and questions. I think it might be helpful for us to go over all of them in a call and then we can follow up with more detailed responses in writing. Are you available next Monday from 1-2pm PT / 4-5pm ET? I believe that time will work for myself, Kate, Julia and Renee.


———

Elena Cryst, MBA (she/her)

Assistant Director

Stanford Internet Observatory


https://io.stanford.edu


*Book an appointment*


---

**From:** Maria Bianchi Buck <mariabianchibuck@gmail.com>
**Date:** Wednesday, April 6, 2022 at 6:54 PM
**To:** Julia Scanlan <jccarter@uw.edu>
**Cc:** Kate Starbird <kstarbi@uw.edu>, Elena Cryst <ecryst@stanford.edu>, acatella@pewtrusts.org <acatella@pewtrusts.org>, Alex Stamos <stamos@stanford.edu>, Renee DiResta <rdiresta@stanford.edu>, Whittemore, Sam <Sam.Whittemore@bridgespan.org>
**Subject:** Re: Following up from Pew

I'm so sorry about that! Here you go!


On Wed, Apr 6, 2022 at 8:21 PM Julia Scanlan <jccarter@uw.edu> wrote:

Hi Maria,


Thank you so much for this update, and that's great news about the initial write-up. We'll be happy to compile answers and send them as soon as we can. I didn't see a budget template attached to your email

– could you resend?

More soon,

Julia

---

**From:** Maria Bianchi Buck <mariabianchibuck@gmail.com>
**Sent:** Wednesday, April 6, 2022 3:47 PM
**To:** Kate Starbird <kstarbi@uw.edu>; Elena Cryst <ecryst@stanford.edu>
**Cc:** acatella@pewtrusts.org; Alex Stamos <stamos@stanford.edu>; Renee DiResta
<rdiresta@stanford.edu>; Julia Scanlan <jccarter@uw.edu>; Whittemore, Sam
<Sam.Whittemore@bridgespan.org>
**Subject:** Re: Following up from Pew

SIO & CIP Teams:

Thank you so much for your responsiveness and flexibility throughout! Our initial write-up was well received by the funding partners and we're currently working on getting our investment recommendation to them fully compiled. I have another round of clarifying questions that we've tried to prioritize in order of what's most time-sensitive to keep the grant process moving forward - I'd appreciate answers as soon as possible, and am happy to take partial responses as you're able to get them together. As ever, I'm incredibly appreciative of your time and effort in pulling this information together.

I'm also happy to jump on the phone, if you have any questions about what I've written here!

Best,

Maria


**HIgh priority questions on budget & funding sources**

1.) Could you share any off-the-shelf information on the project's budget in 2020? (e.g., topline costs for each organization and major subcategories, sources of funding where that information is available.)
2.) Are there other funders currently supporting, or considering supporting, EIP? To the extent that you're able to share, who has funded the work at what level?
3.) Could you share a brief description of the Newmark gift and NSF grants (i.e., amount, duration, primary use)?
4.) Are you still pursuing funding from DHS/other federal sources? I think you mentioned some reasons why this funding might be undesirable - can you expand on those?
5.) In terms of absorbing the requested funding, do you anticipate any challenges to staffing up quickly (e.g., due to administrative hurdles on hiring)?
6.) One thing that will help us more forward is starting to assemble the budget information in a similar level of detail to that described in the attached budget template. This template is what we'll use for the grant itself, so if you're able to fill it out, that will save time on the backend, but if you have this information in a different format, we can wait to translate it over.

**Clarifications on Impact Indicators (note: happy to set up a call to discuss live if that's easier for you than writing out answers here)**

1.) Increased quality of cataloged tickets/incidents - Can you help me articulate what impact the higher quality of tickets will have for the projects'1 impact? What will this improved data help you do or assess?

2.) Diversity in coverage and outreach across geographic, linguistic, and social groups - Can you articulate what impact you hope this expanded outreach will have? What new learnings will it provide?

3.) Impact on technology company's policies - Could you give me an example of a policy change that happened in 2020 that illustrates the sort of potential change you're talking about? I know that this isn't an area where you can commit to anything specific, so this is a place where talking about previous efforts will be helpful!

4.) Impact of assessments and findings - I understand that it can be challenging to understand the impact of resources made publicly available, but are there any ways you can think about how stakeholders are using this information and how you know they are getting value out of it?

5.) Long-term: Building a redeploy-able system for monitoring information around critical societal events - Can you provide a little more detail about what this will look like?

**Lower Priority Questions**

1.) In your proposal, you mention "Our engagement with civil society organizations augments our social listening by allowing for high-quality tips from community partners who may be the targets of specific misinformation." Is it possible to provide a little more detail on how this works? What makes tips received from these partners of higher quality?

2.) In the proposal, you state "35% of the URLs shared with Facebook, Instagram, TikTok, and YouTube were either labeled, removed, or soft-blocked by the platforms." Can you explain what soft-blocking means in this context?

3.) Are there additional advisory bodies at either institution that will govern or guide this work?

4.) Are there contacts at platforms you could put me in touch with to share additional context on how they're thinking about working with EIP in the upcoming cycle?

On Thu, Mar 31, 2022 at 10:45 AM Kate Starbird <kstarbi@uw.edu> wrote:

Hi Maria,

Echoing this answer, there are places where our workstreams will be separate (for example at the Tier 1 level, where we identify and do a first analysis of problematic content) and others that will be collaborative (for example at Tier 2 where we pull all the content we can about a particular "incident" of mis- or disinformation). We will share data and work collaboratively on analyses — and we will likely be co-authoring many of the outputs. And we're working together to design all of the different aspects of the process to make sure that everything flows together.

Kate

On Mar 30, 2022, at 10:25 PM, Elena Cryst <ecryst@stanford.edu> wrote:

Hi Maria,

There are separate workstreams/divisions of labor between the two university teams. We will be staffing up our own research associates to review separate first tier data ingests as this is more efficient operationally. Our collaboration will be at the analysis and outputs/deliverables stage. We maintain high-level visibility on both side's first tier process (and are collaborating closely on the data ingest architecture) to ensure that they are compatible with each other.

Does that answer your question?

Thanks!

—

Elena Cryst

Assistant Director

Stanford Internet Observatory

https://io.stanford.edu

---

**From:** Maria Bianchi Buck <mariabianchibuck@gmail.com>
**Date:** Wednesday, March 23, 2022 at 10:47 AM
**To:** Elena Cryst <ecryst@stanford.edu>
**Cc:** acatella@pewtrusts.org <acatella@pewtrusts.org>, Alex Stamos <stamos@stanford.edu>, Renee DiResta <rdiresta@stanford.edu>, Kate Starbird <kstarbi@uw.edu>, Julia Carter <jccarter@uw.edu>, Whittemore, Sam <Sam.Whittemore@bridgespan.org>
**Subject:** Re: Following up from Pew

Elena,

Thank you so much for sending this!

I have one hopefully quick question arising from our conversation last week: Are there separate work streams or divisions of labor between the two university teams? Because we're talking about structuring this as two separate grants, it would be useful to understand if there are pieces of the work or deliverables that are more relevant to one organization than the other.

Maria

On Wed, Mar 23, 2022 at 1:32 PM Elena Cryst <ecryst@stanford.edu> wrote:

Hi Maria —

Thank you for your patience as we put together our responses to your questions from Friday's call. Below are some further details on how we're conceptualizing metrics and measurable outputs for the Election Integrity Partnership. I'm also attaching a budget breakdown for our two orgs.

The Election Integrity Partnership will measure its impact on the following key indicators:

- Quality of cataloged tickets or incidents

    ○ For each ticket/incident that EIP reports, we are able to capture whether a platform partner responded to the ticket and whether or not they took action on reported content. We hope to see a high rate of response and action, however, as we do not have full transparency on platforms' decisions, we cannot rely solely on this metric to determine ticket quality.
    ○ To enhance our understanding of our ticket quality, we will want to further differentiate by platform to see if there is a significant difference in the response rate by platform. We anticipate that there will be based on platforms' staffing constraints and on different policy enforcement practices, and robust data collection will enable us to more accurately assess this.

- Diversity in coverage and outreach across geographic, linguistic, and social groups

    ○ We seek to engage with a range of civil society organizations that work closely with a diversity of groups. As with measuring the volume of tickets overall, measuring the volume of tickets relevant to specific target audiences may lead to biased data collection processes. We will measure impact in this space through the quality and diversity in our stakeholder engagement.
    ○ We will have core team members with native language proficiency for the top three languages in the United States (English, Spanish, Chinese), and will additionally have research analysts or partnerships with organizations that have language competency in Tagalog, Vietnamese, Arabic, and other target LEP groups. We previously engaged with a group of Ethnic Media Fellows affiliated with the National Conference on Citizenship who were formed to listen for misinformation around the 2020 census to support our work on vaccine hesitancy. We intend to expand this engagement and supplement with civil society organizations focused on these communities.
    ○ In addition to assessing the profile of our stakeholder engagement, we can measure the uptake of our outputs through tracking metrics on receipt and open rate for our email briefings.

- Impact on technology company's policies

    ○ In 2020, several Election Integrity Partnership analysts conducted a detailed comparative analysis of social media platforms' published elections-related speech policies. This post was updated several times as platforms changed their policies. While we cannot draw a causal link between our work and the policy changes, we can say that subsequent updates to platforms'

policies directly addressed deficiencies identified by our analysts.
○ We intend to repeat this work in 2022 and 2024, expanding it to more platforms and making clear recommendations for best practices in election speech policies. We will measure this through published changes in the platforms' policies.

• Impact of assessments and findings

○ We are able to measure short-term impact of our outputs via metrics such as attendance at or readership of regular briefings, and web traffic and engagement with published content. These metrics tell us how many people our content reaches.
○ For direct policy impact, we consistently re-assess platform policies to see if policies have changed after the posting of our policy assessments. In 2020 we saw numerous changes that more tightly aligned policies to our assessment rubric and we anticipate further changes of this nature in response to our assessments.

• Long-term: Building a redeploy-able system for monitoring information around critical societal events

○ Part of our impact will be measured on whether this methodically built model can be smoothly redeployed after the 2022 election to focus on other critical societal events. This includes developing clear stakeholder relationship models and an adaptable technical infrastructure.

Additional questions

• Budget clarifications:

○ Is EIP seeking other philanthropic funding to support this work?
Yes. UWCIP has received a philanthropic gift that has enabled the hiring of a project lead for EIP. SIO has received a philanthropic gift that has enabled hiring a dedicating a portion of existing staff time to this project. Neither of these are sufficient to cover this project at scale.
○ How does EIP accept philanthropic funding? Will that look like separate grants to each institution, or is it possible to make one grant to Stanford and have it sub-granted to UW?
We prefer funding to be made to the two organizations independently. While it is possible to set up a grant with a sub-award from one institution to the other, our respective universities charge overhead on such a subaward that would significantly reduce the amount of useable funds it adds in addition to increasing administrative burden and delaying the process.
○ In your proposal, does the amount earmarked for 2022 also cover the post-election analysis period?
Yes, the 2022 budget covers the post-election period for 2022 but does not cover the time and effort that will go into expanding this for Election 2024

• Context to help interpret the statistics from your 2020 efforts:

○ Can you contextualize the numbers you shared to help our funding partners interpret them? These were:

▪ 639 distinct "tickets" on election-related mis- and disinformation.
This is the number of in-scope reports of election-related mis- and

disinformation made by our analysts. Additional tickets were filed that were either deemed out of scope of the project or duplicate on this number. Some tickets contained just one unique piece of content while others contained a set of interrelated content pieces. For 2022 we have refined how we think about "incidents" or "tickets" to allow us to capture more nuanced data on both.

- EIP platform stakeholders responded directly to 75% or more of the tickets reported to them

Of the tickets reported to the platform stakeholder, EIP tracked that platforms acknowledged receiving 75% of the tickets.

- 35% of the URLs shared with Facebook, Instagram, TikTok, and YouTube were either labeled, removed, or soft-blocked by the platforms

Of the incidents reported to these four platforms for violating their published election-related policies, the platforms actioned 35% by either labeling, removing, or soft-blocking the content.

○ Can we contextualize these numbers for the partnership?

- What was the time period over which the 639 tickets were reported?

Roughly September 1, 2020 to November 15, 2020

- Qualitatively, what is the impact? For example, did these allow for significant analytical work? What about impact on how voters or election officials experienced misinfo? (if that is knowable)

Yes, this did allow for significant analytical work. Highlights of that are in our EIP report, but further work is forthcoming in several academic journal articles that are currently under review.

Regarding impact on voters or election officials: We don't have sufficient data to say this for 2020 but these are questions we hope to answer for 2022. Part of our longer term work (and a supplemental grant we've received from the National Science Foundation) is designed to look at more of the societal impact. This will require controlled testing and surveys of relevant groups to scientifically assess impact.

- How would more tickets translate to expanded impact? Better research, etc?

Number of tickets is not the right metric to assess this. We do not want to be in a position where analysts are incentivized to create tickets unnecessarily, and our ultimate vision is a world where this project is not needed and tickets don't exist. What will be more important is understanding the narratives that underly the tickets and catalogue the recurring themes and tropes to provide better advanced information to the public.

- It seems like a 75% response rate is good. Could that be improved? What happened to the other ~25%?

We speculate that tickets that went unacknowledged were reported to platforms that did not have capacity to receive tickets or chose not to acknowledge receipt. We hope to see a higher response rate in the future but this is ultimately up to the platforms and not the partnership.

- Is the EIP team happy with the 35% action rate? Should it have been higher? If not, what context explains why 35% is appropriate? If so, what would a better rate look like?

The platforms did not share with us their rationale for each decision. We hope to see a higher number of reported incidents actioned upon as an indication that these incidents are violating or because the platforms have modified their enforcement policies.

There are many reasons a platform may have actioned or not actioned content, and in many cases inaction is an appropriate outcome.

Sometimes incidents were shared for visibility or because they related to a larger narrative.

Some of this action rate relates to different platforms' own policy thresholds. This number is not split out by platform so it can be challenging to compare, say, TikTok to Reddit in platform enforcement.

———

Elena Cryst

Assistant Director

Stanford Internet Observatory

https://io.stanford.edu

**From:** Maria Bianchi Buck <mariabianchibuck@gmail.com>
**Date:** Wednesday, March 16, 2022 at 11:25 AM
**To:** Elena Cryst <ecryst@stanford.edu>
**Cc:** acatella@pewtrusts.org <acatella@pewtrusts.org>, Alex Stamos <stamos@stanford.edu>, Renee DiResta <rdiresta@stanford.edu>, Kate Starbird <kstarbi@uw.edu>, Julia Carter <jccarter@uw.edu>, Whittemore, Sam <Sam.Whittemore@bridgespan.org>
**Subject:** Re: Following up from Pew

Elena and team,

Thank you so much for sending over the proposal - that was immensely helpful. There are a few areas where some additional information would be helpful, which I've detailed below. If it would be useful to you, I'd be happy to set up a call for later this week or early next week to talk through our questions. Any of the following times would work for us:

Thursday, 3/17: 9am or 11am PT

Friday, 3/18: Anytime before 12pm PT

Tuesday, 3/22: 8-9am PT, 11:30am-1pm PT, or any time after 2pm PT

Thank you so much for your help with this!

Maria

Top priority questions

• What deliverables or impact goals for the 2022 work feel appropriate? Some examples of potential goals might be the following, but we would value your perspective on how to best define impact and what milestones or performance metrics should look like:

      o Additional platforms covered or volume of tickets served

      o Partnerships with organizations representing traditionally underrepresented groups, LEP communities, etc

      o Outreach or awareness w/ election officials or collateral/analysis for election officials

      o Evidence base creation for future policy/efforts

• Is it possible to break the 2022 costs down into salaries & benefits, subcontractor fees, and other expenses (technology, etc)? Rough estimates for sub-categories are sufficient at this point.

Additional questions

• Budget clarifications:

      o Is EIP seeking other philanthropic funding to support this work?

      o How does EIP accept philanthropic funding? Will that look like separate grants to each institution, or is it possible to make one grant to Stanford and have it sub-granted to UW?

      o In your proposal, does the amount earmarked for 2022 also cover the post-election analysis period?

• Context to help interpret the statistics from your 2020 efforts:

      o Can you contextualize the numbers you shared to help our funding partners interpret them? These were:

            ■ 639 distinct "tickets" on election-related mis- and disinformation.

            ■ EIP platform stakeholders responded directly to 75% or more of the tickets reported to them

            ■ 35% of the URLs shared with Facebook, Instagram, TikTok, and YouTube were either labeled, removed, or soft-blocked by the platforms

      o Can we contextualize these numbers for the partnership?

            ■ What was the time period over which the 639 tickets were reported?

            ■ Qualitatively, what is the impact? For example, did these allow for significant analytical work? What about impact on how voters or election officials experienced misinfo? (if that is knowable)

            ■ How would more tickets translate to expanded impact? Better research, etc?

            ■ It seems like a 75% response rate is good. Could that be improved? What happened to the other ~25%?

            ■ Is the EIP team happy with the 35% action rate? Should it have been higher? If not, what context explains why 35% is appropriate? If so, what would a better rate look like?

On Wed, Mar 9, 2022 at 10:55 AM Whittemore, Sam
<Sam.Whittemore@bridgespan.org> wrote:

Hi Elena and team, thank you very much for sending this over! We are excited to dig and
will follow-up shortly with some thoughts on next steps.


Best,

Sam

> **From:** Elena Cryst <ecryst@stanford.edu>
> **Sent:** Tuesday, March 8, 2022 7:02 PM
> **To:** Whittemore, Sam
> <Sam.Whittemore@bridgespan.org>;mariabianchibuck@gmail.com; acatella@pe
> wtrusts.org
> **Cc:** Alex Stamos <stamos@stanford.edu>; Renee DiResta
> <rdiresta@stanford.edu>; Kate Starbird <kstarbi@uw.edu>; Julia Carter
> <jccarter@uw.edu>
> **Subject:** Re: Following up from Pew


Hi Sam,


I am attaching here a high level summary of the Election Integrity Partnership
work that will be carried out by the UWCIP and SIO over the coming years. We
have kept this concise while attempting to address your outlined questions below
and indicating our more urgent versus longer term need. We look forward to any
feedback you have on the proposal and are happy to pull together additional
information for you. You have already connected directly with Kate, Alex and
Renee and I am also available to discuss any questions or advice you may have.
We appreciate your support as the work of this program is critically important to
securing this year and future US elections.


Thank you,


———

Elena Cryst, MBA (she/her)

Associate Director

Stanford Internet Observatory


https://io.stanford.edu

*Book an appointment*

On Feb 17, 2022, at 11:57 AM, Whittemore, Sam
<Sam.Whittemore@bridgespan.org> wrote:

Hi Kate, Alex, and Renee,

Thank you again for making the time to meet last week. We were all energized by the conversation and are looking forward to continuing to collaborate with you on how potential funding could enable EIP to have even greater impact on the misinformation challenge.

As you are putting your thinking on paper, I thought it might be helpful to offer a bit more guidance:

- <u>Possible Timing</u> – The funder group is aiming to have the first set of grants disbursed by early June of this year which means the group is hoping to make a decision by end of March to allow time for the appropriate administrative steps to be taken. Our hope is that we could bring something to the funder group for an initial discussion in early March, so that we could share reactions back with you and iterate together as needed.

- <u>Materials</u> – As mentioned, we don't have a set process for the format or length of proposals, but our goal is to keep the process light touch so that you all can stay focused on the more important work. We'll leave it to you to decide the appropriate length, but erring on the side of concision is great. It would be helpful to understand a few main elements:

    o A brief diagnosis of the core problem and articulation of how EIP addresses that problem

    o What impact additional funding would allow you to have (e.g., in 2022, 2024, and beyond)

    o How much funding is needed and for roughly what (though we do not necessarily need a detailed line-by-line budget breakdown)

    o How we would ultimately know if that funding accomplished what was hoped for, e.g., potential performance milestones, indicators of impact, etc.

- <u>Open questions</u> –

    o This is offered strictly as input for you to discard of

not useful, but one reflection from our discussion is that might be helpful to think in-terms of a few different stages of work. For example, short-term funding for the 2022 cycle, post-election research dissemination and learning, and then laying groundwork for 2024.

o Given some of the critical questions you all shared about the future role of EIP in the field and organizational structure (e.g., What parts of this work might CISA take on? What are the tradeoffs between academic affiliation vs. standing up an independent org?), you should not feel like you need to have firm answers to everything now. It would make sense that part of the post-2022 work would be taking a step back to reflect on some of these longer-term topics, and we would look forward to partnering with you on that.

For our reference, **when do you think you might be able to deliver your initial thoughts?** Our bias would be towards starting with something rough, rather than waiting for a formal deliverable, and we can work together to get things "funder-ready."

Let me know if this raises any additional questions, happy to hop on a call anytime to discuss.

Best,

Sam

Sam Whittemore
Manager

**The Bridgespan Group**
2 Copley Place, 7th Floor, Suite 3700B | Boston, MA 02116
Phone: 617.572.3060
Sam.Whittemore@bridgespan.org
www.bridgespan.org

Subscribe to our newsletters and learn how to increase your organization's impact, develop effective leadership, and more.

 Please consider the environment before printing this e-mail.

_____NOTICE_____
This electronic mail transmission, including any attachments, contains

confidential information of The Bridgespan Group ("Bridgespan") and/or its clients. It is intended only for the person(s) named, and the information in such e-mail shall only be used by the person(s) named for the purpose intended and for no other purpose. Any use, distribution, copying or disclosure by any other persons, or by the person(s) named but for purposes other than the intended purpose, is strictly prohibited. If you received this transmission in error, please notify the sender by reply e-mail and then destroy this e-mail. Opinions, conclusions and other information in this message that do not relate to the official business of Bridgespan shall be understood to be neither given nor endorsed by Bridgespan. When addressed to Bridgespan clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract.

_____NOTICE_____This electronic mail transmission, including any attachments, contains confidential information of The Bridgespan Group ("Bridgespan") and/or its clients. It is intended only for the person(s) named, and the information in such e-mail shall only be used by the person(s) named for the purpose intended and for no other purpose. Any use, distribution, copying or disclosure by any other persons, or by the person(s) named but for purposes other than the intended purpose, is strictly prohibited. If you received this transmission in error, please notify the sender by reply e-mail and then destroy this e-mail. Opinions, conclusions and other information in this message that do not relate to the official business of Bridgespan shall be understood to be neither given nor endorsed by Bridgespan. When addressed to Bridgespan clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract.

**To:**       Whittemore, Sam[Sam.Whittemore@bridgespan.org]
**Cc:**       Renee DiResta[rdiresta@stanford.edu]; Alex Stamos[stamos@stanford.edu]; Maria Bianchi
Buck[mariabianchibuck@gmail.com]; Angela Catella[acatella@pewtrusts.org]
**Bcc:**      jccarter@uw.edu[jccarter@uw.edu]
**From:**     Kate Starbird
**Sent:**     Sat 2/19/2022 4:30:34 PM
**Subject:**  Re: Following up from Pew
**Received:**          Sat 2/19/2022 4:30:36 PM

Hi Sam,
Alex and I were able to touch base yesterday. We're hoping to have a proposal of sorts in place in 2-3 weeks. Will that work
for your group?

   Kate

On Feb 17, 2022, at 2:28 PM, Kate Starbird <kstarbi@uw.edu> wrote:

Hi Sam,
Thanks for the follow up email, background information, and pointers on proposal structure here. Alex and I
have a meeting tomorrow afternoon and I'll get back to you regarding a timeline either late tomorrow
afternoon or early next week.

Thinking about this in stages aligns well with our own planning — and our experiences with the active period
of 2020, followed by research, reflection, iteration, and redesign between 2020 and 2022. I imagine we'll
have a similar period of reflection/redesign between 2022 and 2024. And we'll likely plan for some time after
the 2024 election to conduct post-hoc analyses, publish our research, and think about how to translate our
"collaborative frameworks for rapid response to mis/disinformation" for whatever comes next.

We'll loop back around soon.

Thanks!
Kate

On Feb 17, 2022, at 11:57 AM, Whittemore, Sam <Sam.Whittemore@bridgespan.org> wrote:

Hi Kate, Alex, and Renee,

Thank you again for making the time to meet last week. We were all energized by the conversation and
are looking forward to continuing to collaborate with you on how potential funding could enable EIP to
have even greater impact on the misinformation challenge.

As you are putting your thinking on paper, I thought it might be helpful to offer a bit more guidance:

  • Possible Timing – The funder group is aiming to have the first set of grants disbursed by early
    June of this year which means the group is hoping to make a decision by end of March to allow
    time for the appropriate administrative steps to be taken. Our hope is that we could bring
    something to the funder group for an initial discussion in early March, so that we could share
    reactions back with you and iterate together as needed.
  • Materials – As mentioned, we don't have a set process for the format or length of proposals,
    but our goal is to keep the process light touch so that you all can stay focused on the more
    important work. We'll leave it to you to decide the appropriate length, but erring on the side of
    concision is great. It would be helpful to understand a few main elements:
      ○ A brief diagnosis of the core problem and articulation of how EIP addresses that problem

- ○ What impact additional funding would allow you to have (e.g., in 2022, 2024, and beyond)
- ○ How much funding is needed and for roughly what (though we do not necessarily need a detailed line-by-line budget breakdown)
- ○ How we would ultimately know if that funding accomplished what was hoped for, e.g., potential performance milestones, indicators of impact, etc.
- • Open questions –
  - ○ This is offered strictly as input for you to discard of not useful, but one reflection from our discussion is that might be helpful to think in-terms of a few different stages of work: For example, short-term funding for the 2022 cycle, post-election research dissemination and learning, and then laying groundwork for 2024.
  - ○ Given some of the critical questions you all shared about the future role of EIP in the field and organizational structure (e.g., What parts of this work might CISA take on? What are the tradeoffs between academic affiliation vs. standing up an independent org?), you should not feel like you need to have firm answers to everything now. It would make sense that part of the post-2022 work would be taking a step back to reflect on some of these longer-term topics, and we would look forward to partnering with you on that.

For our reference, **when do you think you might be able to deliver your initial thoughts?** Our bias would be towards starting with something rough, rather than waiting for a formal deliverable, and we can work together to get things "funder-ready."

Let me know if this raises any additional questions, happy to hop on a call anytime to discuss.

Best,
Sam

_____

Sam Whittemore
Manager

The Bridgespan Group
2 Copley Place, 7th Floor, Suite 3700B | Boston, MA 02116
Phone: 617.572.3060
Sam.Whittemore@bridgespan.org
www.bridgespan.org

Subscribe to our newsletters and learn how to increase your organization's impact, develop effective leadership, and more.

Please consider the environment before printing this e-mail

_____NOTICE_____ This electronic mail transmission, including any attachments, contains confidential information of The Bridgespan Group ("Bridgespan") and/or its clients. It is intended only for the person(s) named, and the information in such e-mail shall only be used by the person(s) named for the purpose intended and for no other purpose. Any use, distribution, copying or disclosure by any other persons, or by the person(s) named but for purposes other than the intended purpose, is strictly prohibited. If you received this transmission in error, please notify the sender by reply e-mail and then destroy this e-mail. Opinions, conclusions and other information in this message that do not relate to the official business of Bridgespan shall be understood to be neither given nor endorsed by Bridgespan. When addressed to Bridgespan clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract.

**To:**      Whittemore, Sam[Sam.Whittemore@bridgespan.org]
**Cc:**      mastersonmv@gmail.com[mastersonmv@gmail.com]; Alex Stamos[stamos@stanford.edu]; Renee DiResta[rdiresta@stanford.edu]; Reiter, Aiden[Aiden.Reiter@bridgespan.org]; Catherine Vaughan[cvaughan@bluemeridian.org]; Angela Catella[acatella@pewtrusts.org]; Vanessa Tucker[VTucker@hewlett.org]; Fastow, Jeffrey[Jeffrey.Fastow@bridgespan.org]; mariabianchibuck@gmail.com[mariabianchibuck@gmail.com]
**From:**    Kate Starbird
**Sent:**    Thur 2/10/2022 7:50:07 PM
**Subject:** Re: EIP plans and possible intersections with Pew
**Received:**         Thur 2/10/2022 7:50:09 PM

Sounds great Sam. Thanks for the structure here

Kate


On Feb 10, 2022, at 9:21 AM, Whittemore, Sam <Sam.Whittemore@bridgespan.org> wrote:

Hi All,

Looking forward to seeing everyone this afternoon and continuing our respective conversations all together.

Here's what I'd suggest for a high-level agenda, happy to adjust as needed:

- Quick introductions since we are connecting some disparate threads
- Updates from the EIP team on latest thinking with respect to timeline and plans for 2020 and beyond
- Share context from Pew and partners on potential funding opportunity and rough timelines
- Align on next steps

Talk soon,
Sam

-----Original Appointment-----
**From:** Brown, Anne **On Behalf Of** Whittemore, Sam
**Sent:** Monday, January 31, 2022 9:12 AM
**To:** Whittemore, Sam; 'mastersonmv@gmail.com'; 'Kate Starbird'; 'Alex Stamos'; 'Renee DiResta'; Reiter, Aiden
**Cc:** Catherine Vaughan; Angela Catella; 'Vanessa Tucker'; Fastow, Jeffrey; mariabianchibuck@gmail.com
**Subject:** EIP plans and possible intersections with Pew
**When:** Thursday, February 10, 2022 3:00 PM-4:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Zoom details below

Sam Whittemore is inviting you to a scheduled Zoom meeting.

Topic: EIP plans and possible intersections with Pew
Time: Feb 10, 2022 03:00 PM Eastern Time (US and Canada)

Join Zoom Meeting
https://zoom.us/j/97637424332?pwd=Z0RIRm95Wnp2ZnRMZWgyRW5MNHVUUT09

Meeting ID: 976 3742 4332
Passcode:      31
One tap mobile
+14703812552,,97637424332# US (Atlanta)
+16465189805,,97637424332# US (New York)

Dial by your location
        +1 470 381 2552 US (Atlanta)
        +1 646 518 9805 US (New York)
        +1 646 558 8656 US (New York)
        +1 651 372 8299 US (Minnesota)

```
+1 786 635 1003 US (Miami)
+1 267 831 0333 US (Philadelphia)
+1 301 715 8592 US (Washington DC)
+1 312 626 6799 US (Chicago)
+1 470 250 9358 US (Atlanta)
+1 669 219 2599 US (San Jose)
+1 669 900 6833 US (San Jose)
+1 720 928 9299 US (Denver)
+1 971 247 1195 US (Portland)
+1 213 338 8477 US (Los Angeles)
+1 253 215 8782 US (Tacoma)
+1 346 248 7799 US (Houston)
+1 602 753 0140 US (Phoenix)
833 548 0276 US Toll-free
833 548 0282 US Toll-free
877 853 5247 US Toll-free
888 788 0099 US Toll-free
+91 22 71 279 525 India
+91 406 480 2722 India
+91 446 480 2722 India
+91 806 480 2722 India
+91 80 71 279 440 India
+91 116 480 2722 India
+91 22 48 798 004 India
+91 224 879 8012 India
+91 226 480 2722 India
000 800 001 4002 India Toll-free
000 800 050 5050 India Toll-free
+27 87 550 3946 South Africa
+27 87 551 7702 South Africa
0 800 064 584 South Africa Toll-free
0 800 202 521 South Africa Toll-free
0 800 008 728 South Africa Toll-free
```
Meeting ID: 976 3742 4332
Find your local number: https://zoom.us/u/aAd5Ryxmh

Join by SIP
97637424332@zoomcrc.com

Join by H.323
162.255.37.11 (US West)
162.255.36.11 (US East)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia Sydney)
103.122.167.55 (Australia Melbourne)
149.137.40.110 (Singapore)
64.211.144.160 (Brazil)
149.137.68.253 (Mexico)
69.174.57.160 (Canada Toronto)
65.39.152.160 (Canada Vancouver)
207.226.132.110 (Japan Tokyo)
149.137.24.110 (Japan Osaka)
Meeting ID: 976 3742 4332
Passcode:      31

_____NOTICE_____ This electronic mail transmission, including any attachments, contains confidential information of The Bridgespan Group ("Bridgespan") and/or its clients. It is intended only for the person(s) named, and the information in such e-mail shall only be used by the person(s) named for the purpose intended and for no other purpose. Any use, distribution, copying or disclosure by any other persons, or by the person(s) named but for purposes other than the intended purpose, is strictly prohibited. If you received this transmission in error, please notify the sender by reply e-mail and then destroy this e-mail.

Opinions, conclusions and other information in this message that do not relate to the official business of Bridgespan shall be understood to be neither given nor endorsed by Bridgespan. When addressed to Bridgespan clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract.

**To:** Alex Stamos[stamos@stanford.edu]
**From:** Kate Starbird
**Sent:** Wed 1/20/2021 12:18:46 AM
**Subject:** Re: Introduction and Interest in Disinfo Targeting People InWisconsin
**Received:**  Wed 1/20/2021 12:18:47 AM

Got it.
Can you remind me of our estimated publication date? Feb 10?

On Jan 19, 2021, at 12:22 PM, Alex Stamos <stamos@stanford.edu> wrote:

While I think we should be helpful and perhaps can do some early pre-briefs, I would recommend that we not give anybody an early view of the work outside of a careful plan. We have a good opportunity to work with 1-2 media outlets over a week to land our main recommendations, powered by any newsworthy tidbits or conclusions (and every time I look at a draft I see more of those). Our ability to do that will really be reduced if a draft is being circulated in DC, and in my experience you absolutely cannot trust Congressional staff with anything that isn't stamped TS/SCI.

I would offer a verbal briefing of some conclusions, but a PDF with "SUPER CONFIDENTIAL, DO NOT LEAK FOR YOUR OWN PERSONAL POLITICAL BENEFIT" is catnip to these people unless there is a legal penalty involved.

Alex

**From:** Kate Starbird <kstarbi@uw.edu>
**Date:** Tuesday, January 19, 2021 at 11:49 AM
**To:** Renee DiResta <rdiresta@stanford.edu>, Alex Stamos <stamos@stanford.edu>
**Subject:** Fwd: Introduction and Interest in Disinfo Targeting People In Wisconsin

Do we have any mechanism for giving an early view, perhaps on a draft, on some of our work? I feel confident that our content in Ch 4 is accurate (though overlong) and would be comfortable sharing it with a "not for redistribution" watermark. What do you all think?

Begin forwarded message:

**From:** "Poirier, Julia (Baldwin)" <Julia_Poirier@baldwin.senate.gov>
**Subject: RE: Introduction and Interest in Disinfo Targeting People In Wisconsin**
**Date:** January 19, 2021 at 11:09:39 AM PST
**To:** Kate Starbird <kstarbi@uw.edu>

Hi Kate –

My apologies for the delay here – it has been a heck of a few weeks for Congress. I keep reading your name in articles and hearing your interviews on NPR's Morning Edition so I know all the current events have been keeping you crazy busy as well.

I wanted to reach out to ask if your final report has been released yet and if you wouldn't mind sharing it with me?

This work is more important than ever and hopefully the last few weeks have woken people up to start taking more serious action on the mis/disinformation front.

Take care,
Julia

**From:** Kate Starbird <kstarbi@uw.edu>
**Sent:** Wednesday, December 2, 2020 1:05 PM
**To:** Poirier, Julia (Baldwin) <Julia_Poirier@baldwin.senate.gov>

**Subject:** Re: Introduction and Interest in Disinfo Targeting People In Wisconsin

Hi Julia,

Thank you for reaching out. We have stopped our living monitoring are working to write up our final report about mis/disinformation and the 2020 election. That report should be out in 3-4 weeks.

I know we featured some Wisconsin-related cases early on (back in September around ballots in a ditch, if I remember correctly). Here's an interactive graph showing how that narrative spread through Twitter (featuring many of the "repeat offenders" — including Gateway Pundit — who helped spread and amplify election disinformation from August through December).
http://faculty.washington.edu/kstarbi/DitchingMail-WI.html

More recently, I think we've seen some of the narratives that torture statistics to claim fraud. If any of those rise to the surface for our report, I'll let you know.

Among other things, the report will feature a break-down of repeat offenders across platforms… including Twitter, Facebook, and Youtube. It might be a good resource for you all (once we get it out the door).

Kate

On Dec 2, 2020, at 8:25 AM, Poirier, Julia (Baldwin)
<Julia_Poirier@baldwin.senate.gov> wrote:

Hi Kate –

Greta Bedekovics from Senator Klobuchar's Rules Committee recommended that I reach out to you and introduce myself. My name is Julia Poirier and I work for Senator Baldwin from Wisconsin. I am very interested in tracking Wisconsin-specific dis/misinformation since it is a big target because of its swing state status. Additionally, following the civil unrest in Kenosha, Wisconsin, we saw the grave consequences of this post-truth era and all while false rumors spread online that murderous gangs from Milwaukee, Minneapolis and Chicago were coming to ransack the city. Attaching the open letter Senator Baldwin sent to Mark Zuckerberg on the issue.

I would greatly appreciate it if you kept me in mind if you come across any Wisconsin-specific disinfo or trends of conspiracy theories in the state.

Thanks again for your important work. As an aside, I am in currently in graduate school at Georgetown for a mid-career program on Policy Management (like a MPA) and I am focusing my studies on these issues in tech. Although, I am very jealous I am not able to take any of your classes.

Take care,
Julia

Julia Poirier
Legislative Aide
Office of Senator Tammy Baldwin
709 Hart Senate Office Bldg.

<Baldwin Letter to Facebook Threat of Misinformation Translating to Violence.pdf>

**To:**       Alex Stamos[stamos@stanford.edu]
**From:**     Kate Starbird
**Sent:**     Thur 7/9/2020 6:40:37 PM
**Subject:**  Re: Kate and Alex talk election plans
**Received:**         Thur 7/9/2020 6:40:38 PM

Yes. I can make this work!

On Jul 9, 2020, at 10:17 AM, Alex Stamos <stamos@stanford.edu> wrote:

Let's see if this time works!



Hi there,

alex stamos is inviting you to a scheduled Zoom meeting.

# Join Zoom Meeting

Password:          31

Meeting URL:       https://stanford.zoom.us/j/98480467962?pwd=dXlQSmwwVWZj
cGkzbzM3dUZyOXZtZz09

iPhone one-tap (US Toll):  +18333021536,,98480467962# or
+16507249799,,98480467962#

## Or Telephone:

Dial:              +1 650 724 9799 (US, Canada, Caribbean Toll) or +1 833 302
1536 (US, Canada, Caribbean Toll Free)

Meeting ID:        984 8046 7962

Password:          31

International numbers

## Join from a SIP room system

SIP:               98480467962@zoomcrc.com

Meeting ID:        984 8046 7962

Password: 31

<Mail Attachment.ics>

**To:**    Emerson Brooking[EBrooking@ATLANTICCOUNCIL.org]
**Cc:**    stamos@stanford.edu[stamos@stanford.edu]; Renee DiResta[rdiresta@stanford.edu];
camille.francois@graphika.com[camille.francois@graphika.com]; ben.nimmo[ben.nimmo@graphika.com]; Julia
Carter[jccarter@uw.edu]; rcalo@uw.edu[rcalo@uw.edu]; Graham Brookie[gbrookie@ATLANTICCOUNCIL.ORG]; Kelsey
Henquinet[KHenquinet@ATLANTICCOUNCIL.org]; isabella Garcia-Camargo[bellagc@stanford.edu]; Elena
Cryst[ecryst@stanford.edu]; Nicholas Yap[NYap@atlanticcouncil.org]
**From:**    Kate Starbird
**Sent:**    Fri 9/18/2020 10:13:45 PM
**Subject:**    Re: EIP Speaking Opportunity: 9/24 12pm PDT Congressional Briefing
**Received:**        Fri 9/18/2020 10:13:47 PM

I can attend from UW.

On Sep 18, 2020, at 2:47 PM, Emerson Brooking <EBrooking@ATLANTICCOUNCIL.org> wrote:

Good afternoon,

We previewed this on EIP Slack, but DFRLab has locked down a time for our next congressional briefing: **September 24 at 12pm PDT/3pm EDT.** The briefing will last an hour and will be hosted by the offices of Senators Klobuchar and Reed (although attendance will be bipartisan and bicameral).

**We would love to feature one representative from each EIP partner,** to review early findings on voting-related disinformation as well as to be available more generally to discuss disinformation, foreign interference, and appropriate countermeasures. Our August engagement had nearly 60 office representatives and generated a lot of positive feedback.

It would be ideal if you could let us know who can attend from your organization by **Monday, 9/21, 9am PDT/12pm EDT.** This will enable us to get promotion started as quickly as possible.

On your calendars, please also mark Tuesday, 10/13 as the tentative date for the next briefing in this series. Although just three weeks later, that seems an aeon away...

Best,
Emerson

--

**Emerson Brooking** | Resident Fellow, Digital Forensic Research Lab
1030 15th Street, NW, 12th Floor | Washington, DC 20005
ebrooking@atlanticcouncil.org | +1 706.452.4558 | @etbrooking

| **To:** | Elena Cryst[ecryst@stanford.edu] |
|---|---|
| **Cc:** | Maria Bianchi Buck[mariabianchibuck@gmail.com]; Julia Carter Scanlan[jccarter@uw.edu]; Renee DiResta[rdiresta@stanford.edu]; Alex Stamos[stamos@stanford.edu]; Angela Catella[acatella@pewtrusts.org]; Whittemore, Sam[Sam.Whittemore@bridgespan.org] |
| **From:** | Kate Starbird |
| **Sent:** | Wed 5/11/2022 4:21:54 PM |
| **Subject:** | Re: Draft Grant Proposals |
| **Received:** | Wed 5/11/2022 4:21:54 PM |

This IS great news. Thank you, Maria, for supporting us through this process!

Kate


On May 11, 2022, at 8:03 AM, Elena Cryst <ecryst@stanford.edu> wrote:

Thank you Maria -

This is fantastic news. We look forward to the follow-up information.


Elena Cryst, MBA
Assistant Director
Stanford Internet Observatory
http://io.stanford.edu

---

**From:** Maria Bianchi Buck <mariabianchibuck@gmail.com>
**Sent:** Wednesday, May 11, 2022 8:00:05 AM
**To:** Julia Scanlan <jccarter@uw.edu>
**Cc:** Elena Cryst <ecryst@stanford.edu>; Kate Starbird <kstarbi@uw.edu>; Renee DiResta <rdiresta@stanford.edu>; Alex Stamos <stamos@stanford.edu>; Angela Catella <acatella@pewtrusts.org>; Whittemore, Sam <Sam.Whittemore@bridgespan.org>
**Subject:** Re: Draft Grant Proposals

Everyone,

Thank you so much for your help with this! The partners have voted to approve the investment in the EIP, and both proposals are in great shape. I'll get answers to your questions this afternoon, and then we should be ready to submit through the university offices!

I really appreciate your work on this!

Maria


On Tue, May 10, 2022 at 2:20 PM Julia Scanlan <jccarter@uw.edu> wrote:

Hi Maria,


The UW CIP has also finalized the proposal draft in the Google doc. Please let us know if you have any questions or if you'd like to chat through anything in the doc.

Similarly to SIO, we will also need to submit the proposal, budget, and budget justification to our Office of Sponsored Programs. The timeline is similar as well, and they'll have the same questions! Hopefully we'll be able to navigate these parallel processes relatively quickly.

Regarding the indirect cost rate, as long as Pew does not have any new written policies around indirect cost caps, then we should be fine to use the 10% rate.

Thank you so much for all of your help and support. We're grateful for your partnership.

Julia

**From:** Elena Cryst <ecryst@stanford.edu>
**Sent:** Tuesday, May 10, 2022 9:43 AM
**To:** Julia Scanlan <jccarter@uw.edu>; Maria Bianchi Buck <mariabianchibuck@gmail.com>; Kate Starbird <kstarbi@uw.edu>; Renee DiResta <rdiresta@stanford.edu>; Alex Stamos <stamos@stanford.edu>
**Cc:** Angela Catella <acatella@pewtrusts.org>; Whittemore, Sam <Sam.Whittemore@bridgespan.org>
**Subject:** Re: Draft Grant Proposals

Hi Maria,

On the Stanford side, we've finished reviewing and adding to the proposal draft you sent out. I believe UW will be sending theirs later today or early tomorrow. Thank you so much for that. I believe I've responded to all the substantive questions, but please let me know if there are any other points of clarification or things we should discuss. Regarding dates, we are hoping to have the grant extend through August 2023 so that we can utilize the summer quarter when we are able to bring in more full-time support to work on the EIP operations for 2024 and the wrap up analysis for 2022. Please let me know if that is workable on your end.

I read your note regarding Pew's negotiated Indirect Cost Rate with Stanford. I consulted with our office of sponsored research and they informed me that they do not have a negotiated waiver with Pew, however, if you share with me either a program announcement or a letter from the program officer indicating that Pew has indirect cost guidelines and what those guidelines are, I will request that exception from our research compliance officer.

On our end, our next steps are submitting the full proposal, including the grant proposal document, the budget and budget justification, and any other supporting documentation, to our office of sponsored research. The require a minimum of 10 business days for review and approval once I submit (plus additional time for the waiver request), so I would love to get that process started as soon as possible. I have a few questions that they will ask:

- How is the final proposal to be submitted (ex: by email, by online portal)

• Is this proposal considered a response to an RFP or a direct solicitation? If the former, we are asked to submit a copy of the RFP
• What is the best point of contact between PCT and our Office of Sponsored Research

Please let me know the next steps on your end. Thank you for all you've done to support this project so far.

———

Elena Cryst

Assistant Director

Stanford Internet Observatory

https://io.stanford.edu

---

**From:** Julia Scanlan <jccarter@uw.edu>
**Date:** Monday, May 2, 2022 at 3:08 PM
**To:** Maria Bianchi Buck <mariabianchibuck@gmail.com>, Kate Starbird <kstarbi@uw.edu>, Elena Cryst <ecryst@stanford.edu>, Renee DiResta <rdiresta@stanford.edu>, Alex Stamos <stamos@stanford.edu>
**Cc:** Angela Catella <acatella@pewtrusts.org>, Whittemore, Sam <Sam.Whittemore@bridgespan.org>
**Subject:** RE: Draft Grant Proposals

Thank you Maria! Kate is traveling today to DC but will be back later in the week. We'll aim to get edits and input into this doc asap.

I'll also confer with our grants specialist on the point of contact you mention. Will respond shortly on that front.

Many thanks!

Julia

---

**From:** Maria Bianchi Buck <mariabianchibuck@gmail.com>
**Sent:** Sunday, May 1, 2022 6:45 PM
**To:** Julia Scanlan <jccarter@uw.edu>; Kate Starbird <kstarbi@uw.edu>; Elena Cryst <ecryst@stanford.edu>; Renee DiResta <rdiresta@stanford.edu>; Alex Stamos <stamos@stanford.edu>
**Cc:** Angela Catella <acatella@pewtrusts.org>; Whittemore, Sam <Sam.Whittemore@bridgespan.org>
**Subject:** Draft Grant Proposals

Hello!

I hope everyone had a refreshing weekend and that everyone is feeling better!

As we talked about last week, I've created two Google Docs with skeletons of the two grant proposals: one for SIO and another for UW CIP.  I struggled with how to organize this least chaotically, and this was my best effort. If anyone feels strongly about attacking it in another way, I'm very open to that, they just need to end up as two distinct proposals.

I'd particularly appreciate your assistance with the description of the work involved, timeline, and deliverables sections.

Besides these documents, I also need your help in identifying the right person at each institution for the Pew team to reach out to to start financial due diligence. (Stanford team - if the grantee will be Stanford, I don't actually need this, but if the grantee is a sub-entity like SIO, which I'm guessing it is, then I do need a point of contact.) For both institutions, I'd love your guidance on how to proceed - the Pew team is ready to go ASAP, but if it will cause a problem for this to start before the compliance office has the grant proposal, we can hold off - let me know if there's an order of operations we need to follow!

Thank you all so much for your help! We're almost there!

Maria

**To:** Alex Stamos[stamos@stanford.edu]
**From:** Kate Starbird
**Sent:** Tue 8/11/2020 7:07:03 PM
**Subject:** Re: Money from Craig
**Received:** Tue 8/11/2020 7:07:10 PM

Thanks. Super helpful context.

> On Aug 11, 2020, at 11:47 AM, Alex Stamos <stamos@stanford.edu> wrote:
>
> Yes, I would ask for the upper end.

---

**From:** Kate Starbird <kstarbi@uw.edu>
**Sent:** Tuesday, August 11, 2020 11:36:05 AM
**To:** Alex Stamos <stamos@stanford.edu>
**Subject:** Re: Money from Craig

I just sent him a message, because I had a hunch that he'd be interested. We're looking for funding to hire students for the Fall (specifically on the EIP project) — to increase our capacity.
We're working on a budget. We could go really small (mostly hourly undergrads), but I'm thinking 50k-100k so we can hire some Master's students as well. Do you think he's comfortable in that range?

> On Aug 11, 2020, at 11:33 AM, Alex Stamos <stamos@stanford.edu> wrote:
>
> Newmark just made a comment that he wanted you to apply for a grant? He is very keyed up to fast-track any ask for election-related work.
>
> Just wanted to let you know in case you have no idea what he is talking about (which wouldn't be a surprise).
>
> Alex
>
> --
> Alex Stamos
> Director, Stanford Internet Observatory
> stamos@stanford.edu

**To:**       Alex Stamos[stamos@stanford.edu]
**From:**     Kate Starbird
**Sent:**     Thur 7/23/2020 9:53:03 PM
**Subject:**  Re: looping back around on possibility of some (smallish) funding forstudents?
**Received:**        Thur 7/23/2020 9:53:04 PM

No worries. If you're not pursuing extra funding, we'll either each out directly to Craig or others… or pull most of our students in through for-credit opportunities rather than via funded hours.

On Jul 23, 2020, at 2:12 PM, Alex Stamos <stamos@stanford.edu> wrote:

We were able to get our funding via a big election grant that Nate Persily already had access to, so I would be happy to ask Craig and some other folks to fund your component directly (I really don't want to deal with money moving between universities). Would you like me to ask on the higher end?

From: Kate Starbird <kstarbi@uw.edu>
Sent: Thursday, July 23, 2020 1:47 PM
To: Alex Stamos <stamos@stanford.edu>
Subject: Re: looping back around on possibility of some (smallish) funding for students?

I was just wondering if you were still thinking about trying to get small funds from someone interested (like Craig Newmark) to fund this project specifically on the academic side? (Per our first conversation). I think you'd mentioned something in the 50-100k range.

On Jul 23, 2020, at 12:09 PM, Alex Stamos <stamos@stanford.edu> wrote:

How much? I can forward around an ask.

From: Kate Starbird <kstarbi@uw.edu>
Sent: Thursday, July 23, 2020 11:50:59 AM
To: Alex Stamos <stamos@stanford.edu>
Subject: looping back around on possibility of some (smallish) funding for students?

**To:**    Craig Newmark[craig.newmark@gmail.com]
**Cc:**    Donovan, Joan M[joan_donovan@hks.harvard.edu]; Alex Stamos[stamos@stanford.edu]; Renee DiResta[renee.diresta@gmail.com]; Vivian Schiller[Vivian.Schiller@aspeninstitute.org]
**From:**  Kate Starbird
**Sent:**   Mon 2/28/2022 4:39:55 AM
**Subject:** Re: Eyes on Russia Project
**Received:**   Mon 2/28/2022 4:39:57 AM

At UW, we're quietly assessing capacity to provide some lightweight analysis of narratives and grey propaganda networks. We'll be diverting some of our "rapid response" capacity (currently planning 2022 election efforts) towards Ukraine. But we're moving deliberately to make sure we have the right people, expertise, and can make sure that anything we do is supporting others and not causing damage. We're worried that if this goes on for an extended period of time, the information space may begin to more like what we studied regarding Syria… and the clarity that we have at this moment will be muddied and bent towards the strategic goals of Russia.

Joan, please pass on a message of support from me to Jane. And if there's anything we can do to support questions she has, let me know.

Kate

On Feb 27, 2022, at 8:11 PM, Craig Newmark <craig.newmark@gmail.com> wrote:

Much thanks!

Craig Newmark, craigslist founder
craignewmarkphilanthropies.org

On Sun, Feb 27, 2022, 10:32 PM Donovan, Joan M <joan_donovan@hks.harvard.edu> wrote:

Thanks Craig.

I have a meeting with Kate soon to talk about mid-term monitoring and election response. But, this past week has been a horror show. We suspect that twitter is starting to throttle images of deaths and gore.

As you know our fellow Jane is from Ukraine and this war hits very close to home for us. If there are people you think we should be talking to, let me know.

I'll take a closer look at this mapping system to see how they verify information. It looks like they map social media images? I wonder how it might be affected if twitter changes how it shows images.

Thanks for the head's up.

Best,

Joan

Joan Donovan, PhD

Research Director

Harvard Kennedy's Shorenstein Center on Media, Politics, and Public Policy

www.mediamanipulation.org

---

**From:** Craig Newmark <craig.newmark@gmail.com>
**Date:** Sunday, February 27, 2022 at 5:37 PM
**To:** Alex Stamos <stamos@stanford.edu>, Renee DiResta <renee.diresta@gmail.com>, Kate Starbird <kstarbi@uw.edu>, "Donovan, Joan M" <joan_donovan@hks.harvard.edu>, Vivian Schiller <Vivian.Schiller@aspeninstitute.org>
**Subject:** Fwd: Eyes on Russia Project

FYI only.

Hi!

Craig Newmark, craigslist founder
craignewmarkphilanthropies.org

---------- Forwarded message ---------
From: **Ross Burley** <ross@info-res.org>
Date: Sun, Feb 27, 2022, 5:34 PM
Subject: Eyes on Russia Project
To: Craig Newmark <craig.newmark@gmail.com>

Hi Craig,

The Centre for Information Resilience (CIR) is an independent, non-profit social enterprise dedicated to countering disinformation, exposing human rights abuses, and combating harmful online behaviour. We're seeking financial support for our Eyes on Russia project - to verify, map, and archive Russian military operations, human rights incidents and information operations in Ukraine. In partnership with Bellingcat, Mnemonic and others, we have in a short time:

 - Built a network of over 70 open-source investigators and organisations;
 - Created a consolidated database and archive of over 1000 pieces of open-source data relating to military movements, human rights incidents and kinetic activity in and around Ukraine;
 - Visualised this data on an online map to enable easy analysis. The map has been accessed over 900,000 times with The Times, AFP, the Financial Times, ITV News and NBC all requesting to embed it on their websites – with our Twitter thread accessed by over 2.1 million users.

- Produced compelling social media content and reporting providing both rapid-fire analysis and verification, and trend/impact analysis of the rapidly evolving situation;

- Entered into several media partnerships to help correspondents verify and report accurate information on the ground

The project has so far been self-funded, and we are urgently seeking financial support / a grant to continue this important work that is already proving invaluable to journalists and civil society.

Best wishes

Ross

**Ross Burley**

Co-Founder & Executive Director

Centre for Information Resilience

www.info-res.org

**To:**        Renee DiResta[renee.diresta@gmail.com]
**Cc:**        Dwoskin, Elizabeth[Elizabeth.Dwoskin@washpost.com]; stamos@stanford.edu[stamos@stanford.edu]; Merrill, Jeremy[Jeremy.Merrill@washpost.com]
**From:**      Kate Starbird
**Sent:**      Sat 4/2/2022 2:55:04 PM
**Subject:**   Re: EIP collab w/Wash Post
**Received:**  Sat 4/2/2022 2:55:08 PM

I'm happy to have a conversation about this as well. We have a pretty solid list of those repeat offenders from 2020/Twitter. And we are thinking about how to make that part of our monitoring and analysis for 2022. Happy to share the list as a starting place and think about ways to track across other platforms...
  Kate

On Apr 2, 2022, at 7:41 AM, Renee DiResta <renee.diresta@gmail.com> wrote:

Yup, happy to chat about this - I'm on the road the 6-8th but Monday and Tuesday I have availability. I'm east coast now so your afternoons/my early evenings may actually be simplest for scheduling.

On Fri, Apr 1, 2022 at 5:49 PM Dwoskin, Elizabeth <Elizabeth.Dwoskin@washpost.com> wrote:

Hi Alex, Renee, and Kate (aka my fave people :),

I spoke to Alex last week about an idea we are on working on at The Post that we thought could make for a potentially powerful collaboration with EIP. As part of our disinfo in the midterms coverage, our data scientist Jeremy Merrill and I are putting together a spreadsheet that I'm tentatively calling The Megaphone Project. It basically tracks where all the accounts and publishers who spread the Big Lie in 2020 are now. What platforms are they using? Do they still have the megaphones they had in 2020? What are they saying in the runup to 2022?

Of course, tracking this comprehensively will take some effort because these voices are more fractured now and also because many of these figures have multiple accounts. But the result could offer readers a deeper picture of how narratives are starting to emerge and who is spreading them, which platforms have power to springboard certain narratives into the public domain in 2022 and how does that differ from 2020, etc. We could even envision this as something we could put together with EIP along with our excellent graphics team for a special section.

Alex said the next step would be to email everyone to set up a conversation about what this collaboration might look like. It might be early, but the midterms are coming up quickly and we'd love to get the ball rolling. Do you all have some time next week?

Thanks much,

Lizza

Elizabeth Dwoskin

Silicon Valley Correspondent

The Washington Post

F: (917)453-0480 (Signal)

@lizzadwoskin

**To:**     Michael Grass[megrass@uw.edu]
**Cc:**     Alex Stamos[stamos@stanford.edu]; Camille Francois[camille.francois@graphika.com]; Graham
Brookie[gbrookie@ATLANTICCOUNCIL.ORG]; bellagc@stanford.edu[bellagc@stanford.edu]; Melinda McClure
Haughey[mhaughey@uw.edu]
**From:**   Kate Starbird
**Sent:**   Wed 11/4/2020 7:57:01 PM
**Subject:** Re: follow up #2 from morning briefing
**Received:**          Wed 11/4/2020 7:57:03 PM

     1. Kate, can you send the tracking you did showing the effectiveness of Twitter's label?

Can someone connect Lizza with the graphs Joey and Joe did last night for Twitter's label of Trump's tweet?

On Nov 4, 2020, at 11:30 AM, Dwoskin, Elizabeth <Elizabeth.Dwoskin@washpost.com> wrote:

Hi Michael, Alex, Camille, Melinda, Kate, Graham, and Isabella,
Thanks for another super-helpful briefing from the A-team.
A few quick follow up requests to help our reporting today:

     1. Can you send the info about the sharpie anecdote, that was recycled from state to state?
     2. Kate, can you send the tracking you did showing the effectiveness of Twitter's label?
     3. Do you think it's fair to say that the narrative is shifting now from misinfo about voting process to misinfo about the tallying process? If so, what's the best example you have of that?
     4. Reupping from the Q&A: Do you think the premature calling of victory is a bigger test for the platforms than Russian disinfo, in terms of protecting threats to democracy?

Cheers,
Lizza

--

Elizabeth Dwoskin
Silicon Valley Correspondent
The Washington Post
F: (917)453-0480 (Signal)
@lizzadwoskin

**To:**       Alex Stamos[stamos@stanford.edu]
**Cc:**       Graham Brookie[gbrookie@ATLANTICCOUNCIL.ORG]
**From:**     Kate Starbird
**Sent:**     Thur 9/17/2020 8:12:40 PM
**Subject:**  Re: VICE - Shane Smith Interview
**Received:**         Thur 9/17/2020 8:12:41 PM

Same. Happy to do it if we can find a time.


> On Sep 16, 2020, at 4:26 PM, Alex Stamos <stamos@stanford.edu> wrote:
>
> Yeah, happy to participate if we can make the timing work.
>
> **From:** Graham Brookie <gbrookie@ATLANTICCOUNCIL.ORG>
> **Sent:** Wednesday, September 16, 2020 4:10 PM
> **To:** Alex Stamos <stamos@stanford.edu>; Kate Starbird <kstarbi@uw.edu>
> **Subject:** VICE - Shane Smith Interview
>
> Hey team --
>
> I got a call from a producer at VICE, who is coordinating their big/special election documentary with HBO. They asked if the three of us would be willing to do a group skype interview with VICE's founder Shane Smith about the work of the EIP and where we are at. I think it would good to include Graphika, if useful. I am willing to do it, and think it would reach a different audience than usual and have more shelf life than more news cycle coverage because of VICE's distribution on HBO.
>
> Their note is below:
>
> "While foreign interference is continuing in similar fashion to 2016, the primary issue is domestic misinformation, what manifestations of it do you see the most, and kind of rounding off discussion with the biggest worries being the calling into question the validity of the voting process, especially as it will take days to tally the results. So the crucial period will be in the period from election day to when the actual numbers for who won are available. I'm just outlining the three major sections here as I remember from our discussion. And I believe the likely breakdown of who speaks to what was:
>
> Graham - political
> Stamos - tech companies and how they're responding
> Kate - will talk most about how unprepared we are as a society
>
> We want to see if it's possible to conduct this interview sooner than later."

**To:**      Alex Stamos[stamos@stanford.edu]
**Cc:**      Alex Chitty[alex.chitty@vice.com]; Kelsey Henquinet[KHenquinet@atlanticcouncil.org]; Shawn
Killebrew[shawn.killebrew@vice.com]; Graham Brookie[gbrookie@atlanticcouncil.org]
**From:**    Kate Starbird
**Sent:**    Tue 9/29/2020 5:25:49 PM
**Subject:** Re: Connecting <VICE / EIP>
**Received:**        Tue 9/29/2020 5:25:50 PM

I could do noon on Tuesday (any Tuesday).

On Sep 29, 2020, at 10:17 AM, Alex Stamos <stamos@stanford.edu> wrote:

Yes, I can make something in 12-3pm ET work on Tuesday, but I have a hard stop at 3pm ET to teach.

**From:** Alex Chitty <alex.chitty@vice.com>
**Sent:** Tuesday, September 29, 2020 10:13 AM
**To:** Alex Stamos <stamos@stanford.edu>
**Cc:** Kelsey Henquinet <KHenquinet@atlanticcouncil.org>; Shawn Killebrew <shawn.killebrew@vice.com>; Graham
Brookie <gbrookie@atlanticcouncil.org>; Kate Starbird <kstarbi@uw.edu>
**Subject:** Re: Connecting <VICE / EIP>

That is very reasonable! At the risk of pushing too much, do you think we could make the Tuesday work?

Your voice is key to what we have in mind for the piece and if we can make it work with the other schedules I would
love to keep you involved if we can.

On Tue, 29 Sep 2020 at 10:09, Alex Stamos <stamos@stanford.edu> wrote:

Monday is Columbus Day and my kids have it off, so I'm going to say no Zooms that day. You folks are welcome to go
ahead without me.

**From:** Alex Chitty <alex.chitty@vice.com>
**Date:** Tuesday, September 29, 2020 at 10:07 AM
**To:** Alex Stamos <stamos@stanford.edu>
**Cc:** Kelsey Henquinet <KHenquinet@atlanticcouncil.org>, Shawn Killebrew <shawn.killebrew@vice.com>,
Graham Brookie <gbrookie@atlanticcouncil.org>, Kate Starbird <kstarbi@uw.edu>
**Subject:** Re: Connecting <VICE / EIP>

I am jealous!

We'd love to have you participate, though (and with a good connection). Could we perhaps look at the following
Monday? I know there are multiple schedules here to work out.

On Tue, 29 Sep 2020 at 10:05, Alex Stamos <stamos@stanford.edu> wrote:

I'm going to be working from a cabin that day for the holiday weekend, so we can schedule something in that
window but you might need to move ahead without me if the wifi isn't great.

**From:** Alex Chitty <alex.chitty@vice.com>
**Date:** Tuesday, September 29, 2020 at 9:46 AM
**To:** Kelsey Henquinet <KHenquinet@atlanticcouncil.org>
**Cc:** Shawn Killebrew <shawn.killebrew@vice.com>, Graham Brookie <gbrookie@atlanticcouncil.org>, Alex
Stamos <stamos@stanford.edu>, Kate Starbird <kstarbi@uw.edu>
**Subject:** Re: Connecting <VICE / EIP>

Kelsey, that's great news. Thank you very much.

Katie and Alex, do you think we could find a slot in your calendars that might work with Graham's availability, below?

On Mon, 28 Sep 2020 at 19:39, Kelsey Henquinet <KHenquinet@atlanticcouncil.org> wrote:

Hi Alex,

Thank you for sending target dates and for following up! October 9th between 12-3pm ET works best with Graham's schedule.

Thank you,

Kelsey

**From:** Alex Chitty <alex.chitty@vice.com>
**Date:** Monday, September 28, 2020 at 10:32 AM
**To:** Shawn Killebrew <shawn.killebrew@vice.com>
**Cc:** Graham Brookie <gbrookie@ATLANTICCOUNCIL.ORG>, Alex Stamos <stamos@stanford.edu>, Kate Starbird <kstarbi@uw.edu>, Kelsey Henquinet <KHenquinet@ATLANTICCOUNCIL.org>
**Subject:** Re: Connecting <VICE / EIP>

Hello all! I hope you had a great weekend.

I thought I would check in on the viability of these dates below and also had a question.

Shawn told me about the visualization you might be able to show us during an interview. Do you have any form of that we could see ahead of time? It would be very useful for planning purposes, perhaps with making graphics, etc.

On Tue, 22 Sep 2020 at 13:17, Alex Chitty <alex.chitty@vice.com> wrote:

We chatted, and would absolutely love to do this a little later than originally planned - around 8 or 9 of October, ideally in the afternoon. Would that work? Otherwise we could look at early the following week.

We'd love about 40 minute if at all possible. But we could make do with less. We're happy to send through some topics ahead of the interview.

On Tue, 22 Sep 2020 at 07:49, Shawn Killebrew <shawn.killebrew@vice.com> wrote:

Graham, really appreciate you setting this up. We've already been filming with people in swing states where disinformation is a real factor. A lot to unpack in the upcoming interview, it feels extremely relevant, more so than even when we began talking about this. As soon as we have these options for interview times, we'll send your way.

On Mon, Sep 21, 2020 at 8:19 PM Alex Chitty <alex.chitty@vice.com> wrote:

Graham thank you so much for connecting us!

We're really grateful to be in touch and for your time on this.

We have a scheduling meeting tomorrow so we will look at ideal dates for us and report back. We want to try to look at some of what we have shot in the field and tailor the interview to work with it. But ultimately we will work around your schedules of course.

We're excited for this!

On Mon, 21 Sep 2020 at 17:04, Graham Brookie <gbrookie@atlanticcouncil.org> wrote:

Hi all —

Apologies for the late connection here. Based on conversations with everybody, connecting us all here to coordinate a potential sit-down about the work of the Election Integrity Partnership, the unique angles we bring to the partnership, and what we're seeing in the disinfo space in the context of election.

Alex S. and Kate meet Alex C. and Shawn, who are producing VICE NEWS' election special.

We need to coordinate a time.

Alex C. and Shawn, the below is the basic laydown I included to Alex S. and Kate, based on our conversation. Don't hesitate to fill in anything else:

*"While foreign interference is continuing in similar fashion to 2016, the primary issue is domestic misinformation, what manifestations of it do you see the most, and kind of rounding off discussion with the biggest worries being the calling into question the validity of the voting process, especially as it will take days to tally the results. So the crucial period will be in the period from election day to when the actual numbers for who won are available. I'm just outlining the three major sections here as I remember from our discussion. And I believe the likely breakdown of who speaks to what was:*

*Graham - political*
*Stamos - tech companies and how they're responding*
*Kate - will talk most about how unprepared we are as a society*

*We want to see if it's possible to conduct this interview sooner than later."*

Thanks,
Graham


--
**SHAWN KILLEBREW**
Producer, *Vice News Tonight / Hulu's VICE Investigates / Showtime's VICE*

**VICE**
cell # 917-370-7769

**To:**    Tune, Cydney A.[cydney.tune@pillsburylaw.com]
**Cc:**    Alex Stamos[stamos@stanford.edu]; Debra L Zumwalt[zumwalt@stanford.edu]; Buder, James K (ATG)[james.buder@atg.wa.gov]; Jevin West[jevinw@uw.edu]; Julia Carter[jccarter@uw.edu]
**From:**    Kate Starbird
**Sent:**    Thur 10/1/2020 8:33:31 PM
**Subject:**    Re: UW-Stanford Intro on Project Veritas
**Received:**    Thur 10/1/2020 8:33:33 PM

If you're able to connect with James Buder this afternoon, I'd also like to invite Jevin West and Julia Carter (Director and Director of Strategy and Operations at the Center for an Informed Public) to attend.

Thank you,
Kate

> On Oct 1, 2020, at 1:12 PM, Kate Starbird <kstarbi@uw.edu> wrote:
>
> Hello Cydney,
> I'm writing to introduce you to James Buder, our representative from the Attorney General's office here in Washington. He has some availability this afternoon (3-4:30) and he is willing to connect.
>
> Unfortunately, I'm not available at that time, but I can follow up with folks afterwards or sometime tomorrow morning.
>
> Best,
> Kate

>> On Oct 1, 2020, at 7:50 AM, Tune, Cydney A. <cydney.tune@pillsburylaw.com> wrote:
>>
>> Hi Alex - Thank you for the introduction.
>>
>> Hi Professor Starbird - It is very nice to meet you, even though it's not under the best of circumstances..
>>
>> Best regards,
>>
>> Cydney
>>
>> **Cydney A. Tune** | Senior Counsel
>> **Pillsbury Winthrop Shaw Pittman LLP**
>> **Four Embarcadero Center, 22nd Floor** | **San Francisco, CA 94111-5998**
>>
>> t +1.415.983.6443 | f +1.415.983.1200
>>
>> cydney.tune@pillsburylaw.com | website bio

>> **From:** Alex Stamos <stamos@stanford.edu>
>> **Sent:** Wednesday, September 30, 2020 9:49 PM
>> **To:** Kate Starbird <kstarbi@uw.edu>; Tune, Cydney A. <cydney.tune@pillsburylaw.com>; Debra L Zumwalt <zumwalt@stanford.edu>
>> **Subject:** UW-Stanford Intro on Project Veritas
>>
>> * EXTERNAL EMAIL *
>>
>> Kate,

Debra, the general counsel of Stanford, and Cydney from Pillsbury will be handling the Veritas matter on our side. Please let us know when you have a legal contact at UW for them to work with.

Debra and Cydney, this is Professor Kate Starbird, our excellent counterpart at UW.

  -Alex

Alex Stamos
Director, Stanford Internet Observatory
stamos@stanford.edu

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.



Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Floor | San Francisco, CA 94111-5998 | tel 415.983.1000 | fax 415.983.1200

MAILING ADDRESS: P.O. Box 2824, San Francisco, CA 94126-2824

Sarah G. Flanagan<br>
tel: +1.415.983.1190<br>
sarah.flanagan@pillsburylaw.com

October 2, 2020

<u>Via Email and First Class Mail</u>

Jered T. Ede
Project Veritas
1214 W. Boston Post Rd, No. 148
Mamaroneck, NY 10543
Email: jered@projectveritas.com

> Re:   Response to Letter re September 29, 2020 *Project Veritas*
> *#BallotHarvesting Amplification* Post

Dear Mr. Ede:

Our firm represents The Board of Trustees of the Leland Stanford Junior University ("Stanford"). We write in response to your September 30, 2020 letter to Stanford and The University of Washington ("UW") on behalf of Project Veritas demanding retraction of a September 29, 2020 article, entitled *Project Veritas #BallotHarvesting Amplification* and published by the Election Integrity Partnership (the "Article"), to provide you with Stanford's assessment of your letter. UW joins in this response. This letter is without prejudice to either Stanford's or UW's rights and remedies, which are expressly reserved.

The Stanford Internet Observatory and the UW Center for an Informed Public are both highly respected and credible research institutions composed of experienced academic researchers who conduct original research on the misuse of the internet to cause harm, with a particular focus on online misinformation. The institutions, as members of the Election Integrity Partnership, conduct research and publish facts, analysis, and reactions to misinformation on the internet and the online platform policies around it, to enhance voting system resiliency by increasing digital literacy among policymakers and civil society. As part of their research, the Election Integrity Partnership receives reports of election misinformation from the Cybersecurity and Infrastructure Security Agency, part of the Department of Homeland Security, and the Election Integrity ISAC, which is coordinating the security work of hundreds of local election officials. We provide this background to demonstrate that the articles published by the Election Integrity Partnership are

Jered T. Ede
October 2, 2020
Page 2

heavily researched, they are based on publicly available facts or official reports, and the conclusions they reach are based on those verifiable and objective sources.

With that in mind, we have carefully reviewed the assertions in your letter, and Stanford and UW strongly and respectfully disagree with your objections and demands. It is well-established that news reporting and journalism are entitled to the highest levels of free speech protection when the reporting or journalism concerns a public issue or an issue of public interest. Here, election misinformation is indisputably an issue of public interest, and the Election Integrity Partnership website is clearly a public forum for news reporting that qualifies for protection under the First Amendment to the United States Constitution and various state statutes.

As you well know, truth is a complete defense to a defamation claim. You characterize the Article as relying on a "conspiracy theory style series of false and unevidenced assumptions based solely upon the timing and tagging of tweets and posts" to reach its conclusion that the virality of a Project Veritas video was the result of an orchestrated effort to promote the video, rather than organic sharing of the video. However, the timestamps and digital trail of the video are the objective, third party, and verifiable facts underlying the conclusions and opinions reached in the Article.

The vast majority of the Article provides a factual summary of the chain of events that led to the authors' concluding takeaways. Those statements are based strictly on publicly available, time-stamped social media posts and their verifiable metadata, so they are indisputably truthful statements of fact. Any assertion otherwise is false. The comments that do not merely summarize the factual chain of events are either truthful statements or expressions of opinion, and thus not actionable. And, it is important to note that expressions of opinion, as opposed to statements of fact, are not actionable under claims for defamation. Moreover, public figures, like Project Veritas, have a high standard to prove defamation, requiring clear and convincing evidence that an allegedly defamatory statement was made with "actual malice," i.e., with knowledge of its falsity or with reckless disregard for the truth.

As such, contrary to your assertions, the Article was carefully researched and it contains only truthful statements, based on publicly available facts, or expressions of opinion, based on the authors' analysis of those facts. The statements made in the Article are clearly not "unsubstantiated," nor are any "misleading" or "wholly fabricated," as you claim. To the extent any statement in the Article could be proven wrong, which we very much doubt, such statements were certainly not published with any knowledge of falsity or with reckless disregard for the truth. As such, Project Veritas's claim of defamation based on the Article is meritless.

Jered T. Ede
October 2, 2020
Page 3

The real gravamen of your concern seems to revolve around the Article's use of the term "coordinated", which it does in the ordinary English language usage of the word to demonstrate that seeming virality of a social media post can be orchestrated, rather than organic, and that virality does not necessarily reflect a collective judgment on the part of a large number of individuals that the post's contents are worthy of belief. You raise the issue that the word "coordination" has a specific meaning under the FEC's rules, which could apparently be problematic for Project Veritas. However, its use in the Article does not incorporate or imply that the three-pronged test for coordination under FEC regulations is satisfied. We leave it to Project Veritas to assess and assure its compliance with whatever laws it may be subject to.

More importantly, though, that comment is obviously an expression of opinion, as demonstrated by the authors' cautious use of the terms "suggest" and "possibility." The authors do not say there was coordination, but instead they opine that the facts suggest a possibility of coordination. There is no way a reader could reasonably interpret that comment as being a statement of fact. It is clearly an expression of opinion, and thus not actionable for defamation.

For the foregoing reasons, the Article is well substantiated, it is composed entirely of truthful statements or expressions of opinion, and it is therefore not actionable for defamation. As a result, we would seek attorneys' fees and costs against Project Veritas for bringing such a meritless claim for defamation under anti-SLAPP and other laws.

In sum, as Project Veritas has no claim for defamation against Stanford or UW, neither sees any reason to, and will not ask the Election Integrity Partnership to, retract the Article. Stanford and UW are prepared to vigorously defend themselves, their students and their researchers against your baseless claim should you decide to press the matter.

We trust this resolves the matter.

Very truly yours,

Sarah G. Flanagan

**To:**        Buder, James K (ATG)[james.buder@atg.wa.gov]; Debra L Zumwalt[zumwalt@stanford.edu]
**Cc:**        Kate Starbird[kstarbi@uw.edu]
**From:**    Alex Stamos
**Sent:**    Sat 10/3/2020 12:20:52 AM
**Subject:** Thank You
**Received:**      Sat 10/3/2020 12:21:39 AM

Thank you both for coming today. Your words and very presence were very reassuring for the team.

I'll let you know if we hear anything else, but thank you very much for reacting so quickly and professionally in support of our team. You both get coins too. *

Have a nice weekend,
 Alex

---

Alex Stamos
Director, Stanford Internet Observatory
stamos@stanford.edu

**To:**      Alex Stamos[stamos@stanford.edu]
**Cc:**      Renee DiResta[rdiresta@stanford.edu]
**From:**    Kate Starbird
**Sent:**    Wed 3/2/2022 4:00:12 PM
**Subject:** [Alex-Kate-Renee on EIP Membership] Proposed new time: Tomorrow at 8:00 am
**Received:**          Wed 3/2/2022 4:00:12 PM

I would like to move this event from this Friday at 8:00 am to tomorrow at 8:00 am.


Kate

**To:**       Alex Stamos[stamos@stanford.edu]
**Cc:**       joebak@uw.edu[joebak@uw.edu]; Jevin West[jevinw@uw.edu]
**From:**     Kate Starbird
**Sent:**     Sat 11/21/2020 9:10:59 PM
**Subject:**  Re: [eip-info] Williams College press inquiry
**Received:**        Sat 11/21/2020 9:11:01 PM

It's a bit outside my skillset, but I'm also ccing Jevin in case he has the cycles to take a look

> On Nov 21, 2020, at 11:44 AM, Alex Stamos <stamos@stanford.edu> wrote:
>
> Hey, Joe and Kate. Are you interested in writing up a response to this professor?

---

**From:** Wolf, Samuel <stw5@williams.edu>
**Sent:** Saturday, November 21, 2020 11:14 AM
**To:** info@eipartnership.net
**Subject:** [eip-info] Williams College press inquiry

Hello,
My name is Sam Wolf, and I'm a student at Williams College and a managing editor of the college paper, The Williams Record.

I'm reaching out because a math professor at Williams, Steven Miller, has made a sworn, public statement alleging severe voter irregularities in Pennsylvania, which the chair of the FEC has responded to publicly. A few conservative outlets have picked it up, including Just the News.

We want to write about this not in order to give a platform to rhetoric that casts doubt on the election, but because we believe our readers deserve to know that a professor has made such a statement. Would the Election Integrity Project be willing to contextualize or respond to this statement for our paper?

Thanks so much for your assistance, and please let me know if you have any questions.

Best,
Sam Wolf '21

--
To unsubscribe from this group and stop receiving emails from it, send an email to info-unsubscribe@eipartnership.net.

**To:**      Elena Cryst[ecryst@stanford.edu]
**Cc:**      Alex Stamos[stamos@stanford.edu]; Camille Francois[camille.francois@graphika.com]; Emerson Brooking[EBrooking@ATLANTICCOUNCIL.org]; Isabella Garcia-Camargo[bellagc@stanford.edu]; Julia Carter[jccarter@uw.edu]
**From:**    Kate Starbird
**Sent:**     Sat 8/1/2020 1:43:00 AM
**Subject:**  Re: EIP Webinar – August 12
**Received:**      Sat 8/1/2020 1:43:02 AM

Hi Elena,

I can make it and plan to present for our team. I'm happy to provide feedback on the slide deck over the next few days.

Kate

On Jul 31, 2020, at 12:01 PM, Elena Cryst <ecryst@stanford.edu> wrote:

Hi Kate, Camille and Emerson,

As I shared on slack and during our meeting yesterday, we have been given the slot in the Stanford Cyber Policy Center Webinar on August 12 from 10-11am PST. We would like to have one representative from each partner on the panel to briefly share an intro to your organization and your interest in the partnership. Alex will be representing the Internet Observatory.

**I have roughly outlined the presentation in** this slide deck. This is open to feedback so please feel free to comment directly on the slides. I will be finalizing (and beautifying) the deck next week. The idea is to prepare remarks for ~30 minutes of the time and leave 30 min open to moderated Q&A.

For planning purposes, we ask speakers to be available at 9:40am PST for a tech / logistics check in before the webinar starts. Could you each please confirm if you will be able to present during that webinar or if another member of your team will be there in your stead?

—

Elena Cryst
Assistant Director
Stanford Internet Observatory

650.723.0337

https://io.stanford.edu

*Book an appointment*

| | |
|---|---|
| **To:** | Scherer, William[William.Scherer@mail.house.gov] |
| **Cc:** | Alex Stamos[stamos@stanford.edu]; Renee DiResta[rdiresta@stanford.edu] |
| **From:** | Kate Starbird |
| **Sent:** | Fri 1/14/2022 7:11:44 PM |
| **Subject:** | Re: January 6th |
| **Received:** | Fri 1/14/2022 7:11:44 PM |

Hi Bill,

I'm happy to chat. I have some flexibility next Wed at 11am (Pacific) and Thurs 10-noon (Pacific).

Kate

On Jan 13, 2022, at 3:44 PM, Scherer, William <William.Scherer@mail.house.gov> wrote:

Hello Alex, Kate, and Renee- I'd love to set-up a call and talk about what we are doing.  Based on your thoughts, I could invite some other fellow senior members of the committee.  Many thanks for the quick response – Bill

Sent from my iPhone

On Jan 13, 2022, at 4:22 PM, Alex Stamos <stamos@stanford.edu> wrote:

Hi, William-

You probably want to chat with some combination of Dr. Kate Starbird from UW or Renee and I from Stanford.

-Alex

**From:** Scherer, William <William.Scherer@mail.house.gov>
**Date:** Thursday, January 13, 2022 at 1:20 PM
**To:** info@eipartnership.net <info@eipartnership.net>
**Cc:** Scherer, William <William.Scherer@mail.house.gov>, Scherer, William T (wts) <wts@virginia.edu>
**Subject:** January 6th

Hello:  I'd like to know if there is a contact I can speak with regarding your Long Fuse report, and in particular data used.
I'm working, as a faculty at the University of Virginia with the House Select Committee, on investigations into the Jan 6 attack on the Capitol.
Thanks- Bill

William T. Scherer
Professor, Systems Engineering
wts@virginia.edu
William.Scherer@mail.house.gov
https://engineering.virginia.edu/faculty/william-t-scherer

—

To unsubscribe from this group and stop receiving emails from it, send an email to info+unsubscribe@eipartnership.net.

| | |
|---|---|
| **To:** | Alex Stamos[stamos@stanford.edu] |
| **Cc:** | Weisz, Aaron[WeiszA@cbsnews.com]; Flickinger, Ian[Flickinger@cbsnews.com] |
| **From:** | Kate Starbird |
| **Sent:** | Mon 10/19/2020 5:33:09 PM |
| **Subject:** | Re: CBS NEWS - ON DEADLINE: Election Disinformation Inquiry |
| **Received:** | Mon 10/19/2020 5:33:10 PM |

Hi Alex,

I'm reaching out to connect you with Ian Flickinger and Aaron Weisz at 60 Minutes. They may be interested in doing a story covering some of our analysis on the days after the election (if things go sideways). And I think they're looking to find someone in the Election Integrity Partnership who would be available for an interview in NYC or DC. (If Graham is in the area, he'd be my first choice, though last I saw him on Zoom he seemed to be out West somewhere).

I'll let you all take it from here.

Best,
Kate

On Oct 19, 2020, at 9:53 AM, Flickinger, Ian <Flickingerl@cbsnews.com> wrote:

Hi Kate,

Thanks again for taking our call -- we look forward to staying in touch as we get closer to Election Day.

If you wouldn't mind, we'd love to be added to the distribution list for your prediction piece that's set to be released soon and would be grateful for an introduction to your colleagues at Stanford.

Thanks very much for your time and guidance.

Best,

**Ian Flickinger**
**60 Minutes**
Cell: 330 506 2873
flickingeri@cbsnews.com

**From:** Kate Starbird <kstarbi@uw.edu>
**Sent:** Friday, October 16, 2020 11:32 AM
**To:** Flickinger, Ian <Flickingeri@cbsnews.com>
**Cc:** Weisz, Aaron <WeiszA@cbsnews.com>; Michael Grass <megrass@uw.edu>
**Subject:** Re: CBS NEWS - ON DEADLINE: Election Disinformation Inquiry

External Email

12:30PM ET/9:30AM PT

Works for me. My phone number is 206 313 2766.

On Oct 16, 2020, at 8:28 AM, Flickinger, Ian <FlickingerI@cbsnews.com> wrote:

Thank you, Kate, for the speedy reply! Michael, it's nice to e-meet you.

Kate, would 12:30PM ET/9:30AM PT work for you on Monday? If not, what works best? And what's the best number to reach you?

Grateful for your guidance.

**Ian Flickinger**
**60 Minutes**
Cell: 330 506 2873
flickingeri@cbsnews.com

**From:** Kate Starbird <kstarbi@uw.edu>
**Sent:** Friday, October 16, 2020 11:22 AM
**To:** Flickinger, Ian <FlickingerI@cbsnews.com>
**Cc:** Weisz, Aaron <WeiszA@cbsnews.com>; Michael Grass <megrass@uw.edu>
**Subject:** Re: CBS NEWS - ON DEADLINE: Election Disinformation Inquiry
**Importance:** High

External Email

Hello Ian,

Thank you for reaching out. I would be thrilled to chat with you all — ideally Monday, if that works for you. (Our sole motivation is to get the products of our analyses out into the world.)

I am located in Seattle, as are most of our team at UW. The Stanford folks are a little more spread out, but most are in the Bay Area. We have other partners in other parts of the world, but I'm not sure if we have any in NY or DC. I'm ccing Michael Grass, our communications director for the Election Integrity Partnership, hoping that he can help find someone in the area for you (if indeed anyone is in the area).

Kate

Kate Starbird
Associate Professor | Human Centered Design & Engineering (HCDE) | University of Washington
Co-Founder | Center for an Informed Public (CIP) | University of Washington
kstarbi@uw.edu

On Oct 16, 2020, at 7:28 AM, Flickinger, Ian <FlickingerI@cbsnews.com> wrote:

Hello Kate,

I hope you and your family are safe and well. I work at CBS News – 60 Minutes. We're working on a report in the event the Presidential Election results are contested next month.

I came across a report referencing your work analyzing the online network set to amplify misinformation about the election's results.

Would you have a moment today or early next week to discuss your team's work identifying election disinformation? And, are any of your counterparts that monitor election disinformation located in NY or DC? If we proceed with this piece, we may be interested in speaking with someone on camera – it would help know if someone is within our proximity.

Thanks in advance for your help. Please let me know if you have any questions.

Best,

**Ian Flickinger**
**60 Minutes**
Cell: 330 506 2873
flickingeri@cbsnews.com

**To:** Alex Stamos[stamos@stanford.edu]
**From:** Kate Starbird
**Sent:** Thur 7/9/2020 6:50:49 PM
**Subject:** Re: Election research collaboration - chat this afternoon?
**Received:** Thur 7/9/2020 6:50:50 PM

Yes.

> On Jul 9, 2020, at 8:45 AM, Alex Stamos <stamos@stanford.edu> wrote:
>
> Still available today at 2pm?

---

**From:** Kate Starbird <kstarbi@uw.edu>
**Sent:** Wednesday, July 8, 2020 10:26:21 AM
**To:** Alex Stamos <stamos@stanford.edu>
**Subject:** Re: Election research collaboration – chat this afternoon?

Hi Alex,
Happy to chat. I'm booked solid this afternoon. Could we do something tomorrow afternoon? I could do something between 2 and 3pm tomorrow or after 5pm…

Kate

> On Jul 8, 2020, at 9:41 AM, Alex Stamos <stamos@stanford.edu> wrote:
>
> Hey, Kate-
>
> Do you have any time this afternoon to chat? We are working on some election monitoring ideas with CISA and I would love your informal feedback before we go too far down this road.
>
> Sorry for the last minute ask, but things that should have been assembled a year ago are coming together quickly this week.
>
> Alex
>
> —
>
> Alex Stamos
> Director, Stanford Internet Observatory
> stamos@stanford.edu

| | |
|---|---|
| **To:** | Renee DiResta[rdiresta@stanford.edu] |
| **Cc:** | Alex Stamos[stamos@stanford.edu] |
| **From:** | Kate Starbird |
| **Sent:** | Thur 12/2/2021 3:06:34 AM |
| **Subject:** | Re: Scheduling an EIP "post-mortem" for mid-December |
| **Received:** | Thur 12/2/2021 3:06:37 AM |

That sounds like a great plan. I think Mike plans to circle back with you about co-running the meeting. I'll step out of the way!

Kate

On Dec 1, 2021, at 1:00 PM, Renee DiResta <rdiresta@stanford.edu> wrote:

Yup, Mike and I have a weekly and chatted about it earlier this week. One option could be for each team to prepare in advance a single slide with two columns, positives and things to change, which we can all read in advance (should only take ~20 min) and then use the meeting for discussion. I can present on VP, since I think I have the most in-the-weeds perspective there, specifically to what we tried to update and replace, what worked well and what failed, etc.

**From:** Kate Starbird <kstarbi@uw.edu>
**Sent:** Wednesday, December 1, 2021 3:35 PM
**To:** Renee DiResta <rdiresta@stanford.edu>
**Cc:** Alex Stamos <stamos@stanford.edu>
**Subject:** Re: Scheduling an EIP "post-mortem" for mid-December

Excellent! Thanks!

Any ideas on how to structure the conversation? I'll be chatting with Mike C to help organize on our end, but want to make sure you have a chance to set the agenda. There are so many things to cover!

Kate

On Dec 1, 2021, at 11:18 AM, Renee DiResta <rdiresta@stanford.edu> wrote:

Filled it out; I've got the post-mortem prepped from our end.

**From:** Kate Starbird <kstarbi@uw.edu>
**Sent:** Wednesday, December 1, 2021 2:01 PM
**To:** Renee DiResta <rdiresta@stanford.edu>; Alex Stamos <stamos@stanford.edu>
**Subject:** Fwd: Scheduling an EIP "post-mortem" for mid-December

Hi Alex and Renee,

We're really hoping you two can attend the post EIP V1 chat. Any chance you can fill out the poll (for scheduling)?

Let me know if you have concerns or ideas for the agenda or others to invite.

Thanks!
Kate

Begin forwarded message:

**From:** Julia Scanlan <jccarter@uw.edu>
**Subject: Scheduling an EIP "post-mortem" for mid-December**
**Date:** November 30, 2021 at 11:07:01 AM PST
**To:** Jeff Hancock <hancockj@stanford.edu>, Renee DiResta
<rdiresta@stanford.edu>, Candace DeLeon <reneedirestapa@gmail.com>, Elena
Cryst <ecryst@stanford.edu>, Michael Grass <megrass@uw.edu>,
"sunnyxliu@stanford.edu" <sunnyxliu@stanford.edu>, Alex Stamos
<stamos@stanford.edu>, Graham Brookie
<gbrookie@ATLANTICCOUNCIL.ORG>, "etbrooking@gmail.com"
<etbrooking@gmail.com>
**Cc:** Mike Caulfield <mica42@uw.edu>, Kate Starbird <kstarbi@uw.edu>

All,

As we begin to engage with issues around electoral misinformation in the coming
midterms, we thought it would make sense to bring together those who had played a
management or leadership role in the 2020 EIP work to have an informal conversation on
what we learned from the last effort. I'm working to schedule a two-hour "post-mortem"
session; we're aiming to try to get folks together (virtually) around mid-
December. **Please** visit this poll **in the next few days and indicate your availability.** We'll
do our best to secure a time when as many as possible can attend. And if others should be
included, please feel free to let me know. [I don't yet have emails for Matt Masterson or
Isabella Garcia-Camargo; please forward or let me know those and I will send!]

More information to follow. We are aiming to design the agenda collaboratively, to make
sure everyone gets what they need out of the session. We'll send around more detail
shortly.

Thank you!

Julia

JULIA SCANLAN (she/her)
Director for Strategy and Operations | Center for an Informed Public
University of Washington
206.897.1798 / Box 351205 / cip.uw.edu
News & Insights: Sign up for the CIP's newsletter
Follow the CIP on Facebook and Twitter

**To:**     Paul Lockaby[plockaby@uw.edu]
**Cc:**     Sean M. McNee[smcnee@domaintools.com]; Alex Stamos[stamos@stanford.edu]; Elena Cryst[ecryst@stanford.edu]; dthiel@stanford.edu[dthiel@stanford.edu]
**From:**   Kate Starbird
**Sent:**   Sun 8/30/2020 9:28:06 PM
**Subject:** Re: DT and the Election Integrity Project
**Received:**     Sun 8/30/2020 9:28:27 PM

Thanks Sean and Paul. I'll move some items around in my schedule to make sure I can attend this (Tuesday at 1pm).

Paul, do we want to invite Emma as well? Seems like she would be a good contact on our side (another faculty PI working on analysis).

Kate

> On Aug 28, 2020, at 8:26 AM, Paul Lockaby <plockaby@uw.edu> wrote:
>
> Hi Sean,
>
> I think that we're all available at 1pm on Tuesday. We all have Google accounts that we can use to join your meeting if you want to host it over Zoom. Can you make sure that a phone number is available, too?
>
> Thanks,
> -Paul
>
>> On Aug 27, 2020, at 9:43 AM, Sean M. McNee <smcnee@domaintools.com> wrote:
>>
>> Hello Paul, Kate, Alex, Elena, and David,
>>
>> The Research Team at DomainTools is excited about the possibilities of helping identify how Internet infrastructure could be used to spread misinformation or cause interference in our elections.
>>
>> Proposed Meeting Times
>>
>> Scheduling can be painful, so I will propose several possible times next week when DT can meet, and I hope that one of these slots works for everyone.
>>          • Monday, Aug 31, 10:30 - 11am, Pacific
>>          • Monday, Aug 31, 3:30 - 4pm, Pacific
>>          • Tuesday, Sept 1, 1-1:30pm, Pacific
>>          • Wednesday, Sept 2, 2:30-3pm, Pacific
>>          • Thursday, Sept 3, 10:30-11am, Pacific
>> Please let me know which time works for everyone and we can make it happen. From my personal perspective, the Tuesday time slot is best, with a secondary preference for Monday afternoon.
>>
>> Access to Iris and our APIs
>>
>> To pre-emptively answer a few questions about what kind of access we can offer, here are some details:
>>          • Access for academic research is provided free of charge
>>                    • Access is time-limited but can be easily renewed
>>          • Access includes:
>>                    • Iris Investigate web-based investigation tool
>>                    • Iris APIs
>>                    • PhishEye APIs and email alerts
>>                    • Classic/Standalone APIs (e.g. Whois History, IP Whois, etc.)
>>                    • Monitoring APIs
>>          • APIs have quotas, but sizes can be adjusted per your usage needs
>>          • Training and support
>>                    • Because access is given for free, official training and support may be limited
>>                    • The Research Team, however, is here to help
>> DomainTools provided Iris and API access to Kate Starbird and her research team a few years ago. That account is still in our system and it would be straightforward to re-enable it.
>>
>> Documentation
>>          • https://www.domaintools.com/resources/api-documentation/
>>          • https://www.domaintools.com/products/iris/
>>
>> DomainTools uses Google Meet as our virtual conferencing platform. I am happy to host if people are ok using Meet.
>>
>> I am looking forward to talking with everyone about this opportunity!
>>

>>
>> Sean
>>
>> On Wed, Aug 26, 2020 at 12:32 PM Paul Lockaby <plockaby@uw.edu> wrote:
>> Hi Sean\
>>
>> I've cced these people:
>>
>> Kate Starbird - PI at UW CIP
>> Alex Stamos - Director of the Stanford Internet Observatory and faculty POC at Stanford
>> Elena Cryst - Assistant Director of the Internet Observatory
>> David Thiel - CTO at the Internet Observatory
>>
>> Do you have some times available to meet with us for 30 minutes? Like I said, this is to just go over what tools are available, how we intended to use them, and generally what the relationship will be between the EIP and DomainTools.
>>
>> Thanks!
>> -Paul
>>
>>
>>> On Aug 25, 2020, at 11:18 AM, Paul Lockaby <plockaby@uw.edu> wrote:
>>>
>>> Thanks Sean! You responded much faster than I expected. We're meeting with Stanford on this topic tomorrow and I'll have points of contact after that (I hope) and I'll set up a 30 minute meeting with me, Kate, Stanford's faculty POC and Stanford's technical contact just to go over what services are available and how this relationship might work. Does that sound good?
>>>
>>> Thanks,
>>> -Paul
>>>
>>>> On Aug 24, 2020, at 5:29 PM, Sean M. McNee <smcnee@domaintools.com> wrote:
>>>>
>>>> Hi Paul,
>>>>
>>>> Researching the use of domains and Internet Infrastructure for possible misinformation on the elections or for causing other electoral interference is an interesting and very timely research topic.
>>>>
>>>> DomainTools would be interested in both providing access to DT's product and services to UW and Stanford for the Election Integrity Project in support of these efforts as well as possibly having the DT Research team work actively with the Election Integrity Project on election-related research topics.
>>>>
>>>> A few ground rules DomainTools has for research access:
>>>>    • Access usually is provided on a term/semester basis and can be renewed; we like to do check-ins to make sure you're still getting value from the data
>>>>    • Access is given to professors/PIs as a single account--the PIs are 'admins'. Grad students and other researchers can be added to the account as required. We do not give individual accounts to students
>>>>    • Account access is free. We do have rate limits on API access both in terms of queries per minute and total calls available per month. We may require IP allowlists for access.
>>>>    • We ask to be acknowledged in any publication in which our data is used
>>>> DomainTools also supports longer term research using our data. We can provide letters of support and multi-year access for new grants where our data can provide value.
>>>>
>>>> If you're interested in getting access, please let me know and we can set up a time to talk through some details.
>>>>
>>>>
>>>> Sean
>>>>
>>>>
>>>> PS. Please say 'hello' to Prof. Kate Starbird from me!
>>>>
>>>>
>>>> --
>>>> Sean M. McNee, PhD
>>>> Director of Research
>>>> DomainTools
>>>
>>
>>
>>
>> --

>> Sean M. McNee, PhD
>> Director of Research
>> Domain Tools
>>
>>
>

**To:**       Alex Stamos[stamos@stanford.edu]
**Cc:**       Jevin West[jevinw@uw.edu]
**From:**     Kate Starbird
**Sent:**     Tue 8/18/2020 5:56:55 PM
**Subject:**  adding Microsoft as a partner?
**Received:**          Tue 8/18/2020 5:57:08 PM

Hi Alex,

Jevin (director of the UW Center for an Informed Public) just received some communication from Microsoft folks. They heard about the EIP and are interesting in finding a way to help. Would the EIP be interested in pulling MS in as a partner?

If this seems like a possibility, I'll have you connect with Jevin to figure out how it might work.

Thanks,
Kate

**To:**       Harold Trinkunas[antanas@stanford.edu]
**Cc:**       Alex Stamos[stamos@stanford.edu]
**From:**   Kate Starbird
**Sent:**    Fri 11/30/2018 10:14:47 PM
**Subject:** Re: New pre- and postdoc fellowship opportunity at Stanford FSI that might be of interest to your PhD students
**Received:**       Fri 11/30/2018 10:14:48 PM

Hi Harold (and Alex!),
I'd love to connect about this. I'm already planning on being at Stanford next August through December (during my sabbatical). I'd be happy to chat about how that stay might coincide with your plans. Mike had mentioned that something like this might be coming down the line. Not sure if it needs to be a formal connection or not, but I'm definitely interested in spending time with you all. Currently, my stay there would be sponsored by CDDRL, I believe. That's still a loose commitment though, so reorganizing it would be a possibility (though it might not be needed).

I also have a senior PhD student who I think would be a perfect fit for a longer-term stay:

5i

5i

I'd love to chat further about your mission, my plans for next year, and   5i   s potential fit and timing there (e.g. if a Spring 2020 start is possible).

Regards,
Kate

> On Nov 30, 2018, at 12:33 PM, Harold Trinkunas <antanas@stanford.edu> wrote:
>
> Thanks, Alex! Completely agree (and sorry for the typo in my earlier email).
>
> Best regards,
>
> Harold
>
> **From:** Alex Stamos <stamos@stanford.edu>
> **Sent:** Friday, November 30, 2018 12:20 PM
> **To:** Harold Trinkunas <antanas@stanford.edu>; Kate Starbird <kstarbi@uw.edu>
> **Subject:** Re: New pre- and postdoc fellowship opportunity at Stanford FSI that might be of interest to your PhD students
>
> Hi, Kate-
>
> I'm a big fan of your work and I would love to find ways to work together next year. In the meantime, if you want to talk about some of the opportunities for fellows or hear about our plans I would love to chat.
>
> -Alex
>
> --
> Alex Stamos
> stamos@stanford.edu
> Adjunct Professor – Freeman Spogli Institute for International Studies
> William J. Perry Fellow - Center for International Security and Cooperation
> Visiting Fellow - Hoover Institution

**From:** Harold Trinkunas <antanas@stanford.edu>
**Sent:** Friday, November 30, 2018 12:16 PM
**To:** Kate Starbird
**Cc:** Alex Stamos
**Subject:** New pre- and postdoc fellowship opportunity at Stanford FSI that might be of interest to your PhD students

Hi Kate,

Hope all is well. It looks like the Freeman Spogli Institute will be rolling out a new cyber center next year, but in the meantime, we want to get a head start on recruiting pre- and postdoctoral fellows to work with one of the new program, the Stanford Internet Observatory that Alex Stamos will be directing. Fellowship description and link follows, but if any of your Ph.D. students are wrapping up this year and are looking for postdocs, this might be a really exciting opportunity for them. We start considering applications January 15th.

Best regards,

Harold

Stanford Internet Observatory Research Fellowship
The inaugural Internet Observatory Fellows will pursue research on policy and technical issues related to Stanford's research into the misuse of new technologies to cause harm to individuals and societies. Research focus areas may include, among others, current geopolitical events such as information operations against elections, the use of communication platforms to cause harm to at-risk groups, design strategies to mitigate the harm of new technologies and regulatory and governance frameworks inside of tech companies and governments. Fellows will be an integral part of the larger fellowship program at the Center for International Security and Cooperation (CISAC) at Stanford University. This program provides faculty mentorship and requires fellows' participation in the CISAC Fellows' Policy Workshop, a biweekly meeting that takes place throughout the academic year and is designed to help fellows bridge the gap between academia and the policy community. All SIO fellows are expected to participate in CISAC research seminars and produce policy-relevant work, which could include media appearances, published articles, or briefings to or workshops for government or international organization officials, ideally in collaboration with researchers from other disciplines. Fellows with backgrounds in the natural sciences, engineering, data science, social sciences, history, and law are encouraged to apply. All fellows are expected to be in the final stages of or have recently completed a terminal degree in their discipline, ideally a Ph.D.
Link to CISAC fellowship program page: https://cisac.fsi.stanford.edu/content/cisac-fellowship-program

Harold A. Trinkunas
Deputy Director and Senior Research Scholar
Center for International Security and Cooperation
Freeman Spogli Institute for International Studies
Stanford University
P: 650-725-8035 | F: 650-724-5683