IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| JILL HINES, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>ALEX STAMOS, et al.,<br><br>    *Defendants*. | Case No. 3:23-cv-00571-TAD-KDM |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' CONSENT MOTION TO EXCEED THE PAGE LIMIT FOR THEIR RESPONSES TO DEFENDANTS' JOINT MOTION TO COMPEL INDIVIDUAL ARBITRATION AND JOINT MOTION TO DISMISS**

    Plaintiffs have filed a motion to file overlength briefs in excess of the page limit in response to Defendants' Joint Motion to Compel Individual Arbitration, Doc. 69, and Defendants' Joint Motion to Dismiss, Doc. 70. Defendants have indicated their consent to the motion. Upon consideration of Plaintiffs' Consent Motion To Exceed the Page Limit, and for good cause shown, IT IS HEREBY ORDERED that the motion is GRANTED.

    MONROE, LOUISIANA, this ___ day of October, 2023.

                                                                                                     Terry A. Doughty
                                                                                  United States District Judge

1