UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

JILL HINES, *et al.*

        *Plaintiffs*,

v.

ALEX STAMES, *et al.*

        *Defendants*.

Case No. 3:23-cv-00571
Chief Judge Terry A. Doughty
Magistrate Judge Kayla D. McClusky

**DECLARATION OF KENNETH C. CAPPS**

I, Kenneth C. Capps, hereby declare as follows:

1. I am an attorney at the James Otis Law Group, LLC, which represents the Plaintiffs. I submit this declaration in support of Plaintiffs' Response to Defendants' joint motion to compel arbitration, dismiss class claims, and stay proceedings or, alternatively, to transfer venue.

2. Attached hereto as Exhibit A are publicly-filed documents from *Missouri v. Biden*, Case No. 3:22-cv-1213, Docs. 209-6, 209-7, 209-8, 209-15, consisting of emails produced by CISA.

3. Attached hereto as Exhibit B are publicly-filed documents from *Missouri v. Biden*, Case No. 3:22-cv-1213, Docs. 209-4, 209-5, and portions of 276-1, consisting of audio transcriptions of individuals including Defendants Stamos, DiResta, and Starbird. The audio was taken from the events and videos as described in the exhibit.

4. Attached hereto as Exhibit C is a publicly-filed document from *Missouri v. Biden*, Case No. 3:22-cv-1213, Doc. 209-1, consisting of the transcript of the deposition of CISA official Brian Scully.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 12, 2023.                                                   /s/ *Kenneth C. Capps*
                                                                                Kenneth C. Capps