# Plaintiffs' Exhibit A

**Sent**: 10/1/2020 5:00:19 PM
**To**: @fb.com]; @fb.com]
**Subject**: FW: Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

Good afternoon and

This is not Facebook related reporting, but thought it would be of interest to your team.

Regards,
Brian

**From:** Misinformation Reports @cisecurity.org>
**Sent:** Thursday, October 1, 2020 4:23 PM
**To:** Scully, Brian @cisa.dhs.gov>; CISA Central @cisa.dhs.gov>; CFITF @hq.dhs.gov>; Misinformation Reports @cisecurity.org>
**Subject**: Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian,

We know many are already aware of this case but the impact seems to be escalating. Our hope is the platforms can do more to take down the misinformation. The EIP has been tracking this spread under ticket EIP-243 and has more examples.

Thanks,
Walter Oberes
Aaron Wilson

**From:** Dresner, Jenna @sos.ca.gov>
**Sent:** Thursday, October 1, 2020 4:14 PM
**To:** Misinformation Reports @cisecurity.org>
**Subject**: Misinformation re: Sonoma County elections - Promoted by Russian Actors

**Hello,**

My name is Jenna Dresner, I'm the Senior Communication Manager for the California Secretary of State Office of Election Cybersecurity.

My email address is @sos.ca.gov.

We've been monitoring a situation in our state where an image of ballots was circulated as evidence of voter fraud - Sonoma County has explained that this was part of a routine process to discard old 2018 ballots, as allowed by law, and has nothing to do with the 2020 election.

https://twitter.com/darhar981/status/1309533853967671297
Debunked
here: https://twitter.com/CountyofSonoma/status/1309588979545645056?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1309588979545645056%7Ctwgr%5Eshare_3&ref_url=https%3A%2F%2Fobservers.france24.com%2Fen%2F20201001-debunked-viral-photos-mail-ballots-california-dumpster

While all posts around this topic are misinformation, we were just alerted to the fact that Russian Actors Amplified False Claim of Mail-in Ballots Discarded in Sonoma County Dumpster

On Oct. 1, 2020, Reuters and the security firm Graphika reported that actors associated with the St. Petersburg-based Internet Research Agency (IRA) established a pseudo news site called the Newsroom for American and European Based Citizens "NAEBC" (naebc[.]com) which attempted to influence U.S. voters ahead of the 2020 Presidential election.

It was observed that on Sept. 25, 2020, the NAEBC-associated user @LeoAlpine on the platform Parler amplified the false narrative that mail-in-ballots were recently found in a dumpster in Sonoma County. @LeoAlpine posted:

*"More than a thousand mail-in-ballots found in a dumpster in California! The zip code "94928" on the ballots matches the county. This is why everyone should vote in person! #MAGA2020 #TRUMP2020 #KAG"* (Figure 1).

We consider @LeoAlpine's post as evidence that Russian actors are amplifying reports of mail-in ballots.

- 
- 
- In addition to reposting articles from U.S.-based news outlets, @LeoAlpine frequently posted articles from the NAEBC website, with the most recent NAEBC post on Oct. 1, 2020.
- This is an indication that @LeoAlpine is closely affiliated or operated by the same actors who set up the NAEBC website.
- 
- 
- 
- Our assessment that Russian actors are amplifying mail-in ballot errors and disinformation is consistent with American intelligence officials recent assessments, as reported by
- Representative Adam B. Schiff, chairman of the House Intelligence Committee.
- 

Our monitoring software is investigating other NAEBC-affiliated accounts for potential investigatory leads into additional Russian information operations and any impact to California voters.

The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.

Figure 1: @LeoAlpine amplified a false mail-in ballot narrative; the narrative was subsequently debunked as the mail-in ballots seen in the photo were from 2018

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

**From:** [REDACTED]@fb.com]
**Sent:** 10/1/2020 5:04:51 PM
**To:** Scully, Brian [REDACTED]@cisa.dhs.gov]; [REDACTED]@fb.com]
**Subject:** Re: Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Appreciate the flag, will relay!

---

**From:** Scully, Brian [REDACTED]@cisa.dhs.gov>
**Sent:** Thursday, October 1, 2020 5:00:46 PM
**To:** [REDACTED]@fb.com>; [REDACTED]@fb.com>
**Subject:** FW: Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

Good afternoon [REDACTED] and [REDACTED]

This is not Facebook related reporting, but thought it would be of interest to your team.

Regards,
Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*
*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

**From:** Misinformation Reports [REDACTED]@cisecurity.org>
**Sent:** Thursday, October 1, 2020 4:23 PM
**To:** Scully, Brian [REDACTED]@cisa.dhs.gov>; CISA Central [REDACTED]@cisa.dhs.gov>; CFITF [REDACTED]@hq.dhs.gov>; Misinformation Reports [REDACTED]@cisecurity.org>
**Subject:** Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian,

We know many are already aware of this case but the impact seems to be escalating. Our hope is the platforms can do more to take down the misinformation. The EIP has been tracking this spread under ticket EIP-243 and has more examples.

Thanks,
Walter Oberes
Aaron Wilson

**From:** Dresner, Jenna [redacted]@sos.ca.gov>
**Sent:** Thursday, October 1, 2020 4:14 PM
**To:** Misinformation Reports [redacted]@cisecurity.org>
**Subject:** Misinformation re: Sonoma County elections - Promoted by Russian Actors

**Hello,**

My name is Jenna Dresner, I'm the Senior Communication Manager for the California Secretary of State Office of Election Cybersecurity.

My email address is [redacted]@sos.ca.gov.

We've been monitoring a situation in our state where an image of ballots was circulated as evidence of voter fraud - Sonoma County has explained that this was part of a routine process to discard old 2018 ballots, as allowed by law, and has nothing to do with the 2020 election.

https://twitter.com/darhar981/status/1309533853967671297
Debunked
here: https://twitter.com/CountyofSonoma/status/1309588979545645056?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1309588979545645056%7Ctwgr%5Eshare_3&ref_url=https%3A%2F%2Fobservers.france24.com%2Fen%2F20201001-debunked-viral-photos-mail-ballots-california-dumpster

While all posts around this topic are misinformation, we were just alerted to the fact that Russian Actors Amplified False Claim of Mail-in Ballots Discarded in Sonoma County Dumpster

On Oct. 1, 2020, Reuters and the security firm Graphika reported that actors associated with the St. Petersburg-based Internet Research Agency (IRA) established a pseudo news site called the Newsroom for American and European Based Citizens "NAEBC" (naebc[.]com) which attempted to influence U.S. voters ahead of the 2020 Presidential election.

It was observed that on Sept. 25, 2020, the NAEBC-associated user @LeoAlpine on the platform Parler amplified the false narrative that mail-in-ballots were recently found in a dumpster in Sonoma County. @LeoAlpine posted:

*"More than a thousand mail-in-ballots found in a dumpster in California! The zip code "94928" on the ballots matches the county. This is why everyone should vote in person! #MAGA2020 #TRUMP2020 #KAG"* (Figure 1).

We consider @LeoAlpine's post as evidence that Russian actors are amplifying reports of mail-in ballots.

- 
- 
- In addition to reposting articles from U.S.-based news outlets, @LeoAlpine frequently posted articles from the NAEBC website, with the most recent NAEBC post on Oct. 1, 2020.
- This is an indication that @LeoAlpine is closely affiliated or operated by the same actors who set up the NAEBC website.

- 
- 
- 
- Our assessment that Russian actors are amplifying mail-in ballot errors and disinformation is consistent with American intelligence officials recent assessments, as reported by
- Representative Adam B. Schiff, chairman of the House Intelligence Committee.
- 

Our monitoring software is investigating other NAEBC-affiliated accounts for potential investigatory leads into additional Russian information operations and any impact to California voters.

The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.

Figure 1: @LeoAlpine amplified a false mail-in ballot narrative; the narrative was subsequently debunked as the mail-in ballots seen in the photo were from 2018

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

.....

**From**: [REDACTED]@google.com]
**Sent**: 10/1/2020 6:07:27 PM
**To**: Scully, Brian [REDACTED]@cisa.dhs.gov]
**Subject**: Re: FW: Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you Brian.

On Thu, Oct 1, 2020 at 2:01 PM Scully, Brian [REDACTED]@cisa.dhs.gov> wrote:

Hi [REDACTED]

This is not Google specific reporting, but thought it might be of interest to your team.

Regards,

Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

**From:** Misinformation Reports [REDACTED]@cisecurity.org>
**Sent:** Thursday, October 1, 2020 4:23 PM
**To:** Scully, Brian [REDACTED]@cisa.dhs.gov>; CISA Central [REDACTED]@cisa.dhs.gov>; CFITF [REDACTED]@hq.dhs.gov>; Misinformation Reports [REDACTED]@cisecurity.org>
**Subject:** Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian,

We know many are already aware of this case but the impact seems to be escalating. Our hope is the platforms can do more to take down the misinformation. The EIP has been tracking this spread under ticket EIP-243 and has more examples.

Thanks,

Walter Oberes

Aaron Wilson

**From:** Dresner, Jenna [redacted]@sos.ca.gov>
**Sent:** Thursday, October 1, 2020 4:14 PM
**To:** Misinformation Reports [redacted]@cisecurity.org>
**Subject:** Misinformation re: Sonoma County elections - Promoted by Russian Actors

**Hello,**

My name is Jenna Dresner, I'm the Senior Communication Manager for the California Secretary of State Office of Election Cybersecurity.

My email address is [redacted]@sos.ca.gov.

We've been monitoring a situation in our state where an image of ballots was circulated as evidence of voter fraud - Sonoma County has explained that this was part of a routine process to discard old 2018 ballots, as allowed by law, and has nothing to do with the 2020 election.

https://twitter.com/darhar981/status/1309533853967671297

Debunked here: https://twitter.com/CountyofSonoma/status/1309588979545645056?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1309588979545645056%7Ctwgr%5Eshare_3&ref_url=https%3A%2F%2Fobservers.france24.com%2Fen%2F20201001-debunked-viral-photos-mail-ballots-california-dumpster

While all posts around this topic are misinformation, we were just alerted to the fact that Russian Actors Amplified False Claim of Mail-in Ballots Discarded in Sonoma County Dumpster

On Oct. 1, 2020, Reuters and the security firm Graphika reported that actors associated with the St. Petersburg-based Internet Research Agency (IRA) established a pseudo news site called the Newsroom for American and European Based Citizens "NAEBC" (naebc[.]com) which attempted to influence U.S. voters ahead of the 2020 Presidential election.

It was observed that on Sept. 25, 2020, the NAEBC-associated user @LeoAlpine on the platform Parler amplified the false narrative that mail-in-ballots were recently found in a dumpster in Sonoma County. @LeoAlpine posted:

*"More than a thousand mail-in-ballots found in a dumpster in California! The zip code "94928" on the ballots matches the county. This is why everyone should vote in person! #MAGA2020 #TRUMP2020 #KAG"* (Figure 1).

We consider @LeoAlpine's post as evidence that Russian actors are amplifying reports of mail-in ballots.

•

•

• In addition to reposting articles from U.S.-based news outlets, @LeoAlpine frequently posted articles from the NAEBC website, with the most recent NAEBC post on Oct. 1, 2020.

• This is an indication that @LeoAlpine is closely affiliated or operated by the same actors who set up the NAEBC website.

•

•

•

• Our assessment that Russian actors are amplifying mail-in ballot errors and disinformation is consistent with American intelligence officials recent assessments, as reported by

• Representative Adam B. Schiff, chairman of the House Intelligence Committee.

•

Our monitoring software is investigating other NAEBC-affiliated accounts for potential investigatory leads into additional Russian information operations and any impact to California voters.



Figure 1: @LeoAlpine amplified a false mail-in ballot narrative; the narrative was subsequently debunked as the mail-in ballots seen in the photo were from 2018

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

**Sent**: 10/1/2020 4:55:57 PM
**To**: [redacted]@twitter.com]; [redacted]@twitter.com]
**Subject**: FW: Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

Good afternoon [redacted] and [redacted]

Suspect you all are already aware of these issues, but wanted to pass along this reporting from Sonoma County, California to see if there's anything you can share on how you're approaching.

Regards,
Brian

**From:** Misinformation Reports [redacted]@cisecurity.org>
**Sent:** Thursday, October 1, 2020 4:23 PM
**To:** Scully, Brian [redacted]@cisa.dhs.gov>; CISA Central [redacted]@cisa.dhs.gov>; CFITF [redacted]@hq.dhs.gov>; Misinformation Reports [redacted]@cisecurity.org>
**Subject**: Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian,

We know many are already aware of this case but the impact seems to be escalating. Our hope is the platforms can do more to take down the misinformation. The EIP has been tracking this spread under ticket EIP-243 and has more examples.

Thanks,
Walter Oberes
Aaron Wilson

**From:** Dresner, Jenna [redacted]@sos.ca.gov>
**Sent:** Thursday, October 1, 2020 4:14 PM
**To:** Misinformation Reports [redacted]@cisecurity.org>
**Subject**: Misinformation re: Sonoma County elections - Promoted by Russian Actors

**Hello,**

My name is Jenna Dresner, I'm the Senior Communication Manager for the California Secretary of State Office of Election Cybersecurity.

My email address is [redacted]@sos.ca.gov.

We've been monitoring a situation in our state where an image of ballots was circulated as evidence of voter fraud - Sonoma County has explained that this was part of a routine process to discard old 2018 ballots, as allowed by law, and has nothing to do with the 2020 election.

https://twitter.com/darhar981/status/1309533853967671297
Debunked
here: https://twitter.com/CountyofSonoma/status/1309588979545645056?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1309588979545645056%7Ctwgr%5Eshare_3&ref_url=https%3A%2F%2Fobservers.france24.com%2Fen%2F20201001-debunked-viral-photos-mail-ballots-california-dumpster

While all posts around this topic are misinformation, we were just alerted to the fact that Russian Actors Amplified False Claim of Mail-in Ballots Discarded in Sonoma County Dumpster

On Oct. 1, 2020, Reuters and the security firm Graphika reported that actors associated with the St. Petersburg-based Internet Research Agency (IRA) established a pseudo news site called the Newsroom for American and European Based Citizens "NAEBC" (naebc[.]com) which attempted to influence U.S. voters ahead of the 2020 Presidential election.

It was observed that on Sept. 25, 2020, the NAEBC-associated user @LeoAlpine on the platform Parler amplified the false narrative that mail-in-ballots were recently found in a dumpster in Sonoma County. @LeoAlpine posted:

*"More than a thousand mail-in-ballots found in a dumpster in California! The zip code "94928" on the ballots matches the county. This is why everyone should vote in person! #MAGA2020 #TRUMP2020 #KAG"* (Figure 1).

We consider @LeoAlpine's post as evidence that Russian actors are amplifying reports of mail-in ballots.

- 
- 
- In addition to reposting articles from U.S.-based news outlets, @LeoAlpine frequently posted articles from the NAEBC website, with the most recent NAEBC post on Oct. 1, 2020.
- This is an indication that @LeoAlpine is closely affiliated or operated by the same actors who set up the NAEBC website.
- 
- 
- 
- Our assessment that Russian actors are amplifying mail-in ballot errors and disinformation is consistent with American intelligence officials recent assessments, as reported by
- Representative Adam B. Schiff, chairman of the House Intelligence Committee.
- 

Our monitoring software is investigating other NAEBC-affiliated accounts for potential investigatory leads into additional Russian information operations and any impact to California voters.

The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.

Figure 1: @LeoAlpine amplified a false mail-in ballot narrative; the narrative was subsequently debunked as the mail-in ballots seen in the photo were from 2018

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

**From:** Scully, Brian

**Sent:** 10/1/2020 5:02:57 PM
**To:** @twitter.com]
**CC:** @twitter.com]
**Subject:** RE: FW: Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

Thanks

**From:** @twitter.com>
**Sent:** Thursday, October 1, 2020 5:01 PM
**To:** Scully, Brian @cisa.dhs.gov>
**Cc:** @twitter.com>
**Subject:** Re: FW: Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Brian, I know we reviewed this escalation from EIP on September 25 and found it not to be in violation of our rules.

Let me forward this additional information to our teams for review.

Thanks,

On Thu, Oct 1, 2020 at 4:58 PM Scully, Brian @cisa.dhs.gov> wrote:

Good afternoon and

Suspect you all are already aware of these issues, but wanted to pass along this reporting from Sonoma County, California to see if there's anything you can share on how you're approaching and what, if any, actions have been taken.

Regards,

Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

**From:** Misinformation Reports @cisecurity.org>
**Sent:** Thursday, October 1, 2020 4:23 PM

**To:** Scully, Brian @cisa.dhs.gov>; CISA Central @cisa.dhs.gov>; CFITF @hq.dhs.gov>; Misinformation Reports @cisecurity.org>
**Subject:** Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian,

We know many are already aware of this case but the impact seems to be escalating. Our hope is the platforms can do more to take down the misinformation. The EIP has been tracking this spread under ticket EIP-243 and has more examples.

Thanks,

Walter Oberes

Aaron Wilson

**From:** Dresner, Jenna @sos.ca.gov>
**Sent:** Thursday, October 1, 2020 4:14 PM
**To:** Misinformation Reports @cisecurity.org>
**Subject:** Misinformation re: Sonoma County elections - Promoted by Russian Actors

**Hello,**

My name is Jenna Dresner, I'm the Senior Communication Manager for the California Secretary of State Office of Election Cybersecurity.

My email address is @sos.ca.gov.

We've been monitoring a situation in our state where an image of ballots was circulated as evidence of voter fraud - Sonoma County has explained that this was part of a routine process to discard old 2018 ballots, as allowed by law, and has nothing to do with the 2020 election.

https://twitter.com/darhar981/status/1309533853967671297

Debunked here: https://twitter.com/CountyofSonoma/status/1309588979545645056?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1309588979545645056%7Ctwgr%5Eshare_3&ref_url=https%3A%2F%2Fobservers.france24.com%2Fen%2F20201001-debunked-viral-photos-mail-ballots-california-dumpster

While all posts around this topic are misinformation, we were just alerted to the fact that Russian Actors Amplified False Claim of Mail-in Ballots Discarded in Sonoma County Dumpster

On Oct. 1, 2020, Reuters and the security firm Graphika reported that actors associated with the St. Petersburg-based Internet Research Agency (IRA) established a pseudo news site called the Newsroom for American and European Based Citizens "NAEBC" (naebc[.]com) which attempted to influence U.S. voters ahead of the 2020 Presidential election.

It was observed that on Sept. 25, 2020, the NAEBC-associated user @LeoAlpine on the platform Parler amplified the false narrative that mail-in-ballots were recently found in a dumpster in Sonoma County. @LeoAlpine posted:

*"More than a thousand mail-in-ballots found in a dumpster in California! The zip code "94928" on the ballots matches the county. This is why everyone should vote in person! #MAGA2020 #TRUMP2020 #KAG"* (Figure 1).

We consider @LeoAlpine's post as evidence that Russian actors are amplifying reports of mail-in ballots.

- 
- 
- In addition to reposting articles from U.S.-based news outlets, @LeoAlpine frequently posted articles from the NAEBC website, with the most recent NAEBC post on Oct. 1, 2020.
- This is an indication that @LeoAlpine is closely affiliated or operated by the same actors who set up the NAEBC website.
- 
- 
- 
- Our assessment that Russian actors are amplifying mail-in ballot errors and disinformation is consistent with American intelligence officials recent assessments, as reported by
- Representative Adam B. Schiff, chairman of the House Intelligence Committee.
- 

Our monitoring software is investigating other NAEBC-affiliated accounts for potential investigatory leads into additional Russian information operations and any impact to California voters.



Figure 1: @LeoAlpine amplified a false mail-in ballot narrative; the narrative was subsequently debunked as the mail-in ballots seen in the photo were from 2018

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

**From:** Scully, Brian [redacted]@cisa.dhs.gov]
**Sent:** 10/10/2020 8:11:56 PM
**To:** [redacted]@twitter.com]
**CC:** [redacted]@twitter.com]; [redacted]@twitter.com]
**Subject:** Re: FW: Case #CIS-MIS000036: Misinformation regarding voter registration deadline in Maryland

Thanks [redacted]

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center
[redacted]@cisa.dhs.gov

---

**From:** [redacted]@twitter.com>
**Sent:** Saturday, October 10, 2020 6:33:10 PM
**To:** Scully, Brian [redacted]@cisa.dhs.gov>
**Cc:** [redacted]@twitter.com>; [redacted]@twitter.com>
**Subject:** Re: FW: Case #CIS-MIS000036: Misinformation regarding voter registration deadline in Maryland

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

These Tweets have been actioned for violations of our policies.

Thanks, Brian!

On Sat, Oct 10, 2020 at 1:21 PM Scully, Brian [redacted]@cisa.dhs.gov> wrote:

Thanks [redacted]

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center
[redacted]@cisa.dhs.gov

---

**From:** [redacted]@twitter.com>
**Sent:** Saturday, October 10, 2020 1:12:43 PM
**To:** Scully, Brian [redacted]@cisa.dhs.gov>
**Cc:** [redacted]@twitter.com>; [redacted]@twitter.com>
**Subject:** Re: FW: Case #CIS-MIS000036: Misinformation regarding voter registration deadline in Maryland

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks, Brian. We will escalate.

---------- Forwarded message ---------
From: **Scully, Brian** [redacted]@cisa.dhs.gov>
Date: Sat, Oct 10, 2020 at 12:52 PM
Subject: FW: Case #CIS-MIS000036: Misinformation regarding voter registration deadline in Maryland

To: @twitter.com>, @twitter.com>, @twitter.com>

Hello Team Twitter,

We received the below report from Maryland. It appears they have already reported to you all, but wanted to make sure you had for awareness.

Regards,
Brian

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** Misinformation Reports @cisecurity.org>
**Sent:** Saturday, October 10, 2020 12:42 PM
**To:** @2020partnership.atlassian.net; Misinformation Reports @cisecurity.org>; CISA Central @cisa.dhs.gov>; CFITF @hq.dhs.gov>; Scully, Brian @cisa.dhs.gov>
**Subject:** Case #CIS-MIS000036: Misinformation regarding voter registration deadline in Maryland

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation tweet regarding voter registration deadline in Maryland

Begin forwarded message:

**From:** Rachel Rachfal @maryland.gov>
**Date:** October 10, 2020 at 12:34:18 PM EDT
**To:** Misinformation Reports @cisecurity.org>, Twitter Government & Politics

[redacted]@twitter.com>
**Cc:** "Cortnee N. Bryant [redacted]@maryland.gov>, Donna Duncan [redacted]@maryland.gov>
**Subject: Election Misinformation Report**

Please see the following tweets (URLs and screenshots below) showing a purple table incorrectly displaying Maryland's deadline to request a mail-in ballot as 10/27. The deadline for a mail-in ballot to be received in Maryland is 10/20. We have reported these tweets in Twitter for containing election misinformation.

URLs:
twitter.com/LindaChocolate2/status/1314287490174459905<http://twitter.com/LindaChocolate2/status/1314287490174459905>
twitter.com/ridgetop21/status/1313590630728130561<http://twitter.com/ridgetop21/status/1313590630728130561>
twitter.com/LindaKWS1/status/1289020922444251138
<http://twitter.com/LindaKWS1/status/1289020922444251138>
twitter.com/ProtectVotes/status/1314820733755887618
<http://twitter.com/LindaKWS1/status/1289020922444251138>

Thank you,

Rachel Rachfal
Communications/Social Media
Maryland State Board of Elections<http://www.elections.maryland.gov>
[redacted]
[http://i.imgbox.com/22Spvwds.png]<https://twitter.com/md_sbe> [http://i.imgbox.com/QCePdmki.png]
<https://www.facebook.com/MarylandStateBoardofElections> [http://i.imgbox.com/GSaQhKOC.png]
[redacted]@maryland.gov%3E

[image.png]
[image.png]
[image.png]

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

**From:** Stafford, John [REDACTED]@cisa.dhs.gov]
**Sent:** 10/14/2020 4:58:57 PM
**To:** [REDACTED]@fb.com; [REDACTED]@fb.com; [REDACTED]@fb.com
**CC:** CFITF All [REDACTED]@hq.dhs.gov]
**Subject:** FW: Case #CIS-MIS000039: Viral misinformation about marks on ballot.

Good afternoon,

Please see below reporting from a Colorado state election official.

Best Regards,
John

**John Stafford**
Analyst, Countering Foreign Influence Task Force
National Risk Management Center (NRMC)
Cybersecurity and Infrastructure Security Agency
U.S. Department of Homeland Security

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** CFITF [REDACTED]@hq.dhs.gov>
**Sent:** Wednesday, October 14, 2020 4:48 PM
**To:** CFITF All [REDACTED]@hq.dhs.gov>
**Subject:** FW: Case #CIS-MIS000039: Viral misinformation about marks on ballot.

**From:** Misinformation Reports
**Sent:** Wednesday, October 14, 2020 8:47:50 PM (UTC+00:00) Monrovia, Reykjavik
**To:** CISA Central; CFITF; Misinformation Reports; Scully, Brian
**Subject:** Case #CIS-MIS000039: Viral misinformation about marks on ballot.

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation Facebook post about marks on ballot

Begin forwarded message:

**From:** Craig Buesing [redacted]@sos.state.co.us>
**Date:** October 14, 2020 at 4:34:48 PM EDT
**To:** EI-ISAC Advisory [redacted]@cisecurity.org>, MS-ISAC Advisory [redacted]@msisac.org>, [redacted]@hq.dhs.gov, 24/7 Watch Floor [redacted]@state.co.us>, Misinformation Reports [redacted]@cisecurity.org>
**Cc:** "Grenis, Timothy" [redacted]@hq.dhs.gov>, "Maes, Jory" [redacted]@hq.dhs.gov>, "Sonheim, David" [redacted]@hq.dhs.gov> FBI #13 @fbi.gov>, Trevor Timmons [redacted]@sos.state.co.us>, Jerry Eastman [redacted]@state.co.us>, Nathan Blumenthal [redacted]@sos.state.co.us>
**Subject: Election Misinformation - Facebook post**

At the bottom of this email is a Facebook post provided to us by the Colorado Fusion Center. The statement in the post is false. A ballot would not be invalidated simply because something was written on it.

Our office did some research on the post and found the following:

1. This is all over Facebook. The original version of this appears to have originated in Myrtle Beach Florida circa 7 October and its now making its way across the internet over the last several days.
2. Several fact-checking websites have looked into this and found it to be false – further suggesting it has gained some traction on social media – but also that it is actively being countered.
1. https://leadstories.com/hoax-alert/2020/10/fact-check-poll-managers-in-myrtle-beach-have-no-reason-to-write-on-ballot-and-it-will-not-be-disqualified-if-a-poll-manager-writes-on-it.html (Published 9 October 2020)
2. https://www.snopes.com/fact-check/poll-workers-ballots-invalidated/ (Published 13 October 2020)

There are some use cases in Colorado where a poll worker may need to mark ballots for proper processing, but it is rare. Therefore, we do not consider this a significant threat. We still wanted to make sure you were aware.

Facebook Post:

Can someone verify this?

from someone I know and trust.

advice for voting day...from a friend

Just finished Poll Manager training! I passed all the classes. I want you all to know something...if you are checking in at the polls and they happen to write anything on your ballot before they give it to you to put in the voting machine...a letter, a checkmark, a star, an R or a D any writing of any kind...please request a new ballot. Your ballot could be disqualified if it is written on. Please be on the lookout for this type of behavior.

PASS IT ON!!!!!!!

Colorado
Secretary of State

**Craig Buesing**
Chief Information Security Officer | Department of State

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

**From:** Scully, Brian [redacted]
**Sent:** 10/2/2020 7:28:36 PM
**To:** [redacted]@fb.com]; [redacted]@fb.com]
**Subject:** FW: Case #CIS-MIS000026: Facebook misinformation regarding absentee ballots mailed out in Scott County, IA.
**Attachments:** IMG_4219.PNG; IMG_4220.PNG; IMG_4221.PNG; IMG_4222.PNG

Good evening,

Because who doesn't like to start their weekend with some election related disinfo, I'm sharing a report from Scott County, IA. As usual, anything you can share on how you all handled the report is appreciated.

Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

**From:** Misinformation Reports [redacted]@cisecurity.org>
**Sent:** Friday, October 2, 2020 6:09 PM
**To:** Scully, Brian [redacted]@cisa.dhs.gov>; CISA Central [redacted]@cisa.dhs.gov>; CFITF [redacted]@hq.dhs.gov>; [redacted]@2020partnership.atlassian.net; Misinformation Reports [redacted]@cisecurity.org>
**Subject:** Case #CIS-MIS000026: Facebook misinformation regarding absentee ballots mailed out in Scott County, IA.

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report from Scott County, IA

**From:** MS-ISAC SOC [redacted]@msisac.org>
**Sent:** Friday, October 2, 2020 5:54 PM
**To:** Misinformation Reports [redacted]@cisecurity.org>
**Subject:** FW: Facebook misinformation

In response to your last email to eric.

**From:** Gookin, Eric [SOS] [redacted]@sos.iowa.gov>
**Sent:** Friday, October 2, 2020 3:28 PM
**To:** MS-ISAC SOC [redacted]@msisac.org>; MS-ISAC SOC [redacted]@msisac.org>; SOC IOWA [redacted]@iowa.gov>; Kise, Gregory [DPS] [redacted]@dps.state.ia.us>; **FBI #4** (FBI) **FBI #4** @fbi.gov>; Doolittle, James [redacted]@hq.dhs.gov>
**Cc:** Burhans, Heidi [SOS] [redacted]@sos.iowa.gov>; Franklin, Jeff [SOS] [redacted]@sos.iowa.gov>
**Subject:** Fwd: Facebook misinformation

Please see this report of possible misinformation posted on Facebook. We received it from the Scott County Commissioner of Elections, Roxanna Mortiz. I've confirmed that Barbara Huxley is a registered voter in Scott County, IA.

Absentee ballots will not be mailed out in Iowa until Monday, October 5.

Forwarding for visibility.

Let me know if you have more questions.

Get Outlook for iOS

---

**From:** Burhans, Heidi [SOS] [REDACTED]@sos.iowa.gov>
**Sent:** Friday, October 2, 2020 12:54 PM
**To:** Gookin, Eric [SOS]; Franklin, Jeff [SOS]
**Subject:** FW: Facebook misinformation

**From:** Roxanna Moritz [REDACTED]@gmail.com>
**Sent:** Friday, October 2, 2020 11:33 AM
**To:** Burhans, Heidi [SOS] [REDACTED]@sos.iowa.gov>
**Subject:** Fwd: Facebook misinformation

As per the incident report I am moving forward with inacurate
information posted on Facebook. Of course we have not mailed out ballots yet, therefore false information. Can you tell me what action will be taken

Roxanna Information

---------- Forwarded message ---------
From: **Cindy Winckler** [REDACTED]@gmail.com>
Date: Thu, Oct 1, 2020, 8:57 PM
Subject: Facebook misinformation
To: Roxanna Moritz [REDACTED]@gmail.com>

Sent from my iPhone

CAUTION: This email originated from OUTSIDE of the SOS organization. Do not click on links or open attachments unless you are expecting the email and know that the content is safe. If you believe this to be a malicious or phishing email, please send this email as an attachment to [redacted]@sos.iowa.gov.

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .



CONFIDENTIAL

Verizon
Barbara Huxley
1d ·
I got 3 mail-in ballots. Seems fishy to me. Destroyed them, voting in person.
Like
Comment
Send
Debbie Hamilton-Smith and 24 others
Connie Lee Shannon
I wonder how many haters would send in all 3.... just wondering
1d Like Reply
Barbara Huxley
Write a comment...
GIF
6
9+

MOLA_DEFSPROD_00013514



Barbara's Post

**Dean Dierksen**
AMEN TO THAT....
1d Like Reply

**Debbie Hamilton-Smith**
Good for you. My relatives called city hall and reported it. I told them to call the local TV stations and see if they put it on the air. Any bets?
1d Like Reply

**View 4 previous replies...**

**Debbie Strawhacker**
**Barbara Huxley** Registered independent or not, you are backing the Republican party of Trump this year, as evidenced by many of your posts and comments.
1d Like Reply

**Barbara Huxley**
**Debbie Strawhacker** I vote on

Write a comment...



Barbara's Post

**Debbie Hamilton-Smith**
Good for you. My relatives called city hall and reported it. I told them to call the local TV stations and see if they put it on the air. Any bets?

1d Like Reply

**Barbara Huxley**
**Debbie Hamilton-Smith** They sure should! This reeks of corruption!

1d Like Reply

**Debbie Hamilton-Smith**
They only dwell on news that benefits one side. Plus they don't want Davenport or the state looking corrupt.

1d Like Reply

**Debbie Strawhacker**
**Debbie Hamilton-Smith** Barb is a Republican so I guess that

Write a comment...


Barbara's Post

1d Like Reply

**Debbie Strawhacker**

**Debbie Hamilton-Smith** Barb is a Republican so I guess that means it would benefit the Republican party, not the Democrats, if she were to submit these illegitimate ballots, which she cannot do. Iowa hasn't even mailed ballots out yet. It seems to me that someone out there is purposely trying to stir up trouble and cause doubt. Maybe the ballots she received should have been brought to the attention of the county auditor.

1d Like Reply 1

**Barbara Huxley**

**Debbie Strawhacker** If you're talking about this Barb, I'm a registered independent. Be sure of your facts before you state them.

Write a comment...

6

9+

**From:** Scully, Brian [redacted]
**Sent:** 10/23/2020 10:28:40 AM
**To:** [redacted]@fb.com]; [redacted]@fb.com]; [redacted]@fb.com]
**CC:** CFITF [redacted]@hq.dhs.gov]
**Subject:** FW: Case #CIS-MIS000062: Misinformation regarding trading in ballots at an in-person voting center

Good morning,

Not a Facebook issue, but wanted you to be aware.

Brian

**From:** Misinformation Reports [redacted]@cisecurity.org>
**Sent:** Friday, October 23, 2020 9:51 AM
**To:** Scully, Brian [redacted]@cisa.dhs.gov>; CISA Central [redacted]@cisa.dhs.gov>; CFITF [redacted]@hq.dhs.gov>; [redacted]@2020partnership.atlassian.net; Misinformation Reports [redacted]@cisecurity.org>
**Subject:** Case #CIS-MIS000062: Misinformation regarding trading in ballots at an in-person voting center

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation tweet regarding trading in ballots at an in-person voting center

**From:** Rachel Rachfal -SBE- [redacted]@maryland.gov>
**Sent:** Friday, October 23, 2020 9:39 AM
**To:** Threat Analyst [redacted]@zerofox.com>; Misinformation Reports [redacted]@cisecurity.org>; Twitter Government & Politics [redacted]@twitter.com>; [redacted]@fbi.gov; Andrea Trento [redacted]@oag.state.md.us>; [redacted]@twitter.com
**Cc:** Jared DeMarinis -SBE- [redacted]@maryland.gov>; Nikki Charlson [redacted]@maryland.gov>; Donna Duncan -SBE- [redacted]@maryland.gov>; Cortnee N. Bryant -SBE- [redacted]@maryland.gov>; Art Treichel - SBE- [redacted]@maryland.gov>; Megan R. Marano -SBE- [redacted]@maryland.gov>
**Subject:** Misinformation Report

Please see the following screenshot below posted 6 times to our official Maryland State Board of Elections Twitter handle, @md_sbe, at the following URLs. We have reported these tweets to Twitter for containing election misinformation.

Maryland voters cannot surrender or trade-in ballots at in-person vote centers. Any voters who requested or received a mail-in ballot wanting to vote in-person will have to vote provisionally.

twitter.com/sabrinajaneCA/status/1319553270495375360
twitter.com/sabrinajaneCA/status/1319553200534372353
twitter.com/sabrinajaneCA/status/1319553086763929603
twitter.com/sabrinajaneCA/status/1319553064131461120
twitter.com/sabrinajaneCA/status/1319552994749263872
twitter.com/sabrinajaneCA/status/1319552744483475457



Thank you,

**Rachel Rachfal**
Maryland State Board of Elections

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

.....

**Sent:** 10/26/2020 6:56:27 PM
**To:** [REDACTED]@fb.com]
**Subject:** FW: Case #CIS-MIS000072: Misinformation comment on Marion County, OR Facebook page
**Attachments:** 72.PNG; 72_2.PNG

**From:** Misinformation Reports [REDACTED]@cisecurity.org>
**Sent:** Monday, October 26, 2020 6:38 PM
**To:** Scully, Brian [REDACTED]@cisa.dhs.gov>; CISA Central [REDACTED]@cisa.dhs.gov>; CFITF [REDACTED]@hq.dhs.gov>; [REDACTED]@2020partnership.atlassian.net; Misinformation Reports [REDACTED]@cisecurity.org>
**Subject:** Case #CIS-MIS000072: Misinformation comment on Marion County, OR Facebook page

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation comment posted on Marion County, OR Facebook page. Screenshots of original post, comment, and Marion County's response to the comment are attached.

**From:** Jolene Kelley [REDACTED]@co.marion.or.us>
**Sent:** Monday, October 26, 2020 6:19 PM
**To:** Misinformation Reports [REDACTED]@cisecurity.org>
**Cc:** Bill Burgess [REDACTED]@co.marion.or.us>; Connie Higgins [REDACTED]@co.marion.or.us>; [REDACTED]@oregon.gov; [REDACTED]@oregon.gov
**Subject:** Facebook Comment

I was asked to forward the attached Facebook comment we received on the Marion County Facebook page. Included is the comment along with our response. Please let me know if you need any additional information.

Thanks,
Jolene

***Jolene Kelley***
Marion County | Public Information Officer
Email: [REDACTED]@co.marion.or.us | Desk: [REDACTED] | Mobile: [REDACTED]
Facebook: facebook.com/MarionCountyOR | Twitter: @MarionCo_Board

......

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .



Marion County
Marion County, Oregon
@MarionCountyOR
Home

Follow
Share
Save

**Adell Kellogg** Already voted, though some have made mention they won't get to because they got the wrong ballots and now suddenly the election office is "out of ballots" so many oregonians won't be able to vote as promised.
I don't care who you're voting for, this is just wrong!

Like · Reply · 1d

Author

**Marion County, Oregon** Adell Kellogg Hi Adell. We have confirmed with the Marion County Clerk's Office that there are sufficient ballots for every voter that needs a replacement. They are still mailing ballots daily. The Senator Hearing Room (located at Courthouse Square, 555 Court St. NE, Salem) is now open for anyone that needs to come in for a replacement ballot.

Like · Reply · 17m



CONFIDENTIAL

Follow
Share
Save
Marion County
Marion County, Oregon
@MarionCountyOR
Home
About
Photos
Events
Videos
Join My List
Posts
Groups
Community
Create a Page
Marion County, Oregon
3d
Watch for mail-in ballots soon – ballots were mailed Oct. 14. Displaced by wildfires, click to find out how to get a ballot and vote!
https://www.co.marion.or.us/…/…/Pages/Displaced-Voters.aspx…
Zeitung
Ballots are on their way!

MOLA_DEFSPROD_00000003
MOLA_DEFSPROD_00008352

**From:** Scully, Brian [REDACTED]@cisa.dhs.gov]
**Sent:** 10/21/2020 10:52:32 PM
**To:** [REDACTED]@twitter.com]
**CC:** [REDACTED]@twitter.com]; [REDACTED]@twitter.com]; CFITF [REDACTED]@hq.dhs.gov]
**Subject:** Re: State of IL reporting on "Fake Illinois Twitter" accounts

Hi [REDACTED]

If I receive anything else, I'll send along. This is all that has been reported so far.

Brian

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center
[REDACTED]
[REDACTED]@cisa.dhs.gov

**From:** [REDACTED]@twitter.com>
**Sent:** Wednesday, October 21, 2020 10:50:58 PM
**To:** Scully, Brian [REDACTED]@cisa.dhs.gov>
**Cc:** [REDACTED]@twitter.com>; [REDACTED]@twitter.com>; CFITF [REDACTED]@hq.dhs.gov>
**Subject:** Re: State of IL reporting on "Fake Illinois Twitter" accounts

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks Brian. We will escalate. I see one account, are there other parody accounts people are seeing? If so, will you send those as well?

On Wed, Oct 21, 2020 at 10:33 PM Scully, Brian [REDACTED]@cisa.dhs.gov> wrote:
Hey Team Twitter,

Please see below reporting about accounts impersonating MS-ISAC accounts.

Regards,
Brian

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center
[REDACTED]
[REDACTED]@cisa.dhs.gov

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be

handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** Ben Spear @cisecurity.org>
**Sent:** Wednesday, October 21, 2020 10:29 PM
**To:** Masterson, Matthew; Aaron Wilson
**Cc:** Scully, Brian; Snell, Allison; Hale, Geoffrey
**Subject:** RE: State of IL reporting on "Fake Illinois Twitter" accounts

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Matt,

We received info from I&A. SOC is notifying all of the MS-ISAC state contacts for the ones that have been identified. I also passed along to the misinfo portal to share with EIP and CFITF.

-Ben

**Ben Spear**
*Director, EI-ISAC*
@cisecurity.org

24x7 Security Operations Center
@cisecurity.org

MS-ISAC
Elections
Infrastructure
ISAC

CYBERSECURITY
Measure the maturity of your
cybersecurity program.
Register for the NCSR today!

**From:** Masterson, Matthew @cisa.dhs.gov>
**Sent:** Wednesday, October 21, 2020 10:27 PM
**To:** Aaron Wilson @cisecurity.org>
**Cc:** Scully, Brian @cisa.dhs.gov>; Snell, Allison @cisa.dhs.gov>; Hale, Geoffrey @cisa.dhs.gov>; Ben Spear @cisecurity.org>
**Subject:** Fwd: State of IL reporting on "Fake Illinois Twitter" accounts

See below for a weird one involving the ISAC. I know this isn't the normal reporting channel but wanted you all to see.

Matthew V. Masterson

Senior Cybersecurity Advisor

Department of Homeland Security

Cybersecurity & Infrastructure Security Agency (CISA)

[REDACTED]

[REDACTED]@cisa.dhs.gov

**From:** Joves, Alexander [REDACTED]@HQ.DHS.GOV>
**Sent:** Wednesday, October 21, 2020 10:17 PM
**To:** CISA.Elections2020.MM; ElectionTaskForce; CISA Central; Wales, Alexis; Masterson, Matthew; Hale, Geoffrey; Snell, Allison; DaRosa, Antonio; Rouzer, Brett
**Cc:** Enriquez, Antonio; Lyddon, Steven; IP Region 5 Ops
**Subject:** State of IL reporting on "Fake Illinois Twitter" accounts

MM/EOT-ESI-Central:

Please see report from State of Illinois CISO on new group of fake Twitter accounts purporting to represent States being stood up by MS-ISAC.

Please advise response to IL partners if CISA can share with Social Media company & MS-ISAC for review as being staged for later use/potential disinformation.

Thanks

---

**Alex Joves**

Regional Director, Region V (IL, IN, MI, MN, OH, WI)

Cybersecurity and Infrastructure Security Agency

[redacted]@hq.dhs.gov

**From:** Kustermann, Aaron [redacted]@illinois.gov>
**Sent:** Wednesday, October 21, 2020 9:01 PM
**To:** Lyddon, Steven [redacted]@cisa.dhs.gov>; Joves, Alexander [redacted]@HQ.DHS.GOV>; Enriquez, Antonio [redacted]@hq.dhs.gov>
**Cc:** FBI #23 @fbi.gov>; FBI #24 @fbi.gov>; Johnson, Gregory [redacted]@hq.dhs.gov>; Ford, Adam [redacted]@Illinois.gov>
**Subject:** Fwd: Fake Illinois Twitter

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Alex, Steve, Tony

Any thoughts on this? These seem staged for use later. Can someone see these are shared with Twitter for consideration. They are labeled parody accounts so likely an attempt to stay within the TOS for Twitter.

Thank you

Aaron

Begin forwarded message:

**From:** "Ford, Adam" [redacted]@illinois.gov>
**Date:** October 21, 2020 at 8:54:40 PM CDT
**To:** "Kustermann, Aaron" [redacted]@illinois.gov>, "Phelps, Matthew" [redacted]@illinois.gov>
**Cc:** "Tate-Nadeau, Alicia" [redacted]@illinois.gov>, "Kelly, Brendan" [redacted]@illinois.gov>, "Ricker, Jennifer" [redacted]@illinois.gov>, "EXT Neely, Richard R" [redacted]@mail.mil>, Shawn Strahle [redacted]@mail.mil>
**Subject: Fake Illinois Twitter**

Aaron/Matt,

Several of my CISO peers have been notified about a new group of fake twitter accounts purporting to represent States being stood up by MS-ISAC.

I've not yet received a notice from MS-ISAC but located

https://twitter.com/officialstateil

which was recently established and is following/being followed by known malicious handles from other states.

Thanks,

**Adam Ford** |Chief Information Security Officer
Department of Innovation & Technology
Office: [redacted]
[redacted]@illinois.gov | www.DoIT.illinois.gov

DoIT
Innovation & Technology

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

**From:** [redacted]@twitter.com]
**Sent:** 10/8/2020 10:38:29 AM
**To:** Scully, Brian [redacted]@cisa.dhs.gov]
**CC:** [redacted]@twitter.com]
**Subject:** Re: FW: Case #CIS-MIS000033: Misinformation tweet to vote in-person in Washington state

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Brian, this Tweet has been actioned for violating our rules.

On Wed, Oct 7, 2020 at 8:07 PM Scully, Brian [redacted]@cisa.dhs.gov> wrote:

Hi [redacted] and [redacted]

We received the below report from Washington.

Regards,
Brian

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** Misinformation Reports [redacted]@cisecurity.org>
**Sent:** Wednesday, October 7, 2020 8:04 PM
**To:** Misinformation Reports [redacted]@cisecurity.org>; CISA Central [redacted]@cisa.dhs.gov>; CFITF [redacted]@hq.dhs.gov>; Scully, Brian [redacted]@cisa.dhs.gov>; [redacted]@2020partnership.atlassian.net
**Subject:** Case #CIS-MIS000033: Misinformation tweet to vote in-person in Washington state

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation tweet to vote in-person in Washington state

Begin forwarded message:

**From:** "Zabel, Kylee" [redacted]@sos.wa.gov>
**Date:** October 7, 2020 at 7:48:49 PM EDT
**To:** Misinformation Reports [redacted]@cisecurity.org>
**Cc:** Lori Augino [redacted]@sos.wa.gov>, "Boyal, Kiran" [redacted]@sos.wa.gov>
**Subject: Possible misinformation on Twitter**

Hello,

I wanted to flag this tweet the Washington Office of the Secretary of State's official Twitter account was tagged in. I've attached a screenshot of the post itself, and it can be found here: https://twitter.com/JeffKis88392967/status/1313926786804113408

The reason I am flagging this as potential misinformation is it's not clear if this tweet is a simple statement or recommendation to "conservatives," or if this is a directive. If it's the latter, that would not be true. In Washington state, voters may return their ballots by mail, by placing their ballot in an official ballot drop box, or by visiting a county voting center.

My name is Kylee Zabel, and I'm the Communications Director for the Washington Office of the Secretary of State. I can be reached via this email or the two numbers listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently. I am also copying Washington State Elections Director Lori Augino and our Web and Social Media Coordinator Kiran Boyal.

Please let me know if you have any questions or need additional information.

Thank you.
-Kylee

**Kylee Zabel**
Communications Director
[redacted]

Secretary of State



nodrog danarb
@JeffKis88392967
@secstatewa All conservatives vote in person. Don't trust the mail
12:38 PM · Oct 7, 2020 · Twitter for iPhone

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

**From:** [redacted]@twitter.com]
**Sent:** 10/22/2020 3:46:12 PM
**To:** Scully, Brian [redacted]@cisa.dhs.gov]
**CC:** [redacted]@twitter.com]; [redacted]@twitter.com]; CFITF [redacted]@hq.dhs.gov]
**Subject:** Re: FW: Case #CIS MIS000058: Live canvass video on Twitter

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks, Brian. We will escalate for review.

Thanks,
[redacted]

On Thu, Oct 22, 2020 at 12:33 PM Scully, Brian [redacted]@cisa.dhs.gov> wrote:

Please see below report from Maryland.

Thanks,
Brian

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** Misinformation Reports [redacted]@cisecurity.org>
**Sent:** Thursday, October 22, 2020 12:02 PM
**To:** Scully, Brian [redacted]@cisa.dhs.gov>; CISA Central [redacted]@cisa.dhs.gov>; CFITF [redacted]@hq.dhs.gov>; [redacted]@2020partnership.atlassian.net; Misinformation Reports [redacted]@cisecurity.org>
**Subject:** Case #CIS-MIS000058: Live canvass video on Twitter

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Please see the report below from Maryland which includes an analysis from ZeroFox. Please also see the statement from the Montgomery County Board of Elections (https://twitter.com/md_sbe/status/1319260743850708992). https://montgomerycountymd.gov/Elections/Resources/Files/pdfs/Press%20Release/2020/CNVSS_ENG_102120.pdf

Best,

Election Infrastructure Information Sharing and Analysis Center

Center for Internet Security

Email: [redacted]@cisecurity.org

www.cisecurity.org

Follow us @CISecurity

**From:** Art Treichel -SBE- [redacted]@maryland.gov>
**Sent:** Thursday, October 22, 2020 11:27 AM
**To:** FBI #12 (BA) (FBI) FBI #12@fbi.gov>; Misinformation Reports [redacted]@cisecurity.org>; [redacted]@fbi.gov
**Subject:** Fwd: Live Canvass Video on Twitter

Please see the analysis from our social media monitoring vendor below regarding propagation of misinformation related to a video showing ballot marking in a voting center in Montgomery County, MD.

Please contact me if you have any questions.

---------- Forwarded message ---------
From: [redacted]@zerofox.com>
Date: Thu, Oct 22, 2020 at 10:35 AM
Subject: Re: Live Canvass Video on Twitter
To: Art Treichel -SBE- [redacted]@maryland.gov>
Cc: Threat Analyst [redacted]@zerofox.com>, Rachel Rachfal -SBE- [redacted]@maryland.gov>, [redacted]@maryland.gov>, [redacted]@zerofox.com>, [redacted]@zerofox.com>, [redacted]@zerofox.com>

Hi Art,

After additional analysis of this tweet as well as the networks of accounts retweeting it, we believe this content is likely being artificially spread by coordinated inauthentic behavior. The speed at which the video spread and the number of suspicious accounts that have retweeted the video are consistent with a coordinated inauthentic behavior rather than organic viral activity. It is likely that the coordinators of this activity were taking advantage of the livestream video opportunistically, rather than explicitly targeting the Maryland elections operations.

We believe the origin of the video to be the tweet from @AGENT_GATTACA (https://twitter.com/AGENT_GATTACA/status/1318574205445664771) and received over 7,000 retweets despite having less than 1,800 followers. Additionally, the @redwins3_first account (https://twitter.com/redwins3_first/status/1318671549193281536) is also responsible for a considerable amount of the content's reach with more than 3,000 retweets albeit with a considerably larger follower base in excess of 42,000 followers. The large number of retweets @redwins3_first's tweet received is abnormal compared to other tweeted content prior to the Montgomery County video Furthermore, these two accounts do not appear to follow each other; however, they have 34 common followers, most of which display characteristics of inauthentic accounts. Automated or inauthentic behavior is generally characterized by:

- Recently created
- No profile image
- Excessive use of emojis and hashtags in bios
- Tweet counts not commensurate with account creation dates

We recommend sharing the joint inauthentic accounts with your Federal law enforcement partners to cross-reference their data. We've also attached a list of the accounts commonly connected between @AGENT_GATTACA and @redwins3_first for further cross-reference.

It's possible we could attempt takedown requests for these two tweets that seemingly drove a lot of the reach with this video. Due to the characteristics of disinformation, its possible Twitter would be compelled to review the case carefully. However, there is at least some possibility that if these tweets are removed, it will be leveraged in disinformation suggesting censorship or further propagating conspiracy theories.

Let us know if you would like us to take further action or conduct additional research. We will be sure to incorporate these findings into our EoW report for posterity.

Thanks,

On Wed, Oct 21, 2020 at 9:15 AM Art Treichel -SBE- [REDACTED]@maryland.gov> wrote:

FYI

On Wed, Oct 21, 2020 at 8:41 AM Rachel Rachfal -SBE- [REDACTED]@maryland.gov> wrote:

I sent this one to Margaret and Alysoun yesterday. It has been liked and shared 11k times: twitter.com/redwins3_first/status/1318671549193281536

**Rachel Rachfal**
Maryland State Board of Elections
[REDACTED]



---------- Forwarded message ---------
From: **Jurgensen, Margaret** [redacted]@montgomerycountymd.gov>
Date: Tue, Oct 20, 2020 at 6:58 PM
Subject: Re: Live Canvass Video on Twitter
To: Rachel Rachfal -SBE- [redacted]@maryland.gov>
Cc: Donna Duncan -SBE- [redacted]@maryland.gov>, Cortnee N. Bryant -SBE- [redacted]@maryland.gov>, Margaret Jurgensen -SBE- [redacted]@maryland.gov>, Alysoun McLaughlin -SBE- [redacted]@maryland.gov>, McLaughlin, Alysoun N [redacted]@montgomerycountymd.gov>

Will interview this gentleman tomorrow

Sent from my iPhone

On Oct 20, 2020, at 6:26 PM, Rachel Rachfal -SBE- [redacted]@maryland.gov> wrote:

[EXTERNAL EMAIL]

Please see the video at twitter.com/AGENT_GATTACA/status/1318574205445664771 of canvassing in Montgomery County that has been liked and shared 7,000 times alleging fraud.

<image.png>

**Rachel Rachfal**

Maryland State Board of Elections

[redacted]

**Take 10 minutes to be counted now – visit: https://2020census.gov/**

For COVID-19 Information and resources, visit: **www.montgomerycountymd.gov/COVID19**

--

**Kind regards,**

# Arthur Treichel
*Chief Information Security Officer*
Maryland State Board of Elections





*[illegible text block]*

--

*[redacted]*

Threat Analyst

ZeroFOX // Social Media & Digital Security

@zerofox.com // @ZeroFOX

www.ZeroFOX.com

--

**Kind regards,**

# Arthur Treichel
*Chief Information Security Officer*
Maryland State Board of Elections

 The linked image cannot be
displayed. The file may have bee...

*[illegible text block]*

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00007587

**From:** Misinformation Reports @cisecurity.org]
**Sent:** 10/23/2020 6:06:42 PM
**To:** @twitter.com]
**CC:** Scully, Brian @cisa.dhs.gov]; @twitter.com]; @twitter.com]; CFITF @hq.dhs.gov]
**Subject:** Re: Case #CIS-MIS000062: Misinformation regarding trading in ballots at an in-person voting center

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you,

On Oct 23, 2020, at 6:05 PM, Stacia Cardille @twitter.com> wrote:

Thank you for raising this to our teams. We have actioned these accounts under our civic integrity policy.

Thanks,

On Fri, Oct 23, 2020 at 9:57 AM Scully, Brian @cisa.dhs.gov> wrote:

Please see the below reporting from Maryland.

Thanks,
Brian

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** Misinformation Reports @cisecurity.org>
**Sent:** Friday, October 23, 2020 9:51 AM

**To:** Scully, Brian @cisa.dhs.gov>; CISA Central @cisa.dhs.gov>; CFITF @hq.dhs.gov>; @2020partnership.atlassian.net; Misinformation Reports @cisecurity.org>
**Subject:** Case #CIS-MIS000062: Misinformation regarding trading in ballots at an in-person voting center

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation tweet regarding trading in ballots at an in-person voting center

**From:** Rachel Rachfal -SBE- @maryland.gov>
**Sent:** Friday, October 23, 2020 9:39 AM
**To:** Threat Analyst @zerofox.com>; Misinformation Reports @cisecurity.org>; Twitter Government & Politics @twitter.com>; @fbi.gov; Andrea Trento @oag.state.md.us>; @twitter.com
**Cc:** Jared DeMarinis -SBE- @maryland.gov>; Nikki Charlson @maryland.gov>; Donna Duncan -SBE- @maryland.gov>; Cortnee N. Bryant - SBE- @maryland.gov>; Art Treichel -SBE- @maryland.gov>; Megan R. Marano - SBE- @maryland.gov>
**Subject:** Misinformation Report

Please see the following screenshot below posted 6 times to our official Maryland State Board of Elections Twitter handle, @md_sbe, at the following URLs. We have reported these tweets to Twitter for containing election misinformation.

Maryland voters cannot surrender or trade-in ballots at in-person vote centers. Any voters who requested or received a mail-in ballot wanting to vote in-person will have to vote provisionally.

twitter.com/sabrinajaneCA/status/1319553270495375360
twitter.com/sabrinajaneCA/status/1319553200534372353
twitter.com/sabrinajaneCA/status/1319553086763929603
twitter.com/sabrinajaneCA/status/1319553064131461120
twitter.com/sabrinajaneCA/status/1319552994749263872
twitter.com/sabrinajaneCA/status/1319552744483475457



Thank you,

**Rachel Rachfal**

Maryland State Board of Elections

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

.....

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

.....

From: Scully, Brian

Sent: 10/26/2020 9:02:43 AM
To: @twitter.com]
CC: @twitter.com]; @twitter.com]; CFITF @hq.dhs.gov]; Misinformation Reports @cisecurity.org]
Subject: RE: FW: Case #CIS-MIS000067: Youtube video alleging conspiracy by election administration in Detroit, MI

Thanks

Brian

**From:** @twitter.com>
**Sent:** Monday, October 26, 2020 12:40 AM
**To:** Scully, Brian @cisa.dhs.gov>
**Cc:** @twitter.com>; @twitter.com>; CFITF @hq.dhs.gov>; Misinformation Reports @cisecurity.org>
**Subject:** Re: FW: Case #CIS-MIS000067: Youtube video alleging conspiracy by election administration in Detroit, MI

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks, Brian. We have taken enforcement action for violations of our policy on civic integrity.

Thanks!

On Sun, Oct 25, 2020 at 10:44 PM @twitter.com> wrote:

Thanks, Brian. We will escalate.

On Sun, Oct 25, 2020 at 10:43 PM Scully, Brian @cisa.dhs.gov> wrote:

Good evening Team Twitter,

Please see the below and attached reporting from Detroit.

Regards,
Brian

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used

by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** Misinformation Reports [redacted]@cisecurity.org>
**Sent:** Sunday, October 25, 2020 10:35 PM
**To:** Scully, Brian [redacted]@cisa.dhs.gov>; CISA Central [redacted]@cisa.dhs.gov>; CFITF [redacted]@hq.dhs.gov>; [redacted]@2020partnership.atlassian.net; Misinformation Reports [redacted]@cisecurity.org>
**Subject:** Case #CIS-MIS000067: Youtube video alleging conspiracy by election administration in Detroit, MI

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: YouTube video, also shared on Twitter, alleging conspiracy by election administration in Detroit, MI

**From:** Jordan Smellie [redacted]@ferndalemi.gov>
**Sent:** Sunday, October 25, 2020 10:16 PM
**To:** Misinformation Reports [redacted]@cisecurity.org>
**Cc:** Marne McGrath [redacted]@ferndalemi.gov>; [redacted]@detroitmi.gov; [redacted]@google.com; SOS, Elections [redacted]@michigan.gov>; [redacted]@twitter.com
**Subject:** Disinformation attack on Youtube and Twitter: "#DETROITLEAKS" video from 10/21/2020

Hello EI-ISAC,

My name is Jordan Smellie. I am the Elections Specialist for the City of Ferndale, Michigan. My email address is [redacted]@ferndalemi.gov.

I am reporting a disinformation (misinformation) attack video that was posted on YouTube on October 21 and repeatedly posted on Twitter since then, targeting election administration by the City of Detroit and State of Michigan and alleging an organized conspiracy by City and State employees.

The video is titled:

***#DETROITLEAKS: State Employees Train Poll Workers to Lie to Voters,Destroy Ballots,Stop Challengers*** [sic]

The title card (which shows on Youtube's search screens and on some links) is:
***"The Vote Fraud Scheme To Steal Michigan"***

I have attached a screenshot of this title card, as requested by EI-ISAC.

The video can be found here:

https://www.youtube.com/watch?v=uHeodzJ5cNM

It was posted by this user:

https://www.youtube.com/channel/UCWs1IlWCNra9Zf8Xew9mTsw

It has been posted on Twitter multiple times since October 21, almost entirely by @bigleaguepol ("Big League Politics"), which is a far-right site that appears to primarily invent conspiracy theories and is operated by former Breitbart News employees. The tweets about the video use the same #DETROITLEAKS hashtag as the video title. This account 'teased' the video in a tweet on October 20.

The video takes what it alleges are recordings of "State Employees" (which are more likely City of Detroit Department of Elections employees, although they do not identify themselves in the audio), and misrepresents the audio by using on-screen commentary to misinform the viewer of the video.

- From 2:32 – 4:16, the person in the audio is describing the correct process for a provisional affidavit ballot (also colloquially called a "challenged ballot").
  - At 2:42, the on-screen text claims that *"Before 2020, NO challenged ballot would go into the tabulator."* This is not true. Provisional affidavit ballots, as well as challenged absentee ballots, have always been fed through the tabulator on Election Day. That is exactly why they are prepared as correctly described in the audio (ballot number written on the ballot and covered up with a removable sticker) —which makes the claim at 3:04 completely wrong. Provisional Affidvait ballots always get voted as normal and are placed into the tabulator. Provisional Envelope ballots are sealed individually inside their own envelope (not placed into the tabulator) and are returned to the City Clerk for processing in the following days. These processes are not new to 2020; they have been in place for over a decade.
  - At 3:55, the text incorrectly claims that *"all challenged ballots WILL be counted immediately on Election Night"*, which is wrong. Provisional Affidavit ballots are counted along with all others. Provisional Envelope ballots are not.
  - 4:12 attempts to cast doubt on the process of identifying and removing a ballot deemed uncountable — which would only happen under court order, as only Provisional Envelope ballots would wind up inside the tabulator or the sealed ballot container and need to be retrieved. The video claims *"This will NEVER happen. Unless MAYBE in a recount."* Recounts have little to do with Provisional Affidavit ballots, and the assertion that the justice system would never take action to reverse proven voter fraud is entirely baseless. It serves only to cause the voter to doubt the good intentions of the judiciary and the justice system.

- At 4:20, the video refers to the Clerk's Office Voter Registration Receipt as *"an easily-forged piece of paper"*. Again, this is a baseless accusation intended only to denigrate the legal election process and cause the video viewer to feel fear and doubt the security of Michigan's election.

- At 7:30, the video insinuates that simply using *"children"* (16- and 17-year olds, allowed under state law) as election inspectors is an intentional part of a conspiracy to intentionally undermine the election.

- At 9:04, the audio and the on-screen captions describe an absentee ballot that has been *"Sent and received"*, meaning the Clerk has received the voted ballot from the voter and recorded it as such. This would have happened multiple days prior to the election. At 9:14, the video immediately turns around and ignores that by presenting a hypothetical 'scenario' where the voter might not have returned that very same ballot. This is completely contradictory, and is a total misrepresentation of the audio from the actual training scenario that has been recorded. At 9:23, the trainer in the audio even specifically says "You've already voted."

This video is misinformation and disinformation because it repeatedly takes normal processes being correctly described as written in state law, and alleges in on-screen text that they are somehow problematic, or will not be followed. On multiple occasions, the on-screen text directly contradicts the audio. However, these are items that would likely only stick out to an election administrator; a member of the general public would follow the video's lead and assume that there is somehow a problem being described. Furthermore, the video makes outright false claims, alleging actions that are prohibited under Michigan election law.

Copied on this email are the following individuals and offices, per the directions from EI-ISAC:

- Marne McGrath, City Clerk, City of Ferndale
- George Azzouz, Director, City of Detroit Department of Elections
- Bureau of Elections at the Michigan Department of State
- Civics Outreach office at Google
- Government office at Twitter

This video is an attack on the City of Detroit, the State of Michigan, and by direct extension, all local election administrators in the state of Michigan, such as myself. This will disinform voters outside Detroit as easily as voters inside Detroit. Indeed, the choice of words throughout the video and in the calls to action at the end of the video infer that the video's audience is primarily people who are not Detroit residents. If that audience can be spurred to create unrest in Detroit, they can easily do the same in other jurisdictions, such as my jurisdiction as Detroit's immediate northern neighbor.

Thank you for your investigation and action. If I can be of any further assistance, please let me know and I will be happy to provide support.

Best,

Jordan Smellie
Elections Specialist
City of Ferndale
[REDACTED]
[REDACTED]@ferndalemi.gov

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

.....

**From:** [redacted]@twitter.com]
**Sent:** 10/29/2020 2:52:23 PM
**To:** Scully, Brian [redacted]@cisa.dhs.gov]
**CC:** [redacted]@twitter.com]; [redacted]@twitter.com]; CFITF [redacted]@hq.dhs.gov]; [redacted]@cisecurity.org
**Subject:** Re: FW: Case #CIS-MIS000090: potential parody Twitter accounts related to Adams County, CO

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

We will escalate. Thank you.

On Thu, Oct 29, 2020 at 2:37 PM Scully, Brian [redacted]@cisa.dhs.gov> wrote:

Please see the below reporting from Colorado. These do not appear to be connected to the imposter/parody accounts previously shared.

Regards,

Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports [redacted]@cisecurity.org>
**Sent:** Thursday, October 29, 2020 2:33 PM
**To:** Scully, Brian [redacted]@cisa.dhs.gov>; CISA Central [redacted]@cisa.dhs.gov>; CFITF [redacted]@hq.dhs.gov>; [redacted]@2020partnership.atlassian.net; Misinformation Reports [redacted]@cisecurity.org>
**Subject:** Case #CIS-MIS000090: potential parody Twitter accounts related to Adams County, CO

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: two potential parody Twitter accounts related to Adams County, CO

**From:** Josh Craven [redacted]@SOS.STATE.CO.US>
**Sent:** Thursday, October 29, 2020 2:04 PM
**To:** Misinformation Reports [redacted]@cisecurity.org>
**Cc:** Aaron Hayman [redacted]@SOS.STATE.CO.US>; Nathan Blumenthal [redacted]@SOS.STATE.CO.US>; Trevor Timmons [redacted]@sos.state.co.us>; Hilary Rudy [redacted]@SOS.STATE.CO.US>; Craig Buesing [redacted]@SOS.STATE.CO.US>
**Subject:** Flagging Twitter Accounts

EI-ISAC, CISA and Stanford Partners,

We want to highlight two accounts we found that could be used to imitate official accounts. We are unsure if there's any action that can be taken, but we wanted to flag them for consideration.

- https://twitter.com/adcogov
- https://twitter.com/Adamsclerk1

These are concerning to us here in Colorado because of the recent FBI/CISA warnings about impersonation accounts spreading false information about the election. We have recently flagged three other accounts (@c_ogov, @OfficalColorado, @COstateGov) that popped up in the last couple of weeks impersonating the Colorado state government and we wanted to highlight these new accounts for awareness.





Follow
Adamsclerk
@Adamsclerk1
Single
Joined June 2019
123 Following 2 Followers

**Disclaimer:** Colorado Department of State is not the originator of the above information and is forwarding it, unedited, from its original source. The Department does not seek the ability to remove or edit what information is made available on social media platforms. The Department makes no recommendations about how the information it is sharing should be handled or used by recipients of this email. The Department may also share this information with local, state, and federal government agencies.

Thanks,

Colorado
Secretary of State

Josh Craven
Election Security Specialist | Department of State
[redacted]
[redacted]@SOS.STATE.CO.US

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

.....

**From:** @twitter.com]
**Sent:** 10/29/2020 11:18:14 PM
**To:** Scully, Brian @cisa.dhs.gov]
**CC:** @twitter.com]; @twitter.com]
**Subject:** Re: Queens Village (NY) residents receiving pre-filled out ballots for Joe Biden

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks, Brian. We applied a contextual label pursuant to our policy on Civic Integrity.

On Thu, Oct 29, 2020 at 10:37 PM @twitter.com> wrote:
Thanks, Brian. We received that report from the EIP and escalated. Much appreciated.

On Thu, Oct 29, 2020 at 9:46 PM Scully, Brian @cisa.dhs.gov> wrote:
FYI - The EIP submitted the below to Twitter. No need to respond.

Regards,
Brian

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center
@cisa.dhs.gov

---

**From:** CFITF @hq.dhs.gov>
**Sent:** Thursday, October 29, 2020 9:41 PM
**To:** CFITF All
**Subject:** FW: Queens Village (NY) residents receiving pre-filled out ballots for Joe Biden

---

**From:** Scully, Brian
**Sent:** Friday, October 30, 2020 1:41:38 AM (UTC+00:00) Monrovia, Reykjavik
**To:** CFITF; CFITF All
**Subject:** Re: Queens Village (NY) residents receiving pre-filled out ballots for Joe Biden

Thanks Alex.

Brian

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center
@cisa.dhs.gov

---

**From:** CFITF @hq.dhs.gov>
**Sent:** Thursday, October 29, 2020 9:40:23 PM

**To:** CFITF All [redacted]@hq.dhs.gov>
**Subject:** FW: Queens Village (NY) residents receiving pre-filled out ballots for Joe Biden

---

**From:** Zaheer, Alex
**Sent:** Friday, October 30, 2020 1:40:21 AM (UTC+00:00) Monrovia, Reykjavik
**To:** CFITF
**Subject:** Queens Village (NY) residents receiving pre-filled out ballots for Joe Biden

**FYSA, EIP has reported the following to EI-ISAC and twitter.**

**From EIP:**

**Twitter:** EIP noticed a post by user @/jakejakeny that alleged ballots are being sent to New York City, NY, residents that are pre-filled out to favor Biden/Harris; the user alleges voters are also instructed to "turn in" the pre-filled ballots as-is. We recommend that Twitter remove this tweet immediately, as it is intentionally vague so as to mislead.
https://twitter.com/jakejakeny/status/1321900543451799559
https://twitter.com/jakejakeny/status/1321955007189651459

Moments ago, @/jakejakeny went live via Periscope, embedded on Twitter, and doubled-down on the narrative he asserted in the original text/photo post. He claimed (1) mail-in voting is insecure; (2) conspiracy theories about election fraud are hard to discount; (3) and that he received information about the pre-filled ballots from an unidentified, and unidentifiable, friend. He also promised to go live again tomorrow, 10/30, with "more information." We recommend Twitter removes this post immediately, as it contains a message that intends to mislead and potentially cast doubt on the legitimacy of mail-in voting in a critical pre-election period. We also recommend that @/jakejakeny is monitored through the end 10/30 in the event that he again attempts to post on this topic in a manner that casts doubt on the legitimacy of the election itself or related election mechanisms.

Additionally, @/jakejakeny is tagging major conservative pundits (e.g. users with broad reach); claims news outlet affiliation in his bio; and the post itself is spilling over onto Facebook. These factors further support swift removal of both posts and a continued monitoring of the user's account.

**From:** Scully, Brian

**Sent:** 10/28/2020 5:24:14 PM

**To:** @twitter.com]

**Subject:** RE: FW: Case #CIS-MIS000076: Alleged Voter Fraud citing VoteWA.gov website

Hey

Hope you all survived the hearing today. So here's the deal – EIP will only report something to Twitter if they have additional context to provide based on their research. For example, if they do analysis of the tweet and find info they think would help you all make a decision, they will send that analysis your way. They will not send Twitter reporting unless it is that additional context. They will also let CISA know when they are reporting something to you so I can give you a heads up (let me know if that makes things worse rather than better). They will continue to use the CIS case number in the email subject to facilitate identifying duplicative reports. I know that's not a great solution, but hopefully it is helpful.

Brian

**From:** @twitter.com>
**Sent:** Tuesday, October 27, 2020 6:48 PM
**To:** Scully, Brian @cisa.dhs.gov>
**Subject:** Re: FW: Case #CIS-MIS000076: Alleged Voter Fraud citing VoteWA.gov website

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hey Brian, can we talk about CIS Misinformation reporting duplicate reports to EIP? Possible to just have you escalate?

On Tue, Oct 27, 2020 at 5:59 PM Scully, Brian @cisa.dhs.gov> wrote:

Please see below reporting from Washington.

Regards,

Brian

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** Misinformation Reports [redacted]@cisecurity.org>
**Sent:** Tuesday, October 27, 2020 5:45 PM
**To:** [redacted]@2020partnership.atlassian.net; Misinformation Reports [redacted]@cisecurity.org>; Scully, Brian [redacted]@cisa.dhs.gov>; CFITF [redacted]@hq.dhs.gov>; CISA Central [redacted]@cisa.dhs.gov>
**Subject:** Case #CIS-MIS000076: Alleged Voter Fraud citing VoteWA.gov website

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report:

Begin forwarded message: Alleged Voter Fraud citing VoteWA.gov website

**From:** "Jacob, Nick" [redacted]@sos.wa.gov>
**Date:** October 27, 2020 at 5:36:45 PM EDT
**To:** Misinformation Reports [redacted]@cisecurity.org>
**Cc:** Lori Augino [redacted]@sos.wa.gov>, "Zabel, Kylee" [redacted]@sos.wa.gov>, "Boyal, Kiran" [redacted]@sos.wa.gov>
**Subject: Possible misinformation on Twitter**

Hello,

I wanted to flag this tweet alleging voter fraud in Washington state. I've attached a screenshot of the post itself, and it can be found here: https://twitter.com/NoblePyro/status/1321099753917087745

The reason I am flagging this as potential misinformation is because the user is not posting his ballot, but rather a general page on our VoteWA.gov site that lists current elected officials.

My name is Nick Jacob, and I'm an Executive Receptionist for the Washington Office of the Secretary of State. I can be reached via this email or the number listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently.

I am also copying Washington State Elections Director Lori Augino, Office of the Secretary of State Communications Director Kylee Zabel, and our Web and Social Media Coordinator Kiran Boyal.

Please let me know if you have any questions or need additional information.

Thank you.
-Nick

**Nick Jacob**

Office of the Secretary of State

Cell: █████████████





MOLA_DEFSPROD_00010514

.....



This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

CONFIDENTIAL

. . . . .

MOLA_DEFSPROD_00010516

**From:** Scully, Brian
**Sent:** 10/27/2020 7:07:18 PM
**To:** @twitter.com]
**Subject:** RE: FW: Case #CIS-MIS000076: Alleged Voter Fraud citing VoteWA.gov website

I just sent a note to CIS and EIP to see if we can stop sending you duplicate messages and have reports only come from us. Will keep you posted.

Brian

**From:** @twitter.com>
**Sent:** Tuesday, October 27, 2020 6:48 PM
**To:** Scully, Brian @cisa.dhs.gov>
**Subject:** Re: FW: Case #CIS-MIS000076: Alleged Voter Fraud citing VoteWA.gov website

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hey Brian, can we talk about CIS Misinformation reporting duplicate reports to EIP? Possible to just have you escalate?

On Tue, Oct 27, 2020 at 5:59 PM Scully, Brian @cisa.dhs.gov> wrote:

Please see below reporting from Washington.

Regards,
Brian

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** Misinformation Reports @cisecurity.org>
**Sent:** Tuesday, October 27, 2020 5:45 PM
**To:** @2020partnership.atlassian.net; Misinformation Reports @cisecurity.org>; Scully, Brian @cisa.dhs.gov>; CFITF @hq.dhs.gov>; CISA Central @cisa.dhs.gov>
**Subject:** Case #CIS-MIS000076: Alleged Voter Fraud citing VoteWA.gov website

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report:

Begin forwarded message: Alleged Voter Fraud citing VoteWA.gov website

**From:** "Jacob, Nick" [REDACTED]@sos.wa.gov>
**Date:** October 27, 2020 at 5:36:45 PM EDT
**To:** Misinformation Reports [REDACTED]@cisecurity.org>
**Cc:** Lori Augino [REDACTED]@sos.wa.gov>, "Zabel, Kylee" [REDACTED]@sos.wa.gov>, "Boyal, Kiran" [REDACTED]@sos.wa.gov>
**Subject: Possible misinformation on Twitter**

Hello,

I wanted to flag this tweet alleging voter fraud in Washington state. I've attached a screenshot of the post itself, and it can be found here: https://twitter.com/NoblePyro/status/1321099753917087745

The reason I am flagging this as potential misinformation is because the user is not posting his ballot, but rather a general page on our VoteWA.gov site that lists current elected officials.

My name is Nick Jacob, and I'm an Executive Receptionist for the Washington Office of the Secretary of State. I can be reached via this email or the number listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently.

I am also copying Washington State Elections Director Lori Augino, Office of the Secretary of State Communications Director Kylee Zabel, and our Web and Social Media Coordinator Kiran Boyal.

Please let me know if you have any questions or need additional information.

Thank you.

-Nick

**Nick Jacob**

Office of the Secretary of State

Cell: [REDACTED]





.....



This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited.

Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

**From:** Scully, Brian

**Sent:** 10/29/2020 7:30:38 PM
**To:** @twitter.com]; @twitter.com]; @twitter.com]
**CC:** CFITF @hq.dhs.gov]; @cisecurity.org
**Subject:** FW: Case #CIS-MIS000091: alleged fraud in Washington state elections
**Attachments:** JamesCAAustinNifty_John.png

Good evening,

Please see the below report from Washington.

Thanks,
Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports @cisecurity.org>
**Sent:** Thursday, October 29, 2020 7:26 PM
**To:** Scully, Brian @cisa.dhs.gov>; CISA Central @cisa.dhs.gov>; CFITF @hq.dhs.gov>; @2020partnership.atlassian.net; Misinformation Reports @cisecurity.org>
**Subject:** Case #CIS-MIS000091: alleged fraud in Washington state elections

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: two tweets alleging fraud in Washington state elections.

**From:** Jacob, Nick @sos.wa.gov>
**Sent:** Thursday, October 29, 2020 7:21 PM
**To:** Misinformation Reports @cisecurity.org>
**Cc:** Lori Augino @sos.wa.gov>; Zabel, Kylee @sos.wa.gov>; Boyal, Kiran @sos.wa.gov>
**Subject:** Possible misinformation on Twitter

Hello,

I wanted to flag two tweets with possible misinformation about the election.

https://twitter.com/JamesCAAustin/status/1321738257399533571 -- "Ballots can appear whenever, from whomever" is false.

https://twitter.com/nifty_john/status/1321759027508908033 -- The response to the above tweet includes the following sentence: "Washington State in 2004 judges ignored the real count and rewarded the Democrats." That is not a factual statement.

My name is Nick Jacob, and I'm an Executive Receptionist for the Washington Office of the Secretary of State. I can be reached via this email or the number listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently.

I am also copying Washington State Elections Director Lori Augino, Office of the Secretary of State Communications Director Kylee Zabel, and our Web and Social Media Coordinator Kiran Boyal.

Please let me know if you have any questions or need additional information.

Thank you.
-Nick

**Nick Jacob**
Office of the Secretary of State
Cell: 

Secretary of State

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

.....



**John Sheil**
@nifty_john

Voters don't win elections, vote counters do.

Washington State in 2004 judges ignored the real count and rewarded the Democrats

>  **James Austin** @JamesCAAustin · 14h
>
> The election's been deconstructed. The date doesn't matter, voters' IDs don't matter, nor does campaigning or who the Dems are running. Ballots can appear whenever, from whomever, & folks aren't voting FOR Biden & Harris, just against. Like Covid, the numbers will be meaningless.

3:21 AM · Oct 29, 2020 · Twitter for Android

**From:** @twitter.com]
**Sent:** 10/30/2020 5:38:20 PM
**To:** Scully, Brian @cisa.dhs.gov]
**CC:** @twitter.com]; @twitter.com]; CFITF @hq.dhs.gov]; @cisecurity.org
**Subject:** Re: FW: Case #CIS-MIS000094: alleged election fraud

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks Brian. We will escalate.

On Fri, Oct 30, 2020 at 5:08 PM Scully, Brian @cisa.dhs.gov> wrote:

Please see below report from Washington.

Thanks,

Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports @cisecurity.org>
**Sent:** Friday, October 30, 2020 5:04 PM
**To:** @2020partnership.atlassian.net; Misinformation Reports @cisecurity.org>; Scully, Brian @cisa.dhs.gov>; CFITF @hq.dhs.gov>; CISA Central @cisa.dhs.gov>
**Subject:** FW: Case #CIS-MIS000094: alleged election fraud

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation Report: four tweets alleging election fraud

Begin forwarded message:

**From:** "Jacob, Nick" @sos.wa.gov>
**Date:** October 30, 2020 at 4:34:05 PM EDT
**To:** Misinformation Reports @cisecurity.org>
**Cc:** Lori Augino @sos.wa.gov>, "Zabel, Kylee" @sos.wa.gov>, "Boyal, Kiran" @sos.wa.gov>
**Subject: Possible misinformation on Twitter**

Hello,

I wanted to flag four tweets with possible misinformation about the election.

https://twitter.com/wa4win/status/1322201482867986433<https://twitter.com/wa4win/status/1322201482867986433> -- This is baseless for a number of reasons.

https://twitter.com/DavidJDAddabbo/status/1322217165932683264<https://twitter.com/DavidJDAddabbo/status/1322217165932683264> -- There is no giant ballot harvesting scheme taking place. Also, The website they are sharing contains false information. They state that the Voter Registration Database has not been updated in 18 months. It gets updated every month. The following tweets also link to the site they're sharing: https://twitter.com/search?q=%22Giant%20Ballot%20Harvesting%20Scheme%20Exposed%20in%20Washington%20State%22&src=typed_query&f=live<https://twitter.com/search?q=%22Giant%20Ballot%20Harvesting%20Scheme%20Exposed%20in%20Washington%20State%22&src=typed_query&f=live>

https://twitter.com/shufixer/status/1321901657681063936<https://twitter.com/shufixer/status/1321901657681063936> -- This is misinformation. No ballots have been rejected in WA, so a "legitimate" post was not taken down.

https://twitter.com/ADH605/status/1322262538759950337<https://twitter.com/ADH605/status/1322262538759950337> -- Voters should be reaching out to their county elections officials, not a third-party. We are reaching out to Common Cause.

My name is Nick Jacob, and I'm an Executive Receptionist for the Washington Office of the Secretary of State. I can be reached via this email or the number listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently.

I am also copying Washington State Elections Director Lori Augino, Office of the Secretary of State Communications Director Kylee Zabel, and our Web and Social Media Coordinator Kiran Boyal.

Please let me know if you have any questions or need additional information.

Thank you.
-Nick

Nick Jacob
Office of the Secretary of State
Cell:
[SecStateLogo]<http://sos.wa.gov>

[cid:image002.png@01D36A94.E944A350]<https://www.facebook.com/WaSecretaryOfState> [cid:image003.png@01D36A94.E944A350] <https://twitter.com/secstatewa> [cid:image004.png@01D36A94.E944A350] <https://www.youtube.com/user/secstatewa> [cid:image005.png@01D36A94.E944A350] <https://www.instagram.com/secstatewa>

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

**From:** @twitter.com]
**Sent:** 10/28/2020 8:03:28 PM
**To:** Scully, Brian @cisa.dhs.gov]
**CC:** @twitter.com]; @twitter.com]; CFITF @hq.dhs.gov]; @cisecurity.org
**Subject:** Re: FW: Case #CIS-MIS000087: misinformation tweets regarding mail-in ballots

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

This Tweet has been labeled pursuant to our civic integrity policy.

On Wed, Oct 28, 2020 at 6:47 PM @twitter.com> wrote:
Thank you, Brian. We will escalate.

On Wed, Oct 28, 2020 at 6:29 PM Scully, Brian @cisa.dhs.gov> wrote:
Please see below report from Washington.

Regards,

Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports @cisecurity.org>
**Sent:** Wednesday, October 28, 2020 6:14 PM
**To:** Scully, Brian @cisa.dhs.gov>; CISA Central @cisa.dhs.gov>; CFITF @hq.dhs.gov>; @2020partnership.atlassian.net; Misinformation Reports @cisecurity.org>
**Subject:** Case #CIS-MIS000087: misinformation tweets regarding mail-in ballots

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Two misinformation tweets regarding mail-in ballots in Washington state.

**From:** Jacob, Nick [redacted]@sos.wa.gov>
**Sent:** Wednesday, October 28, 2020 5:56 PM
**To:** Misinformation Reports [redacted]@cisecurity.org>
**Cc:** Lori Augino [redacted]@sos.wa.gov>; Zabel, Kylee [redacted]@sos.wa.gov>; Boyal, Kiran [redacted]@sos.wa.gov>
**Subject:** Possible misinformation on Twitter

Hello,

I wanted to flag two tweets with possible misinformation about the election here in Washington state.

https://twitter.com/gabe_k/status/1321523966683406336 -- Ballots that are postmarked by Election Day are accepted up to 20 days after Election Day. This tweet is false.

https://twitter.com/ReeseRe48384159/status/1321563373020983297 -- Please see the information cited above. This tweet is also false.

My name is Nick Jacob, and I'm an Executive Receptionist for the Washington Office of the Secretary of State. I can be reached via this email or the number listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently.

I am also copying Washington State Elections Director Lori Augino, Office of the Secretary of State Communications Director Kylee Zabel, and our Web and Social Media Coordinator Kiran Boyal.

Please let me know if you have any questions or need additional information.

Thank you.
-Nick

**Nick Jacob**
Office of the Secretary of State
Cell: [redacted]



.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

From: Scully, Brian [redacted]

Sent: 10/29/2020 8:02:24 PM
To: [redacted]@twitter.com]
CC: [redacted]@twitter.com]; [redacted]@twitter.com]; [redacted]@twitter.com]; CFITF [redacted]@hq.dhs.gov]; [redacted]@cisecurity.org
Subject: RE: FW: Case #CIS-MIS000091: alleged fraud in Washington state elections

Thanks [redacted]

**From:** [redacted]@twitter.com>
**Sent:** Thursday, October 29, 2020 8:01 PM
**To:** Scully, Brian [redacted]@cisa.dhs.gov>
**Cc:** [redacted]@twitter.com>; [redacted]@twitter.com>; [redacted]@twitter.com>; CFITF [redacted]@hq.dhs.gov>; [redacted]@cisecurity.org
**Subject:** Re: FW: Case #CIS-MIS000091: alleged fraud in Washington state elections

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Brian -
We actioned https://twitter.com/JamesCAAustin/status/1321738257399533571 for election misinformation.

On Thu, Oct 29, 2020 at 7:30 PM Scully, Brian [redacted]@cisa.dhs.gov> wrote:

Good evening,

Please see the below report from Washington.

Thanks,
Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports @cisecurity.org>
**Sent:** Thursday, October 29, 2020 7:26 PM
**To:** Scully, Brian @cisa.dhs.gov>; CISA Central @cisa.dhs.gov>; CFITF @hq.dhs.gov>; @2020partnership.atlassian.net; Misinformation Reports @cisecurity.org>
**Subject:** Case #CIS-MIS000091: alleged fraud in Washington state elections

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: two tweets alleging fraud in Washington state elections.

**From:** Jacob, Nick @sos.wa.gov>
**Sent:** Thursday, October 29, 2020 7:21 PM
**To:** Misinformation Reports @cisecurity.org>
**Cc:** Lori Augino @sos.wa.gov>; Zabel, Kylee @sos.wa.gov>; Boyal, Kiran @sos.wa.gov>
**Subject:** Possible misinformation on Twitter

Hello,

I wanted to flag two tweets with possible misinformation about the election.

https://twitter.com/JamesCAAustin/status/1321738257399533571 -- "Ballots can appear whenever, from whomever" is false.

https://twitter.com/nifty_john/status/1321759027508908033 -- The response to the above tweet includes the following sentence: "Washington State in 2004 judges ignored the real count and rewarded the Democrats." That is not a factual statement.

My name is Nick Jacob, and I'm an Executive Receptionist for the Washington Office of the Secretary of State. I can be reached via this email or the number listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently.

I am also copying Washington State Elections Director Lori Augino, Office of the Secretary of State Communications Director Kylee Zabel, and our Web and Social Media Coordinator Kiran Boyal.

Please let me know if you have any questions or need additional information.

Thank you.
-Nick

**Nick Jacob**

Office of the Secretary of State

Cell: [redacted]

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

.....

**From:** Misinformation Reports [ @cisecurity.org]
**Sent:** 11/2/2020 4:45:48 PM
**To:** ' @fb.com]; Misinformation Reports [ @cisecurity.org]; Scully, Brian [ @cisa.dhs.gov]; CISA Central [ @cisa.dhs.gov]; CFITF [ @hq.dhs.gov]; tips@2020partnership.atlassian.net
**Subject:** RE: Case #CIS-MIS000105: votes allegedly being changed in election machines.

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you, .

**From:** @fb.com>
**Sent:** Monday, November 2, 2020 4:45 PM
**To:** Misinformation Reports < @cisecurity.org>; Brian Scully < @cisa.dhs.gov>; Central CISA < @cisa.dhs.gov>; @hq.dhs.gov; tips@2020partnership.atlassian.net
**Subject:** Re: Case #CIS-MIS000105: votes allegedly being changed in election machines.

This has been closed out and the SoS has been informed. Thanks!

**From:** Misinformation Reports < @cisecurity.org>
**Date:** Monday, November 2, 2020 at 12:07 PM
**To:** @fb.com>, Brian Scully < @cisa.dhs.gov>, Central CISA < @cisa.dhs.gov>, @hq.dhs.gov" < @hq.dhs.gov>, "tips@2020partnership.atlassian.net" <tips@2020partnership.atlassian.net>, Misinformation Reports < @cisecurity.org>
**Subject:** Case #CIS-MIS000105: votes allegedly being changed in election machines.

Misinformation report: votes allegedly being changed in election machines.

– attached and below is a misinformation post on Facebook on the Bullitt County Clerk's Office (KY). Could you please review?

https://www.facebook.com/bullittcountyclerksoffice/photos/a.237424216303826/3537339692978912/

Brian and EIP – we are forwarding this report directly to Facebook but still want you to be aware of the issue.

Election Infrastructure Information Sharing and Analysis Center
Center for Internet Security
Email: @cisecurity.org
www.cisecurity.org
Follow us @CISecurity

**From**: Dearing, Jared (SBE) <[REDACTED]@ky.gov>
**Sent:** Monday, November 2, 2020 12:37 PM
**To:** Misinformation Reports [REDACTED]@cisecurity.org>
**Subject:** FW: Screenshot 2020-11-02 at 11.41.30 AM

Turning this in for review. –Jared

COMMONWEALTH OF KENTUCKY
Jared Dearing
Executive Director
State Board of Elections
a:
p:
w: www.elect.ky.gov
Register Online to Vote
Find My Polling Place
Election Calendar
Contact Us

**From**: [REDACTED]@gmail.com [mailto:[REDACTED]@gmail.com]
**Sent:** Monday, November 2, 2020 11:45 AM
**To**: Dearing, Jared (SBE) <[REDACTED]@ky.gov>
**Subject:** Screenshot 2020-11-02 at 11.41.30 AM

Kevin has asked me to forward this screenshot to you of a comment on our Facebook post this morning.

Thanks
Ann Oder,DC
Bullitt County Clerk Office



CONFIDENTIAL

11:41
LTE
Bullitt County Clerk's Office's Post
Center for official election
resources and local updates.
Get Voting Information
Like
Comment
Share
Get more Likes, Comments and Shares
This post is performing better than 85% of other posts on your Page. Boost it to show it to more people.
656 people reached
Boost Post
6
12 Shares
Most Relevant
Thomas Botch
PROJECTS HAMMER & SCORE CARD - CHANGE VOTES IN THE ACTUAL ELECTION MACHINES - PLEASE INVESTIGATE & SHARE DATA TARGET STEAL 3%
9m
Like
Reply
Write a comment...
GIF

MOLA_DEFSPROD_00008724

Sent from my iPhone

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

**From:** Scully, Brian [REDACTED]@cisa.dhs.gov]
**Sent:** 11/2/2020 1:20:01 PM
**To:** Misinformation Reports [REDACTED]@cisecurity.org]; [REDACTED]@fb.com' [REDACTED]@fb.com]; CISA Central [REDACTED]@cisa.dhs.gov]; CFITF [REDACTED]@hq.dhs.gov]; tips@2020partnership.atlassian.net
**Subject:** Re: Case #CIS-MIS000105: votes allegedly being changed in election machines.

Sounds good. Thanks!

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center
[REDACTED]
[REDACTED]@cisa.dhs.gov

---

**From:** Misinformation Reports <[REDACTED]@cisecurity.org>
**Sent:** Monday, November 2, 2020 1:19:00 PM
**To:** Scully, Brian <[REDACTED]@cisa.dhs.gov>; Misinformation Reports <[REDACTED]@cisecurity.org>; [REDACTED]@fb.com' <[REDACTED]@fb.com>; CISA Central [REDACTED]@cisa.dhs.gov>; CFITF [REDACTED]@hq.dhs.gov>; tips@2020partnership.atlassian.net <tips@2020partnership.atlassian.net>
**Subject:** RE: Case #CIS-MIS000105: votes allegedly being changed in election machines.

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian,

For the time being, we will forward Facebook and Instagram related misinformation reports directly to Facebook. We will continue to add you, CISA, and CFITF to the emails for awareness.

Regards,

Election Infrastructure Information Sharing and Analysis Center
Center for Internet Security
Email: [REDACTED]@cisecurity.org
www.cisecurity.org
Follow us @CISecurity

**From:** Scully, Brian <[REDACTED]@cisa.dhs.gov>
**Sent:** Monday, November 2, 2020 1:14 PM
**To:** Misinformation Reports [REDACTED]@cisecurity.org>; [REDACTED]@fb.com' <[REDACTED]@fb.com>; CISA Central [REDACTED]@cisa.dhs.gov> [REDACTED]@hq.dhs.gov; tips@2020partnership.atlassian.net
**Subject:** Re: Case #CIS-MIS000105: votes allegedly being changed in election machines.

Thanks for heads up on sharing with FB. Is that the plan going forward?

Brian Scully
DHS Countering Foreign Interference Task Force

National Risk Management Center
[redacted]
[redacted]@cisa.dhs.gov

---

**From:** Misinformation Reports <[redacted]@cisecurity.org>
**Sent:** Monday, November 2, 2020 1:06:57 PM
**To:** [redacted]@fb.com' <[redacted]@fb.com>; Scully, Brian [redacted]@cisa.dhs.gov>; CISA Central <[redacted]@cisa.dhs.gov>; CFITF [redacted]@hq.dhs.gov>; tips@2020partnership.atlassian.net <tips@2020partnership.atlassian.net>; Misinformation Reports <[redacted]@cisecurity.org>
**Subject:** Case #CIS-MIS000105: votes allegedly being changed in election machines.

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: votes allegedly being changed in election machines.

[redacted] – attached and below is a misinformation post on Facebook on the Bullitt County Clerk's Office (KY). Could you please review?

https://www.facebook.com/bullittcountyclerksoffice/photos/a.237424216303826/3537339692978912/

Brian and EIP – we are forwarding this report directly to Facebook but still want you to be aware of the issue.

Election Infrastructure Information Sharing and Analysis Center
Center for Internet Security
Email: [redacted]@cisecurity.org
www.cisecurity.org
Follow us @CISecurity

---

**From:** Dearing, Jared (SBE) [redacted]@ky.gov>
**Sent:** Monday, November 2, 2020 12:37 PM
**To:** Misinformation Reports <[redacted]@cisecurity.org>
**Subject:** FW: Screenshot 2020-11-02 at 11.41.30 AM

Turning this in for review. –Jared

COMMONWEALTH OF KENTUCKY
Jared Dearing
Executive Director
State Board of Elections
a:
p:
w: www.elect.ky.gov
Register Online to Vote
Find My Polling Place
Election Calendar
Contact Us

**From:** ██████@gmail.com [mailto:██████@gmail.com]
**Sent:** Monday, November 2, 2020 11:45 AM
**To:** Dearing, Jared (SBE) ██████@ky.gov>
**Subject:** Screenshot 2020-11-02 at 11.41.30 AM

Kevin has asked me to forward this screenshot to you of a comment on our Facebook post this morning.

Thanks
Ann Oder,DC
Bullitt County Clerk Office



11:41
LTE
Bullitt County Clerk's Office's Post
Center for official election
resources and local updates.
Get Voting Information
Like
Comment
Share
Get more Likes, Comments and Shares
This post is performing better than 85% of other posts on your Page. Boost it to show it to more people.
656 people reached
Boost Post
6
12 Shares
Most Relevant

Thomas Botch
PROJECTS HAMMER & SCORE CARD - CHANGE VOTES IN THE ACTUAL ELECTION MACHINES - PLEASE INVESTIGATE & SHARE DATA TARGET STEAL 3%
9m
Like
Reply

Write a comment...
GIF

Sent from my iPhone

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

**From:** [redacted]@fb.com]
**Sent:** 11/2/2020 6:06:23 PM
**To:** Misinformation Reports [redacted]@cisecurity.org]; Scully, Brian [redacted]@cisa.dhs.gov]; CISA Central [redacted]@cisa.dhs.gov]; CFITF [redacted]@hq.dhs.gov]; tips@2020partnership.atlassian.net
**Subject:** Re: Case #CIS-MIS000111: Facebook post alleging submitting multiple ballots fraudulently

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

This has been closed out and the SoS office has been informed. Thanks!

**From:** Misinformation Reports <[redacted]@cisecurity.org>
**Date:** Monday, November 2, 2020 at 4:11 PM
**To:** [redacted]@fb.com>, Brian Scully <[redacted]@cisa.dhs.gov>, Central CISA [redacted]@cisa.dhs.gov>, [redacted]@hq.dhs.gov" [redacted]@hq.dhs.gov>, "tips@2020partnership.atlassian.net" <tips@2020partnership.atlassian.net>, Misinformation Reports [redacted]@cisecurity.org>
**Subject:** Case #CIS-MIS000111: Facebook post alleging submitting multiple ballots fraudulently

Misinformation report: Facebook post alleging submitting multiple ballots fraudulently

[redacted] – attached and below is a misinformation post on Facebook: https://www.facebook.com/jamalle.castillo. Could you please review?

Brian and EIP – we are forwarding this report directly to Facebook but still want you to be aware of the issue.
Election Infrastructure Information Sharing and Analysis Center
Center for Internet Security
Email: [redacted]@cisecurity.org
www.cisecurity.org
Follow us @CISecurity

**From:** Gookin, Eric [SOS] <[redacted]@sos.iowa.gov>
**Sent:** Monday, November 2, 2020 4:56 PM
**To:** Misinformation Reports <[redacted]@cisecurity.org>
**Cc:** Doolittle, James <[redacted]@hq.dhs.gov>; **FBI #2** @fbi.gov>; **FBI #4** @fbi.gov; Judge, Christopher [redacted]@cisa.dhs.gov>; **FBI #3** @fbi.gov>; Burhans, Heidi [SOS] [redacted]@sos.iowa.gov>
**Subject:** FW: Voter Hotline

Please see the below report that we received via email re: FB post.

**From:** Hicok, Wes [SOS] <[redacted]@sos.iowa.gov>
**Sent:** Monday, November 2, 2020 3:36 PM
**To:** Gookin, Eric [SOS] <[redacted]@sos.iowa.gov>; Widen, Molly [SOS] <[redacted]@sos.iowa.gov>
**Subject:** FW: Voter Hotline

We received the below information regarding social media post. The final one is probably of the most concern.

Wesley Hicok

Election Training Specialist
Office of Secretary of State Paul D. Pate
[redacted]
[redacted]@sos.iowa.gov

**From:** Jay H [redacted]@hotmail.com>
**Sent:** Monday, November 2, 2020 3:34 PM
**To:** Hicok, Wes [SOS] [redacted]@sos.iowa.gov>
**Subject:** Re: Voter Hotline



Jamalle's Post

**Lauren Haugh**
Good job- turn Iowa Blue

2h Like Reply

**Matt Schlabach**
How were the lines?

2h Like Reply

**Jamalle Castillo**
I had absentee ballot(s) that I dropped off.. super fast, but the line for people wanting to vote in person wasn't long at all either

2h Like Reply

Write a reply...

**Ryan Mapus**
Nice!

1h Like Reply

Write a comment...

CONFIDENTIAL

MOLA_DEFSPROD_00013606

 CONFIDENTIAL

Jamalle's Post

**Jamalle Castillo**

3h ·

When you are a professional voter fraudelator... you get multiple stickers as a reward for successfully fraudelating!!

I
Voted
Today!
I
Voted
Today!

 Write a comment...   

    

MOLA_DEFSPROD_00013607   



The linked i...

**From:** Hicok, Wes [SOS] <@sos.iowa.gov>
**Sent:** Monday, November 2, 2020 3:01:16 PM
**To:** @hotmail.com <@hotmail.com>
**Subject:** RE: Voter Hotline

Hello John,

Thank you for contacting the Secretary of State's Office. Secretary Pate asked that I respond to your message.

If you can please forward to me the screen shots you have, we are usually successful in being able to follow up to verify if there is truly malfeasance, or if a person is making an unhelpful claim to discourage others about the process.

Thanks for your time.

Wesley Hicok
Election Training Specialist
Office of Secretary of State Paul D. Pate

@sos.iowa.gov

-----Original Message-----
From: @sos.iowa.gov <@sos.iowa.gov>
Sent: Monday, November 2, 2020 2:48 PM
To: Hicok, Wes [SOS] <@sos.iowa.gov>
Subject: Voter Hotline

NAME: John

PHONE:

ADDRESS:

CITY:

STATE: IA

ZIP:

EMAIL: @hotmail.com

COUNTY:

DATE: 11/1/2020

LOCATION:

DESCRIPTION:

a Facebook post bragging about committing fraud. I have screen shots of the conversation.

CAUTION: This email originated from OUTSIDE of the SOS organization. Do not click on links or open attachments unless you are expecting the email and know that the content is safe. If you believe this to be a malicious or phishing email, please send this email as an attachment to helpdesk@sos.iowa.gov

CAUTION: This email originated from OUTSIDE of the SOS organization. Do not click on links or open attachments unless you are expecting the email and know that the content is safe. If you believe this to be a malicious or phishing email, please send this email as an attachment to helpdesk@sos.iowa.gov

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

.....

**From:** (CELA) @microsoft.com]
**Sent:** 11/2/2020 9:36:42 AM
**To:** Scully, Brian @cisa.dhs.gov]; (CELA) @microsoft.com]; Defending Democracy - Protect 2020 @microsoft.com]
**CC:** CFITF @hq.dhs.gov]
**Subject:** RE: Case #CIS-MIS000101: phishing emails

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks, Brian!

We passed these to our threat intel folks over the weekend, and we really appreciate the heads up.

Director, Strategic Projects, Defending Democracy Program
Microsoft Digital Diplomacy / Customer Security & Trust
@microsoft.com
C:

**From:** Scully, Brian @cisa.dhs.gov>
**Sent:** Saturday, October 31, 2020 5:58 PM
**To:** (CELA) @microsoft.com>; Defending Democracy - Protect 2020 @microsoft.com>
**Cc:** CFITF @hq.dhs.gov>
**Subject:** [EXTERNAL] Fwd: Case #CIS-MIS000101: phishing emails

Hi ,

Please see attached and below reporting of phishing emails from NC.

Regards,

Brian

Brian Scully

DHS Countering Foreign Interference Task Force

National Risk Management Center

@cisa.dhs.gov

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this

information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.

---

**From:** Misinformation Reports <[REDACTED]@cisecurity.org>
**Sent:** Saturday, October 31, 2020 5:38 PM
**To:** Scully, Brian; CISA Central; CFITF; Misinformation Reports; tips@2020partnership.atlassian.net
**Subject:** Case #CIS-MIS000101: phishing emails

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian - Attached are examples of phishing emails received by voters in North Carolina.

EIP – sharing this report in case you are already tracking this issue being shared on social media platforms

**From:** Gannon, Patrick <[REDACTED]@ncsbe.gov>
**Sent:** Saturday, October 31, 2020 5:28 PM
**To:** Misinformation Reports [REDACTED]@cisecurity.org>
**Cc:** Amy Cohen [REDACTED]@nased.org>
**Subject:** Phishing/misinformation emails to N.C. voters

Please see the attached emails. Apparently, NC voters are receiving the messages contained within...

Pat

*Public Information Director*
O: [redacted]
M: [redacted]

VOTE
NORTH CAROLINA
STATE BOARD OF ELECTIONS

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

| | |
|---|---|
| From: | @fb.com] |
| Sent: | 11/3/2020 7:07:19 PM |
| To: | Misinformation Reports @cisecurity.org]; Scully, Brian @cisa.dhs.gov]; CISA Central @cisa.dhs.gov]; CFITF @hq.dhs.gov]; tips@2020partnership.atlassian.net |
| Subject: | Re: Case #CIS-MIS000142: Voter in MI alleges submitting 300 ballots |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you for including me, I'm moving this through our processes now. I'll update you when I have more information.

Best,

Tracy

---

**From:** Misinformation Reports <@cisecurity.org>
**Sent:** Tuesday, November 3, 2020 5:52 PM
**To:** Brian Scully <@cisa.dhs.gov>; Central CISA @cisa.dhs.gov> @hq.dhs.gov <@hq.dhs.gov>; tips@2020partnership.atlassian.net <tips@2020partnership.atlassian.net>; Misinformation Reports @cisecurity.org>
**Cc:** @fb.com>
**Subject:** Case #CIS-MIS000142: Voter in MI alleges submitting 300 ballots

Brian and EIP, we have included Facebook in this report.

Misinformation report: citizen alleges on Facebook that he submitted 300 ballots

https://www.facebook.com/profile.php?id=1576601744



**From:** MS-ISAC SOC
**Sent:** Tuesday, November 3, 2020 6:39 PM
**To:** Misinformation Reports [redacted]@cisecurity.org>
**Cc:** MS-ISAC SOC [redacted]@msisac.org>
**Subject:** FW: Michigan Voter Misinformation//Facebook

Please see below. Thanks.

**Dylan Ginsburg**
Security Operations Center Analyst II
Multi-State Information Sharing and Analysis Center (MS-ISAC)
Election Infrastructure Information Sharing and Analysis Center (EI-ISAC)
[redacted]

24x7 Security Operations Center
[redacted]@cisecurity.org - [redacted]

 

   

**From:** Brown, Ashiya (MDOS) <[redacted]@michigan.gov>
**Sent:** Tuesday, November 3, 2020 6:35 PM
**To:** MS-ISAC SOC [redacted]@msisac.org>
**Subject:** RE: Michigan Voter Misinformation//Facebook

Yes, please.

Ashiya Brown, MBA
Michigan Bureau of Elections
[redacted]@Michigan.gov
Office: [redacted]
Cell: [redacted]

**From:** MS-ISAC SOC <[redacted]@msisac.org>
**Sent:** Tuesday, November 3, 2020 6:32 PM
**To:** Brown, Ashiya (MDOS) [redacted]@michigan.gov>; MS-ISAC SOC [redacted]@msisac.org>
**Subject:** RE: Michigan Voter Misinformation//Facebook

**CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov**

Ashiya,
Do we have your permission to share this with our federal partners by forwarding to our misinformation mailbox? Please see below.

*Reports of Elections Infrastructure Misinformation ("Misinformation") submitted to the EI-ISAC via misinformation@cisecurity.org will be shared with the following organizations: (1) the applicable social media platform provider in order to address the Misinformation identified in the report; (2) the Cybersecurity & Infrastructure Security Agency and the Election Integrity Partnership, for analysis of the Misinformation, in conjunction with other relevant information, to identify potential threats to election security; (3) with the National Association for Secretaries of State and National Association of State Elections Directors for situational awareness. The Misinformation may also be shared with other federal agencies, as appropriate, for situational awareness or in the context of a law enforcement investigation.*



**Dylan Ginsburg**
Security Operations Center Analyst II
Multi-State Information Sharing and Analysis Center (MS-ISAC)
Election Infrastructure Information Sharing and Analysis Center (EI-ISAC)

24x7 Security Operations Center
█████@cisecurity.org - █████████

 

   

**From:** Brown, Ashiya (MDOS) <█████@michigan.gov>
**Sent:** Tuesday, November 3, 2020 6:27 PM
**To:** MS-ISAC SOC █████@msisac.org>
**Subject:** Michigan Voter Misinformation//Facebook

https://www.facebook.com/profile.php?id=1576601744

Hello,
The link below is a Michigan voter who is spreading misinformation being Facebook saying he voted for 300 people. We have had local law enforcement contact him and he has pulled the post. Hours late (about an hour ago) he started posting it again. Is this something you all can assist with getting Facebook to pull down? We have received a number of complaints about this post per hour.

https://www.facebook.com/profile.php?id=1576601744

Thank you!

Ashiya Brown, MBA
Michigan Bureau of Elections
█████@Michigan.gov
Office: █████████
Cell: █████████

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

**From:** Scully, Brian [REDACTED]@cisa.dhs.gov]
**Sent:** 11/3/2020 4:41:40 PM
**To:** [REDACTED]@fb.com]
**CC:** Masterson, Matthew [REDACTED]@cisa.dhs.gov]; [REDACTED]@fb.com]
**Subject:** Re: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

Glad to help. Thanks [REDACTED].

Brian

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center
[REDACTED]
[REDACTED]@cisa.dhs.gov

---

**From:** [REDACTED]@fb.com>
**Sent:** Tuesday, November 3, 2020 4:30:26 PM
**To:** Scully, Brian [REDACTED]@cisa.dhs.gov>
**Cc:** Masterson, Matthew [REDACTED]@cisa.dhs.gov>; Sandra Luff [REDACTED]@fb.com>
**Subject:** Re: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Your speed and helpfulness here is extremely helpful, thank you so much!!!

---

**From:** Scully, Brian [REDACTED]@cisa.dhs.gov>
**Sent:** Tuesday, November 3, 2020 4:25:16 PM
**To:** [REDACTED]@fb.com>
**Cc:** Masterson, Matthew [REDACTED]@cisa.dhs.gov>; Sandra Luff [REDACTED]@fb.com>
**Subject:** Re: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

Not sure I understand the distinction you're trying to make, but both components of the narrative are false — the person is not a poll worker and no ballots were destroyed. I suppose that makes the entire thing a hoax.

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center
[REDACTED]
[REDACTED]@cisa.dhs.gov

---

**From:** [REDACTED]@fb.com>
**Sent:** Tuesday, November 3, 2020 4:22:48 PM
**To:** Scully, Brian [REDACTED]@cisa.dhs.gov>
**Cc:** Masterson, Matthew [REDACTED]@cisa.dhs.gov>; [REDACTED]@fb.com>
**Subject:** Re: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

P.S. For additional clarity, also trying to confirm here if this entire matter is a hoax versus just the claim a poll worker was destroying ballots.

---

**From:** [redacted]@fb.com>
**Sent:** Tuesday, November 3, 2020, 4:18 PM
**To:** Scully, Brian
**Cc:** Masterson, Matthew; [redacted]
**Subject:** Re: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

Hello again, wanted to follow up on a few points just to be crystal clear -- could you please confirm that (a) the worker in question is not a pollworker; or (b) that he did not, in fact, destroy ballots (or at least that there is no evidence that he destroyed ballots).

Would appreciate this clarity tremendously, thank you so much.

---

**From:** [redacted]@fb.com>
**Sent:** Tuesday, November 3, 2020 3:57:18 PM
**To:** Scully, Brian [redacted]@cisa.dhs.gov>
**Cc:** Masterson, Matthew [redacted]@cisa.dhs.gov>; [redacted]@fb.com>
**Subject:** Re: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

Appreciate the swift response!!

---

**From:** Scully, Brian [redacted]@cisa.dhs.gov>
**Sent:** Tuesday, November 3, 2020 3:52:45 PM
**To:** [redacted]@fb.com>
**Cc:** Masterson, Matthew [redacted]@cisa.dhs.gov>
**Subject:** Fwd: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

Statement from PA. Confirms person was not poll worker.

Brian

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center
[redacted]
[redacted]@cisa.dhs.gov

---

**From:** CFITF [redacted]@hq.dhs.gov>
**Sent:** Tuesday, November 3, 2020 3:43:52 PM
**To:** CFITF All [redacted]@hq.dhs.gov>
**Subject:** FW: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

**From:** [redacted]@cisecurity.org
**Sent:** Tuesday, November 3, 2020 8:43:42 PM (UTC+00:00) Monrovia, Reykjavik
**To:** CFITF
**Subject:** EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Reply above this line.

[redacted]@cisecurity.org commented:

The county has issued an official statement on the matter:

View request · Turn off this request's notifications

This is shared with Facebook, EI-ISAC, Twitter, and Mike Caulfield.

Powered by Jira Service Desk

**Sent:** 11/3/2020 11:14:52 AM
**To:** [redacted]@google.com]
**CC:** CFITF [redacted]@hq.dhs.gov]
**Subject:** FW: Case #CIS-MIS000101: phishing emails
**Attachments:** OnTime Notification: Incident Number [#NCSBE-64073] Changed; OnTime Notification: Incident Number [#NCSBE-64071] Changed

Hey Richard,

Wanted to share the attached and below reporting of phishing emails from North Carolina.

Regards,
Brian

**From:** Misinformation Reports [redacted]@cisecurity.org>
**Sent:** Saturday, October 31, 2020 5:38 PM
**To:** Scully, Brian [redacted]@cisa.dhs.gov>; CISA Central [redacted]@cisa.dhs.gov>; CFITF [redacted]@hq.dhs.gov>; Misinformation Reports [redacted]@cisecurity.org>; tips@2020partnership.atlassian.net
**Subject:** Case #CIS-MIS000101: phishing emails

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian - Attached are examples of phishing emails received by voters in North Carolina.

EIP – sharing this report in case you are already tracking this issue being shared on social media platforms

**From:** Gannon, Patrick [redacted]@ncsbe.gov>
**Sent:** Saturday, October 31, 2020 5:28 PM
**To:** Misinformation Reports [redacted]@cisecurity.org>
**Cc:** Amy Cohen [redacted]@nased.org>
**Subject:** Phishing/misinformation emails to N.C. voters

Please see the attached emails. Apparently, NC voters are receiving the messages contained within...

Pat

**Patrick Gannon**
*Public Information Director*
O: [redacted]
M: [redacted]
NORTH CAROLINA
STATE BOARD OF ELECTIONS

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

From: [redacted]@twitter.com]
Sent: 11/4/2020 8:22:49 AM
To: Scully, Brian [redacted]@cisa.dhs.gov]
CC: [redacted]@twitter.com]; [redacted]@twitter.com]; mailt[redacted]@twitter.com [redacted]@twitter.com]; CFITF [redacted]@hq.dhs.gov]; [redacted]@cisecurity.org
Subject: Re: FW: Case #CIS-MIS000152: Misinformation tweet that tabulation machines use ink (Green Bay, WI)

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank Brian. We will escalate.

On Wed, Nov 4, 2020 at 8:21 AM Scully, Brian [redacted]@cisa.dhs.gov> wrote:

Please see below report from NASED.

Regards,

Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports [redacted]@cisecurity.org>
**Sent:** Wednesday, November 4, 2020 7:59 AM
**To:** Scully, Brian [redacted]@cisa.dhs.gov>; CISA Central [redacted]@cisa.dhs.gov>; CFITF [redacted]@hq.dhs.gov>; tips@2020partnership.atlassian.net; Misinformation Reports [redacted]@cisecurity.org>
**Subject:** Case #CIS-MIS000152: Misinformation tweet that tabulation machines use ink (Green Bay, WI)

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: tweet alleges tabulation machine ran out of ink which caused delay in counting absentee ballots---there is no ink involved in tabulation machine (Green Bay, WI)

Tweet
Reid J. Epstein @reidepstein · 2h
Green Bay's absentee ballot results are being delayed because one of the vote-counting machines ran out of ink and an elections official had to return to City Hall to get more.
427
3K
4K

**From:** Amy Cohen <[redacted]@nased.org>
**Sent:** Wednesday, November 4, 2020 7:45 AM
**To:** Misinformation Reports <misinformation@cisecurity.org>
**Subject:** Tweet

https://twitter.com/reidepstein/status/1323926165590052864?s=21

This is false. There is no ink involved in the machines used in tabulation of the ballots, a fact confirmed by the state: https://twitter.com/wi_elections/status/1323931755473240066?s=21

Amy Cohen

Executive Director

National Association of State Election Directors (NASED)

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

| | |
|---|---|
| **From:** | Misinformation Reports [REDACTED]@cisecurity.org] |
| **Sent:** | 11/3/2020 3:53:03 PM |
| **To:** | Scully, Brian [REDACTED]@cisa.dhs.gov]; CISA Central [REDACTED]@cisa.dhs.gov]; CFITF [REDACTED]@hq.dhs.gov]; tips@2020partnership.atlassian.net; Misinformation Reports [REDACTED]@cisecurity.org] |
| **CC:** | [REDACTED]@fb.com' [REDACTED]@fb.com] |
| **Subject:** | Case #CIS-MIS000133: Misinformation Facebook post regarding number of votes/voters in CO |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian and EIP, we have included Facebook in this report.

Misinformation report: Facebook post regarding number of votes/voters in Colorado

**From:** Josh Craven <[REDACTED]@SOS.STATE.CO.US>
**Sent:** Tuesday, November 3, 2020 3:44 PM
**To:** Misinformation Reports <[REDACTED]@cisecurity.org>
**Cc:** Trevor Timmons <[REDACTED]@sos.state.co.us>; Craig Buesing [REDACTED]@SOS.STATE.CO.US>; Aaron Hayman <[REDACTED]@SOS.STATE.CO.US>; Nathan Blumenthal <[REDACTED]@SOS.STATE.CO.US>; Judd Choate <[REDACTED]@sos.state.co.us>; Hilary Rudy <[REDACTED]@SOS.STATE.CO.US>
**Subject:** Potential Foreign Mis/Dis Information on the Election Process – Facebook Post

Partners,

As part of the Colorado Department of State's (CDOS) efforts to counter foreign mis/dis information on the election process, we have been made aware of the following inaccurate information. We know this information is false because we've had 2,893,395 vote out of a possible 3,733,589 registered voters. This is not a call to action, but merely providing for you information.

https://www.facebook.com/dpatric/posts/10223827649629519



**Disclaimer:** Colorado Department of State is not the originator of the above information and is forwarding it, unedited, from its original source. The Department does not seek the ability to remove or edit what information is made available on social media platforms. The Department makes no recommendations about how the information it is sharing should be handled or used by recipients of this email. The Department may also share this information with local, state, and federal government agencies.

Thanks,

Josh Craven
Election Security Specialist | Department of State
[redacted]
[redacted]@SOS.STATE.CO.US

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

**From:** [redacted]@fb.com]
**Sent:** 11/3/2020 7:14:18 PM
**To:** Misinformation Reports [redacted]@cisecurity.org]; Scully, Brian [redacted]@cisa.dhs.gov]; CISA Central [redacted]@cisa.dhs.gov]; CFITF [redacted]@hq.dhs.gov]; tips@2020partnership.atlassian.net
**Subject:** Re: Case #CIS-MIS000137: Facebook post alleging election fraud

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Confirming that this has been closed out and the SoS has been notified. Thanks!

---

**From:** Misinformation Reports [redacted]@cisecurity.org>
**Date:** Tuesday, November 3, 2020 at 4:03 PM
**To:** Brian Scully [redacted]@cisa.dhs.gov>, Central CISA [redacted]@cisa.dhs.gov>, [redacted]@hq.dhs.gov" [redacted]@hq.dhs.gov>, "tips@2020partnership.atlassian.net" <tips@2020partnership.atlassian.net>, Misinformation Reports [redacted]@cisecurity.org>
**Cc:** [redacted]@fb.com>
**Subject:** Case #CIS-MIS000137: Facebook post alleging election fraud

Brian and EIP, we have included Facebook in this report.

Misinformation report: Facebook post alleging election fraud

https://www.facebook.com/photo/?fbid=10213886606959482&set=a.1076542573951

**From:** Dearing, Jared (SBE) [redacted]@ky.gov>
**Sent:** Tuesday, November 3, 2020 4:56 PM
**To:** Misinformation Reports [redacted]@cisecurity.org>
**Subject:** Miss information

Someone sent this to me said that Christy Alley the actress tweeted this and that it's now going viral this is Miss information.

Get Outlook for iOS

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

.....

**From:** [redacted]@twitter.com]
**Sent:** 11/6/2020 12:15:08 PM
**To:** Scully, Brian [redacted]@cisa.dhs.gov]
**CC:** CFITF [redacted]@hq.dhs.gov]
**Subject:** Re: FW: Are these real?

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you so much! We have applied a label to the Tweet.

Thanks,
[redacted]

On Fri, Nov 6, 2020 at 11:58 AM Scully, Brian <[redacted]@cisa.dhs.gov> wrote:

Hey Stacia,

Just came across this debunk of the video on Twitter -- https://twitter.com/JaneLytv/status/1324756117415776257?s=20.

Brian

**From:** [redacted]@twitter.com>
**Sent:** Friday, November 6, 2020 9:53 AM
**To:** Scully, Brian <[redacted]@cisa.dhs.gov>
**Cc:** CFITF [redacted]@hq.dhs.gov>
**Subject:** Re: FW: Are these real?

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks, Brian. We recognize the PA Secretary of State might be busy at this moment. I am happy to escalate now without waiting for additional information.

Thanks,
[redacted]

On Fri, Nov 6, 2020 at 9:51 AM Scully, Brian <[redacted]@cisa.dhs.gov> wrote:

Hey [redacted],

There are two reports in this email chain. One of Facebook posts with videos the State believes are false. That was the basis of the FYI for another group of folks. The specific report we are sharing with you all is the most recent link to a Twitter post. The FYI does not apply to the Twitter portion of the chain (unless

I'm misreading things, which in my current state is possible). We are not allowed to edit the reporting emails, so it creates some challenges for us when we're forwarding such reports.

On the video's authenticity, PA states in the very first email that they believe the video's are false We are reaching out to partners to validate. Not sure we'll be able to get a validation, but can certainly pass along anything we get back.

Not sure this is helpful, so happy to chat if you'd like.

Brian

**From:** CFITF <[redacted]@hq.dhs.gov>
**Sent:** Friday, November 6, 2020 9:41 AM
**To:** CFITF All <[redacted]@hq.dhs.gov>
**Subject:** FW: FW: Are these real?

---

**From:** [redacted]
**Sent:** Friday, November 6, 2020 2:40:46 PM (UTC+00:00) Monrovia, Reykjavik
**To:** CFITF; Scully, Brian
**Cc:** [redacted]@twitter.com; [redacted]@twitter.com; [redacted]@twitter.com
**Subject:** Re: FW: Are these real?

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Also, have PA state officials provided additional information to you on the authenticity of video or circumstances underpinning it? It seems as if the correspondence flagging this issue to you said "FYI only at this point" and there isn't additional information from the state official.

Thank you,
[redacted]

On Fri, Nov 6, 2020 at 9:35 AM [redacted] <[redacted]@twitter.com> wrote:

Thank you CFITF. We only see one URL linking to a video, but no attached screenshots as were referenced in the email. Please let us know if there are additional materials you would like us to review?

Thanks,
[redacted]

On Fri, Nov 6, 2020 at 9:34 AM CFITF <[redacted]@hq.dhs.gov> wrote:

**Good morning Twitter – Please see the reporting below.**

**From:** Masterson, Matthew [redacted]@cisa.dhs.gov>
**Sent:** Friday, November 6, 2020 9:19 AM
**To:** Scully, Brian [redacted]@cisa.dhs.gov>; Dragseth, John [redacted]@cisa.dhs.gov>
**Subject:** FW: Are these real?

See more below from PA. have we heard anything?

Matthew V. Masterson

Senior Cybersecurity Advisor

Department of Homeland Security

Cybersecurity & Infrastructure Security Agency (CISA)

[redacted]

[redacted]@hq.dhs.gov

**From:** Myers, Jessica [redacted]@pa.gov>
**Sent:** Friday, November 6, 2020 9:16 AM
**To:** Masterson, Matthew [redacted]@cisa.dhs.gov>
**Subject:** Fwd: Are these real?

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Here's a little more. Any word on your side? We just got a request from a reporter. We know the one on our page was taken down, but it appears there are more floating out there.

Jessica C. Myers

Director of Policy

PA Department of State

[redacted]

---

**From:** Yabut, Danilo <[redacted]@pa.gov>
**Sent:** Friday, November 6, 2020 6:29 AM
**To:** Myers, Jessica; Parker, Scott
**Cc:** Moser, Michael; Swanger, Zane
**Subject:** RE: Are these real?

I think I found a version of the video: https://twitter.com/StateofusAll/status/1324556436135882753

Dan

**From:** Yabut, Danilo
**Sent:** Friday, November 6, 2020 3:35 AM
**To:** Myers, Jessica <[redacted]@pa.gov>; Parker, Scott <[redacted]@pa.gov>
**Cc:** Moser, Michael <[redacted]@pa.gov>; Swanger, Zane <[redacted]@pa.gov>
**Subject:** RE: Are these real?

Thank you for the notice. If you got screenshots or links can you send those?

Dan

**From:** Myers, Jessica <[redacted]@pa.gov>
**Sent:** Friday, November 6, 2020 12:01 AM
**To:** Yabut, Danilo <[redacted]@pa.gov>; Parker, Scott <[redacted]@pa.gov>
**Cc:** Moser, Michael <[redacted]@pa.gov>; Swanger, Zane <[redacted]@pa.gov>
**Subject:** Fwd: Are these real?

FYI only at this point

Jessica C. Myers

Director of Policy

PA Department of State

[redacted]

---

**From:** Myers, Jessica <[redacted]@pa.gov>
**Sent:** Thursday, November 5, 2020 11:36 PM
**To:** Matt Masterson (DHS)
**Subject:** Re: Are these real?

The only guess I have is, if this is real, they took live feed from "remaking" damaged ballots. I just have no idea where this might have come from...

Jessica C. Myers

Director of Policy

PA Department of State

**From:** Myers, Jessica <[redacted]@pa.gov>
**Sent:** Thursday, November 5, 2020 11:22:52 PM
**To:** Matt Masterson (DHS) <[redacted]@hq.dhs.gov>
**Subject:** Are these real?

Matt,

Sorry to message late, but was going through the dos page and comments (old habits from EAC die hard) and came across these posts. Sorry to screenshot, but if you go to our page you should be able to see the comments on the post and go to the pages.

Are these making their way around the internet? Because there is no polling place I know of that has overhead cameras. Just don't want another "burning ballots" fake thing spreading.

Apologies for sending to you all first, but I didn't want to call an all hands meeting here when some of our folks are getting their first few real hours rest since Monday.

Thanks,

Jess

From: CFITF [redacted]@hq.dhs.gov]
Sent: 11/6/2020 3:45:24 PM
To: [redacted]@twitter.com]; Josiah, Chad [redacted]@cisa.dhs.gov]; Scully, Brian [redacted]@cisa.dhs.gov]
CC: [redacted]@twitter.com; [redacted]@twitter.com
Subject: Re: FW: Case #CIS-MIS000184: alleged tabulation fraud in Delaware County, PA

Thank you for the update, Stacia.

From: [redacted]@twitter.com>
Sent: Friday, November 6, 2020 12:43:27 PM
To: Josiah, Chad [redacted]@cisa.dhs.gov>; Scully, Brian <[redacted]@cisa.dhs.gov>
Cc: [redacted]@twitter.com [redacted]@twitter.com>; [redacted]@twitter.com <[redacted]@twitter.com>; CFITF <cfitf@hq.dhs.gov>
Subject: Re: FW: Case #CIS-MIS000184: alleged tabulation fraud in Delaware County, PA

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

HI Chad, all four Tweets have been labeled.

Thank you!
[redacted]

On Fri, Nov 6, 2020 at 2:26 PM [redacted] <[redacted]@twitter.com> wrote:
Thanks, Chad. We will review.

On Fri, Nov 6, 2020 at 2:15 PM Josiah, Chad <[redacted]@cisa.dhs.gov> wrote:
Twitter team,

Please see below reporting from official.

Regards,

Chad Josiah

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** CFITF <[redacted]@hq.dhs.gov>
**Sent:** Friday, November 6, 2020 2:10 PM
**To:** CFITF All <[redacted]@hq.dhs.gov>
**Subject:** FW: Case #CIS-MIS000184: alleged tabulation fraud in Delaware County, PA

---

**From:** Misinformation Reports
**Sent:** Friday, November 6, 2020 7:10:09 PM (UTC+00:00) Monrovia, Reykjavik
**To:** Scully, Brian; CISA Central; CFITF; tips@2020partnership.atlassian.net; Misinformation Reports
**Subject:** Case #CIS-MIS000184: alleged tabulation fraud in Delaware County, PA

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: tweets alleging tabulation fraud in Delaware County, PA

**From:** Sam Derheimer <[redacted]@hartic.com>
**Sent:** Friday, November 6, 2020 1:59 PM
**To:** Misinformation Reports <[redacted]@cisecurity.org>
**Cc:** Amy Cohen <[redacted]@nased.org>
**Subject:** Misinformation from Delaware County, PA

Good morning,

I think you guys are likely already aware of this, but there is misinformation spreading widely about the counting/tabulation process in Delaware County, PA. The county is a Hart customer, and they contacted us about this, so I am sharing it. I've already seen some posts containing the video removed by Twitter, so it appears that these posts are already being flagged.

A video is widely circulating of election workers in Delaware County duplicating ballots that could not be read by scanners. This is a routine election procedure. However, the video was doctored to cut out the observers who were present at the site. It artificially looks like the election worker is filling out blank ballots unsupervised. Most of the posts claim the workers are filling out blank ballots in an apparent attempt to "steal" the election.

1. From the London Daily News.
2. From Drudge Report-knockoff site called Populist Press.

This Tweet previously also shared the video, with the claim that the election was being "stolen," but it has already been removed by Twitter.

Here are some other Tweets with the video that are still live:

1. Andrew Wilkow
2. Anna Paulina Luna
3. Josh Kandlstick

Sharing out of an abundance of caution, in case you weren't already aware. Please let me know if you need further information.

**Samuel Derheimer**
Director of Government Affairs
**Hart InterCivic**
[REDACTED] (o) | [REDACTED] (help desk)
[REDACTED] (efax) | http://www.hartintercivic.com

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

**From:** [redacted]@fb.com]
**Sent:** 11/4/2020 12:48:44 PM
**To:** Misinformation Reports [redacted]@cisecurity.org]; Scully, Brian [redacted]@cisa.dhs.gov]; CISA Central [redacted]@cisa.dhs.gov]; CFITF [redacted]@hq.dhs.gov]; tips@2020partnership.atlassian.net
**Subject:** Re: Case #CIS-MIS000153: alleged election fraud in Graves County, KY

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

This has been closed out and the SoS has been informed. Thanks!

**From:** Misinformation Reports <[redacted]@cisecurity.org>
**Date:** Wednesday, November 4, 2020 at 10:11 AM
**To:** Brian Scully <[redacted]@cisa.dhs.gov>, Central CISA [redacted]@cisa.dhs.gov>, [redacted]@hq.dhs.gov" <[redacted]@hq.dhs.gov>, "tips@2020partnership.atlassian.net" <tips@2020partnership.atlassian.net>, Misinformation Reports <[redacted]@cisecurity.org>
**Cc:** [redacted]@fb.com>
**Subject:** Case #CIS-MIS000153: alleged election fraud in Graves County, KY

Brian and EIP, we have included Facebook in this report.

Misinformation report: Facebook post alleging election fraud in Graves County, KY

https://www.facebook.com/glenn.hayden.370

**From:** Dearing, Jared (SBE) <[redacted]@ky.gov>
**Sent:** Wednesday, November 4, 2020 10:42 AM
**To:** Misinformation Reports <[redacted]@cisecurity.org>
**Subject:** Misinformation

Can you have this taken down. This is Miss information voters were not given the incorrect ballots.

-Jared

Get Outlook for iOS

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

.....

**From:** Misinformation Reports [REDACTED]@cisecurity.org]
**Sent:** 11/5/2020 5:18:37 PM
**To:** Scully, Brian [REDACTED]@cisa.dhs.gov]; CISA Central [REDACTED]@cisa.dhs.gov]; CFITF [REDACTED]@hq.dhs.gov]; tips@2020partnership.atlassian.net; Misinformation Reports [REDACTED]@cisecurity.org]
**CC:** [REDACTED]@fb.com' [REDACTED]@fb.com]
**Subject:** Case #CIS-MIS000177: Facebook post alleging election fraud
**Attachments:** 177.PNG

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian and EIP – we have included Facebook in this report.

Misinformation Report: Facebook post alleging election fraud

**From:** Elections HelpDesk <[REDACTED]@wisconsin.gov>
**Sent:** Thursday, November 5, 2020 12:53 PM
**To:** Magney, Reid - ELECTIONS <[REDACTED]@wisconsin.gov>
**Subject:** FW: FW:

**From:** [REDACTED]@charter.net>
**Sent:** Thursday, November 05, 2020 12:46 PM
**To:** Elections HelpDesk <elections@wisconsin.gov>
**Subject:** FW:

There are some very frightening statements being posted. I believe this is absolutely garbage. Is there a way to debunk this before it spreads farther.

https://m.facebook.com/story.php?story_fbid=10157811093171886&id=569891885&sfnsn=mo

Sent from my Galaxy

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

.....

**From:** @fb.com]
**Sent:** 11/6/2020 12:00:12 PM
**To:** Misinformation Reports @cisecurity.org]; Scully, Brian @cisa.dhs.gov]; CISA Central @cisa.dhs.gov]; CFITF @hq.dhs.gov]; tips@2020partnership.atlassian.net
**Subject:** Re: Case #CIS-MIS000182: Misinformation post that Trump already won AZ

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

We have closed the loop with the partner on this one. Thanks all.

--

U.S. Politics & Government Outreach
E:
FACEBOOK

---

**From:** @fb.com>
**Date:** Friday, November 6, 2020 at 10:14 AM
**To:** Misinformation Reports <@cisecurity.org>, Brian Scully @cisa.dhs.gov>, Central CISA @cisa.dhs.gov>, @hq.dhs.gov" @hq.dhs.gov>, "tips@2020partnership.atlassian.net" <tips@2020partnership.atlassian.net>
**Cc:** @azsos.gov" <@azsos.gov>
**Subject:** Re: Case #CIS-MIS000182: Misinformation post that Trump already won AZ

Thanks for sending this over – we're looking into it.

--

U.S. Politics & Government Outreach
E: @fb.com
FACEBOOK

---

**From:** Misinformation Reports <@cisecurity.org>
**Date:** Friday, November 6, 2020 at 10:09 AM
**To:** Brian Scully <@cisa.dhs.gov>, Central CISA <@cisa.dhs.gov>, @hq.dhs.gov" @hq.dhs.gov>, "tips@2020partnership.atlassian.net" <tips@2020partnership.atlassian.net>, Misinformation Reports @cisecurity.org>
**Cc:** @fb.com>
**Subject:** Case #CIS-MIS000182: Misinformation post that Trump already won AZ

Brian and EIP, I included Facebook in this report.

Misinformation report: (private) Facebook post that Trump already won AZ

---

**From:** Ken Matta <@azsos.gov>
**Sent:** Friday, November 6, 2020 9:54 AM

**To**: Misinformation Reports <[redacted]@cisecurity.org>
**Subject:** Fake statement by Arizona Election Worker about fraud

Hi There,

https://www.facebook.com/photo.php?fbid=3966754973352465&set=p.3966754973352465&type=3

This post was on a private FB page, above. I've included a screenshot.

Thank you!

**KATIE HOBBS**
SECRETARY OF STATE
*State of Arizona*

Ken Matta
Information Security Officer
Arizona Secretary of State's Office

Email: [redacted]@azsos.gov
Office: [redacted]
Cell: 6[redacted]

*This message and any messages in response to the sender of this message may be subject to a public records request*

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

.....

From: @fb.com]
Sent: 11/10/2020 12:17:57 PM
To: Misinformation Reports @cisecurity.org]; Scully, Brian @cisa.dhs.gov]; CISA Central @cisa.dhs.gov]; CFITF @hq.dhs.gov]; tips@2020partnership.atlassian.net
Subject: Re: Case #CIS-MIS000192: allegations that a deceased person voted in Monona County, Iowa

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

This case has been closed out and the Secretary of State's office has been informed. Thanks!

**From:** Misinformation Reports < @cisecurity.org>
**Date:** Monday, November 9, 2020 at 5:29 PM
**To:** Brian Scully < @cisa.dhs.gov>, Central CISA <central@cisa.dhs.gov>, @hq.dhs.gov" < @hq.dhs.gov>, "tips@2020partnership.atlassian.net" <tips@2020partnership.atlassian.net>, Misinformation Reports @cisecurity.org>
**Cc:** @fb.com>
**Subject:** Case #CIS-MIS000192: allegations that a deceased person voted in Monona County, Iowa

Brian and EIP, we have included Facebook in this report.

Misinformation repot: Facebook post that a deceased person voted in Monona County, Iowa

https://www.facebook.com/amy.zeitler

**From:** Gookin, Eric [SOS] < @sos.iowa.gov>
**Sent:** Monday, November 9, 2020 6:05 PM
**To:** Misinformation Reports < @cisecurity.org>
**Cc:** Franklin, Jeff [SOS] < @sos.iowa.gov>; Hall, Kevin [SOS] < @sos.iowa.gov>
**Subject:** RE: Facebook post

Slight correction on information from below. The voter's record was cancelled due to his death on 10/05/2009, NOT in 1999.

**From:** Gookin, Eric [SOS]
**Sent:** Monday, November 9, 2020 5:02 PM
**To:** Misinformation Reports < @cisecurity.org>
**Cc:** Franklin, Jeff [SOS] < @sos.iowa.gov>; Hall, Kevin [SOS] < @sos.iowa.gov>
**Subject:** FW: Facebook post

Good afternoon,
We received this email from a local election official about a FB post saying a deceased person voted. Attached is a screen shot of the post along with a scanned copy of the voter's cancelled VR record.

**From:** Franklin, Jeff [SOS] < @sos.iowa.gov>
**Sent:** Monday, November 9, 2020 4:30 PM

**To:** Gookin, Eric [SOS] < ████ @sos.iowa.gov>
**Subject:** FW: Facebook post

Are you reporting these or is comms?

**From:** Peggy Rolph < ████ @mononacounty.org>
**Sent:** Friday, November 6, 2020 9:10 AM
**To:** cyber ████ @sos.iowa.gov>
**Subject:** Facebook post

Good Morning,

I reached out to Wes at Secretary of State's office and he informed me to get this information to you. I received a complaint about a Facebook post that implies a deceased person had voted. I have attached the post from Facebook and my record from I Voters to show you that the person is deceased and has been a canceled vote since 8/18/1999. We also do not have a precinct named ON204. My office received a call from this person's mother yesterday and she was upset. I then had another citizen come into my office wanting to know how this was posted on Facebook. We received another phone call this morning from the step father wanting to know how this is happening. I hope that you can assist with this matter.

*Peggy A. Rolph*
*Monona County Auditor &*
*Commissioner of Elections*



*Fax* █████

*@mononacounty.org*

## "Believe you can and you're halfway there." – Theodore Roosevelt

CAUTION: This email originated from OUTSIDE of the SOS organization. Do not click on links or open attachments unless you are expecting the email and know that the content is safe. If you believe this to be a malicious or phishing email, please send this email as an attachment to ████

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

**From:** Misinformation Reports [@cisecurity.org]
**Sent:** 11/11/2020 8:51:20 PM
**To:** Scully, Brian [@cisa.dhs.gov]; CISA Central [@cisa.dhs.gov]; CFITF [@hq.dhs.gov]; tips@2020partnership.atlassian.net; Misinformation Reports [@cisecurity.org]
**CC:** @twitter.com
**Subject:** Case #CIS-MIS000197: allegations of election fraud in Kentucky
**Attachments:** 197.PNG

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian and EIP, we have included Twitter in this report.

Twitter, please see below the Misinformation Report submitted by the office of the Secretary of State of Kentucky: tweet alleging election fraud in Kentucky

**From:** Dearing, Jared (SBE) @ky.gov>
**Sent:** Wednesday, November 11, 2020 8:39 PM
**To:** Misinformation Reports <misinformation@cisecurity.org>
**Subject:**

https://twitter.com/kimmyann1111/status/1326584103844544512?s=12

These facts are not correct and are spreading misinformation.

-Jared

Get Outlook for iOS

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

.....

| | |
|---|---|
| **From:** | Misinformation Reports [REDACTED]@cisecurity.org] |
| **Sent:** | 11/11/2020 6:07:35 PM |
| **To:** | [REDACTED]@twitter.com |
| **CC:** | CISA Central [REDACTED]@cisa.dhs.gov]; CFITF [REDACTED]@hq.dhs.gov]; Scully, Brian [REDACTED]@cisa.dhs.gov]; Misinformation Reports [REDACTED]@cisecurity.org] |
| **Subject:** | Fwd: Case #CIS-MIS000196: allegations of election fraud |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Twitter,

Please see below a Misinformation Report submitted by the Kentucky Secretary of State office.

Because today is a holiday, we are forwarding this report directly to you.

Election Infrastructure Information Sharing and Analysis Center

Center for Internet Security

Email: [REDACTED]@cisecurity.org

www.cisecurity.org

Begin forwarded message:

**From:** Misinformation Reports <[REDACTED]@cisecurity.org>
**Date:** November 11, 2020 at 4:49:18 PM EST
**To:** Brian Scully <[REDACTED]@cisa.dhs.gov>, CISA Central <[REDACTED]@cisa.dhs.gov>, CISA CFITF <[REDACTED]@hq.dhs.gov>, EIP <tips@2020partnership.atlassian.net>, Misinformation Reports [REDACTED]@cisecurity.org>
**Subject: Case #CIS-MIS000196: allegations of election fraud**

Twitter account alleging election fraud: https://twitter.com/DianeKnudsen7

**From:** Dearing, Jared (SBE) <[REDACTED]@ky.gov>
**Sent:** Wednesday, November 11, 2020 4:28 PM
**To:** Misinformation Reports <[REDACTED]@cisecurity.org>
**Subject:** Missinformation

This user is pushing missinformation about election fraud that does not exist. looking at the entire account it looks like bot trolling activity if not an out right disinformation account.

-Jared

Get Outlook for iOS

.....



CONFIDENTIAL

4:24
LTE
Follow
Diane
@DianeKnudsen7
Fight for the things that you care about, but do it in a way that will lead others to join you - RBG #Resist #StrongerTogether #FBR
Waxhaw, NC
Joined May 2020
6,777 Following 7,140 Followers
Not followed by anyone you're following
Tweets
Tweets & replies
Media
Likes
Pinned Tweet
Diane @DianeKnudsen7 · 1d
KENTUCKY NEEDS TO BE INVESTIGATED
BALLARD - McConnell won by 74.64% of 4.2k votes - that's roughly 3,134 people. Ballard county has 2,285 registered republicans as of 10/10/2020
@AmyMcGrathKY @marceelias
#VoterSuppression
1/4
US Senate: Kentucky results
Ballard
100%
Vote tally
4.2K vote

MOLA_DEFSPROD_00008638

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

**From:** [redacted]@twitter.com]
**Sent:** 11/11/2020 10:06:41 PM
**To:** Scully, Brian [redacted]@cisa.dhs.gov]
**CC:** [redacted]@twitter.com]; [redacted]@twitter.com]; Twitter Government & Politics [redacted]@twitter.com]; CFITF [redacted]@hq.dhs.gov]; Misinformation Reports [redacted]@cisecurity.org]
**Subject:** Re: FW: CIS-MIS000198 - allegations of election fraud in Kentucky

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks, Brian. We will escalate.

On Wed, Nov 11, 2020 at 9:54 PM Scully, Brian <[redacted]@cisa.dhs.gov> wrote:

Team Twitter,

Please see the below report from KY.

Regards,

Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports <[redacted]@cisecurity.org>
**Sent:** Wednesday, November 11, 2020 9:44 PM
**To:** Scully, Brian <[redacted]@cisa.dhs.gov>; CISA Central <[redacted]@cisa.dhs.gov>; CFITF <[redacted]@hq.dhs.gov>; tips@2020partnership.atlassian.net; Misinformation Reports <[redacted]@cisecurity.org>
**Subject:** CIS-MIS000198 - allegations of election fraud in Kentucky

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: series of tweets alleging election fraud in Kentucky

**From:** Dearing, Jared (SBE) [redacted]@ky.gov>
**Sent:** Wednesday, November 11, 2020 9:23 PM
**To:** Misinformation Reports <[redacted]@cisecurity.org>
**Subject:** Misinformation

https://twitter.com/grassrootsspeak/status/1326593623522152450?s=12

These facts are incorrect and this user is spreading misinformation.

-Jared

Get Outlook for iOS

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

.....

| | |
|---|---|
| **From:** | [redacted]@twitter.com] |
| **Sent:** | 11/12/2020 9:27:50 AM |
| **To:** | Scully, Brian [redacted]@cisa.dhs.gov] |
| **CC:** | CFITF [redacted]@hq.dhs.gov]; Misinformation Reports [redacted]@cisecurity.org]; [redacted]@twitter.com]; [redacted]@twitter.com] |
| **Subject:** | Re: CIS-MIS000199 - allegations of election fraud in Kentucky |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks Brian. We will escalate.

On Thu, Nov 12, 2020 at 9:26 AM Scully, Brian [redacted]@cisa.dhs.gov> wrote:

Good morning Twitter,

Please see reporting from KY.

Thanks,

Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

Brian Scully

DHS Countering Foreign Interference Task Force

National Risk Management Center

(202) 450-8046

brian.scully1@cisa.dhs.gov

---

**From:** CFITF <[redacted]@hq.dhs.gov>
**Sent:** Thursday, November 12, 2020 8:51:35 AM

**To:** CFITF All [redacted]@hq.dhs.gov>
**Subject:** FW: CIS-MIS000199 - allegations of election fraud in Kentucky

---

**From:** Misinformation Reports
**Sent:** Thursday, November 12, 2020 1:51:17 PM (UTC+00:00) Monrovia, Reykjavik
**To:** Scully, Brian; CISA Central; CFITF; tips@2020partnership.atlassian.net; Misinformation Reports
**Subject:** CIS-MIS000199 - allegations of election fraud in Kentucky

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: five (5) tweets alleging election fraud in Kentucky.

**From:** Dearing, Jared (SBE) [redacted]@ky.gov>
**Sent:** Wednesday, November 11, 2020 11:27 PM
**To:** Misinformation Reports [redacted]@cisecurity.org>
**Subject:** Misinformation

This is misinformation and is being spread repeatedly can you please search for similar content that is being put out on your platform.

https://twitter.com/vammek/status/1326683752357978112?s=12

https://twitter.com/lillygrillzit/status/1326649213468332032?s=12

https://twitter.com/skywalkeranakn/status/1326706794891243521?s=12

https://twitter.com/vammek/status/1326705839760027648?s=12

https://twitter.com/vammek/status/1326683637664772098?s=12

-Jared

Executive Director

Kentucky State Board of Elections

Get Outlook for iOS

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

|  |  |
|---|---|
| From: | [redacted]@twitter.com] |
| Sent: | 11/11/2020 12:11:52 AM |
| To: | Scully, Brian [redacted]@cisa.dhs.gov] |
| CC: | [redacted]@twitter.com]; [redacted]@twitter.com]; Twitter Government & Politics [redacted]@twitter.com]; CFITF [redacted]@hq.dhs.gov]; Misinformation Reports [redacted]@cisecurity.org] |
| Subject: | Re: FW: Case #CIS-MIS000195: allegations of election fraud with Dominion voting equipment in WA state |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you. All Tweets have been labeled, with the exception of two from @SeattleSuze. Those two Tweets were not found to violate our policies.

Thank you,
[redacted]

On Tue, Nov 10, 2020 at 7:25 PM [redacted]@twitter.com> wrote:
Thanks, Brian. We will escalate.

On Tue, Nov 10, 2020 at 7:23 PM Scully, Brian [redacted]@cisa.dhs.gov> wrote:
Good evening Twitter,

Please see the below report from Washington.

Thanks,
Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports <misinformation@cisecurity.org>
**Sent:** Tuesday, November 10, 2020 7:17 PM

**To:** Scully, Brian <[redacted]@cisa.dhs.gov>; CISA Central <[redacted]@cisa.dhs.gov>; CFITF <[redacted]@hq.dhs.gov>; tips@2020partnership.atlassian.net; Misinformation Reports <[redacted]@cisecurity.org>
**Subject:** Case #CIS-MIS000195: allegations of election fraud with Dominion voting equipment in WA state

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: twelve (12) tweets alleging election fraud with Dominion voting equipment in Washington state.

---

**From:** Jacob, Nick <[redacted]@sos.wa.gov>
**Sent:** Tuesday, November 10, 2020 7:03 PM
**To:** Misinformation Reports <[redacted]@cisecurity.org>
**Cc:** Lori Augino <[redacted]@sos.wa.gov>; Zabel, Kylee [redacted]@sos.wa.gov>; Boyal, Kiran [redacted]@sos.wa.gov>
**Subject:** Misinformation on Twitter

Hello,

I wanted to flag the following tweets that include misinformation and/or false allegations of election fraud. There is no evidence to back any of these claims. There have been no reports or indications of fraudulent activity in Washington state for the 2020 general election.

Franklin County is the only county in Washington state that uses a version of Dominion software and hardware. The system in use has been certified, and we are not aware of any issues.

No counties in Washington state use GEMS.

Additionally, each county conducts post-election audits in the days after the election that are publicly observable, which provides another layer of protection to ensure the results they certify later this month are accurate. At the end of the certification period, each county will publish a reconciliation report that discloses details about all of the ballots issued, received, counted, and rejected during this election.

https://twitter.com/LuvMyCountry7/status/1326303394147921920

https://twitter.com/seattleSuze/status/1326208987348398080

https://twitter.com/seattleSuze/status/1326209828717436928

https://twitter.com/MatthewMacphe17/status/1326212450585210880

https://twitter.com/MatthewMacphe17/status/1326211588089470976

https://twitter.com/MatthewMacphe17/status/1326204530543882240

https://twitter.com/MatthewMacphe17/status/1326202866567049216

https://twitter.com/Katrina64718085/status/1326311025738575872

https://twitter.com/Maga2020Rules/status/1326187323566948352

https://twitter.com/lazalere/status/1326082445196681216

https://twitter.com/TerenaHimpel/status/1326006222034665472

https://twitter.com/LolaTwelve/status/1325934941503250433

My name is Nick Jacob, and I'm an Executive Receptionist for the Washington Office of the Secretary of State. I can be reached via this email or the number listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently.

I am also copying Washington State Elections Director Lori Augino, Office of the Secretary of State Communications Director Kylee Zabel, and our Web and Social Media Coordinator Kiran Boyal.

Please let me know if you have any questions or need additional information.

Thank you.
-Nick

**Nick Jacob**
Office of the Secretary of State
Cell: [redacted]





.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

**From:** [redacted]@twitter.com]
**Sent:** 12/1/2020 7:42:23 PM
**To:** Scully, Brian [redacted]@cisa.dhs.gov]
**CC:** [redacted]@twitter.com]; [redacted]@twitter.com]; CFITF [redacted]@hq.dhs.gov]; Misinformation Reports [redacted]@cisecurity.org]
**Subject:** Re: FW: CIS-MIS000225 - allegations of Dominion hardware/software fraud in Gwinnett County, GA

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Brian -
We have labeled the Tweet and are taking steps to limit trending on this.

On Tue, Dec 1, 2020 at 4:40 PM Scully, Brian [redacted]@cisa.dhs.gov> wrote:

Hey [redacted] and [redacted]

Hope you both had a restful Thanksgiving weekend. Please see the below report from GA.

Regards,

Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports <[redacted]@cisecurity.org>
**Sent:** Tuesday, December 1, 2020 4:38 PM
**To:** Scully, Brian <[redacted]@cisa.dhs.gov>; CISA Central <[redacted]@cisa.dhs.gov>; CFITF <[redacted]@hq.dhs.gov>; tips@2020partnership.atlassian.net; Misinformation Reports <[redacted]@cisecurity.org>
**Subject:** CIS-MIS000225 - allegations of Dominion hardware/software fraud in Gwinnett County, GA

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian and EIP - misinformation Tweet related to Dominion hardware/software in Gwinnett County, GA.

A Gwinnett County election official confirmed the misinformation.

https://twitter.com/CodeMonkeyZ/status/1333641704839147520

**From:** Aaron Wilson
**Sent:** Tuesday, December 1, 2020 4:19 PM
**To:** [redacted]@gwinnettcounty.com; Kristi Royston <[redacted]@gwinnettcounty.com>; Matthew Puckett <[redacted]@gwinnettcounty.com>
**Cc:** Mike Garcia <[redacted]@cisecurity.org>; Misinformation Reports <[redacted]@cisecurity.org>
**Subject:** RE: Possible Gwinnett Election Misinformation

Thank you Kelvin. We will report this tweet to Twitter along with your explanation. We will keep you posted.

Thanks,

Aaron

**From:** [redacted]@gwinnettcounty.com <[redacted]@gwinnettcounty.com>
**Sent:** Tuesday, December 1, 2020 4:13 PM
**To:** Kristi Royston <[redacted]@gwinnettcounty.com>; Aaron Wilson <[redacted]@cisecurity.org>; Matthew Puckett <[redacted]@gwinnettcounty.com>

**Cc:** Mike Garcia <[redacted]@cisecurity.org>; Misinformation Reports [redacted]@cisecurity.org>
**Subject:** RE: Possible Gwinnett Election Misinformation

Good Afternoon

To clarify, the USB drive was not inserted into a scanner, the scanners are connected to server through cables.

The images and video show a Dominion tech producing a data report on the server and saving the report to a Dominion USB thumb drive and then using a laptop to filter requested information. The Dominion servers are not equipped with Excel and counties are not authorized to install any hardware or software on these systems

**Kelvin D. Williams** | Assistant Elections Supervisor / Asistente del Supervisor de Elecciones | Gwinnett County Board of Voter Registrations and Elections / Junta de Inscripción de Electores y Elecciones del Condado de Gwinnett | Phone / Teléfone: [redacted] | Address / Dirección: [redacted]
| [redacted]@gwinnettcounty.com
*Find out what's going on in Gwinnett County. Sign up for email newsletters today!*

---

**From:** Royston, Kristi <[redacted]@gwinnettcounty.com>
**Sent:** Tuesday, December 1, 2020 3:51 PM
**To:** Aaron Wilson <[redacted]@cisecurity.org>; Puckett, Matthew [redacted]@gwinnettcounty.com>
**Cc:** Mike Garcia <[redacted]@cisecurity.org>; Misinformation Reports [redacted]@cisecurity.org>; Williams, Kelvin <[redacted]@gwinnettcounty.com>
**Subject:** RE: Possible Gwinnett Election Misinformation

Hi,

Unfortunately, I'm out of the office today. I've copied Kelvin William's, assistant elections supervisor, on this email. Earlier today he shared some information with our Communications Director that he can now share with you in order to help.

Thanks,

Kristi

Sent via the Samsung Galaxy, an AT&T 4G LTE smartphone

-------- Original message --------
From: Aaron Wilson <[redacted]@cisecurity.org>
Date: 12/1/20 3:20 PM (GMT-05:00)
To: "Puckett, Matthew" <[redacted]@gwinnettcounty.com>, "Royston, Kristi" <[redacted]@gwinnettcounty.com>
Cc: Mike Garcia <[redacted]@cisecurity.org>, Misinformation Reports <[redacted]@cisecurity.org>
Subject: Possible Gwinnett Election Misinformation

**CAUTION:** This email originated from outside of Gwinnett County Government. Maintain caution when opening links, attachments, or responding. When in doubt, contact [redacted]@gwinnettcounty.com.

Hi Kristi,

The EI-ISAC, and our partners at the Election Integrity Partnership (EIP), are tracking a social media post that is gaining traction very quickly. It is likely a misunderstanding but is being portrayed on social media as some sort of nefarious act. If you can clarify for us what is being shown (if it even happened), we can work with the social media platforms to try and have the posts removed as misinformation. Please let us know as soon as possible.

**URLs**

https://twitter.com/CodeMonkeyZ/status/1333641704839147520

Thanks,

Aaron

**Aaron Wilson**

Sr. Director of Election Security

[redacted]@cisecurity.org

[redacted]



This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

From: Scully, Brian [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7CA10604AEE04B1DAB53DC9F884130BD-SCULLY, BRI]
Sent: 3/25/2020 12:17:14 PM
To: [redacted]@fb.com]
Subject: RE: Disinfo Campaign Targeting DS Officer

Thanks Saleela. Hope you and the family are also well.

Brian

**From:** [redacted]@fb.com>
**Sent:** Wednesday, March 25, 2020 11:33 AM
**To:** Scully, Brian [redacted]@cisa.dhs.gov> [redacted]@fb.com>
**Subject:** RE: Disinfo Campaign Targeting DS Officer

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you so much for this! Have flagged for our internal teams. As always, we really appreciate the outreach and sharing of this information. Hope you and your family are safe and sound!

**From:** Scully, Brian [redacted]@cisa.dhs.gov>
**Sent:** Wednesday, March 25, 2020 11:05 AM
**To:** [redacted]@fb.com>; [redacted]@fb.com>
**Subject:** FW: Disinfo Campaign Targeting DS Officer

[redacted] and [redacted]

Please see the below reporting from our State Department Global Engagement Center colleagues about disinformation on YouTube targeting a Diplomatic Security Officer.

Regards,
Brian

*The U.S. Department of Homeland Security (DHS) Cybersecurity and Infrastructure Security Agency (CISA) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Dempsey, Alex L [redacted]@state.gov>

**Sent:** Wednesday, March 25, 2020 10:30 AM

**To:** Schaul, Robert

**Subject:** Disinfo Campaign Targeting DS Officer

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Rob,

Our leadership has asked that we share the below information with our IA counterparts. There is a disinfo campaign on Youtube targeting a DS Officer, claiming she brought COVID-19 to during an athletic competition. FYSA FBI has been altered.

**Who: DS Officer, Maatje Benassi**
**What: Targeted Disinformation Campaign**
**When: O/A March 24th**
**Where: Online,** [REDACTED]

**Why:**
**Special Envoy, Lea Gabrielle received a note from a journalist on March 24th who tells me there is a false narrative being pushed online about someone who is believed to be a Diplomatic Security officer. Her name is Maatje Benassi. The journalist tells me there is a Youtube channel run by Americans falsely claiming she is "Patient Zero" and that as a U.S. Army reservist she brought COVID-19 to Wuhan during an athletic competition.**

V/r,

Alex

From: [redacted]@fb.com]
Sent: 3/13/2020 11:13:52 AM
To: Scully, Brian [redacted]1@cisa.dhs.gov]
CC: [redacted]@fb.com]
Subject: Re: Tweet reguarding voting & COVID-19 - DISINFORMATION

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks, Brian!

Sent from my iPhone

On Mar 13, 2020, at 10:55 AM, Scully, Brian [redacted]1@cisa.dhs.gov> wrote:

[redacted] and [redacted]

Apparently the tweet I sent has been taken down. Please see the screenshot below with the tweet.

Thanks,
Brian

**From:** Masterson, Matthew [redacted]n@cisa.dhs.gov>
**Sent:** Friday, March 13, 2020 10:51 AM
**To:** Scully, Brian [redacted]@cisa.dhs.gov>
**Cc:** Hale, Geoffrey [redacted]@cisa.dhs.gov>; Snell, Allison [redacted]@cisa.dhs.gov>
**Subject:** FW: Tweet reguarding voting & COVID-19 - DISINFORMATION

From OH in screen shot form and reported to CIOCC.

Matthew V. Masterson
Senior Cybersecurity Advisor
Department of Homeland Security
Cybersecurity & Infrastructure Security Agency (CISA)
[redacted]
[redacted]@hq.dhs.gov

**From:** Wood, Spencer [redacted]@OhioSOS.Gov>
**Sent:** Friday, March 13, 2020 10:39 AM
**To:** SecurityEvent <[redacted]@OhioSOS.Gov>; elections [redacted]@msisac.org>; MS-ISAC <[redacted]@msisac.org>
**Cc:** Masterson, Matthew [redacted]n@cisa.dhs.gov>; Keeling, Jon [redacted]OhioSOS.Gov>; Grandjean, Amanda <[redacted]@OhioSOS.Gov>; Burns, [redacted]@OhioSOS.Gov>; Keeling, Jon <[redacted]@OhioSOS.Gov>; Shaffer, Grant [redacted]@OhioSOS.Gov>; McAfee, Sean <[redacted]@OhioSOS.Gov>
**Subject:** Tweet reguarding voting & COVID-19 - DISINFORMATION

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

The following disinformation regarding upcoming Ohio, Florida, Illinois, Louisana, and Wisconson elections and COVID-19 was posted to twitter:

https://twitter.com/coocbie/status/1238465759745134593?s=21

<image.png>

<~WRD318.jpg>

**Spencer Wood | Chief Information Officer**
Office of the Ohio Secretary of State
**P:** +[REDACTED] **C:** +[REDACTED]
OhioSoS.gov

Messages 10:31 AM 62%

Thread

Caden
@coocbie

DEAR ALL BOOMERS,

Due to COVID-19, it should be in your highest interest to refrain from entering polling stations in Illinois, Florida, Ohio, Louisiana, and Wisconsin!!!

This is for your own safety.

I repeat, BOOMERS DO NOT VOTE

10:03 AM · 3/13/20 · Twitter Web App

6 Likes

Caden @coocbie · 25m

Tweet your reply

**From:** Masterson, Matthew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=96EE6758666E4BD19924CB287A857503-MATTHEW.MAS]
**Sent:** 6/2/2020 1:57:42 PM
**To:** Scully, Brian [REDACTED]@cisa.dhs.gov]; [REDACTED]@twitter.com]
**CC:** [REDACTED]@twitter.com]
**Subject:** RE: Primary Election Day

[REDACTED]

Just to confirm what Brian said. Very quiet so far. Please let us know if any of the items passed to you today are worth understanding further or if something changes. Thanks

Matt

Matthew V. Masterson
Senior Cybersecurity Advisor
Department of Homeland Security
Cybersecurity & Infrastructure Security Agency (CISA)
([REDACTED]
[REDACTED]@hq.dhs.gov

**From:** Scully, Brian [REDACTED]@cisa.dhs.gov>
**Sent:** Tuesday, June 2, 2020 1:41 PM
**To:** [REDACTED]@twitter.com>; Masterson, Matthew [REDACTED]@cisa.dhs.gov>
**Cc:** [REDACTED]@twitter.com>
**Subject:** RE: Primary Election Day

Hi [REDACTED]

It has been quiet on our end as well. As an FYI, we're expecting to receive some info from Colorado about fake accounts. Will send along once I get it.

Matt is on a call right now, so he may have more to add or a different perspective, but no issues on my end not doing a call.

Regards,
Brian

**From:** [REDACTED]@twitter.com>
**Sent:** Tuesday, June 2, 2020 1:37 PM
**To:** Scully, Brian [REDACTED]@cisa.dhs.gov>; Masterson, Matthew [REDACTED]@cisa.dhs.gov>
**Cc:** [REDACTED]@twitter.com>
**Subject:** Re: Primary Election Day

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Matthew and Brian, we just wanted to check in.

We are tracking the curfew issues and have our legal team reviewing specific city-curfews in the key primary states. Our enforcement teams are prepared on the issue.

We have received some escalations from external stakeholders, including the FBI.

Things seem generally quiet -- so if it works ok for you -- let's plan to not meet today. Please just let us know if anything comes up.

Stacia

On Mon, Jun 1, 2020 at 4:25 PM [redacted]@twitter.com> wrote:

Dear Matthew and Brian, hope you are well.

We are preparing for elections tomorrow. In case anything comes up urgently, please feel free to call me at [redacted] or reach us via email.

Should we plan to set up a mid-day check in? Does 2:30 work for you?

Thanks,
[redacted]

From: Scully, Brian [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7CA10604AEE04B1DAB53DC9F884130BD-SCULLY, BRI]
Sent: 9/25/2020 11:31:16 AM
To: [redacted]@twitter.com]
CC: [redacted]@twitter.com]; Dragseth, John [redacted]@cisa.dhs.gov]
Subject: RE: Election Disinfo Reporting

5pm today is fine. I'll send an invite.

**From:** [redacted]@twitter.com>
**Sent:** Friday, September 25, 2020 11:30 AM
**To:** Scully, Brian [redacted]1@cisa.dhs.gov>
**Cc:** [redacted]@twitter.com>; Dragseth, John [redacted]@cisa.dhs.gov>
**Subject:** Re: Election Disinfo Reporting

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

That sounds great!. Is 5pm today or Monday ok?

On Fri, Sep 25, 2020 at 11:18 AM Scully, Brian <[redacted]@cisa.dhs.gov> wrote:

Good Morning Stacia and Lisa,

Do you all have 5 minutes for a quick call today? I'd like to give you a quick update on our reporting process this year. I'm free the rest of the day, so whenever works for you.

Thanks,

Brian

Brian Scully

Chief, Countering Foreign Influence Task Force

DHS/CISA/NRMC

[redacted]@cisa.dhs.gov

[redacted]

| | |
|---|---|
| From: | @twitter.com] |
| Sent: | 9/10/2020 12:59:50 PM |
| To: | Masterson, Matthew @cisa.dhs.gov]; Scully, Brian @cisa.dhs.gov] |
| CC: | @twitter.com] |
| Subject: | Update on Twitter's Civic Integrity Policy |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Matthew and Brian, hope you are both very well.

We want to give you an update. Today, we are updating our Civic Integrity Policy. Our existing Civic Integrity Policy targets the most directly harmful types of content, namely those related to:

- Information or false claims on how to participate in civic processes
- Content that could intimidate or suppress participation
- False affiliation

Starting next week, we will label or remove false or misleading information intended to undermine public confidence in an election or other civic process. This includes but is not limited to:

- False or misleading information that causes confusion about the laws and regulations of a civic process, or officials and institutions executing those civic processes
- Disputed claims that could undermine faith in the process itself, e.g. unverified information about election rigging, ballot tampering, vote tallying, or certification of election results
- Misleading claims about the results or outcome of a civic process which calls for or could lead to interference with the implementation of the results of the process, e.g. claiming victory before election results have been certified, inciting unlawful conduct to prevent a peaceful transfer of power or orderly succession

You can find additional information here and here.

Thanks so much,

---

**Sent:** 10/27/2020 4:25:44 PM
**To:** [redacted]@twitter.com]; [redacted]@twitter.com]; [redacted]@twitter.com]
**CC:** CFITF [redacted]@hq.dhs.gov]; [redacted]@cisecurity.org
**Subject:** FW: Flagging Three Twitter Accounts Impersonating Colorado Government

Please see below report from Colorado. I've asked them if these accounts have already been reported, but these are screenshots from today.

Regards,
Brian

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** Aaron Hayman <[redacted]@SOS.STATE.CO.US>
**Sent:** Tuesday, October 27, 2020 4:17 PM
**To:** [redacted]@cisecurity.org; Masterson, Matthew <[redacted]@cisa.dhs.gov>; Scully, Brian <[redacted]@cisa.dhs.gov>
**Cc:** Trevor Timmons <[redacted]@SOS.STATE.CO.US>; Craig Buesing <[redacted]@SOS.STATE.CO.US>; Nathan Blumenthal <[redacted]@SOS.STATE.CO.US>; Josh Craven <[redacted]@SOS.STATE.CO.US>; Judd Choate <[redacted]@SOS.STATE.CO.US>; Hilary Rudy <[redacted]@SOS.STATE.CO.US>; Melissa Kessler <[redacted]@SOS.STATE.CO.US>; Ian Rayder <[redacted]@SOS.STATE.CO.US>; Betsy Hart <[redacted]@SOS.STATE.CO.US>; [redacted] <Steve.Hurlbert@SOS.STATE.CO.US>; Marygrace Galston <[redacted]@SOS.STATE.CO.US>; Grenis, Timothy <[redacted]@HQ.DHS.GOV>; Eastman - CDPS, Jerry <[redacted]@state.co.us>; Lisa Kaplan <[redacted]@aletheagroup.com>; Kristin Centanni <[redacted]@srg.com>; [redacted]@state.co.us; Bomba, Kristina <[redacted]@state.co.us>; Rhoads, Devon <[redacted]@state.co.us>; Rich Schliep [redacted]@SOS.STATE.CO.US>
**Subject:** Flagging Three Twitter Accounts Impersonating Colorado Government

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

EI-ISAC and CISA Partners,

Three Twitter accounts (@c_ogov, @OfficalColorado, @COstateGov) popped up in the last couple of weeks impersonating the Colorado state government. As you may be aware, numerous other similar accounts have also been created impersonating other state and city jurisdictions in recent weeks. The MS-ISAC flagged a couple of them last week (@c_ogov//@officalColorado) but we don't know if the third one (@COstateGov) is on everyone's radar. Has anyone engaged Twitter about these? Welcome any additional information you have.

These are concerning to us here in Colorado because of the recent FBI/CISA warnings about impersonation accounts spreading false information about the election. For the Colorado accounts:

- All three joined Twitter this month – October 2020
- All three have a URL link prominently labeled "Colorado.gov" that takes users to the official Colorado.gov website after passing through several other systems that could be harvest data or be more nefarious.
- All follow/are followed by up to a couple dozen other state/local government impersonation accounts – many also created recently.
- Several look like they were temporarily suspended by Twitter but at least some appear to be back online.

Below are screenshots taken today of the three accounts:

STATE OF COLORADO
NIL SINE NUMINE
1876
Follow
UnOfficialCOgov
@c_ogov
dm us your weed store location (hoes be mad, but this is a parody account)
Denver, CO
colorado.gov
Joined October 2020
55 Following
56 Followers



Follow
Colorado State Government
@COStateGov
Smoke weed erry day. The official (unofficial) Twitter account of the State of Colorado.
Colorado, USA
colorado.gov
Joined October 2020
21 Following
27 Followers

Follow
Not Actually Colorado
@OfficalColorado
The (UN)official Colorado Twitter Account.
This is a parody account.
Colorado
colorado.gov
Joined October 2020
12 Following
56 Followers

**Disclaimer**: Colorado Department of State is not the originator of the above information and is forwarding it, unedited, from its original source. The Department does not seek the ability to remove or edit what information is made available

on social media platforms. The Department makes no recommendations about how the information it is sharing should be handled or used by recipients of this email. The Department may also share this information with local, state, and federal government agencies.

**Aaron Hayman**
Senior Elections Security Specialist
(office)
@sos.state.co.us

From: [REDACTED]@fb.com]
Sent: 11/7/2020 5:00:52 AM
To: Masterson, Matthew [REDACTED]@cisa.dhs.gov]; Scully, Brian [REDACTED]@cisa.dhs.gov]
Subject: October CIB Report

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Gents,

I hope you are well--what a week! Thank you for your continued partnership.

I also wanted to share that on November 6th we published our October CIB report, including all networks we've taken down in the month of October which were engaged in foreign or government interference and coordinated inauthentic behavior on Facebook and Instagram. In October, we removed 14 networks of accounts, Pages and Groups. Eight of them — from Georgia, Myanmar, Ukraine, and Azerbaijan — targeted domestic audiences in their own countries, and six networks — from Iran, Egypt, US, and Mexico — focused on people outside of their country. This October report includes 7 networks we already announced on October 8 and October 27; and 6 new networks.

- **Total number of Facebook accounts removed:** 1,196
- **Total number of Instagram accounts removed:** 994
- **Total number of Pages removed:** 7,947
- **Total number of Groups removed:** 110

We are making progress rooting out this abuse, but as we've said before, it's an ongoing effort. We're committed to continually improving to stay ahead. That means building better technology, hiring more people and working closely with law enforcement, security experts and other companies.

**Networks removed in October 2020:**

1. **NEW Iran:** We removed 12 Facebook accounts, two Pages and 307 Instagram accounts linked to individuals associated with EITRC, a Tehran-based IT company. This activity originated in Iran and targeted primarily Israel, and also Iraq. This network was early in its audience building when we removed it. We found this activity as part of our investigation into suspected coordinated inauthentic behavior in the region.

2. **NEW Iran, Afghanistan:** We removed 33 Facebook accounts, 11 Pages, six Groups and 47 Instagram accounts operated by individuals in Iran and Afghanistan. They targeted Farsi/Dari-speaking audiences primarily in Afghanistan. We found this network as part of our internal investigation into suspected coordinated inauthentic behavior in the region.

3. **NEW Egypt, Turkey and Morocco:** We removed 31 Facebook accounts, 25 Pages and two Instagram accounts operated by individuals in Egypt, Turkey and Morocco associated with the Muslim Brotherhood. They targeted Egypt, Libya, Tunisia, Yemen, Somalia and Saudi Arabia. We found this network as part of our internal investigation into suspected coordinated inauthentic behavior in the region.

4. **NEW Georgia:** We removed 50 Facebook accounts, 49 Pages, four Groups, eight Events and 19 Instagram accounts linked to Alt-Info, a media entity in Georgia. This activity originated in the country of Georgia and targeted domestic audiences in Georgia. Alt-Info is now banned from Facebook. We found this network as part of our investigation into suspected coordinated inauthentic behavior in the region. Our assessment benefited from public reporting by the International Society for Fair Elections and Democracy (ISFED), a non-profit in Georgia.

5. **NEW Georgia:** We removed 54 Facebook accounts, 14 Pages, two Groups and 21 Instagram accounts linked to two political parties in Georgia — Alliance of Patriots and Georgian Choice. This activity originated in the country of Georgia and targeted domestic audiences in Georgia. We found this network after reviewing information about some of its activity publicly reported by the International Society for Fair Elections and Democracy (ISFED), a non-profit in Georgia.

6. **NEW Myanmar:** We removed 36 Facebook accounts, six Pages, two Groups and one Instagram account linked to Openmind, a PR agency in Myanmar. This activity originated in Myanmar and targeted domestic audiences in Myanmar. We found this network as part of our proactive investigation into suspected coordinated inauthentic behavior in the region ahead of the November election in Myanmar.

7. **NEW Ukraine:** We removed 46 Facebook accounts, 44 Pages, one Group and three Instagram accounts linked to MAS Agency, a PR firm in Ukraine, and individuals associated with Yulia Timoshenko's campaign and Batkivshchyna, a political party in Ukraine. This activity originated in Ukraine and targeted domestic audiences in Ukraine. We found this network as part of our investigation into suspected coordinated inauthentic behavior in the region. Our review benefited from public reporting on some of this activity in Ukraine.

8. **Mexico, Venezuela:** We removed 2 Facebook Pages and 22 Instagram accounts operated by individuals from Mexico and Venezuela. They primarily targeted the US. We began this investigation based on information about this network's off-platform activity from the FBI. Our internal investigation revealed the full scope of this network on Facebook. **(Originally announced on October 27, 2020)**

9. **Iran:** We also removed 12 Facebook accounts, 6 Pages and 11 Instagram accounts linked to individuals associated with the Iranian government. This small network originated in Iran and focused primarily on the US and Israel. It had some limited links to the CIB network we removed in April 2020. We began this investigation based on information from the FBI about this network's off-platform activity. **(Originally announced on October 27, 2020)**

10. **Myanmar:** We removed 10 Facebook accounts, 8 Pages, 2 Groups and 2 Instagram accounts operated by individuals in Myanmar. They focused on domestic audiences. We found this network as part of our proactive investigation into suspected coordinated inauthentic behavior ahead of the upcoming election in the region. **(Originally announced on October 27, 2020)**

11. **US:** We removed 202 Facebook accounts, 54 Pages and 76 Instagram accounts linked to Rally Forge, a US marketing firm, working on behalf of Turning Point USA and Inclusive Conservation Group. They focused primarily on domestic US audiences and also on Kenya and Botswana. Rally Forge is now banned from Facebook. We began our investigation after public reporting about some elements of this activity by the Washington Post. Weare continuing to review all linked networks, and will take action as appropriate if we determine they are engaged in deceptive behavior. **(Originally announced on October 8, 2020)**

12. **Myanmar:** We removed 38 Facebook accounts, 15 Pages and 6 Instagram accounts linked to members of the Myanmar military. This activity originated in Myanmar and targeted domestic audiences. We began our investigation after reviewing local public reporting about some elements of this activity as part of our proactive work ahead of the upcoming election in Myanmar. **(Originally announced on October 8, 2020)**

13. **Azerbaijan:** We removed 589 Facebook accounts, 7,665 Pages and 437 accounts on Instagram linked to the Youth Union of New Azerbaijani Party. This network originated in Azerbaijan and focused primarily on domestic audiences. We identified this network through an internal investigation into suspected fake engagement activity in the region. **(Originally announced on October 8, 2020)**

14. **Nigeria:** We removed 78 Facebook accounts, 45 Pages, 93 Groups and 46 Instagram accounts linked to the Islamic Movement in Nigeria. This network originated primarily in Nigeria and focused on domestic audiences. We identified this activity through our investigation into suspected coordinated inauthentic behavior in the region with some limited links to the network we removed in March 2019. **(Originally announced on October 8, 2020)**

Here's a link to our full October CIB Report: https://about.fb.com/news/2020/11/october-2020-cib-report/

We shared information about these networks with researchers from Graphika, DFRLab, and Stanford's Internet Observatory and their reports on some of the new networks can be expected in the coming days.

Research announcements from announcements in the month of October can be found below:

- Stanford Internet Observatory's report on the US network (October 8): https://cyber.fsi.stanford.edu/.../oct-2020-fb-ralley-forge
- Graphika's report on the Myanmar network (October 8): https://graphika.com/reports/myanmar-military-network/
- DFRLab's report on the Russian domestic CIB network (October 8): https://medium.com/dfrlab/facebook-removed-inauthentic-network-connected-to-united-russia-party-6b9cfd2332de

- Graphika's report on the Mexico/Venezuela network (October 27): https://graphika.com/reports/the-case-of-the-inauthentic-reposting-activists/

Let me know if you have any questions.

Best,

**From:** Scully, Brian [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7CA10604AEE04B1DAB53DC9F884130BD-SCULLY, BRI]
**Sent:** 10/23/2020 10:01:16 AM
**To:** [REDACTED]@twitter.com]
**Subject:** RE: ISAC

Great. I'm trying to work on finding out if it's been sent separately, so at least I can give you a heads up. Hopefully we can get better at that as I'm trying not to drown you all.

Brian

**From:** [REDACTED]@twitter.com>
**Sent:** Friday, October 23, 2020 9:59 AM
**To:** Scully, Brian [REDACTED]@cisa.dhs.gov>
**Subject:** Re: ISAC

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

OK, we got that one already :)

Keep sending them our way. Impossible to know what we have and have not received.

On Fri, Oct 23, 2020 at 9:58 AM Scully, Brian <[REDACTED]@cisa.dhs.gov> wrote:

Yep.

**From:** [REDACTED]@twitter.com>
**Sent:** Friday, October 23, 2020 9:58 AM
**To:** Scully, Brian <[REDACTED]@cisa.dhs.gov>
**Subject:** Re: ISAC

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Wait, is it onen from Maryland Board of Elections?

On Fri, Oct 23, 2020 at 9:56 AM Scully, Brian <[REDACTED]@cisa.dhs.gov> wrote:

Yes, CFITF is my team sending when I'm not doing it. Thanks, I'll add Misinformation Reports to our emails (will be sending one in a second).

Thanks [REDACTED]

Brian

**From:** [redacted]@twitter.com>
**Sent:** Friday, October 23, 2020 9:55 AM
**To:** Scully, Brian <[redacted]@cisa.dhs.gov>
**Subject:** Re: ISAC

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

No problem at all. I am getting a bunch of email from someone with CTIFC or something anyway? Is that you?

On Fri, Oct 23, 2020 at 9:53 AM Scully, Brian [redacted]@cisa.dhs.gov> wrote:

Hey Stacia,

Quick question for you – would you mind if I cc'd the ISAC on the reporting emails we send to Twitter? Right now, after I send an email to you, I send an email to the ISAC letting them know we reported. This would make things a bit more efficient on our end, but wanted to make sure you were comfortable with it before adding them.

Thanks,

Brian

Brian Scully
Chief, Countering Foreign Influence Task Force
DHS/CISA/NRMC
[redacted]@cisa.dhs.gov

**Sent:** 11/6/2020 12:20:13 PM
**To:** [redacted]@fb.com]; [redacted]@fb.com]; [redacted]@fb.com]
**CC:** CFITF [redacted]@hq.dhs.gov]
**Subject:** RE: IG Disinfo Report

Hey Saleela,

In case it's helpful, just saw this debunking video on Twitter -- https://twitter.com/JaneLytv/status/1324756117415776257?s=20.

Brian

**From:** [redacted]@fb.com>
**Sent:** Thursday, November 5, 2020 12:35 PM
**To:** Scully, Brian [redacted]@cisa.dhs.gov>; [redacted]@fb.com>; [redacted]@fb.com>
**Cc:** CFITF [redacted]@hq.dhs.gov>
**Subject:** RE: IG Disinfo Report

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you, we will flag this for the teams!

**From:** Scully, Brian [redacted]@cisa.dhs.gov>
**Sent:** Thursday, November 5, 2020 12:19 PM
**To:** [redacted]@fb.com>; [redacted]@fb.com>; [redacted]@fb.com>
**Cc:** CFITF [redacted]@hq.dhs.gov>
**Subject:** IG Disinfo Report

Good afternoon Facebook,

Wanted to share this disinfo report about CISA and Director Krebs -- https://www.instagram.com/p/CHNtFDPAUJH/.

Regards,
Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

From: Scully, Brian [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7CA10604AEE04B1DAB53DC9F884130BD-SCULLY, BRI]
Sent: 11/10/2020 5:23:56 PM
To: [redacted]@fb.com]
CC: [redacted]@fb.com]
Subject: RE: Hammer and scorecard narrative

I did.

**From:** [redacted]@fb.com>
**Sent:** Tuesday, November 10, 2020 5:18 PM
**To:** Scully, Brian [redacted]@cisa.dhs.gov>
**Cc:** [redacted]@fb.com>
**Subject:** Re: Hammer and scorecard narrative

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian,

Also, just to confirm—will you let our USG partners know the meeting tomorrow is canx?

Thanks!

Sent from my iPhone

On Nov 10, 2020, at 4:10 PM, [redacted]@fb.com> wrote:

Many thanks for the quick reply.

Will let our partners know.

Enjoy your day!

Sent from my iPhone

On Nov 10, 2020, at 4:05 PM, Scully, Brian [redacted]@cisa.dhs.gov> wrote:

Yes, let's cancel please.

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center
[redacted]
[redacted]@cisa.dhs.gov

**From:** [redacted]@fb.com>
**Sent:** Tuesday, November 10, 2020 4:01:23 PM
**To:** Scully, Brian [redacted]@cisa.dhs.gov>

**Cc:** [redacted]@fb.com>
**Subject:** Re: Hammer and scorecard narrative

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian—

One additional question. Given tomorrow is Veterans Day, will USG be available for our weekly call? Happy to canx so our federal partners can enjoy the holiday. Also wanted to ask so we could update our industry partners.

Thanks,
[redacted]

Sent from my iPhone

On Nov 10, 2020, at 2:12 PM, Scully, Brian [redacted]@cisa.dhs.gov> wrote:

This is very helpful Saleela. Thanks so much for sharing.

Brian

**From:** [redacted]@fb.com>
**Sent:** Tuesday, November 10, 2020 2:11 PM
**To:** Scully, Brian [redacted]@cisa.dhs.gov>
**Cc:** [redacted]@fb.com>; [redacted]@fb.com>
**Subject:** RE: Hammer and scorecard narrative

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Brian,

Wanted to follow up on the below to say that our teams have confirmed that we have third-party fact-checker verification that the "Hammer and Scorecard" narrative is false and our systems are labeling and downranking the content as identified. FWIW, in comparison to other election-related misinformation hoaxes that we have been actively tracking, the level of virality is less. Our teams take this particular narrative, among others, very seriously, and are continuing to actively monitor and iterate on appropriately enforcing against this content.

Again, thank you for the collaboration and engagement here, we are grateful and appreciative.

Saleela

**From:** [redacted]@fb.com>
**Sent:** Tuesday, November 10, 2020 10:12 AM
**To:** Scully, Brian [redacted]@cisa.dhs.gov> [redacted]@fb.com>; [redacted]@fb.com>
**Subject:** Re: Hammer and scorecard narrative

Thank you, Brian. Our teams are actively monitoring developments on this at this time and to the extent you or USG have information about confirmed misinformation or other information of note, we absolutely welcome that for additional consideration and insight. Appreciate the ongoing collaboration very much.

---

**From:** Scully, Brian [redacted]@cisa.dhs.gov>
**Sent:** Tuesday, November 10, 2020 9:24:57 AM
**To:** [redacted]@fb.com>; [redacted]@fb.com>; [redacted]@fb.com>
**Subject:** Hammer and scorecard narrative

Good morning,

Director Krebs is particularly concerned about the hammer and scorecard narrative that is making the rounds. Wanted to see if you all have been tracking this narrative and if there's anything you can share around amplification?

Thanks,
Brian

**From:** Scully, Brian [REDACTED]@cisa.dhs.gov]
**Sent:** 11/10/2020 6:44:54 PM
**To:** [REDACTED]@twitter.com]
**Subject:** Re: Hammer and scorecard narrative

Will do [REDACTED] Thank you!

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center
[REDACTED]
[REDACTED]@cisa.dhs.gov

---

**From:** [REDACTED]@twitter.com>
**Sent:** Tuesday, November 10, 2020 6:43:22 PM
**To:** Scully, Brian [REDACTED]@cisa.dhs.gov>
**Subject:** Re: Hammer and scorecard narrative

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Brian, hope you are well. Just a quick heads up, Politico published this piece about Director Krebs a few minutes ago. We noticed that one of his Tweets had been incorrectly labeled by our automated systems. We removed the label as soon as we noticed the issue. Please apologize to the Director on Twitter's behalf.

Thank you,
[REDACTED]

On Tue, Nov 10, 2020 at 12:25 PM Scully, Brian <[REDACTED]@cisa.dhs.gov> wrote:

Yoel,

Thanks so much for the detailed response...very helpful. Will certainly pass anything we come across your way.

Brian

**From:** [REDACTED] [REDACTED]@twitter.com>
**Sent:** Tuesday, November 10, 2020 12:20 PM
**To:** Scully, Brian [REDACTED]@cisa.dhs.gov>
**Cc:** [REDACTED]@twitter.com>; [REDACTED]@twitter.com>
**Subject:** Re: Hammer and scorecard narrative

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hey Brian,

Sorry about the slow response - another crazy morning.

We've been tracking the Hammer/Scorecard issue closely, particularly since Director Krebs's tweet on the subject (which was pretty unambiguous as debunks go). We broadly labeled the conspiracy theory several days ago, pursuant to our policies. Once we enabled labeling, though, a 4chan-driven troll campaign kicked off, trying to reverse engineer our labeling logic and get labels to show up on unrelated tweets... which led to us turning off the automated labeling. We're going to backfill labels in bulk today for the period the automated labeling was disabled, but unfortunately we're in a bit of a cat-and-mouse situation where our ability to mitigate the conspiracy is tangled up in a clear attempt to work the ref by gaming our enforcements.

Let us know if there are especially high-profile examples of tweets sharing the conspiracy that *haven't* been labeled - we've been manually monitoring high-profile examples even once we disabled the automation, but it could be some slipped through the cracks.

Thanks,

[REDACTED]

On Tue, Nov 10, 2020 at 6:36 AM Scully, Brian [REDACTED]@cisa.dhs.gov> wrote:

Thanks [REDACTED]

**From:** [REDACTED]@twitter.com>
**Sent:** Tuesday, November 10, 2020 9:35 AM
**To:** Scully, Brian [REDACTED]@cisa.dhs.gov>
**Cc:** [REDACTED]@twitter.com>
**Subject:** Re: Hammer and scorecard narrative

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

We have been tracking this issue. I will allow [REDACTED] to follow up with detailed information.

Thanks,
[REDACTED]

On Tue, Nov 10, 2020 at 9:22 AM Scully, Brian [REDACTED]@cisa.dhs.gov> wrote:

Good morning,

Director Krebs is very concerned about the hammer and scorecard narrative that's been making the rounds. Wondering if you all have been tracking that one and if there's anything you could share in terms of sharing and amplification?

CONFIDENTIAL

Thanks,

Brian

MOLA_DEFSPROD_00010391

**From:** [redacted]@twitter.com]
**Sent:** 11/13/2020 11:36:32 PM
**To:** Scully, Brian [redacted]@cisa.dhs.gov]
**Subject:** Re: FW: Twitter Assistance

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

We have labeled so many Tweets tonight, so I am afraid that for now the answer is that it isn't ending tonight. Talk soon!

On Fri, Nov 13, 2020 at 11:35 PM Scully, Brian <[redacted]@cisa.dhs.gov> wrote:

Ugh…do you all ever stop testifying?!? Good luck. You hang in there as well…the election has to end at some point, right? Right?

**From:** [redacted]@twitter.com>
**Sent:** Friday, November 13, 2020 11:33 PM
**To:** Scully, Brian <[redacted]@cisa.dhs.gov>
**Subject:** Re: FW: Twitter Assistance

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Man, my boss testifies on Tuesday in front of Judiciary and I am so tired of working. Let's just hope tomorrow stays calm. Hang in there!

On Fri, Nov 13, 2020 at 11:26 PM Scully, Brian <[redacted]@cisa.dhs.gov> wrote:

Some Friday night fun for the two of us! ☺ Hope you are well.

Brian

**From:** [redacted]@twitter.com>
**Sent:** Friday, November 13, 2020 11:21 PM
**To:** Scully, Brian <[redacted]@cisa.dhs.gov>
**Cc:** [redacted]@twitter.com>; CFITF <[redacted]@hq.dhs.gov>
**Subject:** Re: FW: Twitter Assistance

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks Brian, we will escalate.

On Fri, Nov 13, 2020 at 11:20 PM Scully, Brian <[redacted]@cisa.dhs.gov> wrote:

 [redacted] and [redacted]

Please see below report from Dominion regarding disinformation about the location of servers. For awareness, I redacted a second tweet based on legal guidance.

Regards,

Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Kay Stimson <[redacted]@dominionvoting.com>
**Sent:** Friday, November 13, 2020 10:57:02 PM
**To:** Masterson, Matthew <[redacted]@cisa.dhs.gov>
**Subject:** Twitter Assistance

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Matt,

Can you assist with flagging this election disinformation content? It's patently false. Dominion has no server in Germany, and you should be able to confirm with DOD that this is untrue. Looks like it's recycling old viral claims and/or newer false claims posted to a disinformation website called thedonald.win, which we have also reported. Since the thread claims this is an Amazon server and it looks like others are saying this, you should be able to check with them to confirm this is fake news as well. Thanks.

Tweet to Report:

[Redacted]

Tweet with Link to Recycled/Viral Rumor:

https://twitter.com/cody41263233/status/1327421997782093830/photo/1

Thanks,
Kay

KAY STIMSON | VP, GOVERNMENT AFFAIRS
DOMINION VOTING SYSTEMS
[redacted] | DOMINIONVOTING.COM

**From:** [redacted]@twitter.com]
**Sent:** 11/14/2020 11:25:52 AM
**To:** Scully, Brian [redacted]@cisa.dhs.gov]
**CC:** CFITF [redacted]@hq.dhs.gov]; [redacted]@twitter.com]
**Subject:** Re: FW: Twitter Assistance

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you, Brian. This Tweet has been labeled.

On Fri, Nov 13, 2020 at 11:20 PM [redacted]@twitter.com> wrote:
Thanks Brian, we will escalate.

On Fri, Nov 13, 2020 at 11:20 PM Scully, [redacted]@cisa.dhs.gov> wrote:
[redacted] and [redacted]

Please see below report from Dominion regarding disinformation about the location of servers. For awareness, I redacted a second tweet based on legal guidance.

Regards,

Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Kay Stimson <[redacted]@dominionvoting.com>
**Sent:** Friday, November 13, 2020 10:57:02 PM
**To:** Masterson, Matthew <[redacted]@cisa.dhs.gov>
**Subject:** Twitter Assistance

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Matt,

Can you assist with flagging this election disinformation content? It's patently false. Dominion has no server in Germany, and you should be able to confirm with DOD that this is untrue. Looks like it's recycling old viral claims and/or newer false claims posted to a disinformation website called thedonald.win, which we have also reported. Since the thread claims this is an Amazon server and it looks like others are saying this, you should be able to check with them to confirm this is fake news as well. Thanks.

Tweet to Report:

[Redacted]

Tweet with Link to Recycled/Viral Rumor:

https://twitter.com/cody41263233/status/1327421997782093830/photo/1

Thanks,
Kay

KAY STIMSON | VP, GOVERNMENT AFFAIRS
DOMINION VOTING SYSTEMS
[redacted] | DOMINIONVOTING.COM

**From:** Scully, Brian [REDACTED]@cisa.dhs.gov]
**Sent:** 11/3/2020 3:42:16 PM
**To:** [REDACTED]@fb.com]; Masterson, Matthew [REDACTED]@cisa.dhs.gov]
**CC:** [REDACTED]@fb.com]
**Subject:** Re: Election Misinformation Confirmation Requested

Let me check. I'm being told PA is going to put out a statement on it shortly.

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center
[REDACTED]
[REDACTED]@cisa.dhs.gov

---

**From:** [REDACTED]@fb.com>
**Sent:** Tuesday, November 3, 2020 3:39:57 PM
**To:** Scully, Brian [REDACTED]@cisa.dhs.gov>; Masterson, Matthew [REDACTED]@cisa.dhs.gov>
**Cc:** [REDACTED]@fb.com>
**Subject:** Re: Election Misinformation Confirmation Requested

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Both, actually, if you might know?

---

**From:** Scully, Brian [REDACTED]@cisa.dhs.gov>
**Sent:** Tuesday, November 3, 2020 3:37:01 PM
**To:** [REDACTED]@fb.com>; Masterson, Matthew [REDACTED]@cisa.dhs.gov>
**Cc:** [REDACTED]@fb.com>
**Subject:** Re: Election Misinformation Confirmation Requested

Hi [REDACTED]

The poll worker destroying ballots is disinfo. It are you asking about whether or not the person was a poll worker?

Brian

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center
[REDACTED]
[REDACTED]@cisa.dhs.gov

---

**From:** [REDACTED]@fb.com>
**Sent:** Tuesday, November 3, 2020 3:31:26 PM
**To:** Scully, Brian [REDACTED]@cisa.dhs.gov>; Masterson, Matthew [REDACTED]@cisa.dhs.gov>
**Cc:** [REDACTED]@fb.com>
**Subject:** Election Misinformation Confirmation Requested

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Brian and Matt,

Can you please confirm the below is election misinformation?

https://mobile.twitter.com/peterjhasson/status/1323716141202739201?s=21

Thank You,

**From:** Scully, Brian [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7CA10604AEE04B1DAB53DC9F884130BD-SCULLY, BRI]
**Sent:** 11/6/2020 12:22:04 PM
**To:** [redacted]@twitter.com]; [redacted]@twitter.com]; [redacted]@twitter.com]; Twitter Government & Politics [gov@twitter.com]
**CC:** CFITF [redacted]@hq.dhs.gov]
**Subject:** FW: Delaware County's response to video circulating of ballots

Twitter,

FYI – Delaware County, PA is debunking the below video.

Regards,
Brian

**From:** Masterson, Matthew <[redacted]@cisa.dhs.gov>
**Sent:** Friday, November 6, 2020 12:20 PM
**To:** Scully, Brian <[redacted]@cisa.dhs.gov>; Dragseth, John <[redacted]@cisa.dhs.gov>
**Subject:** FW: Delaware County's response to video circulating of ballots

Brian and John,

Please see below from Delaware County PA debunking those videos I provided earlier. Can you provide to platforms as additional context?

Matthew V. Masterson
Senior Cybersecurity Advisor
Department of Homeland Security
Cybersecurity & Infrastructure Security Agency (CISA)
[redacted]@hq.dhs.gov

**From:** Myers, Jessica [redacted]@pa.gov>
**Sent:** Friday, November 6, 2020 12:00 PM
**To:** Masterson, Matthew <[redacted]@cisa.dhs.gov>
**Subject:** Fwd: Delaware County's response to video circulating of ballots

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

FYI
Jessica C. Myers
Director of Policy
PA Department of State
[redacted]

**From:** Yabut, Danilo @pa.gov>
**Sent:** Friday, November 6, 2020 11:59:33 AM
**To:** Myers, Jessica @pa.gov>
**Subject:** FW: Delaware County's response to video circulating of ballots

**From:** Yabut, Danilo
**Sent:** Friday, November 6, 2020 11:50 AM
**To:** Degraffenreid, Veronica @pa.gov>; Boockvar, Kathryn @pa.gov>; Stevens, Sari <@pa.gov>; Marks, Jonathan @pa.gov>; Murren, Wanda @pa.gov>; Gates, Timothy <@pa.gov>; Kotula, Kathleen @pa.gov>
**Cc:** Lyon, Ellen <@pa.gov>; Humphrey, Laura <@pa.gov>; Parker, Scott @pa.gov>; Paz, Darwin <@pa.gov>
**Subject:** RE: Delaware County's response to video circulating of ballots

FYI: regarding this, they posted this on facebook:
https://www.facebook.com/DelawareCountyCouncil/posts/1883402795141692

Dan

**From:** Degraffenreid, Veronica <@pa.gov>
**Sent:** Friday, November 6, 2020 11:45 AM
**To:** Boockvar, Kathryn <@pa.gov>; Stevens, Sari <@pa.gov>; Marks, Jonathan @pa.gov>; Murren, Wanda @pa.gov>; Yabut, Danilo @pa.gov>; Gates, Timothy <@pa.gov>; Kotula, Kathleen <@pa.gov>
**Subject:** FW: Delaware County's response to video circulating of ballots

**Veronica W. Degraffenreid | Special Advisor for Elections Modernization**
Pennsylvania Department of State

Office: | Mobile: | Email:

**From:** Reuther, Christine <@co.delaware.pa.us>
**Sent:** Friday, November 6, 2020 11:44 AM
**To:** Degraffenreid, Veronica <@pa.gov>
**Subject:** Fwd: Delaware County's response to video circulating of ballots

Fyi.

Get Outlook for Android

---

**From:** Marofsky, Adrienne <@co.delaware.pa.us>
**Sent:** Friday, November 6, 2020, 11:37 AM
**To:** Zidek, Brian; Taylor, Monica; Madden, Kevin; Schaefer, Elaine; Reuther, Christine; Lazarus, Howard; Martin, William; @duanemorris.com'; Stollsteimer, Jack; Rouse, Tanner; Jackson, Marianne A.; Hagan, Laureen T.
**Cc:** Herlinger, Ryan; Morrone, Katherine; Cairy, Deborah
**Subject:** Delaware County's response to video circulating of ballots

As you may know, video has been circulating of an election worker along with allegations of fraud. Below is the statement that we issued along with a screen shot from the actual live stream. Once we have the number of ballots damaged, I will edit the release. I needed to get this out asap to respond to dozens of press calls.

Manipulated video has been circulating online purporting to show Delaware County election staff fraudulently filling in blank ballots. The video was taken from the official live stream provided by Delaware County, however, the circulated video is zoomed in to crop out the surrounding area, including the bipartisan observers who were not more than six feet away and does not give the full picture of the process.

The cropped video portrays an election worker, seemingly alone at a table, marking a ballot. The actual video shows the election worker at a table with other coworkers in a room full of people with bipartisan observers a few feet away at each end of the table, closely observing the worker from approximately 6 feet away. This arrangement was agreed upon between the Election Bureau and the former Republican Chairman of Delaware County Council, acting in his capacity as counsel for the Delaware County Republican Party.

During the processing of ballots, a machine extractor opens the ballots. Some ballots were damaged by the extractor during this process in such a way that the ballots could not be scanned successfully. According to the scanner manufacturer, Hart, the best practice to deal with damaged ballots that cannot be scanned is to transcribe the votes on each ballot to a clean ballot and scan the clean ballot. In accordance with that guidance, the Chief Clerk of the Delaware County Bureau of Elections instructed elections staff to manually transcribe the damaged ballots. As ballots were being transcribed, the original damaged ballots were directly beside the new ballots and bipartisan observers witnessed the process at close range. Damaged ballots have been preserved.

The Delaware County Bureau of Elections has been offering a live-streaming of the counting of ballots, which began on Nov. 3. The video allows residents to watch the process in real-time and offers a transparent view of the process. Unfortunately, some residents have altered to video and are making false accusations, which baselessly and wrongly attacks the integrity of the election staff and the completely transparent process by which votes are being counted in Delaware County.

(The attached screen shot of the video shows the election worker at a table with other coworkers in a room full of people with bipartisan observers closely observing the worker.)

Sincerely,
Adrienne Marofsky
Public Relations Director for Delaware County

**From:** @google.com]
**Sent:** 12/9/2020 9:09:29 AM
**To:** Scully, Brian @cisa.dhs.gov]; Snell, Allison @cisa.dhs.gov]; Schaul, Robert @cisa.dhs.gov]
**Subject:** YouTube Policy Update

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Good Morning,

I am writing to let you know about an update to YouTube's policies pertaining to election-related misinformation and to offer a briefing about these updates.

Beginning today, we will prohibit content alleging that widespread fraud or errors changed the outcome in any past US Presidential election. For example, we will remove videos claiming that a presidential candidate won the election as a result of widespread software glitches or counting errors. Given that states' certification of election results show that Biden has won, and our policies relating to misinformation about past elections now apply to content about the US 2020 presidential election uploaded beginning December 9. We will not issue any strikes to channels for removals between now and January 20. From January 20 forward, channels will be eligible to receive strikes for violative content they upload to YouTube. You can read more about our 2020 US election efforts in our blog post here.

Best Regards,

Kevin

--

Government Affairs & Public Policy Manager,
YouTube | @google.com |

**From:** [redacted]@twitter.com]
**Sent:** 1/7/2021 10:58:39 PM
**To:** Misinformation Reports [redacted]@cisecurity.org]
**CC:** Scully, Brian [redacted]@cisa.dhs.gov]; [redacted]@twitter.com
**Subject:** Re: FW: Election Related Misinformation

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you, Aaron. Both Tweets have been removed from the service.

Thank you,
Stacia

On Thu, Jan 7, 2021 at 3:53 PM [redacted]@twitter.com> wrote:

Thank you, Aaron. We will escalate.

Thanks,
Stacia

On Thu, Jan 7, 2021 at 3:44 PM Misinformation Reports <[redacted]@cisecurity.org> wrote:

Brian, Twitter,

Please see this report below from the Arizona SOS office. Please let me know if you have any questions.

Cc [redacted], I am not sure the best contact email to send this to at Twitter.

Thanks,

Aaron

**From:** C.Murphy Hebert <[redacted]@azsos.gov>
**Sent:** Thursday, January 7, 2021 3:26 PM
**To:** Misinformation Reports <[redacted]@cisecurity.org>
**Cc:** Ken Matta <[redacted]@azsos.gov>; Allie Bones <[redacted]@azsos.gov>
**Subject:** Election Related Misinformation

Hello,

I'm Murphy Hebert, communications director for the Office of the Arizona Secretary of State.
Email: [redacted]@azsos.gov

I am flagging this twitter account for your review. @normal_every

https://twitter.com/normal_every

Of specific concern to the Secretary of State are the following tweets:
https://twitter.com/normal_every/status/1346451683384160257
https://twitter.com/normal_every/status/1346233687160008704
Reason: These messages falsely assert that the Voter Registration System is owned and therefore operated by foreign actors.
This is an attempt to further undermine confidence in the election institution in Arizona.

Thank you for your consideration in reviewing this matter for action.

Sincerely,

C. Murphy Hebert
Communications Director
Arizona Secretary of State

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

.....

From: [redacted]@fb.com]
Sent: 5/4/2022 3:48:11 PM
To: Protentis, Lauren [redacted]@cisa.dhs.gov]
CC: Hale, Geoffrey (He/Him) [redacted]@cisa.dhs.gov]; Snell, Allison (She/Her) [redacted]@cisa.dhs.gov]; [redacted]@fb.com]; Schaul, Robert [redacted]@cisa.dhs.gov]; Scully, Brian [redacted]@cisa.dhs.gov]; Kuennen, David [redacted]@cisa.dhs.gov]; [redacted]@fb.com]; [redacted]@fb.com]
Subject: Re: Account Security

Hello Team CISA!

Hope you are all well.

In our conversation a few weeks ago, you mentioned that your team could potentially help connect us with local election offices. Is this something you are still able to help with? Additionally, we can provide a training for them on account security best practices if you think that could be helpful.

And as always, if there is anything we can do to be helpful in the meantime, please let us know!

Thanks,
[redacted]

---

**From:** Protentis, Lauren [redacted]@cisa.dhs.gov>
**Date:** Wednesday, April 27, 2022 at 12:37 PM
**To:** [redacted]@fb.com>, [redacted]@fb.com>
**Cc:** Hale, Geoffrey (He/Him) <[redacted]@cisa.dhs.gov>, Snell, Allison (She/Her) [redacted]@cisa.dhs.gov>, [redacted]@fb.com>, [redacted]@fb.com>, [redacted]@fb.com>, [redacted]@fb.com>, Schaul, Robert [redacted]@cisa.dhs.gov>, Scully, Brian [redacted]@cisa.dhs.gov>, Kuennen, David [redacted]@cisa.dhs.gov>
**Subject:** Re: Account Security

Perfect thank you so much!

**Lauren Protentis • Mis, Dis, Malinformation Team • National Risk Management Center • Cybersecurity and Infrastructure Security Agency (CISA)**
M: [redacted] | E: [redacted]@cisa.dhs.gov | HSDN: [redacted]@dhs.sgov.gov |
CLAN: [redacted]@dhs.ic.gov

The linked image cannot be displayed. The file may have been moved, re

---

**From:** [redacted]@fb.com>
**Sent:** Wednesday, April 27, 2022 11:15:25 AM
**To:** Protentis, Lauren [redacted]@cisa.dhs.gov>; [redacted]@fb.com>

**Cc:** Hale, Geoffrey (He/Him) [redacted]@cisa.dhs.gov>; Snell, Allison (She/Her) [redacted]@cisa.dhs.gov>; [redacted]@fb.com>; [redacted]@fb.com>; [redacted]@fb.com>; [redacted]@fb.com>; Schaul, Robert [redacted]@cisa.dhs.gov>; Scully, Brian [redacted]@cisa.dhs.gov>; Kuennen, David [redacted]@cisa.dhs.gov>
**Subject:** Re: Account Security

Got it – and no problem! I had our team design my email directly into the document (new version attached here) so everything is all in one place for you.

Best,

Meta

[redacted]
State and Local Politics & Government Outreach
[redacted]@fb.com

---

**From:** Protentis, Lauren [redacted]@cisa.dhs.gov>
**Date:** Wednesday, April 20, 2022 at 12:45 PM
**To:** [redacted]@fb.com>, [redacted]@fb.com>
**Cc:** Hale, Geoffrey (He/Him) <[redacted]@cisa.dhs.gov>, Snell, Allison (She/Her) <[redacted]@cisa.dhs.gov>, [redacted]@fb.com>, [redacted] <[redacted]@fb.com>, [redacted]@fb.com>, [redacted]@fb.com>, Schaul, Robert [redacted]@cisa.dhs.gov>, Scully, Brian [redacted]@cisa.dhs.gov>, Kuennen, David [redacted]@cisa.dhs.gov>
**Subject:** RE: Account Security

Hi [redacted] That could work, though we'd also welcome that as part of the document. Given we have a broader team that does trainings etc, it might be helpful for that info to be included in the doc. Though I understand there may be concerns with this approach.

Will take your steer, let me know what you think.

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
O: [redacted] | Email: [redacted]@cisa.dhs.gov | HSDN: [redacted]@dhs.sgov.gov | CLAN: [redacted]@dhs.ic.gov

---

**From:** [redacted]@fb.com>
**Sent:** Monday, April 18, 2022 5:30 PM
**To:** [redacted]@fb.com>; Protentis, Lauren [redacted]@cisa.dhs.gov>
**Cc:** Hale, Geoffrey (He/Him) [redacted]@cisa.dhs.gov>; Snell, Allison (She/Her) [redacted]@cisa.dhs.gov>; [redacted]@fb.com>; [redacted]@fb.com>; [redacted]@fb.com>; [redacted]@fb.com>; Schaul, Robert [redacted]@cisa.dhs.gov>; Scully, Brian

<[redacted]@cisa.dhs.gov>; Kuennen, David [redacted]@cisa.dhs.gov>
**Subject:** Re: Account Security

Thanks Lauren!

Would it work to just provide my email when you share out this one pager, and let them know if they need anything (like a page verification) or have any content they want to escalate for review, they can reach out to me and I can get them to the right person to help?

Best,

Meta

**Eva Guidarini**
State and Local Politics & Government Outreach
[redacted]

---

**From:** [redacted]@fb.com>
**Date:** Monday, April 18, 2022 at 11:50 AM
**To:** Protentis, Lauren [redacted]@cisa.dhs.gov>
**Cc:** Hale, Geoffrey (He/Him) <[redacted]@cisa.dhs.gov>, Snell, Allison (She/Her) <[redacted]@cisa.dhs.gov>, [redacted]@fb.com>, [redacted] <[redacted]@fb.com>, [redacted]@fb.com>, [redacted]@fb.com>, [redacted] <[redacted]@fb.com>, Schaul, Robert <[redacted]@cisa.dhs.gov>, Scully, Brian <[redacted]@cisa.dhs.gov>, Kuennen, David <[redacted]@cisa.dhs.gov>
**Subject:** Re: Account Security

Great! Many thank, Lauren for the quick reply & feedback.

[redacted]–who is cc'd on our team will loop in others from her team

Happy to move some of your colleagues to BCC as needed/defer to you to do that as [redacted] and her team work out the details.

Sent from my iPhone

On Apr 18, 2022, at 10:54 AM, Protentis, Lauren <[redacted]@cisa.dhs.gov>wrote:

Thanks so much for sending, [redacted]!

This looks great – the only thing I'd recommend adding is any steps for flagging or escalating MDM content, if possible. I think then that would make this a comprehensive product on both of the critical needs for officials – account security and MDM concerns. We discussed this a bit in our in-person meeting two weeks ago. Let me know if that's doable.

Thank you!

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative

National Risk Management Center
Cybersecurity and Infrastructure Security Agency
O: [redacted] | Email: [redacted]@cisa.dhs.gov | HSDN: [redacted]@dhs.sgov.gov | CLAN: [redacted]@dhs.ic.gov

---

**From:** [redacted]@fb.com>
**Sent:** Friday, April 15, 2022 9:01 AM
**To:** Protentis, Lauren <[redacted]@cisa.dhs.gov>; Hale, Geoffrey (He/Him) [redacted]@cisa.dhs.gov>; Snell, Allison (She/Her) <Allison.Snell@cisa.dhs.gov>
**Cc:** [redacted]@fb.com>; [redacted]@fb.com>; [redacted] <[redacted]@fb.com>; [redacted]@fb.com>; [redacted]@fb.com>
**Subject:** Account Security

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Good Morning!

As discussed during our meeting last week, I wanted to share our account security doc that we've been working on.

We would be grateful for any feedback and would be happy to set up a call to discuss. I am including [redacted] & [redacted] who you met during our meeting & are helping implement these procedures with key stakeholders. Also, +[redacted] to help schedule a call to discuss, if helpful.

Many thanks for your collaboration & best for a great weekend!
[redacted]

**From:** Protentis, Lauren [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=604C2D8C37944283805D4BD9A9A83476-LAUREN.PROT]
**Sent:** 5/20/2022 10:35:56 AM
**To:** [redacted] [redacted]@microsoft.com]; [redacted] (CELA) [redacted]@microsoft.com]; Jeremy [redacted]@microsoft.com]; [redacted] (CELA) [redacted]@microsoft.com]
**Subject:** RE: One-Pager for Elections Officials

Many, many thanks! Really appreciate it ☺

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
O: [redacted] | Email: [redacted]@cisa.dhs.gov | HSDN: [redacted]@dhs.sgov.gov | CLAN: [redacted]@dhs.ic.gov

**From:** [redacted]@microsoft.com>
**Sent:** Friday, May 20, 2022 9:59 AM
**To:** Protentis, Lauren [redacted]@cisa.dhs.gov>; [redacted] CELA) [redacted]@microsoft.com>; [redacted] [redacted]@microsoft.com>; [redacted] (CELA) [redacted]@microsoft.com>
**Subject:** RE: One-Pager for Elections Officials

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Lauren,

Thanks for reaching out. Attached is Microsoft's 1 pager for inclusion. Please let us know if you have any questions.

[redacted]

[redacted]
Director of Information Integrity
Democracy Forward Team (CELA)
[redacted]@microsoft.com

**From:** Protentis, Lauren [redacted]@cisa.dhs.gov>
**Sent:** Thursday, May 19, 2022 11:14 AM
**To:** [redacted] (CELA) [redacted]@microsoft.com>; [redacted]@microsoft.com>; [redacted] [redacted]@microsoft.com>
**Subject:** [EXTERNAL] One-Pager for Elections Officials

Hi [redacted]

I hope this email finds you well! Not sure this ask is as relevant to Microsoft, but thought I'd check. Meta is working with industry partners to create one-pagers for elections officials (in the lead up to the midterms) that provide steps to create secure accounts and to report MDM. We'll be sharing these products at our various engagements with officials.

Given your operating model is different than social media platforms, I'm not sure this is relevant. But, if so, we'd be happy to receive one from Microsoft.

I've attached a few examples of what the other companies have done.

Thanks so much!

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
O: [redacted] | Email: [redacted]@cisa.dhs.gov | HSDN: [redacted]@dhs.sgov.gov | CLAN: [redacted]@dhs.ic.gov



**From:** [redacted]@twitter.com]
**Sent:** 5/12/2022 4:43:21 PM
**To:** Protentis, Lauren [redacted]@cisa.dhs.gov]
**Subject:** Re: Twitter POC
**Attachments:** Election Officials Best Practices.pdf

Sure thing, here's the updated version!

On Thu, May 12, 2022 at 4:32 PM Protentis, Lauren <[redacted]@cisa.dhs.gov> wrote:
That would be so helpful if you could add it to the doc, thank you!

**Lauren Protentis • Mis, Dis, Malinformation Team • National Risk Management Center • Cybersecurity and Infrastructure Security Agency (CISA)**
M: [redacted] | E: [redacted]@cisa.dhs.gov | HSDN: [redacted]@dhs.sgov.gov |
CLAN: [redacted]@dhs.ic.gov

The linked image cannot be displayed. The file may have been moved, re

---

**From:** [redacted]@twitter.com>
**Sent:** Thursday, May 12, 2022 1:48:06 PM
**To:** Protentis, Lauren <[redacted]@cisa.dhs.gov>
**Subject:** Re: Twitter POC

The best way for them to do that is to contact [redacted]@twitter.com, I can add that to the doc if that would be helpful

On Thu, May 12, 2022 at 2:16 PM Protentis, Lauren [redacted]@cisa.dhs.gov> wrote:
Actually one question: is there a way to include something about how to report disinformation?

**Lauren Protentis • Mis, Dis, Malinformation Team • National Risk Management Center • Cybersecurity and Infrastructure Security Agency (CISA)**
M: [redacted] | E: [redacted]@cisa.dhs.gov | HSDN: [redacted]@dhs.sgov.gov |
CLAN: [redacted]@dhs.ic.gov

The linked image cannot be displayed. The file may have been moved, re

---

**From:** Protentis, Lauren <[redacted]@cisa.dhs.gov>
**Sent:** Thursday, May 12, 2022 1:11:25 PM
**To:** [redacted]@twitter.com>
**Subject:** Re: Twitter POC

Thanks so much! Really appreciate it! State and local officials in NH and IL will be the first recipients of this, so thanks in advance.

**Lauren Protentis • Mis, Dis, Malinformation Team • National Risk Management Center • Cybersecurity and Infrastructure Security Agency (CISA)**
M: [redacted] | E: [redacted]@cisa.dhs.gov | HSDN: [redacted]@dhs.sgov.gov |
CLAN: [redacted]@dhs.ic.gov

The linked image cannot be displayed. The file may have been moved, re

---

**From:** [redacted]@twitter.com>
**Sent:** Thursday, May 12, 2022 7:40:47 AM
**To:** Protentis, Lauren <[redacted]@cisa.dhs.gov>
**Subject:** Re: Twitter POC

Hey Lauren,

Apologies for the delay, got final approval late last night. Here's a one-pager covering best practices, escalations, verification, and safety tools.

Thanks and let me know if you need anything else!

[redacted]

On Wed, May 11, 2022 at 10:39 AM [redacted]@twitter.com> wrote:

Hey Lauren,

I'll have the one pager for you later today, just getting the final sign off before sending over

Thanks!

[redacted]

On Wed, May 11, 2022 at 9:09 AM Protentis, Lauren <[redacted]@cisa.dhs.gov> wrote:

Hi [redacted] and [redacted], Hope this email finds you well! Wanted to circle-back on this and see if you have any questions! The team has a few upcoming engagements with elections officials where this one-pager would be particularly helpful to share as a leave-behind.

All my best,

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center

Cybersecurity and Infrastructure Security Agency

O: [redacted] | Email: [redacted]@cisa.dhs.gov | HSDN: [redacted]@dhs.sgov.gov | CLAN: [redacted]@dhs.ic.gov

**From:** Protentis, Lauren [redacted]@cisa.dhs.gov>
**Sent:** Thursday, May 5, 2022 7:27 AM
**To:** [redacted]@twitter.com>
**Cc:** [redacted]@twitter.com>
**Subject:** Re: Twitter POC

Great, thanks [redacted] and [redacted]

[redacted]: As referenced below, we're collecting one-pagers from our industry partners that illuminates best practices/instructions for account security, account verification, and reporting MDM, for elections officials. This will be a tool/resource we can share as we conduct trainings in advance of the midterms.

Let me know if you have any questions!

Laure

**Lauren Protentis • Mis, Dis, Malinformation Team • National Risk Management Center • Cybersecurity and Infrastructure Security Agency (CISA)**
M: [redacted] | E: [redacted]@cisa.dhs.gov | HSDN: [redacted]@dhs.sgov.gov | CLAN: [redacted]@dhs.ic.gov

The linked image cannot be displayed. The file may have been moved, re

**From:** [redacted]@twitter.com>
**Sent:** Wednesday, May 4, 2022 4:53:00 PM
**To:** Protentis, Lauren [redacted]@cisa.dhs.gov>
**Cc:** [redacted]@twitter.com>
**Subject:** Re: Twitter POC

Hi Lauren -

Glad to meet you; ████ from our team knows DHS very well from his time on the Hill. He's a great person to assist you on this.
Best,

TO

On Tue, May 3, 2022 at 1:20 PM Protentis, Lauren <██████@cisa.dhs.gov> wrote:

Awesome! I'm meeting with Region 1 to include New Hampshire who mentioned that it was helpful for us to provide the verification information from Twitter last week. So, thanks again.

**Lauren Protentis • Mis, Dis, Malinformation Team • National Risk Management Center • Cybersecurity and Infrastructure Security Agency (CISA)**
M: ██████ | E: ██████@cisa.dhs.gov | HSDN: ██████@dhs.sgov.gov |
CLAN: ██████@dhs.ic.gov

---

**From:** ██████@twitter.com>
**Sent:** Tuesday, May 3, 2022 1:14:56 PM
**To:** Protentis, Lauren <██████@cisa.dhs.gov>; ██████@twitter.com>
**Cc:** ██████@twitter.com>; ██████@twitter.com>
**Subject:** Re: Twitter POC

Hey Lauren,

Thanks for checking in on this. Adding ██████ on our Public Policy team, who should be able to share our resources on this.

████

On Tue, May 3, 2022 at 10:14 AM Protentis, Lauren ██████@cisa.dhs.gov> wrote:

Hi ███, As mentioned in recent Industy Syncs, we're looking for one-pagers for elections officials that highlight platform best practices for getting verified (which you've provided below), account security and MDM reporting.

Is this something your team is able to pull together? I'm happy to share what others provided I'd that would be helpful to get you started.

Let me know if you have any questions!

**Lauren Protentis • Mis, Dis, Malinformation Team • National Risk Management Center • Cybersecurity and Infrastructure Security Agency (CISA)**
M: ██████ | E: ██████@cisa.dhs.gov | HSDN: ██████@dhs.sgov.gov |
CLAN: ██████@dhs.ic.gov

**From:** @twitter.com>
**Sent:** Wednesday, April 20, 2022 1:59:00 PM
**To:** Protentis, Lauren < @cisa.dhs.gov>
**Cc:** @twitter.com>; @twitter.com>
**Subject:** Re: FW: Twitter POC

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hey Lauren,

Government officials can apply through the public channel, or reach out by email to gov@twitter.com. Thanks!

On Wed, Apr 20, 2022 at 9:42 AM Protentis, Lauren < @cisa.dhs.gov> wrote:

Greetings and ,

I suspect we'll receive this question more often as the midterms continue. A state elections agency in New Hampshire is inquiring about getting verified on Twitter.

In order for elections officials and state and local officials to verify their Twitter accounts, should we simply direct them to this information: Twitter verification requirements - how to get the blue check

Or is there another process or person you'd prefer we direct them towards?

Thank you!

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
O: | Email: @cisa.dhs.gov | HSDN: @dhs.sgov.gov | CLAN: @dhs.ic.gov



**From:** Moser, Michael (He/Him) <[REDACTED]@cisa.dhs.gov> **On Behalf Of** ElectionTaskForce
**Sent:** Wednesday, April 20, 2022 11:00 AM
**To:** Modricker, Daniel <[REDACTED]@cisa.dhs.gov>; Protentis, Lauren <[REDACTED]@cisa.dhs.gov>
**Cc:** Tipton, James <[REDACTED]@cisa.dhs.gov>; ElectionTaskForce <[REDACTED]@cisa.dhs.gov>
**Subject:** RE: Twitter POC

Hi Dan,

I'm adding Lauren Protentis to this chain, who's from our MDM team, to see if she may have some thoughts on how to proceed.

Kind Regards,

Mike Moser
(He/Him)
IT Cybersecurity Specialist (INFOSEC)
Engagement, Assistance, and Training
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
M: [REDACTED] | [REDACTED]@cisa.dhs.gov

**From:** Modricker, Daniel <[REDACTED]@cisa.dhs.gov>
**Sent:** Tuesday, April 19, 2022 8:22 PM
**To:** ElectionTaskForce <[REDACTED]@cisa.dhs.gov>
**Cc:** Tipton, James <[REDACTED]@cisa.dhs.gov>
**Subject:** Twitter POC

Greetings,

During a meeting with a state elections partner we identified that their agency does not have the "verified identity" blue check for their Twitter account.

Is there a POC at Twitter to contact, or an expedited process for state elections agencies to pursue verification?

Best,
Dan

**Daniel Modricker**
Outreach Coordinator, Region I
Cybersecurity and Infrastructure Security Agency
Cell: [redacted] | Email: [redacted]@hq.dhs.gov

