# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

**JILL HINES ET AL**                    **CASE NO.  3:23-CV-00571**

**VERSUS**                              **JUDGE TERRY A. DOUGHTY**

**ALEX STAMOS ET AL**                   **MAG. JUDGE KAYLA D. MCCLUSKY**

## ORDER

Considering the foregoing Consent Motion for Leave to Exceed Page Limit [Doc. No. 78] filed by Plaintiffs,

**IT IS ORDERED** that the Motion is **GRANTED**.  The Clerk is requested to file the proposed briefs [Doc. Nos. 79 and 80] and exhibits attached thereto [Doc. Nos. 79-1, 79-2, 79-3, 79-4] into the record of this matter and to associate such filings with Defendants' Joint Motion to Compel Individual Arbitration [Doc. No. 69] and Defendants' Joint Motion to Dismiss [Doc. No. 70].

MONROE, LOUISIANA, this 19th day of October, 2023.

Terry A. Doughty
United States District Judge