# Plaintiffs' Exhibit B







 YouTube     🔍 🎤 ⋮ Sign in



**LIVE: Kevin McCarthy Speaker House Vote -On Day 2 GOP Rep. McCarthy loses 8th round vote**

ABC News ✓
34K watching
🔴 LIVE



**Navigating Pakistan's national security challenges**

AtlanticCouncil
12K views · Streamed 2 years ago



**LIVE BREAKING: House votes for Speaker as McCarthy fails to win gavel DAY 3**

Brian Tyler Cohen ✓
31K watching
🔴 LIVE



**Learning from dirty jobs | Mike Rowe**

TED ✓
7.1M views · 13 years ago



**How can Ukraine prevent a winter stalemate?**

AtlanticCouncil
4.5K views · Streamed 2 weeks ago



**The Super Mario Effect - Tricking Your Brain into Learning More | Mark Rober | TEDxPenn**

TEDx Talks ✓
12M views · 4 years ago



**Don't Wait for the Next War: A Discussion with Gen. Wesley Clark**

AtlanticCouncil
49K views · Streamed 8 years ago



**A next-generation agenda for US-ROK-Japan trilateral cooperation**

AtlanticCouncil
319 views · Streamed 2 weeks ago



**'This Is Just Incredible': New Revelations From Deposition Transcripts Release**

MSNBC ✓
1.3M views · 6 days ago
New



**Why did Russia attack Ukraine and what are its geopolitical implications?**

ANU TV
1.7M views · 5 months ago



**Rethinking Eritrea**

AtlanticCouncil
57K views · 6 years ago



**Top 20 Hilarious Kate McKinnon SNL Performances**

MsMojo ✓
2.6M views · 1 year ago

**Brooks and Capehart on the year in politics and what's ahead in 2023**

PBS NewsHour ✓
231K views · 5 days ago
New

**Debbie Stabenow talks about decision to not run for re-election in 2024**

Click On Detroit | Local 4 | WDIV ✓
147 views · 58 minutes ago

**AUDIO TRANSCRIPTION 1/10/2023**

1

2

3

4

5                    AUDIO TRANSCRIPTION

6            IN RE: STATE OF MISSOURI, ET AL.

7                         VS.

8            JOSEPH R. BIDEN, JR., ET AL.

9                  CASE NO. 322CV01213

10   EVENT: ATLANTIC COUNCIL: LIGHTNING TALK: ELECTION

11                INTEGRITY PARTNERSHIP

12                   JUNE 24, 2021

13

14

15

16   (Due to the quality of the recorded media, portions

17   were unable to be transcribed and include inaudible

18   portions.  The transcript may also include

19   misinterpreted words and/or unidentified speakers.

20   The transcriber was not present at the time of the

21   recording; therefore, this transcript should not be

22   considered verbatim.)

23

24   TRANSCRIBED BY: MELISSA LANE

25

```
 1                (CLIP: 1:38-3:19)

 2                ALEX STAMOS:  The election integrity

 3    partnership started with our team in Stanford sending

 4    a group of interns to go work with the -- the cyber

 5    security and infrastructure security agency at the DHS

 6    to work election security.  And what these interns

 7    found is, there's a lot of opportunity for them to

 8    contribute to the technical components of election

 9    security.  They also found that there was a lack of

10    capability around election disinformation.  This is

11    not because CISA didn't care about disinformation, but

12    at the time they lacked both kind of the funding and

13    the legal authorizations to go do the kinds of work

14    that would be necessary to truly understand how

15    election disinformation was operated.

16                So because of the feedback and the ideas

17    from this group, we were able to pull together pretty

18    quickly a project between four different institutions

19    to try to fill the gap of the things that the

20    government cannot do themselves.  There are kind

21    of four major stakeholders that we operated with that

22    we worked beside at EIP.  Our partners in government,

23    most particularly those in CISA and DHS, but also in

24    all of the local and state governments with whom we

25    operated with -- with the election integrity
```

Case 3:22-cv-01213-TAD-KDM Document 342-9 Filed 01/03/24 Page 6 of 59 PageID #: 14098

```
 1    infrastructure ISAC.  We worked with civil society

 2    groups such as NAACP, MITRE coming cause and the

 3    healthy election project that worked at both MIT and

 4    Stanford, and then we also worked with the major

 5    platforms, Facebook, Twitter, YouTube, TikTok, Reddit,

 6    Next Door and the like.  I mean, some of those cases

 7    we had agreements for access of data.  In other cases,

 8    we had to have individual analysts go work with them.

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

AUDIO TRANSCRIPTION  1/10/2023

```
 1                    (CLIP: 10:29-12:31)

 2                    ALEX STAMOS:  We find very little evidence

 3      that there's any foreign involvement at all.  In fact,

 4      the vast majority of election disinformation in 2020

 5      came from Americans who had verified accounts and very

 6      large follower accounts.

 7                    So as one of the big changes that we point

 8      out in our report is that this information is much

 9      less about massive amplification.  It's honestly less

10      about things like algorithms and algorithmic

11      amplification.  It's a much more important factor now

12      is that there are large follower account political

13      partisans who are spreading misinformation

14      intentionally, doing so in a multi-media context.  So

15      they're doing so online, on social media, but they're

16      also doing so on cable news, doing so on the radio,

17      through a variety of different outlets and are able to

18      amplify their message and to motivate their followers

19      to go try find evidence of the incorrect claims that

20      they're making.

21                    Where does this leave us for 2022 and 2024?

22      So the election integrity partnership was a project

23      just for 2020.  We are looking at options for these

24      different groups to work together in the future

25      elections, but there is going to have to be work in
```

```
 1   the federal government level to decide, one, who is in
 2   the government is going to own disinformation as a
 3   problem.  That is something that for at least in the
 4   American domestic context has not been figured out.
 5   And second, what kind of role should the academic and
 6   the NGO sector play here?
 7            And one thing we're going to have to figure
 8   out is, not just from a funding perspective, but from
 9   a privacy and data access perspective.  One of the
10   things that continues to happen is, we continue to get
11   tighter and tighter privacy laws being passed around
12   access to online social media data, and as long as
13   that is happening, we're going to have to take into
14   account those issues, and the need for academic
15   research when passing those laws.
16            So this is something that we're going to
17   continue to write about and talk about as we work with
18   our partners to figure out how the same kind of
19   function that the EIP filled in 2020, can be filled by
20   somebody in 2022 and 2024.
21            (Audio ended.)
22
23
24
25
```

**AUDIO TRANSCRIPTION 1/10/2023**

```
 1                    CERTIFICATE OF REPORTER

 2

 3           I, Melissa J. Lane, Certified Court

 4   Reporter of Missouri, Certified Shorthand Reporter of

 5   Illinois and Registered Professional Reporter, do

 6   hereby certify that I was asked to prepare a

 7   transcript of proceedings had in the above-mentioned

 8   case, which proceedings were held with no court

 9   reporter present utilizing an open microphone system

10   of preserving the record.

11           I further certify that the foregoing pages

12   constitute a true and accurate reproduction of the

13   proceedings as transcribed by me to the best of my

14   ability and may include inaudible sections or

15   misidentified speakers of said open microphone

16   recording.

17

18

19           Melissa J. Lane, CCR, CSR, RPR

20

21

22

23

24

25
```

**AUDIO TRANSCRIPTION  1/10/2023**

| A | | | | |
|---|---|---|---|---|
| ability 6:14 | 2:10 | 4:15,16,16 | future 4:24 | 4:14 |
| able 2:17 | care 2:11 | domestic 5:4 | **G** | interns 2:4 |
| 4:17 | case 1:9 6:8 | Door 3:6 | gap 2:19 | 2:6 |
| above-me... | cases 3:6,7 | Due 1:16 | go 2:4,13 | involvement |
| 6:7 | cause 3:2 | | 3:8 4:19 | 4:3 |
| academic 5:5 | CCR 6:19 | **E** | going 4:25 | ISAC 3:1 |
| 5:14 | CERTIFICATE | EIP 2:22 | 5:2,7,13 | issues 5:14 |
| access 3:7 | 6:1 | 5:19 | 5:16 | |
| 5:9,12 | Certified | election | government | **J** |
| account 4:12 | 6:3,4 | 1:10 2:2,6 | 2:20,22 | J 6:3,19 |
| 5:14 | certify 6:6 | 2:8,10,15 | 5:1,2 | JOSEPH 1:8 |
| accounts 4:5 | 6:11 | 2:25 3:3 | governments | JR 1:8 |
| 4:6 | changes 4:7 | 4:4,22 | 2:24 | JUNE 1:12 |
| accurate | CISA 2:11,23 | elections | group 2:4,17 | |
| 6:12 | civil 3:1 | 4:25 | groups 3:2 | **K** |
| agency 2:5 | claims 4:19 | ended 5:21 | 4:24 | kind 2:12,20 |
| agreements | CLIP 2:1 4:1 | ET 1:6,8 | | 5:5,18 |
| 3:7 | coming 3:2 | EVENT 1:10 | **H** | kinds 2:13 |
| AL 1:6,8 | components | evidence 4:2 | happen 5:10 | |
| ALEX 2:2 4:2 | 2:8 | 4:19 | happening | **L** |
| algorithmic | considered | | 5:13 | lack 2:9 |
| 4:10 | 1:22 | **F** | healthy 3:3 | lacked 2:12 |
| algorithms | constitute | Facebook 3:5 | held 6:8 | Lane 1:24 |
| 4:10 | 6:12 | fact 4:3 | honestly 4:9 | 6:3,19 |
| American 5:4 | context 4:14 | factor 4:11 | | large 4:6,12 |
| Americans | 5:4 | federal 5:1 | **I** | laws 5:11,15 |
| 4:5 | continue | feedback | ideas 2:16 | leave 4:21 |
| amplific... | 5:10,17 | 2:16 | Illinois 6:5 | legal 2:13 |
| 4:9,11 | continues | figure 5:7 | important | level 5:1 |
| amplify 4:18 | 5:10 | 5:18 | 4:11 | LIGHTNING |
| analysts 3:8 | contribute | figured 5:4 | inaudible | 1:10 |
| and/or 1:19 | 2:8 | fill 2:19 | 1:17 6:14 | little 4:2 |
| asked 6:6 | COUNCIL 1:10 | filled 5:19 | include 1:17 | local 2:24 |
| ATLANTIC | court 6:3,8 | 5:19 | 1:18 6:14 | long 5:12 |
| 1:10 | CSR 6:19 | find 4:2,19 | incorrect | looking 4:23 |
| Audio 1:5 | cyber 2:4 | follower 4:6 | 4:19 | lot 2:7 |
| 5:21 | | 4:12 | individual | |
| authoriz... | **D** | followers | 3:8 | **M** |
| 2:13 | data 3:7 5:9 | 4:18 | information | major 2:21 |
| | 5:12 | foregoing | 4:8 | 3:4 |
| **B** | decide 5:1 | 6:11 | infrastr... | majority 4:4 |
| best 6:13 | DHS 2:5,23 | foreign 4:3 | 2:5 3:1 | making 4:20 |
| BIDEN 1:8 | different | found 2:7,9 | institut... | massive 4:9 |
| big 4:7 | 2:18 4:17 | four 2:18,21 | 2:18 | mean 3:6 |
| | 4:24 | function | integrity | media 1:16 |
| **C** | disinfor... | 5:19 | 1:11 2:2 | 4:15 5:12 |
| cable 4:16 | 2:10,11,15 | funding 2:12 | 2:25 4:22 | Melissa 1:24 |
| capability | 4:4 5:2 | 5:8 | intentio... | 6:3,19 |
| | doing 4:14 | further 6:11 | | message 4:18 |

**AUDIO TRANSCRIPTION  1/10/2023**

microphone
  6:9,15
misident...
  6:15
misinfor...
  4:13
misinter...
  1:19
Missouri 1:6
  6:4
MIT 3:3
MITRE 3:2
motivate
  4:18
multi-media
  4:14

**N**

NAACP 3:2
necessary
  2:14
need 5:14
news 4:16
NGO 5:6

**O**

online 4:15
  5:12
open 6:9,15
operated
  2:15,21,25
opportunity
  2:7
options 4:23
outlets 4:17

**P**

pages 6:11
particul...
  2:23
partisans
  4:13
partners
  2:22 5:18
partnership
  1:11 2:3
  4:22
passed 5:11
passing 5:15

perspective
  5:8,9
platforms
  3:5
play 5:6
point 4:7
political
  4:12
portions
  1:16,18
prepare 6:6
present 1:20
  6:9
preserving
  6:10
pretty 2:17
privacy 5:9
  5:11
problem 5:3
proceedings
  6:7,8,13
Professi...
  6:5
project 2:18
  3:3 4:22
pull 2:17

**Q**

quality 1:16
quickly 2:18

**R**

R 1:8
radio 4:16
record 6:10
recorded
  1:16
recording
  1:21 6:16
Reddit 3:5
Registered
  6:5
report 4:8
reporter 6:1
  6:4,4,5,9
reproduc...
  6:12
research
  5:15

role 5:5
RPR 6:19

**S**

second 5:5
sections
  6:14
sector 5:6
security 2:5
  2:5,6,9
sending 2:3
Shorthand
  6:4
social 4:15
  5:12
society 3:1
somebody
  5:20
speakers
  1:19 6:15
spreading
  4:13
stakehol...
  2:21
STAMOS 2:2
  4:2
Stanford 2:3
  3:4
started 2:3
state 1:6
  2:24
system 6:9

**T**

take 5:13
talk 1:10
  5:17
team 2:3
technical
  2:8
thing 5:7
things 2:19
  4:10 5:10
tighter 5:11
  5:11
TikTok 3:5
time 1:20
  2:12
transcribed

  1:17,24
  6:13
transcriber
  1:20
transcript
  1:18,21
  6:7
TRANSCRI...
  1:5
true 6:12
truly 2:14
try 2:19
  4:19
Twitter 3:5

**U**

unable 1:17
understand
  2:14
unidenti...
  1:19
utilizing
  6:9

**V**

variety 4:17
vast 4:4
verbatim
  1:22
verified 4:5
VS 1:7

**W**

we're 5:7,13
  5:16
words 1:19
work 2:4,6
  2:13 3:8
  4:24,25
  5:17
worked 2:22
  3:1,3,4
write 5:17

**X**

**Y**

YouTube 3:5

**Z**

**0**

**1**

1:38-3:19
  2:1
10:29-12:31
  4:1

**2**

2020 4:4,23
  5:19
2021 1:12
2022 4:21
  5:20
2024 4:21
  5:20
24 1:12

**3**

322CV01213
  1:9


REPORT   SUBSCRIBE   CONTACT   SITE MAP



# CYBERSUMMIT 2021 SESSION DAY 4: RESPONDING TO MIS-, DIS-, AND MALINFORMATION





Case 3:23-cv-00373-TAD-KDM Document 89-35 Filed 10/24/23 Page 13 of 59 PageID #: 11605

## Want more? Watch Day Four.

## About the Speaker

### Renee DiResta, Technical Research Manager, Stanford Internet Observatory

Renée DiResta is the Technical Research Manager at the Stanford Internet Observatory, a cross-disciplinary program of research, teaching and policy engagement for the study of abuse in current information technologies. Renee investigates the spread of narratives across social and media networks, with an interest in understanding how platform design intersects with user behaviors and crowd dynamics. Her work examines the ways in which distinct actor types leverage the information ecosystem to exert influence - from domestic activists promoting health misinformation and conspiracy theories, to well-resourced full-spectrum information operations executed by state-sponsored actors – and draws on those findings to consider policy, education, and design responses.

Renée has advised Congress, the State Department, and other academic, civic, and business organizations. At the behest of SSCI, she led outside teams investigating both the Russia-linked Internet Research Agency's multi-year effort to manipulate American society and elections, and the GRU influence campaign deployed alongside its hack-and-leak operations in the 2016 election. Renée is an Ideas contributor at Wired and The Atlantic, a 2020 Emerson Fellow, a 2019 Truman National Security Project fellow, a 2019 Mozilla Fellow in Media, Misinformation, and Trust, a 2017 Presidential Leadership Scholar, and a Council on Foreign Relations term member.

**AUDIO TRANSCRIPTION**

```
 1

 2

 3

 4

 5                    AUDIO TRANSCRIPTION

 6            IN RE: STATE OF MISSOURI, ET AL.

 7                          VS.

 8            JOSEPH R. BIDEN, JR., ET AL.

 9                 CASE NO. 322CV01213

10    EVENT: CISA CYBER SECURITY SUMMIT 2021: RESPONDING TO

11            MIS, DIS, AND MALINFORMATION

12                 OCTOBER 27, 2021

13

14

15

16    (Due to the quality of the recorded media, portions

17    were unable to be transcribed and include inaudible

18    portions.  The transcript may also include

19    misinterpreted words and/or unidentified speakers.

20    The transcriber was not present at the time of the

21    recording; therefore, this transcript should not be

22    considered verbatim.)

23

24    TRANSCRIBED BY: MELISSA LANE

25
```

**AUDIO TRANSCRIPTION**

```
 1              (CLIP: 0:33-1:49.)

 2              RENEE DIRESTA:  So in August 2020, students

 3    from the Stanford internet observatory were doing an

 4    internship with CISA and they identified a massive gap

 5    in the capability of federal, state, and local

 6    governments to become aware of, to analyze, and to

 7    rapidly respond to mis and disinformation, both

 8    foreign and domestic, targeting the 2020 election.

 9              Now that gap had several components.  The

10    federal government wasn't prepared to identify and

11    analyze election miss and disinfo.  There was no clear

12    federal lead to coordinate the work because the IC, of

13    course, is rightly limited to a foreign focus, and the

14    FBI also has very specific designations limitations.

15    CISA had created support but had no real capability.

16    There were unclear legal authorities, including very

17    real First Amendment questions.  There was no

18    expertise resident within the federal government to

19    analyze public content across platforms to identify

20    transient risks.  There was a lack of reporting

21    mechanisms for state and local partners to service

22    activity that they saw building in their communities

23    to help them understand it.

24              The federal government was building

25    relationships with tech platforms, but there's a
```

**AUDIO TRANSCRIPTION**

```
 1   healthy distrust both ways for good reason.  So a
 2   trusted nonpartisan partnership with expertise in the
 3   way that misinformation moved on public platforms with
 4   analysts capable of understanding public conversations
 5   and a broader ability to explore publicly available
 6   data was needed.
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**AUDIO TRANSCRIPTION**

```
 1                (CLIP: 5:38-5:47)

 2                RENEE DIRESTA:  And while, unfortunately,

 3     the vast majority of -- vast majority of voting

 4     related misinformation in the 2020 election was

 5     domestic, our team evaluated foreign activity as well.

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**AUDIO TRANSCRIPTION**

Page 5

```
 1              (CLIP: 7:22-7:58)

 2              RENEE DIRESTA:  Following the success of

 3   EIP and the certification of the 2020 election, SIO

 4   ramped down its monitoring analysis capability because

 5   we thought that we were done with that work.  However,

 6   almost immediately we recognized the need to ramp back

 7   up.  This time to support government health officials'

 8   efforts to combat misinformation and targeting the

 9   COVID-19 vaccines.

10              In February 2021, we formally established

11   the virality project drawing on the same partners from

12   EIP and adding a few more, and much like EIP, it

13   focused on realtime observation analysis and

14   understanding of cross platform vaccine-related

15   misinformation.

16

17

18

19

20

21

22

23

24

25
```

```
 1                    (CLIP: 9:58-10:44)

 2                    RENEE DIRESTA:  We are never going to live

 3       in a world free of mis and disinformation.  Such a

 4       world has never existed, and the government is not

 5       going to snap its fingers and regulate the problem

 6       away, because misinformation is ultimately speech.

 7       And so while there are plenty of conversations now

 8       happening about regulation, most have not yet arrived

 9       at a solution space that protects civil liberties

10       while reducing harms.  And yet, that said, the current

11       situation is also untenable.  So we need something

12       in the short term to help create situational awareness

13       for those equipped to counter speak, equipped to

14       correct false and misleading claims, to help insure

15       that the public has access to reliable, accurately,

16       contextualized information and not only from official

17       government sources, and we believe that the power of

18       partnerships hold the key.

19                    (Audio ended.)

20

21

22

23

24

25
```

**AUDIO TRANSCRIPTION**

```
 1                    CERTIFICATE OF REPORTER

 2

 3            I, Melissa J. Lane, Certified Court

 4    Reporter of Missouri, Certified Shorthand Reporter of

 5    Illinois and Registered Professional Reporter, do

 6    hereby certify that I was asked to prepare a

 7    transcript of proceedings had in the above-mentioned

 8    case, which proceedings were held with no court

 9    reporter present utilizing an open microphone system

10    of preserving the record.

11            I further certify that the foregoing pages

12    constitute a true and accurate reproduction of the

13    proceedings as transcribed by me to the best of my

14    ability and may include inaudible sections or

15    misidentified speakers of said open microphone

16    recording.

17

18

19            Melissa J. Lane, CCR, CSR, RPR

20

21

22

23

24

25
```

**AUDIO TRANSCRIPTION**

**A**

ability 3:5
7:14
above-me... 7:7
access 6:15
accurate 7:12
accurately 6:15
activity 2:22 4:5
adding 5:12
AL 1:6,8
Amendment 2:17
analysis 5:4 5:13
analysts 3:4
analyze 2:6 2:11,19
and/or 1:19
arrived 6:8
asked 7:6
Audio 1:5 6:19
August 2:2
authorities 2:16
available 3:5
aware 2:6
awareness 6:12

**B**

back 5:6
believe 6:17
best 7:13
BIDEN 1:8
broader 3:5
building 2:22,24

**C**

capability 2:5,15 5:4
capable 3:4
case 1:9 7:8

CCR 7:19
CERTIFICATE 7:1
certific... 5:3
Certified 7:3,4
certify 7:6 7:11
CISA 1:10 2:4,15
civil 6:9
claims 6:14
clear 2:11
CLIP 2:1 4:1 5:1 6:1
combat 5:8
communities 2:22
components 2:9
considered 1:22
constitute 7:12
content 2:19
contextu... 6:16
conversa... 3:4 6:7
coordinate 2:12
correct 6:14
counter 6:13
course 2:13
court 7:3,8
COVID-19 5:9
create 6:12
created 2:15
cross 5:14
CSR 7:19
current 6:10
CYBER 1:10

**D**

data 3:6
designat... 2:14
DIRESTA 2:2

4:2 5:2
6:2
DIS 1:11
disinfo 2:11
disinfor... 2:7 6:3
distrust 3:1
doing 2:3
domestic 2:8 4:5
drawing 5:11
Due 1:16

**E**

efforts 5:8
EIP 5:3,12 5:12
election 2:8 2:11 4:4 5:3
ended 6:19
equipped 6:13,13
established 5:10
ET 1:6,8
evaluated 4:5
EVENT 1:10
existed 6:4
expertise 2:18 3:2
explore 3:5

**F**

false 6:14
FBI 2:14
February 5:10
federal 2:5 2:10,12,18 2:24
fingers 6:5
First 2:17
focus 2:13
focused 5:13
Following 5:2
foregoing

7:11
foreign 2:8 2:13 4:5
formally 5:10
free 6:3
further 7:11

**G**

gap 2:4,9
going 6:2,5
good 3:1
government 2:10,18,24 5:7 6:4,17
governments 2:6

**H**

happening 6:8
harms 6:10
health 5:7
healthy 3:1
held 7:8
help 2:23 6:12,14
hold 6:18

**I**

IC 2:12
identified 2:4
identify 2:10,19
Illinois 7:5
immediately 5:6
inaudible 1:17 7:14
include 1:17 1:18 7:14
including 2:16
information 6:16
insure 6:14
internet 2:3
internship

2:4

**J**

J 7:3,19
JOSEPH 1:8
JR 1:8

**K**

key 6:18

**L**

lack 2:20
Lane 1:24 7:3,19
lead 2:12
legal 2:16
liberties 6:9
limitations 2:14
limited 2:13
live 6:2
local 2:5,21

**M**

majority 4:3 4:3
MALINFOR... 1:11
massive 2:4
mechanisms 2:21
media 1:16
Melissa 1:24 7:3,19
microphone 7:9,15
mis 1:11 2:7 6:3
misident... 7:15
misinfor... 3:3 4:4 5:8,15 6:6
misinter... 1:19
misleading 6:14
Missouri 1:6

**AUDIO TRANSCRIPTION**

| | | | | |
|---|---|---|---|---|
| 7:4 | problem 6:5 | reporting | targeting | 5:11 |
| monitoring | proceedings | 2:20 | 2:8 5:8 | voting 4:3 |
| 5:4 | 7:7,8,13 | reproduc... | team 4:5 | VS 1:7 |
| moved 3:3 | Professi... | 7:12 | tech 2:25 | |
| | 7:5 | resident | term 6:12 | **W** |
| **N** | project 5:11 | 2:18 | thought 5:5 | wasn't 2:10 |
| need 5:6 | protects 6:9 | respond 2:7 | time 1:20 | way 3:3 |
| 6:11 | public 2:19 | RESPONDING | 5:7 | ways 3:1 |
| needed 3:6 | 3:3,4 6:15 | 1:10 | transcribed | words 1:19 |
| never 6:2,4 | publicly 3:5 | rightly 2:13 | 1:17,24 | work 2:12 |
| nonpartisan | | risks 2:20 | 7:13 | 5:5 |
| 3:2 | **Q** | RPR 7:19 | transcriber | world 6:3,4 |
| | quality 1:16 | | 1:20 | |
| **O** | questions | **S** | transcript | **X** |
| observation | 2:17 | saw 2:22 | 1:18,21 | |
| 5:13 | | sections | 7:7 | **Y** |
| observatory | **R** | 7:14 | TRANSCRI... | |
| 2:3 | R 1:8 | SECURITY | 1:5 | **Z** |
| OCTOBER 1:12 | ramp 5:6 | 1:10 | transient | |
| official | ramped 5:4 | service 2:21 | 2:20 | **0** |
| 6:16 | rapidly 2:7 | short 6:12 | true 7:12 | 0:33-1:49 |
| officials' | real 2:15,17 | Shorthand | trusted 3:2 | 2:1 |
| 5:7 | realtime | 7:4 | | |
| open 7:9,15 | 5:13 | SIO 5:3 | **U** | **1** |
| | reason 3:1 | situation | ultimately | |
| **P** | recognized | 6:11 | 6:6 | **2** |
| pages 7:11 | 5:6 | situational | unable 1:17 | 2020 2:2,8 |
| partners | record 7:10 | 6:12 | unclear 2:16 | 4:4 5:3 |
| 2:21 5:11 | recorded | snap 6:5 | understand | 2021 1:10,12 |
| partnership | 1:16 | solution 6:9 | 2:23 | 5:10 |
| 3:2 | recording | sources 6:17 | understa... | 27 1:12 |
| partners... | 1:21 7:16 | space 6:9 | 3:4 5:14 | |
| 6:18 | reducing | speak 6:13 | unfortun... | **3** |
| platform | 6:10 | speakers | 4:2 | 322CV01213 |
| 5:14 | Registered | 1:19 7:15 | unidenti... | 1:9 |
| platforms | 7:5 | specific | 1:19 | |
| 2:19,25 | regulate 6:5 | 2:14 | untenable | **4** |
| 3:3 | regulation | speech 6:6 | 6:11 | |
| plenty 6:7 | 6:8 | Stanford 2:3 | utilizing | **5** |
| portions | related 4:4 | state 1:6 | 7:9 | 5:38-5:47 |
| 1:16,18 | relation... | 2:5,21 | | 4:1 |
| power 6:17 | 2:25 | students 2:2 | **V** | |
| prepare 7:6 | reliable | success 5:2 | vaccine-... | **6** |
| prepared | 6:15 | SUMMIT 1:10 | 5:14 | |
| 2:10 | RENEE 2:2 | support 2:15 | vaccines 5:9 | **7** |
| present 1:20 | 4:2 5:2 | 5:7 | vast 4:3,3 | 7:22-7:58 |
| 7:9 | 6:2 | system 7:9 | verbatim | 5:1 |
| preserving | reporter 7:1 | | 1:22 | |
| 7:10 | 7:4,4,5,9 | **T** | virality | **8** |

**AUDIO TRANSCRIPTION**

| 9 | | | | |
|---|---|---|---|---|
| 9:58-10:44 | | | | |
| 6:1 | | | | |



# 3RD ANNUAL NATIONAL CYBERSECURITY SUMMIT FOR 2020



The 3rd Annual National Cybersecurity Summit took place September 16 - October 7, 2020, a series of seminars conducted virtually each Wednesday for four weeks due to the COVID-19 pandemic. There were more than 15,000 virtual attendees.

The 2020 Cybersecurity Summit brought together infrastructure stakeholders from around the world and provided a forum for meaningful conversations and collaboration on cybersecurity.

Each series had a different theme that focused on CISA's mission, with presentations from targeted leaders across government, academia, and industry.

The themes were:

- Sept 16: Key Cyber Insights
- Sept 23: Leading the Digital Transformation
- Sept 30: Diversity in Cybersecurity
- Oct 7: Defending our Democracy

## Frequently Asked Questions (FAQ)

**AUDIO TRANSCRIPTION  1/10/2023**

```
 1
 2
 3                  AUDIO TRANSCRIPTION
 4          IN RE: STATE OF MISSOURI, ET AL.
 5                       VS.
 6          JOSEPH R. BIDEN, JR., ET AL.
 7                CASE NO. 322CV01213
 8   EVENT: CISA CYBER SECURITY SUMMIT 2020: COMBATTING
 9                   DISINFORMATION
10                  OCTOBER 7, 2020
11
12
13
14   (Due to the quality of the recorded media, portions
15   were unable to be transcribed and include inaudible
16   portions.  The transcript may also include
17   misinterpreted words and/or unidentified speakers.
18   The transcriber was not present at the time of the
19   recording; therefore, this transcript should not be
20   considered verbatim.)
21
22   TRANSCRIBED BY: MELISSA LANE
23
24
25
```

**AUDIO TRANSCRIPTION  1/10/2023**

```
 1              (CLIP: 6:17-6:50)

 2              CLINT WATTS:  And I think what's

 3    interesting in this time around is how we -- we kind

 4    of talked about Russia having the playbook in 2016,

 5    and sort of leading the way in terms of how to do

 6    disinformation and -- and election manipulation.  Now

 7    everyone has adopted that approach, and in the

 8    domestic scene, it -- it is overwhelmingly more domestic

 9    than foreign this time around in 2020, and I think

10    from the Russian, Chinese or Iranian perspective, they

11    must wonder what they can possibly say that would

12    change anyone's mind that's not already being said in

13    the American landscape.

14

15

16

17

18

19

20

21

22

23

24

25
```

**AUDIO TRANSCRIPTION  1/10/2023**

```
 1                    (CLIP: 12:43-13:18)

 2              ALEX STAMOS:  The bigger issue in 2020, is

 3      going to be domestic, and to be honest, like, it's --

 4      it is domestic and the -- the things that we're

 5      seeing, so we have set up this thing called the

 6      election integrity partnership, so we went and hired a

 7      bunch of students.  We're working with the University

 8      of Washington, Graphika, and DFRLab, and the vast, vast

 9      majority of the contact we see we believe is domestic.

10      You know, some of it you can't tell, but a lot of it

11      is coming from domestic blue checkmark verified

12      elites; right?  And so I think a much bigger issue for

13      the platforms is elite disinformation.  The stuff that

14      is being driven by people who are verified that are

15      Americans who are using their real identities.

16

17

18

19

20

21

22

23

24

25
```

```
 1              (CLIP:  29:24-30:00)
 2              ALEX STAMOS:  I think we talk way too much
 3    about foreign influence, and let's be honest.  I think
 4    we talk too much about it.  It's sexy, and it's fun.
 5    And it's a little bit cold wary, but the truth is,
 6    that the vast majority of these problems or the kind
 7    of problems in the information environment are domestic
 8    problems. They're problems in how we interact with each
 9    other of the norms that have been created by online
10    political speech, about amplification issues, about how now
11    politicians are utilizing platforms, and so I think
12    we -- we have like an 80/20 breakdown of 80 percent we
13    talk about foreign and 20 domestic.  I think that
14    needs to be flipped.  And I think the quantitative
15    social science research supports that idea.
16              (Audio ended.)
17
18
19
20
21
22
23
24
25
```

**AUDIO TRANSCRIPTION  1/10/2023**

```
 1                    CERTIFICATE OF REPORTER

 2

 3          I, Melissa J. Lane, Certified Court

 4   Reporter of Missouri, Certified Shorthand Reporter of

 5   Illinois and Registered Professional Reporter, do

 6   hereby certify that I was asked to prepare a

 7   transcript of proceedings had in the above-mentioned

 8   case, which proceedings were held with no court

 9   reporter present utilizing an open microphone system

10   of preserving the record.

11          I further certify that the foregoing pages

12   constitute a true and accurate reproduction of the

13   proceedings as transcribed by me to the best of my

14   ability and may include inaudible sections or

15   misidentified speakers of said open microphone

16   recording.

17

18

19          Melissa J. Lane, CCR, CSR, RPR

20

21

22

23

24

25
```

**AUDIO TRANSCRIPTION 1/10/2023**

**A**
ability 5:14
above-me... 5:7
accurate 5:12
adopted 2:7
AL 1:4,6
ALEX 3:2 4:2
American 2:13
Americans 3:15
amplific... 4:10
and/or 1:17
anyone's 2:12
approach 2:7
asked 5:6
Audio 1:3 4:16

**B**
believe 3:9
best 5:13
BIDEN 1:6
bigger 3:2 3:12
bit 4:5
blue 3:11
breakdown 4:12
bunch 3:7

**C**
called 3:5
case 1:7 5:8
CCR 5:19
CERTIFICATE 5:1
Certified 5:3,4
certify 5:6 5:11
change 2:12
checkmark 3:11
Chinese 2:10

CISA 1:8
CLINT 2:2
CLIP 2:1 3:1 4:1
cold 4:5
COMBATTING 1:8
coming 3:11
considered 1:20
constitute 5:12
contact 3:9
court 5:3,8
created 4:9
CSR 5:19
CYBER 1:8

**D**
DFRLab 3:8
disinfor... 1:9 2:6 3:13
domestic 2:8 2:8 3:3,4 3:9,11 4:7 4:13
driven 3:14
Due 1:14

**E**
election 2:6 3:6
elite 3:13
elites 3:12
ended 4:16
environment 4:7
ET 1:4,6
EVENT 1:8

**F**
flipped 4:14
foregoing 5:11
foreign 2:9 4:3,13
fun 4:4
further 5:11

**G**
going 3:3
Graphika 3:8

**H**
held 5:8
hired 3:6
honest 3:3 4:3

**I**
idea 4:15
identities 3:15
Illinois 5:5
inaudible 1:15 5:14
include 1:15 1:16 5:14
influence 4:3
information 4:7
integrity 3:6
interact 4:8
interesting 2:3
Iranian 2:10
issue 3:2,12
issues 4:10

**J**
J 5:3,19
JOSEPH 1:6
JR 1:6

**K**
kind 2:3 4:6
know 3:10

**L**
landscape 2:13
Lane 1:22 5:3,19
leading 2:5
let's 4:3
little 4:5

lot 3:10

**M**
majority 3:9 4:6
manipula... 2:6
media 1:14
Melissa 1:22 5:3,19
microphone 5:9,15
mind 2:12
misident... 5:15
misinter... 1:17
Missouri 1:4 5:4

**N**
needs 4:14
norms 4:9

**O**
OCTOBER 1:10
online 4:9
open 5:9,15
overwhel... 2:8

**P**
pages 5:11
partnership 3:6
people 3:14
percent 4:12
perspective 2:10
platforms 3:13 4:11
playbook 2:4
political 4:10
politicians 4:11
portions 1:14,16
possibly

2:11
prepare 5:6
present 1:18 5:9
preserving 5:10
problems 4:6 4:7,8,8
proceedings 5:7,8,13
Professi... 5:5

**Q**
quality 1:14
quantita... 4:14

**R**
R 1:6
real 3:15
record 5:10
recorded 1:14
recording 1:19 5:16
Registered 5:5
reporter 5:1 5:4,4,5,9
reproduc... 5:12
research 4:15
right 3:12
RPR 5:19
Russia 2:4
Russian 2:10

**S**
scene 2:8
science 4:15
sections 5:14
SECURITY 1:8
see 3:9
seeing 3:5
set 3:5
sexy 4:4

**AUDIO TRANSCRIPTION  1/10/2023**

Shorthand
  5:4
social 4:15
sort 2:5
speakers
  1:17 5:15
speech 4:10
STAMOS 3:2
  4:2
STATE 1:4
students 3:7
stuff 3:13
SUMMIT 1:8
supports
  4:15
system 5:9

**T**

talk 4:2,4
  4:13
talked 2:4
tell 3:10
terms 2:5
thing 3:5
things 3:4
think 2:2,9
  3:12 4:2,3
  4:11,13,14
time 1:18
  2:3,9
transcribed
  1:15,22
  5:13
transcriber
  1:18
transcript
  1:16,19
  5:7
TRANSCRI...
  1:3
true 5:12
truth 4:5

**U**

unable 1:15
unidenti...
  1:17
University
  3:7

utilizing
  4:11 5:9

**V**

vast 3:8,8
  4:6
verbatim
  1:20
verified
  3:11,14
VS 1:5

**W**

wary 4:5
Washington
  3:8
WATTS 2:2
way 2:5  4:2
we're 3:4,7
went 3:6
wonder 2:11
words 1:17
working 3:7

**X**

**Y**

**Z**

**0**

**1**

12:43-13:18
  3:1

**2**

20 4:13
2016 2:4
2020 1:8,10
  2:9 3:2
29:24-30:00
  4:1

**3**

322CV01213
  1:7

**4**

**5**

**6**

6:17-6:50
  2:1

**7**

7 1:10

**8**

80 4:12
80/20 4:12

# Initial Reactions: Disinformation in the 2020 Elections

**TUE, NOVEMBER 10, 2020 • 11:00 AM ET**

Leaders of the Election Integrity Partnership discuss the mis- and disinformation they saw on election day and how the partnership is fighting against election-related disinformation.

As the global community continues to grapple with the coronavirus (COVID-19), the Atlantic Council is open for business. Our business, meetings, and events, however, are occurring virtually. For more information, please read an update from our President and CEO.



What happened: Disinformation in 2020 elections



### America's role in the world

Join the Atlantic Council for conversations on the most critical issues at the intersection of domestic and international affairs that will influence this year's US elections.



Disinformation was a central vulnerability throughout 2020 U.S. elections.

A coalition of premier research institutions came together in the Election Integrity Partnership to detect and mitigate disinformation focused on the election, in particular attempts to delegitimize the voting process and election results.

The Partnership conducted monitoring, including 24/7 during the week of the election, of the information space. It also worked to directly support information exchange between state and local election officials, federal government agencies, social media platforms, civil society organizations, and media. Working together, the Partnership was committed to nonpartisan analysis and building resilience against disinformation — and other online harms — in the 2020 US presidential election.

Please join us on Tuesday, November 10 at 11 AM EST for a critical discussion with representatives from each of the organizations included in the Election Integrity Partnership: the Atlantic Council's Digital Forensic Research Lab, the Stanford Internet Observatory, Graphika, and the University of Washington's Center for an Informed Public.

While the Partnership will be publishing a comprehensive report of analysis and findings encapsulating the entirety of our effort in the coming months, this discussion is meant to provide insight into initial, expert reactions and lessons learned on disinformation's role in American democracy and what to expect going forward...just as soon as the experts have benefited from a full night of sleep.

The **Election Integrity Partnership** is a coalition of premier research teams focused on supporting real-time monitoring and information exchange between the research community, election officials, government agencies, civil society organizations, and social media platforms. The Partnership, made up of the Atlantic Council's **Digital Forensic Research**



Lab (DFRLab), the Stanford Internet Observatory, Graphika, and the University of Washington Center for an Informed Public, was created to detect and mitigate the impact of election and voting related misinformation.

## Speakers

**Graham Brookie**
*Director and Managing Editor*
Digital Forensic Research Lab, Atlantic Council

**Emerson Brooking**
*Resident Fellow*
Digital Forensic Research Lab, Atlantic Council

**Camille François**
*Chief Innovation Officer*
Graphika

**Alex Stamos**
*Director*
Stanford Internet Observatory

**Kate Starbird**
*Associate Professor*
Human Centered Design & Engineering

## The Election Integrity Partnership coalition






```
 1
 2
 3
 4                  AUDIO TRANSCRIPTION
 5           IN RE: STATE OF MISSOURI, ET AL.
 6                        VS.
 7            JOSEPH R. BIDEN, JR., ET AL.
 8              CASE NO. 322CV01213
 9    EVENT: ATLANTIC COUNCIL: INITIAL REACTIONS:
10       DISINFORMATION IN THE 2020 ELECTIONS
11               NOVEMBER 10, 2020
12
13
14
15   (Due to the quality of the recorded media, portions
16   were unable to be transcribed and include inaudible
17   portions.  The transcript may also include
18   misinterpreted words and/or unidentified speakers.
19   The transcriber was not present at the time of the
20   recording; therefore, this transcript should not be
21   considered verbatim.)
22
23   TRANSCRIBED BY: MELISSA LANE
24
25
```

**AUDIO TRANSCRIPTION**

```
 1              (CLIP: 22:34-23:25)
 2              ALEX STAMOS:  You know, an interesting
 3    thing is almost all of this is domestic: right?  So
 4    you know, to pre-empt the question that we've got
 5    every single day since election day, there has been
 6    some foreign action.  There's obviously a lot of overt
 7    foreign activity, you know, overt, meaning the, you
 8    know, declared media outlets and Twitter accounts and
 9    the like of foreign governments.  There has been a
10    little bit of covert.  We're going to talk about it
11    but nothing that's very interesting.  It is all
12    domestic, and the second point on the domestic, a huge
13    part of the problem is well-known influencers, and I
14    think that was a theme that we saw during the entire
15    week is that you have a -- a relatively small number
16    of people with very large followings who have the
17    ability to go and find a narrative somewhere, pick it
18    out of obscurity and harden -- you know, some kind of
19    a little idea, one tweet, one photo, one video and
20    then to harden it into these narratives.
21
22
23
24
25
```

**AUDIO TRANSCRIPTION**

```
 1              (CLIP: 49:34-49:50)
 2              ALEX STAMOS:  So, you know, on effectively
 3    pushing the platforms to do stuff.  So, yes, there's a
 4    basic problem that they will always be more
 5    responsive in the places that are both economically
 6    highly important and that have huge potential
 7    regulatory impact, most notably right now that would
 8    be the United States and Europe.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**AUDIO TRANSCRIPTION**

```
 1                (CLIP: 50:06-50:56)

 2                ALEX STAMOS:  My suggestion, if people want

 3      to get the platforms to do stuff is, first, you've got

 4      to push for written policies that are specific and

 5      that give you predictability; right?  And so this is

 6      something we started in the summer, in August, is as

 7      Kate talked about Carly Miller led a team from all

 8      four institutions to look at the detailed policies

 9      of the big platforms and to measure them against

10      situations that we expected to happen.

11                Now we're not going to take credit for all

12      of the changes they made, but there -- we had to

13      update this thing, like, eight or nine times; right?

14      And so like putting these people in a grid to say,

15      you're not handling this, you're not handling this,

16      you're not handling this, creates a lot of pressure

17      inside of the companies and forces them to kind of

18      grapple with these issues, because you want specific

19      policies that you can hold them accountable for.  The

20      second is, when you report stuff to them, report how

21      it's violating those written policies; right?  So

22      there's two steps here.  Get good policies, and then

23      say, this is how it's violated it.

24                (Audio ended.)

25
```

**AUDIO TRANSCRIPTION**

```
 1                    CERTIFICATE OF REPORTER

 2

 3          I, Melissa J. Lane, Certified Court

 4   Reporter of Missouri, Certified Shorthand Reporter of

 5   Illinois and Registered Professional Reporter, do

 6   hereby certify that I was asked to prepare a

 7   transcript of proceedings had in the above-mentioned

 8   case, which proceedings were held with no court

 9   reporter present utilizing an open microphone system

10   of preserving the record.

11          I further certify that the foregoing pages

12   constitute a true and accurate reproduction of the

13   proceedings as transcribed by me to the best of my

14   ability and may include inaudible sections or

15   misidentified speakers of said open microphone

16   recording.

17

18

19          Melissa J. Lane, CCR, CSR, RPR

20

21

22

23

24

25
```

**AUDIO TRANSCRIPTION**

| A |
|---|
| **ability** 2:17 5:14 |
| **above-me...** 5:7 |
| **accountable** 4:19 |
| **accounts** 2:8 |
| **accurate** 5:12 |
| **action** 2:6 |
| **activity** 2:7 |
| **AL** 1:5,7 |
| **ALEX** 2:2  3:2 4:2 |
| **and/or** 1:18 |
| **asked** 5:6 |
| **ATLANTIC** 1:9 |
| **Audio** 1:4 4:24 |
| **August** 4:6 |

| B |
|---|
| **basic** 3:4 |
| **best** 5:13 |
| **BIDEN** 1:7 |
| **big** 4:9 |
| **bit** 2:10 |

| C |
|---|
| **Carly** 4:7 |
| **case** 1:8  5:8 |
| **CCR** 5:19 |
| **CERTIFICATE** 5:1 |
| **Certified** 5:3,4 |
| **certify** 5:6 5:11 |
| **changes** 4:12 |
| **CLIP** 2:1  3:1 4:1 |
| **companies** 4:17 |
| **considered** 1:21 |
| **constitute** 5:12 |
| **COUNCIL** 1:9 |

| |
|---|
| **court** 5:3,8 |
| **covert** 2:10 |
| **creates** 4:16 |
| **credit** 4:11 |
| **CSR** 5:19 |

| D |
|---|
| **day** 2:5,5 |
| **declared** 2:8 |
| **detailed** 4:8 |
| **DISINFOR...** 1:10 |
| **domestic** 2:3 2:12,12 |
| **Due** 1:15 |

| E |
|---|
| **economic...** 3:5 |
| **effectively** 3:2 |
| **eight** 4:13 |
| **election** 2:5 |
| **ELECTIONS** 1:10 |
| **ended** 4:24 |
| **entire** 2:14 |
| **ET** 1:5,7 |
| **Europe** 3:8 |
| **EVENT** 1:9 |
| **expected** 4:10 |

| F |
|---|
| **find** 2:17 |
| **first** 4:3 |
| **followings** 2:16 |
| **forces** 4:17 |
| **foregoing** 5:11 |
| **foreign** 2:6 2:7,9 |
| **four** 4:8 |
| **further** 5:11 |

| G |
|---|
| **give** 4:5 |
| **go** 2:17 |

| |
|---|
| **going** 2:10 4:11 |
| **good** 4:22 |
| **governments** 2:9 |
| **grapple** 4:18 |
| **grid** 4:14 |

| H |
|---|
| **handling** 4:15,15,16 |
| **happen** 4:10 |
| **harden** 2:18 2:20 |
| **held** 5:8 |
| **highly** 3:6 |
| **hold** 4:19 |
| **huge** 2:12 3:6 |

| I |
|---|
| **idea** 2:19 |
| **Illinois** 5:5 |
| **impact** 3:7 |
| **important** 3:6 |
| **inaudible** 1:16  5:14 |
| **include** 1:16 1:17  5:14 |
| **influencers** 2:13 |
| **INITIAL** 1:9 |
| **inside** 4:17 |
| **institut...** 4:8 |
| **interesting** 2:2,11 |
| **issues** 4:18 |

| J |
|---|
| **J** 5:3,19 |
| **JOSEPH** 1:7 |
| **JR** 1:7 |

| K |
|---|
| **Kate** 4:7 |
| **kind** 2:18 4:17 |

| |
|---|
| **know** 2:2,4,7 2:8,18  3:2 |

| L |
|---|
| **Lane** 1:23 5:3,19 |
| **large** 2:16 |
| **led** 4:7 |
| **little** 2:10 2:19 |
| **look** 4:8 |
| **lot** 2:6  4:16 |

| M |
|---|
| **meaning** 2:7 |
| **measure** 4:9 |
| **media** 1:15 2:8 |
| **Melissa** 1:23 5:3,19 |
| **microphone** 5:9,15 |
| **Miller** 4:7 |
| **misident...** 5:15 |
| **misinter...** 1:18 |
| **Missouri** 1:5 5:4 |

| N |
|---|
| **narrative** 2:17 |
| **narratives** 2:20 |
| **nine** 4:13 |
| **notably** 3:7 |
| **NOVEMBER** 1:11 |
| **number** 2:15 |

| O |
|---|
| **obscurity** 2:18 |
| **obviously** 2:6 |
| **open** 5:9,15 |
| **outlets** 2:8 |
| **overt** 2:6,7 |

| P |
|---|
| **pages** 5:11 |
| **part** 2:13 |
| **people** 2:16 4:2,14 |
| **photo** 2:19 |
| **pick** 2:17 |
| **places** 3:5 |
| **platforms** 3:3  4:3,9 |
| **point** 2:12 |
| **policies** 4:4 4:8,19,21 4:22 |
| **portions** 1:15,17 |
| **potential** 3:6 |
| **pre-empt** 2:4 |
| **predicta...** 4:5 |
| **prepare** 5:6 |
| **present** 1:19 5:9 |
| **preserving** 5:10 |
| **pressure** 4:16 |
| **problem** 2:13 3:4 |
| **proceedings** 5:7,8,13 |
| **Professi...** 5:5 |
| **push** 4:4 |
| **pushing** 3:3 |
| **putting** 4:14 |

| Q |
|---|
| **quality** 1:15 |
| **question** 2:4 |

| R |
|---|
| **R** 1:7 |
| **REACTIONS** 1:9 |
| **record** 5:10 |
| **recorded** 1:15 |

**AUDIO TRANSCRIPTION**

recording
 1:20 5:16
**Registered**
 5:5
**regulatory**
 3:7
**relatively**
 2:15
**report** 4:20
 4:20
**reporter** 5:1
 5:4,4,5,9
**reproduc...**
 5:12
**responsive**
 3:5
**right** 2:3
 3:7 4:5,13
 4:21
**RPR** 5:19

---
**S**
---
**saw** 2:14
**second** 2:12
 4:20
**sections**
 5:14
**Shorthand**
 5:4
**single** 2:5
**situations**
 4:10
**small** 2:15
**speakers**
 1:18 5:15
**specific** 4:4
 4:18
**STAMOS** 2:2
 3:2 4:2
**started** 4:6
**STATE** 1:5
**States** 3:8
**steps** 4:22
**stuff** 3:3
 4:3,20
**suggestion**
 4:2
**summer** 4:6
**system** 5:9

---
**T**
---
**take** 4:11
**talk** 2:10
**talked** 4:7
**team** 4:7
**theme** 2:14
**thing** 2:3
 4:13
**think** 2:14
**time** 1:19
**times** 4:13
**transcribed**
 1:16,23
 5:13
**transcriber**
 1:19
**transcript**
 1:17,20
 5:7
**TRANSCRI...**
 1:4
**true** 5:12
**tweet** 2:19
**Twitter** 2:8
**two** 4:22

---
**U**
---
**unable** 1:16
**unidenti...**
 1:18
**United** 3:8
**update** 4:13
**utilizing**
 5:9

---
**V**
---
**verbatim**
 1:21
**video** 2:19
**violated**
 4:23
**violating**
 4:21
**VS** 1:6

---
**W**
---
**want** 4:2,18
**we're** 2:10
 4:11

we've 2:4
**week** 2:15
**well-known**
 2:13
**words** 1:18
**written** 4:4
 4:21

---
**X**
---

---
**Y**
---

---
**Z**
---

---
**0**
---

---
**1**
---
**10** 1:11

---
**2**
---
**2020** 1:10,11
 22:34-23:25
 2:1

---
**3**
---
322CV01213
 1:8

---
**4**
---
49:34-49:50
 3:1

---
**5**
---
50:06-50:56
 4:1

# The long fuse: Misinformation and the 2020 election

## WED, MARCH 3, 2021 • 3:00 PM ET

A conversation on the release of the Election Integrity Partnership's report, "The Long Fuse: Misinformation and the 2020 Election"

As the global community continues to grapple with the coronavirus (COVID-19), the Atlantic Council is open for business. Our business, meetings, and events, however, are occurring virtually. For more information, please read an update from our President and CEO.



Please join us on **Wednesday March 3, 2021** from **3:00-4:30 pm EST (12:00-1:30 PST)** for *The Long Fuse: Misinformation in the 2020 Election,* the public launch of a comprehensive report tracking mis- and disinformation in the 2020 election cycle. The report was produced by the **Election Integrity Partnership** (EIP), a coalition of research institutions that worked together to detect and mitigate viral misinformation and to support the real-time information exchange between the research community, election officials, government agencies, civil society organizations, and social media platforms.

The Partnership was set up to monitor false information about the process and results of the 2020 election, in line with the Department of Homeland Security's designation of elections as critical infrastructure in democracies. In particular, the EIP identified and traced the false "stolen election" narrative which would culminate in the 1/6 attack on the US Capitol.

The event will begin with a fireside chat with **Chris Krebs**, the former director of the Department of Homeland Security's Cybersecurity and Infrastructure Security Agency (CISA), who led the effort to secure electoral infrastructure and the response to mis- and disinformation during the election period. The conversation will contextualize the role and findings of EIP within the government's efforts to prevent the spread of malign information. Mr. Krebs will share his lessons learned securing this election and will discuss how to build resilient electoral systems going forward.

Next, this event will feature a discussion with representatives from each of the EIP Partners: the **Stanford Internet Observatory**, **Graphika**, the **University of Washington's Center for an Informed Public**, and the Atlantic Council's **Digital**

**Forensic Research Lab**. Panelists will discuss the origins and amplification of voting-related misinformation, charting how these narratives evolved over time. The panel will also discuss the evolution of social media platforms' civic integrity policies and the effectiveness of their implementation. Finally, the panel will consider how the EIP can serve as a model for future mis- and disinformation monitoring efforts.

**READ THE REPORT**

## Introductory remarks

**Graham Brookie**
*Director*
DFRLab

**Alex Stamos**
*Director*
Stanford Internet Observatory

## Fireside Chat

**Chris Krebs**
*Founding Partner*
Krebs Stamos Group LLC

## Moderated by

**Isabella Garcia-Camargo**
*Project Manager*
Election Integrity Partnership

## Presentation featuring

**Emerson Brooking**
*Resident Senior Fellow*
DFRLab

**Camille Francois**
*Chief Innovation Officer*
Graphika

**Renee DiResta**
*Research Manager*
Stanford Internet Observatory

**Kate Starbird**
*Associate Professor*
Department of Human Centered Design and Engineering
University of Washington

**Joe Bak-Coleman**
*Postdoctoral Scholar*
Information School
University of Washington

**Andrew Beers**
*Graduate Student*
Human Centered Design & Engineering (HCDE)
University of Washington

**Nicole Buckley**
*Research Analyst*
School of Law
University of Washington

**Alyssa Kann**
*Research Assistant*
DFRLab

**Ian Kennedy**
*Graduate Student*
Sociology
University of Washington

**Carly Miller**
*Research Analyst*
Stanford Internet Observatory

**Kyle Weiss**
*Research Analyst*
Graphika

## Moderated by

**Alex Stamos**
*Director*
Stanford Internet Observatory



The **Election Integrity Partnership** is a coalition of premier research teams focused on real-time monitoring and information exchange between the research community, election officials, government agencies, civil society organizations, and social media platforms. The Partnership, made up of the Atlantic Council's **Digital Forensic Research Lab (DFRLab)**, the **Stanford Internet Observatory**, **Graphika**, and the **University of Washington Center for an Informed Public**, was created to detect and mitigate the impact of election and voting related misinformation.

## The Election Integrity Partnership coalition




**On Twitter? Follow @DFRLab and @AtlanticCouncil to join the conversation**



**AUDIO TRANSCRIPTION**

```
 1

 2

 3

 4

 5

 6                   AUDIO TRANSCRIPTION

 7            IN RE: STATE OF MISSOURI, ET AL.

 8                        VS.

 9            JOSEPH R. BIDEN, JR., ET AL.

10                 CASE NO. 322CV01213

11   EVENT: ATLANTIC COUNCIL: THE LONG FUSE: MISINFORMATION

12               AND THE 2020 ELECTION

13                   MARCH 3, 2021

14

15

16   (Due to the quality of the recorded media, portions

17   were unable to be transcribed and include inaudible

18   portions.  The transcript may also include

19   misinterpreted words and/or unidentified speakers.

20   The transcriber was not present at the time of the

21   recording; therefore, this transcript should not be

22   considered verbatim.)

23

24   TRANSCRIBED BY: MELISSA LANE

25
```

**AUDIO TRANSCRIPTION**

```
 1              (CLIP: 1:21:42-1:22-30)

 2              EMERSON BROOKING:  I think the EIP really

 3    helped push the envelope with things like just the

 4    notion that this pre -- this delegitimization of

 5    electoral processes that we were seeing in the summer

 6    and early fall that this should be against content

 7    moderation policies on these platforms, and

 8    begin to take proactive steps there, but I -- it was

 9    to me a bit disappointing that there was tons of this

10    misinformation that would continue to circulate,

11    because bottom line, these platforms are companies,

12    and they had to hedge their bets a little bit.  They

13    couldn't outlaw the speech of one competitor in a

14    political process, but after November 3rd, we saw that

15    market shift where content moderation actions that

16    were -- we could hardly contemplate a few weeks before

17    began to be taken.  There was a much stronger emphasis

18    on cracking down on the sort of content we've been

19    tracking from the beginning.

20              (Audio ended.)

21

22

23

24

25
```

**AUDIO TRANSCRIPTION**

```
 1                    CERTIFICATE OF REPORTER

 2

 3             I, Melissa J. Lane, Certified Court

 4    Reporter of Missouri, Certified Shorthand Reporter of

 5    Illinois and Registered Professional Reporter, do

 6    hereby certify that I was asked to prepare a

 7    transcript of proceedings had in the above-mentioned

 8    case, which proceedings were held with no court

 9    reporter present utilizing an open microphone system

10    of preserving the record.

11             I further certify that the foregoing pages

12    constitute a true and accurate reproduction of the

13    proceedings as transcribed by me to the best of my

14    ability and may include inaudible sections or

15    misidentified speakers of said open microphone

16    recording.

17

18

19             Melissa J. Lane, CCR, CSR, RPR

20

21

22

23

24

25
```

# AUDIO TRANSCRIPTION

**A**
ability 3:14
above-me... 3:7
accurate 3:12
actions 2:15
AL 1:7,9
and/or 1:19
asked 3:6
ATLANTIC 1:11
Audio 1:6 2:20

**B**
began 2:17
beginning 2:19
best 3:13
bets 2:12
BIDEN 1:9
bit 2:9,12
bottom 2:11
BROOKING 2:2

**C**
case 1:10 3:8
CCR 3:19
CERTIFICATE 3:1
Certified 3:3,4
certify 3:6 3:11
circulate 2:10
CLIP 2:1
companies 2:11
competitor 2:13
considered 1:22
constitute 3:12
contemplate 2:16

content 2:6 2:15,18
continue 2:10
COUNCIL 1:11
court 3:3,8
cracking 2:18
CSR 3:19

**D**
delegiti... 2:4
disappoi... 2:9
Due 1:16

**E**
early 2:6
EIP 2:2
ELECTION 1:12
electoral 2:5
EMERSON 2:2
emphasis 2:17
ended 2:20
envelope 2:3
ET 1:7,9
EVENT 1:11

**F**
fall 2:6
foregoing 3:11
further 3:11
FUSE 1:11

**G**

**H**
hedge 2:12
held 3:8
helped 2:3

**I**
Illinois 3:5
inaudible

1:17 3:14
include 1:17 1:18 3:14

**J**
J 3:3,19
JOSEPH 1:9
JR 1:9

**K**

**L**
Lane 1:24 3:3,19
line 2:11
little 2:12
LONG 1:11

**M**
MARCH 1:13
market 2:15
media 1:16
Melissa 1:24 3:3,19
microphone 3:9,15
misident... 3:15
misinfor... 1:11 2:10
misinter... 1:19
Missouri 1:7 3:4
moderation 2:7,15

**N**
notion 2:4
November 2:14

**O**
open 3:9,15
outlaw 2:13

**P**
pages 3:11
platforms 2:7,11

policies 2:7
political 2:14
portions 1:16,18
pre 2:4
prepare 3:6
present 1:20 3:9
preserving 3:10
proactive 2:8
proceedings 3:7,8,13
process 2:14
processes 2:5
Professi... 3:5
push 2:3

**Q**
quality 1:16

**R**
R 1:9
really 2:2
record 3:10
recorded 1:16
recording 1:21 3:16
Registered 3:5
reporter 3:1 3:4,4,5,9
reproduc... 3:12
RPR 3:19

**S**
saw 2:14
sections 3:14
seeing 2:5
shift 2:15
Shorthand 3:4

sort 2:18
speakers 1:19 3:15
speech 2:13
STATE 1:7
steps 2:8
stronger 2:17
summer 2:5
system 3:9

**T**
take 2:8
taken 2:17
things 2:3
think 2:2
time 1:20
tons 2:9
tracking 2:19
transcribed 1:17,24 3:13
transcriber 1:20
transcript 1:18,21 3:7
TRANSCRI... 1:6
true 3:12

**U**
unable 1:17
unidenti... 1:19
utilizing 3:9

**V**
verbatim 1:22
VS 1:8

**W**
we've 2:18
weeks 2:16
words 1:19

**AUDIO TRANSCRIPTION**

| | | | | |
|---|---|---|---|---|
| **X** | | | | |
| **Y** | | | | |
| **Z** | | | | |
| **0** | | | | |
| **1** | | | | |
| 1:21:42-... 2:1 | | | | |
| **2** | | | | |
| **2020** 1:12 **2021** 1:13 | | | | |
| **3** | | | | |
| **3** 1:13 **322CV01213** 1:10 **3rd** 2:14 | | | | |


QUT Digital Media Research Centre

## November, 2021

**17**
**NOV**    2021 Digital Publics Symposium – Information Disorders



### Event Details

From the continuing COVID-19 pandemic through the aftermath of the US election to the influence of problematic state and commercial actors, 2021 has been marked by substantial concerns about the impact of mis- and disinformation on individuals, groups, and society as a whole.

The 2021 symposium of the Digital Publics programme presents the latest work by researchers in the QUT Digital Media Research Centre that tackles these information disorders: applying innovative mixed-methods research approaches to trace the dynamics of mis- and disinformation in online and social media; exploring the role of initiatives that seek to combat the spread of problematic information; examining the public discourse around 'fake news'; and assessing regulatory approaches to mitigating the threat from mis- and disinformation.

Please join us for a one-day symposium that showcases our latest research and plots the course for the coming year!

## VIEW THE FULL PROGRAM

**Registration**

## Online Attendee    In-person Attendee

### Keynote Speaker



**Kate Starbird, University of Washington**

*Unraveling the Big Lie: Participatory Disinformation and its Threat to Democracy.*

Kate Starbird is an Associate Professor at the Department of Human Centered Design & Engineering (HCDE) at the University of Washington (UW). Kate's research is situated within human-computer interaction and the emerging field of crisis informatics—the study of the how social media and other information-communication technologies are used during crisis events.

### Time

*(Wednesday)* 9:00 AM - 5:00 PM

### Location

*Online and In-person Event*
*In Person Location:*

**Calendar    GoogleCal**

**AUDIO TRANSCRIPTION**

```
 1

 2

 3

 4

 5                    AUDIO TRANSCRIPTION

 6            IN RE: STATE OF MISSOURI, ET AL.

 7                         VS.

 8            JOSEPH R. BIDEN, JR., ET AL.

 9                 CASE NO. 322CV01213

10       EVENT: DMRC 2021 DIGITAL PUBLICS SYMPOSIUM

11                  NOVEMBER 17, 2021

12

13

14

15    (Due to the quality of the recorded media, portions

16    were unable to be transcribed and include inaudible

17    portions.  The transcript may also include

18    misinterpreted words and/or unidentified speakers.

19    The transcriber was not present at the time of the

20    recording; therefore, this transcript should not be

21    considered verbatim.)

22

23    TRANSCRIBED BY: MELISSA LANE

24

25
```

**AUDIO TRANSCRIPTION**

```
 1              (CLIP: 18:29-19:20)
 2              KATE STARBIRD:  Now fast forward to 2020,
 3   we saw a very different story around disinformation in
 4   the U.S. election.  It was largely domestic coming
 5   from inside the United States.  There were foreign
 6   activities that were a part of these conversations,
 7   but they weren't playing a major role.  Most of the
 8   accounts perpetrating this -- not even the accounts,
 9   most of the entities perpetrating this disinformation
10   campaign as we and Benkler colleagues saw it were --
11   they're authentic accounts.  They were often blue
12   check and verified accounts.  They were pundits on
13   cable television shows that were who they said they
14   were along with, you know, some other anonymous
15   members of the connected crowd online, but a lot of
16   the major spreaders were blue check accounts, and it
17   wasn't entirely coordinated, but instead, it was
18   largely sort of cultivated and even organic in places
19   with everyday people creating and spreading
20   disinformation about the election.
21
22
23
24
25
```

**AUDIO TRANSCRIPTION**

```
 1                    (CLIP: 29:30-29:49)

 2                    KATE STARBIRD:  So we see this -- the

 3      disinformation campaign was top down and Benkler

 4      colleagues talk about it as a top-down elite driven

 5      disinformation campaign, but this campaign was also

 6      bottom up with everyday people sharing their own

 7      experiences, their own misperceptions of being

 8      disenfranchised or finding what they thought to be

 9      evidence of voter fraud.

10                    (Audio ended.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**AUDIO TRANSCRIPTION**

```
 1                  CERTIFICATE OF REPORTER

 2

 3            I, Melissa J. Lane, Certified Court

 4   Reporter of Missouri, Certified Shorthand Reporter of

 5   Illinois and Registered Professional Reporter, do

 6   hereby certify that I was asked to prepare a

 7   transcript of proceedings had in the above-mentioned

 8   case, which proceedings were held with no court

 9   reporter present utilizing an open microphone system

10   of preserving the record.

11            I further certify that the foregoing pages

12   constitute a true and accurate reproduction of the

13   proceedings as transcribed by me to the best of my

14   ability and may include inaudible sections or

15   misidentified speakers of said open microphone

16   recording.

17

18

19            Melissa J. Lane, CCR, CSR, RPR

20

21

22

23

24

25
```

**AUDIO TRANSCRIPTION**

| | | | | |
|---|---|---|---|---|
| **A** | 2:15 | **finding** 3:8 | **misperce...** | **reporter** 4:1 |
| **ability** 4:14 | **considered** | **foregoing** | 3:7 | 4:4,4,5,9 |
| **above-me...** | 1:21 | 4:11 | **Missouri** 1:6 | **reproduc...** |
| 4:7 | **constitute** | **foreign** 2:5 | 4:4 | 4:12 |
| **accounts** 2:8 | 4:12 | **forward** 2:2 | | **role** 2:7 |
| 2:8,11,12 | **conversa...** | **fraud** 3:9 | **N** | **RPR** 4:19 |
| 2:16 | 2:6 | **further** 4:11 | **NOVEMBER** | |
| **accurate** | **coordinated** | | 1:11 | **S** |
| 4:12 | 2:17 | **G** | | **saw** 2:3,10 |
| **activities** | **court** 4:3,8 | | **O** | **sections** |
| 2:6 | **creating** | **H** | **online** 2:15 | 4:14 |
| **AL** 1:6,8 | 2:19 | **held** 4:8 | **open** 4:9,15 | **see** 3:2 |
| **and/or** 1:18 | **crowd** 2:15 | | **organic** 2:18 | **sharing** 3:6 |
| **anonymous** | **CSR** 4:19 | **I** | | **Shorthand** |
| 2:14 | **cultivated** | **Illinois** 4:5 | **P** | 4:4 |
| **asked** 4:6 | 2:18 | **inaudible** | **pages** 4:11 | **shows** 2:13 |
| **Audio** 1:5 | | 1:16 4:14 | **part** 2:6 | **sort** 2:18 |
| 3:10 | **D** | **include** 1:16 | **people** 2:19 | **speakers** |
| **authentic** | **different** | 1:17 4:14 | 3:6 | 1:18 4:15 |
| 2:11 | 2:3 | **inside** 2:5 | **perpetra...** | **spreaders** |
| | **DIGITAL** 1:10 | | 2:8,9 | 2:16 |
| **B** | **disenfra...** | **J** | **places** 2:18 | **spreading** |
| **Benkler** 2:10 | 3:8 | **J** 4:3,19 | **playing** 2:7 | 2:19 |
| 3:3 | **disinfor...** | **JOSEPH** 1:8 | **portions** | **STARBIRD** 2:2 |
| **best** 4:13 | 2:3,9,20 | **JR** 1:8 | 1:15,17 | 3:2 |
| **BIDEN** 1:8 | 3:3,5 | | **prepare** 4:6 | **STATE** 1:6 |
| **blue** 2:11,16 | **DMRC** 1:10 | **K** | **present** 1:19 | **States** 2:5 |
| **bottom** 3:6 | **domestic** 2:4 | **KATE** 2:2 3:2 | 4:9 | **story** 2:3 |
| | **driven** 3:4 | **know** 2:14 | **preserving** | **SYMPOSIUM** |
| **C** | **Due** 1:15 | | 4:10 | 1:10 |
| **cable** 2:13 | | **L** | **proceedings** | **system** 4:9 |
| **campaign** | **E** | **Lane** 1:23 | 4:7,8,13 | |
| 2:10 3:3,5 | **election** 2:4 | 4:3,19 | **Professi...** | **T** |
| 3:5 | 2:20 | **largely** 2:4 | 4:5 | **talk** 3:4 |
| **case** 1:9 4:8 | **elite** 3:4 | 2:18 | **PUBLICS** 1:10 | **television** |
| **CCR** 4:19 | **ended** 3:10 | **lot** 2:15 | **pundits** 2:12 | 2:13 |
| **CERTIFICATE** | **entirely** | | | **thought** 3:8 |
| 4:1 | 2:17 | **M** | **Q** | **time** 1:19 |
| **Certified** | **entities** 2:9 | **major** 2:7,16 | **quality** 1:15 | **top** 3:3 |
| 4:3,4 | **ET** 1:6,8 | **media** 1:15 | | **top-down** 3:4 |
| **certify** 4:6 | **EVENT** 1:10 | **Melissa** 1:23 | **R** | **transcribed** |
| 4:11 | **everyday** | 4:3,19 | **R** 1:8 | 1:16,23 |
| **check** 2:12 | 2:19 3:6 | **members** 2:15 | **record** 4:10 | 4:13 |
| 2:16 | **evidence** 3:9 | **microphone** | **recorded** | **transcriber** |
| **CLIP** 2:1 3:1 | **experiences** | 4:9,15 | 1:15 | 1:19 |
| **colleagues** | 3:7 | **misident...** | **recording** | **transcript** |
| 2:10 3:4 | | 4:15 | 1:20 4:16 | 1:17,20 |
| **coming** 2:4 | **F** | **misinter...** | **Registered** | 4:7 |
| **connected** | **fast** 2:2 | 1:18 | 4:5 | **TRANSCRI...** |

**AUDIO TRANSCRIPTION**

```
   1:5
true 4:12
_____
          U
U.S 2:4
unable 1:16
unidenti...
   1:18
United 2:5
utilizing
   4:9
_____
          V
verbatim
   1:21
verified
   2:12
voter 3:9
VS 1:7
_____
          W
wasn't 2:17
weren't 2:7
words 1:18
_____
          X
_____
          Y
_____
          Z
_____
          0
_____
          1
17 1:11
18:29-19:20
   2:1
_____
          2
2020 2:2
2021 1:10,11
29:30-29:49
   3:1
_____
          3
322CV01213
   1:9
```