UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JILL HINES ET AL** | **CASE NO. 3:23-CV-00571** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ALEX STAMOS ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Pending before the Court is a Motion to Stay [Doc. No. 86] filed by Defendants[1] (collectively "Defendants"). Pursuant to the Supreme Court of the United States' ruling in *Coinbase, Inc. v. Bielski*, 599 U.S. 736 (2023), this case is automatically stayed because a district court must stay its proceedings while an interlocutory appeal is taken pursuant to 9 U.S.C. § 16(a).

Accordingly, **IT IS HEREBY ORDERED** that the Motion is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk of Court administratively terminate this action in his records, without prejudice to the right of the parties to reopen the proceedings. All pending deadlines and motions are stayed, to be re-urged by counsel when the time is right. This Order shall not be considered a dismissal or disposition of this matter.

**IT IS FURTHER ORDERED** that, once the appeal has reached a final determination, if further proceedings in this Court are necessary or desirable, any party may initiate those proceedings in the same manner as if this Order had not been entered.

---

[1] Defendants who join this Motion are as follows: Alex Stamos, Renee DiResta, the Board of Trustees of the Leland Stanford Junior University, the Leland Stanford Junior University, Kate Starbird, Graphika, Camille Francois, the Atlantic Council, and Graham Brookie.

MONROE, LOUISIANA, this 17th day of November 2023.

                                                  Terry A. Doughty
                                                 United States District Judge