## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| JILL HINES, ET AL. | CIVIL ACTION NO. 3:23-CV-00571 |
| VERSUS | CHIEF JUDGE TERRY A. DOUGHTY |
| ALEX STAMOS, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

**O R D E R**

Considering the Motion for Leave to File Unopposed Motion for Extension of Time to File Responsive Pleadings to Plaintiffs' First Amended Complaint [Doc. #__] filed on behalf of defendant The Aspen Institute,

**IT IS ORDERED** that the Motion for Leave [Doc. #___] be and is hereby **GRANTED**, and that defendant The Aspen Institute's Unopposed Motion for Extension of Time be filed in the record.

**SIGNED** this _____ day of _____, 2023, in _____, Louisiana.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

759191178.2