UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| JILL HINES, ET AL. | CIVIL ACTION NO. 3:23-CV-00571 |
| VERSUS | CHIEF JUDGE TERRY A. DOUGHTY |
| ALEX STAMOS, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

**O R D E R**

Considering the Unopposed Motion for Extension of Time to File Responsive Pleadings to Plaintiffs' First Amended Complaint [Doc. #__] filed on behalf of defendant The Aspen Institute,

**IT IS ORDERED** that The Aspen Institute's requested 14-day extension of time to respond to the First Amended Complaint be and is hereby **GRANTED**, and that The Aspen Institute be allowed to file responsive pleadings by December 18, 2023.

**SIGNED** this _____ day of _____, 2023, in _____, Louisiana.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE