UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| Jill Hines, et al., | Civil Action No. 3:23-cv-00571 |
| Plaintiffs, | Chief Judge Terry A. Doughty |
| v. | Magistrate Judge Kayla D. McClusky |
| Alex Stamos, et al., | |
| Defendants. | |

**DEFENDANT THE ASPEN INSTITUTE'S MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE OTHER DFENDANTS' APPEAL OF THE DENIAL OF THEIR MOTION TO COMPEL ARBITRATION**

NOW INTO COURT through undersigned counsel, comes defendant, The Aspen Institute ("Aspen"), which asks this Court to stay proceedings on the claims against it during the other Defendants' interlocutory appeal of this Court's Order denying their motion to compel arbitration. Aspen was added as a defendant in an amended complaint after the other Defendants filed that motion, and Aspen is now filing its own motion to compel arbitration. It would be a waste of judicial and party resources to re-litigate arbitration issues similar to those that are currently pending before the Fifth Circuit. Aspen is also filing a motion to dismiss that raises arguments similar to those addressed in the other Defendants' pending motion to dismiss. It would waste judicial and party resources to litigate Aspen's motion and then later separately litigate similar, but not identical, arguments raised by the other Defendants.

Accordingly, Aspen respectfully requests that this Court enter an Order staying all litigation of Plaintiffs' claims against Aspen until final resolution of the other Defendants' appeal of the denial of their motion to compel arbitration.

Dated: December 18, 2023

Respectfully submitted,

By: /s/     Elizabeth M. Carmody
Elizabeth Mendell Carmody, #25792
COOK, YANCEY, KING & GALLOWAY, PLC
333 Texas Street, Suite 1700
P.O. Box 22260
Shreveport, LA 71120-2260
Tel: (318) 221-6277
Fax: (318) 227-7850
elizabeth.carmody@cookyancey.com

Andrew J. Pincus (*pro hac vice*)
Archis A. Parasharami (*pro hac vice*)
Kevin Ranlett (*pro hac vice*)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
Tel: (202) 263-3000
Fax: (202) 263-3300
apincus@mayerbrown.com
aparasharami@mayerbrown.com
kranlett@mayerbrown.com

*Attorneys for Defendant The Aspen Institute*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of December, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will provide notice of electronic filing to the attorneys for all parties.

/s/   *Elizabeth M. Carmody*
Elizabeth Mendell Carmody