UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| JILL HINES, ET AL. | CIVIL ACTION NO. 3:23-CV-00571 |
| VERSUS | CHIEF JUDGE TERRY A. DOUGHTY |
| ALEX STAMOS, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

.

**O R D E R**

Considering the briefing and argument on Defendant The Aspen Institute's Motion to Stay Proceedings Pending Resolution of the Other Defendants' Appeal of the Denial of Their Motion to Compel Arbitration [Doc. #__],

**IT IS ORDERED** that the motion is **GRANTED.** All proceedings in this case with respect to The Aspen Institute, are stayed pending a final determination in the pending interlocutory appeal by the other Defendants in this action.

**IT IS FURTHER ORDERED** that the Clerk of Court administratively terminate this action in his records, without prejudice to the right of the parties to reopen the proceedings. All pending deadlines and motions are stayed, to be re-urged by counsel when the time is right. This Order shall not be considered a dismissal or disposition of this matter.

**IT IS FURTHER ORDERED** that, once the appeal has reached a final determination, if further proceedings in this Court are necessary or desirable, any party may initiate those proceedings in the same manner as if this Order had not been entered.

**THUS DONE AND SIGNED** this _____ day of _____, 202__, in Monroe, Louisiana.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE