UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**JILL HINES ET AL**                   **CASE NO.  3:23-CV-00571**

**VERSUS**                             **JUDGE TERRY A. DOUGHTY**

**ALEX STAMOS ET AL**                  **MAG. JUDGE KAYLA D. MCCLUSKY**

## MEMORANDUM ORDER

Pending before the Court is a Motion to Compel Individual Arbitration and to Stay Proceedings [Doc. No. 103], and a Separate Motion to Stay Proceedings [Doc. No. 105], both filed by Defendant The Aspen Institute ("Aspen"). No responses have been filed, and no responses are needed.

Aspen's motion is identical to a motion [Doc. No. 69] that was previously filed other Defendants in this proceeding.[1] Aspen submitted this identical motion to preserve its rights.[2] The Court has previously **DENIED** [Doc. No. 88] the other Defendants' identical claims. Therefore,

**IT IS ORDERED** that the Motion to Compel Individual Arbitration and to Stay Proceedings [Doc. No. 103] filed by Aspen is **DENIED** for the same reasons set forth in this Court's November 15, 2023, Memorandum Order [Doc. No. 88].

Additionally, Aspen moves that the Court stay this proceeding pending the resolution of the appeal of the arbitration issue. This Court has also previously addressed this issue [Doc. No. 92]. Likewise,

---

[1] The other Defendants are Alex Stamos, Renée DiResta, the Board of Trustees of the Leland Stanford Junior University, the Leland Stanford Junior University, the Stanford Internet Observatory (SIO), Kate Starbird, Graphika, Camille François, the Atlantic Council, the Atlantic Counsel's Digital Forensic Research Lab (DFRLab), and Graham Brookie
[2] [Doc. No. 103-1, p. 8]

**IT IS FURTHER ORDERED** that Aspen's Motion to Stay [Doc. No. 105] is **DENIED** for the reasons previously set forth in the Court's order.

**MONROE, LOUISIANA**, this 21st day of December, 2023.

_____
Terry A. Doughty
United States District Judge