**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

Jill Hines, et al.,

        *Plaintiffs*,

v.

Alex Stamos, et al.,

        *Defendants*.

Civil Action No. 3:23-cv-00571

Chief Judge Terry A. Doughty

Magistrate Judge Kayla D. McClusky

## DEFENDANT THE ASPEN INSTITUTE'S NOTICE OF APPEAL

NOW INTO COURT through undersigned counsel, comes defendant, The Aspen Institute ("Aspen"), to give notice on this 22nd day of December, 2023, that, pursuant to the Federal Arbitration Act, 9 U.S.C. § 16(a), Aspen appeals to the United States Court of Appeals for the Fifth Circuit from this Court's Memorandum Order filed December 21, 2023 [Doc. #107], denying Aspen's Motion to Compel Individual Arbitration and Stay Proceedings [Doc. #103].

.

| | |
|---|---|
| Dated: December 22, 2023 | Respectfully submitted,<br><br>By: */s/ Elizabeth M. Carmody*<br>Elizabeth Mendell Carmody, #25792<br>COOK, YANCEY, KING & GALLOWAY, PLC<br>333 Texas Street, Suite 1700<br>P.O. Box 22260<br>Shreveport, LA 71120-2260<br>Tel: (318) 221-6277<br>Fax: (318) 227-7850<br>elizabeth.carmody@cookyancey.com<br><br>Andrew J. Pincus (*pro hac vice*)<br>Archis A. Parasharami (*pro hac vice*)<br>Kevin Ranlett (*pro hac vice*)<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, DC 20006<br>Tel: (202) 263-3000<br>Fax: (202) 263-3300<br>apincus@mayerbrown.com<br>aparasharami@mayerbrown.com<br>kranlett@mayerbrown.com<br><br>*Attorneys for Defendant The Aspen Institute* |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of December, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will provide notice of electronic filing to the attorneys for all parties.

/s/   Elizabeth M. Carmody
Elizabeth Mendell Carmody