UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| JILL HINES, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEX STAMOS, *et al.* <br><br> *Defendants*. | Case No. 3:23-cv-00571 <br> Chief Judge Terry A. Doughty <br> Magistrate Judge Kayla D. McClusky |

## NOTICE

On December 18, 2023, Defendant Aspen Institute filed a motion to dismiss, motion to compel arbitration, and motion to stay. *See* Docs. 103–05. On December 21, 2023, the Court denied the motion to compel arbitration and motion to stay on the basis of its prior order administratively closing the case, Doc. 92. *See* Doc. 107. On December 22, 2023, the Aspen Institute appealed that denial, Doc. 108, and filed a notice of automatic stay pursuant to *Coinbase, Inc. v. Bielski*, 599 U.S. 736 (2023), Doc. 109.

The Aspen Institute's motion to dismiss is still pending before the Court. In light of the Aspen Institute's appeal, and consistent with the Court's interpretation of *Coinbase*, *see* Doc. 92, and the Aspen Institute's notice of automatic stay, *see* Doc. 109, counsel for the Aspen Institute has confirmed its view that Plaintiffs' deadline to respond to the Aspen Institute's motion to dismiss is suspended because of the stay.

Plaintiffs preserve any and all arguments they may have for reopening this case.

Dated: January 9, 2024                                                Respectfully submitted,

| AMERICA FIRST LEGAL<br><br>/s/ Gene P. Hamilton<br>Gene P. Hamilton, GA Bar No. 516201*<br>Reed D. Rubinstein, DC Bar No. 400153*<br>Nicholas R. Barry, TN Bar No. 031963*<br>Michael Ding, DC Bar No. 1027252*<br>Juli Z. Haller, DC Bar No. 466921*<br>James K. Rogers, AZ Bar No. 027287*<br>Andrew J. Block, VA Bar No. 91537*<br>611 Pennsylvania Ave SE #231<br>Washington, DC 20003<br>(202) 964-3721<br>gene.hamilton@aflegal.org<br>reed.rubinstein@aflegal.org<br>nicholas.bary@aflegal.org<br>juli.haller@aflegal.org<br>james.rogers@aflegal.org<br>andrew.block@aflegal.org | JAMES OTIS LAW GROUP, LLC<br><br>/s/ D. John Sauer<br>D. John Sauer, Mo. Bar No. 58721*<br>Justin D. Smith, Mo. Bar No. 63253*<br>13321 North Outer Forty Road, Suite 300<br>St. Louis, Missouri 63017<br>(314) 562-0031<br>John.Sauer@james-otis.com<br><br>* admitted *pro hac vice*<br>LANGLEY & PARKS, LLC<br><br>By: /s/ *Julianna P. Parks*<br>Julianna P. Parks, Bar Roll No. 30658<br>4444 Viking Drive, Suite100<br>Bossier City, Louisiana 71111<br>(318) 383-6422 Telephone<br>(318) 383-6405 Telefax<br>jparks@langleyparks.com |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that, on January 9, 2024, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

                                                                              */s/ D. John Sauer*