# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 16, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

     No. 23-30916   Hines v. Aspen Institute
                    USDC No. 3:23-CV-571
                    USDC No. 3:23-CV-571

The court has granted the motion to consolidate.

The motion to establish a briefing schedule is denied.

The motion to reduce time to respond to this motion is denied.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Whitney M. Jett, Deputy Clerk
                         504-310-7772

Mr. John B. Bellinger III
Mr. James A. Brown
Ms. Marie Bussey-Garza
Ms. Camala Elizabeth Capodice
Ms. Elizabeth Mendell Carmody
Ms. Samantha Lee Chaifetz
Ms. Katherine Elizabeth Clark
Mr. Daniel J. Dunne
Ms. Mary Gately
Ms. Makala L. Graves
Mr. Jon Keith Guice
Mr. Gene Patrick Hamilton
Mr. Andrew Burns Johnson
Mr. R. Stanton Jones
Mr. Alfred Paul LeBlanc Jr.
Mr. Robert M. McKenna
Mr. Tony R. Moore
Mr. Archis Ashok Parasharami
Ms. Julianna Petchak Parks
Mr. Andrew John Pincus
Mr. Kevin Scott Ranlett
Mr. Alex Benjamin Rothenberg
Mr. Dean John Sauer

Mr. Geoffrey Shaw
Mr. Michael Everett Talent
Ms. Elisabeth S. Theodore
Mr. Stephen K. Wirth