# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 28, 2024
Lyle W. Cayce
Clerk

_____

No. 23-30826

_____

JILL HINES, *on behalf of herself & others similarly situated*; JIM HOFT, *on behalf of himself & others similarly situated*,

                   *Plaintiffs—Appellees*,

*versus*

ALEX STAMOS; RENEE DIRESTA; BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; LELAND STANFORD JUNIOR UNIVERSITY; KATE STARBIRD, *in her official and individual capacities*; GRAPHIKA; CAMILLE FRANCOIS; ATLANTIC COUNCIL; GRAHAM BROOKIE,

                   *Defendants—Appellants*,

CONSOLIDATED WITH

_____

No. 23-30916

_____

JILL HINES, *on behalf of herself and others similarly situated*; JIM HOFT, *on behalf of himself and other similarly situated*,

                   *Plaintiffs—Appellees*,

*versus*

ASPEN INSTITUTE,

No. 23-30826
c/w No. 23-30916

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:23-CV-571

_____

ON PETITION FOR REHEARING EN BANC

Before DAVIS, SOUTHWICK, and DUNCAN, *Circuit Judges*.

PER CURIAM:

    Treating the petition for rehearing en banc as a petition for panel rehearing (5TH CIR. R. 35 I.O.P.), the petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (FED. R. APP. P. 35 and 5TH CIR. R. 35), the petition for rehearing en banc is DENIED.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

August 28, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-30826   Hines v. Stamos  
                   USDC No. 3:23-CV-571  
                   USDC No. 3:23-CV-571

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Roeshawn Johnson, Deputy Clerk  
504-310-7998

Mr. John B. Bellinger III  
Mr. James A. Brown  
Ms. Marie Bussey-Garza  
Ms. Camala Elizabeth Capodice  
Ms. Elizabeth Mendell Carmody  
Ms. Samantha Lee Chaifetz  
Mr. Daniel J. Dunne  
Ms. Mary Gately  
Ms. Makala L. Graves  
Mr. Jon Keith Guice  
Mr. Gene Patrick Hamilton  
Mr. Andrew Burns Johnson  
Mr. R. Stanton Jones  
Mr. Alfred Paul LeBlanc Jr.  
Mr. Daniel J. McCoy  
Mr. Robert M. McKenna  
Mr. Archis Ashok Parasharami  
Ms. Julianna Petchak Parks  
Mr. Andrew John Pincus  
Mr. Kevin Scott Ranlett  
Mr. Alex Benjamin Rothenberg  
Mr. Dean John Sauer  
Mr. Geoffrey Shaw  
Mr. Michael Everett Talent  
Ms. Elisabeth S. Theodore  
Mr. Stephen K. Wirth