UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| JILL HINES, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>ALEX STAMOS, *et al.*<br><br>*Defendants.* | Case No. 3:23-cv-00571<br><br>Chief Judge Terry A. Doughty<br><br>Magistrate Judge Kayla D. McClusky |

## ORDER

Considering Kate Starbird's *Ex Parte* Motion to Withdraw Makala L. Graves as Counsel of Record,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and that Makala L. Graves (La. Bar No. 40608) is **WITHDRAWN** as counsel of record for Defendant Kate Starbird in the above captioned matter.

SIGNED this 19th day of September, 2024, in Monroe, Louisiana.

*/s/ Kayla D. McClusky*
UNITED STATES MAGISTRATE JUDGE