# John Sauer

| | |
|---|---|
| **From:** | Theodore, Elisabeth <Elisabeth.Theodore@arnoldporter.com> |
| **Sent:** | Friday, August 16, 2024 4:27 PM |
| **To:** | Pincus, Andrew J.; John Sauer |
| **Cc:** | Justin Smith; reed.rubinstein@aflegal.org; gene.hamilton@aflegal.org; Michael Talent; Julianna P. Parks; Juli Haller; Michael Ding; Ken Capps; Andrew Block; Bellinger III, John B.; Jones, Stanton; Wirth, Stephen K.; AJohnson@bradley.com; Hopkins, Karl; Samantha.Chaifetz@us.dlapiper.com; Gately, Mary; Dunne, Daniel; McKenna, Rob; ARothenberg@gamb.com; Shaw, Geoffrey |
| **Subject:** | RE: Hines v. Stamos - Motion for extension to file responses in district court |

The Stamos Defendants do not oppose either.

Best,
Elisabeth

---

**From:** Pincus, Andrew J. <APincus@mayerbrown.com>
**Sent:** Friday, August 16, 2024 5:25 PM
**To:** John Sauer <john.sauer@james-otis.com>
**Cc:** Theodore, Elisabeth <Elisabeth.Theodore@arnoldporter.com>; Justin Smith <Justin.Smith@james-otis.com>; reed.rubinstein@aflegal.org; gene.hamilton@aflegal.org; Michael Talent <Michael.Talent@james-otis.com>; Julianna P. Parks <jparks@langleyparks.com>; Juli Haller <juli.haller@aflegal.org>; Michael Ding <michael.ding@aflegal.org>; Ken Capps <Ken.Capps@james-otis.com>; Andrew Block <andrew.block@aflegal.org>; Bellinger III, John B. <John.Bellinger@arnoldporter.com>; Jones, Stanton <Stanton.Jones@arnoldporter.com>; Wirth, Stephen K. <Stephen.Wirth@arnoldporter.com>; zzz.External.AJohnson@bradley.com <AJohnson@bradley.com>; Hopkins, Karl <khopkins@bradley.com>; zzz.External.Samantha.Chaifetz@us.dlapiper.com <Samantha.Chaifetz@us.dlapiper.com>; Gately, Mary <mary.gately@us.dlapiper.com>; Dunne, Daniel <ddunne@orrick.com>; McKenna, Rob <rmckenna@orrick.com>; ARothenberg@gamb.com; Shaw, Geoffrey <geoffreyshaw@orrick.com>
**Subject:** Re: Hines v. Stamos - Motion for extension to file responses in district court

[External E-mail]

John,

The Aspen Institute does not oppose your extension request.

Regards,

Andy Pincus

Andrew J. Pincus
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006
Office: +1-202-263-3220
Fax: +1-202-263-5220
Email: apincus@mayerbrown.com


EXHIBIT A

On Aug 16, 2024, at 5:14 PM, John Sauer <john.sauer@james-otis.com> wrote:

You don't often get email from john.sauer@james-otis.com. Learn why this is important

**CAUTION: External Email -** Only click on contents you know are safe.

Dear Counsel-

Just following up on this request for consent to an extension on these responses. Please let us know your position, as we intend to file the motion by COB today.

Thanks, John Sauer

---

**From:** John Sauer
**Sent:** Thursday, August 15, 2024 5:26 PM
**To:** Pincus, Andrew J. <APincus@mayerbrown.com>; Theodore, Elisabeth <Elisabeth.Theodore@arnoldporter.com>
**Cc:** Justin Smith <Justin.Smith@james-otis.com>; reed.rubinstein@aflegal.org; gene.hamilton@aflegal.org; Michael Talent <Michael.Talent@james-otis.com>; Julianna P. Parks <jparks@langleyparks.com>; Juli Haller <juli.haller@aflegal.org>; Michael Ding <michael.ding@aflegal.org>; Ken Capps <Ken.Capps@james-otis.com>; Andrew Block <andrew.block@aflegal.org>; Bellinger III, John B. <John.Bellinger@arnoldporter.com>; Jones, Stanton <Stanton.Jones@arnoldporter.com>; Wirth, Stephen K. <Stephen.Wirth@arnoldporter.com>; Johnson, Andy <AJohnson@bradley.com>; Hopkins, Karl <khopkins@bradley.com>; Chaifetz, Samantha <Samantha.Chaifetz@us.dlapiper.com>; Gately, Mary <mary.gately@us.dlapiper.com>; Dunne, Daniel <ddunne@orrick.com>; McKenna, Rob <rmckenna@orrick.com>; arothenberg@gamb.com; Shaw, Geoffrey <geoffreyshaw@orrick.com>
**Subject:** Hines v. Stamos - Motion for extension to file responses in district court

Dear Counsel-

Due to an unfortunate confluence of several appellate deadlines and travel commitments, we plan to ask the district court in Hines v. Stamos for a 14-day extension, to Sept. 4, 2024, in which to file our responses to Aspen's motion to dismiss and to the Stamos Defendants' supplemental memorandum filed yesterday on personal jurisdiction and standing. Please let us know if you will consent to that request.

Thank you, John Sauer

---

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information and our use of relationship insight tools in conjunction with email is available in our Privacy Notice.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohbited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com