# EXHIBIT L

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

JILL HINES, *et al.*

*Plaintiffs*,

*v.*

ALEX STAMOS, *et al.*

*Defendants.*

Case No. 3:23-cv-00571
Chief Judge Terry A. Doughty
Magistrate Judge Kayla D. McClusky

**PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION RELATING TO**
**JURISDICTION TO DEFENDANT THE LELAND STANFORD JUNIOR UNIVERSITY**

Pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiffs propound the following Requests for Production ("Requests").

**DEFINITIONS**

As used in these Requests, the following terms shall have the meanings set forth herein:

1.      "You," "Your," and "Stanford" include the Leland Stanford Junior University and all current and past subcomponents of the University, including but not limited to the Stanford Internet Observatory; and all agents, representatives, employees (including volunteers, interns, research assistants, and fellows), independent contractors, attorneys, and other persons acting or purporting to act on behalf of the Leland Stanford Junior University or any current or former subcomponent of the University.

2.      "Communication" means any expression, statement, conveyance, or dissemination of any words, thoughts, statements, ideas, or information, regardless of form, format, or kind. "Communication" includes but is not limited to oral or written communications of any kind, such as telephone conversations, discussions, meetings, notes, letters, agreements, emails or other electronic communications, text messages, facsimiles, and other forms of written or oral exchange that are recorded in any way, including video recordings, audio recordings, written notes, or otherwise. Any Communication that also falls within the definition of "Document" shall constitute both a Document and a Communication for purposes of this civil investigative demand.

3.      "Document" includes every "writing," "recording," and "photograph" as Federal Rule of Evidence 1001 defines those terms, as well as any "duplicate" of any writing, recording, or photograph. "Document" includes but is not limited to electronic documents, files, databases, and records, including but not limited to emails, voicemails, text messages, calendar appointments, instant messages, MMS messages, SMS messages, iMessages, computer files, spreadsheets, and

1

metadata. The term Document includes every draft of any other material that falls within the definition of Document.

4.      "Person" includes all natural persons, corporations, proprietorships, partnerships, associations, firms, and entities of any kind.

5.      "Relating to", "related to", and "relate to" mean to be relevant in any way to the subject matter in question, including without limitation all information that directly or indirectly contains, records, reflects, summarizes, evaluates, refers to, is pertinent to, indicates, comments upon, or discusses the subject matter; or that states the background of, or was the basis for, or that records, evaluates, comments, was referred to, relied upon, utilized, generated, transmitted, or received in arriving at any conclusion, opinion, estimate, position, decision, belief, policy, practice, course of business, course of conduct, procedure, or assertion concerning the subject matter.

6.      "EIP" means the Election Integrity Partnership described in the First Amended Complaint (ECF No. 77).

7.      "VP" means the Virality Project described in the First Amended Complaint (ECF No. 77).

8.      "Stanford EIP/VP Personnel" includes all agents, representatives, employees (including volunteers, interns, research assistants, and fellows), students, independent contractors, attorneys, and other persons acting or purporting to act on behalf of Stanford who performed any work (whether paid or unpaid) regarding the EIP or the VP. "Stanford EIP/VP Personnel" includes but is not necessarily limited to Alex Stamos; Renée DiResta; Pierce Lowary; Alex Zaheer; Jack Cable; Isabella Garcia-Camargo; Carly Miller; Matthew Masterson; Elena Cryst; John Perrino; Daniel Bateyko; Shelby Grossman; Teri Hankes; David Thiel; Chase Small; and the "38 undergraduate and graduate research assistants from Stanford [hired] to serve as analysts" mentioned on page 4 of *The Long Fuse: Misinformation and the 2020 Election*.

9.      "EI-ISAC" means the Elections Infrastructure Information Sharing & Analysis Center.

10.     "MS-ISAC" means the Multi-State Information Sharing and Analysis Center.

11.     "NASS" means the National Association of Secretaries of State.

12.     "NASED" means the National Association of State Election Directors.

## **REQUESTS**

1.      All tickets generated in connection with the EIP or VP where the content at issue was created or disseminated (in whole or in part) by a person who resided in Louisiana.

2.    All tickets generated in connection with the EIP or VP where the content at issue in the ticket involved (in whole or in part) acts, omissions, or occurrences within the State of Louisiana.

3.    All tickets generated in connection with the EIP or VP where the person reporting the content at issue resided in Louisiana.

4.    All tickets generated in connection with the EIP or VP where the person reporting the content at issue was an employee, officer, or agent of any state, local, or municipal governmental entity within the State of Louisiana. This Request includes reports made through an intermediary (*e.g.*, EI-ISAC, MS-ISAC, NASS, or NASED) if you had reason to believe that the original source of the report was an employee, officer, or agent of any state, local, or municipal governmental entity within the State of Louisiana.

5.    All tickets generated in connection with the EIP or VP that relate to or mention Jill Hines, Health Freedom Louisiana (including but not limited to references to "HFL" or healthfreedomla.org), Reopen Louisiana, or any other "health freedom" organizations.

6.    All tickets generated in connection with the EIP or VP that relate to or mention Jim Hoft, The Gateway Pundit, or thegatewaypundit.com.

7.    For each ticket responsive to any of Requests 1 through 6 above, produce all documents relating to the investigation, analysis, assessment, mitigation, and other action relating to the ticket. Responsive materials include, but are not limited to, all data in the Jira system relating to the ticket, including all applicable logs and chats; and all communications regarding the ticket, including communications with platforms regarding the ticket or the content at issue in the ticket.

8.    All communications that relate to or mention Jill Hines, Health Freedom Louisiana, Reopen Louisiana, "HFL," @healthfreedomla, healthfreedomla.org, or any other "health freedom" organizations. In searching for materials responsive to this Request, you should search the electronic communications of the Stanford EIP/VP Personnel (as defined above).

9.    All communications relating to or mentioning Jim Hoft or The Gateway Pundit. In searching for materials responsive to this Request, you should search the electronic communications of the Stanford EIP/VP Personnel.

10.    All reports, briefings (including regular briefings to platforms or government actors), presentations, and other work product created in connection with the EIP or VP that discuss Louisiana, Jill Hines, Health Freedom Louisiana, Reopen Louisiana, Jim Hoft, or The Gateway Pundit.

11.    All email correspondence where a sender or recipient (including a recipient via "cc" or "bcc") of the email had an email address domain ending in either "la.gov" or "louisiana.gov." In searching for materials responsive to this Request, you should search the electronic communications of the Stanford EIP/VP Personnel. This Request seeks only correspondence sent on or after July 1, 2020.

12.     All documents (including communications) relating to any December 2020 meeting between any Stanford EIP/VP Personnel, any officer, employee, or agent of the U.S. Department of Health and Human Services, and/or any officer, employee, or agent of Pfizer.

13.     All communications received by the account "tips@2020partnership.atlassian.net" or the account "tips@viralityproject.atlassian.net" that relate to or discuss Louisiana, persons who resided in Louisiana, or businesses or governmental entities based in Louisiana.

14.     All communications relating to the EIP or the VP where the sender or recipient (including "cc" or "bcc") was an employee, officer, or agent of the Aspen Institute. In searching for materials responsive to this Request, you should search the electronic communications of the Stanford EIP/VP Personnel. This Request seeks only correspondence sent on or after July 1, 2020.

15.     All documents relating to any travel to the State of Louisiana by any Stanford EIP/VP Personnel relating to the EIP or the VP, including but not limited to travel itineraries and reimbursement requests.

16.     All documents (including communications) containing the word "Louisiana" or the abbreviations "La" or "LA."  In searching for materials responsive to this Request, you should search the electronic documents (including communications) of the Stanford EIP/VP Personnel. This Request seeks only correspondence sent on or after July 1, 2020.

Dated:  January 2, 2025

AMERICA FIRST LEGAL

*/s/ Gene P. Hamilton*
Gene P. Hamilton, GA Bar No. 516201*
Reed D. Rubinstein, DC Bar No. 400153*
Nicholas R. Barry, TN Bar No. 031963*
Michael Ding, DC Bar No. 1027252*
Juli Z. Haller, DC Bar No. 466921*
James K. Rogers, AZ Bar No. 027287*
Andrew J. Block, VA Bar No. 91537*
611 Pennsylvania Ave SE #231
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org
reed.rubinstein@aflegal.org
nicholas.bary@aflegal.org
juli.haller@aflegal.org
james.rogers@aflegal.org
andrew.block@aflegal.org

Respectfully submitted,

JAMES OTIS LAW GROUP, LLC

*/s/ D. John Sauer*
D. John Sauer, Mo. Bar No. 58721*
Justin D. Smith, Mo. Bar No. 63253*
13321 North Outer Forty Road, Suite 300
St. Louis, Missouri 63017
(314) 562-0031
John.Sauer@james-otis.com

* admitted *pro hac vice*


LANGLEY & PARKS, LLC

By:  */s/ Julianna P. Parks*
Julianna P. Parks, Bar Roll No. 30658
4444 Viking Drive, Suite100
Bossier City, Louisiana 71111
(318) 383-6422 Telephone
(318) 383-6405 Telefax
jparks@langleyparks.com