# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

January 06, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-30826,  Consolidated with 23-30916  
                      Hines v. Stamos  
                      USDC No. 3:23-CV-571

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Dantrell L. Johnson, Deputy Clerk  
504-310-7689

Mr. John B. Bellinger, III  
Mr. James A. Brown  
Ms. Marie Bussey-Garza  
Ms. Camala Elizabeth Capodice  
Ms. Elizabeth Mendell Carmody  
Ms. Samantha Lee Chaifetz  
Mr. Daniel J. Dunne  
Ms. Mary Gately  
Ms. Makala L. Graves  
Mr. Jon Keith Guice  
Mr. Gene Patrick Hamilton  
Mr. Andrew Burns Johnson  
Mr. R. Stanton Jones  
Mr. Alfred Paul LeBlanc, Jr.  
Mr. Daniel J. McCoy  
Mr. Robert M. McKenna  
Mr. Archis Ashok Parasharami  
Ms. Julianna Petchak Parks  
Mr. Andrew John Pincus  
Mr. Kevin Scott Ranlett  
Mr. Alex Benjamin Rothenberg  
Mr. Dean John Sauer  
Mr. Geoffrey Shaw  
Mr. Michael Everett Talent  
Ms. Elisabeth S. Theodore  
Mr. Stephen K. Wirth

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 6, 2025
Lyle W. Cayce
Clerk

No. 23-30826

JILL HINES, *on behalf of herself & others similarly situated*; JIM HOFT, *on behalf of himself & others similarly situated*,

*Plaintiffs—Appellees,*

*versus*

ALEX STAMOS; RENEE DIRESTA; BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; LELAND STANFORD JUNIOR UNIVERSITY; KATE STARBIRD, *in her official and individual capacities*; GRAPHIKA; CAMILLE FRANCOIS; ATLANTIC COUNCIL; GRAHAM BROOKIE,

*Defendants—Appellants,*

CONSOLIDATED WITH

No. 23-30916

JILL HINES, *on behalf of herself and others similarly situated*; JIM HOFT, *on behalf of himself and other similarly situated*,

*Plaintiffs—Appellees,*

*versus*

ASPEN INSTITUTE,

*Defendant—Appellant.*

_____

Appeals from the United States District Court
for the Western District of Louisiana
USDC No. 3:23-CV-571

_____

UNPUBLISHED ORDER

Before Davis, Southwick, and Duncan, *Circuit Judges*.

Per Curiam:

This appeal was filed challenging the district court's denial of defendants' motion to compel arbitration. On appeal the defendant's argued that the district court failed to resolve the defendants defense that the court lacked personal jurisdiction over them which was necessary to enable the court to rule on the defendants' motion to compel arbitration.

We agreed with the defendants and remanded this case to the district court to determine whether it had personal jurisdiction so as to be in a position to consider the motion to compel arbitration.

On remand the district court found it could not resolve the defendants' motion without discovery and denied the defendants' personal jurisdiction motion without prejudice but granted defendants' permission to refile that motion after they conducted discovery.

The clerk then returned the case to our panel. That was premature, however, because the district court has not yet finally resolved whether it has personal jurisdiction over the defendants.

Accordingly, in this limited remand, we again REMAND this case to the district court to resolve finally the defendants' motions to dismiss for lack of personal jurisdiction.

REMANDED.