# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

**JILL HINES ET AL**                          **CASE NO.  3:23-CV-00571**

**VERSUS**                                    **JUDGE TERRY A. DOUGHTY**

**ALEX STAMOS ET AL**                         **MAG. JUDGE KAYLA D. MCCLUSKY**

## ORDER

Considering the Unopposed Motion for an Order Permitting Plaintiffs to Serve Additional Jurisdictional Discovery filed by Plaintiffs, Jill Hines and Jim Hoft [Doc. No. 183],

**IT IS ORDERED** that the Motion is **GRANTED** and the Plaintiffs shall serve the discovery requests reflected in Exhibit 1 to Plaintiffs' Motion upon Defendant Stanford University within three (3) days of this Order.

MONROE, LOUISIANA, this 12th day of September 2025.

_____
Terry A. Doughty
United States District Judge