UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

JILL HINES, *et al.*

          *Plaintiffs*,

v.

ALEX STAMOS, *et al.*

          *Defendants*.

Case No. 3:23-cv-00571
Chief Judge Terry A. Doughty
Magistrate Judge Kayla D. McClusky

## NOTICE

On August 4, 2025, the Court extended the deadline for Defendants to file any motions to dismiss until 60 days after the last Defendant certified to Plaintiffs that its production was complete. *See* Doc. 180. Plaintiffs committed to notifying the Court once that deadline had been ascertained with specificity. Doc. 179, ¶ 15.

The parties have conferred and agree that the deadline for Defendants to file any motions to dismiss based on personal jurisdiction or standing is November 10, 2025.

The Court's original scheduling order set the deadline for Plaintiffs' opposition to the motions to dismiss as 30 days after the filing of the motions, and the deadline for Defendants' replies as 30 days after the filing of Plaintiffs' opposition. Doc. 164 at 2. Applying that schedule, the deadline for Plaintiffs to file oppositions to any motions to dismiss is December 10, 2025, and the deadline for Defendants to file replies in support of any motions to dismiss is January 9, 2026.

1

Dated: October 10, 2025

AMERICA FIRST LEGAL

Nicholas R. Barry, TN Bar No. 031963*
Juli Z. Haller, DC Bar No. 466921*
James K. Rogers, AZ Bar No. 027287*
Andrew J. Block, VA Bar No. 91537*
611 Pennsylvania Ave SE #231
Washington, DC 20003
(202) 964-3721
nicholas.barry@aflegal.org
juli.haller@aflegal.org
james.rogers@aflegal.org
andrew.block@aflegal.org

Respectfully submitted,

JAMES OTIS LAW GROUP, LLC

*/s/ Justin D. Smith*
Justin D. Smith, Mo. Bar No. 63253*
530 Maryville Centre Drive
Suite 230
St. Louis, Missouri 63141
(816) 678-2103
Justin.Smith@james-otis.com

* admitted *pro hac vice*


LANGLEY & PARKS, LLC

By: */s/ Julianna P. Parks*
Julianna P. Parks, Bar Roll No. 30658
4444 Viking Drive, Suite100
Bossier City, Louisiana 71111
(318) 383-6422 Telephone
(318) 383-6405 Telefax
jparks@langleyparks.com

## CERTIFICATE OF SERVICE

I hereby certify that, on October 10, 2025, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

*/s/ Justin D. Smith*