UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

|  |  |  |
|---|---|---|
| JILL HINES ET AL | * | CASE NO. 3:23-CV-571 |
| | * | |
| VERSUS | * | CHIEF JUDGE TERRY A. DOUGHTY |
| | * | |
| ALEX STAMOS ET AL | * | MAG. JUDGE KAYLA D. MCCLUSKY |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANTS' JOINT UNOPPOSED MOTION TO SET JANUARY 9, 2026 AS THE DEADLINE TO FILE A REPLY IN SUPPORT OF THEIR RENEWED MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come Defendants Alex Stamos, Renée DiResta, the Board of Trustees of the Leland Stanford Junior University, Leland Stanford Junior University, Kate Starbird, Graphika, Camille François, Atlantic Council, and Graham Brookie (collectively, "Defendants"), who respectfully request a one-week extension of time—from January 2 to January 9, 2026—to file a Reply in Support of their Renewed Motion to Dismiss. In support of this Motion, Defendants state as follows:

1. On April 11, 2025, the Court entered a briefing schedule for Defendants' motion to dismiss, triggered off discovery deadlines. Under this briefing schedule, the deadline for Plaintiffs' opposition was "30 days after Defendants' Motions to Dismiss are filed," and the reply deadline is "30 days after Plaintiffs' Oppositions are filed." D.E. 164 at 2; *see also* D.E. 180.

2. On October 10, 2025, after jurisdictional discovery closed, Plaintiffs filed a Notice of Briefing Schedule. D.E. 189. The notice states that, per the Court's scheduling orders, the motion to dismiss deadline was November 10, the deadline for Plaintiffs to file oppositions to any motions to dismiss is December 10, 2025, and the deadlines for Defendants to file replies in support of any motions to dismiss is January 9, 2026. *Id.*

1

3.Defendants filed their Renewed Motion to Dismiss on November 10, 2025. *See* D.E. 191. On November 12, 2025, the clerk of court referred the motion to dismiss to Judge McClusky and entered a notice pursuant to the ordinary deadlines in the local rules stating that the response deadline was December 3, 2025 and the reply deadline was seven days after the response is filed. D.E. 193. The motion to dismiss was subsequently transferred back to Judge Doughty.

4.Plaintiffs filed their Opposition to Defendants' Renewed Motion to Dismiss on December 3, 2025. *See* D.E. 198.

5.Under the Court's scheduling order (D.E. 164), Defendants' Reply is due thirty days after Plaintiffs' Opposition brief. This means that Defendants' Reply is currently due on January 2, 2026.

6.Defendants respectfully request that the Court extend the reply deadline until January 9, 2026 in light of the upcoming holidays and holiday travel schedules, as well as in light of the extensive coordination required for four separately-represented groups of defendants (the three Stanford defendants, Kate Starbird, the two Graphika defendants, and the two Atlantic Council defendants) to file a single reply brief. In addition, Defendants note that Plaintiffs have attached a significant number of documents produced in discovery to the opposition brief that Defendants will need to address in the reply, as well as hundreds of pages of other documents.

7.Defendants make this request in good faith and not for the purpose of undue delay.

8.Counsel for Defendants have conferred with counsel for Plaintiffs, and Plaintiffs consent to the requested extension of time.

9.Pursuant to Western District of Louisiana Local Rule 7.9, attached to this motion is a certificate by undersigned counsel that consent was sought for the extension requested herein, and that Plaintiffs do not oppose the extension sought by this Motion.

WHEREFORE, Defendants request that the Court grant this motion and enter an order extending the deadline for Defendants to file a Reply in support of their Renewed Motion to Dismiss to January 9, 2026.

December 4, 2025

/s/ Camala E. Capodice
Quentin F. Urquhart, Jr. (Bar #14475)
Camala E. Capodice (Bar #29117)
Gabrielle C. Broders (Bar #39821)
**IRWIN FRITCHIE URQUHART MOORE & DANIELS, LLC**
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101
Email: qurquhart@irwinllc.com
ccapodice@irwinllc.com
gbroders@irwinllc.com

Mary E. Gately (*pro hac vice*)
Samantha L. Chaifetz (*pro hac vice*)
**DLA PIPER LLP (US)**
500 Eighth Street NW
Washington, DC 20004
Telephone: (202) 799-4507
Facsimile: (202) 799-5507
Email: mary.gately@dlapiper.com
samantha.chaifetz@us.dlapiper.com

Marie Bussey-Garza (*pro hac vice*)
**DLA PIPER LLP (US)**
1650 Market Street, Suite 5000
Philadelphia, Pennsylvania 19103
Telephone: (215) 656-3300
Facsimile: (215) 656-3301
Email: marie.bussey-garza@us.dlapiper.com

*Counsel for Graphika and Camille François*

Respectfully submitted,

/s/ James Brown
James Brown (Bar #14101)
Devin Reid (Bar #32645)
Brady Hadden (Bar #37708)
**LISKOW & LEWIS**
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
Email: dcreid@liskow.com
bhadden@liskow.com
jabrown@liskow.com

John B. Bellinger III (*pro hac vice*)
Elisabeth S. Theodore (*pro hac vice*)
R. Stanton Jones (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave. NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
Email: john.bellinger@arnoldporter.com
elisabeth.theodore@arnoldporter.com
stanton.jones@arnoldporter.com

*Counsel for Alex Stamos, Renée DiResta, the Board of Trustees of the Leland Stanford Junior University, and Leland Stanford Junior University*

3

/s/ Jon K. Guice
Jon K. Guice (Bar #20841)
**HAMMONDS, SILLS, ADKINS, GUICE, NOAH & PERKINS, L.L.P.**
1881 Hudson Circle
Monroe, Louisiana 71201
Telephone: (318) 324-0101
Facsimile: (318) 322-5375
Email: jguice@hamsil.com

Shelton Dennis Blunt (Bar #21230)
**PHELPS DUNBAR LLP**
II City Plaza | 400 Convention St., Suite 1100
Baton Rouge, Louisiana 70802
Telephone: (225) 346-0285
Facsimile: (225) 381-9197
Email: dennis.blunt@phelps.com

Karl V. Hopkins (admitted *pro hac vice*)
**STEPTOE LLP**
717 Texas Ave., Suite 2800
Houston, Texas 77002
Telephone: (713) 211-2300
Email: khopkins@steptoe.com

Andrew B. Johnson (*pro hac vice*)
**BRADLEY ARANT BOULT CUMMINGS LLP**
1819 Fifth Ave N
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-6295
Email: ajohnson@bradley.com

*Counsel for Atlantic Council and Graham Brookie*

/s/ Alex B. Rothenberg
Alex B. Rothenberg (Bar #34740), T.A.
Ewell E. Eagan (Bar #5239)
Gerald Waltman III (Bar #37347)
Elizabeth A. McGovern (Bar #41342)
**GORDON, ARATA, MONTGOMERY, BARNETT, McCOLLAM, DUPLANTIS & EAGAN, LLC**
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
Telephone: (504) 582-1111
Facsimile: (504) 582-1121
Email: arothenberg@gamb.com
         eeagan@gamb.com
         jwaltman@gamb.com
         emcgovern@gamb.com

Rob McKenna (*pro hac vice*)
Daniel Dunne (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
401 Union Street- Suite 3300
Seattle, Washington 98101
Telephone: (206) 839-4300
Facsimile: (206) 839-4301
Email: ddunne@orrick.com
         rmckenna@orrick.com

Geoffrey Shaw (*pro hac vice)*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
355 S. Grand Ave., Ste. 2700
Los Angeles, California 90071
Telephone: (213) 629-2020
Facsimile: (213) 612-2499
Email: geoffreyshaw@orrick.com

*Counsel for Kate Starbird*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 4, 2025, I filed the foregoing via the Court's CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ James Brown*
James Brown