UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **JILL HINES ET AL** | * | **CASE NO. 3:23-CV-571** |
| **VERSUS** | * | **CHIEF JUDGE TERRY A. DOUGHTY** |
| **ALEX STAMOS ET AL** | * | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering Defendants' unopposed motion to set January 9, 2026 as the deadline for Defendants to file a Reply in support of their Renewed Motion to Dismiss filed by Alex Stamos, Renée DiResta, the Board of Trustees of the Leland Stanford Junior University, the Leland Stanford Junior University, Kate Starbird, Graphika, Camille François, Atlantic Council, and Graham Brookie (the "Motion"),

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline for Defendants to file a Reply in support of their Renewed Motion to Dismiss is hereby extended to January 9, 2026.

**SIGNED** this _____ day of _____, 2025, in _____, Louisiana.

_____
THE HONORABLE TERRY A. DOUGHTY
CHIEF UNITED STATES DISTRICT JUDGE