UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

|  |  |
|---|---|
| JILL HINES, *et al.*<br><br>                          *Plaintiffs,*<br><br>*v.*<br><br>ALEX STAMOS, *et al.*<br><br>                          *Defendants.* | Case No. 3:23-cv-00571<br>Chief Judge Terry A. Doughty<br>Magistrate Judge Kayla D. McClusky |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES Justin D. Smith and moves to withdraw as counsel for Plaintiffs.  Good

cause exists as Mr. Smith departed the James Otis Law Group, LLC effective June 15, 2026 and

will no longer be associated with this case.  Other attorneys from the same firm and from America

First Legal continue to represent Plaintiffs in this matter.  Withdrawal of Mr. Smith as counsel will

not unduly delay these proceedings or prejudice any party.

Dated: June 16, 2026                                          Respectfully submitted,

AMERICA FIRST LEGAL                        JAMES OTIS LAW GROUP, LLC

Nicholas R. Barry, TN Bar No. 031963*       */s/ Justin D. Smith*
Juli Z. Haller, DC Bar No. 466921*             Justin D. Smith, Mo. Bar No. 63253*
James K. Rogers, AZ Bar No. 027287*         530 Maryville Centre Drive, Suite 230
611 Pennsylvania Ave SE #231                 St. Louis, Missouri 63141
Washington, DC 20003                         (314) 949-3018
(202) 964-3721                               Justin.Smith@james-otis.com
nicholas.barry@aflegal.org
juli.haller@aflegal.org                      * admitted *pro hac vice*
james.rogers@aflegal.org

1

LANGLEY & PARKS, LLC

By: /s/ *Julianna P. Parks*
Julianna P. Parks, Bar Roll No. 30658
4444 Viking Drive, Suite100
Bossier City, Louisiana 71111
(318) 383-6422 Telephone
(318) 383-6405 Telefax
jparks@langleyparks.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 16, 2026, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

/s/ *Justin D. Smith*