**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **JILL HINES ET AL** | **CASE NO. 3:23-CV-00571** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ALEX STAMOS ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

For the reasons set forth in the Court's Memorandum Ruling [Doc. No. 219],

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Defendants' Renewed Joint Motion to Dismiss for Lack of Subject Matter and Personal Jurisdiction [Doc. No. 191] is **GRANTED**, and Plaintiffs' claims against Defendants are **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 1st day of July 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE