**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**JILL HINES ET AL**                         **CASE NO.  3:23-CV-00571**

**VERSUS**                                   **JUDGE TERRY A. DOUGHTY**

**ALEX STAMOS ET AL**                        **MAG. JUDGE KAYLA D. MCCLUSKY**

**ORDER**

Due to a typographical error,

**IT IS ORDERED** that the Memorandum Ruling and Judgment [Doc. Nos. 219; 220] are **VACATED**. A new memorandum ruling and judgment will be issued.

MONROE, LOUISIANA, this 1st day of July 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE