**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

JILL HINES ET AL                                CASE NO.  3:23-CV-00571

VERSUS                                          JUDGE TERRY A. DOUGHTY

ALEX STAMOS ET AL                               MAG. JUDGE KAYLA D. MCCLUSKY

**JUDGMENT**

For the reasons set forth in the Court's Memorandum Ruling [Doc. No. 222],

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Defendants' Renewed Joint Motion to Dismiss for Lack of Subject Matter and Personal Jurisdiction [Doc. No. 191] is **GRANTED**, and Plaintiffs' claims against Defendants are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 1st day of July 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE